GERALD GLASNER, )
                 )
      Plaintiff, )
                 )
v. )     No.:    4:21-CV-14-KAC-SKL
                 )
LINCOLN NATIONAL LIFE INSURANCE )
COMPANY GROUP INSURANCE )
POLICY NO. 000010158685, )
                 )
      Defendant. )

## **ORDER**

Federal Rule of Civil Procedure 26(f) requires that parties "confer as soon as practicable—and in any event at least 21 days before . . . a scheduling order is due under Rule 16(b)." Fed. R. Civ. P. 26(f)(1). The rule further provides: "[t]he attorneys of record . . . are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan and for submitting to the court within 14 days after the conference a written report outlining the plan." Fed. R. Civ. P. 26(f)(2). To date, the Parties have not filed the required report.

As required by Rule 26(f), the Parties are hereby **ORDERED** to confer and submit the required report to the Court on or before **August 3, 2021**. The Court will determine whether to hold a Rule 16 scheduling conference after receiving the Parties' Rule 26(f) report.

IT IS SO ORDERED.

                          s/ Katherine A. Crytzer
                          KATHERINE A. CRYTZER
                          United States District Judge