| | | |
|---|---|---|
| GERALD GLASNER, | ) | |
| | ) | CIVIL ACTION NO.  4:21-cv-00014-KAC-SKL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | District Judge Katherine A. Crytzer |
| | ) | |
| LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY | ) | Chief Magistrate Judge Susan K. Lee |
| GROUP INSURANCE POLICY | ) | |
| NO. 000010158685, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' RULE 26(f) PLANNING MEETING

1.     Pursuant to the Court's Order of July 13, 2021, and Fed. R. Civ. P. 26(f), a meeting was held on July 28, 2021 and was attended by Joyce Cooper on behalf of Plaintiff Gerald Glasner ("Plaintiff") and Iwana Rademaekers. on behalf of Defendant The Lincoln National Life Insurance Company ("Lincoln" or "Defendant"), and the Parties discussed the nature and basis of their remaining claims and defenses, the possibility of settlement or resolution of this case, and a proposed discovery plan.  After conferring, counsel for the parties have agreed upon the following:

2.     Lincoln has already produced to Plaintiff a copy of the ERISA administrative record.  The parties agree that this production will satisfy the requirement for Initial Disclosures pursuant to FRCP 26(a)(1)(B).

3.     The above-styled action is a claim by Plaintiff for recovery of disability benefits. Plaintiff and Defendant agree Plaintiff's claims are governed by the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. §1001, et seq. ("ERISA").  As such, trial should be unnecessary for the final disposition of this case and, the event that the parties do not resolve the case through settlement, the Parties believe the most cost-effective and prudent manner to resolve

the litigation is to submit this action to the Court on a stipulated record and cross motions for summary judgment.  To facilitate the submission of the case to the Court, the parties propose the following deadlines in lieu of the deadlines requested in the standard schedule:

A.   November 29, 2021 - Deadline to Complete Discovery.

B.   December 20, 2021 - Deadline to file Stipulated Administrative Record.

C.   January 17, 2022 - Deadline to file cross motions for summary judgment.

E.   January 31, 2022 - Deadline to file response briefs.

F.   February 7, 2022 - Deadline to file reply briefs.

4.   In the unlikely event that the parties do not resolve the case through settlement or cross motions for summary judgment, and as jury trials are not available under ERISA, the parties will request a bench trial and anticipate that it will take 8-12 hours to present the evidence in this case.

Respectfully submitted this 28th day of July 2021.

Respectfully submitted,

By:   /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By:   /s/ Joyce Cooper
Joyce Cooper, Esq.

2

Email: jcooper@ageeowenslaw.com
AGEE OWENS & COOPER
110 N. Spring St.
McMinnville, TN 37110
PH: (931) 507-1000

COUNSEL FOR PLAINTIFF