GERALD GLASNER, )
)
   Plaintiff, )   No.: 4:21-CV-14-KAC-SKL
)
v. )
)
LINCOLN NATIONAL LIFE INSURANCE )
COMPANY GROUP INSURANCE )
POLICY NO. 000010158685, )
)
   Defendant. )

## SCHEDULING ORDER

   This case appears to be an action seeking benefits under the provisions of an employee benefit plan pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001-1461 ("ERISA"). The Parties have filed a Rule 26(f) report, indicating agreement to certain deadlines, which have been incorporated into this Scheduling Order. Unless any Party objects within ten (10) days, this Scheduling Order will govern the case.

**1.**   **Administrative Record:**

  a.  The Parties state that Defendant has "already produced to Plaintiff a copy of the ERISA administrative record" [Doc. 15].

  b.  The Parties must jointly file a stipulated ERISA administrative record with the Court on or before December 20, 2021.

**2.**   **Disclosure and Discovery:**

  a.  **Discovery:** In the event any discovery in this case is appropriate, it shall be completed by November 29, 2021.

  b.  **Discovery Disputes:** Prior to filing a motion to compel, relevant Parties shall meet and confer in an attempt to resolve the dispute. If the relevant Parties are unable to resolve the dispute informally, the relevant Parties shall contact chambers of the assigned Magistrate Judge to notify the Court of a dispute and schedule a time for a telephone conference to attempt to resolve the dispute. If, and only if, the relevant Parties' dispute is unresolved following the conference with the Magistrate Judge, the Parties may file an appropriate written motion with the Court. Any written motion shall include a certification of compliance with this subsection and, if applicable, the written certification required by Federal Rule of Civil Procedure 37(a)(1).

1

3. **Dispositive Motions:**

   a. All Parties are deemed to have moved for judgment in their respective favor based upon the administrative record.

   b. The Parties shall file their respective motions for judgment on the record, with supporting memorandum of law and citations to the stipulated ERISA record on or before January 17, 2022.

   c. Responses to motions for judgment on the record shall be filed within fourteen (14) days after service of the initial motions for judgment on the record.

   d. The Parties are permitted (but are not required) to file a short, five (5) page reply brief to the opposing Party's response, within seven (7) days of the filing of the opposing Party's response.

   e. If deemed necessary, the Court will schedule oral argument; however, the Court may resolve the case based only upon the written submissions.

4. **Adjustment of Deadlines:**  By written stipulation signed by all counsel and filed with the Court, the Parties may adjust the deadlines set forth above, provided that no extension greater than thirty (30) days of any particular deadline date will be permitted except by permission of the Court.  If any other adjustment of a deadline is sought, a Party should file a motion with the Court.

SO ORDERED:

_____
Katherine A. Crytzer
United States District Judge

2