**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| **GERALD GLASNER,** | ) | |
| | ) | CIVIL ACTION NO. 4:21-cv-00014-KAC-SKL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | District Judge Katherine A. Crytzer |
| | ) | |
| **LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY** | ) | Chief Magistrate Judge Susan K. Lee |
| **GROUP INSURANCE POLICY** | ) | |
| **NO. 000010158685,** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATED RECORD

Plaintiff Gerald Glasner and Defendant The Lincoln National Life Insurance Company

file this Joint Stipulated Record pursuant to the Scheduling Order (Document 16) entered by the

Court on August 26, 2021.

A.  Group Weekly Disability Income Insurance Policy (Lincoln/Glasner 001-065);

B.  Denial of Appeal Correspondence (Lincoln/Glasner 186-192);

C.  Administrative Record for Plaintiff's claim for benefits under the STD policy

 (item A above) (Lincoln/Glasner 066-185 and 193-589); and

D.  Group Long-Term Disability Insurance Policy (Lincoln/Glasner 590-633).

Dated:  December 20, 2021.

Respectfully submitted,

By:    /s/ Iwana Rademaekers
     Iwana Rademaekers (Texas Bar # 16452560)
     (Admitted *Pro Hac Vice*)

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT


**AND**


By:     /s/ Joyce Cooper
Joyce Cooper, Esq.
Email:  jcooper@ageeowenslaw.com
AGEE OWENS & COOPER
110 N. Spring St.
McMinnville, TN 37110
PH: (931) 507-1000

COUNSEL FOR PLAINTIFF