AMENDMENT NO. 5

TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO.: 000010158686

ISSUED TO: Protection Strategies Incorporated

It is agreed that the above policy be replaced with the attached Policy, which is revised and dated December 1, 2015.

The effective date of this amendment is December 1, 2015; but only with respect to losses incurred on or after that date. Nothing contained in this amendment shall change any of the terms and conditions of this Policy; except as stated above.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

_____
Officer of the Company

Accepted by the Group Policyholder this _____ day of _____ 20_____

By _____ Title _____

| EXHIBIT |
|:---:|
| **A** |

GL1100 AMEND.

Lincoln/Glasner 001



The Lincoln National Life Insurance Company
A Stock Company   Home Office Location:  Fort Wayne, Indiana
Group Insurance Service Office:  8801 Indian Hills Drive, Omaha, NE 68114-4066
(800) 423-2765   Online: www.LincolnFinancial.com

Group Policyholder:

Protection Strategies Incorporated

In Consideration of the Group Policyholder's application for this Policy and payment of all premiums when due, The Lincoln National Life Insurance Company agrees to make the payments provided in this Policy to the persons entitled to them.

The first premium for this Policy is due on its effective date.  Subsequent premiums are due on June 1, 2012, and on the same day of each month after that.  Policy anniversaries will be each May 1st; unless shown otherwise on the Premium Rate Schedule inside.

The provisions and conditions set forth on the following pages are a part of this Policy, as fully as if recited over the signatures below.

The Lincoln National Life Insurance Company has executed this Policy at its Group Insurance Service Office in Omaha, Nebraska.  The issue date of this Policy is May 1, 2012.

SECRETARY                                                          PRESIDENT

**GROUP INSURANCE POLICY**
No. 000010158686
PROVIDING
WEEKLY DISABILITY INCOME INSURANCE

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GL1101 TP STD 04

12/01/15

# TABLE OF CONTENTS

Schedule of Insurance.................................................................................3

Definitions..............................................................................................4

General Provisions....................................................................................9

Eligibility and Effective Dates................................................................11

Individual Terminations...........................................................................13

Premiums and Premium Rates..................................................................14

Grace Period...........................................................................................15

Policy Termination..................................................................................15

Claims Procedures for Weekly Disability Income Benefits.............................16

Weekly Disability Income Insurance.........................................................20

Vocational Rehabilitation Benefit.............................................................25

Rehabilitation Incentive Benefit...............................................................26

Reasonable Accommodation Benefit.........................................................27

Family Income Benefit............................................................................28

Notice....................................................................................................29

Prior Insurance Credit Provision..............................................................31

GL1101-1

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 3 of 65    Lincoln/Glasner 003
PageID #: 44

**ELIGIBLE CLASSES**

Class 1    All Full-Time Employees excluding Employees classified as Service Contract Act (SCA) and /or covered under a Collective Bargaining Agreement (CBA)

Class 2    All Full-Time CBA Employees

This Policy does not replace or provide benefits required by Workers' Compensation laws or any state disability insurance plan laws.

GL1101-2-STD

3

12/01/15


Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 4 of 65    Lincoln/Glasner 004
PageID #: 45

# SCHEDULE OF INSURANCE
### For
## Class 1 - All Full-Time Employees excluding Employees classified as Service Contract Act (SCA) and /or covered under a Collective Bargaining Agreement (CBA)

MINIMUM HOURS:   30 hours per week

WAITING PERIOD:   (For date insurance begins, refer to "Effective Date" section)
None

CONTRIBUTIONS:   Insured Employees are not required to contribute to the cost of the Weekly Disability Income Insurance.

### WEEKLY DISABILITY INCOME INSURANCE

BENEFIT PERCENTAGE:          60%

MAXIMUM WEEKLY BENEFIT:     $1,500

MINIMUM WEEKLY BENEFIT:       10% of the Weekly Total Disability Benefit

DAY BENEFITS BEGIN:     1st day of Disability due to Accidental Injury; and
8th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD:     13 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

ADDITIONAL FEATURES:

Family Income Benefit:          3 times the Insured Person's last Weekly Benefit payable immediately prior to death.

Rehabilitation Assistance Benefit:
- Rehabilitation Incentive Benefit of 5% of Basic Weekly Earnings
- Reasonable Accommodation Benefit
- Vocational Rehabilitation Benefit

GL1101-2-STD

**Protection Strategies Incorporated**
**000010158686**
**SCHEDULE OF INSURANCE**
**For**
**Class 2 - All Full-Time CBA Employees**

MINIMUM HOURS:   30 hours per week

WAITING PERIOD:   (For date insurance begins, refer to "Effective Date" section)
None

CONTRIBUTIONS:   Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**

BENEFIT PERCENTAGE:            60%

MAXIMUM WEEKLY BENEFIT:   $1,500

MINIMUM WEEKLY BENEFIT:      10% of the Weekly Total Disability Benefit

DAY BENEFITS BEGIN:   15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD:   13 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

ADDITIONAL FEATURES:

Family Income Benefit:            3 times the Insured Person's last Weekly Benefit payable immediately prior to death.

Rehabilitation Assistance Benefit:   • Rehabilitation Incentive Benefit of 5% of Basic Weekly Earnings
• Reasonable Accommodation Benefit
• Vocational Rehabilitation Benefit

GL1101-2-STD

3-3

Lincoln/Glasner 006

# DEFINITIONS

**As used throughout this Policy, the following terms shall have the meanings indicated below. Other parts of this Policy contain definitions specific to those provisions.**

**ACTIVE WORK** or **ACTIVELY AT WORK** means an Employee's performance of all Main Duties of his or her Own Occupation, for the regularly scheduled number of hours, at:
   (1)   the Employer's place of business; or
   (2)   any other business location where the Employer requires the Employee to travel.

Unless disabled on the prior workday or on the day of absence, an Employee will be considered Actively at Work on the following days:
   (1)   a Saturday, Sunday or holiday that is not a scheduled workday;
   (2)   a paid vacation day, or other scheduled or unscheduled non-workday; or
   (3)   a non-medical leave of absence of 12 weeks or less, whether taken with the Employer's prior approval or on an emergency basis.
This includes a Military Leave or an approved Family or Medical Leave that is not due to the Employee's own health condition.

**BASIC WEEKLY EARNINGS** or **PREDISABILITY INCOME** means the Insured Person's average weekly base salary or hourly pay from the Employer before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the date the Disability begins.

It does **not** include commissions, bonuses, overtime pay, or any other extra compensation. It does **not** include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Weekly Earnings permitted by this Policy; whichever is less. (Maximum Covered Weekly Earnings equals the Maximum Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.) Exception: For purposes of determining the Partial Disability Weekly Benefit, Basic Weekly Earnings will not exceed the amount shown in the Employer's financial records.

**COMPANY** means The Lincoln National Life Insurance Company, an Indiana corporation. Its Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

**DAY** or **DATE** means the period of time that begins at 12:01 a.m. and ends at 12:00 midnight, standard time, at the Group Policyholder's place of business. When used with regard to effective dates, it means 12:01 a.m. When used with regard to termination dates, it means 12:00 midnight.

**DISABILITY or DISABLED** means Total Disability or Partial Disability.

**DISABILITY BENEFIT**, when used with the term Retirement Plan, means a benefit that:
   (1)   is payable under a Retirement Plan due to disability as defined in that plan; and
   (2)   does not reduce the benefits that would have been paid as Retirement Benefits at the normal retirement age under the plan if the disability had not occurred.
If the payment of the benefit does cause such a reduction, the benefit will be deemed a Retirement Benefit as defined in this Policy.

**EMPLOYEE or FULL-TIME EMPLOYEE** means a person:
   (1)   whose employment with the Employer is the person's main occupation;
   (2)   whose employment is for regular wage or salary, on a full-time basis;
   (3)   who is regularly scheduled to work at such occupation at least the Minimum Hours shown in the Schedule of Insurance;
   (4)   who is a member of an Eligible Class which is eligible for coverage under this Policy;
   (5)   who is not a temporary or seasonal employee; and
   (6)   who is a citizen of the United States or legally works in the United States.

GL1101-3-STD 10 TN

4

12/01/15

Lincoln/Glasner 007

**EMPLOYER** means the Group Policyholder. It includes any division, subsidiary or affiliated company named in the Application or Participation Agreement.

**EVIDENCE OF INSURABILITY** means a statement of proof of an Employee's medical history. The Company uses this to determine his or her acceptance for insurance or an increased amount of insurance. Such proof will be provided at the Employee's own expense.

**FAMILY OR MEDICAL LEAVE** means an approved leave of absence that:
(1) is subject to the federal FMLA law (the Family and Medical Leave Act of 1993 and any amendments to it) or a similar state law;
(2) is taken in accord with the Employer's leave policy and the law which applies; and
(3) does not exceed the period approved by the Employer and required by that law.

Under the federal FMLA law, such leaves are permitted for up to 12 weeks in a 12-month period as defined by the Employer. The 12 weeks:
(1) may consist of consecutive or intermittent work days; or
(2) may be granted on a part-time equivalency basis.
If an Employee is entitled to a leave under both the federal FMLA law and a similar state law, he or she may elect the more favorable leave (but not both). If an Employee is on an FMLA leave due to his or her own health condition on the date Policy coverage takes effect, he or she is not considered Actively at Work.

**FULL-TIME**, as it applies to the Partial Disability Benefit, means the average number of hours the Insured Person was regularly scheduled to work, at his or her Own Occupation, during the week just prior to:
(1) the date Disability begins; or
(2) the date an approved leave of absence begins, if Disability begins while the Insured Person is continuing coverage during a leave of absence.

**GROUP POLICYHOLDER** means the person, company, trust or other organization as shown on the Title Page of this Policy.

**INJURY** means bodily Injury which results directly from an accident, independently of all other causes. In determining Weekly Benefits, a Disability will be considered caused by a Sickness if:
(1) the Disability begins more than 60 days after the Injury; or
(2) the Injury occurred before the Insured Person's Effective Date under this Policy.

The term "Injury" shall not include any:
(1) condition to which a Sickness, its natural progression or its treatment is a substantial contributing cause (based upon the preponderance of medical evidence);
(2) condition caused by emotional stress or trauma; infection (except pyogenic bacterial infection of an Injury); or medical or surgical treatment (except when needed solely for an Injury);
(3) repetitive trauma condition which results from repetitious, physically traumatic activities that occur over time; or
(4) pregnancy; except for complications that result from an Injury.

**INSURANCE MONTH** or **POLICY MONTH** means that period of time:
(1) beginning at 12:01 a.m. Standard Time, at the Group Policyholder's place of business on the first day of any calendar month; and
(2) ending at 12:00 midnight on the last day of the same calendar month.

**INSURED PERSON** means a Person for whom Policy coverage is in effect.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
(1) are normally required to perform the Insured Person's Own Occupation; and
(2) could not reasonably be modified or omitted.

GL1101-3-STD 10 TN

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 8 of 65    Lincoln/Glasner 008
PageID #: 49

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:

(1)  the Employer is subject to the Act; or
(2)  the Insured Person has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does **not** render the Insured Person unable to perform the Main Duties of the job.

Main Duties include those job tasks:

(1)  as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2)  as performed in the general labor market and national economy.

Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**MEDICALLY APPROPRIATE TREATMENT** means diagnostic services, consultation, care or services that are consistent with the symptoms or diagnosis causing the Insured Person's Disability. Such treatment must be rendered:

(1)  by a Physician whose license and any specialty are consistent with the disabling condition; and
(2)  according to generally accepted, professionally recognized standards of medical practice.

**MILITARY LEAVE** means a leave of absence that:

(1)  is subject to the federal USERRA law (the Uniformed Services Employment and Reemployment Rights Act of 1994 and any amendments to it);
(2)  is taken in accord with the Employer's leave policy and the federal USERRA law; and
(3)  does not exceed the period required by that law.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:

(1)  in which the Insured Person was employed with the Employer prior to Disability; and
(2)  which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:

(1)  whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2)  whether a suitable opening is currently available with the Employer or in the local labor market.

**PARTIAL DISABILITY** or **PARTIALLY DISABLED** means that, due to an Injury or Sickness, the Insured Person:

(1)  is unable to perform one or more of the Main Duties of his or her Own Occupation, or is unable to perform such duties Full-Time; and
(2)  is engaged in Partial Disability Employment.

**PARTIAL DISABILITY EMPLOYMENT** means the Insured Person is working at his or her Own Occupation or any other occupation; however, because of a Partial Disability:

(1)  the Insured Person's hours or production is reduced;
(2)  one or more Main Duties of the job are reassigned; or
(3)  the Insured Person is working in a lower-paid occupation.

During Partial Disability Employment, his or her current earnings:

(1)  must be at least 20% of Predisability Income; and
(2)  may not exceed the percentage specified in the Partial Disability Benefit section.

GL1101-3-STD 10 TN

Case 4:21-cv-00014-KAC-SKL   Document 17-1   Filed 12/20/21   Page 9 of 65   Lincoln/Glasner 009
PageID #: 50

**PERSON** means an Employee of the Employer:
    (1)    who is a member of an Employee class which is eligible for coverage under this Policy; and
    (2)    who has completed an enrollment form.

**PERSONAL INSURANCE** means the insurance provided by this Policy on Insured Persons.

**PHYSICIAN** means:
    (1)    a legally qualified medical doctor who is licensed to practice medicine, to prescribe and administer drugs, or to perform surgery; or
    (2)    any other duly licensed medical practitioner who is deemed by state law to be the same as a legally qualified medical doctor.
The medical doctor or other medical practitioner must be acting within the scope of his or her license.  He or she must be qualified to provide Medically Appropriate Treatment for the Insured Person's disabling condition.

Physician does **not** include the Insured Person or a relative of the Insured Person receiving treatment.  Relatives include:
    (1)    the Insured Person's spouse, siblings, parents, children and grandparents; and
    (2)    his or her spouse's relatives of like degree.

**POLICY** means this group insurance Policy issued by the Company to the Group Policyholder.

**PREDISABILITY INCOME**--See Basic Weekly Earnings definition.

**REGULAR CARE OF A PHYSICIAN** means the Insured Person:
    (1)    personally visits a Physician, as often as medically required according to standard medical practice to effectively manage and treat his or her disabling condition; and
    (2)    receives Medically Appropriate Treatment, by a Physician whose license and any specialty are consistent with the disabling condition.

**REGULAR OCCUPATION**--See Own Occupation or Regular Occupation definition.

**RETIREMENT BENEFIT**, when used with the term Retirement Plan, means a benefit that:
    (1)    is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
    (2)    does not represent contributions made by an Insured Person (Payments representing Employee contributions are deemed to be received over the Insured Person's expected remaining life, regardless of when they are actually received.); and
    (3)    is payable upon:
        (a)    early or normal retirement; or
        (b)    disability (if the payment does reduce the benefit which would have been paid at the normal retirement age under the plan, if disability had not occurred).

**RETIREMENT PLAN** means a defined benefit or defined contribution plan that:
    (1)    provides Retirement Benefits to Employees; and
    (2)    is not funded wholly by Employee contributions.

The term shall **not** include any 401(k), profit-sharing or thrift plan; informal salary continuance plan; individual retirement account (IRA); tax sheltered annuity (TSA); stock ownership plan; or a non-qualified plan of deferred compensation.

