

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

February 28, 2018

GERALD W GLASNER

Re:    Policyholder:  Protection Strategies Incorporated
       Policy Number: 00001015868600000
       Claim Number: 1170042164
       Claimant:  Gerald Glasner

Dear Mr. Glasner:

We have completed our review of your Short Term Disability appeal.  Based on the information provided, we have determined that we are unable to approve benefits beyond June 1, 2017.  In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To be eligible for benefits under the policy issued to Protection Strategies Incorporated, an individual must satisfy all of the provisions of the policy.  This includes, but is not limited to, the following:

**TOTAL DISABILITY or TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation.  The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

**MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
(1)    are normally required to perform the Insured Person's Own Occupation; and
(2)    could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation.  It will apply the Act's standards, whether or not:
(1)    the Employer is subject to the Act; or
(2)    the Insured Person has requested such a job accommodation.

©2018  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its
Affiliates are separately responsible for their own financial and contractual obligations.



EXHIBIT

**B**

An Employer's failure to modify or omit other job tasks does not render the Insured Person unable to perform the Main Duties of the job.

Main Duties include those job tasks:
(1)     as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2)     as performed in the general labor market and national economy.
Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site.

**OWN OCCUPATION or REGULAR OCCUPATION** means the occupation, trade or profession:
(1)     in which the Insured Person was employed with the Employer prior to Disability; and
(2)     which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles.  It includes any work in the same occupation for pay or profit, regardless of:
(1)     whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2)     whether a suitable opening is currently available with the Employer or in the local labor market

Based on information obtained from your employer, occupational information contained within the *Dictionary of Occupational Titles* (DOT), and evaluation from vocational professionals, we have determined that your occupation as a Protective Services Dispatcher is best defined as a Protective Officer in the national workforce.  The material and substantial duties of a Protective Officer include but are not limited to the following:

- Guards government installations, materials, and documents against illegal acts, such as sabotage, riot, and espionage.
- Patrols area on foot, horseback, automobile, or aircraft to detect and prevent unauthorized activities, using weapons or physical force as necessary.
- Searches installation for explosive devices and notifies bomb disposal unit.
- Stands guard during secret and hazardous experiments.
- Performs routine police duties within installation.

Regarding physical capacity, a Protective Officer in the national workforce is a medium physical capacity occupation.  The definition of medium work is exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

In order to be considered Totally Disabled, the medical documentation must support that you would be unable to perform each of the main duties of your occupation. As such, in considering your eligibility for Short Term benefits beyond June 1, 2017, we evaluated whether you would be restricted or limited from performing the main duties of your occupation as listed above.

Your entire file was reviewed upon appeal. Disability must be supported from June 1, 2017 forward, which was the focus of our determination.

## Summary of Initial Claim Filing

Your initial claim forms state that you were unable to continue working in your own occupation beyond March 31, 2017 due to degeneration of lumbar intervertebral disc.

Benefits were approved from April 15, 2017 to June 1, 2017. Benefits were not approved beyond June 1, 2017 after our review of the medical documentation which also included consultation with a Disability Nurse Consultant, determined you were no longer Totally Disabled from performing the main duties of your occupation. For complete details please refer to our letter dated July 24, 2017.

## Summary of First Level of Appeal

On September 21, 2017, you filed an appeal in response to our determination to terminate your benefits as of June 1, 2017. No additional information was submitted with your letter in support of your appeal.

Our review of the medical documentation, which included consultation with a Disability Nurse Consultant, found the records did not find by physical examination or diagnostic testing that your lumbar condition would warrant restrictions and limitations precluding you from performing the main duties of your occupation. The physical fitness evaluation required yearly by your employer is not considered a Main Duty of your occupation. For complete details please refer to our letter dated November 8, 2017.

## Summary of Second Level of Appeal

On December 11, 2017, you filed a second and final appeal in response to our determination to uphold our previous decision to terminate your STD benefits as of June 1, 2017. No additional information was submitted with your letter in support of your appeal.

In your appeal letter you indicated the reason for your appeal surrounds the employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this is a main or substantial duty of the occupation. You noted that due to your medical problem with your lumbar spine you were unable to take and pass the Physical Agility Test. You added that our summary document requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. You noted that your employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. You indicated we have failed to mention that utilization of this Disability Plan was offered to him by his employer due to his medical limitations and as a Reasonable Accommodation as required applicable Federal Law.