An Employer's Retirement Plan is deemed to include any Retirement Plan:
    (1)    which is part of any federal, state, county, municipal or association retirement system; and
    (2)    for which the Insured Person is eligible as a result of employment with the Employer.

GL1101-3-STD 10 TN

12/01/15

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 10 of 65    Lincoln Glasner 010
PageID #: 51

**SICK LEAVE** or **SALARY CONTINUANCE PLAN** means a plan that:
   (1)   is established and maintained by the Employer for the benefit of Employees; and
   (2)   continues payment of all or part of an Insured Person's Predisability Income for a specified period after he or she becomes Disabled.
It does **not** include compensation the Employer pays an Insured Person for work actually performed during a Disability.

**SICKNESS** means illness, pregnancy (including its complications) or disease.

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**WAITING PERIOD** means the period of time an Employee must be employed in an eligible class with the Employer, before he or she becomes eligible to enroll for coverage under this Policy. The period of service must be continuous, except as explained in the Eligibility provision captioned Prior Service Credit Towards Waiting Period.

**WEEKLY BENEFIT** means the amount payable weekly by the Company to the Insured Person who is Totally Disabled or Partially Disabled.

**WORKERS' COMPENSATION OR SIMILAR COVERAGE** means coverage under a law that compensates for job related Injury or Sickness. It includes (but is not limited to):
   (1)   coverage under any Workers' Compensation or occupational disease law;
   (2)   coverage under the Jones Act; the Longshoreman's and Harbor Worker's Act; the Maritime Doctrine of Maintenance, Wages or Cure; or
   (3)   any plan provided in place of one of those plans.

GL1101-3-STD 10 TN

12/01/15

Lincoln Glasner 011

# GENERAL PROVISIONS

**ENTIRE CONTRACT.** The entire contract between the parties shall consist of:
    (1)    this Policy and any amendments to it;
    (2)    the Group Policyholder's application (a copy of which is attached);
    (3)    any Participating Employers' applications or Participation Agreements; and
    (4)    any individual applications of Insured Persons.

In the absence of fraud, all statements made by the Group Policyholder and by Insured Persons are representations and not warranties. No statement made by an Insured Person will be used to contest the coverage provided by this Policy, unless:
    (1)    it is contained in a written statement signed by that Insured Person; and
    (2)    a copy of the statement has been furnished to that Insured Person.

**AUTHORITY TO MAKE OR AMEND CONTRACT.** Only a Company Officer located in the Company's Group Insurance Service Office has the authority to:
    (1)    determine the insurability of a group or any individual within a group;
    (2)    make a contract in the Company's name;
    (3)    amend or waive any provision of this Policy; or
    (4)    extend the time for payment of any premium.
No change in this Policy will be valid, unless it is made in writing and signed by such a Company Officer.

**INCONTESTABILITY.** Except for the non-payment of premiums or fraud, the Company may not contest the validity of this Policy after it has been in force for two years from its date of issue; and as to any Insured Person, after his or her coverage has been in force for two years during his or her lifetime. This clause does not preclude, at any time, the assertion of defenses based upon:
    (1)    this Policy's eligibility requirements, exclusions and limitations; and
    (2)    other Policy provisions unrelated to the validity of coverage.

**RESCISSION.** The Company has the right to rescind any insurance for which Evidence of Insurability was required, if:
    (1)    an Insured Person incurs a claim during the first two years of coverage; and
    (2)    the Company discovers that the Insured Person made a Material Misrepresentation on his or her application.

A **"Material Misrepresentation"** is an incomplete or untrue statement that caused the Company to issue coverage that it would have disapproved, had it known the truth. **"To rescind"** means to cancel insurance back to its effective date. In that event, the Company will refund all premium paid for the rescinded insurance, less any benefits paid for Insured Person's claims. The Company reserves the right to recover any claims paid in excess of such premiums.

**NONPARTICIPATION.** This is a non-participating Policy. It will not share in the divisible surplus of the Company.

**INFORMATION TO BE FURNISHED.** The Group Policyholder and any Participating Employers may be required to furnish any information needed to administer this Policy, including:
    (1)    information about Persons:
        (a)    who become eligible for insurance;
        (b)    whose amounts of coverage change; or
        (c)    whose eligibility or coverage ends;
    (2)    occupational information and other facts that may be needed to manage a claim; and
    (3)    any other information that the Company may reasonably require.
The Company may inspect the Group Policyholder's or any Participating Employer's records that relate to this Policy, at any reasonable time.

GL1101-4-STD

12/01/15

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 12 of 65    Lincoln Glasner 012
PageID #: 53

# GENERAL PROVISIONS
## (Continued)

Clerical error by the Group Policyholder or Participating Employer:
- (1) will not void or terminate insurance that otherwise would be in effect;
- (2) will not result in insurance coverage that otherwise would not be in effect; and
- (3) will not continue insurance that otherwise would be terminated.

Once an error is discovered, a fair adjustment in premium will be made. If a premium adjustment involves the return of unearned premium, the amount of the return will be limited to the 12-month period that precedes the date the Company receives proof such an adjustment should be made.

**MISSTATEMENTS OF FACTS.** If relevant facts about any Person were misstated:
- (1) a fair adjustment of the premium will be made; and
- (2) the true facts will decide if and in what amount insurance is valid under this Policy.

If an Insured Person's age has been misstated, any benefits shall be in the amount the paid premium would have purchased at the correct age.

**ACTS OF THE POLICYHOLDER.** In administering this Policy, the Group Policyholder must:
- (1) treat Employees the same in like situations; and
- (2) allow the Company, without inquiry, to rely on its acts.

**GROUP POLICYHOLDER'S AGENCY.** For all purposes of this Policy, the Group Policyholder acts on its own behalf or as an agent of the Insured Person. Under no circumstances will the Group Policyholder be deemed the agent of the Company.

**CERTIFICATES.** The Group Policyholder will be furnished with individual Certificates for delivery to each Insured Person. These certificates summarize the benefits provided by this Policy. If there is a conflict between this Policy and the Certificate, this Policy will control.

**CONFORMITY WITH STATE STATUTES.** If, on its effective date, any provision of this Policy conflicts with any applicable law, the provision will be deemed to conform to the minimum requirements of the law.

**CURRENCY.** In administering this Policy:
- (1) all Predisability Income will be expressed in U.S. dollars; and
- (2) all premium and benefit amounts must be paid in U.S. dollars.

**WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE.** This Policy does not replace or provide benefits required by:
- (1) Workers' Compensation laws; or
- (2) any state temporary disability insurance plan laws.

**ASSIGNMENT.** The rights and benefits under this Policy may not be assigned.

GL1101-4-STD

12/01/15

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 13 of 65     Lincoln Glasner 013
PageID #: 54

# ELIGIBILITY AND EFFECTIVE DATES

**ELIGIBLE CLASSES.** The classes of Employees eligible for insurance are shown in the Schedule of Insurance. The Company has the right to review and terminate any or all classes eligible under this Policy, if any class ceases to be covered by this Policy.

**ELIGIBILITY.** A Person becomes eligible for coverage provided by this Policy on the later of:
(1)   this Policy's date of issue; or
(2)   the date the Waiting Period is completed.

**Prior Service Credit Towards Waiting Period.** The Waiting Period is shown in the Schedule of Insurance. Prior service in an Eligible Class will apply toward the Waiting Period, when:
(1)   a former Employee is rehired within one year after his or her employment ends; or
(2)   an Employee returns from an approved Family or Medical Leave within:
  (a)   the 12-week leave period required by federal law; or
  (b)   any longer period required by a similar state law; or
(3)   an Employee returns from a Military Leave within the period required by federal USERRA law.

**EFFECTIVE DATE.** A Person's initial amount of Personal Insurance becomes effective at 12:01 a.m. on the latest of:
(1)   the date the Person becomes eligible for the coverage;
(2)   the date the Person resumes Active Work, if not Actively at Work on the day he or she becomes eligible;
(3)   the date the Person makes written application for coverage and signs:
  (a)   a payroll deduction order, if the Insured Person pays any part of this Policy's premiums; or
  (b)   an order to pay premiums from the Person's Flexible Benefits Plan account, if Employer contributions are made through such an account; or
(4)   the date the Company approves the Person's Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:

(1)   the first day of the Insurance Month coinciding with or next following the date on which the Insured Person becomes eligible for the increase, if Actively at Work on that day;
(2)   the date the Insured Person resumes Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
(3)   the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not the Insured Person is Actively at Work.

**Evidence of Insurability**. Evidence of Insurability satisfactory to the Company must be submitted (at the Employee's expense) when:
(1)   a Person makes written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage; or
(2)   a Person makes written application for coverage after he or she has requested:
  (a)   to cancel insurance;
  (b)   to stop payroll deductions for the insurance; or
  (c)   to stop premium payments from the Flexible Benefits Plan account.

**Effective Date for Change in Eligible Class.** An Insured Person may become a member of a different Eligible Class. Coverage under the different Eligible Class will be effective:
(1)   on the first day of the Insurance Month coinciding with or next following the date of the change;
(2)   except as stated in the Effective Date provision for increases or decreases.

GL1101-5-STD

12/01/15

**REINSTATEMENT RIGHTS.** If an Insured Person's coverage terminates due to one of the following breaks in service, he or she will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe. **"Reinstatement"** or **"to reinstate"** means to re-enroll for this Policy's coverage, without satisfying a new Waiting Period or providing Evidence of Insurability. Reinstatement is available upon:

(1) return from an approved Family or Medical Leave within:
   (a) the 12-week period required by federal law; or
   (b) any longer period required by a similar state law;
(2) return from a Military Leave within the period required by federal USERRA law;
(3) return from any other approved leave of absence within six months after the leave begins;
(4) return within 12 months following a lay off; or
(5) return within 12 months following termination of employment for any other reason.

To reinstate coverage, the Insured Person must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class. The reinstated amount of insurance may not exceed the amount that terminated. Reinstatement will take effect on the date the Insured Person returns to Active Work.

GL1101-5-STD

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 15 of 65    Lincoln Glasner 015
PageID #: 56

# INDIVIDUAL TERMINATIONS

**TERMINATION OF COVERAGE.** An Insured Person's coverage will terminate at 12:00 midnight on the earliest of:

(1) the date this Policy terminates or the Employer's participation terminates (but without prejudice to any claim incurred prior to termination);
(2) the date the Insured Person's Class is no longer eligible for insurance;
(3) the date the Insured Person ceases to be a member of an Eligible Class;
(4) the last day of the Insurance Month in which the Insured Person requests termination;
(5) the last day of the last Insurance Month for which premium payment is made on the Insured Person's behalf;
(6) the end of the period for which the last required premium has been paid;
(7) with respect to any particular insurance benefit, the date the portion of this Policy providing that benefit terminates;
(8) the date the Insured Person's employment with the Group Policyholder or Participating Employer terminates (unless coverage is continued as provided below); or
(9) the date the Insured Person enters the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If the Insured Person sends proof of military service, the Company will refund any unearned premium).

**CONTINUATION RIGHTS.** Ceasing Active Work results in termination of the Insured Person's eligibility for coverage, but coverage may be continued as follows.

**Disability.** If the Insured Person is absent due to Total Disability or engaged in Partial Disability Employment, coverage may be continued:

(1) until the Day Benefits Begin; and
(2) during the period for which benefits are payable.

The Company must receive the required premium from the Employer.

**Family or Medical Leave.** If an Insured Person goes on an approved Family or Medical Leave and is **not** entitled to the more favorable continuation available during Disability, coverage may be continued until the earliest of:

(1) the end of the leave period approved by the Employer;
(2) the end of the leave period required by federal law, or any more favorable period required by a similar state law;
(3) the date the Insured Person notifies the Employer that he or she will not return; or
(4) the date the Insured Person begins employment with another employer.

The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Military Leave.** If an Insured Person goes on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Lay Off or Other Leave.** When an Insured Person ceases work due to a temporary lay off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued for three Insurance Months after the lay off or leave begins. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Conditions.** In administering the above continuations, the Employer must not act so as to discriminate unfairly among Insured Persons in similar situations. Insurance may **not** be continued when an Insured Person ceases Active Work due to a labor dispute, strike, work slowdown or lockout.

**INDIVIDUAL TERMINATION DURING DISABILITY.** Termination of an Insured Person's coverage during a Disability will have no effect on benefits payable for that period of Disability.

GL1101-5-STD

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 16 of 65    Lincoln Glasner 016
PageID #: 57

12/01/15

## PREMIUMS AND PREMIUM RATES

**PAYMENT OF PREMIUMS.**  No coverage provided by this Policy will be in effect until the first premium for such coverage is paid.  For coverage to remain in effect, each subsequent premium must be paid on or before its due date.  The Group Policyholder is responsible for paying all premiums as they become due.  Premiums are payable on or before their due dates at the Company's Group Insurance Service Office.  The premium must be paid in U.S. dollars.

**PREMIUM RATE CHANGE.**  The Company may change any premium rate on any of the following dates:
 (1)  the date this Policy's terms are changed;
 (2)  the date the Company's liability is changed due to a change in federal, state or local law;
 (3)  the date the Company's liability is changed because the Group Policyholder (or any covered division, subsidiary or affiliated company):
  (a)  relocates, dissolves or merges, or is added to or removed from this Policy; or
  (b)  ceases to be covered by the state Worker's compensation program or any other program of like intent; or
  (c)  ceases to provide or reduces Sick Leave or Salary Continuance Plan benefits;
 (4)  the date any coverage for one or more classes ceases to be provided under this Policy;
 (5)  the date the number of Insured Persons changes by 25% or more from the enrollment on the date this Policy took effect, or the most recent Rate Guarantee Date expired, if later; or
 (6)  on any premium due date on or after this Policy's first anniversary, or any later rate guarantee date agreed upon by the Company.

Unless the Company and the Group Policyholder agree otherwise, the Company will give at least 31 days' advance written notice of any increase in premium rates.

**PREMIUM AMOUNT.**  The amount of premium due on each due date will be the sum of the products obtained by multiplying each rate shown in the Premium Rate Schedule by the amount of insurance to which the rate applies.

Premium adjustments will not be pro-rated daily.  Instead, premium will be adjusted as follows.
 (1)  When an Insured Person's insurance or increase takes effect, premium will be charged from the monthly due date coinciding with or next following that change.
 (2)  When all or part of an Insured Person's insurance terminates, the applicable premium will cease on the monthly due date coinciding with or next following that termination.
 (3)  When premiums are paid other than monthly, increases or decreases will result in adjustment from the premium due date coinciding with or next following that change.

The above manner of charging premium is for accounting purposes only.  It will not extend coverage beyond a date it would have otherwise terminated.  Each premium payment will include any adjustments in past premiums, which are needed due to changes that have not yet been taken into account.  If a premium adjustment involves a return of unearned premium, the refund will be limited to the prior 12-month period.

## PREMIUM RATE SCHEDULE

Monthly Weekly Disability Income Rate

| | | |
|---|---|---|
| Class 1 | $.28 | per $10 of weekly benefit |
| Class 2 | $.31 | per $10 of weekly benefit |

GL1101-6-STD

14

12/01/15

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 17 of 65     Lincoln Glasner 017
PageID #: 58

# GRACE PERIOD

A grace period of 31 days from the due date will be allowed for the payment of each premium after the first. This Policy will remain in effect during the grace period; unless the Group Policyholder gives the Company advance written notice of termination. The Group Policyholder will remain liable for payment of a pro rata premium for the time this Policy remained in force during the grace period.