Based on the information provided in your letter we obtained additional information from your Employer with regards to your job duties and the Physical Agility Test requirements. In response your employer provided us with additional information which was sent to our Vocational Staff for an additional Occupational Analysis to be performed in order to provide you with a full and fair review. Upon review it was determined that your occupation was best

defined as a Protective Officer, a medium level occupation instead of Security Guard, a light occupation as previously determined.

With regards to the Physical Agility Test being a main duty, we insure you for your occupation in the National Economy and not your job duties with a specific employer. Therefore, while your Employer may require a Physical Agility Test on an annual basis this would be specific to your employer for this occupation but not all employers in the national workforce.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

Information reviewed on appeal included the following:

- EE Statement
- ER Statement
- APS signed by Dr. Paul McCombs/Neurosurgery dated April 30, 2017
- Letter from Dr. McCombs dated March 21, 2017
- Physical Examination results form signed by Katherine Horrocks, NP-C dated March 29, 2017
- Letter from you explaining your condition and restrictions that prevent you from working.
- Job Descriptions
- Anesthesia Record for Epidural Steroid Injections in November 2016 and January 2017
- Office notes from Dr. McCombs September and October 2016
- Patient Report- Phresia Intake- September and October 2016
- CT Lumbar Scan Results dated September 27, 2016
- Appeal letters
- Completed Abilities Form signed by Dr. McCombs on June 24, 2017
- Office notes Laurin Howell, NP dated August 22, 2017
- Letters from Dr. Paul McCombs dated February 16, 2017 and September 24, 2017
- E-mails back and forth between you and Lincoln Financial Group
- Information from Employer regarding Physical Agility Testing
- Occupational Analysis

During the course of our review, we not only reviewed the information you submitted on appeal, but we also referred your entire file to an external physician for review. The review was performed by Dr. Kene Ugokwe, who is Board Certified in Neurological Surgery. Copies of the review assessments performed during this appeal were sent to you for review and response before any decision was made on this appeal. In response you submitted a letter outlining your disputes with the clinical review and occupational analysis with regards to your condition and testing required by your physician. There was no medical documentation submitted to dispute the clinical findings.

**Second Level Appeal Decision**

While we understand that you have been diagnosed with degeneration of lumbar intervertebral disc, our review of the medical documentation which included a review by an external physician, Board Certified in Neurological Surgery, did not support restrictions and limitations that would render you unable to perform the main duties of your own occupation beyond June 1, 2017.

Upon review of the file documentation Dr. Ugokwe opined:

> Based on the medical findings including the history, physical examination and imaging reports provided, there should be no impairments or functional limitations on the claimant from 6/1/17 going forward.

> His maximal clinical capacities are as follows and these are in effect from 6/1/17 going forward:

> He can lift sit, stand, walk, climb, end, kneel, drive, finger (bilateral), handle (bilateral), operate foot controls (bilateral) and reach above his shoulder (bilateral) constantly which is 67 to 100% of the day. There are no restrictions on lifting, pulling or pushing.

The Peer concluded:

> The restrictions or limitations placed upon the claimants physical activities by the attending physician is not reasonable and consistent with the medical findings because the claimant does not have any clinical findings that warrant impairment and there is no significant stenosis on imaging of the lumbar spine.

> The claimant's CT scan shows some mild to moderate degenerative changes without any significant stenosis or neural element compress to account for any impairment. Also, the claimant complains of self-reported pain but there is no evidence of clinical findings.

Considering the medical review findings we have determined that there is insufficient medical evidence of any physical impairment that would preclude you from performing the main duties of your occupation beyond June 1, 2017. We therefore find you are not Totally Disabled as defined by this policy on June 1, 2017 and we are upholding our decision to deny an extension of benefits from June 1, 2017 forward.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

You have exhausted all rights of appeal, and your administrative file is now closed.

REF #2579613

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency. In addition, you have the right to pursue litigation and you may request copies of the records and other information relevant to your claim free of charge.

Your employer's plan has a contractual limitations period of five years, which means that a lawsuit must be brought within five years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is June 1, 2022.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Lincoln/Glasner 191

REF #2579613

## Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

## Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

## Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

## Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

## Navajo

DÍÍ BAA AKÓ NÍNÍZIN:  Díí bee yáníłti'go  Diné bizaad, saad bee áká'ánida'áwo'déé' t'áá jiik'eh, ná hólǫ́.  Kojį' hódíílnih áǫįóóǫéáá̜ǫ̜aíéę.