# POLICY TERMINATION

TERMINATION BY THE COMPANY. To terminate this Policy, the Company must give the Group Policyholder at least 31 days' advance written notice of its intent to do so. The Company may terminate this Policy coverage on the due date of any premium; if:
- (1) the total number of Insured Persons is less than ten;
- (2) all of the premium is paid by the Group Policyholder and less than 100% of those eligible for coverage are insured;
- (3) part of the premium is paid by Insured Persons and less than 75% of those eligible for coverage are insured;
- (4) the Group Policyholder, without good cause, fails to:
  - (a) promptly furnish any information the Company reasonably requires; or
  - (b) perform its duties pertaining to this Policy in good faith;
- (5) the Company terminates all other policies where permitted by their terms, which provide life insurance or weekly disability income insurance in the same state in which this Policy was issued; or
- (6) state law otherwise requires this Policy to be terminated.

TERMINATION BY GROUP POLICYHOLDER. The Group Policyholder may terminate this Policy at any time, by giving the Company advance written notice. Coverage will then terminate:
- (1) on the date the Company receives the notice; or
- (2) any later date the Group Policyholder and the Company have agreed upon.

The Group Policyholder remains responsible for the payment of premiums to the date of termination.

AUTOMATIC TERMINATION. If any premium remains unpaid at the end of the Grace Period; then this Policy will automatically terminate, without any action on the Company's part, on the last day of the Grace Period. The Group Policyholder remains responsible for the payment of premiums to the date of termination.

EFFECT ON INCURRED CLAIMS. Termination of this Policy will not affect benefits otherwise payable for a claim incurred while this Policy is in force.

Case 4:21-cv-00014-KAC-SKL Document 17-1 Filed 12/20/21 Page 18 of 65 Lincoln Glasner 018 PageID #: 59

<h1 align="center">CLAIMS PROCEDURES<br>FOR WEEKLY DISABILITY INCOME BENEFITS</h1>

**NOTICE AND PROOF OF CLAIM -- Notice of Claim.**  Written notice of a Disability claim must be given:
(1)  within 20 days after the Injury or Sickness causing Disability begins; or
(2)  as soon as reasonably possible after that.**\***

The notice must be sent to the Company's Group Insurance Service Office.  It should include the Insured Person's name and address and the number of this Policy.

**Claim Forms.**  When notice of claim is received, the Company will send claim forms for filing the required proof.  If the Company does not send the forms within 15 days, the Insured Person may send the Company written proof of Disability in a letter.  It should state the date the Disability began, its cause and degree.  The Company will periodically send the Insured Person additional claim forms.

**Proof of Claim.**  The Company must be given written proof of a Disability claim:
(1)  within 90 days after the Day Benefits Begin; or
(2)  as soon as reasonably possible after that.**\***

Proof of claim must be provided at the Insured Person's own expense.  It must show the date the Disability began, its cause and degree.  Documentation must include the following:
(1)  completed statements by the Insured Person and the Employer;
(2)  a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of the Insured Person's Regular Occupation;
(3)  proof of any other income received, and of any other benefits available from other income sources, which may affect Policy benefits;
(4)  a signed authorization for the Company to obtain more information; and
(5)  any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company.  This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

**\*Exception:**  Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim, if it is shown that it was done:
(1)  as soon as reasonably possible; and
(2)  in no event more than one year after it was required.
These time limits will not apply while the Insured Person lacks legal capacity.

**EXAMINATION.**  The Company may have the Insured Person examined:
(1)  by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
(2)  as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) the Insured Person has:
(1)  failed to cooperate with an examiner;
(2)  failed to take an exam scheduled by the Company; or
(3)  postponed such an exam more than twice.
In that event, benefits may be denied or suspended, until the required exam is completed.

GL1101-13-STD TN

16

12/01/15

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 19 of 65   Lincoln Glasner 019
PageID #: 60

**TIME OF PAYMENT OF CLAIMS.** Weekly Disability Income Benefits payable under this Policy will be paid immediately after the Company receives complete proof of claim and confirms liability. Such benefits will be paid biweekly, during any period for which the Company is liable. If benefits are due for less than a week, they will be paid on a pro rata basis. The daily rate will equal 1/7 of the Weekly Benefit. Any balance, which remains unpaid at the end of the period of liability, will be paid immediately after the Company receives complete proof of claim and confirms liability.

**TO WHOM PAYABLE**. All Weekly Disability Income Benefits are payable to the Insured Person, while living. After the Insured Person's death, such benefits will be payable to his or her estate.

**NOTICE OF CLAIM DECISION**. The Company will send the Insured Person a written notice of its claim decision. If the Company denies any part of the claim, the written notice will explain:
  (1)    the reason for the denial, under the terms of this Policy and any internal guidelines;
  (2)    how the Insured Person may request a review of the Company's decision; and
  (3)    whether more information is needed to support the claim.
This notice will be sent within 15 days after the Company resolves the claim. It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice**. The Company may need more than 15 days to process the claim, due to matters beyond its control. If so, an extension will be permitted. In that event, the Company will send the Insured Person a written delay notice:
  (1)    by the 15th day after receiving the first proof of claim; and
  (2)    every 30 days after that, until the claim is resolved.

The notice will explain:
  (1)    what additional information is needed to determine liability; and
  (2)    when a decision can be expected.
If the Insured Person does not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

**Exception:** The Company may need more information from the Insured Person to process a claim. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE**. Within 180 days after receiving a denial notice, the Insured Person may request a claim review by sending the Company:
  (1)    a written request; and
  (2)    any written comments or other items to support the claim.
He or she may review certain non-privileged information relating to the request for review.

**Notice of Decision.** The Company will review the claim and send the Insured Person a written notice of its decision. The notice will state the reasons for the Company's decision, under the terms of this Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim, the notice will also describe:
  (1)    any further appeal procedures available under this Policy;
  (2)    the right to access relevant claim information; and
  (3)    the right to request a state insurance department review, or to bring legal action.
This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

GL1101-13-STD TN

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 20 of 65   Lincoln Glasner 020
PageID #: 61

# CLAIMS PROCEDURES
## (Continued)

**Delay Notice.** If the Company needs more than 45 days to process an appeal, in a special case:
(1) an extension of up to 45 more days will be permitted; and
(2) the Company will send the Insured Person a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:
(1) the special circumstances which require the delay;
(2) whether more information is needed to review the claim; and
(3) when a decision can be expected.

**Exception:** The Company may need more information from the Insured Person to process an appeal. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA (**Employee Retirement Income Security Act of 1974**).** Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under this Policy, the plan participant or beneficiary must first seek two administrative reviews of the adverse claim decision, in accord with this section. After the required reviews:
(1) an ERISA plan participant or beneficiary may bring legal action under Section 502(a) of ERISA; and
(2) the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim, full reimbursement to the Company is required within 60 days. If reimbursement is not made, the Company has the right to:
(1) reduce future benefits and suspend payment of the Minimum Weekly Benefit under this Policy, until full reimbursement is made;
(2) reduce benefits payable to the Insured Person or his or her beneficiary under any group insurance policy issued by the Company, until full reimbursement is made; or
(3) recover such overpayments from the Insured Person or his or her estate.

Such reimbursement is required whether the overpayment is due to:
(1) the Company's error in processing a claim;
(2) the claimant's receipt of Other Income Benefits;
(3) fraud, misrepresentation or omission of relevant facts; or
(4) any other reason.

However, if the overpayment is due solely to the Company's error in processing the claim; then this right of recovery will be limited to overpayments made within the 15 months prior to the Company's discovery of the error and request for reimbursement.

**LEGAL ACTIONS**. No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than five years after the date written proof of claim is required.

**COMPANY'S DISCRETIONARY AUTHORITY**. Except for the functions that this Policy clearly reserves to the Group Policyholder or Employer, the Company has the authority to manage this Policy, interpret its provisions, administer claims and resolve questions arising under it. The Company's authority includes (but is not limited to) the right to:
(1) establish administrative procedures, determine eligibility and resolve claims questions;
(2) determine what information the Company reasonably requires to make such decisions; and
(3) resolve all matters when an internal claim review is requested.
The Insured Person has the right to request a state insurance department review or to bring legal action.
This provision does not apply to residents of California.

GL1101-13-STD TN

12/01/15

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 21 of 65     Lincoln Glasner 021
PageID #: 62

GL1101-13-STD TN

19

12/01/15

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 22 of 65     Lincoln Glasner 022
PageID #: 63

# WEEKLY DISABILITY INCOME INSURANCE

**TOTAL DISABILITY BENEFIT**.  The Company will pay a Weekly Total Disability Benefit for each week the Total Disability continues, if the Insured Person:
 (1)  becomes Totally Disabled while insured for this benefit;
 (2)  is under the Regular Care of a Physician; and
 (3)  at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

**Duration.**  Benefits start on the Day Benefits Begin, and end on the earliest of:
 (1)  the date the Insured Person ceases to be Totally Disabled or dies;
 (2)  the date the Maximum Benefit Period ends; or
 (3)  the date the Insured Person is able, but chooses not to engage in Partial Disability Employment in his or her Own Occupation.

Proportional benefits will be paid for a partial week of Total Disability.

At the Company's option, benefits may also be denied or suspended on any of the following dates:
 (1)  the date the Insured Person (without good cause):
   (a)  fails to take a required medical exam;
   (b)  fails to cooperate with an examiner; or
   (c)  postpones a required exam more than twice;
 (2)  the 45th day after the Company requests additional proof, if not given; or
 (3)  the 45th day after the Company requests proof of the Insured Person's application for any Other Income Benefits to which he or she may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Total Disability Benefit equals the lesser of:
 (1)  the Insured Person's Basic Weekly Earnings multiplied by the Benefit Percentage; minus Other Income Benefits except any pay received under the Employer's Sick Leave or Salary Continuance Plan;
 (2)  100% of the Insured Person's Basic Weekly Earnings; minus Other Income Benefits including any pay received under the Employer's Sick Leave or Salary Continuance Plan; or
 (3)  the Maximum Weekly Benefit.
In no event will the amount of the Weekly Total Disability Benefit plus any pay received under the Employer's Sick Leave or Salary Continuance Plan exceed 100% of the Insured Person's Basic Weekly Earnings.

The amount of the Weekly Total Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of the Insured Person's Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**PARTIAL DISABILITY BENEFIT**.  The Company will pay a Weekly Partial Disability Benefit, if the Insured Person:
 (1)  becomes Partially Disabled while insured for this benefit;
 (2)  is engaged in Partial Disability Employment;
 (3)  is earning at least 20% of Basic Weekly Earnings when Partial Disability Employment begins;
 (4)  is under the Regular Care of a Physician; and
 (5)  at his or her own expense, submits proof of continued Partial Disability, Physician's care and reduced earnings to the Company upon request.

The Insured Person is not required to be Totally Disabled prior to receiving Weekly Partial Disability Benefits. The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination of these.  Proportional benefits will be paid for a partial week of Partial Disability.

GL1101-15-STD 10                                                Residual, 100%BkDrSickPay

12/01/15

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 23 of 65    LincolnGlasner 023
PageID #: 64

**Duration.** Benefits start on the Day Benefits Begin, and will cease on the earliest of:
(1) the date the Insured Person ceases to be Partially Disabled or dies;
(2) the date the Maximum Benefit Period ends;
(3) the date the Insured Person earns more than 99% of Basic Weekly Earnings; or
(4) the date the Insured Person is able, but chooses not to work Full-Time or part-time in his or her Own Occupation.

At the Company's option, benefits may also be denied or suspended on any of the following dates:
(1) the date the Insured Person (without good cause):
    (a) fails to take a required medical exam;
    (b) fails to cooperate with an examiner; or
    (c) postpones a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of the Insured Person's application for Other Income Benefits to which he or she may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Partial Disability Benefit equals the lesser of A or B below:
(A) (1) The Insured Person's Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus
    (2) Other Income Benefits, except for earnings the Insured Person receives from Partial Disability Employment; or
(B) The Insured Person's Basic Weekly Earnings minus Other Income Benefits.

The amount of the Weekly Partial Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of the Insured Person's Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 24 of 65    Lincoln Glasner 024
PageID #: 65

**OTHER INCOME BENEFITS** means Earnings, benefits, awards, or settlements from the following sources. These amounts will be offset, in determining the Insured Person's Weekly Benefit. Except for Retirement Benefits and Earnings, these amounts must result from the same Disability for which a Weekly Benefit is payable under this Policy.

**Compulsory Benefits.** Any disability income benefits the Insured Person is eligible to receive under:
(1) state temporary disability income benefit laws;
(2) state no fault auto insurance laws; or
(3) any other compulsory benefit act or law (except Workers' Compensation and laws of like intent).

**Other Insurance Plans.** Any disability income benefits for which the Insured Person is eligible under any no fault auto plan.

**Employee Benefit Plans.** Any disability income benefits for which the Insured Person is eligible under the Employer's Sick Leave or Salary Continuance Plan. This does **not** include vacation pay, severance pay, or pay for work actually performed during a Disability.

**Employer's Retirement Plan.** Any Disability Benefits or Retirement Benefits the Insured Person receives under the Employer's Retirement Plan.

**Social Security and other Government Retirement Plans.** The following Social Security or other Government Retirement Plan benefits will be offset:
(1) **disability benefits** for which the Insured Person and any spouse or child is eligible, because of the Insured Person's Disability;
(2) **unreduced retirement benefits** for which the Insured Person and any spouse or child is eligible, because of the Insured Person's eligibility for unreduced retirement benefits; or
(3) **reduced retirement benefits** actually received by the Insured Person and any spouse or child, because of the Insured Person's receipt of reduced retirement benefits.

As used above, "**Government Retirement Plans**" include disability and retirement benefits under:
(1) the federal Social Security Act, Jones Act or Railroad Retirement Act;
(2) the Canada Pension Plan or Quebec Pension Plan;
(3) any similar plan or act of any country, state, province or other political unit; or
(4) any plan provided in place of one of the above plans.

**"Earnings"**, as used in this provision, means pay the Insured Person earns or receives from any occupation or form of employment, as reported for federal income tax purposes. Earnings include (but are not limited to) a:
(1) salaried or hourly Employee's gross earnings (shown on Form W-2); including:
   (a) wages, tips, commissions, bonuses and overtime pay; and
   (b) any pre-tax contributions to a Section 125 Plan, flexible spending account, or qualified deferred compensation plan;
(2) proprietor's net profit (figured from Form 1040, Schedule C);
(3) professional corporation shareholder's net profit (figured from Form 1040, Schedule C);
(4) partner's net earnings from self-employment (shown on Schedule K-1) and any W-2 earnings; and
(5) Subchapter S Corporation shareholder's net earnings from trade or business activities (shown on Schedule K-1).

**Recovery from Third Party.** Any amount the Insured Person recovers from a third party as a result of the Disability and which is specified to be for loss of time or loss of wages (whether by judgment, settlement or otherwise). The offset:
(1) will be reduced by attorney fees and other reasonable costs of recovery; and
(2) will not exceed 100% of the net settlement.

GL1101-16-INT 10 TN

Integrated No Pre-Ex

22

12/01/15

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 25 of 65    Lincoln Glasner 025
PageID #: 66

# WEEKLY DISABILITY INCOME INSURANCE
## (Continued)

**Exceptions.**  The following will **not** be considered Other Income Benefits, and will not be offset in determining the Weekly Benefit:

(1) a cost-of-living increase in any Other Income Benefit (except Earnings); if it takes effect after the first offset for that benefit during a period of Disability;

(2) reimbursement for hospital, medical or surgical expense;

(3) reimbursement for attorney fees or other reasonable costs of claiming Other Income Benefits;

(4) group credit or mortgage disability insurance;

(5) early retirement benefits that are not elected or received under the federal Social Security Act or other Government Retirement Plan;

(6) any amounts under the Employer's Retirement Plan that:
  (a) represent the Insured Person's contributions; or
  (b) are received upon termination of employment without being disabled or retired;

(7) benefits from a 401(k), profit-sharing or thrift plan; an individual retirement account (IRA); a tax sheltered annuity (TSA); a stock ownership plan; or a non-qualified plan of deferred compensation;

(8) vacation pay, holiday pay, or severance pay; or

(9) disability income benefits under any individual policy, association group plan, franchise plan, or auto liability insurance policy (except no fault auto insurance).

**RULES CONCERNING OTHER INCOME BENEFITS.**  If the Insured Person may be entitled to Other Income Benefits that affect Policy benefits, he or she is required to actively claim them.  For example, if Social Security or other Government Retirement Plan benefits may be payable, the Insured Person:

(1) must promptly apply for such benefits; and, if denied

(2) must file an appeal or request an administrative hearing, upon Company request.

If the Insured Person fails to promptly pursue such benefits, the Company has the option to deny or suspend Weekly Benefits or to reduce them by an estimated amount.

If Workers' Compensation or similar benefits may be payable for the same Disability, the Insured Person and Employer are required to cooperate in filing for those benefits.  The Company will require proof of the denial or duration of those benefits to confirm its liability under this Policy.

**Refunding Overpayments.**  Upon receiving Other Income Benefits, the Insured Person must refund any resulting overpayment of Weekly Benefits under this Policy.  If he or she does not promptly refund an overpayment to the Company within 60 days, in a lump sum, then:

(1) the Company will reduce or eliminate future payments; and

(2) the Minimum Weekly Benefit will not apply, until the amount is repaid.

**Cost of Living Freeze.**  After the first deduction for each of the Other Income Benefits (except Earnings), its amount will be frozen.  The Weekly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

**RECURRENT DISABILITY.  "Recurrent Disability"** means a Disability caused by an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Weekly Benefits were payable.

(1) A Recurrent Disability will be treated as a new period of Disability, if the Insured Person:
  (a) has returned to his or her Own Occupation; and
  (b) has worked on a full-time basis, for two consecutive weeks or more.
  A new Day Benefits Begin and new Maximum Benefit Period will apply.

(2) A Recurrent Disability will be treated as part of the prior Disability, if the Insured Person:
  (a) has returned to his or her Own Occupation; and
  (b) has worked on a full-time basis, for less than two consecutive weeks.
  The same Day Benefits Begin and same Maximum Benefit Period will apply to the Recurrent Disability as to the prior Disability.

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 26 of 65    PageID #: 67

Lincoln Glasner 026

# WEEKLY DISABILITY INCOME INSURANCE
## (Continued)

To qualify for a Weekly Benefit for a Recurrent Disability, the Insured Person must earn less than the percentage of Predisability Income specified in the Partial Disability Benefit section. Benefit payments will be subject to all other terms of this Policy that applied to the prior Disability.

This Recurrent Disability provision will cease to apply to an Insured Person who becomes eligible for coverage under any other group short-term disability policy.

**EXCLUSIONS.** Weekly Benefits will not be payable for any period of Disability:
- (1) which is the result of an intentionally self-inflicted Injury or suicide attempt;
- (2) during which the Insured Person is not under the Regular Care of a Physician;
- (3) which is the result of war (declared or undeclared) or any act of war;
- (4) which is the result of a Sickness or Injury for which the Insured Person receives benefits under Workers' Compensation or similar coverage; or
- (5) which arises out of (or in the course of) any employment for wage or profit, when the Disability would be covered by Workers' Compensation or similar coverage if:
  - (a) the Employer had enrolled the Insured Person for such coverage; and
  - (b) the Insured Person and Employer had cooperated in filing a claim under that plan.

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 27 of 65     Lincoln/Glasner 027
PageID #: 68

# VOCATIONAL REHABILITATION BENEFIT

**BENEFIT.** If an Insured Person is Disabled and is receiving Weekly Benefits under this Policy, he or she may be eligible for a Vocational Rehabilitation Benefit. This benefit consists of services which may include:
(1) vocational evaluation, counseling, training or job placement;
(2) job modification or special equipment; and
(3) other services which the Company deems reasonably necessary to help the Insured Person return to work.
The Company will determine the Insured Person's eligibility and the amount of any benefit payable.

**ELIGIBILITY.** An Insured Person may be eligible for the Vocational Rehabilitation Benefit if the Company finds that he or she:
(1) has a Disability that prevents the performance of the Main Duties of his or her Own Occupation;
(2) has the physical and mental abilities needed to complete a Rehabilitation Program; and
(3) is reasonably expected to return to work after completing the Rehabilitation Program; in view of his or her degree of motivation and the labor force demand for workers in the proposed occupation.
The Company must also find that the cost of the proposed services is less than its expected claim liability.

**AMOUNT.** The amount of any Vocational Rehabilitation Benefit will not exceed the Company's expected claims liability. This benefit will not be payable for services covered under the Insured Person's health care plan or any other vocational rehabilitation program. Payment may be made to the provider of the services, at the Company's option.

**CONDITIONS.** The Company, the Insured Person, or his or her Physician may first propose vocational rehabilitation. When a Rehabilitation Program is approved by the Company, this Policy's definition of "Disability" will be waived during the rehabilitation period; however, it will be reapplied after the Rehabilitation Program ends. The Company will determine the amount and duration of any Weekly Disability benefits payable after the Rehabilitation Program ends.

**LIMITATION.** This Policy will not cover any period of Disability for an Insured Person who has received a Vocational Rehabilitation Benefit and has failed to complete the Rehabilitation Program, without Good Cause.

**DEFINITIONS.**

**"Good Cause,"** as used in this provision, means the Insured Person's:
(1) documented physical or mental impairments, which render the Insured Person unable to take part in or complete a Rehabilitation Program;
(2) involvement in a medical program, which prevents or interferes with the Insured Person's taking part in or completing a Rehabilitation Program; or
(3) participating in good faith in some other vocational rehabilitation program, which:
(a) conflicts with taking part in or completing a Rehabilitation Program developed by the Company; and
(b) is reasonably expected to return the Insured Person to work.

**"Rehabilitation Program"** means a written vocational rehabilitation program:
(1) which the Company develops with input from:
(a) the Insured Person;
(b) the Insured Person's Physician; and
(c) any current or prospective employer, when appropriate; and
(2) which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of this Policy.

GL1101-31-STD

25 12/01/15

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 28 of 65    Lincoln Glasner 028
PageID #: 69

# REHABILITATION INCENTIVE BENEFIT

**BENEFIT.** The Company will pay a Rehabilitation Incentive Benefit to an Insured Person who is Totally or Partially Disabled and who actively participates in a Rehabilitation Program approved by the Company.

This benefit is included in the premium rate for the Policy. You will not be charged any additional premium for this benefit.

**AMOUNT.** The amount of the Rehabilitation Incentive Benefit is shown in the Schedule of Insurance.

The Rehabilitation Incentive Benefit is paid in addition to any other Policy benefits, and is not subject to Policy provisions that would otherwise reduce the benefit amount, such as the Other Income Benefits provision.

**DURATION.** The Rehabilitation Incentive Benefit starts on the latest of:
(1)   the date the Insured Person begins to participate in an approved Rehabilitation Program; or
(2)   the date the Company approves the Insured Person's Rehabilitation Program.

The Rehabilitation Incentive Benefit will cease on the earliest of:
(1)   the date the Weekly Total or Partial Disability Benefits would otherwise cease under this Policy; or
(2)   the date the Insured Person ceases participation in an approved Rehabilitation Program.

**DEFINITION.**

**"Rehabilitation Program"** means a written vocational rehabilitation program:
(1)   which the Company develops with input from:
    (a)   the Insured Person;
    (b)   the Insured Person's Physician; and
    (c)   any current or prospective employer, when appropriate; and
(2)   which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**PROOF.** Written proof of active participation in a Rehabilitation Program must be given:
(1)   within 90 days after the Day Benefits Begin; or
(2)   as soon as reasonably possible after that.
Proof of active participation must be provided at the Insured Person's own expense. The proof must be sent to the Company's Group Insurance Service Office. It should include the Insured Person's name and address and the number of this Policy.

**Exception:** Failure to furnish proof of active participation in a Rehabilitation Program within the required time period will not invalidate the benefit, if it is shown that it was done:
(1)   as soon as reasonably possible; and
(2)   in no event more than one year after it was required.
These time limits will not apply while the Insured Person lacks legal capacity.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of this Policy.

GL1101-32-STD

12/01/15

Case 4:21-cv-00014-KAC-SKL   Document 17-1   Filed 12/20/21   Page 29 of 65
PageID #: 70   Lincoln Glasner 029

# REASONABLE ACCOMMODATION BENEFIT

**BENEFIT.** If an Insured Person is Disabled and is receiving Weekly Benefits under this Policy, then the Group Policyholder may be eligible for a Reasonable Accommodation benefit. This benefit reimburses the Group Policyholder for 50% of the expense incurred for reasonable accommodation services for the Insured Person, but will not exceed the lesser of:

(1)  a maximum benefit of $2500 for any one Insured Person; or
(2)  the Company's expected liability for the Insured Person's Weekly Disability Income claim.

Such services may include:

(1)  providing the Insured Person a more accessible parking space or entrance;
(2)  removing barriers or hazards to the Insured Person from the worksite;
(3)  special seating, furniture or equipment for the Insured Person's work station;
(4)  providing special training materials or translation services during the Insured Person's training; and
(5)  other services the Company deems reasonably necessary to help the Insured Person return to work with the Group Policyholder.

**ELIGIBILITY.** The Company will determine the Group Policyholder's eligibility to receive the Reasonable Accommodation benefit. To qualify for the Reasonable Accommodation benefit, the Group Policyholder must have an Insured Person:

(1)  whose Disability prevents the performance of his or her Own Occupation at the Group Policyholder's worksite;
(2)  who has the physical and mental abilities needed to perform his or her Own Occupation or another occupation at the Group Policyholder's worksite, but only with the help of the proposed accommodation; and
(3)  who is reasonably expected to return to work with the help of the proposed accommodation.

The Company must also find that the requested Reasonable Accommodation benefit is less than the expected liability for the Insured Person's Weekly Disability Income claim.

**WRITTEN PROPOSAL.** The reasonable accommodation services must be provided in accord with a written proposal, which is developed with input from:

(1)  the Group Policyholder;
(2)  the Insured Person; and
(3)  the Insured Person's Physician, when appropriate.

The proposal must state:

(1)  the purpose of the proposed accommodation; and
(2)  the times, dates, and costs of the services.

**CONDITIONS.** The Company, the Group Policyholder, the Insured Person, or the Insured Person's Physician may first propose an accommodation.

The proposal must be approved by the Company in writing.

The Company will reimburse the Group Policyholder upon receipt of proof that the Group Policyholder:

(1)  has provided the services for the Insured Person; and
(2)  has paid the provider for the services.

**OTHER PROVISIONS.** Unless stated otherwise, the Reasonable Accommodation benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of this Policy.

GL1101-33-STD

12/01/15

Lincoln Glasner 030

# FAMILY INCOME BENEFIT

**BENEFIT.** The Company will pay a benefit to the Eligible Survivor(s) when satisfactory written proof is received that an Insured Person died:
    (1)    after Disability had continued for at least 14 consecutive days; and
    (2)    while receiving a Weekly Benefit.

If payment becomes due to the Insured Person's children; then payment will be made to:
    (1)    the surviving children, in equal shares; or
    (2)    a person named by the Company to receive payments on the children's behalf.

This payment will be valid and effective against all claims by others representing, or claiming to represent, the Insured Person's children.

If there are no Eligible Survivors, payment will be made to the Insured Person's estate.

**AMOUNT.** The Family Income Benefit is shown in the Schedule of Insurance. Reductions for Other Income Benefits will not apply.

If any state disability plan compulsory death benefits become payable upon the Insured Person's death, then any Family Income Benefit amount payable will be reduced by such compulsory death benefits.

**DEFINITION.**

**"Eligible Survivor(s)"** means the Insured Person's:
    (1)    surviving spouse or domestic partner; or, if none,
    (2)    surviving children who are under age 25 on the Insured Person's date of death.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of this Policy.

GL1101-34-STD

28

12/01/15

Lincoln Glasner 031

# NOTICE CONCERNING COVERAGE UNDER

# THE TENNESSEE LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION ACT

Residents of Tennessee who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Tennessee Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of the insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however. And, as noted below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The state law that provides for this safety-net coverage is called the Tennessee Life and Health Insurance Guaranty Association Act. The following is a brief summary of this law's coverages, exclusions and limits. **This summary does not cover all provisions of the law or describe all of the conditions and limitations relating to coverage. This summary does not in any way change anyone's rights or obligations under the act or the rights or obligations of the Guaranty Association.**

## COVERAGE

Generally, individuals will be protected by the Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, an annuity, or if they are insured under a group insurance contract issued by an insurer authorized to conduct business in Tennessee. Health insurance includes disability and long term care policies. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by this Guaranty Association if:

1) They are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);

2) The insurer was not authorized to do business in this state;

3) Their policy was issued by an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The Guaranty Association also does not provide coverage for:

1) Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;

2) Any policy of reinsurance (unless an assumption certificate was issued);

3) Interest rate yields that exceed an average rate;

4) Dividends;

5) Credits given in connection with the administration of a policy by a group contractholder;

6) Employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);

7) Unallocated annuity contracts (which give rights to group contractholders, not individuals);

GAN-GRP-TN NOTICE 10

LIMITS ON AMOUNT OF COVERAGE

The act also limits the amount the Guaranty Association is obligated to pay out. The Guaranty Association cannot pay more than what the insurance company would owe under a policy or contract. For any one insured life, the Guaranty Association guarantees payments up to a stated maximum no matter how many policies and contracts there were with the same company, even if they provided different types of coverage. These aggregate limits per life are as follows:

- $300,000 for policies and contracts of all types, except as described in the next point

- $500,000 for basic hospital, medical and surgical insurance and major medical insurance issued by companies that become insolvent after January 1, 2010

Within these overall limits, the Guaranty Association cannot guarantee payment of benefits greater than the following:

- Life insurance death benefits - $300,000

- Life insurance cash surrender value - $100,000

- Present value of annuity benefits for companies insolvent before July 1, 2009 - $100,000

- Present value of annuity benefits for companies insolvent after June 30, 2009 - $250,000

- Health insurance benefits for companies declared insolvent before January 1, 2010 - $100,000

- Health insurance benefits for companies declared insolvent on or after January 1, 2010:

  - $100,000 for limited benefits and supplemental health coverages

  - $300,000 for disability and long term care insurance

  - $500,000 for basic hospital, medical and surgical insurance or major medical insurance

The Tennessee Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Tennessee. You should not rely on coverage by the Tennessee Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy.

Tennessee Life and Health Insurance Guaranty Association
1200 One Nashville Place
150 4th Avenue North
Nashville, Tennessee 37219

Tennessee Department of Commerce and Insurance
500 James Robertson Parkway
Nashville, Tennessee 37243

GAN-GRP-TN NOTICE 10
12/01/15

**AMENDMENT TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO: 000010158686**

**ISSUED TO: Protection Strategies Incorporated**

**The Policy is amended by the addition of the following provisions.**

**PRIOR INSURANCE CREDIT UPON TRANSFER OF
DISABILITY INCOME INSURANCE CARRIERS**

This provision prevents loss of disability income coverage for an Insured Person, which could otherwise occur solely because of a transfer of insurance carriers. This Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

**"Prior Plan"** means a prior carrier's group disability income policy, which this Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE. Subject to premium payments, this Policy will provide disability income coverage to a Person who:
(1)   was insured by the prior plan on its termination date; and
(2)   was otherwise eligible under this Policy; but was not Actively-At-Work due to Injury or Sickness on its Effective Date.

AMOUNT OF COVERAGE. Until the Person satisfies this Policy's Active Work rule, his or her disability income coverage will not exceed that provided by the prior plan, had it remained in force. The Company will pay:
(1)   the benefit the prior plan would have paid; minus
(2)   any amount for which the prior carrier is liable.

**This Amendment takes effect on the effective date of coverage under this Policy. In all other respects, this Policy remains the same.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

_____
Officer of the Company

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 34 of 65     Lincoln/Glasner 034
PageID #: 75



## The Lincoln National Life Insurance Company

A Stock Company   Home Office Location:  Fort Wayne, Indiana
Group Insurance Service Office:  8801 Indian Hills Drive, Omaha, NE 68114-4066
(800) 423-2765   Online: www.LincolnFinancial.com

CERTIFIES THAT Group Policy No.        GL 000010158686        has been issued to
Protection Strategies Incorporated
(The Group Policyholder)

The issue date of the Policy is May 1, 2012.

Certificate of Insurance for Class 2 of Plan 1

You are entitled to the benefits described in this Certificate only if you are eligible, become and remain insured under the provisions of the Policy.  This Certificate replaces any other certificates for the benefits described inside.  As a Certificate of Insurance, it is not a contract of insurance; it only summarizes the provisions of the Policy and is subject to the Policy's terms.  If the provisions of this Certificate and the Policy do not agree, the provisions of the Policy will apply.

PRESIDENT

**CERTIFICATE OF GROUP INSURANCE
PROVIDING
WEEKLY DISABILITY INCOME INSURANCE**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GL1102 FP STD 04

12/01/15

Case 4:21-cv-00014-KAC-SKL   Document 17-1   Filed 12/20/21   Page 35 of 65   Lincoln Glasner 035
PageID #: 76

**Protection Strategies Incorporated**
**000010158686**
**SCHEDULE OF INSURANCE**

**ELIGIBLE CLASS**

**Class 2 - All Full-Time CBA Employees**

The Policy does not replace or provide benefits required by Workers' Compensation laws or any state disability insurance plan laws.

GL1102-SB-STD

Lincoln Glasner 036

MINIMUM HOURS:     30 hours per week

WAITING PERIOD:     (For date insurance begins, refer to "Effective Date" section)
                    None

CONTRIBUTIONS:     You are required to contribute to the cost of the Weekly Disability Income Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**

BENEFIT PERCENTAGE:          60%

MAXIMUM WEEKLY BENEFIT:      $1,500

MINIMUM WEEKLY BENEFIT:       10% of your Weekly Total Disability Benefit

DAY BENEFITS BEGIN:      15th consecutive day of Disability due to Accidental Injury; and
                         15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD:     13 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when you retire.

ADDITIONAL FEATURES:

Family Income Benefit:             3 times your last Weekly Benefit payable immediately prior to death.

Rehabilitation Assistance Benefit:   • Rehabilitation Incentive Benefit of 5% of Basic Weekly Earnings
                                     • Reasonable Accommodation Benefit
                                     • Vocational Rehabilitation Benefit

GL1102-SB-STD

12/01/15

Lincoln Glasner 037

# TABLE OF CONTENTS

Definitions....................................................................................................................3

General Provisions........................................................................................................8

Eligibility and Effective Dates...................................................................................10

Individual Terminations..............................................................................................12

Claims Procedures for Weekly Disability Income Benefits........................................ 13

Weekly Disability Income Insurance..........................................................................16

Vocational Rehabilitation Benefit...............................................................................21

Rehabilitation Incentive Benefit.................................................................................22

Reasonable Accommodation Benefit...........................................................................23

Family Income Benefit................................................................................................ 24

Prior Insurance Credit Provision.................................................................................25

GL1102-TOC

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 38 of 65    Lincoln Glasner 038
PageID #: 79

# DEFINITIONS

**As used throughout the Policy, the following terms shall have the meanings indicated below. Other parts of the Policy contain definitions specific to those provisions.**

**ACTIVE WORK** or **ACTIVELY AT WORK** means your performance of all Main Duties of your Own Occupation, for the regularly scheduled number of hours, at:
- (1)    the Employer's place of business; or
- (2)    any other business location where the Employer requires you to travel.

Unless disabled on the prior workday or on the day of absence, you will be considered Actively at Work on the following days:
- (1)    a Saturday, Sunday or holiday that is not a scheduled workday;
- (2)    a paid vacation day, or other scheduled or unscheduled non-workday; or
- (3)    a non-medical leave of absence of 12 weeks or less, whether taken with the Employer's prior approval or on an emergency basis.

This includes a Military Leave or an approved Family or Medical Leave that is not due to your own health condition.

**BASIC WEEKLY EARNINGS** or **PREDISABILITY INCOME** means your average weekly base salary or hourly pay from the Employer before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the date the Disability begins.

It does **not** include commissions, bonuses, overtime pay, or any other extra compensation. It does **not** include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Weekly Earnings permitted by the Policy; whichever is less. (Maximum Covered Weekly Earnings equals the Maximum Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.) Exception: For purposes of determining the Partial Disability Weekly Benefit, Basic Weekly Earnings will not exceed the amount shown in the Employer's financial records.

**COMPANY** means The Lincoln National Life Insurance Company, an Indiana corporation. Its Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

**DAY** or **DATE** means the period of time that begins at 12:01 a.m. and ends at 12:00 midnight, standard time, at the Group Policyholder's place of business. When used with regard to effective dates, it means 12:01 a.m. When used with regard to termination dates, it means 12:00 midnight.

**DISABILITY or DISABLED** means Total Disability or Partial Disability.

**DISABILITY BENEFIT**, when used with the term Retirement Plan, means a benefit that:
- (1)    is payable under a Retirement Plan due to disability as defined in that plan; and
- (2)    does not reduce the benefits that would have been paid as Retirement Benefits at the normal retirement age under the plan if the disability had not occurred.

If the payment of the benefit does cause such a reduction, the benefit will be deemed a Retirement Benefit as defined in the Policy.

**EMPLOYEE or FULL-TIME EMPLOYEE** means a person:
- (1)    whose employment with the Employer is the person's main occupation;
- (2)    whose employment is for regular wage or salary, on a full-time basis;
- (3)    who is regularly scheduled to work at such occupation at least the Minimum Hours shown in the Schedule of Insurance;
- (4)    who is a member of an Eligible Class which is eligible for coverage under the Policy;
- (5)    who is not a temporary or seasonal employee; and
- (6)    who is a citizen of the United States or legally works in the United States.

GL1102-1-STD 10 TN

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 39 of 65    Lincoln/Glasner 039
PageID #: 80

# DEFINITIONS
## (Continued)

**EMPLOYER** means the Group Policyholder. It includes any division, subsidiary or affiliated company named in the Application or Participation Agreement.

**EVIDENCE OF INSURABILITY** means a statement of proof of your medical history. The Company uses this to determine your acceptance for insurance or an increased amount of insurance. Such proof will be provided at your own expense.

**FAMILY OR MEDICAL LEAVE** means an approved leave of absence that:
  (1)  is subject to the federal FMLA law (the Family and Medical Leave Act of 1993 and any amendments to it) or a similar state law;
  (2)  is taken in accord with the Employer's leave policy and the law which applies; and
  (3)  does not exceed the period approved by the Employer and required by that law.

Under the federal FMLA law, such leaves are permitted for up to 12 weeks in a 12-month period as defined by the Employer. The 12 weeks:
  (1)  may consist of consecutive or intermittent work days; or
  (2)  may be granted on a part-time equivalency basis.
If you are entitled to a leave under both the federal FMLA law and a similar state law, you may elect the more favorable leave (but not both). If you are on an FMLA leave due to your own health condition on the date Policy coverage takes effect, you are not considered Actively at Work.

**FULL-TIME**, as it applies to the Partial Disability Benefit, means the average number of hours you were regularly scheduled to work, at your Own Occupation, during the week just prior to:
  (1)  the date Disability begins; or
  (2)  the date an approved leave of absence begins, if Disability begins while you are continuing coverage during a leave of absence.

**GROUP POLICYHOLDER** means the person, company, trust or other organization as shown on the Title Page of the Policy.

**INJURY** means bodily Injury which results directly from an accident, independently of all other causes. In determining Weekly Benefits, a Disability will be considered caused by a Sickness if:
  (1)  the Disability begins more than 60 days after the Injury; or
  (2)  the Injury occurred before your Effective Date under the Policy.

The term "Injury" shall not include any:
  (1)  condition to which a Sickness, its natural progression or its treatment is a substantial contributing cause (based upon the preponderance of medical evidence);
  (2)  condition caused by emotional stress or trauma; infection (except pyogenic bacterial infection of an Injury); or medical or surgical treatment (except when needed solely for an Injury);
  (3)  repetitive trauma condition which results from repetitious, physically traumatic activities that occur over time; or
  (4)  pregnancy; except for complications that result from an Injury.

GL1102-1-STD 10 TN

4

12/01/15

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 40 of 65    PageID #: 81    Lincoln Glasner 040

**INSURANCE MONTH** or **POLICY MONTH** means that period of time:
    (1)    beginning at 12:01 a.m. Standard Time, at the Group Policyholder's place of business on the first day of any calendar month; and
    (2)    ending at 12:00 midnight on the last day of the same calendar month.

**INSURED PERSON** means a Person for whom Policy coverage is in effect.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
    (1)    are normally required to perform your Own Occupation; and
    (2)    could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
    (1)    the Employer is subject to the Act; or
    (2)    you have requested such a job accommodation.
An Employer's failure to modify or omit other job tasks does **not** render you unable to perform the Main Duties of the job.

Main Duties include those job tasks:
    (1)    as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
    (2)    as performed in the general labor market and national economy.
Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**MEDICALLY APPROPRIATE TREATMENT** means diagnostic services, consultation, care or services that are consistent with the symptoms or diagnosis causing your Disability. Such treatment must be rendered:
    (1)    by a Physician whose license and any specialty are consistent with the disabling condition; and
    (2)    according to generally accepted, professionally recognized standards of medical practice.

**MILITARY LEAVE** means a leave of absence that:
    (1)    is subject to the federal USERRA law (the Uniformed Services Employment and Reemployment Rights Act of 1994 and any amendments to it);
    (2)    is taken in accord with the Employer's leave policy and the federal USERRA law; and
    (3)    does not exceed the period required by that law.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
    (1)    in which you were employed with the Employer prior to Disability; and
    (2)    which was your main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
    (1)    whether such work is with the Employer, with some other firm, or on a self-employed basis; or
    (2)    whether a suitable opening is currently available with the Employer or in the local labor market.

**PARTIAL DISABILITY** or **PARTIALLY DISABLED** means that, due to an Injury or Sickness, you:
    (1)    are unable to perform one or more of the Main Duties of your Own Occupation, or are unable to perform such duties Full-Time; and
    (2)    are engaged in Partial Disability Employment.

Case 4:21-cv-00014-KAC-SKL   Document 17-1   Filed 12/20/21   Page 41 of 65   Lincoln Glasner 041
PageID #: 82

**PARTIAL DISABILITY EMPLOYMENT** means you are working at your Own Occupation or any other occupation; however, because of a Partial Disability:
 (1)   your hours or production is reduced;
 (2)   one or more Main Duties of the job are reassigned; or
 (3)   you are working in a lower-paid occupation.

During Partial Disability Employment, your current earnings:
 (1)   must be at least 20% of Predisability Income; and
 (2)   may not exceed the percentage specified in the Partial Disability Benefit section.

**PERSON** means an Employee of the Employer:
 (1)   who is a member of an Employee class which is eligible for coverage under the Policy; and
 (2)   who has completed an enrollment form.

**PERSONAL INSURANCE** means the insurance provided by the Policy on Insured Persons.

**PHYSICIAN** means:
 (1)   a legally qualified medical doctor who is licensed to practice medicine, to prescribe and administer drugs, or to perform surgery; or
 (2)   any other duly licensed medical practitioner who is deemed by state law to be the same as a legally qualified medical doctor.
The medical doctor or other medical practitioner must be acting within the scope of his or her license.  He or she must be qualified to provide Medically Appropriate Treatment for your disabling condition.

Physician does **not** include you or your relatives.  Relatives include:
 (1)   your spouse, siblings, parents, children and grandparents; and
 (2)   your spouse's relatives of like degree.

**POLICY** means the group insurance Policy issued by the Company to the Group Policyholder.

**PREDISABILITY INCOME**--See Basic Weekly Earnings definition.

**REGULAR CARE OF A PHYSICIAN** means you:
 (1)   personally visit a Physician, as often as medically required according to standard medical practice to effectively manage and treat your disabling condition; and
 (2)   receive Medically Appropriate Treatment, by a Physician whose license and any specialty are consistent with the disabling condition.

**REGULAR OCCUPATION**--See Own Occupation or Regular Occupation definition.

**RETIREMENT BENEFIT**, when used with the term Retirement Plan, means a benefit that:
 (1)   is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
 (2)   does not represent contributions made by you (Payments representing Employee contributions are deemed to be received over your expected remaining life, regardless of when they are actually received.); and
 (3)   is payable upon:
  (a)   early or normal retirement; or
  (b)   disability (if the payment does reduce the benefit which would have been paid at the normal retirement age under the plan, if disability had not occurred).

**RETIREMENT PLAN** means a defined benefit or defined contribution plan that:
 (1)   provides Retirement Benefits to Employees; and
 (2)   is not funded wholly by Employee contributions.

GL1102-1-STD 10 TN

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 42 of 65     Lincoln/Glasner 042
PageID #: 83

The term shall **not** include any 401(k), profit-sharing or thrift plan; informal salary continuance plan; individual retirement account (IRA); tax sheltered annuity (TSA); stock ownership plan; or a non-qualified plan of deferred compensation.

An Employer's Retirement Plan is deemed to include any Retirement Plan:
  (1)    which is part of any federal, state, county, municipal or association retirement system; and
  (2)    for which you are eligible as a result of employment with the Employer.

**SICK LEAVE** or **SALARY CONTINUANCE PLAN** means a plan that:
  (1)    is established and maintained by the Employer for the benefit of Employees; and
  (2)    continues payment of all or part of your Predisability Income for a specified period after you become Disabled.
It does **not** include compensation the Employer pays you for work actually performed during a Disability.

**SICKNESS** means illness, pregnancy (including its complications) or disease.

**TOTAL DISABILITY** or **TOTALLY DISABLED** means your inability, due to Sickness or Injury, to perform each of the Main Duties of your Own Occupation.  The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**WAITING PERIOD** means the period of time you must be employed in an eligible class with the Employer, before you become eligible to enroll for coverage under the Policy.  The period of service must be continuous, except as explained in the Eligibility provision captioned Prior Service Credit Towards Waiting Period.

**WEEKLY BENEFIT** means the amount payable weekly by the Company to you while you are Totally Disabled or Partially Disabled.

**WORKERS' COMPENSATION OR SIMILAR COVERAGE** means coverage under a law that compensates for job related Injury or Sickness.  It includes (but is not limited to):
  (1)    coverage under any Workers' Compensation or occupational disease law;
  (2)    coverage under the Jones Act; the Longshoreman's and Harbor Worker's Act; the Maritime Doctrine of Maintenance, Wages or Cure; or
  (3)    any plan provided in place of one of those plans.

GL1102-1-STD 10 TN

7

12/01/15

# GENERAL PROVISIONS

**ENTIRE CONTRACT.**  The entire contract between the parties shall consist of:
  (1)  the Policy and any amendments to it;
  (2)  the Group Policyholder's application (a copy of which is attached to the Policy);
  (3)  any Participating Employers' applications or Participation Agreements; and
  (4)  any individual applications of Insured Persons.

In the absence of fraud, all statements made by the Group Policyholder and by Insured Persons are representations and not warranties.  No statement made by an Insured Person will be used to contest the coverage provided by the Policy, unless:
  (1)  it is contained in  a written statement signed by that Insured Person; and
  (2)  a copy of the statement has been furnished to that Insured Person.

**INCONTESTABILITY.**  Except for the non-payment of premiums or fraud, the Company may not contest the validity of the Policy after it has been in force for two years from its date of issue; and as to any Insured Person, after his or her coverage has been in force for two years during his or her lifetime.  This clause does not preclude, at any time, the assertion of defenses based upon:
  (1)  the Policy's eligibility requirements, exclusions and limitations; and
  (2)  other Policy provisions unrelated to the validity of coverage.

**RESCISSION**.  The Company has the right to rescind any insurance for which Evidence of Insurability was required, if:
  (1)  you incur a claim during the first two years of coverage; and
  (2)  the Company discovers that you made a Material Misrepresentation on your application.

A **"Material Misrepresentation"** is an incomplete or untrue statement that caused the Company to issue coverage that it would have disapproved, had it known the truth.  **"To rescind"** means to cancel insurance back to its effective date.  In that event, the Company will refund all premium paid for the rescinded insurance, less any benefits paid for your claims.  The Company reserves the right to recover any claims paid in excess of such premiums.

**MISSTATEMENTS OF FACTS.**  If relevant facts about any Person were misstated:
  (1)  a fair adjustment of the premium will be made; and
  (2)  the true facts will decide if and in what amount insurance is valid under the Policy.
If your age has been misstated, any benefits shall be in the amount the paid premium would have purchased at the correct age.

**GROUP POLICYHOLDER'S AGENCY.**  For all purposes of the Policy, the Group Policyholder acts on its own behalf or as an agent of the Insured Person.  Under no circumstances will the Group Policyholder be deemed the agent of the Company.

**CURRENCY.**  In administering the Policy:
  (1)  all Predisability Income will be expressed in U.S. dollars; and
  (2)  all premium and benefits must be paid in U.S. dollars.

**WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE.**  The Policy does not replace or provide benefits required by:
  (1)  Workers' Compensation laws; or
  (2)  any state temporary disability insurance plan laws.

GL1102-2 GPSTD

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 44 of 65    Lincoln Glasner 044
PageID #: 85

**ASSIGNMENT.** The rights and benefits under this Certificate may not be assigned.

GL1102-2 GPSTD

12/01/15

Lincoln Glasner 045

## ELIGIBILITY AND EFFECTIVE DATES

**ELIGIBLE CLASSES.** The classes of Employees eligible for insurance are shown in the Schedule of Insurance. The Company has the right to review and terminate any or all classes eligible under the Policy, if any class ceases to be covered by the Policy.

**ELIGIBILITY.** A Person becomes eligible for coverage provided by the Policy on the later of:
(1)  the Policy's date of issue; or
(2)  the date the Waiting Period is completed.

**Prior Service Credit Towards Waiting Period.** The Waiting Period is shown in the Schedule of Insurance. Prior service in an Eligible Class will apply toward the Waiting Period, when:
(1)  you are a former Employee and are rehired within one year after your employment ends;
(2)  you return from an approved Family or Medical Leave within:
  (a)  the 12-week period required by federal law; or
  (b)  any longer period required by a similar state law; or
(3)  you return from a Military Leave within the period required by federal USERRA law.

**EFFECTIVE DATE.** Your initial amount of Personal Insurance becomes effective at 12:01 a.m. on the latest of:
(1)  the date you become eligible for the coverage;
(2)  the date you resume Active Work, if not Actively at Work on the day you become eligible;
(3)  the date you make written application for coverage and sign:
  (a)  a payroll deduction order, if you pay any part of the Policy premiums; or
  (b)  an order to pay premiums from your Flexible Benefits Plan account, if Employer contributions are made through such an account; or
(4)  the date the Company approves your Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:

(1)  the first day of the Insurance Month coinciding with or next following the day on which you become eligible for the increase, if Actively at Work on that day;
(2)  the date you resume Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
(3)  the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not you are Actively at Work.

**Evidence of Insurability.** Evidence of Insurability satisfactory to the Company must be submitted at your expense; when:
(1)  you make written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage; or
(2)  you make written application for coverage after you have requested:
  (a)  to cancel insurance;
  (b)  to stop payroll deductions for the insurance; or
  (c)  to stop premium payments from the Flexible Benefits Plan account.

**Effective Date for Change in Eligible Class.** You may become a member of a different Eligible Class. Coverage under the different Eligible Class will be effective:
(1)  on the first day of the Insurance Month coinciding with or next following the date of the change;
(2)  except as stated in the Effective Date provision for increases or decreases.

GL1102-2-STD

10

12/01/15

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 46 of 65    Lincoln Glasner 046
PageID #: 87

**REINSTATEMENT RIGHTS.** If your coverage terminates due to one of the following breaks in service, you will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe. **"Reinstatement"** or **"to reinstate"** means to re-enroll for Policy coverage, without satisfying a new Waiting Period or providing Evidence of Insurability. Reinstatement is available upon:

(1) return from an approved Family or Medical Leave within:
    (a) the 12-week period required by federal law; or
    (b) any longer period required by a similar state law;
(2) return from a Military Leave within the period required by federal USERRA law;
(3) return from any other approved leave of absence within six months after the leave begins;
(4) return within 12 months following a lay off; or
(5) return within 12 months following termination of employment for any other reason.

To reinstate coverage, you must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class. The reinstated amount of insurance may not exceed the amount that terminated. Reinstatement will take effect on the date you return to Active Work.

GL1102-2-STD

11

12/01/15

Lincoln Glasner 047

**TERMINATION OF COVERAGE.** Your coverage will terminate at 12:00 midnight on the earliest of:
    (1)    the date the Policy terminates or the Employer's participation ends (but without prejudice to any claim incurred prior to termination);
    (2)    the date your class is no longer eligible for insurance;
    (3)    the date you cease to be a member of an Eligible Class;
    (4)    the last day of the Insurance Month in which you request termination;
    (5)    the last day of the last Insurance Month for which premium payment is made on your behalf;
    (6)    the end of the period for which the last required premium has been paid;
    (7)    with respect to any particular insurance benefit, the day the portion of the Policy providing that benefit terminates;
    (8)    the date your employment with the Group Policyholder or Participating Employer terminates (unless coverage is continued as provided below); or
    (9)    the date you enter the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If you send proof of military service, the Company will refund any unearned premium.)

**CONTINUATION RIGHTS.** Ceasing Active Work results in termination of your eligibility for coverage, but coverage may be continued as follows.

**Disability.** If you are absent due to Total Disability or engaged in Partial Disability Employment, coverage may be continued:
    (1)    until the Day Benefits Begin; and
    (2)    during the period for which benefits are payable.
The Company must receive the required premium from the Employer.

**Family or Medical Leave.** If you go on an approved Family or Medical Leave and are **not** entitled to the more favorable continuation available during Disability, coverage may be continued until the earliest of:
    (1)    the end of the leave period approved by the Employer;
    (2)    the end of the leave period required by federal law, or any more favorable period required by a similar state law;
    (3)    the date you notify the Employer that you will not return; or
    (4)    the date you begin employment with another employer.
The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Military Leave.** If you go on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Lay Off or Other Leave.** If you cease work due to a temporary lay off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued for three Insurance Months after the lay off or leave begins. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Conditions.** In administering the above continuations, the Employer must not act so as to discriminate unfairly among Insured Persons in similar situations. Insurance may **not** be continued when you cease Active Work due to a labor dispute, strike, work slowdown or lockout.

**INDIVIDUAL TERMINATION DURING DISABILITY.** Termination of your coverage during a Disability will have no effect on benefits payable for that period of Disability.

GL1102-2-STD

12/01/15

**CLAIMS PROCEDURES**
**FOR WEEKLY DISABILITY INCOME BENEFITS**

**NOTICE AND PROOF OF CLAIM -- Notice of Claim**.  Written notice of a Disability claim must be given:
    (1)    within 20 days after the Injury or Sickness causing Disability begins; or
    (2)    as soon as reasonably possible after that.**\***
The notice must be sent to the Company's Group Insurance Service Office.  It should include your name and address, and the number of the Policy.

**Claim Forms.**  When notice of claim is received, the Company will send claim forms for filing the required proof.  If the Company does not send the forms within 15 days, you may send the Company written proof of Disability in a letter.  It should state the date the Disability began, its cause and degree.  The Company will periodically send you additional claim forms.

**Proof of Claim.**  The Company must be given written proof of a Disability claim:
    (1)    within 90 days after the Day Benefits Begin; or
    (2)    as soon as reasonably possible after that.**\***

Proof of claim must be provided at your own expense.  It must show the date the Disability began, its cause and degree.  Documentation must include the following:
    (1)    completed statements by you and your Employer;
    (2)    a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation;
    (3)    proof of any other income received, and of any other benefits available from other income sources, which may affect Policy benefits;
    (4)    a signed authorization for the Company to obtain more information; and
    (5)    any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company.  This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

**\*Exception:**  Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim, if it is shown that it was done:
    (1)    as soon as reasonably possible; and
    (2)    in no event more than one year after it was required.
These time limits will not apply while you lack legal capacity.

**EXAMINATION.**   The Company may have you examined:
    (1)    by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
    (2)    as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) you have:
    (1)    failed to cooperate with an examiner;
    (2)    failed to take an exam scheduled by the Company; or
    (3)    postponed such an exam more than twice.
In that event, benefits may be denied or suspended, until the required exam is completed.

**TIME OF PAYMENT OF CLAIMS.**  Weekly Disability Income Benefits payable under the Policy will be paid immediately after the Company receives complete proof of claim and confirms liability.  Such benefits will be paid biweekly, during any period for which the Company is liable.  If benefits are due for less than a week, they will be paid on a pro rata basis.  The daily rate will equal 1/7 of the Weekly Benefit. Any balance, which remains unpaid at the end of the period of liability, will be paid immediately after the Company receives complete proof of claim and confirms liability.

GL1102-8-STD TN

13

12/01/15

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 49 of 65     Lincoln Glasner 049
PageID #: 90

**TO WHOM PAYABLE**.  All Weekly Disability Income Benefits are payable to you, while living.  After your death, such benefits will be payable to your estate.

**NOTICE OF CLAIM DECISION**.  The Company will send you a written notice of its claim decision.  If the Company denies any part of the claim, the written notice will explain:
    (1)    the reason for the denial, under the terms of the Policy and any internal guidelines;
    (2)    how you may request a review of the Company's decision; and
    (3)    whether more information is needed to support the claim.
This notice will be sent within 15 days after the Company resolves the claim.  It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice**.  The Company may need more than 15 days to process the claim, due to matters beyond its control.  If so, an extension will be permitted.  In that event, the Company will send you a written delay notice:
    (1)    by the 15th day after receiving the first proof of claim; and
    (2)    every 30 days after that, until the claim is resolved.

The notice will explain:
    (1)    what additional information is needed to determine liability; and
    (2)    when a decision can be expected.
If you do not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

**Exception:**  The Company may need more information from you to process a claim.  If so, it must be supplied within 45 days after the Company requests it.  The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE**.  Within 180 days after receiving a denial notice, you may request a claim review by sending the Company:
    (1)    a written request; and
    (2)    any written comments or other items to support the claim.
You may review certain non-privileged information relating to the request for review.

**Notice of Decision.**  The Company will review the claim and send you a written notice of its decision.  The notice will state the reasons for the Company's decision, under the terms of the Policy and any internal guidelines.  If the Company upholds the denial of all or part of the claim, the notice will also describe:
    (1)    any further appeal procedures available under the Policy;
    (2)    the right to access relevant claim information; and
    (3)    the right to request a state insurance department review, or to bring legal action.
This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

**Delay Notice.**  If the Company needs more than 45 days to process an appeal, in a special case:
    (1)    an extension of up to 45 more days will be permitted; and
    (2)    the Company will send you a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:
    (1)    the special circumstances which require the delay;
    (2)    whether more information is needed to review the claim; and
    (3)    when a decision can be expected.

GL1102-8-STD TN

14

12/01/15

**Exception:** The Company may need more information from you to process an appeal. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA (**Employee Retirement Income Security Act of 1974**).** Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under the Policy, the plan participant or beneficiary must first seek two administrative reviews of the adverse claim decision, in accord with this section. After the required reviews:

(1) an ERISA plan participant or beneficiary may bring legal action under Section 502(a) of ERISA; and

(2) the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim, full reimbursement to the Company is required within 60 days. If reimbursement is not made, the Company has the right to:

(1) reduce future benefits and suspend payment of the Minimum Weekly Benefit under the Policy, until full reimbursement is made;

(2) reduce benefits payable to you or your beneficiary under any group insurance policy issued by the Company, until full reimbursement is made; or

(3) recover such overpayments from you or your estate.

Such reimbursement is required whether the overpayment is due to:

(1) the Company's error in processing a claim;

(2) the claimant's receipt of Other Income Benefits;

(3) fraud, misrepresentation or omission of relevant facts; or

(4) any other reason.

However, if the overpayment is due solely to the Company's error in processing the claim; then this right of recovery will be limited to overpayments made within the 15 months prior to the Company's discovery of the error and request for reimbursement.

**LEGAL ACTIONS**. No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than five years after the date written proof of claim is required.

**COMPANY'S DISCRETIONARY AUTHORITY**. Except for the functions that the Policy clearly reserves to the Group Policyholder or Employer, the Company has the authority to manage the Policy, interpret its provisions, administer claims and resolve questions arising under it. The Company's authority includes (but is not limited to) the right to:

(1) establish administrative procedures, determine eligibility and resolve claims questions;

(2) determine what information the Company reasonably requires to make such decisions; and

(3) resolve all matters when an internal claim review is requested.

You have the right to request a state insurance department review or to bring legal action.

This provision does not apply to residents of California.

GL1102-8-STD TN

12/01/15

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 51 of 65    Lincoln Glasner 051
PageID #: 92

# WEEKLY DISABILITY INCOME INSURANCE

**TOTAL DISABILITY BENEFIT**. The Company will pay a Weekly Total Disability Benefit for each week the Total Disability continues, if you:
 (1) become Totally Disabled while insured for this benefit;
 (2) are under the Regular Care of a Physician; and
 (3) at your own expense, submit proof of continued Total Disability and Physician's care to the Company upon request.

**Duration.** Benefits start on the Day Benefits Begin, and end on the earliest of:
 (1) the date you cease to be Totally Disabled or die;
 (2) the date the Maximum Benefit Period ends; or
 (3) the date you are able, but choose not to engage in Partial Disability Employment in your Own Occupation.

Proportional benefits will be paid for a partial week of Total Disability.

At the Company's option, benefits may also be denied or suspended on any of the following dates:
 (1) the date you (without good cause):
  (a) fail to take a required medical exam;
  (b) fail to cooperate with an examiner; or
  (c) postpone a required exam more than twice;
 (2) the 45th day after the Company requests additional proof, if not given; or
 (3) the 45th day after the Company requests proof of your application for any Other Income Benefits to which you may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Total Disability Benefit equals the lesser of:
 (1) your Basic Weekly Earnings multiplied by the Benefit Percentage; minus Other Income Benefits except any pay received under the Employer's Sick Leave or Salary Continuance Plan;
 (2) 100% of your Basic Weekly Earnings; minus Other Income Benefits including any pay received under the Employer's Sick Leave or Salary Continuance Plan; or
 (3) the Maximum Weekly Benefit.
In no event will the amount of the Weekly Total Disability Benefit plus any pay received under the Employer's Sick Leave or Salary Continuance Plan exceed 100% of your Basic Weekly Earnings.

The amount of the Weekly Total Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of your Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**PARTIAL DISABILITY BENEFIT**. The Company will pay a Weekly Partial Disability Benefit, if you:
 (1) become Partially Disabled while insured for this benefit;
 (2) are engaged in Partial Disability Employment;
 (3) are earning at least 20% of Basic Weekly Earnings when Partial Disability Employment begins;
 (4) are under the Regular Care of a Physician; and
 (5) at your own expense, submit proof of continued Partial Disability, Physician's care and reduced earnings to the Company upon request.

You are not required to be Totally Disabled prior to receiving Weekly Partial Disability Benefits. The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination of these. Proportional benefits will be paid for a partial week of Partial Disability.

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 52 of 65    Lincoln Glasner 052

PageID #: 93

**Duration.** Benefits start on the Day Benefits Begin, and will cease on the earliest of:
(1)    the date you cease to be Partially Disabled or die;
(2)    the date the Maximum Benefit Period ends;
(3)    the date you earn more than 99% of Basic Weekly Earnings; or
(4)    the date you are able, but choose not to work Full-Time or part-time in your Own Occupation.

At the Company's option, benefits may also be denied or suspended on any of the following dates:
(1)    the date you (without good cause):
    (a)    fail to take a required medical exam;
    (b)    fail to cooperate with an examiner; or
    (c)    postpone a required exam more than twice;
(2)    the 45th day after the Company requests additional proof, if not given; or
(3)    the 45th day after the Company requests proof of your application for Other Income Benefits to which you may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Partial Disability Benefit equals the lesser of A or B below:
(A)    (1)    Your Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus
    (2)    Other Income Benefits, except for earnings you receive from Partial Disability Employment; or
(B)    Your Basic Weekly Earnings minus Other Income Benefits.

The amount of the Weekly Partial Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of your Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 53 of 65
PageID #: 94
Lincoln Glasner 053

# WEEKLY DISABILITY INCOME INSURANCE
## (Continued)

**OTHER INCOME BENEFITS** means Earnings, benefits, awards, or settlements from the following sources. These amounts will be offset, in determining your Weekly Benefit. Except for Retirement Benefits and Earnings, these amounts must result from the same Disability for which a Weekly Benefit is payable under the Policy.

**Compulsory Benefits.** Any disability income benefits you are eligible to receive under:
(1) state temporary disability income benefit laws;
(2) state no fault auto insurance laws; or
(3) any other compulsory benefit act or law (except Workers' Compensation and laws of like intent).

**Other Insurance Plans.** Any disability income benefits for which you are eligible under any no fault auto plan.

**Employee Benefit Plans.** Any disability income benefits for which you are eligible under the Employer's Sick Leave or Salary Continuance Plan. This does **not** include vacation pay, severance pay, or pay for work actually performed during a Disability.

**Employer's Retirement Plan.** Any Disability Benefits or Retirement Benefits you receive under the Employer's Retirement Plan.

**Social Security and other Government Retirement Plans.** The following Social Security or other Government Retirement Plan benefits will be offset:
(1) **disability benefits** for which you and any spouse or child is eligible, because of your Disability;
(2) **unreduced retirement benefits** for which you and any spouse or child is eligible, because of your eligibility for unreduced retirement benefits; or
(3) **reduced retirement benefits** actually received by you and any spouse or child, because of your receipt of reduced retirement benefits.

As used above, **"Government Retirement Plans"** include disability and retirement benefits under:
(1) the federal Social Security Act, Jones Act or Railroad Retirement Act;
(2) the Canada Pension Plan or Quebec Pension Plan;
(3) any similar plan or act of any country, state, province or other political unit; or
(4) any plan provided in place of one of the above plans.

**"Earnings"**, as used in this provision, means pay you earn or receive from any occupation or form of employment, as reported for federal income tax purposes. Earnings include (but are not limited to) a:
(1) salaried or hourly Employee's gross earnings (shown on Form W-2); including:
    (a) wages, tips, commissions, bonuses and overtime pay; and
    (b) any pre-tax contributions to a Section 125 Plan, flexible spending account, or qualified deferred compensation plan;
(2) proprietor's net profit (figured from Form 1040, Schedule C);
(3) professional corporation shareholder's net profit (figured from Form 1040, Schedule C);
(4) partner's net earnings from self-employment (shown on Schedule K-1) and any W-2 earnings; and
(5) Subchapter S Corporation shareholder's net earnings from trade or business activities (shown on Schedule K-1).

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 54 of 65   Lincoln Glasner 054
PageID #: 95

**Recovery from Third Party.**  Any amount you recover from a third party as a result of the Disability and which is specified to be for loss of time or loss of wages (whether by judgment, settlement or otherwise).  The offset:
    (1)    will be reduced by attorney fees and other reasonable costs of recovery; and
    (2)    will not exceed 100% of the net settlement.

**Exceptions.**  The following will **not** be considered Other Income Benefits, and will not be offset in determining the Weekly Benefit:
    (1)    a cost-of-living increase in any Other Income Benefit (except Earnings); if it takes effect after the first offset for that benefit during a period of Disability;
    (2)    reimbursement for hospital, medical or surgical expense;
    (3)    reimbursement for attorney fees or other reasonable costs of claiming Other Income Benefits;
    (4)    group credit or mortgage disability insurance;
    (5)    early retirement benefits that are not elected or received under the federal Social Security Act or other Government Retirement Plan;
    (6)    any amounts under the Employer's Retirement Plan that:
        (a)    represent your contributions; or
        (b)    are received upon termination of employment without being disabled or retired;
    (7)    benefits from a 401(k), profit-sharing or thrift plan; an individual retirement account (IRA); a tax sheltered annuity (TSA); a stock ownership plan; or a non-qualified plan of deferred compensation;
    (8)    vacation pay, holiday pay, or severance pay; or
    (9)    disability income benefits under any individual policy, association group plan, franchise plan, or auto liability insurance policy (except no fault auto insurance).

**RULES CONCERNING OTHER INCOME BENEFITS.**  If you may be entitled to Other Income Benefits that affect Policy benefits, you are required to actively claim them.  For example, if Social Security or other Government Retirement Plan benefits may be payable, you:
    (1)    must promptly apply for such benefits; and, if denied
    (2)    must file an appeal or request an administrative hearing, upon Company request.
If you fail to promptly pursue such benefits, the Company has the option to deny or suspend Weekly Benefits or to reduce them by an estimated amount.

If Workers' Compensation or similar benefits may be payable for the same Disability, you and your Employer are required to cooperate in filing for those benefits.  The Company will require proof of the denial or duration of those benefits to confirm its liability under the Policy.

**Refunding Overpayments.**  Upon receiving Other Income Benefits, you must refund any resulting overpayment of Weekly Benefits under the Policy.  If you do not promptly refund an overpayment to the Company within 60 days, in a lump sum, then:
    (1)    the Company will reduce or eliminate future payments; and
    (2)    the Minimum Weekly Benefit will not apply, until the amount is repaid.

**Cost of Living Freeze.**  After the first deduction for each of the Other Income Benefits (except Earnings), its amount will be frozen.  The Weekly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 55 of 65   Lincoln/Glasner 055
PageID #: 96

**RECURRENT DISABILITY.** **"Recurrent Disability"** means a Disability caused by an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Weekly Benefits were payable.
  (1)   A Recurrent Disability will be treated as a new period of Disability, if you:
        (a)   have returned to your Own Occupation; and
        (b)   have worked on a full-time basis, for two consecutive weeks or more.
        A new Day Benefits Begin and new Maximum Benefit Period will apply.
  (2)   A Recurrent Disability will be treated as part of the prior Disability, if you:
        (a)   have returned to your Own Occupation; and
        (b)   have worked on a full-time basis, for less than two consecutive weeks.
        The same Day Benefits Begin and same Maximum Benefit Period will apply to the
        Recurrent Disability as to the prior Disability.

To qualify for a Weekly Benefit for a Recurrent Disability, you must earn less than the percentage of Predisability Income specified in the Partial Disability Benefit section. Benefit payments will be subject to all other terms of the Policy that applied to the prior Disability.

This Recurrent Disability provision will cease to apply when you become eligible for coverage under any other group short-term disability policy.

**EXCLUSIONS.**  Weekly Benefits will not be payable for any period of Disability:
  (1)   which is the result of an intentionally self-inflicted Injury or suicide attempt;
  (2)   during which you are not under the Regular Care of a Physician;
  (3)   which is the result of war (declared or undeclared) or any act of war;
  (4)   which is the result of a Sickness or Injury for which you receive benefits under Workers' Compensation or similar coverage; or
  (5)   which arises out of (or in the course of) any employment for wage or profit, when the Disability would be covered by Workers' Compensation or similar coverage if:
        (a)   the Employer had enrolled you for such coverage; and
        (b)   you and your Employer had cooperated in filing a claim under that plan.

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 56 of 65  Lincoln Glasner 056
PageID #: 97

# VOCATIONAL REHABILITATION BENEFIT

**BENEFIT.** If you are Disabled and are receiving Weekly Benefits under the Policy, you may be eligible for a Vocational Rehabilitation Benefit. This benefit consists of services which may include:
  (1)   vocational evaluation, counseling, training or job placement;
  (2)   job modification or special equipment; and
  (3)   other services which the Company deems reasonably necessary to help you return to work.
The Company will determine your eligibility and the amount of any benefit payable.

**ELIGIBILITY.** You may be eligible for the Vocational Rehabilitation Benefit if the Company finds that you:
  (1)   have a Disability that prevents the performance of the Main Duties of your Own Occupation;
  (2)   have the physical and mental abilities needed to complete a Rehabilitation Program; and
  (3)   are reasonably expected to return to work after completing the Rehabilitation Program; in view of your degree of motivation and the labor force demand for workers in the proposed occupation.
The Company must also find that the cost of the proposed services is less than its expected claim liability.

**AMOUNT.** The amount of any Vocational Rehabilitation Benefit will not exceed the Company's expected claims liability. This benefit will not be payable for services covered under your health care plan or any other vocational rehabilitation program. Payment may be made to the provider of the services, at the Company's option.

**CONDITIONS.** The Company, you, or your Physician may first propose vocational rehabilitation. When a Rehabilitation Program is approved by the Company, the Policy's definition of "Disability" will be waived during the rehabilitation period; however, it will be reapplied after the Rehabilitation Program ends. The Company will determine the amount and duration of any Weekly Disability benefits payable after the Rehabilitation Program ends.

**LIMITATION.** The Policy will not cover any period of Disability if you have received a Vocational Rehabilitation Benefit and have failed to complete the Rehabilitation Program, without Good Cause.

**DEFINITIONS.**

**"Good Cause,"** as used in this provision, means your:
  (1)   documented physical or mental impairments, which render you unable to take part in or complete a Rehabilitation Program;
  (2)   involvement in a medical program, which prevents or interferes with your taking part in or completing a Rehabilitation Program; or
  (3)   participating in good faith in some other vocational rehabilitation program, which:
        (a)   conflicts with taking part in or completing a Rehabilitation Program developed by the Company; and
        (b)   is reasonably expected to return you to work.

**"Rehabilitation Program"** means a written vocational rehabilitation program:
  (1)   which the Company develops with input from:
        (a)   you;
        (b)   your Physician; and
        (c)   any current or prospective employer, when appropriate; and
  (2)   which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.

GL1102-24-STD

12/01/15

Lincoln Glasner 057

## REHABILITATION INCENTIVE BENEFIT

**BENEFIT.** The Company will pay you a Rehabilitation Incentive Benefit if you are Totally or Partially Disabled and actively participating in a Rehabilitation Program approved by the Company.

**AMOUNT.** The amount of the Rehabilitation Incentive Benefit is shown in the Schedule of Insurance.

The Rehabilitation Incentive Benefit is paid in addition to any other Policy benefits, and is not subject to Policy provisions that would otherwise reduce the benefit amount, such as the Other Income Benefits provision.

**DURATION.** The Rehabilitation Incentive Benefit starts on the latest of:
    (1)    the date you begin to participate in an approved Rehabilitation Program; or
    (2)    the date the Company approves your Rehabilitation Program.

The Rehabilitation Incentive Benefit will cease on the earliest of:
    (1)    the date the Weekly Total or Partial Disability Benefits would otherwise cease under the Policy; or
    (2)    the date you cease participation in an approved Rehabilitation Program.

**DEFINITION.**

**"Rehabilitation Program"** means a written vocational rehabilitation program:
    (1)    which the Company develops with input from:
        (a)    you;
        (b)    your Physician; and
        (c)    any current or prospective employer, when appropriate; and
    (2)    which describes the Program's goals; each party's responsibilities; and the times, dates and costs of the rehabilitation services.

**PROOF.** Written proof of active participation in a Rehabilitation Program must be given:
    (1)    within 90 days after the Day Benefits Begin; or
    (2)    as soon as reasonably possible after that.
Proof of active participation must be provided at your own expense. The proof must be sent to the Company's Group Insurance Service Office. It should include your name and address and the number of the Policy.

Exception: Failure to furnish proof of active participation in a Rehabilitation Program within the required time period will not invalidate the benefit, if it is shown that it was done:
    (1)    as soon as reasonably possible; and
    (2)    in no event more than one year after it was required.
These time limits will not apply while you lack legal capacity.

**OTHER PROVISIONS.** Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.

GL1102-25-STD

12/01/15

Lincoln/Glasner 058

# REASONABLE ACCOMMODATION BENEFIT

**BENEFIT.** If you are Disabled and are receiving Weekly Benefits under the Policy, then the Group Policyholder may be eligible for a Reasonable Accommodation benefit. This benefit reimburses the Group Policyholder for 50% of the expense incurred for reasonable accommodation services for you, but will not exceed the lesser of:
(1) a maximum benefit of $2500 for any one Insured Person; or
(2) the Company's expected liability for your Weekly Disability Income claim.

Such services may include:
(1) providing you a more accessible parking space or entrance;
(2) removing barriers or hazards to you from the worksite;
(3) special seating, furniture or equipment for your work station;
(4) providing special training materials or translation services during your training; and
(5) other services the Company deems reasonably necessary to help you return to work with the Group Policyholder.

**ELIGIBILITY.** The Company will determine the Group Policyholder's eligibility to receive the Reasonable Accommodation benefit. To qualify for the Reasonable Accommodation benefit, the Group Policyholder must have an Insured Person:
(1) whose Disability prevents the performance of his or her Own Occupation at the Group Policyholder's worksite;
(2) who has the physical and mental abilities needed to perform his or her Own Occupation or another occupation at the Group Policyholder's worksite, but only with the help of the proposed accommodation; and
(3) who is reasonably expected to return to work with the help of the proposed accommodation.
The Company must also find that the requested Reasonable Accommodation benefit is less than the expected liability for your Weekly Disability Income claim.

**WRITTEN PROPOSAL.** The reasonable accommodation services must be provided in accord with a written proposal, which is developed with input from:
(1) the Group Policyholder;
(2) you; and
(3) your Physician, when appropriate.
The proposal must state:
(1) the purpose of the proposed accommodation; and
(2) the times, dates, and costs of the services.

**CONDITIONS.** The Company, the Group Policyholder, you, or your Physician may first voluntarily propose an accommodation.

The proposal must be approved by the Company in writing.

The Company will reimburse the Group Policyholder upon receipt of proof that the Group Policyholder:
(1) has provided the services for you; and
(2) has paid the provider for the services.

**OTHER PROVISIONS.** Unless stated otherwise, the Reasonable Accommodation benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.

GL1102-26-STD

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 59 of 65     Lincoln/Glasner 059
PageID #: 100

**FAMILY INCOME BENEFIT**

**BENEFIT.**  The Company will pay a benefit to the Eligible Survivor(s) when satisfactory written proof is received that you died:
- (1)    after Disability had continued for at least 14 consecutive days; and
- (2)    while receiving a Weekly Benefit.

If payment becomes due to your children; then payment will be made to:
- (1)    the surviving children, in equal shares; or
- (2)    a person named by the Company to receive payments on the children's behalf.

This payment will be valid and effective against all claims by others representing, or claiming to represent, your children.

If there are no Eligible Survivors, payment will be made to your estate.

**AMOUNT.**  The Family Income Benefit is shown in the Schedule of Insurance.  Reductions for Other Income Benefits will not apply.

If any state disability plan compulsory death benefits become payable upon your death, then any Family Income Benefit amount payable will be reduced by such compulsory death benefits.

**DEFINITION.**

**"Eligible Survivor(s)"** means your:
- (1)    surviving spouse; or, if none,
- (2)    surviving children who are under age 25 on your date of death.

**OTHER PROVISIONS.**  Unless stated otherwise, this benefit is subject to all the Definitions, Exclusions, Claims Procedures, and other provisions of the Policy.

GL1102-27-STD

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 60 of 65    Lincoln Glasner 060
PageID #: 101

**AMENDMENT TO BE ATTACHED TO THE CERTIFICATE FOR GROUP POLICY NO: 000010158686**

**ISSUED TO: Protection Strategies Incorporated**

**Your Certificate is amended by adding the following provisions.**

**PRIOR INSURANCE CREDIT UPON TRANSFER OF
DISABILITY INCOME INSURANCE CARRIERS**

This provision prevents loss of disability income coverage for you, which could otherwise occur solely because of a transfer of insurance carriers.  The Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

**"Prior Plan"** means a prior carrier's group disability income policy, which the Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE.  Subject to premium payments, the Policy will provide disability income coverage if you:
(1)  were insured by the prior plan on its termination date; and
(2)  were otherwise eligible under the Policy; but were not Actively-At-Work due to Injury or Sickness on its Effective Date.

AMOUNT OF COVERAGE.  Until you satisfy the Policy's Active Work rule, your disability income coverage will not exceed that provided by the prior plan, had it remained in force.  The Company will pay:
(1)  the benefit the prior plan would have paid; minus
(2)  any amount for which the prior carrier is liable.

**This Amendment takes effect on your effective date of coverage under the Policy.  In all other respects, your Certificate remains unchanged.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

_____
Officer of the Company

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 61 of 65    Lincoln Glasner 061
PageID #: 102

# SUMMARY PLAN DESCRIPTION

The following information together with your group insurance certificate issued to you by The Lincoln National Life Insurance Company of Fort Wayne, Indiana, is the Summary Plan Description required by the Employee Retirement Income Security Act of 1974 to be distributed to participants in the Plan. This Summary Plan Description is only intended to provide an outline of the Plan's benefits. The Plan Document will govern if there is any discrepancy between the information contained in this Description and the Plan.

The name of the Plan is: Weekly Disability Income Insurance for Employees of Protection Strategies Incorporated.

The name, address and ZIP code of the Sponsor of the Plan is: Protection Strategies Incorporated, 118 Mitchell Road Suite B, Oak Ridge, TN, 37830.

Employer Identification Number (EIN): 52-2125633                IRS Plan Number: 505

The name, business address, ZIP code and business telephone number of the Plan Administrator is: Protection Strategies Incorporated, 118 Mitchell Road Suite B, Oak Ridge, TN, 37830, (703) 553-0561.

The Plan Administrator is responsible for the administration of the Plan and is the designated agent for the service of legal process for the Plan. Functions performed by the Plan Administrator include: the receipt and deposit of contributions, maintenance of records of Plan participants, authorization and payment of Plan administrative expenses, selection of the insurance consultant, selection of the insurance carrier and assisting The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company has the sole discretionary authority to determine eligibility and to administer claims in accord with its interpretation of policy provisions, on the Plan Administrator's behalf (this does not apply to employers sitused in California or to California residents).

Type of Administration. The Plan is administered directly by the Plan Administrator with benefits provided in accordance with provisions of the group insurance policy issued by The Lincoln National Life Insurance Company whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska.

Type of Plan. The benefits provided under the Plan are: Weekly Disability Income Insurance benefits.

Type of Funding Arrangement: The Lincoln National Life Insurance Company.

All employees are given a Certificate of Group Insurance which contains a detailed description of the Benefits, any Pre-Existing Condition Limitation and Exclusions. The Certificate also contains the Schedule of Insurance which includes the Benefit Percentage, Maximum and Minimum Weekly Benefits, Maximum Benefit Period, Day Benefits Begin, Waiting Period and age reduction information. If your Booklet, Certificate or Schedule of Insurance has been misplaced, you may obtain a copy from the Plan Administrator at no charge.

Eligibility. Full-time employees working at least 30 hours per week.

Employees become eligible on the first day of active full-time employment.

Contributions. You are required to contribute to the cost of the Weekly Disability Income Insurance.

The Plan's year ends on: April 30th of each year.

The name and section of relevant Collective Bargaining Agreements: None

The name, title and address of each Plan Trustee: None

GL-SPD-1                                                                                     2002(WI) 04
                                                                                                 12/01/15

Case 4:21-cv-00014-KAC-SKL     Document 17-1     Filed 12/20/21     Page 62 of 65     Lincoln/Glasner 062
PageID #: 103

**Loss of Benefits**. The Plan Administrator may terminate the policy, or, subject to The Lincoln National Life Insurance Company's approval, may modify, amend or change the provisions, terms and conditions of the policy. Coverage will also terminate if the premiums are not paid when due. No consent of any Insured Person or any other person referred to in the policy will be required to terminate, modify, amend or change the policy. See your Plan Administrator to determine what, if any, arrangements may be made to continue your coverage beyond the date you cease active work.

**Claims Procedures**. You may obtain claim forms and instructions for filing claims from the Plan Administrator or from the Group Insurance Service Office of The Lincoln National Life Insurance Company. To expedite the processing of your claim, instructions on the claim form should be followed carefully; be sure all questions are answered fully. In accordance with ERISA, The Lincoln National Life Insurance Company will send you a written notice of its claim decision within:

- 45 days after receiving the first proof of a claim for disability benefits (105 days under special circumstances).

If a claim is partially or wholly denied, this written notice will explain the reason(s) for denial, how a review of the decision may be requested, and whether more information is needed to support the claim. You may request a review of the claim by making a written request to The Lincoln National Life Insurance Company within:

- 180 days after receiving a denial notice of a claim for disability income benefits.

This written request for review should state the reasons why you feel the claim should not have been denied and should include any additional documentation to support your claim. You may also submit for consideration additional questions or comments you feel are appropriate, and you may review certain non-privileged information relating to the request for review. The Lincoln National Life Insurance Company will make a full and fair review of the claim and provide a final written decision to you within:

- 45 days after receiving the request for review of a claim for disability income benefits (90 days under special circumstances).

If more information is needed to resolve a claim, the information must be supplied within 45 days after requested. Any resulting delay will not count toward the above time limits for claims or appeals processing. Please refer to your certificate of insurance for more information about how to file a claim, how to appeal a denied claim, and for details regarding the claims procedures.

**Statement of ERISA Rights**

The following statement of ERISA rights is required by federal law and regulation. As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits.** Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series), if any, filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), if any, and updated summary plan description. The administrator may make a reasonable charge for copies.

Receive a summary of the plan's annual financial report if the plan covers 100 or more participants. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries.** In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights.** If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions.** If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

GL-SPD-2                                                                                                          2002(WI)
12/01/15



The Lincoln Financial Group companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. We do not sell your personal information to third parties. This Notice describes our current privacy practices. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. You do not need to take any action because of this Notice, but you do have certain rights as described below.

## Information We May Collect And Use

We collect personal information about you to help us identify you as a consumer, our customer or our former customer; to process your requests and transactions; to offer investment or insurance services to you; to pay your claim; to analyze in order to enhance our products and services; to tell you about our products or services we believe you may want and use; and as otherwise permitted by law. The type of personal information we collect depends on your relationship and on the products or services you request and may include the following:

- **Information from you:** When you submit your application or other forms, you give us information such as your name, address, Social Security number; and your financial, health, and employment history. We may also collect voice recordings or biometric data for use in accordance with applicable law.

- **Information about your transactions:** We maintain information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; and your payment and claims history.

- **Information from outside our family of companies**: If you are applying for or purchasing insurance products, we may collect information from consumer reporting agencies, such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information, such as medical information, from other individuals or businesses.

- **Information from your employer**: If your employer applies for or purchases group products from us, we may obtain information about you from your employer or group representative in order to enroll you in the plan.

## How We Use Your Personal Information

We may share your personal information within our companies and with certain service providers. They use this information to process transactions you, your employer, or your group representative have requested; to provide customer service; to analyze in order to enhance our products and services; to gain customer insight; and to inform you of products or services we offer that you may find useful. Our service providers may or may not be affiliated with us. They include financial service providers (for example, third party administrators; broker-dealers; insurance agents and brokers, registered representatives; reinsurers and other financial services companies with whom we have joint marketing agreements). Our service providers also include non-financial companies and individuals (for example, consultants; vendors; and companies that perform marketing services on our behalf). Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law.

When you apply for one of our products, we may share information about your application with credit bureaus. We also may provide information to group policy owners, or their designees (for example, to your employer for employer-sponsored plans and their authorized service providers), regulatory authorities and law enforcement officials, and to other non-affiliated or affiliated parties as permitted by law. In the event of a sale of all or part of our businesses, we may share customer information as part of the sale. **We do not sell or share your information with outside marketers who may want to offer you their own products and services; nor do we share information we receive about you from a consumer reporting agency. You do not need to take any action for this benefit.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GB06714

Page 1 of 2
11/20
LCN-2876003-121719

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 64 of 65    Lincoln Glasner 064
PageID #: 105

## Security of Information

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. Our employees are authorized to access your information only when they need it to provide you with products, services, or to maintain your accounts. Employees who have access to your personal information are required to keep it confidential. Employees are required to complete privacy training annually.

## Your Rights Regarding Your Personal Information

**Access:** We want to make sure we have accurate information about you. Upon written request we will tell you, within 30 business days, what personal information we have about you. You may see a copy of your personal information in person or receive a copy electronically or by mail, whichever you prefer. We will share with you who provided the information. In some cases we may provide your medical information to your personal physician. We will not provide you with information we have collected in connection with, or in anticipation of, a claim or legal proceeding. If you request a copy of the information, we may charge you a fee for copying and mailing costs. In very limited circumstances, your request may be denied. You may then request that the denial be reviewed.

**Accuracy of Information:** If you feel the personal information we have about you is inaccurate or incomplete, you may ask us to amend the information. Your request must be in writing and must include the reason you are requesting the change. We will respond within 30 business days. If we make changes to your records as a result of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received the information within the prior two years. We will also send the updated information to any insurance support organization that gave us the information, and any service provider that received the information within the prior 7 years. If your requested change is denied, we will provide you with reasons for the denial. You may write to request the denial be reviewed. A copy of your request will be kept on file with your personal information so anyone reviewing your information in the future will be aware of your request.

**Accounting of Disclosures:** If applicable, you may request an accounting of disclosures made of your medical information, except for disclosures:

- For purposes of payment activities or company operations;
- To the individual who is the subject of the personal information or to that individual's personal representative;
- To persons involved in your health care;
- For notification for disaster relief purposes;
- For national security or intelligence purposes;
- To law enforcement officials or correctional institutions;
- Included in a limited data set; or
- For which an authorization is required.

You may request an accounting of disclosures for a time period of less than six years from the date of your request.

**Basis for Adverse Underwriting Decision:** You may ask in writing for the specific reasons for an adverse underwriting decision. An adverse underwriting decision is where we decline your application for insurance, offer to insure you at a higher than standard rate, or terminate your coverage.

Your state may provide for additional privacy protections under applicable laws. We will protect your information in accordance with these additional protections.

If you would like to act upon your rights regarding your personal information, please provide your full name, address and telephone number and either email your inquiry to our Data Subject Access Request Team at DSAR@lfg.com or mail to: Lincoln Financial Group, Attn: Corporate Privacy Office, 7C-01, 1300 S. Clinton St., Fort Wayne, IN 46802. The DSAR@lfg.com email address should only be used for inquiries related to this Privacy Notice. For general account service requests or inquiries, please call 1-877-ASK-LINC.

*This information applies to the following Lincoln Financial Group companies:

| | |
|---|---|
| First Penn-Pacific Life Insurance Company | Lincoln Life & Annuity Company of New York |
| Lincoln Financial Distributors, Inc. | Lincoln Life Assurance Company of Boston |
| Lincoln Financial Group Trust Company | Lincoln Retirement Services Company, LLC |
| Lincoln Investment Advisors Corporation | Lincoln Variable Insurance Products Trust |
| | The Lincoln National Life Insurance Company |

Case 4:21-cv-00014-KAC-SKL    Document 17-1    Filed 12/20/21    Page 65 of 65    Lincoln Glasner 065
PageID #: 106