# STD CLAIM PROFILE

**Date:** 4/8/2021                                    **LFG**                                    **Claim #:**  1170042164

| | | | | |
|---|---|---|---|---|
| **Insurer:** | The Lincoln National Life Insurance Company | **Posted:** | 5/8/2017 | **Location:** HOME |
| **Policy:** | 00001015868600000 - | **Status:** | EXTENDED | **User ID:** LAW |
| | Protection Strategies Incorporated | **Business:** TRUE STD | | |

### Claimant Information

| | | | | |
|---|---|---|---|---|
| **Name:** | GERALD W GLASNER | **Phone:** | | **DOB:** |
| **SSN:** | | **Sex:** | M | **Hire:** 12/1/2015 |
| **Address:** | | **Ins Eff:** | 12/1/2015 | |
| | USA | **Occ:** | GUARD, SECURITY (any ind**DOT**') alterr372667034atrol guard s | |
| | | **Salary:** | $27.72 | **Period:** Hourly Rate |

### Claim Information

**Special Provisions:**                                                                          **LTD Pol:** 1445108

**Ben:** 60% / $1,500.00      **Flat:**                    **Labor:** 2      **Age:** 61      **Min Ben:** $66.50

**DLW:** 3/31/2017      **DOD:** 4/1/2017      **S/A:** S   **W/R:** N                          **Elim Per:** 14 day

                                                                                                **Ben Amt:** $665.00

**Diagnosis  Pri:**   M51.36 Other intervertebral disc degeneration,                **Max Weeks:** 13

          **Sec:**                                                              **Max Days:** 0

**Recovery Date:** 7/15/2017

### Benefit Information

**Date Ben Begin:** 4/15/2017          **Weeks Paid:** 6

### Policy Information

**SS Offset:**   Primary & Family          **Prex:**        12/12

### Offset Information

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|
| 3M SURV | NOT QUALIFY | 4/15/2017 | | | |
| RehabAst | NOT QUALIFY | 4/15/2017 | | $55.44 | |
| CSection | NOT QUALIFY | 4/15/2017 | | | |

### Alert Information

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|
| T | W | FICA MAY APPLY TO BENEFITS PAID ON THIS REOPENED CLAIM | 6/16/2017 | 9/22/2017 |

### Action Plan

EXHIBIT

___C___

1

Lincoln/Glasner 066

# Chronological Activity List

| | |
|---|---|
| **Claimant:** GERALD GLASNER | **Occupation:** GUARD, SECURITY (any industry) alternate titles: patrol guard; s |
| **SSN:** | **DOB:** |
| **Claim #:** 1170042164 | **DOD:** 4/1/2017 |
| **Coverage:** STD | **Status:** EXTENDED |
| **Policy Holder:** Protection Strategies Incorporated | |
| **Case Mgr. Status:** NONE | |

| | |
|---|---|
| **Received Date:** 5/8/2017 | **Months Dis:** 209 |
| **Ben:** $665.00 | **Months Pd:** 6 |
| | **Assignee:** LAW |
| | **Deceased:** |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Action Plan | | | | |
| 5/9/2017 | Documents/Mail | 1 | Fax | Completed | FAIAB6 |
| | 2017-05-08-15.31.04.364600O01 | | | | |
| 5/9/2017 | Documents/Mail | 3 | Claim Form - EE, ER, APS | Completed | FAIAB6 |
| | 2017-05-09-13.02.29.221560O01 | | | | |
| 5/9/2017 | Documents/Mail | 2 | Claim Form - Authorization | Completed | FAIAB6 |
| | 2017-05-09-13.02.03.170560O01 | | | | |
| 5/9/2017 | Claim Tasks | 1 | Verify Occupation | Requested | FAIAB6 |
| | DOT/Occupation was Unknown | | | | |
| 5/9/2017 | Claim Tasks | 2 | Verify Offsets | Requested | FAIAB6 |
| | Verify Offsets | | | | |
| 5/12/2017 | Telephone (OUT) | 1 | GERALD W. GLASNER | Completed | FAIAB6 |
| | CE made 1st initial contact attempt. EE stated company will not let him work because he could not pass the physical fitness test and was deemed unfit for duty. <br> - FAIAB6 - May 12, 2017 10:09:23 am | | | | |
| 5/12/2017 | Claim Tasks | 1 | Verify Occupation | Completed | FAIAB6 |
| | DOT/Occupation was Unknown | | | | |
| 5/12/2017 | Claim Tasks | 2 | Verify Offsets | Completed | FAIAB6 |
| | Verify Offsets | | | | |
| 5/12/2017 10:09:50 AM | Summary/Assessment/Path | 1 | | Requested | MAOHO6 |

Summary Notes

Assessment Notes

Path Notes
S:
61 yom Security Force Officer (medium); DLW: 3/31/17; DOD: 4/1/17; DX: Degeneration of Lumbar Intervertebral Disc. Claim is Approved.

E:
List billed - EE paid - post tax; coverage eff 12/1/15; class 2; BWE $1,125.20; works 40 hrs/wk; no pre-ex.

A:
APS dated 4/30/17 signed by Dr. McCombs - Neurosurgery
SUBJ: Back and bilateral hip pain
OBJ: Localized back pain
R&L's: Unable to run or job more than a mile. Unable to do pushups. Unable to do situps.
Tx: Epidural steroid injections
H/W: 6'0, 175 lbs
FOV: 2001, LOV 10/19/16
CE spoke with receptionist at doctor's office who advised DOD is 4/1/17.
MDA: 0/28/42
ERTW: Permanent restrictions placed on pt that do not allow pt to return to work.

O:
EE, ER, APS, and Auth received. CE made 1st initial contact attempt. EE stated company will not let him work because he could not pass the physical fitness test and was deemed unfit for duty.

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 2 of 517    Glasner 067
PageID #: 115

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

P:
Per ERS, EE received vac pay from 4/1/17-4/29/17 in the amt of $1,125.20. Per policy, vac time is not an offset.

Reasonable to approve to 6/1/17 per mda and considering EE's DX and occupation.
P:
Will pay to 6/1/17. Will request med recs on EE's behalf. Once med recs are received, they will undergo review to determine if it is reasonable to extend claim beyond LTD.
 - FAIAB6 - May 12, 2017 10:11:38 am


CE called claimant to inform him of approval date 6/1/17 and advised if he is unable to rtw by 6/1/17, to have updated med recs submitted, left message.
 - FAIAB6 - May 17, 2017 09:06:09 am

6/5/17 - Items recvd
APS - dx of degenrtve lumbar and disc; unable to run or jog more than a mile, pushups, and steps; tx- epidural inj; 1st tx in 2001, ov will be on an as needed basis, lov 10/13/2016; sx in 2001; perm restricts placed that do not all wee to rtw compltd by Dr. McCombs / Neuro on 4/30/17

Letter dated 05/30/2017 - ee adv restrictions are perm and degenrtve: ee also included the physical fitness mandate

Med recs from St Thomas Health -
3/21/17 Letter from Dr. McCombs - perm restricts regarding lumbar spinal condition, adv run, jog more than mile may cause flareups

Security Force Officer
Plan - aps sent again not new / jd needed for voc consult  - CLIMC5 - Jun 05, 2017 05:44:31 pm

6/19/17
MR note that EE has ongoing epidural injections however no updated records for review. Sending letter to EE of insufficient to include abilities form and note MR needed from 04/01/2017 to 06/20/2017 within the next 15 days for review of claim. - MAOHO6 - Jun 19, 2017 06:26:12 am

6/27/17 Received 2016 MR, sending insufficient letter to note MR needed from 4/1/17 to present for review  - MAOHO6 - Jun 27, 2017 01:47:47 pm

6/30/17
Paul McCombs completed AF dated 6/24/17. LOV 2/16/17 and seen as needed.
-Constantly: sit, drive, finger, handle, operate foot controls, reach above shoulder
-Frequently: lift 0-10 lbs, stand, walk, reach above shoulder
-Occasionally: lift 11-35 lbs, climb, bend, kneel
-Never: lift over 36 lbs
--Plan: Awaiting MR for further action (med review if rec'd) - MAOHO6 - Jun 30, 2017 07:11:43 am

7/24/17
Med review completed with updated GCOD and APS.
--Plan: No support due to no records for review of currnet condition. Sending denial not disabled letter to EE to inform  - MAOHO6 - Jul 24, 2017 06:15:47 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/12/2017 10:14:39 AM | Documents/Mail STD Approval Letter Generic | 4 | STD Approval Letter Generic | Work In Progress | FAIAB6 |
| 5/12/2017 10:14:39 AM | Documents/Mail STD Approval Letter Generic | 5 | STD Approval Letter Generic | Work In Progress | FAIAB6 |
| 5/15/2017 9:52:44 PM | Payments | | CHECK 4/15/2017 - 5/12/2017 | INITIAL | FAIAB6 |
| 5/17/2017 | Telephone (OUT) | 2 | GERALD W. GLASNER | Completed | FAIAB6 |

CE called claimant to inform him of approval date 6/1/17 and advised if he is unable to rtw by 6/1/17, to have updated med recs submitted, left message.
 - FAIAB6 - May 17, 2017 09:05:38 am

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 3 of 517   PageID #: 116     Lincoln Glasner 068

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/17/2017 | Documents/Mail STD Approval Letter Generic | 4 | STD Approval Letter Generic | Completed | FAIAB6 |
| 5/17/2017 | Documents/Mail STD Approval Letter Generic | 5 | STD Approval Letter Generic | Completed | FAIAB6 |
| 5/19/2017 8:10:44 PM | Claim Tasks | 3 | LINKS Review | Follow Up | LAW |
| 5/30/2017 1:49:31 PM | Documents/Mail 2017-05-30-10.02.27.793260O01 | 6 | Fax | Received | FAIAB6 |
| 5/30/2017 1:49:32 PM | Documents/Mail 2017-05-30-14.48.10.672280O01 | 7 | Medical Records | Received | FAIAB6 |

Med recs from St Thomas Health -
3/21/17 Letter from Dr. McCombs - perm restricts regarding lumbar spinal condition, adv run, jog more than mile may cause flareups
- CLIMC5 - Jun 05, 2017 05:38:49 pm

| | | | | | |
|---|---|---|---|---|---|
| 5/30/2017 1:49:33 PM | Documents/Mail 2017-05-30-14.48.40.592280O01 | 9 | Attending Physicians Statement | Received | FAIAB6 |

APS - dx of degenrtve lumbar and disc; unable to run or jog more than a mile, pushups, and steps; tx- epidural inj; 1st tx in 2001, ov will be on an as needed basis, lov 10/13/2016; sx in 2001; perm restricts placed that do not all w ee to rtw compltd by Dr. McCombs / Neuro on 4/30/17  - CLIMC5 - Jun 05, 2017 05:31:29 pm

| | | | | | |
|---|---|---|---|---|---|
| 5/30/2017 1:49:33 PM | Documents/Mail 2017-05-30-14.48.23.745280O01 | 8 | Incoming Correspondence | Received | FAIAB6 |

Letter dated 05/30/2017 - ee adv restrictions are perm and degenrtve: ee also included the physical fitness mandate
- CLIMC5 - Jun 05, 2017 05:35:16 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/5/2017 | Documents/Mail 2017-05-30-14.48.10.672280O01 | 7 | Medical Records | Completed | FAIAB6 |

Med recs from St Thomas Health -
3/21/17 Letter from Dr. McCombs - perm restricts regarding lumbar spinal condition, adv run, jog more than mile may cause flareups
- CLIMC5 - Jun 05, 2017 05:38:49 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/5/2017 | Documents/Mail 2017-05-30-14.48.40.592280O01 | 9 | Attending Physicians Statement | Completed | FAIAB6 |

APS - dx of degenrtve lumbar and disc; unable to run or jog more than a mile, pushups, and steps; tx- epidural inj; 1st tx in 2001, ov will be on an as needed basis, lov 10/13/2016; sx in 2001; perm restricts placed that do not all w ee to rtw compltd by Dr. McCombs / Neuro on 4/30/17  - CLIMC5 - Jun 05, 2017 05:31:29 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/5/2017 | Documents/Mail 2017-05-30-10.02.27.793260O01 | 6 | Fax | Completed | FAIAB6 |
| 6/5/2017 | Documents/Mail 2017-05-30-14.48.23.745280O01 | 8 | Incoming Correspondence | Completed | FAIAB6 |

Letter dated 05/30/2017 - ee adv restrictions are perm and degenrtve: ee also included the physical fitness mandate
- CLIMC5 - Jun 05, 2017 05:35:16 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/5/2017 5:47:14 PM | Claim Tasks | 4 | Update Claim Direction | Requested | FAIAB6 |
| | check to see if er sent JD - CLIMC5 - Jun 05, 2017 05:47:38 pm | | | | |
| 6/7/2017 11:06:24 AM | Documents/Mail 2017-06-06-14.36.46.137480O01 | 10 | Email | Received | FAIAB6 |
| 6/7/2017 11:06:25 AM | Documents/Mail 2017-06-06-14.36.46.181480O01 | 11 | Voc Rehab Forms | Received | FAIAB6 |
| 6/7/2017 11:03:08 PM | Payments | | CHECK 5/26/2017 - 6/1/2017 | CURRENT | SLMOSS |
| 6/7/2017 11:03:08 PM | Status | | Disability Duration Guidelines | CLOSED | BRMCLSDIRY |
| 6/8/2017 2:36:39 PM | Documents/Mail | 12 | Email | Received | FAIAB6 |
| | (secure) Re: Lincoln Financial Group: Claims          PROSTRAT               CTI_CALL | | | | |

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 4 of 517     Lincoln/Glasner 069
PageID #: 117

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Hi Gerald,

Thank you for the information. We have forwarded your email to the Claims Examiner assigned to claim 1170042164 for assistance. Please allow 1 to 2 business days for them to review and respond accordingly.

Thank you,

Savannah Ford
Customer Care and Field Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration
Fax: 877-573-6177
Email: clientservices@lfg.com

Claims
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/8/2017 5:27 AM, From: To: Claims@LFG.com; , Subject: Lincoln Financial Group: Claims CTI_CALL, GERALD GLASNER wrote:

Name: GERALD GLASNER
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Member SSN:
Member Name: GERALD GLASNER
Comments:
From the insurance cerficate 2 a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation; this was included in the form package sent to you by the employer and it stated; You may run or jog no more than one mile, you may not do push-ups or sit-ups during physical training, I feel this may cause further flair up or even injure your spine - Dr. Paul McCombs, Howell Allen Clinic, Nashville Tn. The fitness requirement is contained in my revised job description sent to you by the employer. These are permanent restrictions and the new fitness requirement is fixed per Air Force directive. It was the employer who told me I was deemed unfit for duty due to the medical condition and told to take IDP. I have not received any explanation as to why you only approved this claim to June 1. Do you need additional information from me and / or the physician. Thanks ... Gerald Glasner

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/12/2017 | Claim Tasks | 4 | Update Claim Direction | Completed | FAIAB6 |
| | check to see if er sent JD - CLIMC5 - Jun 05, 2017 05:47:38 pm | | | | |
| 6/12/2017 | Documents/Mail | 11 | Voc Rehab Forms | Completed | FAIAB6 |
| | 2017-06-06-14.36.46.181480O01 | | | | |
| 6/12/2017 | Documents/Mail | 10 | Email | Completed | FAIAB6 |
| | 2017-06-06-14.36.46.137480O01 | | | | |

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 5 of 517    Lincoln Glasner 070
PageID #: 118

# Chronological Activity List

| Posted Date | Category | Seq | Item | | | Status | User |
|---|---|---|---|---|---|---|---|
| 6/12/2017 | Documents/Mail | 12 | Email | | | Completed | FAIAB6 |

(secure) Re: Lincoln Financial Group: Claims　　　PROSTRAT　　　CTI_CALL
Hi Gerald,

Thank you for the information. We have forwarded your email to the Claims Examiner assigned to claim 1170042164 for assistance. Please allow 1 to 2 business days for them to review and respond accordingly.

Thank you,

Savannah Ford
Customer Care and Field Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration
Fax: 877-573-6177
Email: clientservices@lfg.com

Claims
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/8/2017 5:27 AM, From:　　　　　　　　To: Claims@LFG.com; , Subject: Lincoln Financial Group: Claims CTI_CALL, GERALD GLASNER wrote:

Name: GERALD GLASNER
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Member SSN:
Member Name: GERALD GLASNER
Comments:
From the insurance cerficate 2 a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation; this was included in the form package sent to you by the employer and it stated; You may run or jog no more than one mile, you may not do push-ups or sit-ups during physical training, I feel this may cause further flair up or even injure your spine - Dr. Paul McCombs, Howell Allen Clinic, Nashville Tn. The fitness requirement is contained in my revised job description sent to you by the employer. These are permanent restrictions and the new fitness requirement is fixed per Air Force directive. It was the employer who told me I was deemed unfit for duty due to the medical condition and told to take IDP. I have not received any explanation as to why you only approved this claim to June 1. Do you need additional information from me and / or the physician. Thanks ... Gerald Glasner

| 6/12/2017 1:46:03 PM | Referrals | 1 | Occ Analysis | | | Initial | MAOHO6 |
|---|---|---|---|---|---|---|---|

Vocational Referral Template-Consultation, OA, TSA, TSR and RTW
Please indicate n/a when a section does not apply
Demographics
Claimant Name: Gerald Glasner
Claim Number: 1170042164
Gainful Amount (where applicable, e.g. LTD):n/a

Case 4:21-cv-00014-KAC-SKL　　　Document 17-3　　　Filed 12/20/21　　　Page 6 of 517　　　Lincoln_Glasner 071
PageID #: 119

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Authorization to discuss work capacity/R&Ls with Employer on file? (if yes, date and location in AWD):n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review. Include type (APS, AF, Clinical Review, Peer Review), date and location of document, e.g. APS in AWD dated 5/1/15):n/a
Vocational Information:
Job Title from ER:
 PROTECTIVE SERVICES DISPATCHER Previous OA/TSA/TSR/Voc Rehab review completed? (if yes date(s) and location(s)):n/a
Job Description on file? (if yes date and location):AWD dated 6/1/17
Job Analysis on file? (if yes date and location):n/a
Work History and Educational Information (where applicable and if yes date and location, e.g. EBF in AWD 10/31/15):n/a
Specific Question(s) for Reviewer
Provide CE input and synopsis about nature of referral. Provide your specific questions:
Requesting OA with current info from ER in AWD
 - MAOHO6 - Jun 12, 2017 01:46:16 pm

VRC Occupational Analysis

Documents Reviewed:

JD in AWD 6/1/17
JA in AWD n/a
Initial Phone call in DOCSNET n/a

Conclusion:

Based upon the information reviewed, the occupation is identified per the DOT Dictionary of Occupational Titles) as Guard, Security DOT Code: 372.667-034 and Dispatcher, DOT Code 193.262-014. The demand level is Light.

Jasmine Martin-Robinson, MRC, CRC
Vocational Rehabilitation Consultant
 - JLMARTI - Jun 14, 2017 01:02:12 pm

| 6/13/2017 | Documents/Mail | 13 | Email | Completed | FAIAB6 |
|---|---|---|---|---|---|
| | Re: (secure) Re: Lincoln Financial Group: Claims | | PROSTRAT <oma_103798> | CTI_CALL | |

Hi Gerald,

Thank you for your email. I have forwarded this email to our Appeals department to initiate their review. Please allow up to 30 calendar days for the review of a Dental claim or up to 45 days for the review of a Life or Disability claim.

Thank you,

Savannah Ford
Customer Care and Field Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration
Fax: 877-573-6177
Email: clientservices@lfg.com

Claims
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 7 of 517    Lincoln/Glasner 072
PageID #: 120

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/12/2017 9:58 AM, From: To: claims@lfg.com; , Subject: Re: (secure) Re: Lincoln Financial Group: Claims PROSTRAT <oma_103798> CTI_CALL, GERALD GLASNER wrote:
***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please consider this the "first appeal" since my last check indicated "final payment:" and the benefit letter indicated benefits payable until June 1, 2017.

Gerald Glasner
----- Original Message -----
From: claims@lfg.com
To:
Sent: Thursday, June 8, 2017 2:36 PM
Subject: (secure) Re: Lincoln Financial Group: Claims PROSTRAT <oma_103798>

This message was sent securely using ZixCorp.

Hi Gerald,

Thank you for the information. We have forwarded your email to the Claims Examiner assigned to claim 1170042164 for assistance. Please allow 1 to 2 business days for them to review and respond accordingly.

Thank you,

Savannah Ford
Customer Care and Field Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration
Fax: 877-573-6177
Email: clientservices@lfg.com

Claims
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/8/2017 5:27 AM, From: To: Claims@LFG.com; , Subject: Lincoln Financial Group: Claims CTI_CALL, GERALD GLASNER wrote:

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 8 of 517    Lincoln/Glasner 073
PageID #: 121

# Chronological Activity List

Name: GERALD GLASNER
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Member SSN:
Member Name: GERALD GLASNER
Comments:
From the insurance cerficate 2 a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation; this was included in the form package sent to you by the employer and it stated; You may run or jog no more than one mile, you may not do push-ups or sit-ups during physical training, I feel this may cause further flair up or even injure your spine - Dr. Paul McCombs, Howell Allen Clinic, Nashville Tn. The fitness requirement is contained in my revised job description sent to you by the employer. These are permanent restrictions and the new fitness requirement is fixed per Air Force directive. It was the employer who told me I was deemed unfit for duty due to the medical condition and told to take IDP. I have not received any explanation as to why you only approved this claim to June 1. Do you need additional information from me and / or th

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/14/2017 7:25:52 AM | Documents/Mail | 14 | Appeal Notice | | Received | MAOHO6 |

2017-06-13-09.49.36.627520O01

6/19/17
Claim was not denied, no appeal action needed. Working up for ongoing - MAOHO6 - Jun 19, 2017 06:22:49 am

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/16/2017 | Referrals | 1 | Occ Analysis | | Completed | MAOHO6 |

Vocational Referral Template-Consultation, OA, TSA, TSR and RTW
Please indicate n/a when a section does not apply
Demographics
Claimant Name: Gerald Glasner
Claim Number: 1170042164
Gainful Amount (where applicable, e.g. LTD):n/a
Authorization to discuss work capacity/R&Ls with Employer on file? (if yes, date and location in AWD):n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review. Include type (APS, AF, Clinical Review, Peer Review), date and location of document, e.g. APS in AWD dated 5/1/15):n/a
Vocational Information:
Job Title from ER:
 PROTECTIVE SERVICES DISPATCHER Previous OA/TSA/TSR/Voc Rehab review completed? (if yes date(s) and location(s)):n/a
Job Description on file? (if yes date and location):AWD dated 6/1/17
Job Analysis on file? (if yes date and location):n/a
Work History and Educational Information (where applicable and if yes date and location, e.g. EBF in AWD 10/31/15):n/a
Specific Question(s) for Reviewer
Provide CE input and synopsis about nature of referral.  Provide your specific questions:
Requesting OA with current info from ER in AWD
 - MAOHO6 - Jun 12, 2017 01:46:16 pm

VRC Occupational Analysis

Documents Reviewed:

JD in AWD 6/1/17
JA in AWD n/a
Initial Phone call in DOCSNET n/a

Conclusion:

Based upon the information reviewed, the occupation is identified per the DOT Dictionary of Occupational Titles) as Guard, Security DOT Code: 372.667-034 and Dispatcher, DOT Code 193.262-014.  The demand level is Light.

Jasmine Martin-Robinson, MRC, CRC
Vocational Rehabilitation Consultant
 - JLMARTI - Jun 14, 2017 01:02:12 pm

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 9 of 517    Lincoln Glasner 074
PageID #: 122

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/16/2017 6:29:21 AM | Status | | | REOPENED | MAOHO6 |
| 6/19/2017 | Documents/Mail | 14 | Appeal Notice | Completed | MAOHO6 |
| | 2017-06-13-09.49.36.627520O01 | | | | |

6/19/17
Claim was not denied, no appeal action needed. Working up for ongoing - MAOHO6 - Jun 19, 2017 06:22:49 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/19/2017 6:26:49 AM | Status | | Failure to Provide Proof | CLOSED | MAOHO6 |
| 6/19/2017 1:15:03 PM | Documents/Mail | 15 | Email | Received | MAOHO6 |
| | 2017-06-19-07.30.19.632640O01 | | | | |
| 6/19/2017 1:15:04 PM | Documents/Mail | 16 | ABILITIES FORM | Received | MAOHO6 |
| | 2017-06-19-07.30.19.674640O01 | | | | |
| 6/20/2017 | Telephone (IN) | 3 | Tina Davis | Completed | PABMI0 |

GERALD W GLASNER
SS -
ER - PROSTRAT
STD 1170042164
checking status of claim and PW sent in

6/19/17
MR note that EE has ongoing epidural injections how ever no updated records for review. Sending letter to EE of insufficient to include abilities form and note MR needed from 04/01/2017 to 06/20/2017 within the next 15 days for review of claim. - MAOHO6 - Jun 19, 2017 06:26:12 am

advised of med recs and abilities forms filled out

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/20/2017 | Documents/Mail | 15 | Email | Completed | MAOHO6 |
| | 2017-06-19-07.30.19.632640O01 | | | | |
| 6/20/2017 | Documents/Mail | 16 | ABILITIES FORM | Completed | MAOHO6 |
| | 2017-06-19-07.30.19.674640O01 | | | | |
| 6/21/2017 | Documents/Mail | 17 | Fax | Completed | MAOHO6 |
| | 2017-06-20-19.15.13.384600O01 | | | | |
| 6/21/2017 | Documents/Mail | 18 | Attending Physicians Statement | Completed | MAOHO6 |
| | 2017-06-21-11.39.46.329600O01 | | | | |

APS dated 6/20/17 from Dr. Paul McCombs How ell Allen Clinic @ 615-627-9543 Fax 615-341-7583. Notes of localized back, leg, and hip pain with similar condition in 2001. Dx M51.36. FOV 9/14/16 and LOV 10/19/16, f/u visits PRN. Class 2 physical condition (medium activity). EE TDOO since 12/1/16 w ith never functionally changing in the future. Permanent restirctions of no jogging, running more than a mile, no push ups or sit ups - MAOHO6 - Jun 21, 2017 12:56:44 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/21/2017 10:41:33 AM | Documents/Mail | 19 | Medical Records | Received | MAOHO6 |
| | 2017-06-21-11.40.02.750600O01 | | | | |
| 6/23/2017 | Telephone (IN) | 4 | Gerald Glasner | Completed | LDYJA8 |

Tina Davis call from ER office from Protection Strategies Inc regarding Gerald Glasner have we rcvd documentation from his doctor I told her medical records was rcvd on 6/21

1170042164

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/27/2017 | Documents/Mail | 19 | Medical Records | Completed | MAOHO6 |
| | 2017-06-21-11.40.02.750600O01 | | | | |
| 6/27/2017 | Documents/Mail | 20 | Insufficient Information | Completed | MAOHO6 |
| | Insufficient Information | | | | |
| 6/29/2017 3:27:41 PM | Documents/Mail | 21 | ABILITIES FORM | Received | MAOHO6 |
| | 2017-06-29-15.32.06.189800O01 | | | | |

Paul McCombs completed AF dated 6/24/17. LOV 2/16/17 and seen as needed.
-Constantly: sit, drive, finger, handle, operate foot controls, reach above shoulder

4/8/2021

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 10 of 517    Lincoln/Glasner 075
PageID #: 123

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

-Frequently: lift 0-10 lbs, stand, walk, reach above shoulder
-Occasionally: lift 11-35 lbs, climb, bend, kneel
-Never: lift over 36 lbs - MAOHO6 - Jun 30, 2017 07:10:00 am

| | | | | | |
|---|---|---|---|---|---|
| 6/30/2017 | Documents/Mail | 21 | ABILITIES FORM | Completed | MAOHO6 |

2017-06-29-15.32.06.189800O01

Paul McCombs completed AF dated 6/24/17. LOV 2/16/17 and seen as needed.
-Constantly: sit, drive, finger, handle, operate foot controls, reach above shoulder
-Frequently: lift 0-10 lbs, stand, walk, reach above shoulder
-Occasionally: lift 11-35 lbs, climb, bend, kneel
-Never: lift over 36 lbs - MAOHO6 - Jun 30, 2017 07:10:00 am

| | | | | | |
|---|---|---|---|---|---|
| 7/10/2017 11:51:59 AM | Telephone (IN) | 5 | tina davis | Requested | MAOHO6 |

please follow up with claimant within 24hrs in regards to claim stat

| | | | | | |
|---|---|---|---|---|---|
| 7/11/2017 | Telephone (IN) | 5 | tina davis | Completed | MAOHO6 |

please follow up with claimant within 24hrs in regards to claim stat

| | | | | | |
|---|---|---|---|---|---|
| 7/11/2017 | Telephone (OUT) | 6 | GERALD W. GLASNER | Completed | MAOHO6 |

OBC to EE to inform no MR from 4/1/17 to present for review of current condition to keep paying no answer lvom - MAOHO6 - Jul 11, 2017 12:50:56 pm

| | | | | | |
|---|---|---|---|---|---|
| 7/19/2017 7:33:07 PM | Referrals | 2 | Ongoing Claim Review | Initial | MAOHO6 |

Clinical Consultation - Review Referral Template
Demographics
Claimant Name: Gerald Glasner
Claim Number: 1170042164
Occupation/level:Security guard (light)
Diagnosis:localized back, leg, and hip pain
DOD:4/1/17
DLW:3/31/17
61 yom security guard (light) OA completed OOW since 4/1/17 due to low back pain. EE had back surgery many years ago and is currently having troubles. EE had LOV 2/26/17 with neuro and recently received APS and Abilities form with different R&L's. EE was seen on 2/26/17 for injection and is planning (unconfirmed) a follow up soon for another injection. f/u visits are noted as PRN on form. Based on information seen likely EE could perform light occ as noted in APS of medium occ level. EE also sent in appeal language however no official med review completed to deny claim as of today

Specific Medical Question:

Requesting review of claim as MR note EE likely could RTWOO in light occupation, but age and previous surgery could prevent possible RTW, and EE is receiving APS/AF from neurosurgeon certifying disability. Therefore, requesting review to asssit in current situation for ongoing physical impairments. - MAOHO6 - Jul 19, 2017 07:33:26 pm
Claimant Name: Gerald Glasner
Claim Number: 1170042164

There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

DXWILLA - DXWILLA - Jul 20, 2017 02:04:22 pm

| | | | | | |
|---|---|---|---|---|---|
| 7/20/2017 11:10:31 AM | Documents/Mail | 22 | Fax | Received | MAOHO6 |

2017-07-19-15.31.03.079980O01

| | | | | | |
|---|---|---|---|---|---|
| 7/20/2017 11:10:32 AM | Documents/Mail | 23 | Appeal Notice | Received | MAOHO6 |

2017-07-20-12.04.48.236960O01

| | | | | | |
|---|---|---|---|---|---|
| 7/20/2017 11:10:33 AM | Documents/Mail | 24 | ABILITIES FORM | Received | MAOHO6 |

2017-07-20-12.07.04.606960O01

| | | | | | |
|---|---|---|---|---|---|
| 7/20/2017 11:10:33 AM | Documents/Mail | 25 | Attending Physicians Statement | Received | MAOHO6 |

2017-07-20-12.07.35.785960O01

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 11 of 517 Lincoln/Glasner 076
PageID #: 124

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/20/2017 1:37:54 PM | Documents/Mail 2017-07-20-09.05.54.248900O01 | 26 | Email | Received | MAOHO6 |
| 7/24/2017 | Documents/Mail 2017-07-24-07.24.24.388060O01 | 28 | Email | Completed | MAOHO6 |
| 7/24/2017 | Documents/Mail 2017-07-24-07.24.24.429060O01 | 29 | Voc Rehab Forms | Completed | MAOHO6 |
| 7/24/2017 | Documents/Mail 2017-07-19-15.31.03.079980O01 | 22 | Fax | Completed | MAOHO6 |
| 7/24/2017 | Documents/Mail 2017-07-20-12.07.04.606960O01 | 24 | ABILITIES FORM | Completed | MAOHO6 |
| 7/24/2017 | Documents/Mail 2017-07-20-09.05.54.248900O01 | 26 | Email | Completed | MAOHO6 |
| 7/24/2017 | Documents/Mail 2017-07-20-12.04.48.236960O01 | 23 | Appeal Notice | Completed | MAOHO6 |
| 7/24/2017 | Documents/Mail 2017-07-20-12.07.35.785960O01 | 25 | Attending Physicians Statement | Completed | MAOHO6 |
| 7/24/2017 | Documents/Mail Denial Not Disabled | 27 | Denial Not Disabled | Completed | MAOHO6 |
| 7/24/2017 | Summary/Assessment/Path | | | Completed | MAOHO6 |

Summary Notes

Assessment Notes

Path Notes
S:
61 yom Security Force Officer (medium); DLW: 3/31/17; DOD: 4/1/17; DX: Degeneration of Lumbar Intervertebral Disc. Claim is Approved.

E:
List billed - EE paid - post tax; coverage eff 12/1/15; class 2; BWE $1,125.20; works 40 hrs/wk; no pre-ex.

A:
APS dated 4/30/17 signed by Dr. McCombs - Neurosurgery
SUBJ: Back and bilateral hip pain
OBJ: Localized back pain
R&L's: Unable to run or job more than a mile. Unable to do pushups. Unable to do situps.
Tx: Epidural steroid injections
H/W: 6'0, 175 lbs
FOV: 2001, LOV 10/19/16
CE spoke with receptionist at doctor's office who advised DOD is 4/1/17.
MDA: 0/28/42
ERTW: Permanent restrictions placed on pt that do not allow pt to return to work.

O:
EE, ER, APS, and Auth received. CE made 1st initial contact attempt. EE stated company will not let him work because he could not pass the physical fitness test and was deemed unfit for duty.

P:
Per ERS, EE received vac pay from 4/1/17-4/29/17 in the amt of $1,125.20. Per policy, vac time is not an offset.

Reasonable to approve to 6/1/17 per mda and considering EE's DX and occupation.
P:
Will pay to 6/1/17. Will request med recs on EE's behalf. Once med recs are received, they will undergo review to determine if it is reasonable to extend claim beyond LTD.
 - FAIAB6 - May 12, 2017 10:11:38 am

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 12 of 517    Lincoln/Glasner 077
PageID #: 125

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

CE called claimant to inform him of approval date 6/1/17 and advised if he is unable to rtw by 6/1/17, to have updated med recs submitted, left message.
 - FAIAB6 - May 17, 2017 09:06:09 am

6/5/17 - Items recvd
APS - dx of degenrtve lumbar and disc; unable to run or jog more than a mile, pushups, and steps; tx- epidural inj; 1st tx in 2001, ov will be on an as needed basis, lov 10/13/2016; sx in 2001; perm restricts placed that do not all w ee to rtw compltd by Dr. McCombs / Neuro on 4/30/17

Letter dated 05/30/2017 - ee adv restrictions are perm and degenrtve: ee also included the physical fitness mandate

Med recs from St Thomas Health -
3/21/17 Letter from Dr. McCombs - perm restricts regarding lumbar spinal condition, adv run, jog more than mile may cause flareups

Security Force Officer
Plan - aps sent again not new / jd needed for voc consult  - CLIMC5 - Jun 05, 2017 05:44:31 pm

6/19/17
MR note that EE has ongoing epidural injections how ever no updated records for review . Sending letter to EE of insufficient to include abilities form and note MR needed from 04/01/2017 to 06/20/2017 within the next 15 days for review of claim. - MAOHO6 - Jun 19, 2017 06:26:12 am

6/27/17 Received 2016 MR, sending insufficient letter to note MR needed from 4/1/17 to present for review  - MAOHO6 - Jun 27, 2017 01:47:47 pm

6/30/17
Paul McCombs completed AF dated 6/24/17. LOV 2/16/17 and seen as needed.
-Constantly: sit, drive, finger, handle, operate foot controls, reach above shoulder
-Frequently: lift 0-10 lbs, stand, walk, reach above shoulder
-Occasionally: lift 11-35 lbs, climb, bend, kneel
-Never: lift over 36 lbs
--Plan: Awaiting MR for further action (med review if rec'd) - MAOHO6 - Jun 30, 2017 07:11:43 am

7/24/17
Med review completed with updated GCOD and APS.
--Plan: No support due to no records for review of currnet condition. Sending denial not disabled letter to EE to inform  - MAOHO6 - Jul 24, 2017 06:15:47 am

| 7/24/2017 | Referrals | 2 | Ongoing Claim Review | Completed | MAOHO6 |

Clinical Consultation - Review Referral Template
Demographics
Claimant Name: Gerald Glasner
Claim Number: 1170042164
Occupation/level:Security guard (light)
Diagnosis:localized back, leg, and hip pain
DOD:4/1/17
DLW:3/31/17
61 yom security guard (light) OA completed OOW since 4/1/17 due to low back pain. EE had back surgery many years ago and is currently having troubles. EE had LOV 2/26/17 with neuro and recently received APS and Abilities form with different R&L's. EE was seen on 2/26/17 for injection and is planning (unconfirmed) a follow up soon for another injection. f/u visits are noted as PRN on form. Based on information seen likely EE could perform light occ as noted in APS of medium occ level. EE also sent in appeal language how ever no official med review completed to deny claim as of today

Specific Medical Question:

Requesting review of claim as MR note EE likely could RTWOO in light occupation, but age and previous surgery could prevent possible RTW, and EE is receiving APS/AF from neurosurgeon certifying disability. Therefore,

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 13 of 517   Lincoln/Glasner 078
PageID #: 126

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

requesting review to asssit in current situation for ongoing physical impairments. - MAOHO6 - Jul 19, 2017 07:33:26 pm
Claimant Name: Gerald Glasner
Claim Number: 1170042164

There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

DXWILLA - DXWILLA - Jul 20, 2017 02:04:22 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/24/2017 6:24:36 AM | Status | | | REOPENED | MAOHO6 |
| 7/24/2017 6:24:37 AM | Status | | Not TD Own Occ | CLOSED | MAOHO6 |
| 7/25/2017 | Claim Tasks | 5 | Unable to process correspondence | Completed | MAOHO6 |

"Generic Denial Ltr Sent to Employer" letter not sent due to a problem publishing:
com.lfg.correspondence.exceptions.CorrespondenceException: ror>
  &lt;jobReturn&gt;
    &lt;process&gt;com.dstsystems.awd.ns2.jobManager.ke.tasks.AWDLogon&lt;/process&gt;
    &lt;code&gt;-2147483648&lt;/code&gt;
    &lt;description&gt;Internal error 118 has occurred.&lt;/description&gt;
  &lt;/jobReturn&gt;
&lt;/DST&gt;

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/25/2017 10:35:59 PM | Documents/Mail | 30 | Generic Denial Ltr Sent to Employer | Work In Progress | MAOHO6 |

Generic Denial Ltr Sent to Employer

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/26/2017 | Documents/Mail | 30 | Generic Denial Ltr Sent to Employer | Completed | MAOHO6 |

Generic Denial Ltr Sent to Employer

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/22/2017 7:50:48 AM | Appeal | 1 | Level 1 | New | SLTHOMP |

1st Level of Appeal assigned to CMRAGOL on 09/22/2017. - SLTHOMP - Sep 22, 2017 02:59:37 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/22/2017 7:51:07 AM | Status | | | REOPENED | AMOKO5 |
| 9/27/2017 8:00:51 PM | Claim Tasks | 6 | Appeal - 4 day notice | Requested | CMRAGOL |
| 9/28/2017 | Claim Tasks | 6 | Appeal - 4 day notice | Completed | CMRAGOL |
| 10/10/2017 | Telephone (OUT) | 7 | GERALD W. GLASNER | Completed | CMRAGOL |

Called clmt to advise that we received his appeal. I adivsed that we have limited med recs and no OVN from beyond his DLW. He stated that he's received 3 steroid injections, one was last month. I advised that he shoudl submit the med recs for those injections and any other OVN he may have had. I asked if there was an updated CT or MRI, he confirmed there has not been. He stated that he is unfit for duty based on his ER's requirements, specifically the sit ups and push ups and those are restrictions from him dr. He will email me the med recs he has. I advised that I will let him know once they are recvd and will proceed with review once the recs are recvd. Left cb # for questions. - CMRAGOL - Oct 10, 2017 09:47:24 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/10/2017 | Documents/Mail | 31 | Appeal Dis EE Ackappeal | Completed | CMRAGOL |

Appeal Dis EE Ackappeal

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/10/2017 | Documents/Mail | 32 | Appeal Dis Delay Letter to Group | Completed | CMRAGOL |

Appeal Dis Delay Letter to Group

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/10/2017 9:21:38 AM | Summary/Assessment/Path | 2 | 1st Level Appeal Review - CMRAGOL - Oct 10, 2017 09:22:23 | Requested | SLTHOMP |

Summary Notes
1st Level Appeal Review - CMRAGOL - Oct 10, 2017 09:22:23 am
Assessment Notes

Path Notes
1st Level Appeal Review

Date Received: 09/21/2017
45th Day: 11/05/2017
90th Day: 12/20/2017
Cov Type: TSTD
Claimant Name: Gerald Glasner

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 14 of 517    Lincoln/Glasner 079
PageID #: 127

Claim Number: 1170042164

Claim Demographics

Current Age: 61
EE State:  TN
Situs State: TN
DLW: 03/31/2017
DOD: 04/01/2017
EP: 14 days
BCD: 04/15/2017
Benefit Paid To: 06/01/2017
MBD: 07/15/2017
Class: 2
RTW Date: ?
DOH: 12/01/2015
Eff Date: 12/01/2015
Pre-Ex review needed: No pre-ex
SSDI Awarded: N/A
Weekly Net Benefit: $665
Occupation:  Security Force Office (#372.667-034 & 193.262-014)
DOT Classification: Light
Primary Diagnosis: Degeneration of Lumbar Intervertebral Disc
Work Related: N/A
ERISA or NON-ERISA:  ERISA
STD/LTD/LW claim status: N/A
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Attorney Representation:  N/A

Initial Claim Decision

Reason/Date of denial: Not TDOO 07/24/2017
Type of Medical Review , Name, & Specialty: Internal NDC Review  - 07/20/2017 - DXWILLA

Current Providers:

AP Name/Specialty/Phone Number: Paul McCombs, MD (Neurology - 615-327-9543)

Summary of Appeal being discussed:

Demographics: Gerald Glasner is a 61 year old Security Force Officer (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc.  It was previously determined that he met the policy definition of disability to 06/01/2017.

At the claim level a review by a NDC indicated:

"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward."

Information Submitted with appeal and not previously reviewed: None

Assessment:

Basis for the Appeal: The claimant indicated 1) there is not a lot of records for her appeal, 2) he had her 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 15 of 517     PageID #: 128

Smith/Glasner 080

Path: Letter to claimant and ER. Initial call to claimant. Mailing letter and giving 30 days to provide additional information for the appeal. Requesting the RTW date from the ER. - CMRAGOL - Oct 10, 2017 09:22:23 am

10/16/2017 - Rcvd med recs including:
 - Dr. McCombs - 09/24/2017 & 02/16/2017 letters
 - Laurin Howell, NP - 08/22/2017 OVN
 - 01/26/2017 Anesthesia Record

Per clmt, no addtl med recs being sent. Pending for info from ER. - CMRAGOL - Oct 16, 2017 10:02:33 am

10/20/2017 - Sent extension letter, see phone notes. - CMRAGOL - Oct 20, 2017 04:24:38 pm

10/24/2017 - Per email from clmt, his employment was terminated in late June 2017. He did not RTW. Proceeding with medical review. Sending file for NDC review. - CMRAGOL - Oct 24, 2017 02:32:42 pm

1st LEVEL UPHOLD RATIONALE. Gerald Glasner is a 61 year old Security Guard (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc. It was previously determined that he met the policy definition of disability to 06/01/2017.
At the claim level a review by a NDC indicated:
"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward."
Upon appeal received:
 - Dr. McCombs - 09/24/2017 & 02/16/2017 letters
 - Laurin Howell, NP - 08/22/2017 OVN
 - 01/26/2017 Anesthesia Record

The claimant indicated 1) there is not a lot of records for her appeal, 2) he had his 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Assessment Notes: His file was reviewed by an internal NDC who found:

Medical records document status post lumbar laminectomy approximately 15 years prior, now with low back pain requiring evaluation in 2016, and treated with epidural steroid injections. 2017 Chief complaint is low back pain left side, radiating down left leg. Current medications include: Aciphex, Bentyl, Lisinopril, Oxycodone, Phenobarbital. Past medical history includes hernia repair, prior lumbar spinal fusion and anemia. Records indicate claimant underwent a prior lumbar epidural steroid injection of the left L2-3 in November, 2016; and 1/26/17 which relieved his pain. Overall examinations find limited lumbar range of motion, otherwise neurologically intact with negative SLR and normal gait. Additional steroid injections and PT are ordered on 8/22/17. CT of spine 9/27/16 documents diffuse disc bulge L1-3 without stenosis and prior laminectomy L3-4 through L5-S1. Diagnosis is prolapsed lumbar disc and degeneration of lumbar intervertebral disc.

Attending Physician Restrictions and Limitations (s):
1.9/24/17 Letter from McCombs, MD: Impairments include difficulty with repetitive lifting, twisting, bending and stooping. Should not lift an excess of 20 lbs., on any occasion or 10 lbs., repetitively. No difficulty with hearing, speaking or participating in leisure activities. May sit for up to four hours a day, stand up two hours, and walk for up to two hours with breaks. Requires approximately four breaks a day 10-15 minutes.
2.Abilities form dated 6/27/17 by McCombs notes claimant may sit frequently, lift up to 35 lbs. occasionally and never 36 or more pounds. May constantly sit, drive, finger, handle, operate foot controls and reach above the shoulder. May frequently stand, walk, and reach above the shoulder. May occasionally climb, bend, or kneel.
3.APS by McCombs 6/20/17 notes no running, jogging more than a mile, no pushups or sit ups.

Rationale with medical findings: The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 16 of 517    Lincoln/Glasner 081
PageID #: 129

# Chronological Activity List

loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Path: The records did not find by physical examination or diagnostic testing that his lumbar condition would warrant R&L's from his occupation. He also claims that he would still be working if he was able to pass the employment physical if it was modified for him. The physical is not a Main Duty of his occupation. Upholding the claim denial. Calling the claimant and sending letter to the EE and ER. - SLTHOMP - Nov 08, 2017 02:01:04 pm

| Date | Type | # | Description | Status | User |
|---|---|---|---|---|---|
| 10/10/2017 9:22:30 AM | Claim Tasks | 7 | Appeal - 45 Day Reminder | Requested | CMRAGOL |
| | 45TH DAY = 11/05/2017 | | | | |
| | 30TH DAY = 10/21/2017 - CMRAGOL - Oct 10, 2017 09:23:05 am | | | | |
| 10/10/2017 9:23:08 AM | Claim Tasks | 8 | Appeal 90 Day Extension | Requested | SLTHOMP |
| | 90TH DAY = 12/20/2017 - CMRAGOL - Oct 10, 2017 09:23:21 am | | | | |
| 10/10/2017 9:23:35 AM | Claim Tasks | 9 | Update Claim Direction | Requested | CMRAGOL |
| | 30TH DAY = 11/09/2017 - CMRAGOL - Oct 10, 2017 09:23:48 am | | | | |
| 10/10/2017 9:24:41 AM | Claim Tasks | 10 | Call Employer | Requested | CMRAGOL |
| | 10/10/2017 - Req'd RTW/Term Date from ER. - CMRAGOL - Oct 10, 2017 09:25:02 am | | | | |
| | 10/17/2017 - Emailed ER for RTW/Term Date. - CMRAGOL - Oct 17, 2017 04:17:09 pm | | | | |
| 10/13/2017 7:26:21 AM | Documents/Mail | 33 | Email | Received | CMRAGOL |
| | 2017-10-12-14.46.12.135420O01 | | | | |
| 10/13/2017 7:26:22 AM | Documents/Mail | 34 | Medical Records | Received | CMRAGOL |
| | 2017-10-12-14.46.12.204420O01 | | | | |
| 10/13/2017 7:27:10 AM | Documents/Mail | 35 | Email | Received | CMRAGOL |
| | 2017-10-12-14.46.41.931480O01 | | | | |
| 10/16/2017 | Claim Tasks | 9 | Update Claim Direction | Completed | CMRAGOL |
| | 30TH DAY = 11/09/2017 - CMRAGOL - Oct 10, 2017 09:23:48 am | | | | |
| 10/16/2017 | Documents/Mail | 34 | Medical Records | Completed | CMRAGOL |
| | 2017-10-12-14.46.12.204420O01 | | | | |
| 10/16/2017 | Documents/Mail | 33 | Email | Completed | CMRAGOL |
| | 2017-10-12-14.46.12.135420O01 | | | | |
| 10/16/2017 | Documents/Mail | 35 | Email | Completed | CMRAGOL |
| | 2017-10-12-14.46.41.931480O01 | | | | |
| 10/17/2017 | Documents/Mail | 36 | Email | Completed | CMRAGOL |
| | 2017-10-16-10.59.42.195480O01 | | | | |
| 10/18/2017 | Documents/Mail | 37 | Email | Completed | CMRAGOL |
| | 2017-10-17-17.17.14.466480O01 | | | | |
| 10/20/2017 | Telephone (OUT) | 8 | GERALD W. GLASNER | Completed | CMRAGOL |
| | Left vm for clmt advising of extension letter. Explained we are awaiting info from ER and will send file for med review once that is recvd. Left cb # for questions. - CMRAGOL - Oct 20, 2017 04:29:20 pm | | | | |
| 10/20/2017 | Claim Tasks | 7 | Appeal - 45 Day Reminder | Completed | CMRAGOL |
| | 45TH DAY = 11/05/2017 | | | | |
| | 30TH DAY = 10/21/2017 - CMRAGOL - Oct 10, 2017 09:23:05 am | | | | |
| 10/20/2017 | Documents/Mail | 38 | Appeal Dis EE Extension Letter | Completed | CMRAGOL |
| | Appeal Dis EE Extension Letter | | | | |
| 10/24/2017 | Claim Tasks | 10 | Call Employer | Completed | CMRAGOL |
| | 10/10/2017 - Req'd RTW/Term Date from ER. - CMRAGOL - Oct 10, 2017 09:25:02 am | | | | |
| | 10/17/2017 - Emailed ER for RTW/Term Date. - CMRAGOL - Oct 17, 2017 04:17:09 pm | | | | |
| 10/24/2017 2:33:45 PM | Referrals | 3 | Ongoing Claim Review | Initial | SLTHOMP |
| | 1st Level Appeal Review | | | | |
| | Date Received: 09/21/2017 | | | | |

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 17 of 517     Ynobb/Glasner 082
PageID #: 130

45th Day: 11/05/2017
90th Day: 12/20/2017
Cov Type: TSTD
Claimant Name: Gerald Glasner
Claim Number: 1170042164

Claim Demographics

Current Age: 61
EE State: TN
Situs State: TN
DLW: 03/31/2017
DOD: 04/01/2017
EP: 14 days
BCD: 04/15/2017
Benefit Paid To: 06/01/2017
MBD: 07/15/2017
Class: 2
RTW Date: None, terminated in late June 2017
DOH: 12/01/2015
Eff Date: 12/01/2015
Pre-Ex review needed: No pre-ex
SSDI Awarded: N/A
Weekly Net Benefit: $665
Occupation: Security Force Office (#372.667-034 & 193.262-014)
DOT Classification: Light
Primary Diagnosis: Degeneration of Lumbar Intervertebral Disc
Work Related: N/A
ERISA or NON-ERISA: ERISA
STD/LTD/LW claim status: N/A
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Attorney Representation: N/A

Initial Claim Decision

Reason/Date of denial: Not TDOO 07/24/2017
Type of Medical Review, Name, & Specialty: Internal NDC Review - 07/20/2017 - DXWILLA

Current Providers:

AP Name/Specialty/Phone Number: Paul McCombs, MD (Neurology - 615-327-9543)

Summary of Appeal being discussed:

Demographics: Gerald Glasner is a 61 year old Security Force Officer (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc. It was previously determined that he met the policy definition of disability to 06/01/2017.

At the claim level a review by a NDC indicated:

"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward."

Information Submitted with appeal and not previously reviewed:
 - Dr. McCombs - 09/24/2017 & 02/16/2017 letters
 - Laurin Howell, NP - 08/22/2017 OVN
 - 01/26/2017 Anesthesia Record

Assessment:

Basis for the Appeal: The claimant indicated 1) there is not a lot of records for her appeal, 2) he had her 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Sending file for NDC review.

1) According to the clinical evidence received, does the claimant have any impairment(s)? If so, please list those impairments and describe their impact on the claimants functional status and note the expected duration of the impairment.

2) Comment on any physical and/or cognitive side effects the claimant is experiencing from the medication usage, if any, noted in the records.

3) Are the restrictions & limitations placed upon the claimants work activities by his/her provider reasonable and consistent with them medical findings? Please explain - CMRAGOL - Oct 24, 2017 02:34:03 pm
Clinical Review

Claimant name:   GERALD GLASNER
Claim number:   STD   1170042164

Documents reviewed:
Rimda Gupta, MD, PCP
Paul McCombs, III, MD

Conclusion:  The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

Summary/File History:  61 year old male security force office, light occupation per file; DOD: 4/1/17, out with DDD lumbar spine.  The file indicates the claimant met the policy definition of disability to 6/1/17 but not beyond based upon NDC review at the claims level.  This is a request for STD 1st level appeal review.

Medical records document status post lumbar laminectomy approximately 15 years prior, now with low back pain requiring evaluation in 2016, and treated with epidural steroid injections.  2017 Chief complaint is low back pain left side, radiating down left leg. Current medications include: Aciphex, Bentyl, Lisinopril, Oxycodone, Phenobarbital. Past medical history includes hernia repair, prior lumbar spinal fusion and anemia. Records indicate claimant underwent a prior lumbar epidural steroid injection of the left L2-3 in November, 2016; and 1/26/17 which relieved his pain.  Overall examinations find limited lumbar range of motion, otherwise neurologically intact with negative SLR and normal gait.  Additional steroid injections and PT are ordered on 8/22/17.  CT of spine 9/27/16 documents diffuse disc bulge L1-3 without stenosis and prior laminectomy L3-4 through L5-S1.    Diagnosis is prolapsed lumbar disc and degeneration of lumbar intervertebral disc.

Attending Physician Restrictions and Limitations (s):
1. 9/24/17 Letter from McCombs, MD: Impairments include difficulty with repetitive lifting, twisting, bending and stooping.  Should not lift an excess of 20 lbs., on any occasion or 10 lbs., repetitively.  No difficulty with hearing, speaking or participating in leisure activities.  May sit for up to four hours a day, stand up two hours, and walk for up to two hours with breaks.  Requires approximately four breaks a day 10-15 minutes.
2. Abilities form dated 6/27/17 by McCombs notes claimant may sit frequently, lift up to 35 lbs. occasionally and never 36 or more pounds.  May constantly sit, drive, finger, handle, operate foot controls and reach above the shoulder.  May frequently stand, walk, and reach above the shoulder.  May occasionally climb, bend, or kneel.
3. APS by McCombs 6/20/17 notes no running, jogging more than a mile, no pushups or sit ups.

Rationale with medical findings:  The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg.  There is no aggressive treatment underway.  The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device.  The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement,

medical treatment, light occupation, 1/14/21.  Claimant has been considered beyond maximum.

Provider Calls:  No.  RTW: Claimant has been terminated.  Specific recommendations: None.

Lynn Sucha, RN, DIA
Nurse Disability Consultant II - LMSUCHA - Nov 01, 2017 12:39:26 pm

| 10/25/2017 | Documents/Mail | 40 | Email | | Completed | CMRAGOL |
|---|---|---|---|---|---|---|
| | 2017-10-24-15.32.04.996580O01 | | | | | |
| 10/25/2017 | Documents/Mail | 39 | Email | | Completed | CMRAGOL |
| | 2017-10-24-15.30.32.242600O01 | | | | | |
| 11/8/2017 | Telephone (OUT) | 9 | GERALD W. GLASNER | | Completed | SLTHOMP |

Made call to Gerald, advised STD determination made, letter being sent to him by email.  If he disagrees he has the right to a 2nd level of appeal and this information is also in the letter.  He said thanks. - SLTHOMP - Nov 08, 2017 02:04:38 pm

| 11/8/2017 | Claim Tasks | 8 | Appeal 90 Day Extension | | Completed | SLTHOMP |
|---|---|---|---|---|---|---|

90TH DAY = 12/20/2017 - CMRAGOL - Oct 10, 2017 09:23:21 am

| 11/8/2017 | Documents/Mail | 42 | Appeal Own Occ Level 1 Uphold EE | | Completed | SLTHOMP |
|---|---|---|---|---|---|---|

Appeal Own Occ Level 1 Uphold EE

| 11/8/2017 | Documents/Mail | 41 | Appeal Dis Uphold to Group | | Completed | SLTHOMP |
|---|---|---|---|---|---|---|

Appeal Dis Uphold to Group

| 11/8/2017 | Appeal | 1 | Level 1 | | Closed | SLTHOMP |
|---|---|---|---|---|---|---|

1st Level of Appeal assigned to CMRAGOL on 09/22/2017. - SLTHOMP - Sep 22, 2017 02:59:37 pm

| 11/8/2017 | Summary/Assessment/Path | | 1st Level Appeal Review   - CMRAGOL - Oct 10, 2017 09:22:23 | Completed | SLTHOMP |
|---|---|---|---|---|---|

Summary Notes
1st Level Appeal Review  - CMRAGOL - Oct 10, 2017 09:22:23 am
Assessment Notes

Path Notes
1st Level Appeal Review

Date Received: 09/21/2017
45th Day: 11/05/2017
90th Day: 12/20/2017
Cov Type: TSTD
Claimant Name: Gerald Glasner
Claim Number: 1170042164

Claim Demographics

Current Age: 61
EE State:  TN
Situs State: TN
DLW: 03/31/2017
DOD: 04/01/2017
EP: 14 days
BCD: 04/15/2017
Benefit Paid To: 06/01/2017
MBD: 07/15/2017
Class: 2
RTW Date: ?
DOH: 12/01/2015
Eff Date: 12/01/2015
Pre-Ex review needed: No pre-ex
SSDI Awarded: N/A
Weekly Net Benefit: $665
Occupation:  Security Force Office (#372.667-034 & 193.262-014)
DOT Classification: Light

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 20 of 517   Lincoln/Glasner 085
PageID #: 133

Primary Diagnosis: Degeneration of Lumbar Intervertebral Disc
Work Related: N/A
ERISA or NON-ERISA: ERISA
STD/LTD/LW claim status: N/A
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Attorney Representation: N/A

Initial Claim Decision

Reason/Date of denial: Not TDOO 07/24/2017
Type of Medical Review, Name, & Specialty: Internal NDC Review - 07/20/2017 - DXWILLA

Current Providers:

AP Name/Specialty/Phone Number: Paul McCombs, MD (Neurology - 615-327-9543)

Summary of Appeal being discussed:

Demographics: Gerald Glasner is a 61 year old Security Force Officer (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc. It was previously determined that he met the policy definition of disability to 06/01/2017.

At the claim level a review by a NDC indicated:

"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward."

Information Submitted with appeal and not previously reviewed: None

Assessment:

Basis for the Appeal: The claimant indicated 1) there is not a lot of records for her appeal, 2) he had her 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Path: Letter to claimant and ER. Initial call to claimant. Mailing letter and giving 30 days to provide additional information for the appeal. Requesting the RTW date from the ER. - CMRAGOL - Oct 10, 2017 09:22:23 am

10/16/2017 - Rcvd med recs including:
 - Dr. McCombs - 09/24/2017 & 02/16/2017 letters
 - Laurin Howell, NP - 08/22/2017 OVN
 - 01/26/2017 Anesthesia Record

Per clmt, no addtl med recs being sent. Pending for info from ER. - CMRAGOL - Oct 16, 2017 10:02:33 am

10/20/2017 - Sent extension letter, see phone notes. - CMRAGOL - Oct 20, 2017 04:24:38 pm

10/24/2017 - Per email from clmt, his employment was terminated in late June 2017. He did not RTW. Proceeding with medical review. Sending file for NDC review. - CMRAGOL - Oct 24, 2017 02:32:42 pm

1st LEVEL UPHOLD RATIONALE. Gerald Glasner is a 61 year old Security Guard (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc. It was previously determined that he met the policy definition of disability to 06/01/2017.
At the claim level a review by a NDC indicated:
"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 21 of 517    Lincoln-Glasner 086
PageID #: 134

of disability. There is nothing to support R&L's from the DOD forward."
Upon appeal received:
- Dr. McCombs - 09/24/2017 & 02/16/2017 letters
- Laurin Howell, NP - 08/22/2017 OVN
- 01/26/2017 Anesthesia Record

The claimant indicated 1) there is not a lot of records for her appeal, 2) he had his 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Assessment Notes: His file was reviewed by an internal NDC who found:

Medical records document status post lumbar laminectomy approximately 15 years prior, now with low back pain requiring evaluation in 2016, and treated with epidural steroid injections. 2017 Chief complaint is low back pain left side, radiating down left leg. Current medications include: Aciphex, Bentyl, Lisinopril, Oxycodone, Phenobarbital. Past medical history includes hernia repair, prior lumbar spinal fusion and anemia. Records indicate claimant underwent a prior lumbar epidural steroid injection of the left L2-3 in November, 2016; and 1/26/17 which relieved his pain. Overall examinations find limited lumbar range of motion, otherwise neurologically intact with negative SLR and normal gait. Additional steroid injections and PT are ordered on 8/22/17. CT of spine 9/27/16 documents diffuse disc bulge L1-3 without stenosis and prior laminectomy L3-4 through L5-S1. Diagnosis is prolapsed lumbar disc and degeneration of lumbar intervertebral disc.

Attending Physician Restrictions and Limitations (s):
1. 9/24/17 Letter from McCombs, MD: Impairments include difficulty with repetitive lifting, twisting, bending and stooping. Should not lift an excess of 20 lbs., on any occasion or 10 lbs., repetitively. No difficulty with hearing, speaking or participating in leisure activities. May sit for up to four hours a day, stand up two hours, and walk for up to two hours with breaks. Requires approximately four breaks a day 10-15 minutes.
2. Abilities form dated 6/27/17 by McCombs notes claimant may sit frequently, lift up to 35 lbs. occasionally and never 36 or more pounds. May constantly sit, drive, finger, handle, operate foot controls and reach above the shoulder. May frequently stand, walk, and reach above the shoulder. May occasionally climb, bend, or kneel.
3. APS by McCombs 6/20/17 notes no running, jogging more than a mile, no pushups or sit ups.

Rationale with medical findings: The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Path: The records did not find by physical examination or diagnostic testing that his lumbar condition would warrant R&L's from his occupation. He also claims that he would still be working if he was able to pass the employment physical if it was modified for him. The physical is not a Main Duty of his occupation. Upholding the claim denial. Calling the claimant and sending letter to the EE and ER. - SLTHOMP - Nov 08, 2017 02:01:04 pm

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/8/2017 | Referrals | 3 | Ongoing Claim Review | | Completed | SLTHOMP |

1st Level Appeal Review

Date Received: 09/21/2017
45th Day: 11/05/2017
90th Day: 12/20/2017
Cov Type: TSTD
Claimant Name: Gerald Glasner
Claim Number: 1170042164

Claim Demographics

Current Age: 61
EE State: TN

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Situs State: TN
DLW: 03/31/2017
DOD: 04/01/2017
EP: 14 days
BCD: 04/15/2017
Benefit Paid To: 06/01/2017
MBD: 07/15/2017
Class: 2
RTW Date: None, terminated in late June 2017
DOH: 12/01/2015
Eff Date: 12/01/2015
Pre-Ex review needed: No pre-ex
SSDI Awarded: N/A
Weekly Net Benefit: $665
Occupation: Security Force Office (#372.667-034 & 193.262-014)
DOT Classification: Light
Primary Diagnosis: Degeneration of Lumbar Intervertebral Disc
Work Related: N/A
ERISA or NON-ERISA: ERISA
STD/LTD/LW claim status: N/A
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Attorney Representation: N/A

Initial Claim Decision

Reason/Date of denial: Not TDOO 07/24/2017
Type of Medical Review, Name, & Specialty: Internal NDC Review - 07/20/2017 - DXWILLA

Current Providers:

AP Name/Specialty/Phone Number: Paul McCombs, MD (Neurology - 615-327-9543)

Summary of Appeal being discussed:

Demographics: Gerald Glasner is a 61 year old Security Force Officer (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc. It was previously determined that he met the policy definition of disability to 06/01/2017.

At the claim level a review by a NDC indicated:

"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward."

Information Submitted with appeal and not previously reviewed:
- Dr. McCombs - 09/24/2017 & 02/16/2017 letters
- Laurin Howell, NP - 08/22/2017 OVN
- 01/26/2017 Anesthesia Record

Assessment:

Basis for the Appeal: The claimant indicated 1) there is not a lot of records for her appeal, 2) he had her 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Sending file for NDC review.

1)According to the clinical evidence received, does the claimant have any impairment(s)? If so, please list those impairments and describe their impact on the claimants functional status and note the expected duration of the impairment.

2)Comment on any physical and/or cognitive side effects the claimant is experiencing from the medication usage, if any, noted in the records.

3)Are the restrictions & limitations placed upon the claimants work activities by his/her provider reasonable and consistent with them medical findings? Please explain - CMRAGOL - Oct 24, 2017 02:34:03 pm
Clinical Review

Claimant name: GERALD GLASNER
Claim number: STD 1170042164

Documents reviewed:
Rimda Gupta, MD, PCP
Paul McCombs, III, MD

Conclusion: The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

Summary/File History: 61 year old male security force office, light occupation per file; DOD: 4/1/17, out with DDD lumbar spine. The file indicates the claimant met the policy definition of disability to 6/1/17 but not beyond based upon NDC review at the claims level. This is a request for STD 1st level appeal review.

Medical records document status post lumbar laminectomy approximately 15 years prior, now with low back pain requiring evaluation in 2016, and treated with epidural steroid injections. 2017 Chief complaint is low back pain left side, radiating down left leg. Current medications include: Aciphex, Bentyl, Lisinopril, Oxycodone, Phenobarbital. Past medical history includes hernia repair, prior lumbar spinal fusion and anemia. Records indicate claimant underwent a prior lumbar epidural steroid injection of the left L2-3 in November, 2016; and 1/26/17 which relieved his pain. Overall examinations find limited lumbar range of motion, otherwise neurologically intact with negative SLR and normal gait. Additional steroid injections and PT are ordered on 8/22/17. CT of spine 9/27/16 documents diffuse disc bulgeL1-3 without stenosis and prior laminectomy L3-4 through L5-S1.     Diagnosis is prolapsed lumbar disc and degeneration of lumbar intervertebral disc.

Attending Physician Restrictions and Limitations (s):
1.9/24/17 Letter from McCombs, MD: Impairments include difficulty with repetitive lifting, twisting, bending and stooping. Should not lift an excess of 20 lbs., on any occasion or 10 lbs., repetitively. No difficulty with hearing, speaking or participating in leisure activities. May sit for up to four hours a day, stand up two hours, and walk for up to two hours with breaks. Requires approximately four breaks a day 10-15 minutes.
2.Abilities form dated 6/27/17 by McCombs notes claimant may sit frequently, lift up to 35 lbs. occasionally and never 36 or more pounds. May constantly sit, drive, finger, handle, operate foot controls and reach above the shoulder. May frequently stand, walk, and reach above the shoulder. May occasionally climb, bend, or kneel.
3.APS by McCombs 6/20/17 notes no running, jogging more than a mile, no pushups or sit ups.

Rationale with medical findings: The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Provider Calls: No. RTW: Claimant has been terminated. Specific recommendations: None.

Lynn Sucha, RN, DIA
Nurse Disability Consultant II - LMSUCHA - Nov 01, 2017 12:39:26 pm

11/8/2017    Referrals              4    Vocational Consultation                                    Completed        SLTHOMP
Spoke with HEZRA2 to discuss whether a physical is required for Security Guards in the national economy. She said it is not always a requirement, just certain firms, and even so they may only require it at the beginning of

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 24 of 517 Glasner 089
PageID #: 137

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | employment, not ongoing each year. She said it is not a Main Duty or job task to pass physical. - SLTHOMP - Nov 08, 2017 01:35:08 pm | | | | |
| 11/8/2017 1:58:32 PM | Status | | Not TD Own Occ | CLOSED | SLTHOMP |
| 12/12/2017 11:36:22 AM | Appeal | 2 | Level 2 | New | JXOLSEN |
| | 2nd Level Appeal assigned to JXOLSEN on 12/12/2017. - SLTHOMP - Dec 12, 2017 03:17:32 pm | | | | |
| 12/12/2017 11:36:41 AM | Status | | | REOPENED | JADHE8 |
| 12/15/2017 | Telephone (OUT) | 10 | GERALD W. GLASNER | Completed | JXOLSEN |

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review. I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base). I noted ER was out of office until next week and I will follow-up with her next week to make sure that our Occupational Analysis is being handled properly. He thanked me for the call. - JXOLSEN - Dec 15, 2017 02:55:31 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/15/2017 | Telephone (IN) | 11 | Protection Strategies Incorporated | Completed | JXOLSEN |

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant. Left my name and number. - JXOLSEN - Dec 15, 2017 02:57:43 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/15/2017 | Claim Tasks | 12 | Appeal - 4 day notice | Completed | JXOLSEN |

ACTUAL 45TH DAY IS 1/25/18

30TH DAY IS 1/10/18 - JXOLSEN - Dec 15, 2017 02:59:15 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/15/2017 | Documents/Mail | 43 | Appeal Dis EE Ackappeal | Completed | JXOLSEN |
| | Appeal Dis EE Ackappeal | | | | |
| 12/15/2017 | Documents/Mail | 44 | Appeal Dis EE Ackappeal | Completed | JXOLSEN |
| | Appeal Dis EE Ackappeal | | | | |
| 12/15/2017 1:32:57 PM | Summary/Assessment/Path | | | Requested | JXOLSEN |

Summary Notes

2ND LEVEL TRUE STD APPEAL
ERISA
 - JXOLSEN - Dec 15, 2017 01:33:41 pm
Assessment Notes

2ND LEVEL TRUE STD APPEAL
ERISA
 - JXOLSEN - Dec 15, 2017 01:33:41 pm
Path Notes

2ND LEVEL TRUE STD APPEAL
ERISA

GROUP NAME: PROTECTION STRATEGIES INCORPORATED
GROUP ID: PROSTRAT

Claimant Name: GERALD GLASNER
Claim Number: 1170042164

Date Received: 1211/17
30th Day: 1/10/18
45th Day: 1/25/18
90th Day: 3/11/18

Claim Demographics
Current Age: 62

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 25 of 517    Glasner 090
PageID #: 138

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

EE State:   TN
Situs State:   TN
Last Day Worked:   3/31/17
DOD: 4/1/17
EP:  14-DAYS
BCD:   4/15/17
Benefit Paid To: 6/1/17
MBD:   13 WEEKS OR 7/15/17
RTW Date:   NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH:  12/1/15
Eff Date: 12/1/15
Pre-Ex review needed:  NO PRE-EX
SSDI Awarded:  N/A
Weekly Net Benefit:  $665.00
Job Title:  PROTECTIVE SERVICES DISPATCHER
Occupation:  COMBINATION DISPATCHER AND SECURITY GUARD
DOT Classification:  LIGHT
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC
Work Related:   N/A
LTD:  YES 12/1/15
LTD claim status:   NO LTD CLAIMS
Other STD claims:  NO OTHER STD CLAIMS

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc.  His last day worked was 3/31/17 with his first day of disability 4/1/17.  The policy has a 14-day elimination period with benefits commencing on 4/15/17.  Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason:   NOT TD OWN OCC
Date of denial: 7/24/17
Type of Medical Review, Name, & Specialty:  NDC (DXWILLA)

1ST LEVEL STD APPEAL DECISION
Reason:  NOT TD OWN OCC
Date of denial:  11/8/17
Type of Medical Review, Name, & Specialty:  NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:

Conclusion:  The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg.  There is no aggressive treatment underway.  The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device.  The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 26 of 517   Lincoln/Glasner 091
PageID #: 139

Current Providers:
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following: "Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Information Submitted with appeal and not previously reviewed:
None

Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc. Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16. Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16
Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similiarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples, please. This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122. This instruction applies to Government Contract Security and is mandatory. This AFI begame effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016. The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 27 of 517   Lincoln/Glasner 092
PageID #: 140

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.

Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:

Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)

a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.

b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16. Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.

Completed Abilities Form signed by Dr. McCombs 6/24/17. Date of last office visit 2/16/17. Next office visit; as needed.

Office notes Laurin Howell, NP dated 8/22/17,

Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17

Emails back and forth from claimant and LFG.

PATH

CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER

SEND ACKN LETERS TO EE AND ER

DETERMINE WHEN TO BEGIN REVIEW

 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review. I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base). I noted ER was out of office until next week and I will follow-up with her next week to make sure that our Occupational Analysis is being handled properly. He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant. Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES. - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed. Left my name and number. - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond. I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements. PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

Recd response from ER with respect to the claimant's interpretation and disputes with oa.

 - JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:

Vocational Response

Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 28 of 517    Lincoln/Glasner 093
PageID #: 141

when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.
Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium.  Heili S. Randall, ABD, MA, CRC, Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL  - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal.  - JXOLSEN - Jan 03, 2018 12:51:39 pm

Sent email to ER for the date the claimant last passed his required physicial.  Once response is received will send for NDC review.  - JXOLSEN - Jan 10, 2018 09:54:03 am

SENT 45-DAY ERISA LETTER TO EE-

No call to claimant since 45-day letter was emailed.  - JXOLSEN - Jan 10, 2018 10:08:04 am

SENDING FOR NDC REVIEW ON APPEAL  - JXOLSEN - Jan 10, 2018 10:16:17 am

The employer responded to my request noting the following:

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 - 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement. Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test.

 - JXOLSEN - Jan 10, 2018 11:44:39 am

In response to the 45-day letter the claimant submitted email noting he has no problem with us taking an extension.  - JXOLSEN - Jan 11, 2018 10:19:31 am

Clinical Review by NDC was completed and the recommendation is:
Claimant is a 62 yr old with prior back surgery 15 yrs ago with ongoing pain with occasional ESI performed. Per exam findings he is neurologically intact. Due to his
Fitness requirement changes would recommend peer review. Clmt does have CT findings consistent with his pain and ESI.

Recommendations:
Peer review with neurosurgery specialist due to job level change light/medium and due to physical standard testing requirements that have changed from 12/2016 forward with ongoing back pain.

SENDING FOR EXTERNAL NEUROSURGERY SPECIALITY PEER
 - JXOLSEN - Jan 22, 2018 10:38:55 am

Peer review completed-

Sending 21-day letter to claimant along with OA Addendum and Peer Review results.-  Deadline for response is 2/22/18 - JXOLSEN - Feb 01, 2018 08:44:08 am

Lincoln Glasner 094

Emailed 21-day letter and information to EE- so no call made. - JXOLSEN - Feb 01, 2018 08:45:00 am

Recd letter from claimant with his arguments regarding the job requirements and such which were already taken into consideration with 2nd OA. No medical documentation was submitted in response to the clinical review. - JXOLSEN - Feb 22, 2018 06:35:25 am

Taking for oversight review before finalizing decision on appeal. - JXOLSEN - Feb 28, 2018 12:04:13 pm

2ND LEVEL APPEAL: UPHOLDING DENIAL ON APPEAL

RATIONALE:
Based on the information provided in your letter we obtained additional information from your Employer with regards to your job duties and the Physical Agility Test requirements. In response your employer provided us with additional information which was sent to our Vocational Staff for an additional Occupational Analysis to be performed in order to provide you with a full and fair review. Upon review it was determined that your occupation was best defined as a Protective Officer, a medium level occupation instead of Security Guard, a light occupation as previously determined.

With regards to the Physical Agility Test being a main duty, we insure you for your occupation in the National Economy and not your job duties with a specific employer. Therefore, while your Employer may require a Physical Agility Test on an annual basis this would be specific to your employer for this occupation but not all employers in the national workforce.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

While we understand that you have been diagnosed with degeneration of lumbar intervertebral disc, our review of the medical documentation which included a review by an external physician, Board Certified in Neurological Surgery, did not support restrictions and limitations that would render you unable to perform the main duties of your own occupation beyond June 1, 2017.

Upon review of the file documentation Dr. Ugokwe opined:

Based on the medical findings including the history, physical examination and imaging reports provided, there should be no impairments or functional limitations on the claimant from 6/1/17 going forward.

His maximal clinical capacities are as follows and these are in effect from 6/1/17 going forward:

He can lift sit, stand, walk, climb, end, kneel, drive, finger (bilateral), handle (bilateral), operate foot controls (bilateral) and reach above his shoulder (bilateral) constantly which is 67 to 100% of the day. There are no restrictions on lifting, pulling or pushing.

The Peer concluded:

The restrictions or limitations placed upon the claimants physical activities by the attending physician is not reasonable and consistent with the medical findings because the claimant does not have any clinical findings that warrant impairment and there is no significant stenosis on imaging of the lumbar spine.

The claimant's CT scan shows some mild to moderate degenerative changes without any significant stenosis or neural element compress to account for any impairment. Also, the claimant complains of self-reported pain but there is no evidence of clinical findings.

Considering the medical review findings we have determined that there is insufficient medical evidence of any physical impairment that would preclude you from performing the main duties of your occupation beyond June 1, 2017. We therefore find you are not Totally Disabled as defined by this policy on June 1, 2017 and we are upholding our decision to deny an extension of benefits from June 1, 2017 forward.

SENDING UPHOLD LETTERS TO EE AND ER

CLOSE 2ND LEVEL APPEAL
NO CALL TO EE AS LETTER EMAILED
ALL APPEALS NOW EXHAUSTED AND ADMINISTRATIVE FILE NOW CLOSED
 - JXOLSEN - Feb 28, 2018 02:27:56 pm

| Date | Type | # | Description | Status | User |
|---|---|---|---|---|---|
| 12/15/2017 2:58:16 PM | Claim Tasks | 11 | Appeal 90 Day Extension | Requested | JXOLSEN |

ACTUAL 90TH DAY IS 3/11/18 - JXOLSEN - Dec 15, 2017 02:58:44 pm

| 12/15/2017 3:03:02 PM | Claim Tasks | 13 | Appeal - 45 Day Reminder | Requested | JXOLSEN |

ACTUAL 45TH DAY IS 1/25/18

30TH DAY IS 1/10/18 - JXOLSEN - Dec 15, 2017 03:03:40 pm

| 12/21/2017 | Telephone (OUT) | 12 | Protection Strategies Incorporated | Completed | JXOLSEN |

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed. Left my name and number. - JXOLSEN - Dec 21, 2017 08:20:19 am

| 12/28/2017 | Telephone (OUT) | 13 | Protection Strategies Incorporated | Completed | JXOLSEN |

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond. I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal. - JXOLSEN - Dec 28, 2017 11:13:23 am

| 12/28/2017 11:15:39 AM | Claim Tasks | 14 | Obtain Missing Info | Requested | JXOLSEN |

HAS ER RESPONDED TO EMAIL - JXOLSEN - Dec 28, 2017 11:16:05 am

| 12/28/2017 1:01:25 PM | Documents/Mail | 45 | Email | Received | JXOLSEN |

2017-12-28-12.14.39.416680O01

| 12/29/2017 | Documents/Mail | 45 | Email | Completed | JXOLSEN |

2017-12-28-12.14.39.416680O01

| 12/29/2017 10:07:28 AM | Documents/Mail | 46 | Voc Rehab Forms | Received | JXOLSEN |

2017-12-29-08.27.58.406700O01

| 1/3/2018 | Claim Tasks | 14 | Obtain Missing Info | Completed | JXOLSEN |

HAS ER RESPONDED TO EMAIL - JXOLSEN - Dec 28, 2017 11:16:05 am

| 1/3/2018 | Documents/Mail | 46 | Voc Rehab Forms | Completed | JXOLSEN |

2017-12-29-08.27.58.406700O01

| 1/3/2018 | Referrals | 5 | Vocational Consultation | Completed | JXOLSEN |

Vocational Referral Template-Consultation, OA, TSA, TSR and RTW
Please indicate n/a when a section does not apply
Demographics
Claimant Name: Gerald Glasner
Claim Number: 1170042164
Gainful Amount (where applicable, e.g. LTD):n/a
Authorization to discuss work capacity/R&Ls with Employer on file? (if yes, date and location in AWD):n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review. Include type (APS, AF, Clinical Review, Peer Review), date and location of document, e.g. APS in AWD dated 5/1/15):n/a
Vocational Information:
Job Title from ER:
 PROTECTIVE SERVICES DISPATCHER Previous OA/TSA/TSR/Voc Rehab review completed? (if yes date(s) and location(s)):n/a
Job Description on file? (if yes date and location):AWD dated 6/1/17
Job Analysis on file? (if yes date and location):n/a
Work History and Educational Information (where applicable and if yes date and location, e.g. EBF in AWD 10/31/15):n/a
Specific Question(s) for Reviewer
Provide CE input and synopsis about nature of referral. Provide your specific questions:

# Chronological Activity List

Requesting OA with current info from ER in AWD
- MAOHO6 - Jun 12, 2017 01:46:16 pm

VRC Occupational Analysis

Documents Reviewed:

JD in AWD 6/1/17
JA in AWD n/a
Initial Phone call in DOCSNET n/a

Conclusion:

Based upon the information reviewed, the occupation is identified per the DOT Dictionary of Occupational Titles) as Guard, Security DOT Code: 372.667-034 and Dispatcher, DOT Code 193.262-014. The demand level is Light.

Jasmine Martin-Robinson, MRC, CRC
Vocational Rehabilitation Consultant
- JLMARTI - Jun 14, 2017 01:02:12 pm - HEZRA2 - Jan 03, 2018 11:43:53 am

Vocational Response

Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.

Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium.

Heili S. Randall, ABD, MA, CRC,
Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

| 1/3/2018 12:58:40 PM | Referrals | 6 | Management Review | Initial | JXOLSEN |

2ND LEVEL TRUE STD APPEAL
ERISA

GROUP NAME: PROTECTION STRATEGIES INCORPORATED
GROUP ID: PROSTRAT

Claimant Name: GERALD GLASNER
Claim Number: 1170042164

Date Received: 1211/17
30th Day: 1/10/18
45th Day: 1/25/18
90th Day: 3/11/18

Claim Demographics
Current Age: 62
EE State: TN
Situs State: TN
Last Day Worked: 3/31/17
DOD: 4/1/17
EP: 14-DAYS
BCD: 4/15/17
Benefit Paid To: 6/1/17
MBD: 13 WEEKS OR 7/15/17
RTW Date: NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH: 12/1/15
Eff Date: 12/1/15

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 32 of 517   Glasner 097
PageID #: 145

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Pre-Ex review needed: NO PRE-EX
SSDI Awarded: N/A
Weekly Net Benefit: $665.00
Job Title: PROTECTIVE SERVICES DISPATCHER
Occupation: COMBINATION DISPATCHER AND SECURITY GUARD
DOT Classification: LIGHT
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC
Work Related: N/A
LTD: YES 12/1/15
LTD claim status: NO LTD CLAIMS
Other STD claims: NO OTHER STD CLAIMS

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc. His last day worked was 3/31/17 with his first day of disability 4/1/17. The policy has a 14-day elimination period with benefits commencing on 4/15/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason: NOT TD OWN OCC
Date of denial: 7/24/17
Type of Medical Review, Name, & Specialty: NDC (DXWILLA)

1ST LEVEL STD APPEAL DECISION
Reason: NOT TD OWN OCC
Date of denial: 11/8/17
Type of Medical Review, Name, & Specialty: NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:

Conclusion: The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Current Providers:
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following: "Although your employer required you to complete a fitness test, this is not

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 33 of 517   Lincoln/Glasner 098
PageID #: 146

considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Information Submitted with appeal and not previously reviewed:
None


Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc. Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16. Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16


Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similiarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples, please. This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122. This instruction applies to Government Contract Security and is mandatory. This AFI begame effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016. The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.
Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:
Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 34 of 517   McCollum/Glasner 099
PageID #: 147

a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.
b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16.  Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.
Completed Abilities Form signed by Dr. McCombs 6/24/17.  Date of last office visit 2/16/17.  Next office visit; as needed.
Office notes Laurin Howell, NP dated 8/22/17,
Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17
Emails back and forth from claimant and LFG.

PATH
CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER
SEND ACKN LETERS TO EE AND ER
DETERMINE WHEN TO BEGIN REVIEW
 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review.  I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base).  I noted ER was out of office until next week and I will follow-up with her next week to  make sure that our Occupational Analysis is being handled properly.  He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant.  Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES.  - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed.  Left my name and number.  - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond.  I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements.  PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

Rec'd response from ER with respect to the claimant's interpretation and disputes with oa.

 - JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:
Vocational Response
Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.
Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium.    Heili S. Randall, ABD, MA, CRC, Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL  - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal.
_____

No new medical documentation submitted on 2nd appeal; however based on the claimant's disputes with the determined light level occupation of Security Guard. We did send a copy of his disputes to his employer who provided their response. All of this information was then sent to VOC for review and response and upon review of the documentation the OA was determined to be Protective Officer, in order to encompass the claimant's skill set and the occupation is medium.

Based on this we are now reviewing if restrictions and limitations would be supported for a medium level occupation instead of light. Since no new medical information was submitted I would recommend another NDC review on appeal.

Please advise if you agree with recommendation.

Thank you
 - Management Review - JXOLSEN - Jan 03, 2018 12:58:55 pm

Agree with NDC to begin review given available meds and an Occ change to medium level that has been confirmed. Please confirm with ER when the last pass of his physical that is required for Occ was. May have been just prior to DOD and we can compare records as to what changed from to the other given this seems to be a main r and l that AP provides. - Management Review - JABEYER - Jan 05, 2018 02:49:14 pm

| 1/10/2018 | Claim Tasks | 13 | Appeal - 45 Day Reminder | | Completed | JXOLSEN |
|---|---|---|---|---|---|---|

ACTUAL 45TH DAY IS 1/25/18

30TH DAY IS 1/10/18 - JXOLSEN - Dec 15, 2017 03:03:40 pm

| 1/10/2018 | Claim Tasks | 15 | Obtain Missing Info | | Completed | JXOLSEN |
|---|---|---|---|---|---|---|

HAS ER PROVIDED DATE OF LAST PHYSICIAL THE CLAIMANT PASSED. - JXOLSEN - Jan 10, 2018 09:55:09 am

| 1/10/2018 | Documents/Mail | 47 | Appeal Dis EE Extension Letter | | Completed | JXOLSEN |
|---|---|---|---|---|---|---|

Appeal Dis EE Extension Letter

| 1/10/2018 | Referrals | 6 | Management Review | | Completed | JXOLSEN |
|---|---|---|---|---|---|---|

2ND LEVEL TRUE STD APPEAL
ERISA

GROUP NAME: PROTECTION STRATEGIES INCORPORATED
GROUP ID: PROSTRAT

Claimant Name: GERALD GLASNER
Claim Number: 1170042164

Date Received: 1211/17
30th Day: 1/10/18
45th Day: 1/25/18
90th Day: 3/11/18

Claim Demographics
Current Age: 62
EE State: TN
Situs State: TN
Last Day Worked: 3/31/17
DOD: 4/1/17
EP: 14-DAYS
BCD: 4/15/17
Benefit Paid To: 6/1/17
MBD: 13 WEEKS OR 7/15/17
RTW Date: NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH: 12/1/15
Eff Date: 12/1/15

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Pre-Ex review needed: NO PRE-EX
SSDI Awarded: N/A
Weekly Net Benefit: $665.00
Job Title: PROTECTIVE SERVICES DISPATCHER
Occupation: COMBINATION DISPATCHER AND SECURITY GUARD
DOT Classification: LIGHT
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC
Work Related: N/A
LTD: YES 12/1/15
LTD claim status: NO LTD CLAIMS
Other STD claims: NO OTHER STD CLAIMS

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc. His last day worked was 3/31/17 with his first day of disability 4/1/17. The policy has a 14-day elimination period with benefits commencing on 4/15/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason: NOT TD OWN OCC
Date of denial: 7/24/17
Type of Medical Review, Name, & Specialty: NDC (DXWILLA)

1ST LEVEL STD APPEAL DECISION
Reason: NOT TD OWN OCC
Date of denial: 11/8/17
Type of Medical Review, Name, & Specialty: NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:

Conclusion: The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Current Providers:
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following: "Although your employer required you to complete a fitness test, this is not

considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Information Submitted with appeal and not previously reviewed:
None


Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc. Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16. Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16

Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similiarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples, please. This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122. This instruction applies to Government Contract Security and is mandatory. This AFI begame effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016. The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.
Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:
Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)

a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.
b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16. Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.
Completed Abilities Form signed by Dr. McCombs 6/24/17. Date of last office visit 2/16/17. Next office visit; as needed.
Office notes Laurin Howell, NP dated 8/22/17,
Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17
Emails back and forth from claimant and LFG.

PATH
CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER
SEND ACKN LETERS TO EE AND ER
DETERMINE WHEN TO BEGIN REVIEW
 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review. I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base). I noted ER was out of office until next week and I will follow-up with her next week to make sure that our Occupational Analysis is being handled properly. He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant. Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES. - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed. Left my name and number. - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond. I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements. PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

Rec'd response from ER with respect to the claimant's interpretation and disputes with oa.

 - JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:
Vocational Response
Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.
Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium.    Heili S. Randall, ABD, MA, CRC, Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL  - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal.
_____

No new medical documentation submitted on 2nd appeal; however based on the claimant's disputes with the determined light level occupation of Security Guard. We did send a copy of his disputes to his employer who provided their response. All of this information was then sent to VOC for review and response and upon review of the documentation the OA was determined to be Protective Officer, in order to encompass the claimant's skill set and the occupation is medium.

Based on this we are now reviewing if restrictions and limitations would be supported for a medium level occupation instead of light. Since no new medical information was submitted I would recommend another NDC review on appeal.

Please advise if you agree with recommendation.

Thank you
 - Management Review - JXOLSEN - Jan 03, 2018 12:58:55 pm

Agree with NDC to begin review given available meds and an Occ change to medium level that has been confirmed. Please confirm with ER when the last pass of his physical that is required for Occ was. May have been just prior to DOD and we can compare records as to what changed from to the other given this seems to be a main r and l that AP provides. - Management Review - JABEYER - Jan 05, 2018 02:49:14 pm

1/10/2018 10:24:20 AM    Referrals              7       Ongoing Claim Review                                    Initial          JXOLSEN
2ND LEVEL TRUE STD APPEAL
ERISA

GROUP NAME: PROTECTION STRATEGIES INCORPORATED
GROUP ID: PROSTRAT

Claimant Name: GERALD GLASNER
Claim Number: 1170042164

Date Received: 1211/17
30th Day: 1/10/18
45th Day: 1/25/18
90th Day: 3/11/18

Claim Demographics
Current Age: 62
EE State: TN
Situs State: TN
Last Day Worked: 3/31/17
DOD: 4/1/17
EP: 14-DAYS
BCD: 4/15/17
Benefit Paid To: 6/1/17
MBD: 13 WEEKS OR 7/15/17
RTW Date: NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH: 12/1/15
Eff Date: 12/1/15
Pre-Ex review needed: NO PRE-EX
SSDI Awarded: N/A
Weekly Net Benefit: $665.00
Job Title: PROTECTIVE SERVICES DISPATCHER
Occupation: PROTECTIVE OFFICER
DOT Classification: MEDIUM
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC
Work Related: N/A
LTD: YES 12/1/15
LTD claim status: NO LTD CLAIMS
Other STD claims: NO OTHER STD CLAIMS

# Chronological Activity List

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc. His last day worked was 3/31/17 with his first day of disability 4/1/17. The policy has a 14-day elimination period with benefits commencing on 4/15/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason: NOT TD OWN OCC
Date of denial: 7/24/17
Type of Medical Review, Name, & Specialty: NDC (DXWILLA)

_____


1ST LEVEL STD APPEAL DECISION
Reason: NOT TD OWN OCC
Date of denial: 11/8/17
Type of Medical Review, Name, & Specialty: NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
Conclusion: The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Current Providers:
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following: "Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 41 of 517    Lincoln Glasner 106
PageID #: 154

of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Information Submitted with appeal and not previously reviewed:
None

Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc. Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16.  Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16
Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similarities security jobs in the economy in general do not have the same requirements as those on a military installation.  Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair.  Compare Apples to Apples, please.  This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122.  This instruction applies to Government Contract Security and is mandatory.  This AFI became effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016.  The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.
Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:
Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)
a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.
b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16.  Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.
Completed Abilities Form signed by Dr. McCombs 6/24/17.  Date of last office visit 2/16/17.  Next office visit; as needed.
Office notes Laurin Howell, NP dated 8/22/17,
Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17
Emails back and forth from claimant and LFG.

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 42 of 517    Lincoln/Glasner 107
PageID #: 155

# Chronological Activity List

PATH
CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER
SEND ACKN LETERS TO EE AND ER
DETERMINE WHEN TO BEGIN REVIEW
 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review. I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base). I noted ER was out of office until next week and I will follow-up with her next week to make sure that our Occupational Analysis is being handled properly. He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant. Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES. - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed. Left my name and number. - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond. I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements. PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

Recd response from ER with respect to the claimant's interpretation and disputes with oa.

 - JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:
Vocational Response
Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.

Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium. Heili S. Randall, ABD, MA, CRC, Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal. - JXOLSEN - Jan 03, 2018 12:51:39 pm

Sent email to ER for the date the claimant last passed his required physical. JXOLSEN - Jan 10, 2018 09:54:03 am

SENT 45-DAY ERISA LETTER TO EE-

No call to claimant since 45-day letter was emailed. - JXOLSEN - Jan 10, 2018 10:08:04 am

SENDING FOR NDC REVIEW ON APPEAL

_____

At this time we are reviewing whether or not the evidence within the file supports findings of warranted restrictions and/or limitations that would preclude the claimant's ability to perform the main duties of his medium level occupation as a Protection Officer (which includes successfully completing annual physical agility test) beyond

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 43 of 517   Lincoln/Glasner 108
PageID #: 156

6/1/17 and if so for what duration?

Based on review of the medical information, are there any impairments that would warrant restrictions and/or limitations to preclude occupational functioning beyond 6/1/17 and if so for what duration?

Please outline and provide your clinical rationale.

Thank you - JXOLSEN - Jan 10, 2018 10:25:58 am
I had sent inquiry to employer as to the last Physical Agility Test the claimant passed and the employer replied:

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 - 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement.

Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test. - JXOLSEN - Jan 10, 2018 11:48:13 am
CLINICAL RESPONSE

Claimant Name: Gerald Glasner
2nd level STD appeal Claim Number: 1170042164
Date of review

Documents Reviewed:
Prior CRs, letter by clmt, ER
Dr. Paul McCombs/Neurosurgery multiple APS, letters and AF with office visits 9/14/16, 10/19/16, 8/22/17

Conclusion:
The medical findings do not show neurological deficits on exam findings; however CT scan and ongoing back pain with ESI do support ongoing treatment. Due to changes in mandated fitness testing for his medium occupation would recommend neurosurgery peer review.

Rationale:

This is a 62 year old male protective services dispatcher/light corrected to medium occupation per new OA. Date of disability of 4/1/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

Primary Dx: lumbar intervertebral disc degen
MD guidelines:

PMH: osteopenia, HTN, hyperlipidemia. PSH 15 yrs ago lami/fusion

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

File review :

Employer information: clmt last passed fitness test 5/3/16. Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min. 40

yd. run <= 16 sec. 10 push-ups or 10 bench presses of 1/3 of body weight. Hold 30 lbs. over head for 5 sec

He was due to take a physical fitness test on 5/3/17 however did not take the test. New mandate for physical requires as of 12/1/16 yearly PFS testing. Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)
Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies

Paul McCombs MD/neurosurgery
3/21/17 letter to clmt: not to do pushups, situps or run/job more than a mile. This could flare up or injure your spine.
4/30/17: APS degen lumbar disc disease, back and bilateral hip pain. R&L: Unable to run or jog more than one mile, unable to do pushups and situps, permanent restrictions. Last visit 10/17/16.
6/20/17 APS: clmt totally disabled since 12/1/16 for own job. R&L: no running/jogging more than a mile, no pushups or situps. Class 2 medium activity.
6/24/17 AF: lift up to 35lbs occasionally, constant sit, drive, finger, handle, foot control, and reach above shoulder. Freq stand, walk and reach above shoulder, occ climb, bend, kneel.
9/14/16 OV: clmt had surgery 15 yrs ago but now is developing some localized low back pain and it is worse with prolonged standing. Recent dx of osteopenia.
CT lumbar 9/27/16: L1-2 diffuse disc bulge, L2-3 disc bulge and left lateral disc protrusion without central stenosis, mild left foraminal narrowing. L3-S1 decompressive laminectomies, fusion L4-5.
10/19/16 OV: clmt has far lateral disc at L2-3 on the left consistent with clinical syndrome of back, hip and left leg pain. He is receiving ESI 10/19/16, 11/9/16, 1/26/17.
8/22/17 OV Howell NP: clmt reports relief from ESI 1/26/17. PE: neurologically intact, normal gait, normal SLR. Plan another round of injections. Ht 6ft, wt 174lbs.
9/24/17 letter: clmt has difficulty with repetitive lifting, twisting, bending, stooping and should be limited to 20lbs on occasion and 10 lbs repetitively. He can sit for 4hrs a day and stand up to two and walk up to two with breaks.

Summary:
Claimant is a 62 yr old with prior back surgery 15 yrs ago with ongoing pain with occasional ESI performed. Per exam findings he is neurologically intact. Due to his
Fitness requirement changes would recommend peer review. Clmt does have CT findings consistent with his pain and ESI.

Recommendations:
Peer review with neurosurgery specialist due to job level change light/medium and due to physical standard testing requirements that have changed from 12/2016 forward with ongoing back pain.

Return to Work:
Per peer

Prawa5 RN
Disability Nurse Consultant - PRAWA5 - Jan 22, 2018 10:17:17 am

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/11/2018 | Documents/Mail | 48 | Email | | Completed | JXOLSEN |
| | 2018-01-10-12.42.59.382780O01 | | | | | |
| 1/11/2018 | Documents/Mail | 49 | Email | | Completed | JXOLSEN |
| | 2018-01-10-13.57.18.732800O01 | | | | | |
| 1/22/2018 | Referrals | 7 | Ongoing Claim Review | | Completed | JXOLSEN |
| | 2ND LEVEL TRUE STD APPEAL | | | | | |
| | ERISA | | | | | |

GROUP NAME: PROTECTION STRATEGIES INCORPORATED
GROUP ID: PROSTRAT

Claimant Name: GERALD GLASNER
Claim Number: 1170042164

Date Received: 1211/17
30th Day: 1/10/18
45th Day: 1/25/18
90th Day: 3/11/18

# Chronological Activity List

Claim Demographics
Current Age: 62
EE State: TN
Situs State: TN
Last Day Worked: 3/31/17
DOD: 4/1/17
EP: 14-DAYS
BCD: 4/15/17
Benefit Paid To: 6/1/17
MBD: 13 WEEKS OR 7/15/17
RTW Date: NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH: 12/1/15
Eff Date: 12/1/15
Pre-Ex review needed: NO PRE-EX
SSDI Awarded: N/A
Weekly Net Benefit: $665.00
Job Title: PROTECTIVE SERVICES DISPATCHER
Occupation: PROTECTIVE OFFICER
DOT Classification: MEDIUM
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC
Work Related: N/A
LTD: YES 12/1/15
LTD claim status: NO LTD CLAIMS
Other STD claims: NO OTHER STD CLAIMS

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc. His last day worked was 3/31/17 with his first day of disability 4/1/17. The policy has a 14-day elimination period with benefits commencing on 4/15/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason: NOT TD OWN OCC
Date of denial: 7/24/17
Type of Medical Review, Name, & Specialty: NDC (DXWILLA)

_____


1ST LEVEL STD APPEAL DECISION
Reason: NOT TD OWN OCC
Date of denial: 11/8/17
Type of Medical Review, Name, & Specialty: NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
Conclusion: The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 46 of 517    Lincoln/Glasner 111
PageID #: 159

impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Current Providers:
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following: "Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Information Submitted with appeal and not previously reviewed:
None

Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc. Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16. Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16
Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples, please. This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122. This instruction applies to Government Contract Security and is mandatory. This AFI became effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016. The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.
Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:
Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)
a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.
b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16. Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.
Completed Abilities Form signed by Dr. McCombs 6/24/17. Date of last office visit 2/16/17. Next office visit; as needed.
Office notes Laurin Howell, NP dated 8/22/17,
Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17
Emails back and forth from claimant and LFG.

PATH
CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER
SEND ACKN LETERS TO EE AND ER
DETERMINE WHEN TO BEGIN REVIEW
 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review. I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base). I noted ER was out of office until next week and I will follow-up with her next week to make sure that our Occupational Analysis is being handled properly. He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant. Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES. - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed. Left my name and number. - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond. I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements. PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

Recd response from ER with respect to the claimant's interpretation and disputes with oa.

 - JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:
Vocational Response
Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS

when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.

Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium. Heili S. Randall, ABD, MA, CRC, Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal. - JXOLSEN - Jan 03, 2018 12:51:39 pm

Sent email to ER for the date the claimant last passed his required physical.   JXOLSEN - Jan 10, 2018 09:54:03 am

SENT 45-DAY ERISA LETTER TO EE-

No call to claimant since 45-day letter was emailed.  - JXOLSEN - Jan 10, 2018 10:08:04 am

SENDING FOR NDC REVIEW ON APPEAL
_____

At this time we are reviewing whether or not the evidence within the file supports findings of warranted restrictions and/or limitations that would preclude the claimant's ability to perform the main duties of his medium level occupation as a Protection Officer (which includes successfully completing annual physical agility test) beyond 6/1/17 and if so for what duration?

Based on review of the medical information, are there any impairments that would warrant restrictions and/or limitations to preclude occupational functioning beyond 6/1/17 and if so for what duration?

Please outline and provide your clinical rationale.

Thank you - JXOLSEN - Jan 10, 2018 10:25:58 am
I had sent inquiry to employer as to the last Physical Agility Test the claimant passed and the employer replied:

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 - 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement.

Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test. - JXOLSEN - Jan 10, 2018 11:48:13 am
CLINICAL RESPONSE

Claimant Name: Gerald Glasner
2nd level STD appeal Claim Number: 1170042164
Date of review

Documents Reviewed:
Prior CRs, letter by clmt, ER
Dr. Paul McCombs/Neurosurgery multiple APS, letters and AF with office visits 9/14/16, 10/19/16, 8/22/17

Conclusion:
The medical findings do not show neurological deficits on exam findings; however CT scan and ongoing back pain

w ith ESI do support ongoing treatment. Due to changes in mandated fitness testing for his medium occupation w ould recommend neurosurgery peer review .

Rationale:

This is a 62 year old male protective services dispatcher/light corrected to medium occupation per new OA. Date of disability of 4/1/17. Benefits w ere approved to 6/1/17 and denied beyond this date as it w as determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forw ard.

Primary Dx: lumbar intervertebral disc degen
MD guidelines:

PMH: osteopenia, HTN, hyperlipidemia. PSH 15 yrs ago lami/fusion

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and w hether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter w hich he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue w orking in their respective occupation. Due to a medical problem w ith his lumbar spine he notes he cannot take and pass the Physical Agility Test.

File review :

Employer information: clmt last passed fitness test 5/3/16. Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. w alk = 15 min. 40 yd. run <= 16 sec. 10 push-ups or 10 bench presses of 1/3 of body w eight. Hold 30 lbs. over head for 5 sec

He w as due to take a physical fitness test on 5/3/17 how ever did not take the test. New mandate for physical requires as of 12/1/16 yearly PFS testing. Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/w alk (<12 minutes)
Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies

Paul McCombs MD/neurosurgery
3/21/17 letter to clmt: not to do pushups, situps or run/job more than a mile. This could flare up or injure your spine.
4/30/17: APS degen lumbar disc disease, back and bilateral hip pain. R&L: Unable to run or jog more than one mile, unable to do pushups and situps, permanent restrictions. Last visit 10/17/16.
6/20/17 APS: clmt totally disabled since 12/1/16 for ow n job. R&L: no running/jogging more than a mile, no pushups or situps. Class 2 medium activity.
6/24/17 AF: lift up to 35lbs occasionally, constant sit, drive, finger, handle, foot control, and reach above shoulder. Freq stand, w alk and reach above shoulder, occ climb, bend, kneel.
9/14/16 OV: clmt had surgery 15 yrs ago but now is developing some localized low back pain and it is w orse w ith prolonged standing. Recent dx of osteopenia.
CT lumbar 9/27/16: L1-2 diffuse disc bulge, L2-3 disc bulge and left lateral disc protrusion w ithout central stenosis, mild left foraminal narrow ing. L3-S1 decompressive laminectomies, fusion L4-5.
10/19/16 OV: clmt has far lateral disc at L2-3 on the left consistent w ith clinical syndrome of back, hip and left leg pain. He is receiving ESI 10/19/16, 11/9/16, 1/26/17.
8/22/17 OV How ell NP: clmt reports relief from ESI 1/26/17. PE: neurologically intact, normal gait, normal SLR. Plan another round of injections. Ht 6ft, w t 174lbs.
9/24/17 letter: clmt has difficulty w ith repetitive lifting, tw isting, bending, stooping and should be limited to 20lbs on occasion and 10 lbs repetitively. He can sit for 4hrs a day and stand up to tw o and w alk up to tw o w ith breaks.

Summary:
Claimant is a 62 yr old w ith prior back surgery 15 yrs ago w ith ongoing pain w ith occasional ESI performed. Per exam findings he is neurologically intact. Due to his
Fitness requirement changes w ould recommend peer review . Clmt does have CT findings consistent w ith his pain and ESI.

Recommendations:
Peer review w ith neurosurgery specialist due to job level change light/medium and due to physical standard testing requirements that have changed from 12/2016 forw ard w ith ongoing back pain.

Return to Work:

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 50 of 517   Lincoln/Glasner 115
PageID #: 163

Per peer

Praw a5 RN
Disability Nurse Consultant - PRAWA5 - Jan 22, 2018 10:17:17 am

1/22/2018 10:45:58 AM    Referrals      8      Ongoing Claim Review      Initial      JXOLSEN
EXTERNAL PEER REQUESTED

Clinician/Appeals Examiner: Janet Olsen
Phone Number: 402-361-7492

Claimant Name: GERALD GLASNER
Claim Number: 1170042164

2nd LEVEL STD APPEAL
Service Request: NEUROSURGERY SPECIALIST
Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC

Name and Specialty of prior external vendor review ers: NONE

Treating Provider(s):
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

Claim Summary:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed w ith Degeneration of Lumbar Intervertebral Disc. His last day w orked w as 3/31/17 w ith his first day of disability 4/1/17. The policy has a 14-day elimination period w ith benefits commencing on 4/15/17. Benefits w ere approved to 6/1/17 and denied beyond this date as it w as determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forw ard.

At this time w e are review ing w hether or not the medical findings w ithin the file support the restrictions and/ or limitations of the treating provider.

Please respond to the specific questions below and provide the medical findings supporting your rationale.

*If there are any medical disagreements, please contact the treating physician(s) listed above to discuss restrictions and limitations.

Questions

1.Please provide a review summary of the medical findings.

2.Based on the medical findings, please provide a description of the claimant's impairments, and how these w ould translate into functional limitations or medically appropriate restrictions 6/1/17 and forw ard.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to w hich the limitations and/or restrictions apply.
b.Please provide the maximal physical capacities the claimant retains and can safely perform at w ith specific from and to dates.

3.Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent w ith the medical findings? Please explain.

Thank you - JXOLSEN - Jan 22, 2018 10:46:47 am
Case submitted to MLS conf #45848 for a peer review w ith a Neurosurgery physician. - SARCH6 - Jan 23, 2018 11:45:06 am
The final report from MLS w as received and sent to LFGAppeals for attachment to AWD. - SARCH6 - Jan 31, 2018 02:36:21 pm

2/1/2018    Documents/Mail      54      Incoming Correspondence      Completed      JXOLSEN
2018-02-01-09.52.40.955180O01

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/1/2018 | Documents/Mail 2018-02-01-09.52.41.036180O01 | 56 | Medical Records | Completed | JXOLSEN |
| 2/1/2018 | Documents/Mail 2018-02-01-09.52.40.907180O01 | 53 | Email | Completed | JXOLSEN |
| 2/1/2018 | Documents/Mail 2018-02-01-09.52.40.997180O01 | 55 | Incoming Correspondence | Completed | JXOLSEN |
| 2/1/2018 | Documents/Mail 2018-02-01-09.52.41.088180O01 | 57 | Medical Records | Completed | JXOLSEN |
| 2/1/2018 | Documents/Mail 2018-01-31-15.36.26.102160O01 | 50 | Email | Completed | JXOLSEN |
| 2/1/2018 | Documents/Mail 2018-01-31-15.36.26.150160O01 | 51 | Medical Records | Completed | JXOLSEN |
| 2/1/2018 | Documents/Mail Appeal Dis EE 21 Day Letter | 52 | Appeal Dis EE 21 Day Letter | Completed | JXOLSEN |
| 2/1/2018 | Referrals EXTERNAL PEER REQUESTED | 8 | Ongoing Claim Review | Completed | JXOLSEN |

Clinician/Appeals Examiner: Janet Olsen
Phone Number: 402-361-7492

Claimant Name: GERALD GLASNER
Claim Number: 1170042164

2nd LEVEL STD APPEAL
Service Request: NEUROSURGERY SPECIALIST
Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC

Name and Specialty of prior external vendor reviewers: NONE

Treating Provider(s):
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

Claim Summary:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc. His last day worked was 3/31/17 with his first day of disability 4/1/17. The policy has a 14-day elimination period with benefits commencing on 4/15/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

At this time we are reviewing whether or not the medical findings within the file support the restrictions and/or limitations of the treating provider.

Please respond to the specific questions below and provide the medical findings supporting your rationale.

*If there are any medical disagreements, please contact the treating physician(s) listed above to discuss restrictions and limitations.

Questions

1.Please provide a review summary of the medical findings.

2.Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions 6/1/17 and forward.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

b.Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.

3.Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.

Thank you - JXOLSEN - Jan 22, 2018 10:46:47 am
Case submitted to MLS conf #45848 for a peer review with a Neurosurgery physician. - SARCH6 - Jan 23, 2018 11:45:06 am
The final report from MLS was received and sent to LFGAppeals for attachment to AWD. - SARCH6 - Jan 31, 2018 02:36:21 pm

| 2/1/2018 8:45:09 AM | Claim Tasks | 16 | Appeal - 21 Day Letter | Requested | JXOLSEN |

DEADLINE TO RESPONSE TO 21-DAY LETTER IS 2/22/18 - JXOLSEN - Feb 01, 2018 08:45:35 am

Decision no later thank 3/1/18 - JXOLSEN - Feb 22, 2018 06:38:05 am

| 2/21/2018 8:49:27 AM | Documents/Mail | 58 | Incoming Correspondence | Received | JXOLSEN |

2018-02-20-16.02.26.072920O01

| 2/22/2018 | Documents/Mail | 58 | Incoming Correspondence | Completed | JXOLSEN |

2018-02-20-16.02.26.072920O01

| 2/28/2018 | Claim Tasks | 11 | Appeal 90 Day Extension | Completed | JXOLSEN |

ACTUAL 90TH DAY IS 3/11/18 - JXOLSEN - Dec 15, 2017 02:58:44 pm

| 2/28/2018 | Claim Tasks | 16 | Appeal - 21 Day Letter | Completed | JXOLSEN |

DEADLINE TO RESPONSE TO 21-DAY LETTER IS 2/22/18 - JXOLSEN - Feb 01, 2018 08:45:35 am

Decision no later thank 3/1/18 - JXOLSEN - Feb 22, 2018 06:38:05 am

| 2/28/2018 | Documents/Mail | 60 | Appeal Dis Uphold to Group | Completed | JXOLSEN |

Appeal Dis Uphold to Group

| 2/28/2018 | Documents/Mail | 59 | Appeal Own Occ Level 2 Uphold EE | Completed | JXOLSEN |

Appeal Own Occ Level 2 Uphold EEAttachments:Translation services

| 2/28/2018 | Appeal | 2 | Level 2 | Closed | JXOLSEN |

2nd Level Appeal assigned to JXOLSEN on 12/12/2017. - SLTHOMP - Dec 12, 2017 03:17:32 pm

| 2/28/2018 | Summary/Assessment/P: | 3h | | Completed | JXOLSEN |

Summary Notes

2ND LEVEL TRUE STD APPEAL
ERISA
 - JXOLSEN - Dec 15, 2017 01:33:41 pm
Assessment Notes

2ND LEVEL TRUE STD APPEAL
ERISA
 - JXOLSEN - Dec 15, 2017 01:33:41 pm
Path Notes

2ND LEVEL TRUE STD APPEAL
ERISA

GROUP NAME: PROTECTION STRATEGIES INCORPORATED
GROUP ID: PROSTRAT

Claimant Name: GERALD GLASNER
Claim Number: 1170042164

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 53 of 517    Lincoln/Glasner 118
PageID #: 166

Date Received: 1211/17
30th Day: 1/10/18
45th Day: 1/25/18
90th Day: 3/11/18

Claim Demographics
Current Age: 62
EE State: TN
Situs State: TN
Last Day Worked: 3/31/17
DOD: 4/1/17
EP: 14-DAYS
BCD: 4/15/17
Benefit Paid To: 6/1/17
MBD: 13 WEEKS OR 7/15/17
RTW Date: NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH: 12/1/15
Eff Date: 12/1/15
Pre-Ex review needed: NO PRE-EX
SSDI Awarded: N/A
Weekly Net Benefit: $665.00
Job Title: PROTECTIVE SERVICES DISPATCHER
Occupation: COMBINATION DISPATCHER AND SECURITY GUARD
DOT Classification: LIGHT
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC
Work Related: N/A
LTD: YES 12/1/15
LTD claim status: NO LTD CLAIMS
Other STD claims: NO OTHER STD CLAIMS

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc. His last day worked was 3/31/17 with his first day of disability 4/1/17. The policy has a 14-day elimination period with benefits commencing on 4/15/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason: NOT TD OWN OCC
Date of denial: 7/24/17
Type of Medical Review, Name, & Specialty: NDC (DXWILLA)

1ST LEVEL STD APPEAL DECISION
Reason: NOT TD OWN OCC
Date of denial: 11/8/17
Type of Medical Review, Name, & Specialty: NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:

Conclusion: The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware

Case 4:21-cv-00014-KAC-SKL    Document 17-3     Filed 12/20/21     Page 54 of 517     Lamb / Glasner 119
PageID #: 167

issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Current Providers:
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following: "Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Information Submitted with appeal and not previously reviewed:
None

Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc. Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16. Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16
Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similiarities security jobs in the economy in general do not have the same requirements as those on a military

installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples, please. This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122. This instruction applies to Government Contract Security and is mandatory. This AFI begame effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016. The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.
Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:
Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)
a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.
b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16. Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.
Completed Abilities Form signed by Dr. McCombs 6/24/17. Date of last office visit 2/16/17. Next office visit; as needed.
Office notes Laurin Howell, NP dated 8/22/17,
Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17
Emails back and forth from claimant and LFG.

PATH
CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER
SEND ACKN LETERS TO EE AND ER
DETERMINE WHEN TO BEGIN REVIEW
 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review. I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base). I noted ER was out of office until next week and I will follow-up with her next week to make sure that our Occupational Analysis is being handled properly. He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant. Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES. - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed. Left my name and number. - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond. I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements. PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

# Chronological Activity List

Recd response from ER with respect to the claimant's interpretation and disputes with oa.

- JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:
Vocational Response
Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.
Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium.    Heili S. Randall, ABD, MA, CRC,  Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL  - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal. - JXOLSEN - Jan 03, 2018 12:51:39 pm

Sent email to ER for the date the claimant last passed his required physicial.  Once response is received will send for NDC review .  - JXOLSEN - Jan 10, 2018 09:54:03 am

SENT 45-DAY ERISA LETTER TO EE-

No call to claimant since 45-day letter was emailed.  - JXOLSEN - Jan 10, 2018 10:08:04 am

SENDING FOR NDC REVIEW ON APPEAL  - JXOLSEN - Jan 10, 2018 10:16:17 am

The employer responded to my request noting the following:

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 - 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement. Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test.

- JXOLSEN - Jan 10, 2018 11:44:39 am

In response to the 45-day letter the claimant submitted email noting he has no problem with us taking an extension.  - JXOLSEN - Jan 11, 2018 10:19:31 am

Clinical Review by NDC was completed and the recommendation is:
Claimant is a 62 yr old with prior back surgery 15 yrs ago with ongoing pain with occasional ESI performed. Per exam findings he is neurologically intact. Due to his
Fitness requirement changes would recommend peer review . Clmt does have CT findings consistent with his pain and ESI.

Recommendations:
Peer review with neurosurgery specialist due to job level change light/medium and due to physical standard testing requirements that have changed from 12/2016 forward with ongoing back pain.

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 57 of 517 1/noob/Glasner 122
PageID #: 170

SENDING FOR EXTERNAL NEUROSURGERY SPECIALITY PEER
 - JXOLSEN - Jan 22, 2018 10:38:55 am

Peer review completed-

Sending 21-day letter to claimant along with OA Addendum and Peer Review results.- Deadline for response is 2/22/18 - JXOLSEN - Feb 01, 2018 08:44:08 am

Emailed 21-day letter and information to EE- so no call made.  - JXOLSEN - Feb 01, 2018 08:45:00 am

Recd letter from claimant with his arguments regarding the job requirements and such which were already taken into consideration with 2nd OA.  No medical documentation was submitted in response to the clinical review .  - JXOLSEN - Feb 22, 2018 06:35:25 am

Taking for oversight review before finalizing decision on appeal.  - JXOLSEN - Feb 28, 2018 12:04:13 pm

2ND LEVEL APPEAL:  UPHOLDING DENIAL ON APPEAL

RATIONALE:
Based on the information provided in your letter we obtained additional information from your Employer with regards to your job duties and the Physical Agility Test requirements.  In response your employer provided us with additional information which was sent to our Vocational Staff for an additional Occupational Analysis to be performed in order to provide you with a full and fair review . Upon review it was determined that your occupation was best defined as a Protective Officer, a medium level occupation instead of Security Guard, a light occupation as previously determined.

With regards to the Physical Agility Test being a main duty, we insure you for your occupation in the National Economy and not your job duties with a specific employer.  Therefore, while your Employer may require a Physical Agility Test on an annual basis this would be specific to your employer for this occupation but not all employers in the national workforce.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

While we understand that you have been diagnosed with degeneration of lumbar intervertebral disc, our review of the medical documentation which included a review by an external physician, Board Certified in Neurological Surgery, did  not support restrictions and limitations that would render you unable to perform the main duties of your own occupation beyond June 1, 2017.

Upon review of the file documentation Dr. Ugokwe opined:

Based on the medical findings including the history, physical examination and imaging reports provided, there should be no impairments or functional limitations on the claimant from 6/1/17 going forward.

His maximal clinical capacities are as follows and these are in effect from 6/1/17 going forward:

He can lift sit, stand, walk, climb, end, kneel, drive, finger (bilateral), handle (bilateral), operate foot controls (bilateral) and reach above his shoulder (bilateral) constantly which is 67 to 100% of the day.  There are no restrictions on lifting, pulling or pushing.

The Peer concluded:

The restrictions or limitations placed upon the claimants physical activities by the attending physician is not reasonable and consistent with the medical findings because the claimant does not have any clinical findings that warrant impairment and there is no significant stenosis on imaging of the lumbar spine.

The claimant's CT scan shows some mild to moderate degenerative changes without any significant stenosis or neural element compress to account for any impairment.  Also, the claimant complains of self-reported pain but

# Chronological Activity List

there is no evidence of clinical findings.

Considering the medical review findings we have determined that there is insufficient medical evidence of any physical impairment that would preclude you from performing the main duties of your occupation beyond June 1, 2017. We therefore find you are not Totally Disabled as defined by this policy on June 1, 2017 and we are upholding our decision to deny an extension of benefits from June 1, 2017 forward.

SENDING UPHOLD LETTERS TO EE AND ER
CLOSE 2ND LEVEL APPEAL
NO CALL TO EE AS LETTER EMAILED
ALL APPEALS NOW EXHAUSTED AND ADMINISTRATIVE FILE NOW CLOSED
 - JXOLSEN - Feb 28, 2018 02:27:56 pm

| Date | Activity | # | Description | Status | User |
|---|---|---|---|---|---|
| 2/28/2018 2:32:29 PM | Status | | Not TD Own Occ | CLOSED | JXOLSEN |
| 11/11/2019 9:25:01 AM | Complaints | 1 | Denial of Claim | New | SLTHOMP |
| 11/19/2019 1:18:21 PM | Claim Tasks | 17 | File scan request | Requested | SLTHOMP |

Please pull only the AWD documents. I can get the rest. Claim STD 1170042164. This is for the DOI. - SLTHOMP - Nov 19, 2019 01:20:00 pm

Copy has been prepared, it is in the CSS Folder/Claim_File_ Scans/Sam Folder as:

G GLASNER 1170042164  11-20-19 (ONLY RECORDS)

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials. Please advise if we need to send file copy via email or CD, if email please reply with the requestor's email address.

** Please note to notify the requestor that they will only have 24 hours to access the item once it is sent to them**

 - SARCH6 - Nov 20, 2019 02:27:36 pm

11/20/2019 File copy being sent to DOI. - SLTHOMP - Nov 20, 2019 03:07:33 pm

| Date | Activity | # | Description | Status | User |
|---|---|---|---|---|---|
| 11/20/2019 | Claim Tasks | 17 | File scan request | Completed | SLTHOMP |

Please pull only the AWD documents. I can get the rest. Claim STD 1170042164. This is for the DOI. - SLTHOMP - Nov 19, 2019 01:20:00 pm

Copy has been prepared, it is in the CSS Folder/Claim_File_ Scans/Sam Folder as:

G GLASNER 1170042164  11-20-19 (ONLY RECORDS)

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials. Please advise if we need to send file copy via email or CD, if email please reply with the requestor's email address.

** Please note to notify the requestor that they will only have 24 hours to access the item once it is sent to them**

 - SARCH6 - Nov 20, 2019 02:27:36 pm

11/20/2019 File copy being sent to DOI. - SLTHOMP - Nov 20, 2019 03:07:33 pm

| Date | Activity | # | Description | Status | User |
|---|---|---|---|---|---|
| 11/20/2019 | Documents/Mail | 61 | DOI Complaint Response Letter | Completed | SLTHOMP |
| | DOI Complaint Response Letter | | | | |
| 11/20/2019 | Complaints | 1 | Denial of Claim | Closed | SLTHOMP |
| 4/7/2021 9:28:09 AM | Status | | | REOPENED | CXGEARY |
| 4/7/2021 1:06:44 PM | Claim Tasks | 18 | Paper File | Follow Up | DAMKE5 |

Please prepare a full file copy. As a reminder the file copy should include the following information, in this order.

1. Claim Profile
2. Chronological Activity List
3. Policy at time of DOD
4. Certificate at time of DOD
5. All AWD/Paper documents.

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 59 of 517   Lincoln/Glasner 124
PageID #: 172

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Please save the following file(s) in the Legal Requests Folder:

STD CLAIM  1170042164 - DMQMA5 - Apr 07, 2021 01:07:44 pm

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 60 of 517   Lincoln/Glasner 125
PageID #: 173

| | |
|---|---|
| **From:** | *Allison Haralson* |
| **To:** | *LifeCompliance* |
| **Subject:** | 63885 Glasner NEW TN DOI COMPLAINT |
| **Date:** | Friday, November 08, 2019 10:50:09 PM |
| **Attachments:** | *image001.png* |
| | *63885 Glasner Complaint.pdf* |
| | *63885 Glasner Respondent.pdf* |
| **Importance:** | High |

<span style="color:red">***This email is from an external source. Only open links and attachments from a Trusted Sender.***</span>

**Tracking Number: 63885**
**Complainant: Gerald Glasner**

To Whom it May Concern:

Attached please find a new complaint submitted to the TN DOI for investigation. Please acknowledge receipt.



**Allison Haralson** │ Insurance Investigator
Consumer Insurance Services Division
Davy Crockett Tower 6th floor
500 James Robertson Pkwy, Nashville, TN 37243
p. 615-532-2715
f. 615-532-7389
Allison.Haralson@tn.gov
tn.gov/commerce

We always aim for **Great Customer Service**. Let us know how we did by taking a few minutes to complete our online survey at: https://www.tn.gov/commerce/insurance/consumer-resources/customer-service-survey.html



**STATE OF TENNESSEE**
**DEPARTMENT OF COMMERCE AND INSURANCE**
CONSUMER INSURANCE SERVICES
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TENNESSEE 37243-0574
TELEPHONE (615) 741-2218
FAX (615) 532-7389

November 8, 2019


EILEEN SANDELLI
Lincoln National Life Insurance Company
P.O. BOX 21008
GREENSBORO NC 27420-1008

**Tracking Number: 63885**
**Complainant: Gerald Glasner**

To Whom it May Concern:

Gerald Glasner has contacted our office for assistance. Attached is a copy of the complaint for your review. Please provide us with a detailed response, fully addressing each concern. Your response should be thorough and include copies of all documents that support your position. Documents that may be necessary to submit include, but are not limited to:

  • A specimen policy form with the pertinent language highlighted,
  • A copy of the signed application,
  • A current declaration page,
  • Motor vehicle reports,
  • Payment history,
  • Police records,
  • Billing statements,
  • Cancellation and/or Non-renewal notices, and
  • Proof of mailings including correspondence exchanged regarding this matter.

Upon receipt of your response, we will review and evaluate it to determine whether it (1) completely responds to the issues identified by the consumer, (2) your actions are in accordance with policy language, and (3) the actions, documents and explanation provided comply with the laws and rules that regulate the insurance industry in Tennessee. Please include your email address in case we have additional questions or comments. We would like to have your response within two (2) weeks of your receipt of this letter. Thank you for your immediate attention and early response.

Sincerely,

Allison Haralson
Investigator
Consumer Insurance Services Section
(615)291-5795
allison.haralson@tn.gov



Consumer Insurance Services
500 James Robertson Parkway, 6th Floor
Nashville, TN 37243-0574
(800) 342-4029 - (615)741-2218

## Consumer Complaint

Required Fields are marked with an asterisk

Date Created :11/08/2019

Complainant's Information:

Tracking ID: 63885

*First Name:Gerald          Middle Name: Walter          *Last Name: Glasner

*Address Line 1:

Address Line 2:

Address Line 3:

Address Line 4:

Address Line 5:

Address Line 6:

*City:                          State:                          *Zip:

County:                          *Country: U.S.A.          International Zip:

Email Address:

*Phone Number:                          Ext.

Alternate Phone Number:   Ext.

How do you prefer to be contacted?: Email

Insured Information (if different than above):

First Name:                          Middle Name:                          Last Name:

Other Parties involved in this problem:

First Name:                          Last Name:                          Description:

First Name:                          Last Name:                          Description:

First Name:                          Last Name:                          Description:

First Name:                          Last Name:                          Description:

Insurance information:

*Who is the Complaint Against? Please provide the name of the party you are complaining against.

   a. Name of the Insurance Company: Lincoln Financial Group

   b. Name of the Insurance Agency:

   c. Name of Insurance Agent, Adjuster, Appraiser:

   First Name:Janet                          Last Name: Olsen

In what state did you purchase this plan? State: TENNESSEE

Policy Number: 00001015868600000          Certificate Number:

Claim Number: 1170042164          Amount Disputed: 134475

Date of Loss/Service: 04/01/2017          Date of Cancellation: 02/28/2018

Age Group: 50 to 65

*Line of Insurance:
Disability
Other Type of Insurance Desc:

*Reason for Complaint:
Claim Denial

**TN** Department of
**Commerce &
Insurance** | Insurance Division

Consumer Insurance Services
500 James Robertson Parkway, 6th Floor
Nashville, TN 37243-0574
(800) 342-4029 - (615)741-2218

Other Reason Desc:

*Details of the Complaint:
I had an individual disability plan (IDP) through my employer, Protective Strategies Inc. (PSI) at the Arnold Engineering Development Complex (AEDC), Arnold Air Force Base TN. (between Tullahoma and Manchester);  I had been employed in the Security Department since March 16, 1982; my job classification on my last day of employment, July 11, 2017, was Protective Services Dispatcher.  PSI managed the Security Portion of the Support Services Contract held by Akima Support Operations effective December 1, 2015.  Employees were required to take and pay for the employers IDP with Lincoln Financial.  In December 2016 PSI implemented a new Physical Fitness Requirement / Test (PFT) for Security Guards applying the same requirement to those in the Dispatcher classification.  I was 61 & ½ years old at that time, working as a Dispatcher; I had work restrictions from a 2001 back surgery.  I presented a letter from my personal physician, Dr. Paul McCombs, Neurosurgeon at Howell Allen Clinic in Nashville, precluding my participation in the push-up and sit-up requirements due to the risk of aggravating symptoms or additional injury to the spine.  The test consisted of 21 pushups, 15 sit-ups and a mile run in 12 minutes.  PSI declared me to be unfit for duty due to the work restrictions and said that I could use benefits from my IDP.  Lincoln only approved 6 weeks of benefits, according to them, in good faith.  Lincoln did not recognize the PFT as being a job requirement for dispatchers, stating we insure you for your occupation as it exist in the national economy or general labor market, not at a particular job site and denied benefits in all administrative appeals.  PSI terminated my employment on July 11, 2017 based on denial of benefits from Lincoln citing my absences, after all my accrued vacation time had been exhausted, as being unexcused absences.  For the record; I did not call in to work sick one day and not come back, nor, did I simply not show up for work, i.e., abandon my job; I was not allowed to work by the employer, PSI.  One representative for PSI wrote; Mr. Glasner was unable to perform the essential functions of his job with or without a reasonable accommodation. Under that circumstance, Mr. Glasner was not a qualified individual under the ADA. In other words, Mr. Glasner was unable to perform his job with or without a reasonable accommodation.  Another said you work on a Military Installation, not at the local mall or at a remote dispatch location.  Job duties of a dispatcher in the general economy are not comparable to those of an AEDC Protective Services Dispatcher as indicated by the employer; As such, my job, a Protective Services Dispatcher inside a Military Installation, does not exist, per se, in the national economy and the use of the Dictionary of Occupational Titles (DOT) to define job duties is unreasonable and all to convenient to Lincoln Financial.   In short, an insurance premium was withheld from my paycheck every two (2) weeks paying for a Lincoln Financial Disability Insurance Plan that Employer - PSI and Lincoln knew, or should have known, was not going to pay benefits should I be unable, due to disability, to do the requirements of the job as indicated by the employer.

*What do you consider to be a fair resolution?

I have complied completely with the terms and conditions of this plan; I provided to Lincoln every medical form, medical record, and any other document requested in a timely manner and I have completed all administrative appeals within Lincoln.  The plan makes reference to this State Department of Commerce and Insurance appeal, additionally I have until June 2020 to file an ERISA Lawsuit.   The plan required me to apply for any other disability benefit from any source including Social Security; I did apply for SSDI as required in a timely fashion, appealed denials through the hearing before an administrative law judge.  I was approved for SSDI on March 6, 2019 in a hearing held via video conference at the Social Security Office in Tullahoma TN. I have complied completely with the requirements, terms and conditions of Lincolns summary plan document; now it is their turn to do the right thing and honor their obligations.  The IDP summary plan document indicates the benefit is 60% of base pay after a 2-week waiting period.  For me that is $2,694.72 / month (April 2017  March 2018) then $2,736.00 / month (April 2018  April 14, 2019) and $2,762.88 for the third year.  The maximum benefit period for someone my age (61), at time I was deemed disabled by the employer is 48 months.  Doing the math, we have; $30,989.28 for the first year, $32,832.00 for the second year, third year $33,154.88 and approximately $33,500.00 for the remainder of the maximum benefit period.  Total approximate amount, $134,475.  Fair resolution, simply pay in accordance with the summary plan document.

Will you be mailing or faxing additional supporting information: No

If mailing supporting documents, please include a copy of this form and mail to:
Consumer Insurance Services



Consumer Insurance Services
500 James Robertson Parkway, 6th Floor
Nashville, TN 37243-0574
(800) 342-4029 - (615)741-2218

500 James Robertson Parkway, 6th Floor
Nashville, TN  37243-0574
or FAX supporting documents along with a copy of this form to: (615) 532-7389

# Thompson, Sara

| | |
|---|---|
| **From:** | Thompson, Sara |
| **Sent:** | Wednesday, November 20, 2019 3:37 PM |
| **To:** | 'allison.haralson@tn.gov' |
| **Subject:** | Department of Insurance Complaint response for Gerald Glasner #63885 (secure) |
| **Attachments:** | Glasner DOI Response.pdf; Glasner documents.pdf; STD Policy 000010158686-00000 PROSTRAT.pdf; STD Cert 000010158686-00000 01-02 PROSTRAT.pdf; Glasner Benefit Payments.pdf; Glasner Claim Activity.pdf |

Dear Allison Haralson,

Enclosed please find our response to the complaint filed by Mr. Gerald Glasner. Please contact me if you need any further information at GPComplaints@lfg.com. Thank you.

Sara



**Sara Thompson, DHP, HCSA, HCAFA, LTCP, MHP**
Appeals Consultant,
Claims Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE 68114

402-361-7531 Phone
800-423-2765 Toll-Free
402-361-1460 Fax

**LincolnFinancial.com**

Follow us on:



Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

1

# Chronological Activity List

| | | | | |
|---|---|---|---|---|
| **Claimant:** | GERALD GLASNER | | **Occupation:** | GUARD, SECURITY (any industry) alternate titles: patrol guard; s |
| **SSN:** | | **DOB:** | **Received Date:** 5/8/2017 | **Months Dis:** 137 |
| **Claim #:** | 1170042164 | **DOD:** 4/1/2017 | **Ben:** $665.00 | **Months Pd:** 6 |
| **Coverage:** | STD | **Status:** CLOSED | **Close Date:** 2/28/2018 | **Assignee:** JXOLSEN |
| **Policy Holder:** | Protection Strategies Incorporated | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | **Close Code:** Not TD Own Occ | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Action Plan | | | | |
| 11/19/2019 1:18:21 PM | Claim Tasks | 17 | File scan request | FollowUp | CPY |

Please pull only the AWD documents. I can get the rest. Claim STD 1170042164. This is for the DOI. - SLTHOMP - Nov 19, 2019 01:20:00 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/11/2019 9:25:01 AM | Complaints | 1 | Denial of Claim | New | SLTHOMP |
| 12/15/2017 1:32:57 PM | Summary/Assessment/Path | | | Requested | JXOLSEN |

Summary Notes

2ND LEVEL TRUE STD APPEAL
ERISA
 - JXOLSEN - Dec 15, 2017 01:33:41 pm
Assessment Notes

2ND LEVEL TRUE STD APPEAL
ERISA
 - JXOLSEN - Dec 15, 2017 01:33:41 pm
Path Notes

2ND LEVEL TRUE STD APPEAL
ERISA

GROUP NAME:  PROTECTION STRATEGIES INCORPORATED
GROUP ID:  PROSTRAT

Claimant Name:  GERALD GLASNER
Claim Number:  1170042164

Date Received:  1211/17
30th Day:  1/10/18
45th Day:  1/25/18
90th Day:  3/11/18

Claim Demographics
Current Age:  62
EE State:  TN
Situs State:  TN
Last Day Worked:  3/31/17
DOD: 4/1/17
EP:  14-DAYS
BCD:  4/15/17
Benefit Paid To:  6/1/17
MBD:  13 WEEKS OR 7/15/17
RTW Date:  NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH: 12/1/15
Eff Date: 12/1/15
Pre-Ex review needed:  NO PRE-EX
SSDI Awarded:  N/A
Weekly Net Benefit:  $665.00
Job Title:  PROTECTIVE SERVICES DISPATCHER
Occupation:  COMBINATION DISPATCHER AND SECURITY GUARD
DOT Classification:  LIGHT
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC
Work Related:  N/A
LTD: YES 12/1/15
LTD claim status:  NO LTD CLAIMS
Other STD claims:  NO OTHER STD CLAIMS

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 68 of 517    Lincoln/Glasner 133
PageID #: 181

# Chronological Activity List

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc. His last day worked was 3/31/17 with his first day of disability 4/1/17. The policy has a 14-day elimination period with benefits commencing on 4/15/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason: NOT TD OWN OCC
Date of denial: 7/24/17
Type of Medical Review, Name, & Specialty: NDC (DXWILLA)

1ST LEVEL STD APPEAL DECISION
Reason: NOT TD OWN OCC
Date of denial: 11/8/17
Type of Medical Review, Name, & Specialty: NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:

Conclusion: The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Current Providers:
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following: "Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 69 of 517    Lincoln/Glasner 134
PageID #: 182

# Chronological Activity List

Information Submitted with appeal and not previously reviewed:
None


Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc.  Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16.  Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16
Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies;  While there may be some similiarities security jobs in the economy in general do not have the same requirements as those on a military installation.  Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair.  Compare Apples to Apples, please.  This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122.  This instruction applies to Government Contract Security and is mandatory.  This AFI begame effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016.  The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.
Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:
Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)
a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.
b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16.  Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.
Completed Abilities Form signed by Dr. McCombs 6/24/17.  Date of last office visit 2/16/17.  Next office visit; as needed.
Office notes Laurin Howell, NP dated 8/22/17,
Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17
Emails back and forth from claimant and LFG.

PATH
CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER
SEND ACKN LETERS TO EE AND ER
DETERMINE WHEN TO BEGIN REVIEW
 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review.  I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base).  I noted ER was out of office until next week and I will follow-up with

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 70 of 517   Lincoln Glasner 135
PageID #: 183

her next week to make sure that our Occupational Analysis is being handled properly. He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant. Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES. - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed. Left my name and number. - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond. I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements. PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

Recd response from ER with respect to the claimant's interpretation and disputes with oa.

 - JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:
Vocational Response
Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.
Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium.    Heili S. Randall, ABD, MA, CRC,  Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL  - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal.  - JXOLSEN - Jan 03, 2018 12:51:39 pm

Sent email to ER for the date the claimant last passed his required physicial.  Once response is received will send for NDC review.  - JXOLSEN - Jan 10, 2018 09:54:03 am

SENT 45-DAY ERISA LETTER TO EE-

No call to claimant since 45-day letter was emailed. - JXOLSEN - Jan 10, 2018 10:08:04 am

SENDING FOR NDC REVIEW ON APPEAL  - JXOLSEN - Jan 10, 2018 10:16:17 am

The employer responded to my request noting the following:

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 - 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement.
Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test.

 - JXOLSEN - Jan 10, 2018 11:44:39 am

In response to the 45-day letter the claimant submitted email noting he has no problem with us taking an extension. - JXOLSEN - Jan 11, 2018 10:19:31 am

Clinical Review by NDC was completed and the recommendation is:
Claimant is a 62 yr old with prior back surgery 15 yrs ago with ongoing pain with occasional ESI performed. Per exam findings he is neurologically intact. Due to his
Fitness requirement changes would recommend peer review. Clmt does have CT findings consistent with his pain and ESI.

Recommendations:
Peer review with neurosurgery specialist due to job level change light/medium and due to physical standard testing requirements that have changed from 12/2016 forward with ongoing back pain.

SENDING FOR EXTERNAL NEUROSURGERY SPECIALITY PEER
 - JXOLSEN - Jan 22, 2018 10:38:55 am

Peer review completed-

Sending 21-day letter to claimant along with OA Addendum and Peer Review results.-  Deadline for response is 2/22/18 - JXOLSEN - Feb 01, 2018 08:44:08 am

Emailed 21-day letter and information to EE- so no call made.  - JXOLSEN - Feb 01, 2018 08:45:00 am

Recd letter from claimant with his arguments regarding the job requirements and such which were already taken into consideration with 2nd OA.  No medical documentation was submitted in response to the clinical review.  - JXOLSEN - Feb 22, 2018 06:35:25 am

Taking for oversight review before finalizing decision on appeal.  - JXOLSEN - Feb 28, 2018 12:04:13 pm

2ND LEVEL APPEAL:  UPHOLDING DENIAL ON APPEAL

RATIONALE:
Based on the information provided in your letter we obtained additional information from your Employer with regards to your job duties and the Physical Agility Test requirements.  In response your employer provided us with additional information which was sent to our Vocational Staff for an additional Occupational Analysis to be performed in order to provide you with a full and fair review. Upon review it was determined that your occupation was best defined as a Protective Officer, a medium level occupation instead of Security Guard, a light occupation as previously determined.

With regards to the Physical Agility Test being a main duty, we insure you for your occupation in the National Economy and not your job duties with a specific employer.  Therefore, while your Employer may require a Physical Agility Test on an annual basis this would be specific to your employer for this occupation but not all employers in the national workforce.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

While we understand that you have been diagnosed with degeneration of lumbar intervertebral disc, our review of the medical documentation which included a review by an external physician, Board Certified in Neurological Surgery, did not support restrictions and limitations that would render you unable to perform the main duties of your own occupation beyond June 1, 2017.

Upon review of the file documentation Dr. Ugokwe opined:

Based on the medical findings including the history, physical examination and imaging reports provided, there should be no impairments or functional limitations on the claimant from 6/1/17 going forward.

His maximal clinical capacities are as follows and these are in effect from 6/1/17 going forward:

He can lift sit, stand, walk, climb, end, kneel, drive, finger (bilateral), handle (bilateral), operate foot controls (bilateral) and reach above his shoulder (bilateral) constantly which is 67 to 100% of the day.  There are no restrictions on lifting, pulling or pushing.

The Peer concluded:

The restrictions or limitations placed upon the claimants physical activities by the attending physician is not reasonable and consistent with the medical findings because the claimant does not have any clinical findings that warrant impairment and there is no significant stenosis on imaging of the lumbar spine.

The claimant's CT scan shows some mild to moderate degenerative changes without any significant stenosis or neural element compress to account for any impairment. Also, the claimant complains of self-reported pain but there is no evidence of clinical findings.

Considering the medical review findings we have determined that there is insufficient medical evidence of any physical impairment that would preclude you from performing the main duties of your occupation beyond June 1, 2017. We therefore find you are not Totally Disabled as defined by this policy on June 1, 2017 and we are upholding our decision to deny an extension of benefits from June 1, 2017 forward.

SENDING UPHOLD LETTERS TO EE AND ER
CLOSE 2ND LEVEL APPEAL
NO CALL TO EE AS LETTER EMAILED
ALL APPEALS NOW EXHAUSTED AND ADMINISTRATIVE FILE NOW CLOSED
 - JXOLSEN - Feb 28, 2018 02:27:56 pm

| | | | |
|---|---|---|---|
| 2/28/2018 | Summary/Assessment/Path | Completed | JXOLSEN |

Summary Notes

2ND LEVEL TRUE STD APPEAL
ERISA
 - JXOLSEN - Dec 15, 2017 01:33:41 pm
Assessment Notes

2ND LEVEL TRUE STD APPEAL
ERISA
 - JXOLSEN - Dec 15, 2017 01:33:41 pm
Path Notes

2ND LEVEL TRUE STD APPEAL
ERISA

GROUP NAME:  PROTECTION STRATEGIES INCORPORATED
GROUP ID:  PROSTRAT

Claimant Name:  GERALD GLASNER
Claim Number: 1170042164

Date Received:  1211/17
30th Day: 1/10/18
45th Day: 1/25/18
90th Day: 3/11/18

Claim Demographics
Current Age:  62
EE State:  TN
Situs State:  TN
Last Day Worked:  3/31/17
DOD: 4/1/17
EP:  14-DAYS
BCD:  4/15/17
Benefit Paid To:  6/1/17
MBD:  13 WEEKS OR 7/15/17
RTW Date:  NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH: 12/1/15
Eff Date: 12/1/15
Pre-Ex review needed:  NO PRE-EX
SSDI Awarded:  N/A
Weekly Net Benefit: $665.00
Job Title: PROTECTIVE SERVICES DISPATCHER
Occupation:  COMBINATION DISPATCHER AND SECURITY GUARD
DOT Classification:  LIGHT
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC

Work Related:   N/A
LTD:  YES 12/1/15
LTD claim status:   NO LTD CLAIMS
Other STD claims:  NO OTHER STD CLAIMS

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc.  His last day worked was 3/31/17 with his first day of disability 4/1/17.  The policy has a 14-day elimination period with benefits commencing on 4/15/17.  Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason:   NOT TD OWN OCC
Date of denial:  7/24/17
Type of Medical Review, Name, & Specialty:   NDC (DXWILLA)

1ST LEVEL STD APPEAL DECISION
Reason:  NOT TD OWN OCC
Date of denial:  11/8/17
Type of Medical Review, Name, & Specialty:  NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:

Conclusion:  The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg.  There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device.  The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Current Providers:
AP Name/Specialty:  DR. PAUL MCCOMBS / NEUROLOGY
Phone Number:   615-327-9543
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following:  "Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation.  The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted.  It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 74 of 517  Arnold Glasner 139
PageID #: 187

# Chronological Activity List

Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Information Submitted with appeal and not previously reviewed:
None

Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc.  Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16.  Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16
Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies;  While there may be some similiarities security jobs in the economy in general do not have the same requirements as those on a military installation.  Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair.  Compare Apples to Apples, please.  This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122.  This instruction applies to Government Contract Security and is mandatory.  This AFI begame effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016.  The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.
Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:
Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)
a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.
b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16.  Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.
Completed Abilities Form signed by Dr. McCombs 6/24/17.  Date of last office visit 2/16/17.  Next office visit; as needed.
Office notes Laurin Howell, NP dated 8/22/17,
Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17
Emails back and forth from claimant and LFG.

PATH
CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER
SEND ACKN LETERS TO EE AND ER
DETERMINE WHEN TO BEGIN REVIEW
 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 75 of 517  Lincoln/Glasner 140
PageID #: 188

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review.  I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base).  I noted ER was out of office until next week and I will follow-up with her next week to  make sure that our Occupational Analysis is being handled properly.  He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant.  Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES.  - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed.  Left my name and number.  - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond.  I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements.  PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

Recd response from ER with respect to the claimant's interpretation and disputes with oa.

 - JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:
Vocational Response
Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working  on an annual basis.
Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium.   Heili S. Randall, ABD, MA, CRC,  Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL  - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal.  - JXOLSEN - Jan 03, 2018 12:51:39 pm

Sent email to ER for the date the claimant last passed his required physical.  Once response is received will send for NDC review.  - JXOLSEN - Jan 10, 2018 09:54:03 am

SENT 45-DAY ERISA LETTER TO EE-

No call to claimant since 45-day letter was emailed.  - JXOLSEN - Jan 10, 2018 10:08:04 am

SENDING FOR NDC REVIEW ON APPEAL  - JXOLSEN - Jan 10, 2018 10:16:17 am

The employer responded to my request noting the following:

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 - 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement.
Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test.

- JXOLSEN - Jan 10, 2018 11:44:39 am

In response to the 45-day letter the claimant submitted email noting he has no problem with us taking an extension. - JXOLSEN - Jan 11, 2018 10:19:31 am

Clinical Review by NDC was completed and the recommendation is:
Claimant is a 62 yr old with prior back surgery 15 yrs ago with ongoing pain with occasional ESI performed. Per exam findings he is neurologically intact. Due to his
Fitness requirement changes would recommend peer review. Clmt does have CT findings consistent with his pain and ESI.

Recommendations:
Peer review with neurosurgery specialist due to job level change light/medium and due to physical standard testing requirements that have changed from 12/2016 forward with ongoing back pain.

SENDING FOR EXTERNAL NEUROSURGERY SPECIALITY PEER
- JXOLSEN - Jan 22, 2018 10:38:55 am

Peer review completed-

Sending 21-day letter to claimant along with OA Addendum and Peer Review results.- Deadline for response is 2/22/18 - JXOLSEN - Feb 01, 2018 08:44:08 am

Emailed 21-day letter and information to EE- so no call made. - JXOLSEN - Feb 01, 2018 08:45:00 am

Recd letter from claimant with his arguments regarding the job requirements and such which were already taken into consideration with 2nd OA. No medical documentation was submitted in response to the clinical review. - JXOLSEN - Feb 22, 2018 06:35:25 am

Taking for oversight review before finalizing decision on appeal. - JXOLSEN - Feb 28, 2018 12:04:13 pm

2ND LEVEL APPEAL:  UPHOLDING DENIAL ON APPEAL

RATIONALE:
Based on the information provided in your letter we obtained additional information from your Employer with regards to your job duties and the Physical Agility Test requirements.  In response your employer provided us with additional information which was sent to our Vocational Staff for an additional Occupational Analysis to be performed in order to provide you with a full and fair review. Upon review it was determined that your occupation was best defined as a Protective Officer, a medium level occupation instead of Security Guard, a light occupation as previously determined.

With regards to the Physical Agility Test being a main duty, we insure you for your occupation in the National Economy and not your job duties with a specific employer.  Therefore, while your Employer may require a Physical Agility Test on an annual basis this would be specific to your employer for this occupation but not all employers in the national workforce.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

While we understand that you have been diagnosed with degeneration of lumbar intervertebral disc, our review of the medical documentation which included a review by an external physician, Board Certified in Neurological Surgery, did not support restrictions and limitations that would render you unable to perform the main duties of your own occupation beyond June 1, 2017.

Upon review of the file documentation Dr. Ugokwe opined:

Based on the medical findings including the history, physical examination and imaging reports provided, there should be no impairments or functional limitations on the claimant from 6/1/17 going forward.

His maximal clinical capacities are as follows and these are in effect from 6/1/17 going forward:

He can lift sit, stand, walk, climb, end, kneel, drive, finger (bilateral), handle (bilateral), operate foot controls (bilateral) and

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 77 of 517   Lincoln/Glasner 142
PageID #: 190

reach above his shoulder (bilateral) constantly which is 67 to 100% of the day. There are no restrictions on lifting, pulling or pushing.

The Peer concluded:

The restrictions or limitations placed upon the claimants physical activities by the attending physician is not reasonable and consistent with the medical findings because the claimant does not have any clinical findings that warrant impairment and there is no significant stenosis on imaging of the lumbar spine.

The claimant's CT scan shows some mild to moderate degenerative changes without any significant stenosis or neural element compress to account for any impairment. Also, the claimant complains of self-reported pain but there is no evidence of clinical findings.

Considering the medical review findings we have determined that there is insufficient medical evidence of any physical impairment that would preclude you from performing the main duties of your occupation beyond June 1, 2017. We therefore find you are not Totally Disabled as defined by this policy on June 1, 2017 and we are upholding our decision to deny an extension of benefits from June 1, 2017 forward.

SENDING UPHOLD LETTERS TO EE AND ER
CLOSE 2ND LEVEL APPEAL
NO CALL TO EE AS LETTER EMAILED
ALL APPEALS NOW EXHAUSTED AND ADMINISTRATIVE FILE NOW CLOSED
 - JXOLSEN - Feb 28, 2018 02:27:56 pm

| 12/12/2017 11:36:22 AM | Appeal | 2 | Level 2 | New | JXOLSEN |
| | 2nd Level Appeal assigned to JXOLSEN on 12/12/2017. - SLTHOMP - Dec 12, 2017 03:17:32 pm | | | | |
| 2/28/2018 | Appeal | 2 | Level 2 | Closed | JXOLSEN |
| | 2nd Level Appeal assigned to JXOLSEN on 12/12/2017. - SLTHOMP - Dec 12, 2017 03:17:32 pm | | | | |
| 2/28/2018 | Documents/Mail | 59 | Appeal Own Occ Level 2 Uphold EE | Completed | JXOLSEN |
| | Appeal Own Occ Level 2 Uphold EEAttachments:Translation services | | | | |
| 2/28/2018 | Documents/Mail | 60 | Appeal Dis Uphold to Group | Completed | JXOLSEN |
| | Appeal Dis Uphold to Group | | | | |
| 2/1/2018 8:45:09 AM | Claim Tasks | 16 | Appeal - 21 Day Letter | Requested | JXOLSEN |
| | DEADLINE TO RESPONSE TO 21-DAY LETTER IS 2/22/18 - JXOLSEN - Feb 01, 2018 08:45:35 am | | | | |
| | Decision no later thank 3/1/18 - JXOLSEN - Feb 22, 2018 06:38:05 am | | | | |
| 2/28/2018 | Claim Tasks | 16 | Appeal - 21 Day Letter | Completed | JXOLSEN |
| | DEADLINE TO RESPONSE TO 21-DAY LETTER IS 2/22/18 - JXOLSEN - Feb 01, 2018 08:45:35 am | | | | |
| | Decision no later thank 3/1/18 - JXOLSEN - Feb 22, 2018 06:38:05 am | | | | |
| 12/15/2017 2:58:16 PM | Claim Tasks | 11 | Appeal 90 Day Extension | Requested | JXOLSEN |
| | ACTUAL 90TH DAY IS 3/11/18 - JXOLSEN - Dec 15, 2017 02:58:44 pm | | | | |
| 2/28/2018 | Claim Tasks | 11 | Appeal 90 Day Extension | Completed | JXOLSEN |
| | ACTUAL 90TH DAY IS 3/11/18 - JXOLSEN - Dec 15, 2017 02:58:44 pm | | | | |
| 2/21/2018 8:49:27 AM | Documents/Mail | 58 | Incoming Correspondence | Received | JXOLSEN |
| | 2018-02-20-16.02.26.072920O01 | | | | |
| 2/22/2018 | Documents/Mail | 58 | Incoming Correspondence | Completed | JXOLSEN |
| | 2018-02-20-16.02.26.072920O01 | | | | |
| 1/22/2018 10:45:58 AM | Referrals | 8 | Ongoing Claim Review | Initial | JXOLSEN |
| | EXTERNAL PEER REQUESTED | | | | |

Clinician/Appeals Examiner: Janet Olsen
Phone Number: 402-361-7492

Claimant Name:  GERALD GLASNER
Claim Number:  1170042164

2nd LEVEL STD APPEAL

11/20/2019

11

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Service Request: NEUROSURGERY SPECIALIST
Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC

Name and Specialty of prior external vendor reviewers:  NONE

Treating Provider(s):
AP Name/Specialty:  DR. PAUL MCCOMBS / NEUROLOGY
Phone Number:   615-327-9543
Restrictions and Limitations/Duration:

Claim Summary:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc.  His last day worked was 3/31/17 with his first day of disability 4/1/17.  The policy has a 14-day elimination period with benefits commencing on 4/15/17.  Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

At this time we are reviewing whether or not the medical findings within the file support the restrictions and/ or limitations of the treating provider.

Please respond to the specific questions below and provide the medical findings supporting your rationale.

*If there are any medical disagreements, please contact the treating physician(s) listed above to discuss restrictions and limitations.

Questions

1. Please provide a review summary of the medical findings.

2. Based on the medical  findings, please provide  a description of the  claimant's impairments,  and how  these  would translate into functional  limitations or  medically  appropriate  restrictions  6/1/17 and forward.
a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.
b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.

3. Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings?  Please explain.

Thank you - JXOLSEN - Jan 22, 2018 10:46:47 am
Case submitted to MLS conf #45848 for a peer review with a Neurosurgery physician. - SARCH6 - Jan 23, 2018 11:45:06 am
The final report from MLS was received and sent to LFGAppeals for attachment to AWD. - SARCH6 - Jan 31, 2018 02:36:21 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/1/2018 | Referrals | 8 | Ongoing Claim Review | Completed | JXOLSEN |

EXTERNAL PEER REQUESTED

Clinician/Appeals Examiner: Janet Olsen
Phone Number: 402-361-7492

Claimant Name:  GERALD GLASNER
Claim Number:  1170042164

2nd LEVEL STD APPEAL
Service Request: NEUROSURGERY SPECIALIST
Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC

Name and Specialty of prior external vendor reviewers:  NONE

Treating Provider(s):
AP Name/Specialty:  DR. PAUL MCCOMBS / NEUROLOGY
Phone Number:   615-327-9543
Restrictions and Limitations/Duration:

Claim Summary:

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 79 of 517   Glasner 144
PageID #: 192

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc.  His last day worked was 3/31/17 with his first day of disability 4/1/17.  The policy has a 14-day elimination period with benefits commencing on 4/15/17.  Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

At this time we are reviewing whether or not the medical findings within the file support the restrictions and/ or limitations of the treating provider.

Please respond to the specific questions below and provide the medical findings supporting your rationale.

*If there are any medical disagreements, please contact the treating physician(s) listed above to discuss restrictions and limitations.

Questions

1.Please provide a review summary of the medical findings.

2.Based on the medical  findings, please provide  a description of the  claimant's impairments,  and how  these  would translate into functional  limitations or  medically  appropriate  restrictions  6/1/17 and forward.
a.For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.
b.Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.

3.Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings?  Please explain.

Thank you - JXOLSEN - Jan 22, 2018 10:46:47 am
Case submitted to MLS conf #45848 for a peer review with a Neurosurgery physician. - SARCH6 - Jan 23, 2018 11:45:06 am
The final report from MLS was received and sent to LFGAppeals for attachment to AWD. - SARCH6 - Jan 31, 2018 02:36:21 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 2/1/2018 | Documents/Mail | 52 | Appeal Dis EE 21 Day Letter | Completed | JXOLSEN |
| | Appeal Dis EE 21 Day Letter | | | | |
| 2/1/2018 | Documents/Mail | 51 | Medical Records | Completed | JXOLSEN |
| | 2018-01-31-15.36.26.150160O01 | | | | |
| 2/1/2018 | Documents/Mail | 50 | Email | Completed | JXOLSEN |
| | 2018-01-31-15.36.26.102160O01 | | | | |
| 2/1/2018 | Documents/Mail | 57 | Medical Records | Completed | JXOLSEN |
| | 2018-02-01-09.52.41.088180O01 | | | | |
| 2/1/2018 | Documents/Mail | 55 | Incoming Correspondence | Completed | JXOLSEN |
| | 2018-02-01-09.52.40.997180O01 | | | | |
| 2/1/2018 | Documents/Mail | 53 | Email | Completed | JXOLSEN |
| | 2018-02-01-09.52.40.907180O01 | | | | |
| 2/1/2018 | Documents/Mail | 56 | Medical Records | Completed | JXOLSEN |
| | 2018-02-01-09.52.41.036180O01 | | | | |
| 2/1/2018 | Documents/Mail | 54 | Incoming Correspondence | Completed | JXOLSEN |
| | 2018-02-01-09.52.40.955180O01 | | | | |
| 1/10/2018 10:24:20 AM | Referrals | 7 | Ongoing Claim Review | Initial | JXOLSEN |

2ND LEVEL TRUE STD APPEAL
ERISA

GROUP NAME:  PROTECTION STRATEGIES INCORPORATED
GROUP ID:  PROSTRAT

Claimant Name:  GERALD GLASNER
Claim Number:  1170042164

Date Received:  1211/17

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 80 of 517   Lincoln/Glasner 145
PageID #: 193

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

30th Day: 1/10/18
45th Day: 1/25/18
90th Day: 3/11/18

Claim Demographics
Current Age: 62
EE State: TN
Situs State: TN
Last Day Worked: 3/31/17
DOD: 4/1/17
EP: 14-DAYS
BCD: 4/15/17
Benefit Paid To: 6/1/17
MBD: 13 WEEKS OR 7/15/17
RTW Date: NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH: 12/1/15
Eff Date: 12/1/15
Pre-Ex review needed: NO PRE-EX
SSDI Awarded: N/A
Weekly Net Benefit: $665.00
Job Title: PROTECTIVE SERVICES DISPATCHER
Occupation: PROTECTIVE OFFICER
DOT Classification: MEDIUM
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC
Work Related: N/A
LTD: YES 12/1/15
LTD claim status: NO LTD CLAIMS
Other STD claims: NO OTHER STD CLAIMS

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc. His last day worked was 3/31/17 with his first day of disability 4/1/17. The policy has a 14-day elimination period with benefits commencing on 4/15/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason: NOT TD OWN OCC
Date of denial: 7/24/17
Type of Medical Review, Name, & Specialty: NDC (DXWILLA)
_____


1ST LEVEL STD APPEAL DECISION
Reason: NOT TD OWN OCC
Date of denial: 11/8/17
Type of Medical Review, Name, & Specialty: NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
Conclusion: The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 81 of 517    Lincoln/Glasner 146
PageID #: 194

Current Providers:
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following: "Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Information Submitted with appeal and not previously reviewed:
None

Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc. Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16. Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16
Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples, please. This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122. This instruction applies to Government Contract Security and is mandatory. This AFI became effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016. The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.
Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:

Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)
a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.
b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16. Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.
Completed Abilities Form signed by Dr. McCombs 6/24/17. Date of last office visit 2/16/17. Next office visit; as needed.
Office notes Laurin Howell, NP dated 8/22/17,
Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17
Emails back and forth from claimant and LFG.

PATH
CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER
SEND ACKN LETERS TO EE AND ER
DETERMINE WHEN TO BEGIN REVIEW
 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review. I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base). I noted ER was out of office until next week and I will follow-up with her next week to make sure that our Occupational Analysis is being handled properly. He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant. Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES. - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed. Left my name and number. - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond. I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements. PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

Recd response from ER with respect to the claimant's interpretation and disputes with oa.

 - JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:
Vocational Response
Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.

Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium. Heili S. Randall, ABD, MA, CRC, Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal. - JXOLSEN - Jan 03, 2018 12:51:39 pm

Sent email to ER for the date the claimant last passed his required physical. JXOLSEN - Jan 10, 2018 09:54:03 am

SENT 45-DAY ERISA LETTER TO EE-

# Chronological Activity List

No call to claimant since 45-day letter was emailed. - JXOLSEN - Jan 10, 2018 10:08:04 am

SENDING FOR NDC REVIEW ON APPEAL

_____

At this time we are reviewing whether or not the evidence within the file supports findings of warranted restrictions and/or limitations that would preclude the claimant's ability to perform the main duties of his medium level occupation as a Protection Officer (which includes successfully completing annual physical agility test) beyond 6/1/17 and if so for what duration?

Based on review of the medical information, are there any impairments that would warrant restrictions and/or limitations to preclude occupational functioning beyond 6/1/17 and if so for what duration?

Please outline and provide your clinical rationale.

Thank you - JXOLSEN - Jan 10, 2018 10:25:58 am
I had sent inquiry to employer as to the last Physical Agility Test the claimant passed and the employer replied:

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 - 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement.

Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test. - JXOLSEN - Jan 10, 2018 11:48:13 am
CLINICAL RESPONSE

Claimant Name: Gerald Glasner
2nd level STD appeal Claim Number: 1170042164
Date of review

Documents Reviewed:
Prior CRs, letter by clmt, ER
Dr. Paul McCombs/Neurosurgery multiple APS, letters and AF with office visits 9/14/16, 10/19/16, 8/22/17

Conclusion:
The medical findings do not show neurological deficits on exam findings; however CT scan and ongoing back pain with ESI do support ongoing treatment. Due to changes in mandated fitness testing for his medium occupation would recommend neurosurgery peer review.

Rationale:

This is a 62 year old male protective services dispatcher/light corrected to medium occupation per new OA. Date of disability of 4/1/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

Primary Dx: lumbar intervertebral disc degen
MD guidelines:

PMH: osteopenia, HTN, hyperlipidemia. PSH 15 yrs ago lami/fusion

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 84 of 517    Glasner 149
PageID #: 197

File review:

Employer information: clmt last passed fitness test 5/3/16. Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min. 40 yd. run <= 16 sec. 10 push-ups or 10 bench presses of 1/3 of body weight. Hold 30 lbs. over head for 5 sec

He was due to take a physical fitness test on 5/3/17 however did not take the test. New mandate for physical requires as of 12/1/16 yearly PFS testing. Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes) Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies

Paul McCombs MD/neurosurgery
3/21/17 letter to clmt: not to do pushups, situps or run/job more than a mile. This could flare up or injure your spine.
4/30/17: APS degen lumbar disc disease, back and bilateral hip pain. R&L: Unable to run or jog more than one mile, unable to do pushups and situps, permanent restrictions. Last visit 10/17/16.
6/20/17 APS: clmt totally disabled since 12/1/16 for own job. R&L: no running/jogging more than a mile, no pushups or situps. Class 2 medium activity.
6/24/17 AF: lift up to 35lbs occasionally, constant sit, drive, finger, handle, foot control, and reach above shoulder. Freq stand, walk and reach above shoulder, occ climb, bend, kneel.
9/14/16 OV: clmt had surgery 15 yrs ago but now is developing some localized low back pain and it is worse with prolonged standing. Recent dx of osteopenia.
CT lumbar 9/27/16: L1-2 diffuse disc bulge, L2-3 disc bulge and left lateral disc protrusion without central stenosis, mild left foraminal narrowing. L3-S1 decompressive laminectomies, fusion L4-5.
10/19/16 OV: clmt has far lateral disc at L2-3 on the left consistent with clinical syndrome of back, hip and left leg pain. He is receiving ESI 10/19/16, 11/9/16, 1/26/17.
8/22/17 OV Howell NP: clmt reports relief from ESI 1/26/17. PE: neurologically intact, normal gait, normal SLR. Plan another round of injections. Ht 6ft, wt 174lbs.
9/24/17 letter: clmt has difficulty with repetitive lifting, twisting, bending, stooping and should be limited to 20lbs on occasion and 10 lbs repetitively. He can sit for 4hrs a day and stand up to two and walk up to two with breaks.

Summary:
Claimant is a 62 yr old with prior back surgery 15 yrs ago with ongoing pain with occasional ESI performed. Per exam findings he is neurologically intact. Due to his
Fitness requirement changes would recommend peer review. Clmt does have CT findings consistent with his pain and ESI.

Recommendations:
Peer review with neurosurgery specialist due to job level change light/medium and due to physical standard testing requirements that have changed from 12/2016 forward with ongoing back pain.

Return to Work:
Per peer

Prawa5 RN
Disability Nurse Consultant - PRAWA5 - Jan 22, 2018 10:17:17 am

| 1/22/2018 | Referrals | 7 | Ongoing Claim Review | | Completed | JXOLSEN |

2ND LEVEL TRUE STD APPEAL
ERISA

GROUP NAME: PROTECTION STRATEGIES INCORPORATED
GROUP ID: PROSTRAT

Claimant Name: GERALD GLASNER
Claim Number: 1170042164

Date Received: 1211/17
30th Day: 1/10/18
45th Day: 1/25/18
90th Day: 3/11/18

Claim Demographics
Current Age: 62
EE State: TN
Situs State: TN
Last Day Worked: 3/31/17
DOD: 4/1/17
EP: 14-DAYS
BCD: 4/15/17

# Chronological Activity List

Benefit Paid To:  6/1/17
MBD:   13 WEEKS OR 7/15/17
RTW Date:   NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH:  12/1/15
Eff Date: 12/1/15
Pre-Ex review needed:  NO PRE-EX
SSDI Awarded:  N/A
Weekly Net Benefit:  $665.00
Job Title:  PROTECTIVE SERVICES DISPATCHER
Occupation:  PROTECTIVE OFFICER
DOT Classification:  MEDIUM
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC
Work Related:  N/A
LTD:  YES 12/1/15
LTD claim status:   NO LTD CLAIMS
Other STD claims:  NO OTHER STD CLAIMS

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc.  His last day worked was 3/31/17 with his first day of disability 4/1/17.  The policy has a 14-day elimination period with benefits commencing on 4/15/17.  Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason:   NOT TD OWN OCC
Date of denial: 7/24/17
Type of Medical Review, Name, & Specialty:   NDC (DXWILLA)
_____

1ST LEVEL STD APPEAL DECISION
Reason:  NOT TD OWN OCC
Date of denial:  11/8/17
Type of Medical Review, Name, & Specialty:  NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
Conclusion:  The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg.  There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device.  The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Current Providers:
AP Name/Specialty:  DR. PAUL MCCOMBS / NEUROLOGY
Phone Number:   615-327-9543
Restrictions and Limitations/Duration:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following:  "Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

Case 4:21-cv-00014-KAC-SKL      Document 17-3      Filed 12/20/21      Page 86 of 517   Lincoln/Glasner 151
PageID #: 199

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Information Submitted with appeal and not previously reviewed:
None

Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc. Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16. Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16
Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples, please. This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122. This instruction applies to Government Contract Security and is mandatory. This AFI became effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016. The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.
Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:
Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)
a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.
b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16. Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.
Completed Abilities Form signed by Dr. McCombs 6/24/17. Date of last office visit 2/16/17. Next office visit; as needed.
Office notes Laurin Howell, NP dated 8/22/17,

Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17
Emails back and forth from claimant and LFG.

PATH
CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER
SEND ACKN LETERS TO EE AND ER
DETERMINE WHEN TO BEGIN REVIEW
 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review.  I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base).  I noted ER was out of office until next week and I will follow-up with her next week to make sure that our Occupational Analysis is being handled properly.  He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant.  Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES.  - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed.  Left my name and number.  - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond.  I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements.  PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

Recd response from ER with respect to the claimant's interpretation and disputes with oa.

 - JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:
Vocational Response
Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.

Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium. Heili S. Randall, ABD, MA, CRC, Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal.  - JXOLSEN - Jan 03, 2018 12:51:39 pm

Sent email to ER for the date the claimant last passed his required physical.   JXOLSEN - Jan 10, 2018 09:54:03 am

SENT 45-DAY ERISA LETTER TO EE-

No call to claimant since 45-day letter was emailed.  - JXOLSEN - Jan 10, 2018 10:08:04 am

SENDING FOR NDC REVIEW ON APPEAL
_____


At this time we are reviewing whether or not the evidence within the file supports findings of warranted restrictions and/or limitations that would preclude the claimant's ability to perform the main duties of his medium level occupation as a Protection Officer (which includes successfully completing annual physical agility test) beyond 6/1/17 and if so for what duration?

Based on review of the medical information, are there any impairments that would warrant restrictions and/or limitations

11/20/2019                                                                                                                                    21

to preclude occupational functioning beyond 6/1/17 and if so for what duration?

Please outline and provide your clinical rationale.

Thank you - JXOLSEN - Jan 10, 2018 10:25:58 am
I had sent inquiry to employer as to the last Physical Agility Test the claimant passed and the employer replied:

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 - 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement.

Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test. - JXOLSEN - Jan 10, 2018 11:48:13 am
CLINICAL RESPONSE

Claimant Name: Gerald Glasner
2nd level STD appeal Claim Number: 1170042164
Date of review

Documents Reviewed:
Prior CRs, letter by clmt, ER
Dr. Paul McCombs/Neurosurgery multiple APS, letters and AF with office visits 9/14/16, 10/19/16, 8/22/17

Conclusion:
The medical findings do not show neurological deficits on exam findings; however CT scan and ongoing back pain with ESI do support ongoing treatment. Due to changes in mandated fitness testing for his medium occupation would recommend neurosurgery peer review.

Rationale:

This is a 62 year old male protective services dispatcher/light corrected to medium occupation per new OA. Date of disability of 4/1/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

Primary Dx: lumbar intervertebral disc degen
MD guidelines:

PMH: osteopenia, HTN, hyperlipidemia. PSH 15 yrs ago lami/fusion

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

File review:

Employer information: clmt last passed fitness test 5/3/16. Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min. 40 yd. run <= 16 sec. 10 push-ups or 10 bench presses of 1/3 of body weight. Hold 30 lbs. over head for 5 sec

He was due to take a physical fitness test on 5/3/17 however did not take the test. New mandate for physical requires as of 12/1/16 yearly PFS testing. Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes) Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies

Paul McCombs MD/neurosurgery
3/21/17 letter to clmt: not to do pushups, situps or run/job more than a mile. This could flare up or injure your spine.

4/30/17: APS degen lumbar disc disease, back and bilateral hip pain. R&L: Unable to run or jog more than one mile, unable to do pushups and situps, permanent restrictions. Last visit 10/17/16.

6/20/17 APS: clmt totally disabled since 12/1/16 for own job. R&L: no running/jogging more than a mile, no pushups or situps. Class 2 medium activity.

6/24/17 AF: lift up to 35lbs occasionally, constant sit, drive, finger, handle, foot control, and reach above shoulder. Freq stand, walk and reach above shoulder, occ climb, bend, kneel.

9/14/16 OV: clmt had surgery 15 yrs ago but now is developing some localized low back pain and it is worse with prolonged standing. Recent dx of osteopenia.

CT lumbar 9/27/16: L1-2 diffuse disc bulge, L2-3 disc bulge and left lateral disc protrusion without central stenosis, mild left foraminal narrowing. L3-S1 decompressive laminectomies, fusion L4-5.

10/19/16 OV: clmt has far lateral disc at L2-3 on the left consistent with clinical syndrome of back, hip and left leg pain. He is receiving ESI 10/19/16, 11/9/16, 1/26/17.

8/22/17 OV Howell NP: clmt reports relief from ESI 1/26/17. PE: neurologically intact, normal gait, normal SLR. Plan another round of injections. Ht 6ft, wt 174lbs.

9/24/17 letter: clmt has difficulty with repetitive lifting, twisting, bending, stooping and should be limited to 20lbs on occasion and 10 lbs repetitively. He can sit for 4hrs a day and stand up to two and walk up to two with breaks.

Summary:
Claimant is a 62 yr old with prior back surgery 15 yrs ago with ongoing pain with occasional ESI performed. Per exam findings he is neurologically intact. Due to his
Fitness requirement changes would recommend peer review. Clmt does have CT findings consistent with his pain and ESI.

Recommendations:
Peer review with neurosurgery specialist due to job level change light/medium and due to physical standard testing requirements that have changed from 12/2016 forward with ongoing back pain.

Return to Work:
Per peer

Prawa5 RN
Disability Nurse Consultant - PRAWA5 - Jan 22, 2018 10:17:17 am

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/11/2018 | Documents/Mail | 49 | Email | | Completed | JXOLSEN |
| | 2018-01-10-13.57.18.732800O01 | | | | | |
| 1/11/2018 | Documents/Mail | 48 | Email | | Completed | JXOLSEN |
| | 2018-01-10-12.42.59.382780O01 | | | | | |
| 1/3/2018 12:58:40 PM | Referrals | 6 | Management Review | | Initial | JXOLSEN |

2ND LEVEL TRUE STD APPEAL
ERISA

GROUP NAME: PROTECTION STRATEGIES INCORPORATED
GROUP ID: PROSTRAT

Claimant Name: GERALD GLASNER
Claim Number: 1170042164

Date Received: 1211/17
30th Day: 1/10/18
45th Day: 1/25/18
90th Day: 3/11/18

Claim Demographics
Current Age: 62
EE State: TN
Situs State: TN
Last Day Worked: 3/31/17
DOD: 4/1/17
EP: 14-DAYS
BCD: 4/15/17
Benefit Paid To: 6/1/17
MBD: 13 WEEKS OR 7/15/17
RTW Date: NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH: 12/1/15
Eff Date: 12/1/15
Pre-Ex review needed: NO PRE-EX

**Posted Date**    **Category**      **Seq**   **Item**             **Status**       **User**

SSDI Awarded:  N/A
Weekly Net Benefit:  $665.00
Job Title:  PROTECTIVE SERVICES DISPATCHER
Occupation:  COMBINATION DISPATCHER AND SECURITY GUARD
DOT Classification:  LIGHT
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC
Work Related:  N/A
LTD:  YES 12/1/15
LTD claim status:   NO LTD CLAIMS
Other STD claims:  NO OTHER STD CLAIMS

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc.  His last day worked was 3/31/17 with his first day of disability 4/1/17.  The policy has a 14-day elimination period with benefits commencing on 4/15/17.  Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason:   NOT TD OWN OCC
Date of denial:  7/24/17
Type of Medical Review, Name, & Specialty:   NDC (DXWILLA)

1ST LEVEL STD APPEAL DECISION
Reason:  NOT TD OWN OCC
Date of denial:  11/8/17
Type of Medical Review, Name, & Specialty:  NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:

Conclusion:  The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg.  There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device.  The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Current Providers:
AP Name/Specialty:  DR. PAUL MCCOMBS / NEUROLOGY
Phone Number:  615-327-9543
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following:  "Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation.  The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical

problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Information Submitted with appeal and not previously reviewed:
None

Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc. Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16. Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16

Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similiarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples, please. This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122. This instruction applies to Government Contract Security and is mandatory. This AFI begame effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016. The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.
Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:
Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)
a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.
b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16. Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.
Completed Abilities Form signed by Dr. McCombs 6/24/17. Date of last office visit 2/16/17. Next office visit; as needed.
Office notes Laurin Howell, NP dated 8/22/17,
Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17
Emails back and forth from claimant and LFG.

# Chronological Activity List

PATH
CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER
SEND ACKN LETERS TO EE AND ER
DETERMINE WHEN TO BEGIN REVIEW
 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review.  I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base).  I noted ER was out of office until next week and I will follow-up with her next week to  make sure that our Occupational Analysis is being handled properly.  He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant. Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES.  - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed.  Left my name and number.  - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond.  I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements.  PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

Rec'd response from ER with respect to the claimant's interpretation and disputes with oa.

 - JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:
Vocational Response
Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.
Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium.    Heili S. Randall, ABD, MA, CRC, Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL  - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal.
_____


No new medical documentation submitted on 2nd appeal; however based on the claimant's disputes with the determined light level occupation of Security Guard.  We did send a copy of his disputes to his employer who provided their response. All of this information was then sent to VOC for review and response and upon review of the documentation the OA was determined to be Protective Officer, in order to encompass the claimant's skill set and the occupation is medium.

Based on this we are now reviewing if restrictions and limitations would be supported for a medium level occupation instead of light.  Since no new medical information was submitted I would recommend another NDC review on appeal.

Please advise if you agree with recommendation.

Thank you
 - Management Review - JXOLSEN - Jan 03, 2018 12:58:55 pm

Agree with NDC to begin review given available meds and an Occ change to medium level that has been confirmed. Please confirm with ER when the last pass of his physical that is required for Occ was. May have been just prior to DOD and we can compare records as to what changed from to the other given this seems to be a main r and l that AP provides.  - Management Review - JABEYER - Jan 05, 2018 02:49:14 pm

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 93 of 517   Lincoln/Glasner 158
PageID #: 206

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/10/2018 | Referrals | 6 | Management Review | Completed | JXOLSEN |

2ND LEVEL TRUE STD APPEAL
ERISA

GROUP NAME:  PROTECTION STRATEGIES INCORPORATED
GROUP ID:  PROSTRAT

Claimant Name:  GERALD GLASNER
Claim Number:  1170042164

Date Received:  1211/17
30th Day:  1/10/18
45th Day:  1/25/18
90th Day:  3/11/18

Claim Demographics
Current Age:  62
EE State:  TN
Situs State:  TN
Last Day Worked:  3/31/17
DOD: 4/1/17
EP:  14-DAYS
BCD:  4/15/17
Benefit Paid To: 6/1/17
MBD:  13 WEEKS OR 7/15/17
RTW Date:  NO (TERMINATED FROM EMPLOYMENT IN LATE JUNE 2017)
DOH: 12/1/15
Eff Date: 12/1/15
Pre-Ex review needed:  NO PRE-EX
SSDI Awarded:  N/A
Weekly Net Benefit: $665.00
Job Title:  PROTECTIVE SERVICES DISPATCHER
Occupation:  COMBINATION DISPATCHER AND SECURITY GUARD
DOT Classification:  LIGHT
Primary Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC
Work Related:  N/A
LTD:  YES 12/1/15
LTD claim status:  NO LTD CLAIMS
Other STD claims:  NO OTHER STD CLAIMS

Demographics:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc.  His last day worked was 3/31/17 with his first day of disability 4/1/17.  The policy has a 14-day elimination period with benefits commencing on 4/15/17.  Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:
There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

Initial Claim Decision
Reason:  NOT TD OWN OCC
Date of denial: 7/24/17
Type of Medical Review, Name, & Specialty:   NDC (DXWILLA)

1ST LEVEL STD APPEAL DECISION
Reason:  NOT TD OWN OCC
Date of denial:  11/8/17
Type of Medical Review, Name, & Specialty:  NDC (LMSUCHA)

THE MEDICAL REVIEW CONCLUDED THE FOLLOWING:

Conclusion:  The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 94 of 517     Lincoln/Glasner 159
PageID #: 207

The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Current Providers:
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries:

2ND LEVEL STD APPEAL CURRENTLY UNDER REVIEW:
Basis for the Appeal:
The claimant indicated on appeal is questioning the termination of his STD benefits and the statement in our denial letter which indicated the following: "Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite."

The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with his lumbar spine he notes he cannot take and pass the Physical Agility Test.

The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. So far he notes we have made no mention that utilization of this Individual Disability Plan was offered to me by the employer due to his medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.

Information Submitted with appeal and not previously reviewed:
None

Information previously on file prior to appeal
EE Statement
ER Statement
APS signed by Dr. Paul McCombs/Neurosurgery dated 4/30/17- dx degeneration of lumbar intervertebral disc. Subjective Symptoms - back and bilateral hip pain. Treatment plan included Epidural Steroid Injections. The date of last treatment 10/19/16. Unable to run or jog more than a mile, and unable to do push-ups and sit-ups. Permanent Restrictions placed on patient that do not allow patient to return to work.
Letter from Dr. McCombs dated 3/21/17 to claimant with regards to her permanent restrictions regarding his lumbar spinal condition noting he may run or jog no more that none mile, but he may not do pushups or sit-ups during physical fitness training as this may cause further flare up or even injury your spine.
Physical Examination results form signed by Katherine Horrocks, NP-C dated 3/29/17.
Letter from claimant explaining his condition and restrictions that prevent him from working.
Job Description
Anesthesia Record for ESI on 1/26/17, 11/19/16,
Office notes from Dr. McCombs 10/19/16, 9/14/16,
Patient Report- Phresia Intake- 10/18/16, 9/14/16,
CT Lumbar Scan Results dated 9/27/16

Appeal letter from claimant 7/17/17 noting the following:
"When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similiarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples, please. This particular AFI guide is available on the public internet; simply

# Chronological Activity List

"GOOGLE" AFI 31-122. This instruction applies to Government Contract Security and is mandatory. This AFI begame effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016. The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.
Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:
Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)
a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.
b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

APS- Disability- signed by Dr. McCombs on 6/20/17 - date of first visit 9/14/16- last visit 10/19/16. Patient has special restrictions due to the type of work. Physical Impairment Class 2 - Medium manual activity - Unable to work 12/1/16- expected fundamental or marked change in the future? Never. Applies to patient's job. Disabled due to permanent restrictions of no running or jogging more than a mile. No push-ups or sit-ups.
Completed Abilities Form signed by Dr. McCombs 6/24/17. Date of last office visit 2/16/17. Next office visit; as needed.
Office notes Laurin Howell, NP dated 8/22/17,
Letters from Dr. Paul McCombs dated 2/16/17 and 9/24/17
Emails back and forth from claimant and LFG.

PATH
CONTACT EE AND ACKN RECEIPT OF APPEAL LETTER
SEND ACKN LETERS TO EE AND ER
DETERMINE WHEN TO BEGIN REVIEW
 - JXOLSEN - Dec 15, 2017 01:33:41 pm

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review. I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base). I noted ER was out of office until next week and I will follow-up with her next week to make sure that our Occupational Analysis is being handled properly. He thanked me for the call.

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant. Left my name and number.

PENDING DISCUSSION WITH ER ABOUT JOB DUTIES ETC. TO DETERMINE IF NEW OA NEEDS TO BE PERFORMED OR NOT BASED ON CLAIMANT'S DISPUTES. - JXOLSEN - Dec 15, 2017 02:57:09 pm

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed. Left my name and number. - JXOLSEN - Dec 21, 2017 08:19:49 am

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond. I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.

Emailed information from claimant's appeal letter with regards to job duties and requirements. PENDING RESPONSE FROM ER - JXOLSEN - Dec 28, 2017 11:13:12 am

Rec'd response from ER with respect to the claimant's interpretation and disputes with oa.

 - JXOLSEN - Jan 03, 2018 06:53:52 am

OA addendum:
Vocational Response
Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue

working on an annual basis.

Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium. Heili S. Randall, ABD, MA, CRC, Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

SENDING FOR NDC REVIEW ON APPEAL - JXOLSEN - Jan 03, 2018 12:50:31 pm

Since this is 2nd level appeal writing up for appeal direction to determine type of review needed on appeal.

_____

No new medical documentation submitted on 2nd appeal; however based on the claimant's disputes with the determined light level occupation of Security Guard. We did send a copy of his disputes to his employer who provided their response. All of this information was then sent to VOC for review and response and upon review of the documentation the OA was determined to be Protective Officer, in order to encompass the claimant's skill set and the occupation is medium.

Based on this we are now reviewing if restrictions and limitations would be supported for a medium level occupation instead of light. Since no new medical information was submitted I would recommend another NDC review on appeal.

Please advise if you agree with recommendation.

Thank you
 - Management Review - JXOLSEN - Jan 03, 2018 12:58:55 pm

Agree with NDC to begin review given available meds and an Occ change to medium level that has been confirmed. Please confirm with ER when the last pass of his physical that is required for Occ was. May have been just prior to DOD and we can compare records as to what changed from to the other given this seems to be a main r and l that AP provides. - Management Review - JABEYER - Jan 05, 2018 02:49:14 pm

| 1/10/2018 | Documents/Mail | 47 | Appeal Dis EE Extension Letter | Completed | JXOLSEN |
|---|---|---|---|---|---|

Appeal Dis EE Extension Letter

| 1/10/2018 | Claim Tasks | 15 | Obtain Missing Info | Completed | JXOLSEN |
|---|---|---|---|---|---|

HAS ER PROVIDED DATE OF LAST PHYSICIAL THE CLAIMANT PASSED. - JXOLSEN - Jan 10, 2018 09:55:09 am

| 12/15/2017 3:03:02 PM | Claim Tasks | 13 | Appeal - 45 Day Reminder | Requested | JXOLSEN |
|---|---|---|---|---|---|

ACTUAL 45TH DAY IS 1/25/18

30TH DAY IS 1/10/18 - JXOLSEN - Dec 15, 2017 03:03:40 pm

| 1/10/2018 | Claim Tasks | 13 | Appeal - 45 Day Reminder | Completed | JXOLSEN |
|---|---|---|---|---|---|

ACTUAL 45TH DAY IS 1/25/18

30TH DAY IS 1/10/18 - JXOLSEN - Dec 15, 2017 03:03:40 pm

| 1/3/2018 | Referrals | 5 | Vocational Consultation | Completed | JXOLSEN |
|---|---|---|---|---|---|

Vocational Referral Template-Consultation, OA, TSA, TSR and RTW
Please indicate n/a when a section does not apply
Demographics
Claimant Name: Gerald Glasner
Claim Number: 1170042164
Gainful Amount (where applicable, e.g. LTD):n/a
Authorization to discuss work capacity/R&Ls with Employer on file? (if yes, date and location in AWD):n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review. Include type (APS, AF, Clinical Review, Peer Review), date and location of document, e.g. APS in AWD dated 5/1/15):n/a
Vocational Information:
Job Title from ER:
 PROTECTIVE SERVICES DISPATCHER Previous OA/TSA/TSR/Voc Rehab review completed? (if yes date(s) and location(s)):n/a
Job Description on file? (if yes date and location):AWD dated 6/1/17
Job Analysis on file? (if yes date and location):n/a
Work History and Educational Information (where applicable and if yes date and location, e.g. EBF in AWD 10/31/15):n/a
Specific Question(s) for Reviewer
Provide CE input and synopsis about nature of referral. Provide your specific questions:

Case 4:21-cv-00014-KAC-SKL Document 17-3 Filed 12/20/21 Page 97 of 517 Glasner 162 PageID #: 210

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Requesting OA with current info from ER in AWD
- MAOHO6 - Jun 12, 2017 01:46:16 pm

VRC Occupational Analysis

Documents Reviewed:

JD in AWD 6/1/17
JA in AWD n/a
Initial Phone call in DOCSNET n/a

Conclusion:

Based upon the information reviewed, the occupation is identified per the DOT Dictionary of Occupational Titles) as Guard, Security DOT Code: 372.667-034 and Dispatcher, DOT Code 193.262-014.  The demand level is Light.

Jasmine Martin-Robinson, MRC, CRC
Vocational Rehabilitation Consultant
- JLMARTI - Jun 14, 2017 01:02:12 pm - HEZRA2 - Jan 03, 2018 11:43:53 am

Vocational Response

Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working  on an annual basis.

Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium.

Heili S. Randall, ABD, MA, CRC,
Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/29/2017 10:07:28 AM | Documents/Mail | 46 | Voc Rehab Forms | Received | JXOLSEN |
| | 2017-12-29-08.27.58.406700O01 | | | | |
| 1/3/2018 | Documents/Mail | 46 | Voc Rehab Forms | Completed | JXOLSEN |
| | 2017-12-29-08.27.58.406700O01 | | | | |
| 12/28/2017 11:15:39 AM | Claim Tasks | 14 | Obtain Missing Info | Requested | JXOLSEN |

HAS ER RESPONDED TO EMAIL  - JXOLSEN - Dec 28, 2017 11:16:05 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/3/2018 | Claim Tasks | 14 | Obtain Missing Info | Completed | JXOLSEN |

HAS ER RESPONDED TO EMAIL  - JXOLSEN - Dec 28, 2017 11:16:05 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/28/2017 1:01:25 PM | Documents/Mail | 45 | Email | Received | JXOLSEN |
| | 2017-12-28-12.14.39.416680O01 | | | | |
| 12/29/2017 | Documents/Mail | 45 | Email | Completed | JXOLSEN |
| | 2017-12-28-12.14.39.416680O01 | | | | |
| 12/28/2017 | Telephone (OUT) | 13 | Protection Strategies Incorporated | Completed | JXOLSEN |

Called ER spk with Tina and inquired if I could email her the information the claimant submitted in dispute of our Occupational Analysis and she indicated yes and she would review it and respond.  I noted we want to make sure we are responding to any disputes with the OA performed so we can assure that all steps were taken to provide an accurate occupational analysis on this appeal.  - JXOLSEN - Dec 28, 2017 11:13:23 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/21/2017 | Telephone (OUT) | 12 | Protection Strategies Incorporated | Completed | JXOLSEN |

Called ER left msg to callback to discuss claimant's job duties as he is disputing the OA that was performed.  Left my name and number.  - JXOLSEN - Dec 21, 2017 08:20:19 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/15/2017 | Documents/Mail | 44 | Appeal Dis EE Ackappeal | Completed | JXOLSEN |
| | Appeal Dis EE Ackappeal | | | | |
| 12/15/2017 | Documents/Mail | 43 | Appeal Dis EE Ackappeal | Completed | JXOLSEN |
| | Appeal Dis EE Ackappeal | | | | |

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 98 of 517     Lincoln/Glasner 163
PageID #: 211

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/15/2017 | Claim Tasks | 12 | Appeal - 4 day notice | Completed | JXOLSEN |

ACTUAL 45TH DAY IS 1/25/18

30TH DAY IS 1/10/18 - JXOLSEN - Dec 15, 2017 02:59:15 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/15/2017 | Telephone (IN) | 11 | Protection Strategies Incorporated | Completed | JXOLSEN |

Called ER left msg for callback to discuss job duties and if guided by Department of Defense as noted by the claimant. Left my name and number. - JXOLSEN - Dec 15, 2017 02:57:43 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/15/2017 | Telephone (OUT) | 10 | GERALD W. GLASNER | Completed | JXOLSEN |

Called claimant and ackn receipt of appeal and he confirmed he had nothing further to submit and he was okay with us proceeding with our review. I also inquired about other income and SSD- he indicated none- advised we are also reaching out to his employer regarding what their job duties are guided by as indicated in his letter (he noted guided by Dept of Defense rules specifically at Arnold Airforce Base). I noted ER was out of office until next week and I will follow-up with her next week to make sure that our Occupational Analysis is being handled properly. He thanked me for the call. - JXOLSEN - Dec 15, 2017 02:55:31 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/19/2017 8:10:44 PM | Claim Tasks | 3 | LINKS Review | Requested | SLTHOMP |
| 12/12/2017 | Claim Tasks | 3 | LINKS Review | Completed | SLTHOMP |
| 11/8/2017 | Referrals | 4 | Vocational Consultation | Completed | SLTHOMP |

Spoke with HEZRA2 to discuss whether a physical is required for Security Guards in the national economy. She said it is not always a requirement, just certain firms, and even so they may only require it at the beginning of employment, not ongoing each year. She said it is not a Main Duty or job task to pass physical. - SLTHOMP - Nov 08, 2017 01:35:08 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/24/2017 2:33:45 PM | Referrals | 3 | Ongoing Claim Review | Initial | SLTHOMP |

1st Level Appeal Review

Date Received: 09/21/2017
45th Day: 11/05/2017
90th Day: 12/20/2017
Cov Type: TSTD
Claimant Name: Gerald Glasner
Claim Number: 1170042164

Claim Demographics

Current Age: 61
EE State: TN
Situs State: TN
DLW: 03/31/2017
DOD: 04/01/2017
EP: 14 days
BCD: 04/15/2017
Benefit Paid To: 06/01/2017
MBD: 07/15/2017
Class: 2
RTW Date: None, terminated in late June 2017
DOH: 12/01/2015
Eff Date: 12/01/2015
Pre-Ex review needed: No pre-ex
SSDI Awarded: N/A
Weekly Net Benefit: $665
Occupation: Security Force Office (#372.667-034 & 193.262-014)
DOT Classification: Light
Primary Diagnosis: Degeneration of Lumbar Intervertebral Disc
Work Related: N/A
ERISA or NON-ERISA: ERISA
STD/LTD/LW claim status: N/A
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Attorney Representation: N/A

Initial Claim Decision

Reason/Date of denial: Not TDOO 07/24/2017

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 99 of 517    Glasner 164
PageID #: 212

Type of Medical Review, Name, & Specialty: Internal NDC Review - 07/20/2017 - DXWILLA

Current Providers:

AP Name/Specialty/Phone Number: Paul McCombs, MD (Neurology - 615-327-9543)

Summary of Appeal being discussed:

Demographics: Gerald Glasner is a 61 year old Security Force Officer (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc.  It was previously determined that he met the policy definition of disability to 06/01/2017.

At the claim level a review by a NDC indicated:

"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward."

Information Submitted with appeal and not previously reviewed:
 - Dr. McCombs - 09/24/2017 & 02/16/2017 letters
 - Laurin Howell, NP - 08/22/2017 OVN
 - 01/26/2017 Anesthesia Record

Assessment:

Basis for the Appeal: The claimant indicated 1) there is not a lot of records for her appeal, 2) he had her 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Sending file for NDC review.

1)According to the clinical evidence received, does the claimant have any impairment(s)?  If so, please list those impairments and describe their impact on the claimants functional status and note the expected duration of the impairment.

2)Comment on any physical and/or cognitive side effects the claimant is experiencing from the medication usage, if any, noted in the records.

3)Are the restrictions & limitations placed upon the claimants work activities by his/her provider reasonable and consistent with them medical findings?  Please explain - CMRAGOL - Oct 24, 2017 02:34:03 pm
Clinical Review

Claimant name:   GERALD GLASNER
Claim number:    STD   1170042164

Documents reviewed:
Rimda Gupta, MD, PCP
Paul McCombs, III, MD

Conclusion:  The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

Summary/File History:  61 year old male security force office, light occupation per file; DOD: 4/1/17, out with DDD lumbar spine.  The file indicates the claimant met the policy definition of disability to 6/1/17 but not beyond based upon NDC review at the claims level.  This is a request for STD 1st level appeal review.

Medical records document status post lumbar laminectomy approximately 15 years prior, now with low back pain requiring evaluation in 2016, and treated with epidural steroid injections.  2017 Chief complaint is low back pain left side, radiating down left leg. Current medications include: Aciphex, Bentyl, Lisinopril, Oxycodone, Phenobarbital.  Past medical history includes hernia repair, prior lumbar spinal fusion and anemia. Records indicate claimant underwent a prior lumbar epidural steroid injection of the left L2-3 in November, 2016; and 1/26/17 which relieved his pain.  Overall examinations find limited lumbar range of motion, otherwise neurologically intact with negative SLR and normal gait. Additional steroid injections and PT are ordered on 8/22/17. CT of spine 9/27/16 documents diffuse disc bulgeL1-3 without stenosis and prior laminectomy L3-4 through L5-S1.     Diagnosis is prolapsed lumbar disc and degeneration of

lumbar intervertebral disc.

Attending Physician Restrictions and Limitations (s):
1.9/24/17 Letter from McCombs, MD: Impairments include difficulty with repetitive lifting, twisting, bending and stooping. Should not lift an excess of 20 lbs., on any occasion or 10 lbs., repetitively. No difficulty with hearing, speaking or participating in leisure activities. May sit for up to four hours a day, stand up two hours, and walk for up to two hours with breaks. Requires approximately four breaks a day 10-15 minutes.
2.Abilities form dated 6/27/17 by McCombs notes claimant may sit frequently, lift up to 35 lbs. occasionally and never 36 or more pounds. May constantly sit, drive, finger, handle, operate foot controls and reach above the shoulder. May frequently stand, walk, and reach above the shoulder. May occasionally climb, bend, or kneel.
3.APS by McCombs 6/20/17 notes no running, jogging more than a mile, no pushups or sit ups.

Rationale with medical findings: The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Provider Calls: No. RTW: Claimant has been terminated. Specific recommendations: None.

Lynn Sucha, RN, DIA
Nurse Disability Consultant II - LMSUCHA - Nov 01, 2017 12:39:26 pm

| 11/8/2017 | Referrals | 3 | Ongoing Claim Review | Completed | SLTHOMP |

1st Level Appeal Review

Date Received: 09/21/2017
45th Day: 11/05/2017
90th Day: 12/20/2017
Cov Type: TSTD
Claimant Name: Gerald Glasner
Claim Number: 1170042164

Claim Demographics

Current Age: 61
EE State: TN
Situs State: TN
DLW: 03/31/2017
DOD: 04/01/2017
EP: 14 days
BCD: 04/15/2017
Benefit Paid To: 06/01/2017
MBD: 07/15/2017
Class: 2
RTW Date: None, terminated in late June 2017
DOH: 12/01/2015
Eff Date: 12/01/2015
Pre-Ex review needed: No pre-ex
SSDI Awarded: N/A
Weekly Net Benefit: $665
Occupation: Security Force Office (#372.667-034 & 193.262-014)
DOT Classification: Light
Primary Diagnosis: Degeneration of Lumbar Intervertebral Disc
Work Related: N/A
ERISA or NON-ERISA: ERISA
STD/LTD/LW claim status: N/A
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Attorney Representation: N/A

Initial Claim Decision

Reason/Date of denial: Not TDOO 07/24/2017
Type of Medical Review, Name, & Specialty: Internal NDC Review - 07/20/2017 - DXWILLA

# Chronological Activity List

Current Providers:

AP Name/Specialty/Phone Number: Paul McCombs, MD (Neurology - 615-327-9543)

Summary of Appeal being discussed:

Demographics: Gerald Glasner is a 61 year old Security Force Officer (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc. It was previously determined that he met the policy definition of disability to 06/01/2017.

At the claim level a review by a NDC indicated:

"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward."

Information Submitted with appeal and not previously reviewed:
 - Dr. McCombs - 09/24/2017 & 02/16/2017 letters
 - Laurin Howell, NP - 08/22/2017 OVN
 - 01/26/2017 Anesthesia Record

Assessment:

Basis for the Appeal: The claimant indicated 1) there is not a lot of records for her appeal, 2) he had her 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Sending file for NDC review.

1)According to the clinical evidence received, does the claimant have any impairment(s)? If so, please list those impairments and describe their impact on the claimants functional status and note the expected duration of the impairment.

2)Comment on any physical and/or cognitive side effects the claimant is experiencing from the medication usage, if any, noted in the records.

3)Are the restrictions & limitations placed upon the claimants work activities by his/her provider reasonable and consistent with them medical findings? Please explain - CMRAGOL - Oct 24, 2017 02:34:03 pm
Clinical Review

Claimant name:   GERALD GLASNER
Claim number:    STD   1170042164

Documents reviewed:
Rimda Gupta, MD, PCP
Paul McCombs, III, MD

Conclusion:  The medical records do not provide evidence of loss of function or physical impairment that would require restrictions of any kind from DOD forward.

Summary/File History:  61 year old male security force office, light occupation per file; DOD: 4/1/17, out with DDD lumbar spine.  The file indicates the claimant met the policy definition of disability to 6/1/17 but not beyond based upon NDC review at the claims level.  This is a request for STD 1st level appeal review.

Medical records document status post lumbar laminectomy approximately 15 years prior, now with low back pain requiring evaluation in 2016, and treated with epidural steroid injections.  2017 Chief complaint is low back pain left side, radiating down left leg. Current medications include: Aciphex, Bentyl, Lisinopril, Oxycodone, Phenobarbital.  Past medical history includes hernia repair, prior lumbar spinal fusion and anemia. Records indicate claimant underwent a prior lumbar epidural steroid injection of the left L2-3 in November, 2016; and 1/26/17 which relieved his pain.  Overall examinations find limited lumbar range of motion, otherwise neurologically intact with negative SLR and normal gait. Additional steroid injections and PT are ordered on 8/22/17. CT of spine 9/27/16 documents diffuse disc bulgeL1-3 without stenosis and prior laminectomy L3-4 through L5-S1.     Diagnosis is prolapsed lumbar disc and degeneration of lumbar intervertebral disc.

Attending Physician Restrictions and Limitations (s):
1.9/24/17 Letter from McCombs, MD: Impairments include difficulty with repetitive lifting, twisting, bending and stooping. Should not lift an excess of 20 lbs., on any occasion or 10 lbs., repetitively. No difficulty with hearing, speaking or participating in leisure activities. May sit for up to four hours a day, stand up two hours, and walk for up to two hours with breaks. Requires approximately four breaks a day 10-15 minutes.
2.Abilities form dated 6/27/17 by McCombs notes claimant may sit frequently, lift up to 35 lbs. occasionally and never 36 or more pounds. May constantly sit, drive, finger, handle, operate foot controls and reach above the shoulder. May frequently stand, walk, and reach above the shoulder. May occasionally climb, bend, or kneel.
3.APS by McCombs 6/20/17 notes no running, jogging more than a mile, no pushups or sit ups.

Rationale with medical findings: The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Provider Calls: No. RTW: Claimant has been terminated. Specific recommendations: None.

Lynn Sucha, RN, DIA
Nurse Disability Consultant II - LMSUCHA - Nov 01, 2017 12:39:26 pm

10/10/2017 9:21:38 AM    Summary/Assessment/Path    1st Level Appeal Review  - CMRAGOL - Oct 10, 2017 09:22:23 am   Requested            SLTHOMP

Summary Notes
1st Level Appeal Review  - CMRAGOL - Oct 10, 2017 09:22:23 am
Assessment Notes

Path Notes
1st Level Appeal Review

Date Received: 09/21/2017
45th Day: 11/05/2017
90th Day: 12/20/2017
Cov Type: TSTD
Claimant Name: Gerald Glasner
Claim Number: 1170042164

Claim Demographics

Current Age: 61
EE State:  TN
Situs State: TN
DLW: 03/31/2017
DOD: 04/01/2017
EP: 14 days
BCD: 04/15/2017
Benefit Paid To: 06/01/2017
MBD: 07/15/2017
Class: 2
RTW Date: ?
DOH: 12/01/2015
Eff Date: 12/01/2015
Pre-Ex review needed: No pre-ex
SSDI Awarded: N/A
Weekly Net Benefit: $665
Occupation:  Security Force Office (#372.667-034 & 193.262-014)
DOT Classification: Light
Primary Diagnosis: Degeneration of Lumbar Intervertebral Disc
Work Related: N/A
ERISA or NON-ERISA:  ERISA
STD/LTD/LW claim status: N/A
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Attorney Representation:  N/A

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 103 of 517   Glasner 168
PageID #: 216

# Chronological Activity List

Initial Claim Decision

Reason/Date of denial: Not TDOO 07/24/2017
Type of Medical Review, Name, & Specialty: Internal NDC Review - 07/20/2017 - DXWILLA

Current Providers:

AP Name/Specialty/Phone Number: Paul McCombs, MD (Neurology - 615-327-9543)

Summary of Appeal being discussed:

Demographics: Gerald Glasner is a 61 year old Security Force Officer (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc. It was previously determined that he met the policy definition of disability to 06/01/2017.

At the claim level a review by a NDC indicated:

"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward."

Information Submitted with appeal and not previously reviewed: None

Assessment:

Basis for the Appeal: The claimant indicated 1) there is not a lot of records for her appeal, 2) he had her 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Path: Letter to claimant and ER. Initial call to claimant. Mailing letter and giving 30 days to provide additional information for the appeal. Requesting the RTW date from the ER. - CMRAGOL - Oct 10, 2017 09:22:23 am

10/16/2017 - Rcvd med recs including:
 - Dr. McCombs - 09/24/2017 & 02/16/2017 letters
 - Laurin Howell, NP - 08/22/2017 OVN
 - 01/26/2017 Anesthesia Record

Per clmt, no addtl med recs being sent. Pending for info from ER. - CMRAGOL - Oct 16, 2017 10:02:33 am

10/20/2017 - Sent extension letter, see phone notes. - CMRAGOL - Oct 20, 2017 04:24:38 pm

10/24/2017 - Per email from clmt, his employment was terminated in late June 2017. He did not RTW. Proceeding with medical review. Sending file for NDC review. - CMRAGOL - Oct 24, 2017 02:32:42 pm

1st LEVEL UPHOLD RATIONALE. Gerald Glasner is a 61 year old Security Guard (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc. It was previously determined that he met the policy definition of disability to 06/01/2017.
At the claim level a review by a NDC indicated:
"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward."
Upon appeal received:
 - Dr. McCombs - 09/24/2017 & 02/16/2017 letters
 - Laurin Howell, NP - 08/22/2017 OVN
 - 01/26/2017 Anesthesia Record

The claimant indicated 1) there is not a lot of records for her appeal, 2) he had his 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Assessment Notes: His file was reviewed by an internal NDC who found:

Medical records document status post lumbar laminectomy approximately 15 years prior, now with low back pain requiring evaluation in 2016, and treated with epidural steroid injections. 2017 Chief complaint is low back pain left side, radiating down left leg. Current medications include: Aciphex, Bentyl, Lisinopril, Oxycodone, Phenobarbital. Past medical history includes hernia repair, prior lumbar spinal fusion and anemia. Records indicate claimant underwent a prior lumbar epidural steroid injection of the left L2-3 in November, 2016; and 1/26/17 which relieved his pain. Overall examinations find limited lumbar range of motion, otherwise neurologically intact with negative SLR and normal gait. Additional steroid injections and PT are ordered on 8/22/17. CT of spine 9/27/16 documents diffuse disc bulgeL1-3 without stenosis and prior laminectomy L3-4 through L5-S1.      Diagnosis is prolapsed lumbar disc and degeneration of lumbar intervertebral disc.

Attending Physician Restrictions and Limitations (s):
1.9/24/17 Letter from McCombs, MD: Impairments include difficulty with repetitive lifting, twisting, bending and stooping. Should not lift an excess of 20 lbs., on any occasion or 10 lbs., repetitively. No difficulty with hearing, speaking or participating in leisure activities. May sit for up to four hours a day, stand up two hours, and walk for up to two hours with breaks. Requires approximately four breaks a day 10-15 minutes.
2.Abilities form dated 6/27/17 by McCombs notes claimant may sit frequently, lift up to 35 lbs. occasionally and never 36 or more pounds. May constantly sit, drive, finger, handle, operate foot controls and reach above the shoulder. May frequently stand, walk, and reach above the shoulder. May occasionally climb, bend, or kneel.
3.APS by McCombs 6/20/17 notes no running, jogging more than a mile, no pushups or sit ups.

Rationale with medical findings: The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Path: The records did not find by physical examination or diagnostic testing that his lumbar condition would warrant R&L's from his occupation. He also claims that he would still be working if he was able to pass the employment physical if it was modified for him. The physical is not a Main Duty of his occupation. Upholding the claim denial. Calling the claimant and sending letter to the EE and ER. - SLTHOMP - Nov 08, 2017 02:01:04 pm

11/8/2017    Summary/Assessment/Path    1st Level Appeal Review  - CMRAGOL - Oct 10, 2017 09:22:23 am   Completed          SLTHOMP

Summary Notes
1st Level Appeal Review  - CMRAGOL - Oct 10, 2017 09:22:23 am
Assessment Notes

Path Notes
1st Level Appeal Review

Date Received: 09/21/2017
45th Day: 11/05/2017
90th Day: 12/20/2017
Cov Type: TSTD
Claimant Name: Gerald Glasner
Claim Number: 1170042164

Claim Demographics

Current Age: 61
EE State:  TN
Situs State: TN
DLW: 03/31/2017
DOD: 04/01/2017
EP: 14 days
BCD: 04/15/2017
Benefit Paid To: 06/01/2017
MBD: 07/15/2017
Class: 2
RTW Date: ?
DOH: 12/01/2015
Eff Date: 12/01/2015
Pre-Ex review needed: No pre-ex
SSDI Awarded: N/A
Weekly Net Benefit: $665

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Occupation:  Security Force Office (#372.667-034 & 193.262-014)
DOT Classification: Light
Primary Diagnosis: Degeneration of Lumbar Intervertebral Disc
Work Related: N/A
ERISA or NON-ERISA:  ERISA
STD/LTD/LW claim status: N/A
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Attorney Representation:  N/A

Initial Claim Decision

Reason/Date of denial: Not TDOO 07/24/2017
Type of Medical Review, Name, & Specialty: Internal NDC Review - 07/20/2017 - DXWILLA

Current Providers:

AP Name/Specialty/Phone Number: Paul McCombs, MD (Neurology - 615-327-9543)

Summary of Appeal being discussed:

Demographics: Gerald Glasner is a 61 year old Security Force Officer (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc.  It was previously determined that he met the policy definition of disability to 06/01/2017.

At the claim level a review by a NDC indicated:

"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward."

Information Submitted with appeal and not previously reviewed: None

Assessment:

Basis for the Appeal: The claimant indicated 1) there is not a lot of records for her appeal, 2) he had her 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Path: Letter to claimant and ER.  Initial call to claimant.  Mailing letter and giving 30 days to provide additional information for the appeal. Requesting the RTW date from the ER. - CMRAGOL - Oct 10, 2017 09:22:23 am

10/16/2017 - Rcvd med recs including:
 - Dr. McCombs - 09/24/2017 & 02/16/2017 letters
 - Laurin Howell, NP - 08/22/2017 OVN
 - 01/26/2017 Anesthesia Record

Per clmt, no addtl med recs being sent.  Pending for info from ER. - CMRAGOL - Oct 16, 2017 10:02:33 am

10/20/2017 - Sent extension letter, see phone notes. - CMRAGOL - Oct 20, 2017 04:24:38 pm

10/24/2017 - Per email from clmt, his employment was terminated in late June 2017.  He did not RTW.  Proceeding with medical review. Sending file for NDC review. - CMRAGOL - Oct 24, 2017 02:32:42 pm

1st LEVEL UPHOLD RATIONALE.  Gerald Glasner is a 61 year old Security Guard (Light) who stopped working on 03/31/2017 due to Degeneration of lumbar intervertebral disc.  It was previously determined that he met the policy definition of disability to 06/01/2017.
At the claim level a review by a NDC indicated:
"There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward."
Upon appeal received:
 - Dr. McCombs - 09/24/2017 & 02/16/2017 letters
 - Laurin Howell, NP - 08/22/2017 OVN

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 106 of 517   Lincoln Glasner 171
PageID #: 219

# Chronological Activity List

- 01/26/2017 Anesthesia Record

The claimant indicated 1) there is not a lot of records for her appeal, 2) he had his 3rd steroid injection in 12 months which help some, 3) ER has physical fitness standards that is a job requirement which he cannot complete and that led to his termination after his vacation time was exhausted, 4) he was deemed unfit for duty by the ER, 5) Dr. McCombs didn't find him unfit for duty, 6) the physical fitness test is a main duty of the job and cannot be modified or omitted.

Assessment Notes: His file was reviewed by an internal NDC who found:

Medical records document status post lumbar laminectomy approximately 15 years prior, now with low back pain requiring evaluation in 2016, and treated with epidural steroid injections. 2017 Chief complaint is low back pain left side, radiating down left leg. Current medications include: Aciphex, Bentyl, Lisinopril, Oxycodone, Phenobarbital. Past medical history includes hernia repair, prior lumbar spinal fusion and anemia. Records indicate claimant underwent a prior lumbar epidural steroid injection of the left L2-3 in November, 2016; and 1/26/17 which relieved his pain. Overall examinations find limited lumbar range of motion, otherwise neurologically intact with negative SLR and normal gait. Additional steroid injections and PT are ordered on 8/22/17. CT of spine 9/27/16 documents diffuse disc bulgeL1-3 without stenosis and prior laminectomy L3-4 through L5-S1. Diagnosis is prolapsed lumbar disc and degeneration of lumbar intervertebral disc.

Attending Physician Restrictions and Limitations (s):
1.9/24/17 Letter from McCombs, MD: Impairments include difficulty with repetitive lifting, twisting, bending and stooping. Should not lift an excess of 20 lbs., on any occasion or 10 lbs., repetitively. No difficulty with hearing, speaking or participating in leisure activities. May sit for up to four hours a day, stand up two hours, and walk for up to two hours with breaks. Requires approximately four breaks a day 10-15 minutes.
2.Abilities form dated 6/27/17 by McCombs notes claimant may sit frequently, lift up to 35 lbs. occasionally and never 36 or more pounds. May constantly sit, drive, finger, handle, operate foot controls and reach above the shoulder. May frequently stand, walk, and reach above the shoulder. May occasionally climb, bend, or kneel.
3.APS by McCombs 6/20/17 notes no running, jogging more than a mile, no pushups or sit ups.

Rationale with medical findings: The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum.

Path: The records did not find by physical examination or diagnostic testing that his lumbar condition would warrant R&L's from his occupation. He also claims that he would still be working if he was able to pass the employment physical if it was modified for him. The physical is not a Main Duty of his occupation. Upholding the claim denial. Calling the claimant and sending letter to the EE and ER. - SLTHOMP - Nov 08, 2017 02:01:04 pm

| Date | Activity | # | Description | | Status | User |
|---|---|---|---|---|---|---|
| 9/22/2017 7:50:48 AM | Appeal | 1 | Level 1 | | New | SLTHOMP |
| | 1st Level of Appeal assigned to CMRAGOL on 09/22/2017. - SLTHOMP - Sep 22, 2017 02:59:37 pm | | | | | |
| 11/8/2017 | Appeal | 1 | Level 1 | | Closed | SLTHOMP |
| | 1st Level of Appeal assigned to CMRAGOL on 09/22/2017. - SLTHOMP - Sep 22, 2017 02:59:37 pm | | | | | |
| 11/8/2017 | Documents/Mail | 41 | Appeal Dis Uphold to Group | | Completed | SLTHOMP |
| | Appeal Dis Uphold to Group | | | | | |
| 11/8/2017 | Documents/Mail | 42 | Appeal Own Occ Level 1 Uphold EE | | Completed | SLTHOMP |
| | Appeal Own Occ Level 1 Uphold EE | | | | | |
| 10/10/2017 9:23:08 AM | Claim Tasks | 8 | Appeal 90 Day Extension | | Requested | SLTHOMP |
| | 90TH DAY = 12/20/2017 - CMRAGOL - Oct 10, 2017 09:23:21 am | | | | | |
| 11/8/2017 | Claim Tasks | 8 | Appeal 90 Day Extension | | Completed | SLTHOMP |
| | 90TH DAY = 12/20/2017 - CMRAGOL - Oct 10, 2017 09:23:21 am | | | | | |
| 11/8/2017 | Telephone (OUT) | 9 | GERALD W. GLASNER | | Completed | SLTHOMP |
| | Made call to Gerald, advised STD determination made, letter being sent to him by email. If he disagrees he has the right to a 2nd level of appeal and this information is also in the letter. He said thanks. - SLTHOMP - Nov 08, 2017 02:04:38 pm | | | | | |
| 10/25/2017 | Documents/Mail | 39 | Email | | Completed | CMRAGOL |
| | 2017-10-24-15.30.32.242600O01 | | | | | |
| 10/25/2017 | Documents/Mail | 40 | Email | | Completed | CMRAGOL |
| | 2017-10-24-15.32.04.996580O01 | | | | | |

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 107 of 507    Lincoln Glasner 172
PageID #: 220

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/10/2017 9:24:41 AM | Claim Tasks | 10 | Call Employer | Requested | CMRAGOL |
| | 10/10/2017 - Req'd RTW/Term Date from ER. - CMRAGOL - Oct 10, 2017 09:25:02 am | | | | |
| | 10/17/2017 - Emailed ER for RTW/Term Date. - CMRAGOL - Oct 17, 2017 04:17:09 pm | | | | |
| 10/24/2017 | Claim Tasks | 10 | Call Employer | Completed | CMRAGOL |
| | 10/10/2017 - Req'd RTW/Term Date from ER. - CMRAGOL - Oct 10, 2017 09:25:02 am | | | | |
| | 10/17/2017 - Emailed ER for RTW/Term Date. - CMRAGOL - Oct 17, 2017 04:17:09 pm | | | | |
| 10/20/2017 | Documents/Mail | 38 | Appeal Dis EE Extension Letter | Completed | CMRAGOL |
| | Appeal Dis EE Extension Letter | | | | |
| 10/10/2017 9:22:30 AM | Claim Tasks | 7 | Appeal - 45 Day Reminder | Requested | CMRAGOL |
| | 45TH DAY = 11/05/2017 | | | | |
| | 30TH DAY = 10/21/2017 - CMRAGOL - Oct 10, 2017 09:23:05 am | | | | |
| 10/20/2017 | Claim Tasks | 7 | Appeal - 45 Day Reminder | Completed | CMRAGOL |
| | 45TH DAY = 11/05/2017 | | | | |
| | 30TH DAY = 10/21/2017 - CMRAGOL - Oct 10, 2017 09:23:05 am | | | | |
| 10/20/2017 | Telephone (OUT) | 8 | GERALD W. GLASNER | Completed | CMRAGOL |
| | Left vm for clmt advising of extension letter. Explained we are awaiting info from ER and will send file for med review once that is recvd. Left cb # for questions. - CMRAGOL - Oct 20, 2017 04:29:20 pm | | | | |
| 10/18/2017 | Documents/Mail | 37 | Email | Completed | CMRAGOL |
| | 2017-10-17-17.17.14.466480O01 | | | | |
| 10/17/2017 | Documents/Mail | 36 | Email | Completed | CMRAGOL |
| | 2017-10-16-10.59.42.195480O01 | | | | |
| 10/13/2017 7:27:10 AM | Documents/Mail | 35 | Email | Received | CMRAGOL |
| | 2017-10-12-14.46.41.931480O01 | | | | |
| 10/16/2017 | Documents/Mail | 35 | Email | Completed | CMRAGOL |
| | 2017-10-12-14.46.41.931480O01 | | | | |
| 10/13/2017 7:26:21 AM | Documents/Mail | 33 | Email | Received | CMRAGOL |
| | 2017-10-12-14.46.12.135420O01 | | | | |
| 10/16/2017 | Documents/Mail | 33 | Email | Completed | CMRAGOL |
| | 2017-10-12-14.46.12.135420O01 | | | | |
| 10/13/2017 7:26:22 AM | Documents/Mail | 34 | Medical Records | Received | CMRAGOL |
| | 2017-10-12-14.46.12.204420O01 | | | | |
| 10/16/2017 | Documents/Mail | 34 | Medical Records | Completed | CMRAGOL |
| | 2017-10-12-14.46.12.204420O01 | | | | |
| 10/10/2017 9:23:35 AM | Claim Tasks | 9 | Update Claim Direction | Requested | CMRAGOL |
| | 30TH DAY = 11/09/2017 - CMRAGOL - Oct 10, 2017 09:23:48 am | | | | |
| 10/16/2017 | Claim Tasks | 9 | Update Claim Direction | Completed | CMRAGOL |
| | 30TH DAY = 11/09/2017 - CMRAGOL - Oct 10, 2017 09:23:48 am | | | | |
| 10/10/2017 | Documents/Mail | 32 | Appeal Dis Delay Letter to Group | Completed | CMRAGOL |
| | Appeal Dis Delay Letter to Group | | | | |
| 10/10/2017 | Documents/Mail | 31 | Appeal Dis EE Ackappeal | Completed | CMRAGOL |
| | Appeal Dis EE Ackappeal | | | | |
| 10/10/2017 | Telephone (OUT) | 7 | GERALD W. GLASNER | Completed | CMRAGOL |
| | Called clmt to advise that we received his appeal. I adivsed that we have limited med recs and no OVN from beyond his DLW. He stated that he's received 3 steroid injections, one was last month. I advised that he shoudl submit the med recs for those injections and any other OVN he may have had. I asked if there was an updated CT or MRI, he confirmed there has not been. He stated that he is unfit for duty based on his ER's requirements, specifically the sit ups and push ups and those are restrictions from him dr. He will email me the med recs he has. I advised that I will let him know once they are recvd and will proceed with review once the recs are recvd. Left cb # for questions. - CMRAGOL - Oct 10, 2017 09:47:24 am | | | | |
| 9/27/2017 8:00:51 PM | Claim Tasks | 6 | Appeal - 4 day notice | Requested | CMRAGOL |
| 9/28/2017 | Claim Tasks | 6 | Appeal - 4 day notice | Completed | CMRAGOL |

11/20/2019

41

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 108 of 517    Lincoln Glasner 173
PageID #: 221

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/25/2017 10:35:59 PM | Documents/Mail | 30 | Generic Denial Ltr Sent to Employer | Work In Progress | MAOHO6 |
| | Generic Denial Ltr Sent to Employer | | | | |
| 7/26/2017 | Documents/Mail | 30 | Generic Denial Ltr Sent to Employer | Completed | MAOHO6 |
| | Generic Denial Ltr Sent to Employer | | | | |
| 7/25/2017 | Claim Tasks | 5 | Unable to process correspondence | Completed | MAOHO6 |

"Generic Denial Ltr Sent to Employer" letter not sent due to a problem publishing:
com.lfg.correspondence.exceptions.CorrespondenceException: ror>
  &lt;jobReturn&gt;
    &lt;process&gt;com.dstsystems.awd.ns2.jobManager.ke.tasks.AWDLogon&lt;/process&gt;
    &lt;code&gt;-2147483648&lt;/code&gt;
    &lt;description&gt;Internal error 118 has occurred.&lt;/description&gt;
  &lt;/jobReturn&gt;
&lt;/DST&gt;

| | | | | | |
|---|---|---|---|---|---|
| 7/19/2017 7:33:07 PM | Referrals | 2 | Ongoing Claim Review | Initial | MAOHO6 |

Clinical Consultation - Review Referral Template
Demographics
Claimant Name: Gerald Glasner
Claim Number: 1170042164
Occupation/level:Security guard (light)
Diagnosis:localized back, leg, and hip pain
DOD:4/1/17
DLW:3/31/17
61 yom security guard (light) OA completed OOW since 4/1/17 due to low back pain. EE had back surgery many years ago and is currently having troubles. EE had LOV 2/26/17 with neuro and recently received APS and Abilities form with different R&L's. EE was seen on 2/26/17 for injection and is planning (unconfirmed) a follow up soon for another injection. f/u visits are noted as PRN on form. Based on information seen likely EE could perform light occ as noted in APS of medium occ level. EE also sent in appeal language however no official med review completed to deny claim as of today

Specific Medical Question:

Requesting review of claim as MR note EE likely could RTWOO in light occupation, but age and previous surgery could prevent possible RTW, and EE is receiving APS/AF from neurosurgeon certifying disability. Therefore, requesting review to asssit in current situation for ongoing physicial impairments. - MAOHO6 - Jul 19, 2017 07:33:26 pm
Claimant Name: Gerald Glasner
Claim Number: 1170042164

There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

DXWILLA - DXWILLA - Jul 20, 2017 02:04:22 pm

| | | | | | |
|---|---|---|---|---|---|
| 7/24/2017 | Referrals | 2 | Ongoing Claim Review | Completed | MAOHO6 |

Clinical Consultation - Review Referral Template
Demographics
Claimant Name: Gerald Glasner
Claim Number: 1170042164
Occupation/level:Security guard (light)
Diagnosis:localized back, leg, and hip pain
DOD:4/1/17
DLW:3/31/17
61 yom security guard (light) OA completed OOW since 4/1/17 due to low back pain. EE had back surgery many years ago and is currently having troubles. EE had LOV 2/26/17 with neuro and recently received APS and Abilities form with different R&L's. EE was seen on 2/26/17 for injection and is planning (unconfirmed) a follow up soon for another injection. f/u visits are noted as PRN on form. Based on information seen likely EE could perform light occ as noted in APS of medium occ level. EE also sent in appeal language however no official med review completed to deny claim as of today

Specific Medical Question:

Requesting review of claim as MR note EE likely could RTWOO in light occupation, but age and previous surgery could prevent possible RTW, and EE is receiving APS/AF from neurosurgeon certifying disability. Therefore, requesting review to asssit in current situation for ongoing physicial impairments. - MAOHO6 - Jul 19, 2017 07:33:26 pm
Claimant Name: Gerald Glasner
Claim Number: 1170042164

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 109 of 517    Lincoln Glasner 174
PageID #: 222

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

There are no medical records in the file since February 2017. There are no medical records near the DOD for any provider to have taken the CLMT out of work at that time. There are no medical records to review during the period of disability. There is nothing to support R&L's from the DOD forward.

DXWILLA - DXWILLA - Jul 20, 2017 02:04:22 pm

**5/12/2017 10:09:50 AM**  Summary/Assessment/Pain  Requested  MAOHO6

Summary Notes

Assessment Notes

Path Notes
S:
61 yom Security Force Officer (medium); DLW: 3/31/17; DOD: 4/1/17; DX: Degeneration of Lumbar Intervertebral Disc. Claim is Approved.

E:
List billed - EE paid - post tax; coverage eff 12/1/15; class 2; BWE $1,125.20; works 40 hrs/wk; no pre-ex.

A:
APS dated 4/30/17 signed by Dr. McCombs - Neurosurgery
SUBJ: Back and bilateral hip pain
OBJ: Localized back pain
R&L's: Unable to run or job more than a mile. Unable to do pushups. Unable to do situps.
Tx: Epidural steroid injections
H/W: 6'0, 175 lbs
FOV: 2001, LOV 10/19/16
CE spoke with receptionist at doctor's office who advised DOD is 4/1/17.
MDA: 0/28/42
ERTW: Permanent restrictions placed on pt that do not allow pt to return to work.

O:
EE, ER, APS, and Auth received. CE made 1st initial contact attempt. EE stated company will not let him work because he could not pass the physical fitness test and was deemed unfit for duty.

P:
Per ERS, EE received vac pay from 4/1/17-4/29/17 in the amt of $1,125.20. Per policy, vac time is not an offset.

Reasonable to approve to 6/1/17 per mda and considering EE's DX and occupation.
P:
Will pay to 6/1/17. Will request med recs on EE's behalf. Once med recs are received, they will undergo review to determine if it is reasonable to extend claim beyond LTD.
 - FAIAB6 - May 12, 2017 10:11:38 am


CE called claimant to inform him of approval date 6/1/17 and advised if he is unable to rtw by 6/1/17, to have updated med recs submitted, left message.
 - FAIAB6 - May 17, 2017 09:06:09 am

6/5/17 - Items recvd
APS - dx of degenrtve lumbar and disc; unable to run or jog more than a mile, pushups, and steps; tx- epidural inj; 1st tx in 2001, ov will be on an as needed basis, lov 10/13/2016; sx in 2001; perm restricts placed that do not all wee to rtw compltd by Dr. McCombs / Neuro on 4/30/17

Letter dated 05/30/2017 - ee adv restrictions are perm and degenrtve: ee also included the physical fitness mandate

Med recs from St Thomas Health -
3/21/17 Letter from Dr. McCombs - perm restricts regarding lumbar spinal condition, adv run, jog more than mile may cause flareups

Security Force Officer
Plan - aps sent again not new / jd needed for voc consult  - CLIMC5 - Jun 05, 2017 05:44:31 pm

6/19/17
MR note that EE has ongoing epidural injections however no updated records for review. Sending letter to EE of

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 110 of 517  Lincoln Glasner 175
PageID #: 223

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

insufficient to include abilities form and note MR needed from 04/01/2017 to 06/20/2017 within the next 15 days for review of claim. - MAOHO6 - Jun 19, 2017 06:26:12 am

6/27/17 Received 2016 MR, sending insufficient letter to note MR needed from 4/1/17 to present for review - MAOHO6 - Jun 27, 2017 01:47:47 pm

6/30/17
Paul McCombs completed AF dated 6/24/17. LOV 2/16/17 and seen as needed.
-Constantly: sit, drive, finger, handle, operate foot controls, reach above shoulder
-Frequently: lift 0-10 lbs, stand, walk, reach above shoulder
-Occasionally: lift 11-35 lbs, climb, bend, kneel
-Never: lift over 36 lbs
--Plan: Awaiting MR for further action (med review if rec'd) - MAOHO6 - Jun 30, 2017 07:11:43 am

7/24/17
Med review completed with updated GCOD and APS.
--Plan: No support due to no records for review of currnet condition. Sending denial not disabled letter to EE to inform - MAOHO6 - Jul 24, 2017 06:15:47 am

| 7/24/2017 | Summary/Assessment/Path | | | Completed | MAOHO6 |

Summary Notes

Assessment Notes

Path Notes
S:
61 yom Security Force Officer (medium); DLW: 3/31/17; DOD: 4/1/17; DX: Degeneration of Lumbar Intervertebral Disc. Claim is Approved.

E:
List billed - EE paid - post tax; coverage eff 12/1/15; class 2; BWE $1,125.20; works 40 hrs/wk; no pre-ex.

A:
APS dated 4/30/17 signed by Dr. McCombs - Neurosurgery
SUBJ: Back and bilateral hip pain
OBJ: Localized back pain
R&L's: Unable to run or job more than a mile. Unable to do pushups. Unable to do situps.
Tx: Epidural steroid injections
H/W: 6'0, 175 lbs
FOV: 2001, LOV 10/19/16
CE spoke with receptionist at doctor's office who advised DOD is 4/1/17.
MDA: 0/28/42
ERTW: Permanent restrictions placed on pt that do not allow pt to return to work.

O:
EE, ER, APS, and Auth received. CE made 1st initial contact attempt. EE stated company will not let him work because he could not pass the physical fitness test and was deemed unfit for duty.

P:
Per ERS, EE received vac pay from 4/1/17-4/29/17 in the amt of $1,125.20. Per policy, vac time is not an offset.

Reasonable to approve to 6/1/17 per mda and considering EE's DX and occupation.
P:
Will pay to 6/1/17. Will request med recs on EE's behalf. Once med recs are received, they will undergo review to determine if it is reasonable to extend claim beyond LTD.
 - FAIAB6 - May 12, 2017 10:11:38 am

CE called claimant to inform him of approval date 6/1/17 and advised if he is unable to rtw by 6/1/17, to have updated med recs submitted, left message.
 - FAIAB6 - May 17, 2017 09:06:09 am

6/5/17 - Items recvd
APS - dx of degenrtve lumbar and disc; unable to run or jog more than a mile, pushups, and steps; tx- epidural inj; 1st tx in 2001, ov will be on an as needed basis, lov 10/13/2016; sx in 2001; perm restricts placed that do not all wee to rtw

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

compltd by Dr. McCombs / Neuro on 4/30/17

Letter dated 05/30/2017 - ee adv restrictions are perm and degenrtve: ee also included the physical fitness mandate

Med recs from St Thomas Health -
3/21/17 Letter from Dr. McCombs - perm restricts regarding lumbar spinal condition, adv run, jog more than mile may cause flareups

Security Force Officer
Plan - aps sent again not new / jd needed for voc consult  - CLIMC5 - Jun 05, 2017 05:44:31 pm

6/19/17
MR note that EE has ongoing epidural injections however no updated records for review. Sending letter to EE of insufficient to include abilities form and note MR needed from 04/01/2017 to 06/20/2017 within the next 15 days for review of claim. - MAOHO6 - Jun 19, 2017 06:26:12 am

6/27/17 Received 2016 MR, sending insufficient letter to note MR needed from 4/1/17 to present for review - MAOHO6 - Jun 27, 2017 01:47:47 pm

6/30/17
Paul McCombs completed AF dated 6/24/17. LOV 2/16/17 and seen as needed.
-Constantly: sit, drive, finger, handle, operate foot controls, reach above shoulder
-Frequently: lift 0-10 lbs, stand, walk, reach above shoulder
-Occasionally: lift 11-35 lbs, climb, bend, kneel
-Never: lift over 36 lbs
--Plan: Awaiting MR for further action (med review if rec'd) - MAOHO6 - Jun 30, 2017 07:11:43 am

7/24/17
Med review completed with updated GCOD and APS.
--Plan: No support due to no records for review  of currnet condition. Sending denial not disabled letter to EE to inform  - MAOHO6 - Jul 24, 2017 06:15:47 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/24/2017 | Documents/Mail<br>Denial Not Disabled | 27 | Denial Not Disabled | Completed | MAOHO6 |
| 7/20/2017 11:10:33 AM | Documents/Mail<br>2017-07-20-12.07.35.785960O01 | 25 | Attending Physicians Statement | Received | MAOHO6 |
| 7/24/2017 | Documents/Mail<br>2017-07-20-12.07.35.785960O01 | 25 | Attending Physicians Statement | Completed | MAOHO6 |
| 7/20/2017 11:10:32 AM | Documents/Mail<br>2017-07-20-12.04.48.236960O01 | 23 | Appeal Notice | Received | MAOHO6 |
| 7/24/2017 | Documents/Mail<br>2017-07-20-12.04.48.236960O01 | 23 | Appeal Notice | Completed | MAOHO6 |
| 7/20/2017 1:37:54 PM | Documents/Mail<br>2017-07-20-09.05.54.248900O01 | 26 | Email | Received | MAOHO6 |
| 7/24/2017 | Documents/Mail<br>2017-07-20-09.05.54.248900O01 | 26 | Email | Completed | MAOHO6 |
| 7/20/2017 11:10:33 AM | Documents/Mail<br>2017-07-20-12.07.04.606960O01 | 24 | ABILITIES FORM | Received | MAOHO6 |
| 7/24/2017 | Documents/Mail<br>2017-07-20-12.07.04.606960O01 | 24 | ABILITIES FORM | Completed | MAOHO6 |
| 7/20/2017 11:10:31 AM | Documents/Mail<br>2017-07-19-15.31.03.079980O01 | 22 | Fax | Received | MAOHO6 |
| 7/24/2017 | Documents/Mail<br>2017-07-19-15.31.03.079980O01 | 22 | Fax | Completed | MAOHO6 |
| 7/24/2017 | Documents/Mail<br>2017-07-24-07.24.24.429060O01 | 29 | Voc Rehab Forms | Completed | MAOHO6 |
| 7/24/2017 | Documents/Mail<br>2017-07-24-07.24.24.388060O01 | 28 | Email | Completed | MAOHO6 |

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 112 of 507   Lincoln Glasner 177
PageID #: 225

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/11/2017 | Telephone (OUT) | 6 | GERALD W. GLASNER | Completed | MAOHO6 |

OBC to EE to inform no MR from 4/1/17 to present for review of current condition to keep paying no answer lvom - MAOHO6 - Jul 11, 2017 12:50:56 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/10/2017 11:51:59 AM | Telephone (IN) | 5 | tina davis | Requested | MAOHO6 |

please follow up with claimant within 24hrs in regards to claim stat

| | | | | | |
|---|---|---|---|---|---|
| 7/11/2017 | Telephone (IN) | 5 | tina davis | Completed | MAOHO6 |

please follow up with claimant within 24hrs in regards to claim stat

| | | | | | |
|---|---|---|---|---|---|
| 6/29/2017 3:27:41 PM | Documents/Mail | 21 | ABILITIES FORM | Received | MAOHO6 |

2017-06-29-15.32.06.189800O01

Paul McCombs completed AF dated 6/24/17. LOV 2/16/17 and seen as needed.
-Constantly: sit, drive, finger, handle, operate foot controls, reach above shoulder
-Frequently: lift 0-10 lbs, stand, walk, reach above shoulder
-Occasionally: lift 11-35 lbs, climb, bend, kneel
-Never: lift over 36 lbs - MAOHO6 - Jun 30, 2017 07:10:00 am

| | | | | | |
|---|---|---|---|---|---|
| 6/30/2017 | Documents/Mail | 21 | ABILITIES FORM | Completed | MAOHO6 |

2017-06-29-15.32.06.189800O01

Paul McCombs completed AF dated 6/24/17. LOV 2/16/17 and seen as needed.
-Constantly: sit, drive, finger, handle, operate foot controls, reach above shoulder
-Frequently: lift 0-10 lbs, stand, walk, reach above shoulder
-Occasionally: lift 11-35 lbs, climb, bend, kneel
-Never: lift over 36 lbs - MAOHO6 - Jun 30, 2017 07:10:00 am

| | | | | | |
|---|---|---|---|---|---|
| 6/27/2017 | Documents/Mail | 20 | Insufficient Information | Completed | MAOHO6 |

Insufficient Information

| | | | | | |
|---|---|---|---|---|---|
| 6/21/2017 10:41:33 AM | Documents/Mail | 19 | Medical Records | Received | MAOHO6 |

2017-06-21-11.40.02.750600O01

| | | | | | |
|---|---|---|---|---|---|
| 6/27/2017 | Documents/Mail | 19 | Medical Records | Completed | MAOHO6 |

2017-06-21-11.40.02.750600O01

| | | | | | |
|---|---|---|---|---|---|
| 6/23/2017 | Telephone (IN) | 4 | Gerald Glasner | Completed | LDYJA8 |

Tina Davis call from ER office from Protection Strategies Inc regarding Gerald Glasner have we rcvd documentation from his doctor I told her medical records was rcvd on 6/21

1170042164

| | | | | | |
|---|---|---|---|---|---|
| 6/21/2017 | Documents/Mail | 18 | Attending Physicians Statement | Completed | MAOHO6 |

2017-06-21-11.39.46.329600O01

APS dated 6/20/17 from Dr. Paul McCombs Howell Allen Clinic @ 615-627-9543 Fax 615-341-7583. Notes of localized back, leg, and hip pain with similar condition in 2001. Dx M51.36. FOV 9/14/16 and LOV 10/19/16, f/u visits PRN. Class 2 physical condition (medium activity). EE TDOO since 12/1/16 with never functionally changing in the future. Permanent restirctions of no jogging, running more than a mile, no push ups or sit ups - MAOHO6 - Jun 21, 2017 12:56:44 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/21/2017 | Documents/Mail | 17 | Fax | Completed | MAOHO6 |

2017-06-20-19.15.13.384600O01

| | | | | | |
|---|---|---|---|---|---|
| 6/19/2017 1:15:04 PM | Documents/Mail | 16 | ABILITIES FORM | Received | MAOHO6 |

2017-06-19-07.30.19.674640O01

| | | | | | |
|---|---|---|---|---|---|
| 6/20/2017 | Documents/Mail | 16 | ABILITIES FORM | Completed | MAOHO6 |

2017-06-19-07.30.19.674640O01

| | | | | | |
|---|---|---|---|---|---|
| 6/19/2017 1:15:03 PM | Documents/Mail | 15 | Email | Received | MAOHO6 |

2017-06-19-07.30.19.632640O01

| | | | | | |
|---|---|---|---|---|---|
| 6/20/2017 | Documents/Mail | 15 | Email | Completed | MAOHO6 |

2017-06-19-07.30.19.632640O01

| | | | | | |
|---|---|---|---|---|---|
| 6/20/2017 | Telephone (IN) | 3 | Tina Davis | Completed | PABMI0 |

GERALD W GLASNER
SS -
ER - PROSTRAT
STD 1170042164

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 113 of 507   Lincoln Glasner 178
PageID #: 226

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

checking status of claim and PW sent in

6/19/17
MR note that EE has ongoing epidural injections however no updated records for review. Sending letter to EE of insufficient to include abilities form and note MR needed from 04/01/2017 to 06/20/2017 within the next 15 days for review of claim. - MAOHO6 - Jun 19, 2017 06:26:12 am

advised of med recs and abilities forms filled out

| 6/14/2017 7:25:52 AM | Documents/Mail | 14 | Appeal Notice | Received | MAOHO6 |

2017-06-13-09.49.36.627520O01

6/19/17
Claim was not denied, no appeal action needed. Working up for ongoing - MAOHO6 - Jun 19, 2017 06:22:49 am

| 6/19/2017 | Documents/Mail | 14 | Appeal Notice | Completed | MAOHO6 |

2017-06-13-09.49.36.627520O01

6/19/17
Claim was not denied, no appeal action needed. Working up for ongoing - MAOHO6 - Jun 19, 2017 06:22:49 am

| 6/12/2017 1:46:03 PM | Referrals | 1 | Occ Analysis | Initial | MAOHO6 |

Vocational Referral Template-Consultation, OA, TSA, TSR and RTW
Please indicate n/a when a section does not apply
Demographics
Claimant Name: Gerald Glasner
Claim Number: 1170042164
Gainful Amount (where applicable, e.g. LTD):n/a
Authorization to discuss work capacity/R&Ls with Employer on file? (if yes, date and location in AWD):n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review. Include type (APS, AF, Clinical Review, Peer Review), date and location of document, e.g. APS in AWD dated 5/1/15):n/a
Vocational Information:
Job Title from ER:
 PROTECTIVE SERVICES DISPATCHER Previous OA/TSA/TSR/Voc Rehab review completed? (if yes date(s) and location(s)):n/a
Job Description on file? (if yes date and location):AWD dated 6/1/17
Job Analysis on file? (if yes date and location):n/a
Work History and Educational Information (where applicable and if yes date and location, e.g. EBF in AWD 10/31/15):n/a
Specific Question(s) for Reviewer
Provide CE input and synopsis about nature of referral.  Provide your specific questions:
Requesting OA with current info from ER in AWD
 - MAOHO6 - Jun 12, 2017 01:46:16 pm

VRC Occupational Analysis

Documents Reviewed:

JD in AWD 6/1/17
JA in AWD n/a
Initial Phone call in DOCSNET n/a

Conclusion:

Based upon the information reviewed, the occupation is identified per the DOT Dictionary of Occupational Titles) as Guard, Security DOT Code: 372.667-034 and Dispatcher, DOT Code 193.262-014.  The demand level is Light.

Jasmine Martin-Robinson, MRC, CRC
Vocational Rehabilitation Consultant
 - JLMARTI - Jun 14, 2017 01:02:12 pm

| 6/16/2017 | Referrals | 1 | Occ Analysis | Completed | MAOHO6 |

Vocational Referral Template-Consultation, OA, TSA, TSR and RTW
Please indicate n/a when a section does not apply
Demographics

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 114 of 507   Lincoln Glasner 179
PageID #: 227

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Claimant Name: Gerald Glasner
Claim Number: 1170042164
Gainful Amount (where applicable, e.g. LTD):n/a
Authorization to discuss work capacity/R&Ls with Employer on file? (if yes, date and location in AWD):n/a
Medical Information
Current Functional Capacity and R&Ls: (Identify the most current functional capacity and R&Ls to be used for vocational review. Include type (APS, AF, Clinical Review, Peer Review), date and location of document, e.g. APS in AWD dated 5/1/15):n/a
Vocational Information:
Job Title from ER:
 PROTECTIVE SERVICES DISPATCHER Previous OA/TSA/TSR/Voc Rehab review completed? (if yes date(s) and location(s)):n/a
Job Description on file? (if yes date and location):AWD dated 6/1/17
Job Analysis on file? (if yes date and location):n/a
Work History and Educational Information (where applicable and if yes date and location, e.g. EBF in AWD 10/31/15):n/a
Specific Question(s) for Reviewer
Provide CE input and synopsis about nature of referral.  Provide your specific questions:
Requesting OA with current info from ER in AWD
 - MAOHO6 - Jun 12, 2017 01:46:16 pm

VRC Occupational Analysis

Documents Reviewed:

JD in AWD 6/1/17
JA in AWD n/a
Initial Phone call in DOCSNET n/a

Conclusion:

Based upon the information reviewed, the occupation is identified per the DOT Dictionary of Occupational Titles) as Guard, Security DOT Code: 372.667-034 and Dispatcher, DOT Code 193.262-014.  The demand level is Light.

Jasmine Martin-Robinson, MRC, CRC
Vocational Rehabilitation Consultant
 - JLMARTI - Jun 14, 2017 01:02:12 pm

| 6/13/2017 | Documents/Mail | 13 | Email | Completed | FAIAB6 |

Re: (secure) Re: Lincoln Financial Group: Claims        PROSTRAT <oma_103798>        CTI_CALL
Hi Gerald,

Thank you for your email. I have forwarded this email to our Appeals department to initiate their review. Please allow up to 30 calendar days for the review of a Dental claim or up to 45 days for the review of a Life or Disability claim.

Thank you,

Savannah Ford
Customer Care and Field Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration
Fax: 877-573-6177
Email: clientservices@lfg.com

Claims
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 115 of 507   Lincoln Glasner 180
PageID #: 228

not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/12/2017 9:58 AM, From:                        To: claims@lfg.com; , Subject: Re: (secure) Re: Lincoln Financial Group: Claims PROSTRAT <oma_103798> CTI_CALL, GERALD GLASNER wrote:
***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please consider this the "first appeal" since my last check indicated "final payment:" and the benefit letter indicated benefits payable until June 1, 2017.

Gerald Glasner
----- Original Message -----
From: claims@lfg.com
To:
Sent: Thursday, June 8, 2017 2:36 PM
Subject: (secure) Re: Lincoln Financial Group: Claims PROSTRAT <oma_103798>

This message was sent securely using ZixCorp.

Hi Gerald,

Thank you for the information.  We have forwarded your email to the Claims Examiner assigned to claim 1170042164 for assistance.  Please allow 1 to 2 business days for them to review and respond accordingly.

Thank you,

Savannah Ford
Customer Care and Field Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration
Fax: 877-573-6177
Email: clientservices@lfg.com

Claims
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/8/2017 5:27 AM, From:                        To: Claims@LFG.com; , Subject: Lincoln Financial Group: Claims CTI_CALL, GERALD GLASNER wrote:

Name: GERALD GLASNER
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Member SSN:
Member Name: GERALD GLASNER
Comments:
From the insurance cerficate 2 a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation; this was included in the form package sent to you by the employer and it stated; You may run or jog no more than one mile, you may not do push-ups or sit-ups during physical training, I feel this may cause further flair up or even injure your spine - Dr. Paul McCombs, Howell Allen Clinic, Nashville

Tn. The fitness requirement is contained in my revised job description sent to you by the employer. These are permanent restrictions and the new fitness requirement is fixed per Air Force directive. It was the employer who told me I was deemed unfit for duty due to the medical condition and told to take IDP. I have not received any explanation as to why you only approved this claim to June 1. Do you need additional information from me and / or th

| 6/8/2017 2:36:39 PM | Documents/Mail | 12 | Email | | | Received | FAIAB6 |

(secure) Re: Lincoln Financial Group: Claims        PROSTRAT        CTI_CALL
Hi Gerald,

Thank you for the information.  We have forwarded your email to the Claims Examiner assigned to claim 1170042164 for assistance.  Please allow 1 to 2 business days for them to review and respond accordingly.

Thank you,

Savannah Ford
Customer Care and Field Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration
Fax: 877-573-6177
Email: clientservices@lfg.com

Claims
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/8/2017 5:27 AM, From:                             To: Claims@LFG.com; , Subject: Lincoln Financial Group: Claims
CTI_CALL, GERALD GLASNER wrote:

Name: GERALD GLASNER
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Member SSN:
Member Name: GERALD GLASNER
Comments:
From the insurance cerficate 2 a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation; this was included in the form package sent to you by the employer and it stated; You may run or jog no more than one mile, you may not do push-ups or sit-ups during physical training, I feel this may cause further flair up or even injure your spine - Dr. Paul McCombs, Howell Allen Clinic, Nashville Tn. The fitness requirement is contained in my revised job description sent to you by the employer. These are permanent restrictions and the new fitness requirement is fixed per Air Force directive. It was the employer who told me I was deemed unfit for duty due to the medical condition and told to take IDP. I have not received any explanation as to why you only approved this claim to June 1. Do you need additional information from me and / or the physician. Thanks ... Gerald Glasner

| 6/12/2017 | Documents/Mail | 12 | Email | | | Completed | FAIAB6 |

(secure) Re: Lincoln Financial Group: Claims        PROSTRAT        CTI_CALL
Hi Gerald,

Thank you for the information.  We have forwarded your email to the Claims Examiner assigned to claim 1170042164 for assistance.  Please allow 1 to 2 business days for them to review and respond accordingly.

Thank you,

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Savannah Ford
Customer Care and Field Support
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration
Fax: 877-573-6177
Email: clientservices@lfg.com

Claims
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/8/2017 5:27 AM, From:                    To: Claims@LFG.com; , Subject: Lincoln Financial Group: Claims CTI_CALL, GERALD GLASNER wrote:

Name: GERALD GLASNER
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Member SSN:
Member Name: GERALD GLASNER
Comments:
From the insurance cerficate 2 a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation; this was included in the form package sent to you by the employer and it stated; You may run or jog no more than one mile, you may not do push-ups or sit-ups during physical training, I feel this may cause further flair up or even injure your spine - Dr. Paul McCombs, Howell Allen Clinic, Nashville Tn. The fitness requirement is contained in my revised job description sent to you by the employer. These are permanent restrictions and the new fitness requirement is fixed per Air Force directive. It was the employer who told me I was deemed unfit for duty due to the medical condition and told to take IDP. I have not received any explanation as to why you only approved this claim to June 1. Do you need additional information from me and / or the physician. Thanks ... Gerald Glasner

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/7/2017 11:06:24 AM | Documents/Mail<br>2017-06-06-14.36.46.137480O01 | 10 | Email | Received | FAIAB6 |
| 6/12/2017 | Documents/Mail<br>2017-06-06-14.36.46.137480O01 | 10 | Email | Completed | FAIAB6 |
| 6/7/2017 11:06:25 AM | Documents/Mail<br>2017-06-06-14.36.46.181480O01 | 11 | Voc Rehab Forms | Received | FAIAB6 |
| 6/12/2017 | Documents/Mail<br>2017-06-06-14.36.46.181480O01 | 11 | Voc Rehab Forms | Completed | FAIAB6 |
| 6/5/2017 5:47:14 PM | Claim Tasks<br>check to see if er sent JD  - CLIMC5 - Jun 05, 2017 05:47:38 pm | 4 | Update Claim Direction | Requested | FAIAB6 |
| 6/12/2017 | Claim Tasks<br>check to see if er sent JD  - CLIMC5 - Jun 05, 2017 05:47:38 pm | 4 | Update Claim Direction | Completed | FAIAB6 |
| 5/30/2017 1:49:33 PM | Documents/Mail<br>2017-05-30-14.48.23.745280O01 | 8 | Incoming Correspondence | Received | FAIAB6 |

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 118 of 507   Lincoln Glasner 183
PageID #: 231

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Letter dated 05/30/2017 - ee adv restrictions are perm and degenrtve: ee also included the physical fitness mandate - CLIMC5 - Jun 05, 2017 05:35:16 pm | | | | |
| 6/5/2017 | Documents/Mail | 8 | Incoming Correspondence | Completed | FAIAB6 |
| | 2017-05-30-14.48.23.745280O01 | | | | |
| | Letter dated 05/30/2017 - ee adv restrictions are perm and degenrtve: ee also included the physical fitness mandate - CLIMC5 - Jun 05, 2017 05:35:16 pm | | | | |
| 5/30/2017 1:49:31 PM | Documents/Mail | 6 | Fax | Received | FAIAB6 |
| | 2017-05-30-10.02.27.793260O01 | | | | |
| 6/5/2017 | Documents/Mail | 6 | Fax | Completed | FAIAB6 |
| | 2017-05-30-10.02.27.793260O01 | | | | |
| 5/30/2017 1:49:33 PM | Documents/Mail | 9 | Attending Physicians Statement | Received | FAIAB6 |
| | 2017-05-30-14.48.40.592280O01 | | | | |
| | APS - dx of degenrtve lumbar and disc; unable to run or jog more than a mile, pushups, and steps; tx- epidural inj; 1st tx in 2001, ov will be on an as needed basis, lov 10/13/2016; sx in 2001; perm restricts placed that do not all wee to rtw compltd by Dr. McCombs / Neuro on 4/30/17 - CLIMC5 - Jun 05, 2017 05:31:29 pm | | | | |
| 6/5/2017 | Documents/Mail | 9 | Attending Physicians Statement | Completed | FAIAB6 |
| | 2017-05-30-14.48.40.592280O01 | | | | |
| | APS - dx of degenrtve lumbar and disc; unable to run or jog more than a mile, pushups, and steps; tx- epidural inj; 1st tx in 2001, ov will be on an as needed basis, lov 10/13/2016; sx in 2001; perm restricts placed that do not all wee to rtw compltd by Dr. McCombs / Neuro on 4/30/17 - CLIMC5 - Jun 05, 2017 05:31:29 pm | | | | |
| 5/30/2017 1:49:32 PM | Documents/Mail | 7 | Medical Records | Received | FAIAB6 |
| | 2017-05-30-14.48.10.672280O01 | | | | |
| | Med recs from St Thomas Health - 3/21/17 Letter from Dr. McCombs - perm restricts regarding lumbar spinal condition, adv run, jog more than mile may cause flareups - CLIMC5 - Jun 05, 2017 05:38:49 pm | | | | |
| 6/5/2017 | Documents/Mail | 7 | Medical Records | Completed | FAIAB6 |
| | 2017-05-30-14.48.10.672280O01 | | | | |
| | Med recs from St Thomas Health - 3/21/17 Letter from Dr. McCombs - perm restricts regarding lumbar spinal condition, adv run, jog more than mile may cause flareups - CLIMC5 - Jun 05, 2017 05:38:49 pm | | | | |
| 5/12/2017 10:14:39 AM | Documents/Mail | 5 | STD Approval Letter Generic | Work In Progress | FAIAB6 |
| | STD Approval Letter Generic | | | | |
| 5/17/2017 | Documents/Mail | 5 | STD Approval Letter Generic | Completed | FAIAB6 |
| | STD Approval Letter Generic | | | | |
| 5/12/2017 10:14:39 AM | Documents/Mail | 4 | STD Approval Letter Generic | Work In Progress | FAIAB6 |
| | STD Approval Letter Generic | | | | |
| 5/17/2017 | Documents/Mail | 4 | STD Approval Letter Generic | Completed | FAIAB6 |
| | STD Approval Letter Generic | | | | |
| 5/17/2017 | Telephone (OUT) | 2 | GERALD W. GLASNER | Completed | FAIAB6 |
| | CE called claimant to inform him of approval date 6/1/17 and advised if he is unable to rtw by 6/1/17, to have updated med recs submitted, left message. - FAIAB6 - May 17, 2017 09:05:38 am | | | | |
| 5/9/2017 | Claim Tasks | 2 | Verify Offsets | Requested | FAIAB6 |
| | Verify Offsets | | | | |
| 5/12/2017 | Claim Tasks | 2 | Verify Offsets | Completed | FAIAB6 |
| | Verify Offsets | | | | |
| 5/9/2017 | Claim Tasks | 1 | Verify Occupation | Requested | FAIAB6 |
| | DOT/Occupation was Unknown | | | | |

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 119 of 517   Lincoln/Glasner 184
PageID #: 232

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/12/2017 | Claim Tasks | 1 | Verify Occupation | Completed | FAIAB6 |
| | DOT/Occupation was Unknown | | | | |
| 5/12/2017 | Telephone (OUT) | 1 | GERALD W. GLASNER | Completed | FAIAB6 |
| | CE made 1st initial contact attempt. EE stated company will not let him work because he could not pass the physical fitness test and was deemed unfit for duty.<br> - FAIAB6 - May 12, 2017 10:09:23 am | | | | |
| 5/9/2017 | Documents/Mail | 2 | Claim Form - Authorization | Completed | FAIAB6 |
| | 2017-05-09-13.02.03.170560O01 | | | | |
| 5/9/2017 | Documents/Mail | 3 | Claim Form - EE, ER, APS | Completed | FAIAB6 |
| | 2017-05-09-13.02.29.221560O01 | | | | |
| 5/9/2017 | Documents/Mail | 1 | Fax | Completed | FAIAB6 |
| | 2017-05-08-15.31.04.364600O01 | | | | |
| 12/12/2017 11:36:41 AM | Status | | | REOPENED | JADHE8 |
| 9/22/2017 7:51:07 AM | Status | | | REOPENED | AMOKO5 |
| 7/24/2017 6:24:36 AM | Status | | | REOPENED | MAOHO6 |
| 6/16/2017 6:29:21 AM | Status | | | REOPENED | MAOHO6 |
| 2/28/2018 2:32:29 PM | Status | | Not TD Own Occ | CLOSED | JXOLSEN |
| 11/8/2017 1:58:32 PM | Status | | Not TD Own Occ | CLOSED | SLTHOMP |
| 6/7/2017 11:03:08 PM | Status | | Disability Duration Guidelines | CLOSED | BRMCLSDIRY |
| 6/19/2017 6:26:49 AM | Status | | Failure to Provide Proof | CLOSED | MAOHO6 |
| 7/24/2017 6:24:37 AM | Status | | Not TD Own Occ | CLOSED | MAOHO6 |
| 6/7/2017 11:03:08 PM | Payments | | CHECK 5/26/2017 - 6/1/2017 | CURRENT | SLMOSS |
| 5/15/2017 9:52:44 PM | Payments | | CHECK 4/15/2017 - 5/12/2017 | INITIAL | FAIAB6 |

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 120 of 517   Lincoln Glasner 185
PageID #: 233

Date: Wed Feb 28 14:35:16 CST 2018
From: Janet Olsen <Janet.Olsen@lfg.com>
To: tdavis@protectionsi.com
Message-ID: <906138755.21519850116199.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janet Olsen**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765*7492
Fax: 402-361-1460
Email: Janet.Olsen@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

February 28, 2018

PROTECTION STRATEGIES INCORPORATED
ATTN Tina Davis
118 Mitchell Road
Suite B
OAK RIDGE, TN 37830

Re:     Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Ms. Davis:

This letter is in regard to Mr. Glasner's request for an appeal of his denied Short Term Disability claim.

Upon review of the medical evidence, it has been determined that we are unable to overturn the original denial of his claim.

We cannot provide you with a copy of the detailed letter sent to Mr. Glasner due to the confidential information contained in the letter regarding his medical records.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2018  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Gerald Glasner

Attn: Janet Olson

FEB 2 0 2018

CERTIFIED MAIL

7017 0660 0000 2191 5852

The Lincoln National Life Insurance Company
Service Office
8801 Indian Hills Drive
Omaha NE. 68114-4066

U.S. POSTAGE
PAID
ESTILL SPRINGS, TN
37330
FEB 14 18
AMOUNT
$3.95
R2305M144271-05

1000

68114

FEB 2 0 2018

(16) February 2018

To: Lincoln Financial Group
Ref: Policyholder: Protection Strategies Incorporated
Policy Number: 00001015868600000
Claim Number: 1170042164
Claimant: Gerald Glasner

Subject: Response to 21 Day Letter to Claimant:

As I read through your material a couple of things just sort-of jumped out at me. First, in my previous appeals I had asserted that if the agility test, which is not an essential function of the job, is a job requirement, then I should be receiving benefits; if the test is not a job requirement, then I should still be working. Now, you have included the Physical Agility Test as part of the job and the "Occupational Demand Level" has been _upgraded_ from light to medium per VRC Occupational Analysis; hopefully this will have a positive effect on approval of my benefits. Secondly, you had another physician, Dr. Ugokwe, who practices in Wisconsin and Ohio according to the attached document, conduct a peer-to-peer review of the medical findings of my personal physician, Dr. McCombs, and _K. Horrock, the employer's medical representative who performed my annual employee physical and who concurred with McCombs findings._ Dr. Ugokwe stated he has five (5) years _equivalent experience providing direct clinical care_ to patients (not sure what that means). Dr. McCombs has been a Board-Certified Practicing Physician (Neurosurgeon) in Nashville Tennessee since 1982, currently a Clinical Instructor of Neurological Surgery at Vanderbilt University Hospital with staff privileges at St. Thomas Hospital, Centennial Medical Center and others. Not meaning to discredit Dr. Ugokwe, but it should come as no surprise that a young clinician, hired by an insurance company as part of a claim review, would have a difference of opinion with Dr. McCombs and a different interpretation in contrast of materials reviewed. I already had restrictions in place from the initial Lumbar Fusion Surgery in 2001; Dr. McCombs letter, March 21, 2017, is a clarification of the existing restrictions to preclude performing pushups and sit-ups during physical training and is _based in totality on patient examinations, medical test and the high risk of additional injury or aggravation of symptoms,_ not necessarily just on "clinical findings".

### File review / Employer information:

Claimant last passed fitness test 5/3/16. Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min. 40 yd. run <= 16 sec. 10 push-ups or 10 bench presses of 1/3 of body weight. Hold 30 lbs. over head for 5 seconds. I did not do pushups, instead, I did the bench press, 1/3 body weight, no sit-ups were required in the "grandfathered fitness test". My evaluator was Jason Layne; test witnessed by Air Force Contractor Office Representative Ray Kelly.

## From the Lincoln Disability Policy / PSI

MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES means those job tasks that:

1. are normally required to perform the Insured Employee's Own Occupation; and

2. could not reasonably be modified or omitted.

*To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:*

1. the Employer is subject to the Act; or

2. the Insured Employee has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does not render the Insured Employee unable to perform the Main Duties of the job. Main Duties include those job tasks:

1. as described in the U.S. Department of Labor Dictionary of Occupational Titles; and

2. as performed in the general labor market and national economy. Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site. *I am not contending that I am unable to perform the main duties and essential functions of my previous job, Protective Services Dispatcher; only the annual fitness test.*

You mention AFI (Air Force Instruction) 31-122 in your letter; I had discussed this earlier with one of your representatives. Arnold Security Forces are "Civilian Contracted" and do not use Air Force Instructions per se in day to day operations; The employers, ASO and PSI, have a contract with the Arnold Center to provide Security Services in accordance with the Performance Work Statement (PWS) they have with the center. Some of the directives in the PWS may have a basis in the AFI. A reading of this AFI indicates this particular instruction pertains to contractors operating in "contingency operations" and to Department of Air Force (DAF) Security Guards and Police. Arnold Air Force Base or the Arnold Engineering and Development Complex (AEDC) is a research, development and testing center brought into being in the early 1950's; the current contract security structure has been in place since inception.

### The Legal Impact and Implications / Expanding Upon This

The employers are subject to the ADA as well as the Rehabilitation Act of 1973; After my 2001 Lumbar Fusion Surgery I was given a 23% disability rating in accordance with AMA Guidelines; that has *increased* with the progression of disc disease noted in 2016. I do have a disability as defined by the ADA and I did request an accommodation; the only thing offered by PSI was use of my individual disability plan (IDP). Employee leave is an acceptable reasonable accommodation and I was OK with leave. You only approved six (6) weeks of benefits even though the medical restrictions are permanent and PSI declined to modify the fitness test. My employment was terminated by PSI when all of my Personal Time Off (PTO Vacation) was exhausted subsequent to your denial of additional benefits. Had you approved benefits, I would have remained in employment with PSI for a two (2) year period with benefits including health insurance in accordance with the Guards Union Collective Bargaining Agreement.

## From the EEOC

Can an employer penalize an employee for work missed during leave taken as a reasonable accommodation?
No. To do so would be retaliation for the employee's use of a reasonable accommodation to which s/he is entitled under the law. Moreover, such punishment would make the leave an ineffective accommodation, thus making an employer liable for failing to provide a reasonable accommodation.

You might say this PSI's problem; not necessarily. By using the job descriptions as they exist in the general labor market and national economy and not specifically the job description of the employer you essentially said "Yes, I can do my job including the fitness test" and the employer said "No, I cannot do my job". Being continued in employment with PSI was contingent upon your approval of benefits; The combination of your policy with those of PSI created a "subterfuge" avoiding the requirements of the ADA and Rehabilitation Act of 1973. I see Lincoln Financial Group as a partner to the legal implications of my wrongful employment termination on July 11, 2017.

At the contract change (over to ASO/PSI), December 01, 2015, there were five (5) of us guys who previously had lumbar fusion surgery. One gentleman close to my age and who was already on IDP chose to retire. Two (2) others, much younger than I, remain employed with ASO/PSI, taking and passing, I presume, the agility test. The remaining officer chose to have additional back surgery late summer, 2017. He has been in and out of the hospital and rehabilitation centers ever since and is currently in assisted living. PSI elected to fire me when my vacation time was exhausted subsequent to your denial of disability benefits. You have my contact information, I'll be awaiting your decision.

Have a good day;

Gerald Glasner



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

February 1, 2018

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
         Policy Number: 00001015868600000
         Claim Number: 1170042164
         Claimant:  Gerald Glasner

Dear Mr. Glasner:

This letter is in regard to your appeal for Short Term Disability benefits.

As part of your second level appeal review, your medical information was reviewed by an external Independent Board Certified physician. In addition we received more information from your employer regarding your job duties and physical requirements and had an addendum review performed by our Vocational Staff with regards to your occupation.  We are enclosing both of these reports with this letter.

We are providing you with 21 days to provide and discuss this information with your treating physician(s) for further review.  If you and your physician(s) do not agree with the findings, you may want to submit any written comments or documents from yourself and/or your physician(s) in regards to the findings of the review.

The 21-day period will expire on February 22, 2018.  Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or you can fax it directly to 402-361-1460.  If you will not be responding to the review, please advise us immediately so we can proceed with a decision on your appeal.

If we do not receive a response by February 22, 2018, we will render a decision based on the information currently in the file.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen

©2018  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

## RESULTS OF PRIOR OCCUPATIONAL ANALYSIS

VRC Occupational Analysis

Documents Reviewed:

JD in AWD 6/1/17
JA in AWD n/a
Initial Phone call in DOCSNET n/a

Conclusion:

Based upon the information reviewed, the occupation is identified per the DOT Dictionary of Occupational Titles) as Guard, Security DOT Code: 372.667-034 and Dispatcher, DOT Code 193.262-014. The demand level is Light.

Jasmine Martin-Robinson, MRC, CRC
Vocational Rehabilitation Consultant
 - JLMARTI - Jun 14, 2017 01:02:12 pm - HEZRA2 - Jan 03, 2018 11:43:53 am

## RESULTS OF OCCUPATIONAL ANALYSIS ADDENDUM

Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.

Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium.

Heili S. Randall, ABD, MA, CRC,
Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

## CLINICAL REVIEW REFERRAL

At this time we are reviewing whether or not the evidence within the file supports findings of warranted restrictions and/or limitations that would preclude the claimant's ability to perform the main duties of his medium level occupation as a Protection Officer (which includes successfully completing annual physical agility test) beyond 6/1/17 and if so for what duration?

Based on review of the medical information, are there any impairments that would warrant restrictions and/or limitations to preclude occupational functioning beyond 6/1/17 and if so for what duration?

Please outline and provide your clinical rationale.

Thank you

_____
_____

I had sent inquiry to employer as to the last Physical Agility Test the claimant passed and the employer replied:

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 - 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement.

Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test.

_____
_____

## CLINICAL REVIEW RESULTS

CLINICAL RESPONSE

Claimant Name: Gerald Glasner
2nd level STD appeal Claim Number: 1170042164

Date of review

Documents Reviewed:
Prior CRs, letter by clmt, ER
Dr. Paul McCombs/Neurosurgery multiple APS, letters and AF with office visits
9/14/16, 10/19/16, 8/22/17

Conclusion:
The medical findings do not show neurological deficits on exam findings;
however CT scan and ongoing back pain with ESI do support ongoing treatment.
Due to changes in mandated fitness testing for his medium occupation would
recommend neurosurgery peer review.

Rationale:

This is a 62 year old male protective services dispatcher/light corrected to
medium occupation per new OA. Date of disability of 4/1/17. Benefits were
approved to 6/1/17 and denied beyond this date as it was determined that the
medical documentation did not support ongoing restrictions and limitations
precluding the claimant from performing the main duties of his occupation from
6/1/17 forward.

Primary Dx: lumbar intervertebral disc degen
MD guidelines:

PMH: osteopenia, HTN, hyperlipidemia. PSH 15 yrs ago lami/fusion

The claimant indicates the question to be resolved then and still the basis of his
appeal surrounds the Employer's requirement for employees including those in
the Dispatcher Classification to take and pass annually a Physical Agility Test
and whether this test is a main or substantial duty of the occupation.  The
claimant goes on to reflect our denial letter which he notes made a small mention
of the fact that Security Guards and Dispatchers at AEDC are required to
successfully complete a Physical Agility Test to continue working in their
respective occupation. Due to a medical problem with his lumbar spine he notes
he cannot take and pass the Physical Agility Test.

File review:

Employer information: clmt last passed fitness test 5/3/16. Run 2 laps (1/2 mile) =
8 min. or 1/2 mi. walk = 15 min. 40 yd. run <= 16 sec. 10 push-ups or 10 bench
presses of 1/3 of body weight. Hold 30 lbs. over head for 5 sec

He was due to take a physical fitness test on 5/3/17 however did not take the
test. New mandate for physical requires as of 12/1/16 yearly PFS testing. Sit-ups
(15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)

Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies

Paul McCombs MD/neurosurgery
3/21/17 letter to clmt: not to do pushups, situps or run/job more than a mile. This could flare up or injure your spine.
4/30/17: APS degen lumbar disc disease, back and bilateral hip pain. R&L: Unable to run or jog more than one mile, unable to do pushups and situps, permanent restrictions. Last visit 10/17/16.
6/20/17 APS: clmt totally disabled since 12/1/16 for own job. R&L: no running/jogging more than a mile, no pushups or situps. Class 2 medium activity.
6/24/17 AF: lift up to 35lbs occasionally, constant sit, drive, finger, handle, foot control, and reach above shoulder. Freq stand, walk and reach above shoulder, occ climb, bend, kneel.
9/14/16 OV: clmt had surgery 15 yrs ago but now is developing some localized low back pain and it is worse with prolonged standing. Recent dx of osteopenia. CT lumbar 9/27/16: L1-2 diffuse disc bulge, L2-3 disc bulge and left lateral disc protrusion without central stenosis, mild left foraminal narrowing. L3-S1 decompressive laminectomies, fusion L4-5.
10/19/16 OV: clmt has far lateral disc at L2-3 on the left consistent with clinical syndrome of back, hip and left leg pain. He is receiving ESI 10/19/16, 11/9/16, 1/26/17.
8/22/17 OV Howell NP: clmt reports relief from ESI 1/26/17. PE: neurologically intact, normal gait, normal SLR. Plan another round of injections. Ht 6ft, wt 174lbs.
9/24/17 letter: clmt has difficulty with repetitive lifting, twisting, bending, stooping and should be limited to 20lbs on occasion and 10 lbs repetitively. He can sit for 4hrs a day and stand up to two and walk up to two with breaks.

Summary:
Claimant is a 62 yr old with prior back surgery 15 yrs ago with ongoing pain with occasional ESI performed. Per exam findings he is neurologically intact. Due to his
Fitness requirement changes would recommend peer review. Clmt does have CT findings consistent with his pain and ESI.

Recommendations:
Peer review with neurosurgery specialist due to job level change light/medium and due to physical standard testing requirements that have changed from 12/2016 forward with ongoing back pain.

Return to Work:
Per peer

Prawa5 RN
Disability Nurse Consultant

## EXTERNAL PEER REQUEST:

Clinician/Appeals Examiner: Janet Olsen
Phone Number: 402-361-7492

Claimant Name:  GERALD GLASNER
Claim Number:  1170042164

2nd LEVEL STD APPEAL
Service Request: NEUROSURGERY SPECIALIST
Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC

Name and Specialty of prior external vendor reviewers:  NONE

Treating Provider(s):
AP Name/Specialty:  DR. PAUL MCCOMBS / NEUROLOGY
Phone Number:   615-327-9543
Restrictions and Limitations/Duration:

Claim Summary:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc.  His last day worked was 3/31/17 with his first day of disability 4/1/17.  The policy has a 14-day elimination period with benefits commencing on 4/15/17.  Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

At this time we are reviewing whether or not the medical findings within the file support the restrictions and/ or limitations of the treating provider.

Please respond to the specific questions below and provide the medical findings supporting your rationale.

*If there are any medical disagreements, please contact the treating physician(s) listed above to discuss restrictions and limitations.

Questions

1.      Please provide a review summary of the medical findings.

2.      Based on the medical  findings, please provide  a description of the claimant's impairments,  and how  these  would  translate into functional limitations or  medically  appropriate  restrictions  6/1/17 and forward.

a.	For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.
b.	Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.

3.	Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings?  Please explain.

_____
_____

Case submitted to MLS conf #45848 for a peer review with a Neurosurgery physician.

The final report from MLS was received and sent to LFGAppeals for attachment to AWD.



MLS National Medical Evaluation Services
Phone: 888.697.4634 | Fax: 248.395.6757 | www.mls-hne.com

**FILE TYPE:** Peer File Review
**REFERRED BY:** Sam Gabrie

**NAME:** Gerald Glasner
**CASE #:** 1170042164
**EMPLOYER:** Protection Strategies Incorporated
**DOD:** 04/01/2017
**REVIEW TYPE:** Peer Review - STD
**MLS #:** 32618000869
**DATE:** 01/23/2018


**RECORDS PROVIDED FOR REVIEW:**

| Referral | | 01/23/18 |
|---|---|---|
| Claim log | | 05/12/17-01/22/18 |
| Progress notes | Saint Thomas Medical Partners | 09/14/16-09/24/17 |
| Progress notes | Urgent Team | 03/29/17 |
| CT | Saint Thomas Medical Partners | 09/27/16 |
| Job | | undated |
| Misc | | 05/01/17-01/10/18 |
| ROI | | 05/01/17 |


**SUMMARY OF RECORDS:**

The claimant is a 62 year old male Dispatcher/Security Guard who presented with low back pain that radiates into his left leg. He has had prior lumbar surgeries. He has tried physical therapy and epidural steroid injections. His diagnoses include degeneration of lumbar intervertebral disc. Summary of records include:

Office Note from Dr. McCombs dated 9/14/16. Showing claimant to be neurologically intact.

Lumbar CT scan report dated 9/27/16 showing no significant stenosis.

Office Note from Dr. McCombs dated 10/19/16 stating that the claimant has a far lateral L2-L3 herniated disc. Recommending epidurals.

01/30/2018

Letter from Dr. McCombs dated 2/16/17 stating that the claimant should be excused from fitness training.

Office Note from Dr. McCombs dated 3/21/17 stating that the claimant may not run or jog more than 1 mile and may not do pushups or sit-ups.

Attending physician's statement of disability signed by Dr. McCombs dated 6/20/17 stating that the claimant is disabled due to permanent restrictions and that his present job cannot be modified. Therefore he is totally disabled.

Abilities form signed by Dr. McCombs on 6/24/17 stating that the claimant can lift 21-35 lbs occasionally (1-33% of the day), and can lift up to 10 lbs frequently (34-66% of the day) and can climb, bend and kneel occasionally (1-33% of the day) and can stand and walk frequently (34-66% of the day) and can sit, drive, operate foot controls, reach above the shoulder, handle and finger constantly (67-100% of the day).

Office Note from 8/22/17 stating that the claimant is neurologically intact with limited range of motion in his lumbar spine, signed by Laurin Howell, NP.

Letter form Dr. McCombs dated 9/24/17 stating that the claimant has difficulty with repetitive lifting, bending, twisting and stooping and should not lift more than 20 lbs on any occasion or 10 lbs repetitively. He can sit up to 4 hours per day and stand up to 2 hours per day and walk for up to 2 hours with breaks.

**PEER-TO-PEER DISCUSSION:**

I called Dr. McCombs on 1/24/18 at 11:00 a.m. EST and discussed the case with him. He states that the claimant is considered totally disabled because his job is unable to accommodate the restrictions that he imposed on the claimant including that the claimant has difficulty with repetitive lifting, bending, twisting and stooping and should not lift more than 20 lbs on any occasion or 10 lbs repetitively. He can sit up to 4 hours per day and stand up to 2 hours per day and walk for up to 2 hours with breaks. I asked if there were any clinical findings to cause these limitations and he said that there were none.

**QUESTIONS:**

**1. Please provide a review summary of the medical findings.**

The claimant is a 62 year old male who presented with back pain that radiates into his left leg. He has had multiple back surgeries. On physical examination, he has no neurologic deficit discernible from the clinical data provided. He is neurologically intact. He continues to complain of self-reported pain despite physical therapy, medication therapy and epidural steroid injections. His lumbar CT shows a disc bulge at L1-L2 without

01/30/2018

stenosis, disc protrusion at L2-L3 without significant stenosis, and midline laminectomies from L3-S1 without significant stenosis.

The claimant does not have any clinical signs of impairment and his radiographic findings do not show any significant stenosis.

**2. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions 6/1/17 and forward.**

> **a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**
> **b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.**

Based on the medical findings including the history, physical examination and imaging reports provided, there should be no impairments or functional limitation on the claimant from 6/1/17 going forward.

His maximal clinical capacities are as follows and these are in effect from 6/1/17 going forward:

He can lift sit, stand, walk, climb, bend, kneel, drive, finger (bilateral), handle (bilateral), operate foot controls (bilateral) and reach above his shoulder (bilateral) constantly which is 67 to 100% of the day. There are no restrictions on lifting, pulling or pushing.

Based on a review of the medical records, the claimant has no justifiable functional impairment.

**3. Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

No, the restrictions or limitations placed upon the claimant's physical activities by the attending physician is not reasonable and consistent with the medical findings because the claimant does not have any clinical findings that warrant impairment and there is no significant stenosis on imaging of the lumbar spine.

The claimant's CT scan shows some mild to moderate degenerative changes without any significant stenosis or neural element compression to account for any impairment. Also, the claimant complains of self-reported pain but there is no evidence of clinical findings.

01/30/2018

Gerald Glasner
Case #: 1170042164
Independent Peer Review - Page 4

I certify that I have no Conflict of Interest with this review. I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable). I further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product or service associated with the review of this case.

I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties. I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.

Kene Ugokwe, M.D.
Board Certified: American Board of Neurological Surgery
American Association of Neurologic Surgeons
Congress of Neurologic Surgeons
OH License # 35.091867
WI License # 52597-20

01/30/2018



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

February 1, 2018

GERALD W GLASNER

Re: Policyholder: Protection Strategies Incorporated
Policy Number: 00001015868600000
Claim Number: 1170042164
Claimant: Gerald Glasner

Dear Mr. Glasner:

This letter is in regard to your appeal for Short Term Disability benefits.

As part of your second level appeal review, your medical information was reviewed by an external Independent Board Certified physician. In addition we received more information from your employer regarding your job duties and physical requirements and had an addendum review performed by our Vocational Staff with regards to your occupation. We are enclosing both of these reports with this letter.

We are providing you with 21 days to provide and discuss this information with your treating physician(s) for further review. If you and your physician(s) do not agree with the findings, you may want to submit any written comments or documents from yourself and/or your physician(s) in regards to the findings of the review.

The 21-day period will expire on February 22, 2018. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or you can fax it directly to 402-361-1460. If you will not be responding to the review, please advise us immediately so we can proceed with a decision on your appeal.

If we do not receive a response by February 22, 2018, we will render a decision based on the information currently in the file.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen

©2018 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company



FILE TYPE:          Peer File Review
REFERRED BY:        Sam Gabrie

NAME:               Gerald Glasner
CASE #:             1170042164
EMPLOYER:           Protection Strategies Incorporated
DOD:                04/01/2017
REVIEW TYPE:        Peer Review - STD
MLS #:              32618000869
DATE:               01/23/2018


## RECORDS PROVIDED FOR REVIEW:

| Referral | | 01/23/18 |
|---|---|---|
| Claim log | | 05/12/17-01/22/18 |
| Progress notes | Saint Thomas Medical Partners | 09/14/16-09/24/17 |
| Progress notes | Urgent Team | 03/29/17 |
| CT | Saint Thomas Medical Partners | 09/27/16 |
| Job | | undated |
| Misc | | 05/01/17-01/10/18 |
| ROI | | 05/01/17 |


## SUMMARY OF RECORDS:

The claimant is a 62 year old male Dispatcher/Security Guard who presented with low back pain that radiates into his left leg. He has had prior lumbar surgeries. He has tried physical therapy and epidural steroid injections. His diagnoses include degeneration of lumbar intervertebral disc. Summary of records include:

Office Note from Dr. McCombs dated 9/14/16. Showing claimant to be neurologically intact.

Lumbar CT scan report dated 9/27/16 showing no significant stenosis.

Office Note from Dr. McCombs dated 10/19/16 stating that the claimant has a far lateral L2-L3 herniated disc. Recommending epidurals.

Letter from Dr. McCombs dated 2/16/17 stating that the claimant should be excused from fitness training.

Office Note from Dr. McCombs dated 3/21/17 stating that the claimant may not run or jog more than 1 mile and may not do pushups or sit-ups.

Attending physician's statement of disability signed by Dr. McCombs dated 6/20/17 stating that the claimant is disabled due to permanent restrictions and that his present job cannot be modified. Therefore he is totally disabled.

Abilities form signed by Dr. McCombs on 6/24/17 stating that the claimant can lift 21-35 lbs occasionally (1-33% of the day), and can lift up to 10 lbs frequently (34-66% of the day) and can climb, bend and kneel occasionally (1-33% of the day) and can stand and walk frequently (34-66% of the day) and can sit, drive, operate foot controls, reach above the shoulder, handle and finger constantly (67-100% of the day).

Office Note from 8/22/17 stating that the claimant is neurologically intact with limited range of motion in his lumbar spine, signed by Laurin Howell, NP.

Letter form Dr. McCombs dated 9/24/17 stating that the claimant has difficulty with repetitive lifting, bending, twisting and stooping and should not lift more than 20 lbs on any occasion or 10 lbs repetitively. He can sit up to 4 hours per day and stand up to 2 hours per day and walk for up to 2 hours with breaks.

**PEER-TO-PEER DISCUSSION:**

I called Dr. McCombs on 1/24/18 at 11:00 a.m. EST and discussed the case with him. He states that the claimant is considered totally disabled because his job is unable to accommodate the restrictions that he imposed on the claimant including that the claimant has difficulty with repetitive lifting, bending, twisting and stooping and should not lift more than 20 lbs on any occasion or 10 lbs repetitively. He can sit up to 4 hours per day and stand up to 2 hours per day and walk for up to 2 hours with breaks. I asked if there were any clinical findings to cause these limitations and he said that there were none.

**QUESTIONS:**

**1. Please provide a review summary of the medical findings.**

The claimant is a 62 year old male who presented with back pain that radiates into his left leg. He has had multiple back surgeries. On physical examination, he has no neurologic deficit discernible from the clinical data provided. He is neurologically intact. He continues to complain of self-reported pain despite physical therapy, medication therapy and epidural steroid injections. His lumbar CT shows a disc bulge at L1-L2 without

01/30/2018

stenosis, disc protrusion at L2-L3 without significant stenosis, and midline laminectomies from L3-S1 without significant stenosis.

The claimant does not have any clinical signs of impairment and his radiographic findings do not show any significant stenosis.

**2. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions 6/1/17 and forward.**

> **a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**
> **b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.**

Based on the medical findings including the history, physical examination and imaging reports provided, there should be no impairments or functional limitation on the claimant from 6/1/17 going forward.

His maximal clinical capacities are as follows and these are in effect from 6/1/17 going forward:

He can lift sit, stand, walk, climb, bend, kneel, drive, finger (bilateral), handle (bilateral), operate foot controls (bilateral) and reach above his shoulder (bilateral) constantly which is 67 to 100% of the day. There are no restrictions on lifting, pulling or pushing.

Based on a review of the medical records, the claimant has no justifiable functional impairment.

**3. Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

No, the restrictions or limitations placed upon the claimant's physical activities by the attending physician is not reasonable and consistent with the medical findings because the claimant does not have any clinical findings that warrant impairment and there is no significant stenosis on imaging of the lumbar spine.

The claimant's CT scan shows some mild to moderate degenerative changes without any significant stenosis or neural element compression to account for any impairment. Also, the claimant complains of self-reported pain but there is no evidence of clinical findings.

01/30/2018

Gerald Glasner
Case #: 1170042164
Independent Peer Review - Page 4

I certify that I have no Conflict of Interest with this review. I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable). I further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product or service associated with the review of this case.

I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties. I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.

Kene Ugokwe, M.D.
Board Certified: American Board of Neurological Surgery
American Association of Neurologic Surgeons
Congress of Neurologic Surgeons
OH License # 35.091867
WI License # 52597-20

01/30/2018

Date: Wed Jan 10 10:10:10 CST 2018
From: Janet Olsen <Janet.Olsen@lfg.com>
To:
Message-ID: <1606987090.01515600610323.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janet Olsen**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765*7492
Fax: 402-361-1460
Email: Janet.Olsen@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

January 10, 2018

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

On December 15, 2017, we acknowledged your appeal and advised that we were in the process of reviewing your appeal and you would be notified of the results within 45 days.

During this appeal we requested information from your employer in response to your appeal letter and comments made about your occupational duties.  The response from your employer was received and we requested another occupational analysis be performed based on the new information received.  This was completed on January 3, 2018.

We are approaching our initial 45-day deadline of January 25, 2018 for deciding your appeal under the Employee Retirement Income Security Act (ERISA), and have not yet reached a determination.  The appeal decision is currently pending a review of your file by a member of our medical staff.  Therefore, an extension of time to process your appeal is required.  Due to these special circumstances, we are exercising our right to take up to a 45-day extension of time to decide your appeal.

Once our review has been completed if the medical review is not favorable we will forward you a copy of the medical review to share with your treating providers and if you do not agree with the findings then you and your providers will have 21-days to submit any written comments or documents that you feel would dispute the findings of the review before any decision is made on your appeal.

©2018  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Lincoln Glasner 219

# OCCUPATIONAL DATA

**372.363-010   Protective Officer**

   Guards government installations, materials, and documents against illegal acts, such as sabotage, riot, and espionage: Patrols area on foot, horseback, automobile, or aircraft to detect and prevent unauthorized activities, using weapons or physical force as necessary.   Searches installation for explosive devices and notifies bomb disposal unit.   Stands guard during secret and hazardous experiments.   Performs routine police duties within installation.   May travel throughout United States and foreign countries.
Alternate Titles:   Security Inspector; Security Technician

DLU:   1977

**Lincoln Financial Group**
**01/03/2018**

# OCCUPATIONAL DATA

## OCCUPATIONAL REQUIREMENTS

**Title:** Protective Officer  
**Industry:** Government Services

**DOT Code:** 372.363-010

**Specific Vocational Preparation:** Level 4 (3 to 6 months)

**General Educational Development:**  Reasoning Level 3  
Mathematics Level 2  
Language Level 3

**Strength:** Medium  
Lifting, Carrying, Pushing, Pulling 20 - 50 Lbs. occasionally,  
10 - 25 Lbs. frequently or up to 10 Lbs. constantly.

**Physical Demands:**

| | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Occasionally | Noise Intensity Level | Quiet |
| Balancing | Never | Exposure to Weather | Occasionally |
| Stooping | Occasionally | Extreme Cold | Never |
| Kneeling | Occasionally | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Occasionally | Exposure to Radiation | Never |
| Hearing | Occasionally | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Occasionally | Other Environmental Conditions | Occasionally |
| Far Acuity | Occasionally | | |
| Depth Perception | Never | | |
| Accommodation | Never | | |
| Color Vision | Occasionally | | |
| Field of Vision | Occasionally | | |

**Work Situations:** Performing a variety of duties.  
Dealing with people.  
Performing effectively under stress.

**Data:** 3 Compiling  
**People:** 6 Speaking-Signaling  
**Things:** 3 Driving-Operating

**Aptitudes:**

| | DOT | OAP |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Verbal Aptitude | 3 (34-66 Percentile) | Not Included |
| Numerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Motor Coordination | 3 (34-66 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 3 (34-66 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | |
| Color Discrimination | 4 (11-33 Percentile) | |

**Lincoln Financial Group**  
**01/03/2018**

Date: Fri Dec 15 15:05:27 CST 2017
From: Janet Olsen <Janet.Olsen@lfg.com>
To:
Message-ID: <187247026.41513371927567.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



# LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janet Olsen**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765*7492
Fax: 402-361-1460
Email: Janet.Olsen@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

December 15, 2017

GERALD W GLASNER

Re: Policyholder: Protection Strategies Incorporated
Policy Number: 00001015868600000
Claim Number: 1170042164
Claimant: Gerald Glasner

Dear Mr. Glasner:

This is to acknowledge receipt of your letter submitted in support of your appeal for Short Term Disability benefits.

We are in the process of reviewing your appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

As part of our review of our appeal, if you are receiving any other income during this disability please notify us of this information immediately. If receiving Social Security Disability, you may also submit information associated with your SSD Award for our consideration, which may include a copy of the ALJ Favorable Decision or a complete copy of your administrative file from the Social Security Administration. The pursuit and submission of this information will be at your own cost and is optional.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

CC:    Protection Strategies Incorporated
ATTN: Tina Davis
118 Mitchell Road
Suite B
OAK RIDGE, TN 37830

Date: Fri Dec 15 15:05:30 CST 2017
From: Janet Olsen <Janet.Olsen@lfg.com>
To: tdavis@protectionsi.com
Message-ID: <1681331517.61513371930921.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group

 **LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janet Olsen**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765*7492
Fax: 402-361-1460
Email: Janet.Olsen@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

December 15, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

This is to acknowledge receipt of your letter submitted in support of your appeal for Short Term Disability benefits.

We are in the process of reviewing your appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

As part of our review of our appeal, if you are receiving any other income during this disability please notify us of this information immediately.  If receiving Social Security Disability, you may also submit information associated with your SSD Award for our consideration, which may include a copy of the ALJ Favorable Decision or a complete copy of your administrative file from the Social Security Administration. The pursuit and submission of this information will be at your own cost and is optional.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

CC:  Protection Strategies Incorporated
     ATTN: Tina Davis
     118 Mitchell Road
     Suite B
     OAK RIDGE, TN 37830



(08 December 2017)

DEC 1 1 2017

To: Lincoln Financial Group

Re: Policyholder: Protection Strategies Incorporated

Policy Number: 00001015868600000

Claim Number: 1170042164 Claimant:

Gerald W. Glasner,

Subject; 2nd and Final Appeal of Denial of Benefits; Letter Dated November 08, 2017

I had anticipated your denial of benefits and was not surprised when, during the phone call from your representative, Sara Thompson, and the follow-up letter stated the same.

Your Lengthy and Detailed Response included:

Regarding physical capacity, a Dispatcher and a Security Guard in the national workforce is a Light physical capacity occupation. The definition of Light work is Light work requires walking/standing to a significant degree. In certain occupations it requires sitting most of the time but entails pushing/pulling of arm or leg controls; and/or when the job requires working at a production rate pace entailing the constant pushing/pulling of materials even though the weight of those materials is negligible. Light work may require exertion up to 20 lbs. occasionally (1-33%), exertion up to 10 lbs. frequently (34-66%) and a negligible degree of exertion constantly (67-100%). In the previous appeal letter, I wasn't necessarily arguing, nor am I arguing now your interpretation and application of your summary plan document pertaining to physical and functional requirements of the job, Protective Services Dispatcher. The question to be resolved then and still the basis for this appeal surrounds the employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test (PAT) and whether the (PAT) is a Main or Substantial Duty of the occupation. In the denial letter you made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with my Lumbar Spine I cannot take and pass the PAT.

Section 503 of the Rehabilitation Act of 1973, as amended, requires Government Contractors to accommodate an individual who has a disability as defined by the act who can otherwise perform the essential functions of the job in question. Your summary document requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the Main Duties of the job. The employer has declined to remove the requirement for employees to take and pass all parts of the PAT. So far you have made no mention that utilization of this Individual Disability Plan was offered to me by the employer (PSI) due to my medical limitations and as a Reasonable Accommodation as required applicable Federal Law.

Date: Wed Nov 08 14:05:11 CST 2017
From: Sara Thompson <Sara.Thompson@lfg.com>
To:
Message-ID: <124163361.01510171511369.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sara Thompson**
**Consultant, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114-40669
Toll Free Phone: 800-423-2765
Phone: 800-423-2765 *7531
Fax: 402-361-1496
Email: Sara.Thompson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

November 8, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

We have completed our review of your Short Term Disability appeal.  Based on the information provided, we have determined that we are unable to approve benefits beyond 06/01/2017.  In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy.  This includes, but is not limited to, the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation.  The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
(1) are normally required to perform the Insured Person's Own Occupation; and
(2) could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation.  It will apply the Act's standards, whether or not:
(1) the Employer is subject to the Act; or
(2) the Insured Person has requested such a job accommodation.
An Employer's failure to modify or omit other job tasks does **not** render the Insured Person unable to perform the Main Duties of the job.

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Main Duties include those job tasks:
(1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2) as performed in the general labor market and national economy.
Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which the Insured Person was employed with the Employer prior to Disability; and
(2) which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market.

## <u>Vocational Summary</u>

Based on information obtained from your employer, occupational information contained within the *Dictionary of Occupational Titles* (DOT), and evaluation from vocational professionals, we have determined that your occupation is best defined as a combination of a Security Guard and Dispatcher in the national workforce. The material and substantial duties include but are not limited to the following:

- Operates radio and telephone equipment to receive reports and requests from firefighting crews, fire-lookout stations, and mobile units, and relays information or orders to officials concerned

- Maintains communications log and maps location of fires, men, and equipment from field reports

- May organize and direct activities of firefighting crew

- Guards industrial or commercial property against fire, theft, vandalism, and illegal entry, performing any combination of following duties

- Patrols, periodically, buildings and grounds of industrial plant or commercial establishment, docks, logging camp area, or work site

- Examines doors, windows, and gates to determine that they are secure

- Warns violators of rule infractions, such as loitering, smoking, or carrying forbidden articles, and apprehends or expels miscreants

- Inspects equipment and machinery to ascertain if tampering has occurred

- Watches for and reports irregularities, such as fire hazards, leaking water pipes, and security doors left unlocked

Lincoln/Glasner 232

Regarding physical capacity, a Dispatcher and a Security Guard in the national workforce is a Light physical capacity occupation. The definition of Light work is Light work requires walking/standing to a significant degree. In certain occupations it requires sitting most of the time but entails pushing/pulling of arm or leg controls; and/or when the job requires working at a production rate pace entailing the constant pushing/pulling of materials even though the weight of those materials is negligible. Light work may require exertion up to 20 lbs. occasionally (1-33%), exertion up to 10 lbs. frequently (34-66%) and a negligible degree of exertion constantly (67-100%).

In order to be considered Totally Disabled, the medical evidence must support that you would be unable to perform each of the main duties of your regular occupation. As such, in considering your eligibility for Short Term Disability benefits beyond 06/01/2017, we evaluated whether you would be restricted or limited from performing the main duties of your occupation as listed above.

Your entire file was reviewed upon appeal. Disability must be supported from 06/01/2017 forward, which will be the focus of our determination.

## Summary of Initial Claim Filing

Your initial claim forms state that you were unable to continue working in your own occupation beyond 03/31/2017 due to back, leg, and hip pain.

Benefits were approved from 04/15/2017 to 06/01/2017. Benefits were not approved beyond 06/01/2017 after we determined you are no longer Totally Disabled from performing the main duties of your occupation. Our evaluation included review of the medical documentation, including consultation with and/or review of a written report from a health care consultant. For complete details please refer to our letter dated 07/24/2017.

## Summary of Appeal

On 09/21/2017, you filed an appeal in response to our determination to terminate benefits. Additional information was submitted with your appeal.

As part of our appeal review, your claim file was reviewed by a health care consultant, who noted in part:

> "Medical records document status post lumbar laminectomy approximately 15 years prior, now with low back pain requiring evaluation in 2016, and treated with epidural steroid injections. 2017 Chief complaint is low back pain left side, radiating down left leg. Current medications include: Aciphex, Bentyl, Lisinopril, Oxycodone, Phenobarbital. Past medical history includes hernia repair, prior lumbar spinal fusion and anemia. Records indicate claimant underwent a prior lumbar epidural steroid injection of the left L2-3 in November, 2016; and 1/26/17 which relieved his pain. Overall examinations find limited lumbar range of motion, otherwise neurologically intact with negative SLR and normal gait. Additional steroid injections and PT are ordered on 8/22/17. CT of spine 9/27/16 documents diffuse disc bulgeL1-3 without stenosis and prior laminectomy L3-4

through L5-S1. Diagnosis is prolapsed lumbar disc and degeneration of lumbar intervertebral disc."

"Attending Physician Restrictions and Limitations (s):
1. 9/24/17 Letter from McCombs, MD: Impairments include difficulty with repetitive lifting, twisting, bending and stooping. Should not lift an excess of 20 lbs., on any occasion or 10 lbs., repetitively. No difficulty with hearing, speaking or participating in leisure activities. May sit for up to four hours a day, stand up two hours, and walk for up to two hours with breaks. Requires approximately four breaks a day 10-15 minutes.
2. Abilities form dated 6/27/17 by McCombs notes claimant may sit frequently, lift up to 35 lbs. occasionally and never 36 or more pounds. May constantly sit, drive, finger, handle, operate foot controls and reach above the shoulder. May frequently stand, walk, and reach above the shoulder. May occasionally climb, bend, or kneel.
3. APS by McCombs 6/20/17 notes no running, jogging more than a mile, no pushups or sit ups."

"Rationale with medical findings: The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg. There is no aggressive treatment underway. The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device. The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21. Claimant has been considered beyond maximum."

## **Appeal Decision**

We understand that you have been diagnosed with back, leg, and hip pain. However, our review of the medical documentation, which included consultation with and/or review of a written report from a health care consultant does not support that you were unable to perform the main duties of your own occupation beyond 06/01/2017.

The records in your file indicate you have continued pain with restricted range of motion of the spine, but upon examination by your physician you are neurologically intact without motor sensory deficits, loss of coordination or strength, instability, muscular atrophy, or other specific deficits. Your gait was normal and you do not require an assistive device.

The CT of the spine showed a prior laminectomy, diffuse disc bulge at L1-3, and findings of prolapsed lumbar disc and degeneration, but there was no evidence of severe canal stenosis, compression, or nerve root impingement. There were no hardware or stability issues identified. There was no EMG/NCV identifying significant or severe joint compression, plexopathy, radiculopathy, denervation or severe motor neuropathy.

You were taking medications for your condition and were advised to attend physical therapy, but no further aggressive treatment was recommended.

Therefore, the physical examinations by your physicians and diagnostic testing does not show that your condition would warrant restrictions and limitations from performing the Main Duties of your own light physical demand occupation and we are unable to approve benefits past 06/01/2017.

Please keep in mind that in your policy, Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site. Main Duties are those jobs tasks as performed in the general labor market and economy and could not reasonably be modified or omitted. Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite.

As a reminder, you have exhausted your first level of appeal. If you disagree with this decision, you, your attorney, or a person legally authorized as your representative, may pursue a final administrative appeal.

To initiate this process submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

The following should be included with the appeal letter:
1. The policy number and claim number;
2. The reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. If you wish, you may also request copies of the pertinent documents related to the claim.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Under your employer's plan, such an action must be brought within three years after the date written proof of claim is required.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Sara Thompson
800-423-2765 *7531
Consultant, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Date: Wed Nov 08 13:45:15 CST 2017
From: Sara Thompson <Sara.Thompson@lfg.com>
To: tdavis@protectionsi.com
Message-ID: <1952093035.01510170315108.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sara Thompson**
**Consultant, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114-40669
Toll Free Phone: 800-423-2765
Phone: 800-423-2765 *7531
Fax: 402-361-1496
Email: Sara.Thompson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

November 8, 2017

PROTECTION STRATEGIES INCORPORATED
ATTN Tina Davis
118 Mitchell Road
Suite B
OAK RIDGE, TN 37830

Re:     Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Ms. Davis:

This letter is in regard to Mr. Glasner's request for an appeal of the denied Short Term Disability claim.

Upon review of the medical evidence, it has been determined that we are unable to overturn the original denial of their claim.

We cannot provide you with a copy of the detailed letter sent to the employee due to the confidential information that is contained in the letter regarding their medical records.

Please contact me directly at the number below with any questions you may have or email us at Claims@LFG.com.

Sincerely,

Sara Thompson
800-423-2765 *7531
Consultant, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Fri Oct 20 16:30:14 CDT 2017
From: Carla Larimore <Carla.Larimore@lfg.com>
To:
Message-ID: <190335975.01508535014143.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Carla Larimore**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2653
Fax: 402-361-1323
Email: Carla.Larimore@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

October 20, 2017

GERALD W GLASNER

Re:  Policyholder:  Protection Strategies Incorporated
     Policy Number: 00001015868600000
     Claim Number: 1170042164
     Claimant:  Gerald Glasner

Dear Mr. Glasner:

On 10/10/2017, we acknowledged your appeal and advised that it may be in your best interest to provide additional medical documentation in support of your appeal.

Although we received the additional information, we are approaching our initial deadline for deciding your appeal under the Employee Retirement Income Security Act (ERISA), and have not yet reached a determination.  The appeal decision is currently pending due to awaiting additional information from your employer and awaiting a medical review. An extension of time to process your appeal is required.  Due to these special circumstances, we are exercising our right to take a 45-day extension of time to decide your appeal.

We are currently reviewing your appeal.  You can expect to receive a decision from us by 12/20/2017.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Carla Larimore
800-423-2765 *2653
Sr Claims Examiner, Claims Professional
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.



# MediCopy Authorization for the Release of Medical Records

**Where are the records coming from?**

Facility/Doctor's Name: Howell Allen Clinic, Nashville TN 37203, 615-327-9543 fax 615-341-7583, Dr. Paul McCombs

**Tell us about the patient.**

Name: Gerald W. Glasner          DOB:          SSN:

Email:

Address:

City:          State:          Zip:

Phone#:          Fax#:

**Where are we sending the records?**

Name: Gerald W. Glasner

Email:

Address:

City:          State:          Zip:

Phone#:          Fax#:

**What would you like released?**

☑ All Records          ☐ Office/Clinic Notes          ☐ Operative Reports

☐ Lab/Pathology Results          ☐ Radiology Reports          ☐ Immunization Records

☑ Dates January 1, 2017  to  October 1, 2017

☐ Other_____

If you do not want certain portions of your medical records released, please check the categories listed below you would like excluded.

☐ Substance Abuse, if any          ☐ AIDS/HIV/STDs, if any          ☐ Psychological/Psychiatric conditions, if any

**Why are we sending the records?**

### Purpose of Disclosure

☑ Personal Use   ☐ Litigation/Legal   ☑ Insurance   ☐ Transfer of Care *(Last Two Years sent to a Physician at No Charge)*

***Per HIPAA 45 CFR 164.524, you may be charged a reasonable fee for reproducing medical records. Fees are non-refundable once services are rendered. Payment is due on receipt of invoice.***

**How would you like the records sent?**

### Delivery Method

Email ☑          Fax ☐          Pick-up at MediCopy ☐          Postage (additional fee applies) ☐

**Patient's Signature**

I hereby authorize MediCopy and its affiliates to release or disclose to the person(s) or organization listed above, all medical records requested, including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia or HIV infection, *unless otherwise noted.* This authorization is valid for 12 months from the date of signature. I understand that I may cancel this request with written notification but that it will not affect any information released prior to notification cancellation. I understand that the information used or disclosed may be subject to re-disclosure by the recipient on this request and will no longer be protected by federal regulations.

Patient's Signature: *Gerald W. Glasner*          Date: Oct 10, 2017
Gerald W. Glasner (Oct 10, 2017)

Relationship to patient: Patient

MediCopy Services, Inc. – 8 City Blvd., Ste 400 – Nashville, TN 37209 – P: 615-780-2741 F: 615-780-9866

**GLASNER, GERALD (id #1587675, dob:          )**

## Medical Records - CONFIDENTIAL

**FROM:** TN - Ascension - Tennessee
Nardos N
2011 Murphy Ave Ste 301, NASHVILLE, TN 37203-2023
Phone: (615) 327-9543
Fax: (615) 341-3568

**TO:**

**Name: GLASNER, GERALD**

**DOB:**

**Date Range: 01/01/2017 to 10/11/2017**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Clinical Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:1587675-A-7654]

## GLASNER, GERALD (id #1587675, dob: _____ )

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 08/22/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | GLASNER, GERALD (61yo, M) ID# 1587675 | **Appt. Date/Time** | 08/22/2017 10:30AM |
| **DOB** | | **Service Dept.** | STMP_NSURG_MDTWN_MURPHY |
| **Provider** | LAURIN HOWELL, NP | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK P (PPO)<br>    Insurance # : FJJHYLWEFUHZ<br>    Policy/Group # : 000FJJ834021P016<br>    PCP : GUPTA, RIMDA N, MD<br>    Referring Provider Name : GUPTA, RIMDA N, MD<br>Prescription: check now | | |

## Chief Complaint

back pain

Low-back and left leg pain.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** GUPTA, RIMDA N, MD: 1330 CEDAR LN, SUITE 100, TULLAHOMA, TN 37388, Ph (931) 393-3366, Fax (931) 393-1065
**Referring Provider (Primary Insurance):** GUPTA, RIMDA N, MD: 1330 CEDAR LN, SUITE 100, TULLAHOMA, TN 37388, Ph (931) 393-3366, Fax (931) 393-1065

## Patient's Pharmacies

**BLUE FRONT DRUG #1 (ERX): 107 FIRST AVE. NW, WINCHESTER TN 37398, Ph (931) 967-2251, Fax (931) 967-6646**

## Vitals

08/22/2017 10:11 am

| | | | |
|---|---|---|---|
| **Ht:** 6 ft | **Wt:** 174 lbs | **BMI:** 23.6 | |
| **BP:** 136/81 sitting R arm | **HR:** 96 | **T:** 98.6 F° ear | |

## Allergies

Allergies not reviewed (last reviewed 10/19/2016)
**PENICILLINS**: Other

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aciphex** | 10/20/16 | entered |
| **Bentyl** | 10/20/16 | entered |
| **lisinopril** | 10/20/16 | entered |
| **oxyCODONE-acetaminophen 10 mg-325 mg tablet**<br>TK 1 T PO TID | 05/03/17 | filled |
| **PHENobarbital 32.4 mg tablet**<br>TK 1 T PO FIVE TIMES DAILY | 07/21/17 | filled |
| **Zocor** | 10/20/16 | entered |

## Problems

Reviewed Problems
- Prolapsed lumbar intervertebral disc - Onset: 08/22/2017
- Degeneration of lumbar intervertebral disc

## Family History

## GLASNER, GERALD (id #1587675, dob:        )

Family History not reviewed (last reviewed 10/19/2016)
Father                        - Heart disease

## Social History

Social History not reviewed (last reviewed 10/19/2016)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 10/19/2016)
- Hernia Repair
- Spinal Fusion

## Past Medical History

Past Medical History not reviewed (last reviewed 10/19/2016)
anemia: **Y**

## Screening

None recorded.

## HPI

PHYSICIAN: Paul R. McCombs, III, MD

SUPERVISING PHYSICIAN: Gregory B. Lanford, MD

Mr. Gerald Glasner presents to the office today. He had a lumbar epidural steroid injection at L2-3 to the left on 01/26/2017. It helped him quite a bit. He has chronic issues with his back, but the injections seem to help. He keeps things manageable. He states this is the same pain that he had before. It is in the left side of the low back down into the left leg to the calf. He has no weakness and no numbness or tingling.

## ROS

**Additionally reports: Review of systems intake form as attached to this encounter visit was reviewed by me. Documented in the attached form and reviewed by me.**

## Physical Exam

Patient is a 61-year-old male.

He is an alert, well-nourished, well-developed male in no acute distress. He has a well-healed surgical scar. He has limited range of motion of the lumbar spine. He is neurologically intact. He has a negative straight leg raise. He has a normal gait

## Assessment / Plan

As he did well with the epidural steroid injections before, we will order him another round. He states this is the same pain he had before. He has also requested an order for physical therapy, which I have given him. Mr. Glasner is in agreement with this plan. He will contact us if his symptoms persist or worsen despite the injections and physical therapy.

**1. Prolapsed lumbar intervertebral disc**
   M51.26: Other intervertebral disc displacement, lumbar region
   ● PHYSICAL THERAPY REFERRAL -    Schedule Within: provider's discretion    Note to Provider: lumbar pt-to include massage and modalities
   Evaluate & Treat: eval and       Modalities: massage and modalities
   treat

**2. Degeneration of lumbar intervertebral disc**
   M51.36: Other intervertebral disc degeneration, lumbar region

## Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Laurin Howell, NP, 08/24/2017.

Encounter performed and documented by Laurin Howell, NP

STMP_Saint Thomas Medical Partners • 2011 Murphy Ave Ste 301, NASHVILLE TN 37203-2023

**GLASNER, GERALD (id #1587675, dob:**
Encounter reviewed & signed by Laurin Howell, NP on 08/24/2017 at 9:30am

## GLASNER, GERALD (id #1587675, dob:

**Gerald Glasner**
DOB:
Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**

 Phreesia

Date of Visit: 08/22/2017 10:30 AM

### Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Patient Date of Birth | |
| Patient Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height | 6 feet, inches |
| Weight | 180 pounds, 0 ounces |
| Primary Care Physician | RIMDA GUPTA |
| Referring Physician Same As Primary Care Physician | Yes |
| Physician * | Laurin Howell |
| Chief Complaint * | Lower Back-Radiating Pain |
| Reason for Visit Related to an Accident * | No |
| Date Symptoms began * | 2001 |
| Epidural Steroid Injection Confirmation * | Yes |
| Number of Epidural Steroid Injections * | 2 |
| Relief from Epidural Steroid Injections * | 1-2 Months |

### Past Medical History

Past and Current Medical Conditions
- anemia

### Surgical History

Surgeries or Procedures
- Hernia Repair
- Spinal Fusion

### Pain Management/Narcotic Agreement

| | | | |
|---|---|---|---|
| Pain Management Doctor Confirmation | No | Narcotic Agreement Confirmation | No |

### Allergies

| | | | |
|---|---|---|---|
| Drug Allergies Confirmation | Yes | Allergy Reaction | |
| Drug Allergies | | | Other |
| - Penicillins | | Penicillins | ☒ |

### Family History

Family Medical History Condition List
- Heart disease

Family Medical History Member

| | Mother | Father | Brother | Sister | Son | Daughter | Maternal Grandmother | Maternal Grandfather | Paternal Grandmother | Paternal Grandfather | Maternal Aunt | Maternal Uncle | Paternal Aunt | Paternal Uncle | Unspecified Relation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heart disease | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Social History

| | | | |
|---|---|---|---|
| Auto related injury? | No | Are you currently employed? * | No |
| Work related injury? | No | Education | 2 Year College |

### Substance Use

## GLASNER, GERALD (id #1587675, dob:

**Gerald Glasner**
DOB:
Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
Phreesia Intake

● Phreesia

Date of Visit: 08/22/2017 10:30 AM

| Alcohol intake | Moderate | Smoking Status | Never smoker |
|---|---|---|---|

STMP_Saint Thomas Medical Partners • 2011 Murphy Ave Ste 301, NASHVILLE TN 37203-2023

## GLASNER, GERALD (id #1587675, dob:

**Gerald Glasner**
DOB:
Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**P a t i e n t   R e p o r t**
P h r e e s i a   I n t a k e

 Phreesia

Date of Visit: 08/22/2017 10:30 AM

### Review of Systems

**Review of Systems - Constitutional Symptoms** ±
- ☐ None
- ☐ Fever
- ☐ Chills
- ☐ Night Sweats
- ☐ Weight Loss
- ☐ Weight Gain
- ☐ Sleep Disturbance
- ☑ Lack of Energy

**Review of Systems - Eyes** ±
- ☑ None
- ☐ Double Vision
- ☐ Blurring of Vision
- ☐ Loss of Vision
- ☐ Sensitivity to Light

**Review of Systems - Ears, Nose, Throat** ±
- ☑ None
- ☐ Hearing Loss
- ☐ Dizziness
- ☐ Ringing in Ears
- ☐ Nosebleeds
- ☐ Sore Throat
- ☐ Hoarseness
- ☐ Trouble Swallowing

**Review of Systems - Cardiovascular** ±
- ☑ None
- ☐ Chest Pain
- ☐ Palpitations (heart fluttering/racing)
- ☐ Fainting Spells
- ☐ Swollen Ankles / Legs

**Review of Systems - Respiratory** ±
- ☑ None
- ☐ Frequent Cough
- ☐ Wheezing / Asthma
- ☐ Coughing Up Blood
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Emphysema

**Review of Systems - Gastrointestinal (Digestion)** ±
- ☐ None
- ☐ Constipation
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☑ Reflux
- ☐ Ulcer
- ☐ Abdominal Pain
- ☐ Dark Tarry Stool
- ☐ Rectal Bleeding
- ☐ Jaundice

**Review of Systems - Genitourinary (Urinary System)** ±
- ☐ None
- ☐ Frequent Urination
- ☐ Loss of Bladder Control
- ☐ Painful Urination
- ☐ Impotence
- ☑ Sexual Dysfunction
- ☐ Pelvic Pain
- ☐ Kidney Stones
- ☐ Vaginal Bleeding
- ☐ Blood in Urine

**Review of Systems - Muscoloskeletal** ±
- ☐ None
- ☐ Joint Swelling
- ☐ Arthritis
- ☑ Muscle Pain
- ☐ Trouble Walking
- ☑ Joint Pain
- ☑ Low Back Pain
- ☐ Neck Pain

**Review of Systems - Skin** ±
- ☑ None
- ☐ Rash
- ☐ Itching
- ☐ Dryness
- ☐ Suspicious Lesions

**Review of Systems - Neurological (Nervous System)** ±
- ☑ None
- ☐ Headaches
- ☐ Numbness
- ☐ Paralysis
- ☐ Falling Down
- ☐ Seizures
- ☐ Weakness
- ☐ Tremors / Shaking
- ☐ Memory Loss
- ☐ Concussion

**Review of Systems - Allergy/Immunologic** ±
- ☑ None
- ☐ Autoimmune Disorder
- ☐ Seasonal Allergies

**Review of Systems - Psychiatric** ±
- ☑ None
- ☐ Depressed
- ☐ Anxiety
- ☐ Suicidal Thoughts
- ☐ Paranoia
- ☐ Hallucinations

**Review of Systems - Endocrine (Hormones)** ±
- ☑ None
- ☐ Cold Intolerance
- ☐ Heat Intolerance
- ☐ Excessive Thirst
- ☐ Excessive Urination

**Review of Systems - Hematologic/Lymphatic** ±
- ☐ None
- ☑ Abnormal Bruising or Bleeding
- ☐ Hypercoaguable State
- ☐ Enlarged Lymph Nodes

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 176 of 507    Lincoln Glasner 248
PageID #: 289

## GLASNER, GERALD (id #1587675, dob:

**Gerald Glasner**
DOB:
Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**



Date of Visit: 08/22/2017 10:30 AM

### Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Patient Date of Birth | |
| Patient Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height | 6 feet, inches |
| Weight | 180 pounds, 0 ounces |
| Primary Care Physician | RIMDA GUPTA |
| Referring Physician Same As Primary Care Physician | Yes |
| Physician ± | Laurin Howell |
| Chief Complaint ± | Lower Back-Radiating Pain |
| Additional Complaint ± | Mid Back-Pain |
| Reason for Visit Related to an Accident ± | No |
| Date Symptoms began ± | 1996 |

Past Treatments ±
☑ None Of the Above　　　　　☐ Physical Therapy
☐ Pain Medications　　　　　　☐ Chiropractor
☐ Anti-Inflammatories

| | |
|---|---|
| Epidural Steroid Injection Confirmation ± | Yes |
| Number of Epidural Steroid Injections ± | 2 |
| Relief from Epidural Steroid Injections ± | 1-2 Months |

### Past Medical History

Past and Current Medical Conditions
- anemia

### Surgical History

Surgeries or Procedures ±
- Cataract Surgery　　　　　　　　- Spinal Fusion
- Hernia Repair

### Pain Management/Narcotic Agreement

| Pain Management Doctor Confirmation  No | Narcotic Agreement Confirmation  No |
|---|---|

### Allergies

| Drug Allergies Confirmation  Yes | Allergy Reaction | |
|---|---|---|
| Drug Allergies | | Other |
| - Penicillins | Penicillins | ☒ |

### Family History

Family Medical History Condition List
- Heart disease

Family Medical History Member

| | Mother | Father | Brother | Sister | Son | Daughter | Maternal Grandmother | Maternal Grandfather | Paternal Grandmother | Paternal Grandfather | Maternal Aunt | Maternal Uncle | Paternal Aunt | Paternal Uncle | Unspecified Relation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heart disease | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**GLASNER, GERALD (id #1587675, dob:**

**Gerald Glasner**
DOB:
Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**P a t i e n t   R e p o r t**
**P h r e e s i a   I n t a k e**

 Phreesia

Date of Visit: 08/22/2017 10:30 AM

| Social History | | | |
|---|---|---|---|
| Auto related injury? | No | Are you currently employed? | No |
| Work related injury? | No | Education | 2 Year College |

| Substance Use | | | |
|---|---|---|---|
| Alcohol intake | Moderate | Smoking Status | Never smoker |

## GLASNER, GERALD (id #1587675, dob:

**Gerald Glasner**

**Patient Report**
**Phreesia Intake**

 Phreesia

Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

Date of Visit: 08/22/2017 10:30 AM

### Review of Systems

**Review of Systems - Constitutional Symptoms**
- ☐ None
- ☐ Fever
- ☐ Chills
- ☐ Night Sweats
- ☐ Weight Loss
- ☐ Weight Gain
- ☐ Sleep Disturbance
- ☑ Lack of Energy

**Review of Systems - Eyes**
- ☑ None
- ☐ Double Vision
- ☐ Blurring of Vision
- ☐ Loss of Vision
- ☐ Sensitivity to Light

**Review of Systems - Ears, Nose, Throat**
- ☑ None
- ☐ Hearing Loss
- ☐ Dizziness
- ☐ Ringing in Ears
- ☐ Nosebleeds
- ☐ Sore Throat
- ☐ Hoarseness
- ☐ Trouble Swallowing

**Review of Systems - Cardiovascular**
- ☑ None
- ☐ Chest Pain
- ☐ Palpitations (heart fluttering/racing)
- ☐ Fainting Spells
- ☐ Swollen Ankles / Legs

**Review of Systems - Respiratory**
- ☑ None
- ☐ Frequent Cough
- ☐ Wheezing / Asthma
- ☐ Coughing Up Blood
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Emphysema

**Review of Systems - Gastrointestinal (Digestion)**
- ☐ None
- ☐ Constipation
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☑ Reflux
- ☐ Ulcer
- ☐ Abdominal Pain
- ☐ Dark Tarry Stool
- ☐ Rectal Bleeding
- ☐ Jaundice

**Review of Systems - Genitourinary (Urinary System)**
- ☐ None
- ☐ Frequent Urination
- ☐ Loss of Bladder Control
- ☐ Painful Urination
- ☐ Impotence
- ☑ Sexual Dysfunction
- ☐ Pelvic Pain
- ☐ Kidney Stones
- ☐ Vaginal Bleeding
- ☐ Blood in Urine

**Review of Systems - Muscoloskeletal**
- ☐ None
- ☐ Joint Swelling
- ☑ Arthritis
- ☑ Muscle Pain
- ☐ Trouble Walking
- ☑ Joint Pain
- ☐ Low Back Pain
- ☐ Neck Pain

**Review of Systems - Skin**
- ☑ None
- ☐ Rash
- ☐ Itching
- ☐ Dryness
- ☐ Suspicious Lesions

**Review of Systems - Neurological (Nervous System)**
- ☑ None
- ☐ Headaches
- ☐ Numbness
- ☐ Paralysis
- ☐ Falling Down
- ☐ Seizures
- ☐ Weakness
- ☐ Tremors / Shaking
- ☐ Memory Loss
- ☐ Concussion

**Review of Systems - Allergy/Immunologic**
- ☑ None
- ☐ Autoimmune Disorder
- ☐ Seasonal Allergies

**Review of Systems - Psychiatric**
- ☑ None
- ☐ Depressed
- ☐ Anxiety
- ☐ Suicidal Thoughts
- ☐ Paranoia
- ☐ Hallucinations

**Review of Systems - Endocrine (Hormones)**
- ☑ None
- ☐ Cold Intolerance
- ☐ Heat Intolerance
- ☐ Excessive Thirst
- ☐ Excessive Urination

**Review of Systems - Hematologic/Lymphatic**
- ☐ None
- ☑ Abnormal Bruising or Bleeding
- ☐ Hypercoaguable State
- ☐ Enlarged Lymph Nodes



September 24, 2017


State of Tennessee
Department of Human Services
Disability Determination Section
PO Box 775
Nashville, Tennessee 37202


RE: Gerald Glasner
DOB:
MRN: 1587675


To Whom It May Concern:

This letter is in regard to the disability of Gerald W. Glasner. I have been asked to have a document prepared indicating this patient's impairments. This patient has difficulty with repetitive lifting, twisting, bending, and stooping. This patient should not lift an excess of 20 pounds on any occasion or 10 pounds repetitively. This patient has no difficulty with hearing, speaking, or participating in leisure activities. This patient can sit for up to four hours a day, stand up to two hours, and walk for up to two hours with breaks. He would require approximately four breaks a day 10 to 15 minutes.

Please feel free to contact me if I can be of further assistance.


Sincerely,


Paul R. McCombs, MD

PRM/11485


2011 Murphy Ave., Suite 301, Nashville, TN 37203
(615) 327-9543   (800) 668-9410   Fax: (615) 341-7583   Web: www.howellallen.com

**GLASNER, GERALD (id #1587675, dob:**



Gerald Glasner
DOB:
MRN: 1587675

DATE: 02/16/2017

Patient has had a couple epidural steroid injections. He is doing well. He has got a fitness training that he needs to be excused from and we will take care of that for him. If he needs another epidural, he will contact us and we can schedule that over the phone.

Paul R. McCombs III, MD/11232

2011 Murphy Ave., Suite 301, Nashville, TN 37203
(615) 327-9543 (800) 668-9410 Fax: (615) 341-7583 Web: www.howellallen.co

**GLASNER, GERALD (id #1587675, dob:**

Jan. 26. 2017  2:32PM                                                 No. 3736   P. 1

---

Sept 2000 Revision One

## ANESTHESIA RECORD
### StThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | ASA # | Surgery Date 1/26/2017 | Patient Name GLASNER, GERALD | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|
| | Location OR1 | Time Printed 1/26/2017 2:22 PM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 |

| Anesthesiologist Culclasure, M.D., John W M.D. 0006 1:55 PM | Anesthesia Methods | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | Code(s) |
|---|---|---|---|

| Surgeon | | Start | Stop | Total | Procedure(s) Lumbar Translaminar ESI L2/L3 Left Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|
| | Anes | | | | | |
| | Surg | | | | | |

| | 2:07 | 2:22 | 2:37 | | TOTALS |
|---|---|---|---|---|---|

EVENTS                    1 - 13    14

EVENT MILESTONES:

▼ Physiological Graph ▼

| | |
|---|---|
| SpO2 (%) (GEM:2) | — |
| SpO2 Pulse (bpm) (GEM:2) | — |
| NIBP Dias (mm Hg) (GEM:2) | ∧ |
| NIBP Mean (mm Hg) (GEM:2) | ◊ |
| NIBP Sys (mm Hg) (GEM:2) | ∨ |

2:07    2:22    2:37

| 1 | 2:07 PM | Start of Printed Anesthesia Record |
| 2 | 2:08 PM | Times assigned to procedure sequence are an artifact of the software. |
| 3 | 2:08 PM | Intraoperative assistant |
| 4 | 2:09 PM | NIBP,O2 sat.monitors applied. |
| 5 | 2:13 PM | Patient identity and site of planned procedure confirmed.: <hwilkerson - 1/26/2017 2:07 PM>: Duraprep x 1. Allowed to dry. |
| 6 | 2:14 PM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise). Aseptic technique.: Physician mask on before procedure. |
| 7 | 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure accoring to policy: <hwilkerson - 1/26/2017 2:07 PM> |
| 8 | 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. |
| 9 | 2:16 PM | 1% lido skin wheal raised with 25g needle. |

| 10 | 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.]: CORRECTION: 20 g 3.5" Tuohy epidural needle. Confirmed epidural location with 2-3 ml Omnipaque 300. |
| 11 | 2:18 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS. |
| 12 | 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise). : Fluoroscopy time (sec): 6 Bandaid applied. Pt escorted to room. |
| 13 | 2:20 PM | Record has been electronically signed: <johnc - 1/26/2017 2:22 PM>; JWC 2:20 |
| 14 | 2:22 PM | End of Printed Anesthesia Record |

Signature:                                                                 Date:

Copyright © 1997-2006 Dräger Medical Systems, Inc.

| Sept 2000 Revision One | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **INTRA-OP SUMMARY** - StThomas Outpatient Neurosurgical Center | | | | | | | | | PAGE: 1 of 1 REVISIONS: 0 | |

| Anesthetist | | ASA # | Surgery Date 1/26/2017 | | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Location OR1 | Time Printed 1/26/2017 2:22 PM | | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 | |
| Anesthesiologist Culclasure,M.D., John W M.D. 0006 1:55 PM | | Anesthesia Methods | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | | Code(s) | |
| Surgeon | | | Start | Stop | Total | Procedure(s) Lumbar Translaminar ESI L2/L3 Left Fluoroscopy | | | Code(s) | |
| | | Anes | | | | | | | | |
| | | Surg | | | | | | | | |

### Events

| Date/Time | Description | Remarks | Signature | |
|---|---|---|---|---|
| 01/26 2:07 PM | Start of Printed Anesthesia Record | | | |
| 01/26 2:08 PM | Times assigned to procedure sequence are an artifact of the software. | | | |
| 01/26 2:08 PM | Intraoperative assistant | | | |
| 01/26 2:09 PM | NIBP,O2 sat.monitors applied. | | | |
| 01/26 2:13 PM | Patient identity and site of planned procedure confirmed. | Duraprep x 1. Allowed to dry. | hwilkerson | 2:07 PM |
| 01/26 2:14 PM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise). Aseptic technique. | Physician mask on before procedure. | | |
| 01/26 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure accoring to policy | | hwilkerson | 2:07 PM |
| 01/26 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | | | |
| 01/26 2:16 PM | 1% lido skin wheal raised with 25g needle. | | | |
| 01/26 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.) | CORRECTION: 20 g 3.5" Tuohy epidural needle. Confirmed epidural location with 2-3 ml Omnipaque 300. | | |
| 01/26 2:18 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS. | | | |
| 01/26 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise). | Fluoroscopy time (sec): 6 Bandaid applied. Pt escorted to room. | | |
| 01/26 2:20 PM | Record has been electronically signed | JWC 2:20 | johnc | 2:22 PM |
| 01/26 2:22 PM | End of Printed Anesthesia Record | | | |

Copyright © 1997-2006 Drager Medical Systems, Inc.

Date: Tue Oct 10 09:35:18 CDT 2017
From: Carla Larimore <Carla.Larimore@lfg.com>
To:
Message-ID: <1483593969.21507646118604.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group

 **LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Carla Larimore**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2653
Fax: 402-361-1323
Email: Carla.Larimore@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

October 10, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

This is to acknowledge receipt of your appeal for Short Term Disability benefits. We received your letter on 09/21/2017.

It appears that the most recent medical records (office treatment notes and/or test results) in your file are from 10/19/2016.  No new or additional medical evidence was submitted with the letter of appeal.

In an effort to provide your claim with a full and fair review, it would be in your best interest to submit additional medical records (in addition to what was previously submitted) for our review of your appeal.  Please provide any office treatment notes, diagnostic testing results, etc. from 03/31/2017 and forward.  For specific details regarding the basis of our determination and the information previously reviewed, please refer to our letter dated 07/24/2017.

It is important that we have all available medical records so that we have a clear picture of your current condition.

Please submit any and all additional medical evidence that you believe would support your appeal.  Please have the medical records submitted to our office no later than 11/09/2017.

If we do not receive the additional information by 11/09/2017, we will review your appeal and render a decision based upon the information currently available in your file.

If you will not be submitting new medical records, please advise us in writing so that we may begin an immediate review of your appeal.  For your convenience, all documents may be sent via facsimile to 402-361-1460.

©2017  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please note that we are not making a final determination on your disability claim at this time as we want to provide you with every opportunity to submit a complete appeal.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Carla Larimore
800-423-2765 *2653
Sr Claims Examiner, Claims Professional
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Date: Tue Oct 10 09:35:23 CDT 2017
From: Carla Larimore <Carla.Larimore@lfg.com>
To: tdavis@protectionsi.com
Message-ID: <806542204.41507646123278.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group

 **LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Carla Larimore**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2653
Fax: 402-361-1323
Email: Carla.Larimore@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

October 10, 2017

PROTECTION STRATEGIES INCORPORATED
ATTN Tina Davis
118 Mitchell Road
Suite B
OAK RIDGE, TN 37830

Re:    Policy Number: 00001015868600000
       Claim Number: 1170042164
       Claimant:  Gerald Glasner

Dear Ms. Davis:

We are writing in regard to the Short Term Disability appeal for Gerald Glasner.

We have allowed additional time for Mr. Glasner to provide additional information for his appeal.

In addition, we need the following information from you:

- Mr. Glasner's estimated return to work date or employment termination date, if applicable.

As soon as the requested information is received, we will proceed with our review of the appeal.  Thank you for your patience during this time.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Carla Larimore
800-423-2765 *2653
Sr Claims Examiner, Claims Professional
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.



Gerald Glasner

CERTIFIED MAIL

7017 0660 0000 2191 5081

SEP 2 1 2017

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337 Omaha, NE 68103

U.S. POSTAGE PAID
ESTILL SPRINGS, TN
37330
SEP 18, 17
AMOUNT
$3.84

September 18, 2017

To: Michael Hornick, Senior Claims Examiner

The Lincoln National Life Insurance Company

Re: Policyholder: Protection Strategies Incorporated

Policy Number: 00001015868600000

Claim Number: 1170042164

Claimant: Gerald Glasner

Subject; Appeal, Denial of Benefits July 24, 2017

Dear Mr. Hornick;

Perhaps I have been approaching the appeal of Lincoln's denial of benefits incorrectly; after reading the plan documents, which I did not have copies of until I created my LFG account, I somewhat understand where you are coming from. You primarily cite the lack of medical documentation as reasons for your denial and I understand that. But, I am not a constant "pain complainer" and I do not live at the doctor's office so there is not a huge paper trail of medical documents. You said you only go back 4 months or so. I have a bad back, back pain, and limitations associated with that, I simply "suck it up" and go on and have for years. I just had my third epidural steroid injection in 12 months; these help some.

As written, this disability policy is not an insurance contract between you (Lincoln Financial) and me, (Gerald Glasner), instead it is a policy issued to the employer, (Protection Strategies Inc.). Money, through payroll deduction, was withheld each pay period by PSI for the insurance plan which as stated pays a benefit should I meet the following criteria; <u>TOTAL DISABILITY or TOTALLY DISABLED means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation.</u>  Now let's get technical; the employer has identified this Physical Fitness Standard, the pushups, sit-ups and mile run, as a job requirement. Is it a "Main or Substantial Duty" of my Occupation? That is to be decided between you and PSI. Certainly, it is not an essential function of the "Protective Services Dispatcher" as defined per PSI's Job Description, but was the centerpiece used for job termination on July 11 after I exhausted all of my vacation time. The policy also goes on to say:

<u>MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES</u> means those job tasks that: (1) are normally required to perform your Own Occupation; and (2) could not reasonably be modified or omitted. To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not: (1) the Employer is subject to the Act; or (2) you have requested such a job accommodation. An Employer's failure to modify or omit other job tasks does not render you unable to perform the Main Duties of the job.

Main Duties include those job tasks: (1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and (2) as performed in the general labor market and national economy. Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site.

<u>Protective Services Dispatcher Duties and Responsibilities:</u> With the exception of annual weapon's qualification and standing for brief periods of time completing personnel schedules for officers from the "duty assignment board" and like task, every single job action defined is done from a "sitting position". Dispatch duties have been included in the Lead Security Officers' duties and responsibilities since the position was created by ACS (Aerospace Center Support) in 1997; On March 5, 2017, the Field Lead's Duties were relegated to company supervisors; the remaining Lead Officers only do Dispatch Duties. By seniority, I received the first Dispatcher job.

The "Nuts and Bolts" of this whole mess. I was deemed "unfit for duty" by your client, PSI, used eighty (80) hours vacation time to satisfy the waiting period and you (Lincoln) approved and paid, in good faith for which I am thankful, six (6) weeks benefits ending late May. Dr. Paul McCombs did not say that I was unfit for duty nor did I declare at my annual physical done by the employer's medical staff, Urgent Team in Tullahoma TN., that I was unfit for duty as stated by PSI. Urgent Team actually concurred with McCombs's finding. I have worked full duty since 2001 with a 23% disability rating per medical guidelines in effect at that time. In McCombs's letter, he stated pushups and sit-ups may not be performed due to the risk of causing a flare-up of symptoms or additional injury to the spine; he did allow the run.

The Bottom Line. If the requirement to take and pass all aspects of the employer's <u>Physical Fitness Test</u> is a <u>Main or Substantial Duty of the Dispatcher Job</u> and cannot be modified or omitted, I should be receiving benefits under this disability plan. If the fitness test could be modified or omitted, then I should still be working. *Employment decisions should be made on ABILITIES; Insurance decisions should be made on DISABILITIES.* From my vantage point, your role and that of PSI have been reversed, you can't have it both ways.

When we spoke on August 1, 2017, I understood you were going to use a previous request for reconsideration as the appeal since benefits weren't actually denied until that time; the denial letter was dated July 24, received by me on August 1; obviously I misunderstood and that is OK.

I also want to be open, honest and upfront with you; I plan on appealing this anticipated denial to the Tennessee Department of Commerce, Insurance Division. I have received legal advice from our union's attorney and will make a final decision going forward at a later time.


Thanks for Consideration:

Gerald W. Glasher



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

July 25, 2017

PROTECTION STRATEGIES INCORPORATED
ATTN Tina Davis
118 Mitchell Road
Suite B
OAK RIDGE, TN 37830

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number:  00001015868600000
        Claim Number:  1170042164
        Claimant:  Gerald Glasner

Dear Tina Davis:

This letter is to inform you that the Short Term Disability claim for Gerald Glasner has been denied.

A detailed letter has been sent to Mr Glasner advising of our decision and offering appeal rights. Due to protected health information, we are unable to provide you with a copy of the denial letter.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com.

Sincerely,

Michael Hornick
678-295-3261
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

July 24, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

We have completed our review of your Short Term Disability claim and have determined that no additional benefits are payable beyond 06/01/2017152:06/01/2017.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy.  This includes but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation.  The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**Information reviewed and action taken**

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination.  The documentation contained in your claim file includes the following:

- Attending Physician Statement completed by Dr. Paul McCombs on 06/20/2017

According to the information contained in your claim file, you stopped working on 03/31/2017 due to a diagnosis of Other intervertebral disc degeneration,.

©2017  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

An Attending Physician Statement was completed by Dr. McCombs on 06/20/2017 of the Howell Allen Clinic noting that you were totally disabled from your Own Occupation since 12/01/2016 and would never be able to return to work due to the permanent restrictions of no running or jogging more than a mlile as well as no pushups or sit ups. The date of your last visit was 10/19/2016 and you are being seen on an as needed basis. You were marked as a class 2 limitations with the capability to perform medium activity while you were receiving epidural steroid injections.

**Summary**

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by this policy. The available medical information on file is insufficient to support a physical impairment that would prevent you from returning to your Own Occupation as of 04/01/2017. We have paid you in good faith from 04/01/2017 to 06/01/2017 and will not request a refund. Due to the inability to determine your functional impairments without any medical records on file for the dates of 04/01/2017 to present, your claim is now closed.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. If you wish, you may also request copies of the pertinent documents related to the claim.

REF #2125583

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation.  One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.  In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.  Under your employer's plan, such an action must be brought within three years after the date written proof of claim is required.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Michael Hornick
678-295-3261
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

AFI 31-122 Excerpts:

Successful completion of the PAT (physical agility test) is applicable to all civilian applicants/incumbents in the OPM occupational series 0083 (Civilian Police to include Detectives, Combat Arms, Training, Standardization Evaluation, Armorer, Alarm Monitor, Dispatcher, Military Working Dog (MWD) Police, Equipment/Resources, VCC and other 0083 series positions developed in the future) and series 0085 (DAF Security Guard and _Contractor Security Guard personnel_). _Passing the PAT is a condition of initial and continuous employment, similar to weapons qualification, and the successful passing of standardization evaluation. It is a minimum requirement of the position._

The physical agility standards that the AF is implementing quantify the AF's expectations. In order to meet the condition of employment standard, the individual tested must successfully pass the established standard for each of the elements of the PAT.

This instruction implements AFPD 31-1, Integrated Defense, DoDI 5525.15, Law Enforcement (LE) Standards and Training in the DoD; and DoDI 3020.50, Private Security Contractors Operating in Contingency Operations. This instruction provides Air Force Policy for the Department of the Air Force Civilian Police and _Security Guard Program_. It applies to all 23March-24 April, 2014 Department of the Air Force employees assigned to 0083, 0085 positions to include both contract and federally contracted Security Forces (SF). Compliance with this instruction is mandatory and it applies to Department of the Air Force military, civilian, Reserve, Air National Guard (does not include state contracted and/or non-dual status positions within the Air National Guard), and personnel from other US military branches assigned or attached to Air Force units, _government-owned, contractor-operated (GOCO)_ and contractor-owned, contractor operated (COCO) facilities.

## GUARDS UNION CONTRACT / APPENDIX D PHYSICAL FITNESS PROGRAM

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.

Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:

Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)

a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.

b) Guards that do not successfully pass the PFS will be afforded a second attempt

within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

Lincoln Glasner 269


**Lincoln**
Financial Group™

15876675

Please Return Response To:
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765 Fax 877 843-3950

## ABILITIES FORM

Patient Name: Gerald Glasner    Date of Birth: _____

Occupation: _____    Claim Number: _____

Date of Last Office Visit: 2/16/17    Date of Next Office Visit: as needed

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: _____    Date: _____

Provider Printed Name: _____    Degree: ☐ MD  ☐ DO  Other _____

Specialty: _____    Phone: _____

### OR

☑ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | ✓ | |
| 11 - 20 lbs. | | ✓ | | |
| 21 - 35 lbs. | | ✓ | | |
| 36 - 50 lbs. | ✓ | | | |
| 51 - 100 lbs. | ✓ | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | ✓ | |
| Stand | | | ✓ | | |
| Walk | | | ✓ | | |
| Climb | | ✓ | | | |
| Bend | | ✓ | | | |
| Kneel | | ✓ | | | |
| Drive | | | | ✓ | |
| Finger | | | | ✓ | R / L / Both |
| Handle | | | | ✓ | R / L / Both |
| Operate Foot Controls | | | | ✓ | R / L / Both |
| Reach above the shoulder | | | ✓ | ✓ | R / L / Both |

Are there environmental factors that the patient should avoid?  ☐ Yes  ☑ No    Specify: _____

Specific Limitations or Restrictions not noted above: _____

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: _____    Date: 6/24/17

Provider Printed Name: Paul MS Combs    Degree: ☑ MD  ☐ DO  Other _____

Specialty: Neurosurgery    Phone: _____

Address: 2011 Murphy Ave, Ste 301, Nashville, TN 37203

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC10248

Page 1 of 1
8/12



**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765  Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT – DISABILITY
## (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by _____.)

Claim No: _____       Policy No: _____

Name of Patient *Gerald Glasner*                Date of Birth

When did symptoms first appear or accident happen?     Has patient ever had same or similar condition?
*Localized Back Pain, leg not*  ☒ Yes  ☐ No   If yes, state when and describe. *2001.*
*hip pain*

(a) Diagnosis (including ICD Code(s))          (b) Subjective Findings *See attached*
*Degeneration of lumbar intervertebral disc*
*M51.36*

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)
*see attached*

(a) Date of First visit *9/14/16*  (b) Date of Last visit *10/19/16*  (c) Frequency of visits
                                                           ☐ Weekly
(d) Nature of treatment (including surgery, and medications prescribed)   ☐ Monthly
*Epidural Steroid Injections, See attached*  ☒ Other (specify) *As needed*

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

    ☐ Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

    ☒ Class 2 - Medium manual activity* (15-30%)

    ☐ Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

    ☐ Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks: *Patient has special restrictions, due to the type of work*

(b) Mental Impairments (if applicable)

    (a) Please define "stress" as it applies to this claimant.               *N/A*
    (b) What stress and problems in interpersonal relations has claimant had on job?

    ☐ Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

    ☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

    ☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

    ☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

    ☐ Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)        (d) Blood Pressure (last visit) _____
    ☐ Class 1(No limitation)    ☐ Class 2 (Slight limitation)                    systolic/diastolic
    ☐ Class 3 (Marked limitation)  ☐ Class 4 (Complete limitation)   *N/A*

(a) Has patient  ☐ Recovered?  ☐ Improved?   (b) Has patient been hospital confined?  ☐ Yes  ☒ No
                 ☐ Unchanged?  ☐ Retrogressed?    If Yes, give Name and Address of Hospital

                                                   Confined from _____ to _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.          Page 1 of 4
GLG-01450  ATTPHYSTM                                                                                          9/15

(c) Is patient ☒ Ambulatory? ☐ House Confined? ☐ Bed Confined? ☐ Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job ☒ Yes ☐ No
Any other work ☐ Yes ☐ No

(b) Date you are medically certifying patient unable to work.
_12/01/16_

(c) When do you expect a fundamental or marked change in the future?
☐ 1 Month ☐ 1-3 Months ☐ 3-6 Months ☒ Never
Applies to: ☒ Patient's Job ☐ Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
☐ Yes ☒ No If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL    Date on which assistance was first required and received

☐ Bathing _____ (washing self in tub, shower or by sponge bath, with or w/o equipment)
☐ Dressing _____ (putting on, taking off garmets, braces or any artificial limbs normally worn)
☐ Toileting _____ (getting to, from, on and off toilet; and performing related personal hygiene)
☐ Transferring _____ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
☐ Continence _____ (voluntarily maintaining control of bladder and bowel function)
☐ Eating _____ (getting nourishment into one's body by any means (table/tray or special equipment)

_N/A_

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
☐ Yes ☐ No If "no", please explain when improvement may be expected: _N/A_

(a) Is patient a suitable candidate for occupational rehabilitation? _NO_

(b) Can present job be modified to allow for handling with impairment? ☐ Yes ☒ No

(c) When could patient return to work? _Disabled due to permanent restrictions._
Patient's Job ☐ Full-time ☐ Part-time
Any other Work ☐ Full-time ☐ Part-time

Restrictions and Limitations _No running or jogging more than a mile. No pushups or situps._

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print _Paul R. McCombs_ Degree _MD_ Telephone Number

Street Address _____ City or Town _____ State _____ Zip Code _____

Signature (By Physician) _Paul McCombs, MD_ Date _6/20/17_

Howell Allen Clinic
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

GLC-01450 ATTPHYSTM

Gerald W. Glasner

July 17, 2017

Dear Mr. Hornick;

This is my second appeal regarding denial of benefits as they pertain to claim #1170042164, per claims procedures as outlined in the policy.  I believe you (Lincoln Financial) needs to step back and look at the entire circumstances that got us where we are today.  You and my former employer, PSI, must be patient and allow time for medical forms to be completed and forwarded.  Obviously, you need information in a prudent fashion but there is no immediacy indicated in your insurance policy document regarding getting forms to you; your time frames are quite reasonable.  The Howell Allen Clinic in Nashville is a large physician practice with many patients and they can't drop what they are doing just to complete a medical form.   The initial claim package should have sufficed for the complete thirteen weeks of short term disability providing adequate time for follow up.  I am now sending you the completed "Abilities Form" that I received via e-mail on June 19 along with the "Long Term Attending Physicians Report" processed by Medicopy and sent earlier.   I did not receive a completed Abilities Form copy from Howell Allen Clinic until late Friday afternoon July 14; you may have been faxed a copy earlier.  The forms are included with this correspondence for your attention.

Thanks

Gerald Glasner

Gerald W. Glasner

July 17, 2017

Dear Mr. Hornick;

This is my second appeal regarding denial of benefits as they pertain to claim #1170042164, per claims procedures as outlined in the policy.  I believe you (Lincoln Financial) needs to step back and look at the entire circumstances that got us where we are today.  You and my former employer, PSI, must be patient and allow time for medical forms to be completed and forwarded.  Obviously, you need information in a prudent fashion but there is no immediacy indicated in your insurance policy document regarding getting forms to you; your time frames are quite reasonable.  The Howell Allen Clinic in Nashville is a large physician practice with many patients and they can't drop what they are doing just to complete a medical form.   The initial claim package should have sufficed for the complete thirteen weeks of short term disability providing adequate time for follow up.  I am now sending you the completed "Abilities Form" that I received via e-mail on June 19 along with the "Long Term Attending Physicians Report" processed by Medicopy and sent earlier.   I did not receive a completed Abilities Form copy from Howell Allen Clinic until late Friday afternoon July 14; you may have been faxed a copy earlier. The forms are included with this correspondence for your attention.

Thanks

Gerald Glasner



15876475

| Please Return Response To:
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765  Fax 877 843-3950 |

## ABILITIES FORM

Patient Name: __Gerald Glasner__                          Date of Birth: _____

Occupation: _____          Claim Number _____

Date of Last Office Visit: __2/11/17_____          Date of Next Office Visit: __as needed__

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:_____          Date: _____

Provider Printed Name:_____          Degree:  ☐ MD   ☐ DO   Other_____

Specialty:_____          Phone:_____

**OR**

☑ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | ✓ | |
| 11 - 20 lbs. | | ✓ | | |
| 21 - 35 lbs. | | ✓ | | |
| 36 - 50 lbs. | ✓ | | | |
| 51 - 100 lbs. | ✓ | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | ✓ | |
| Stand | | | ✓ | | |
| Walk | | | ✓ | | |
| Climb | | ✓ | | | |
| Bend | | ✓ | | | |
| Kneel | | ✓ | | | |
| Drive | | | | ✓ | |
| Finger | | | | ✓ | R / L / Both |
| Handle | | | | ✓ | R / L / Both |
| Operate Foot Controls | | | | ✓ | R / L / Both |
| Reach above the shoulder | | | ✓ | ✓ | R / L / Both |

Are there environmental factors that the patient should avoid?   ☐ Yes  ☑ No   Specify:_____

Specific Limitations or Restrictions not noted above: _____

---

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements

Provider's Signature: _____          Date: __6/24/17__

Provider Printed Name:__Paul MS Combs__                   Degree:  ☑ MD   ☐ DO   Other_____

Specialty:__Neurosurgery__                                Phone:_____

Address: __2011 Murphy Ave, Ste 301, Nashville, TN__
__37203__

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC10248

Page 1 of 1
8/12



**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company. PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765  Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT – DISABILITY
### (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)
(This form is to be completed without expense to the Company and returned by _____.)

Claim No: _____   Policy No: _____

Name of Patient  *Gerald Glasner*               Date of Birth _____

When did symptoms first appear or accident happen?     Has patient ever had same or similar condition?
*Localized Back Pain, leg and*  ☒ Yes  ☐ No   If yes, state when and describe. *2001.*
*hip pain*

(a) Diagnosis (including ICD Code(s))                (b) Subjective Findings  *See attached*
*Degeneration of lumbar intervertebral disc*
*M51.36*

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)
*See attached*

(a) Date of First visit *9/14/16*  (b) Date of Last visit *10/19/16*  (c) Frequency of visits
                                                                    ☐ Weekly
(d) Nature of treatment (including surgery, and medications prescribed)        ☐ Monthly
*Epidural Steroid Injections, See attached*  ☒ Other (specify) *As needed*

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

   ☐ Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

   ☒ Class 2 – Medium manual activity* (15-30%)

   ☐ Class 3 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

   ☐ Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks: *Patient has special restrictions, due to the type of work*

(b) Mental Impairments (if applicable)

   (a) Please define "stress" as it applies to this claimant.                        *N/A*
   (b) What stress and problems in interpersonal relations has claimant had on job?

   ☐ Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

   ☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

   ☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

   ☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

   ☐ Class 5 – Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)        (d) Blood Pressure (last visit) _____
   ☐ Class 1(No limitation)       ☐ Class 2 (Slight limitation)                          systolic/diastolic
   ☐ Class 3 (Marked limitation)  ☐ Class 4 (Complete limitation)   *N/A*

(a) Has patient  ☐ Recovered?  ☐ Improved?     (b) Has patient been hospital confined?  ☐ Yes  ☒ No
                 ☐ Unchanged?  ☐ Retrogressed?      If Yes, give Name and Address of Hospital

                                                    Confined from _____ to _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.        Page 1 of 4
GLC-01450  ATTPHYSTM                                                                                         9/15

(c) Is patient ☒ Ambulatory?        ☐ House Confined?        ☐ Bed Confined?        ☐ Hospital Confined?

(a) Is patient now totally disabled?                                 (b) Date you are medically certifying patient unable to work.
Patient's Job    ☒ Yes  ☐ No
Any other work  ☐ Yes  ☐ No                                        12/01/16

(c) When do you expect a fundamental or marked change in the future?
☐ 1 Month    ☐ 1-3 Months    ☐ 3-6 Months    ☒ Never
Applies to:    ☒ Patient's Job    ☐ Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
☐ Yes  ☒ No   If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

| ADL | Date on which assistance was first required and received | |
|---|---|---|
| ☐ Bathing | _____ | (washing self in tub, shower or by sponge bath, with or w/o equipment) |
| ☐ Dressing | _____ | (putting on, taking off garmets, braces or any artificial limbs normally worn) |
| ☐ Toileting | _____ | (getting to, from, on and off toilet; and performing related personal hygiene) |
| ☐ Transferring | _____ | (moving in & out of bed, chair or any wheelchair, with or w/o equipment) |
| ☐ Continence | _____ | (voluntarily maintaining control of bladder and bowel function) |
| ☐ Eating | _____ | (getting nourishment into one's body by any means (table/tray or special equipment) |

N/A

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
☐ Yes  ☐ No   If "no", please explain when improvement may be expected:        N/A

(a) Is patient a suitable candidate for occupational rehabilitation?    NO

(b) Can present job be modified to allow for handling with impairment?  ☐ Yes  ☒ No

(c) When could patient return to work? _Disabled due to permanent restrictions._
Patient's Job    ☐ Full-time    ☐ Part-time
Any other Work   ☐ Full-time    ☐ Part-time
Restrictions and Limitations _No running or jogging more than a mile. No pushups or sit ups._

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print _Paul R. McCombs_        Degree _MD_        Telephone Number

Street Address                                City or Town            State        Zip Code

Signature (By Physician) _Paul McCombs, MD_                            Date _6/20/17_

**Howell Allen Clinic**
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

GLC-01450   ATTPHYSTM

Page 2 of 4
9/15


## Lincoln
### Financial Group™

1587675

| Please Return Response To: |
|---|
| The Lincoln National Life Insurance Company |
| PO Box 2609, Omaha, NE 68103-2609 |
| Toll Free 800 423-2765  Fax 877 843-3950 |

## ABILITIES FORM

Patient Name: _Gerald Glasner_ 

Date of Birth: _____

Occupation: _____

Claim Number: _____

Date of Last Office Visit: _2/16/17_ 

Date of Next Office Visit: _as needed_

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: _____  Date: _____

Provider Printed Name: _____  Degree: ☐ MD  ☐ DO  Other _____

Specialty: _____  Phone: _____

**OR**

☑ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | ✓ | |
| 11 - 20 lbs. | | ✓ | | |
| 21 - 35 lbs. | | ✓ | | |
| 36 - 50 lbs. | ✓ | | | |
| 51 - 100 lbs. | ✓ | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | ✓ | |
| Stand | | | ✓ | | |
| Walk | | | ✓ | | |
| Climb | | ✓ | | | |
| Bend | | ✓ | | | |
| Kneel | | ✓ | | | |
| Drive | | | | ✓ | |
| Finger | | | | ✓ | R/L/Both |
| Handle | | | | ✓ | R/L/Both |
| Operate Foot Controls | | | | ✓ | R/L/Both |
| Reach above the shoulder | | | ✓ | ✓ | R/L/Both |

Are there environmental factors that the patient should avoid?  ☐ Yes  ☑ No  Specify: _____

Specific Limitations or Restrictions not noted above: _____

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: _[signature]_  Date: _6/24/17_

Provider Printed Name: _Paul McCombs_  Degree: ☑ MD  ☐ DO  Other _____

Specialty: _Neurosurgery_  Phone: _____

Address: _2011 Murphy Ave, Ste 301, Nashville, TN 37203_

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

GLC10248

Page 1 of 1
8/12

Date: Tue Jun 27 13:50:26 CDT 2017
From: Michael Hornick <Michael.Hornick@lfg.com>
To:
Message-ID: <1080668767.61498589426694.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group

**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Michael Hornick**
**Senior Claims Examiner, Claims**
LN10-Lincoln National Life Insurance Co
1600 Riveredge Parkway Suite 130
Atlanta, GA 30328
Toll Free Phone: 1-800-423-2765
Phone: 678-295-3261
Fax: 4029387989
Email: Michael.Hornick@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com





Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

June 27, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

This letter is in reference to your claim for Short Term Disability benefits.

We have previously approved benefits to 06/01/2017 and recently received the following information for consideration of additional benefits:

- Attending Physician Statements
- Medical records from 2016

Based on the information you recently submitted to our office and the information already contained in your claim file, we are unable to consider additional benefits at this time.

To consider additional benefits, you will need to provide our office with current medical documentation that supports continued restrictions and limitations from your occupation.  This information should cover the period of time beginning on or around 04/01/2017 to current date.

Medical documentation should include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and/or laboratory results, x-ray results, MRI results, all types of therapy notes, operative reports, and consultations.  You are responsible for obtaining this information from your medical providers and any expense incurred in obtaining this information is your responsibility.  A note from your physician without supporting documentation as described above is not sufficient to consider additional benefits.

©2017  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Michael Hornick
678-295-3261
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company



## Clinical Documents

Jan. 26. 2017  2:32PM                                    No. 3736   P. 1

Sept 2000 Revision One

### ANESTHESIA RECORD
### St.Thomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | ASA 1 | Surgery Date 1/26/2017 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|
| | Location OR1 | Time Printed 1/26/2017 2:22 PM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # 00348x0 |

| Anesthesiologist Cunningham, M D., John W M.D. 0006 1:55 PM | Anesthesia Methods | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | Code(s) |

| Surgeon | | Start | Stop | Total | Procedure(s) Lumbar Translaminar ESI L2/L3 Left Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|
| | Anes | | | | | |
| | Surg | | | | | |

| | 2:07 | 2:22 | 2:27 | | TOTALS |

EVENTS        1 - 13     14

EVENT MILESTONES

Physiologic Graph

| SpO2 (%) (GEM:2) | | | | | 200 / 100 |
| SpO2 Pulse (bpm) (GEM:2) | | | | | 90 |
| NIBP Dias (mm Hg) (GEM:2) | | | | | 80 |
| NIBP Mean (mm Hg) (GEM:2) | | | | | |
| NIBP Sys (mm Hg) (GEM:2) | | | | | 70 |

2:07    2:22    2:37

| # | Time | Event |
|---|---|---|
| 1 | 2:07 PM | Start of Printed Anesthesia Record |
| 2 | 2:08 PM | Times assigned to procedure sequence are an artifact of the software. |
| 3 | 2:08 PM | Intraoperative assistant |
| 4 | 2:09 PM | NIBP, O2 sat,monitors applied. |
| 5 | 2:12 PM | Patient identity and site of planned procedure confirmed.; <hwilkerson - 1/26/2017 2:07 PM> : Ouraprep x 1. Allowed to dry. |
| 6 | 2:14 PM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise). Aseptic technique. Physician mask on before procedure. |
| 7 | 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure according to policy; <hwilkerson - 1/26/2017 2:07 PM> |
| 8 | 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. |
| 9 | 2:16 PM | 1% Lido skin wheal raised with 25g needle |
| 10 | 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.); CORRECTION: 20 g 3.5" Tuohy epidural needle. Confirmed epidural location with 2-3 ml Omnipaque 300 |
| 11 | 2:18 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS. |
| 12 | 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise).; Fluoroscopy time (sec); 6 Bandaid applied. Pt escorted to room. |
| 13 | 2:20 PM | Record has been electronically signed; <john - 1/26/2017 2:22 PM>, JWC 2:20 |
| 14 | 2:22 PM | End of Printed Anesthesia Record |

Signature:                                             Date:

Copyright © 1997-2006 Draeger Medical Systems, Inc.

 



... ... ... ... ... ... MASSWELLE IN 57103400

**GLASNER, GERALD (id #1587675, dob:            )**

Jan. 26. 2017  2:36PM                                    No. 2736   P  2

Sept 2006 Revision One

**INTRA-OP SUMMARY** - StThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 1/26/2017 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|---|
| | | Location OR: | Time Printed 1/26/2017 2:22 PM | Age 61 Years | D.o.b. | Sex | Height | Medical Record # SC34810 |
| Anesthesiologist Culclasure,M.D., John W M.D. 0068  1:55 PM | | Anesthesia Methods | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | | Code(s) |
| Surgeon | | | Start | Stop | Total | Procedure(s) Lumbar Transforminar ESI L2/L3 Left Fluoroscopy | | Code(s) |
| | | Anes | | | | | | |
| | | Surg | | | | | | |

### Events

| Date/Time | Description | Remarks | Signature | |
|---|---|---|---|---|
| 01/26 2:07 PM | Start of Printed Anesthesia Record | | | |
| 01/26 2:08 PM | Times assigned to procedure sequence are an artifact of the software. | | | |
| 01/26 2:08 PM | Intraoperative assistant | | | |
| 01/26 2:09 PM | NIBP, O2 sat monitors applied. | | | |
| 01/26 2:13 PM | Patient identity and site of planned procedure confirmed | Duraprep x 1. Allowed to dry | hwilkerson | 2:07 PM |
| 01/26 2:14 PM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise) Aseptic technique. | Physician mask on before procedure. | | |
| 01/26 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure according to policy | | hwilkerson | 2:07 PM |
| 01/26 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | | | |
| 01/26 2:16 PM | 1% lido skin wheal raised with 25g needle. | | | |
| 01/26 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia (unless noted otherwise.) | CORRECTION. 20 g 3.5" Tuohy epidural needle. Confirmed epidural location with 2-3 ml Omnipaque 300. | | |
| 01/26 2:18 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS | | | |
| 01/26 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise). | Fluoroscopy time (sec). 6 Bandaid applied. Pt escorted to room. | | |
| 01/26 2:20 PM | Record has been electronically signed | JWC 2.20 | johnc | 2:22 PM |
| 01/26 2:22 PM | End of Printed Anesthesia Record | | | |

Copyright © 1997-2006 Drager Medical Systems, Inc.

 



GLASNER, GERALD (id #1587675, dob: )

Nov. 9, 2016 11:26AM

Nov 1691

Sept 2000 Revision One

## ANESTHESIA RECORD
### StThomas Outpatient Neurosurgical Center

PAGES: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 11/9/2016 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numbr |
|---|---|---|---|---|---|---|---|---|
| | | Location OR1 | Time Printed 11/9/2016 11:13 AM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 |

| Anesthesiologist Culcasure, M.D., John W M.D. 0708 10:54 AM | Anesthesia Methods | | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | Code(s) |

| Surgeon | | Start | Stop | Total | Procedure(s) Lumbar Transforminal EST L2/L3 Left Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|
| | Anes | | | | | |
| | Surg | | | | | |

| | 11:00 | 11:15 | 11:30 | | TOTALS |

EVENTS 1 - 13  14

EVENT MILESTONES

▼ Physiological Graph ▼

SpO2 (%) (GEM: 2)
SpO2 Pulse (bpm) (GEM: 2)
NIBP Dias (mm Hg) (GEM: 2)
NIBP Mean (mm Hg) (GEM: 2)
NIBP Sys (mm Hg) (GEM: 2)

11:00  11:15  11:30

| 11:00 AM | Start of Printed Anesthesia Record |
| 11:01 AM | Intraoperative assistant |
| 11:01 AM | Times assigned to procedure sequence are an artifact of the software. |
| 11:02 AM | NIBP/O2 sat monitors applied. |
| 11:06 AM | Patient identity and site of planned procedure confirmed.: <hwilkerson - 11/9/2016 11:03 AM>: Durapres x 1. Allowed to dry. |
| 11:07 AM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure according to policy: <hwilkerson - 11/9/2016 11:06 AM> |
| 11:07 AM | Patient placed prone. Skin prepped with povidone iodine (unless noted otherwise). Aseptic technique.: Physician mask on before procedure. |
| 11:08 AM | C-arm fluoroscopy used to identify interlaminar space and level for injection. |
| 11:09 AM | 1% xylo skin wheal raised with 25g needle. |

| 11:10 AM | 17g Touhey needle to epidural space using saline 'loss of resistance' technique. Aspiration negative. No paresthesis. (Unless noted otherwise.): CORRECTION: 20 g 3.5" Touhy epidural needle Confirmed epidural location with 2-3 cc Omnipaque 300. |
| 11:11 AM | Methylprednisolone acetate 120 mg + 5 ml PFNS. |
| 11:12 AM | Patient tolerated the procedure well. No complications (unless noted otherwise).: Fluoroscopy time (sec): 7 Band-aid applied. Patient escorted to room. |
| 11:13 AM | Record has been electronically signed: <jannic - 11/9/2016 11:13 AM> JWC 11:12 |
| 11:15 AM | End of Printed Anesthesia Record |

Signature: ___ Date: ___

Copyright © 1997-2008 Dräger Medical Systems, Inc.

 



GLASNER, GERALD (id #1587675, dob:          )

Nov. 9, 2016 11:26AM                                   No. 1691   P. 2



Sept 2000 Revision One

## INTRA-OP SUMMARY - StThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 11/9/2016 | Patient Name GLASNER, GERALD | | | Weight | Social Security NuMD |
|---|---|---|---|---|---|---|---|---|
| | | Location OR1 | Time Printed 11/9/2016 11:13 AM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SG34816 |

| Anesthesiologist Culdasure,M.D., John W M.D, 0005 10:54 AM | Anesthesia Methods | | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | Code(s) |
|---|---|---|---|---|---|---|---|---|

| Surgeon | | | Start | Stop | Total | Procedure(s) Lumbar Transaminer ESI L2/L3 Left Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|---|
| | Anes | | | | | | |
| | Surg | | | | | | |

### Events

| Date/Time | Description | Remarks | Signature | |
|---|---|---|---|---|
| 11/09 11:00 AM | Start of Printed Anesthesia Record | | | |
| 11/09 11:01 AM | Intraoperative assistant | | | |
| 11/09 11:01 AM | Times assigned to procedure sequence are an artifact of the software. | | | |
| 11/09 11:02 AM | NIBP, O2 sat, monitors applied. | | | |
| 11/09 11:06 AM | Patient identity and site of planned procedure confirmed. | Duraprep x 1. Allowed to dry. | hwilkerson | 11:03 AM |
| 11/09 11:07 AM | TIME OUT/ PROCEDURE VERIFICATION Immediately prior to procedure accuring to policy | | hwilkerson | 11:00 AM |
| 11/09 11:07 AM | Patient placed prone. Skin prepped with povedone iodine (unless noted otherwise). Aseptic technique. | Physician mask on before procedure. | | |
| 11/09 11:08 AM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | | | |
| 11/09 11:09 AM | 1% lida skin wheal raised with 25g needle. | | | |
| 11/09 11:10 AM | 17g Touhy needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.) | CORRECTION: 20 g 3.5" Touhy epidural needle Confirmed epidural location with 2-3 cc Omnipaque 300. | | |
| 11/09 11:11 AM | Methylprednisolone acetate 120 mg + 5 ml PFMS. | | | |
| 11/09 11:12 AM | Patient tolerated the procedure well. No complications (unless noted otherwise). | Fluoroscopy time (sec). 7 Band-aid applied. Patient escorted to room. | | |
| 11/09 11:13 AM | Record has been electronically signed | JWC 11-17 | johnc | 11:13 AM |
| 11/09 11:13 AM | End of Printed Anesthesia Record | | | |

Copyright © 1997-2008 Drager Medical Systems, Inc





239 (xxx) Charlie, Murfreesboro & Dickson, Suite 300   NASHVILLE TN 37203-9823

## GLASNER, GERALD (id #1587675, dob:

### Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 10/19/2016**
Encounter Sign-Off
 Encounter signed-off by Paul McCombs III, MD, 10/20/2016.
Patient

| | | | |
|---|---|---|---|
| **Name** | GLASNER, GERALD (60yo, M) ID# 1587675 | **Appt. Date/Time** | 10/19/2016 11:15AM |
| **DOB** | | **Service Dept.** | STMP_NSURG_MDTWN_MURPHY |
| **Provider** | PAUL MCCOMBS III, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO) | | |

       Insurance # : FJJHYLWEFUHZ
       Policy/Group # : 000FJJ834021P016
       PCP : GUPTA, RIMDA N, MD
       Referring Provider Name : GUPTA, RIMDA N, MD
       Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify
         coverage and all member demographic information. details

### Chief Complaint

None recorded.

### HPI

Mr. Gerald Glasner returns to office today in followup. I have gone over the results of the studies with him. He has what appears to be a far lateral disc at L2-3 on the left consistent with his clinical syndrome of back, hip and left leg pain. We will schedule him for an epidural and do a phone follow-up visit in four weeks.

### Past Medical History

Reviewed Past Medical History
anemia: **Y**

### Social History

Reviewed Social History
Smoking Status: Never smoker

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aciphex** | 10/20/16 | entered |
| **Bentyl** | 10/20/16 | entered |
| **lisinopril** | 10/20/16 | entered |
| **Zocor** | 10/20/16 | entered |

### Allergies

Reviewed Allergies
**PENICILLINS**: Other

### Family History

Reviewed Family History
Father                - Heart disease

### ROS

None recorded.

### Vitals

10/19/2016 11:34 am

| | | | |
|---|---|---|---|
| **Ht:** 6 ft | **Wt:** 180 lbs | | **BMI:** 24.4 |
| **BP:** 130/88 sitting L arm | **HR:** 97 | | **T:** 98 F° |

### Physical Exam

 



One Birch Tree Community Hospital, 1234 Main St, Suite 101, Nashville TN 37203-0000

**GLASNER, GERALD (id #1587675, dob:**

None recorded.

Assessment / Plan

**1. Degeneration of lumbar intervertebral disc**
   M51.36: Other intervertebral disc degeneration, lumbar region
   ● EPIDURAL STEROID INJECTION, LUMBAR (PROC) -     Note to Provider: L2-3 esi left
   Date of Procedure: 10/19/2016

Return to Office
   None recorded.

Encounter performed and documented by Paul McCombs III, MD
Encounter reviewed & signed by Paul McCombs III, MD on 10/20/2016 at 3:16pm

 



**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**



Date of Visit: 10/18/2016 11:08 AM

## Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Date of Birth | |
| Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height | 6 feet, 0 inches |
| Weight | 180 pounds, 0 ounces |
| Primary Care Physician | RIMDA GUPTA |
| Referring Physician Same As Primary Care Physician | Yes |
| Chief Complaint ± | Lower Back-Radiating Pain |
| Additional Complaint ± | Mid Back-Pain |
| Reason for Visit Related to an Accident | No |
| Date Symptoms began ± | Jan 1996 |

Past Treatments ±
☑ None Of the Above          ☑ Physical Therapy
☐ Pain Medications           ☐ Chiropractor
☐ Anti-inflammatories

Length of Treatment ±

| | 1 Week | 2 Weeks | 4 Weeks | More than 4 weeks |
|---|---|---|---|---|
| Physical Therapy | | | | ☑ |
| None Of the Above | | | | |

| | |
|---|---|
| Epidural Steroid Injection Confirmation | Yes |
| Number of Epidural Steroid Injections ± | 4 |
| Relief from Epidural Steroid Injections | No Relief |

## Past Medical History

Past and Current Medical Conditions
- anemia

## Surgical History

Surgeries or Procedures
- Hernia Repair                - Spinal Fusion

## Medications

Medications
☑ ACIPHEX          ☑ LISINOPRIL
☑ BENTYL           ☑ ZOCOR

## Pain Management/Narcotic Agreement

| | | |
|---|---|---|
| Pain Management Doctor Confirmation  No | Narcotic Agreement Confirmation | No |

## Allergies

| | | |
|---|---|---|
| Drug Allergies Confirmation | Yes | Allergy Reaction |
| Drug Allergies | | |
| - Penicillins | Penicillins | Other ☒ |

## Family History

Ascension - Saint Thomas Medical Partners
4323 Carothers Pkwy Suite 308

Page: 1 of 3

 





**GLASNER, GERALD (id #1587675, dob:**

| **Gerald Glasner**<br>DOB:<br>Age: 60<br>Gender: Male<br>Chief Complaint: Lower Back-Radiating Pain | **Patient Report**<br>**Phreesia Intake** |  Phreesia<br>Date of Visit: 10/18/2016 11:08 AM |

Family Medical History Condition List
- Heart disease

Family Medical History Member

|  | Mother | Father | Brother | Sister | Son | Daughter | Maternal Grandmother | Maternal Grandfather | Paternal Grandmother | Paternal Grandfather | Maternal Aunt | Maternal Uncle | Paternal Aunt | Paternal Uncle | Unspecified Relation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heart disease | ☑ |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

### Social History

| Work related injury? | No | Education | 2 Year College |
|---|---|---|---|
| Are you currently employed? | Yes |  |  |

### Substance Use

| Alcohol Intake | Moderate | Smoking Status | Never smoker |
|---|---|---|---|

 



GLASNER, GERALD (id #1587675, dob:                )

**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**

 Phreesia

Date of Visit: 10/18/2018 11:08 AM

---

## Review of Systems

**Review of Systems - Constitutional Symptoms**
- ☐ None
- ☐ Fever
- ☐ Chills
- ☐ Night Sweats
- ☐ Weight Loss
- ☐ Weight Gain
- ☐ Sleep Disturbance
- ☑ Lack of Energy

**Review of Systems - Eyes**
- ☑ None
- ☐ Double Vision
- ☐ Burning of Vision
- ☐ Loss of Vision
- ☐ Sensitivity to Light

**Review of Systems - Ears, Nose, Throat**
- ☑ None
- ☐ Hearing Loss
- ☐ Dizziness
- ☐ Ringing in Ears
- ☐ Nosebleeds
- ☐ Sore Throat
- ☐ Hoarseness
- ☐ Trouble Swallowing

**Review of Systems - Cardiovascular**
- ☑ None
- ☐ Chest Pain
- ☐ Palpitations (heart fluttering, racing)
- ☐ Fainting Spells
- ☐ Swollen Ankles / Legs

**Review of Systems - Respiratory**
- ☑ None
- ☐ Frequent Cough
- ☐ Wheezing / Asthma
- ☐ Coughing Up Blood
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Emphysema

**Review of Systems - Gastrointestinal (Digestion)**
- ☐ None
- ☐ Constipation
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☑ Reflux
- ☐ Ulcer
- ☐ Abdominal Pain
- ☐ Dark Tarry Stool
- ☐ Rectal Bleeding
- ☐ Jaundice

**Review of Systems - Genitourinary (Urinary System)**
- ☐ None
- ☐ Frequent Urination
- ☐ Loss of Bladder Control
- ☐ Painful Urination
- ☐ Impotence
- ☑ Sexual Dysfunction
- ☐ Pelvic Pain
- ☐ Kidney Stones
- ☐ Vaginal Bleeding
- ☐ Blood in Urine

**Review of Systems - Musculoskeletal**
- ☐ None
- ☐ Joint Swelling
- ☑ Arthritis
- ☐ Muscle Pain
- ☐ Trouble Walking
- ☑ Joint Pain
- ☐ Low Back Pain
- ☐ Neck Pain

**Review of Systems - Skin**
- ☑ None
- ☐ Rash
- ☐ Itching
- ☐ Dryness
- ☐ Suspicious Lesions

**Review of Systems - Neurological (Nervous System)**
- ☑ None
- ☐ Headaches
- ☐ Numbness
- ☐ Paralysis
- ☐ Falling Down
- ☐ Seizures
- ☐ Weakness
- ☐ Tremors / Shaking
- ☐ Memory Loss
- ☐ Concussion

**Review of Systems - Allergy/Immunologic**
- ☑ None
- ☐ Autoimmune Disorder
- ☐ Seasonal Allergies

**Review of Systems - Psychiatric**
- ☑ None
- ☐ Depressed
- ☐ Anxiety
- ☐ Suicidal Thoughts
- ☐ Paranoia
- ☐ Hallucinations

**Review of Systems - Endocrine (Hormones)**
- ☑ None
- ☐ Cold Intolerance
- ☐ Heat Intolerance
- ☐ Excessive Thirst
- ☐ Excessive Urination

**Review of Systems - Hematologic/Lymphatic**
- ☑ None
- ☐ Abnormal Bruising or Bleeding
- ☐ Hypercoaguable State
- ☐ Enlarged Lymph Nodes

---

Ascension - Saint Thomas Medical Partners
4023 Carothers Pkwy Suite 308

Page: 3 of 3

 

☒

## GLASNER, GERALD (id #1587675, dob:

**Encounter Date: 09/14/2016**
Encounter Sign-Off
Encounter signed-off by Paul McCombs III, MD, 09/15/2016.
Patient

| | | | |
|---|---|---|---|
| **Name** | GLASNER, GERALD (60yo, M) ID# 1587675 | **Appt. Date/Time** | 09/14/2016 11:30AM |
| **DOB** | | **Service Dept.** | STMP_NSURG_MDTWN_MURPHY |
| **Provider** | PAUL MCCOMBS III, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO) | | |

Insurance # : FJJHYLWEFUHZ
Policy/Group # : 000FJJ834021P016
PCP : GUPTA, RIMDA N, MD
Referring Provider Name : GUPTA, RIMDA N, MD
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

### Chief Complaint

None recorded.

### HPI

Patient is a 60-year-old white male in the office today for evaluation of back and bilateral hip pain. Patient states that he underwent surgery by me 15 years ago. He is done really well over the years. Slightly developed some localized low back pain. Denies any radicular leg pain per se. It is worse with prolonged standing. He was recently diagnosed having osteopenia by his primary care physician. He is referred back here for an evaluation. He denies any radicular leg pain per se. He has some pain with hyperextension, relief forward flexion. No palpation along his well-healed incisional scar. We schedule him for a CT scan to see if he has hardware failure. I will be in touch regarding results when available further recommendation and followup.

### Past Medical History

Reviewed Past Medical History
anemia: **Y**

### Social History

Reviewed Social History
Smoking Status: Never smoker

### Medications

None recorded.

### Allergies

Reviewed Allergies
**PENICILLINS**: Other

### Family History

Reviewed Family History
Father                 - Heart disease

### ROS

None recorded.

### Vitals

09/14/2016 11:26 am

| | | |
|---|---|---|
| **Ht:** 6 ft | **Wt:** 180 lbs | **BMI:** 24.4 |
| **BP:** 130/83 sitting | **HR:** 103 | **T:** 97.2 F° ear |

### Physical Exam

None recorded.

### Assessment / Plan

**1. Degeneration of lumbar intervertebral disc**
M51.36: Other intervertebral disc degeneration, lumbar region
• CT, LUMBAR SPINE, W/O CONTRAST
Appointment Date: 09/27/2016 Authorization #: no auth req'd
Height (ft.): 6 ft 0 in        Weight (lbs): 180

 



[illegible faded header text]

**GLASNER, GERALD (id #1587675, dob:                    )**

Return to Office
- STMP_CT1 for CT 30 at STMP_NSURG_IMAGING CENTER on 09/27/2016 at 09:45 AM

Encounter performed and documented by Paul McCombs III, MD
Encounter reviewed & signed by Paul McCombs III, MD on 09/15/2016 at 7:13am



**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Mid Back-Pain

**Patient Report**
**Phreesia Intake**



Date of Visit: 9/14/2016 10:34 AM

## Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Patient Date of Birth | |
| Patient Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height | 6 feet, 0 inches |
| Weight | 180 pounds, 0 ounces |
| Primary Care Physician | RIMDA GUPTA |
| Is the Patient's Referring Physician their Primary Care Physician? | Yes |
| Physician | Paul McCombs |
| Chief Complaint | Mid Back-Pain |
| Additional Complaint | Left Hip Pain |
| Reason for Visit Related to an Accident | No |
| Date Symptoms began | 03/01/2015 |

Past Treatments
- Pain Medications
- Anti-Inflammatories
- Physical Therapy
- Chiropractor
- ☑ None Of the Above

| | |
|---|---|
| Epidural Steroid Injection Confirmation | Yes |
| Number of Epidural Steroid Injections | 6 |
| Relief from Epidural Steroid Injections | No Relief |

## Past Medical History

Past and Current Medical Conditions
anemia

## Surgical History

Surgeries or Procedures
Hernia Repair · Spinal Fusion

## Medications

Medications
- ☑ ACIPHEX
- ☑ BENTYL
- ☑ LISINOPRIL
- ☑ ZOCOR

## Pain Management/Narcotic Agreement

| Pain Management Doctor Confirmation | No | Narcotic Agreement Confirmation | No |
|---|---|---|---|

## Allergies

| Drug Allergies Confirmation | Yes | Allergy Reaction | |
|---|---|---|---|
| Drug Allergies Penicillins | | Itching Rash Nausea Vomiting Diarrhea Cough Hives Other Penicillins ☒ | |





GLASNER, GERALD (id #1587675, dob:                    )

**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Mid Back-Pain

**Patient Report**
**Phreesia Intake**

 Phreesia

Date of Visit: 9/14/2016 10:34 AM

## Family History

Family Medical History Condition List ⚕
  Heart disease

Family Medical History Member ⚕

| | Mother Father Brother Sister | Maternal Grandmother | Maternal Grandfather | Paternal Grandfather | Paternal Grandmother | Unspecified Relation |
|---|---|---|---|---|---|---|
| Heart disease | ☑ | | | | | |

## Social History

| | | | |
|---|---|---|---|
| Work related injury? ⚕ | No | Education ⚕ | 2 Year College |
| Are you currently employed? ⚕ | Yes | | |

## Substance Use

| | | | |
|---|---|---|---|
| Alcohol Intake ⚕ | Moderate | Smoking Status ⚕ | Never smoker |

 



**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Mid Back-Pain

**Patient Report**
Phreesia Intake



Date of Visit: 9/14/2016 10:34 AM

## Review of Systems

**Review of Systems - Constitutional Symptoms**
- ☐ Fever
- ☐ Chills
- ☐ Night Sweats
- ☐ Weight Loss
- ☐ Weight Gain
- ☐ Sleep Disturbance
- ☐ Lack of Energy
- ☒ None

**Review of Systems - Eyes**
- ☐ Double Vision
- ☐ Blurring of Vision
- ☐ Loss of Vision
- ☐ Sensitivity to Light
- ☒ None

**Review of Systems - Ears, Nose, Throat**
- ☒ Hearing Loss
- ☐ Dizziness
- ☒ Ringing in Ears
- ☐ Nosebleeds
- ☐ Sore Throat
- ☐ Hoarseness
- ☐ Trouble Swallowing
- ☐ None

**Review of Systems - Cardiovascular**
- ☐ Chest Pain
- ☐ Palpitations (heart fluttering/racing)
- ☐ Fainting Spells
- ☐ Swollen Ankles / Legs
- ☒ None

**Review of Systems - Respiratory**
- ☐ Frequent Cough
- ☐ Wheezing / Asthma
- ☐ Coughing Up Blood
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Emphysema
- ☒ None

**Review of Systems - Gastrointestinal (Digestion)**
- ☐ Constipation
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☒ Reflux
- ☐ Ulcer
- ☐ Abdominal Pain
- ☐ Dark Tarry Stool
- ☐ Rectal Bleeding
- ☐ Jaundice
- ☐ None

**Review of Systems - Genitourinary (Urinary System)**
- ☐ Frequent Urination
- ☐ Loss of Bladder Control
- ☐ Painful Urination
- ☐ Impotence
- ☒ Sexual Dysfunction
- ☐ Pelvic Pain
- ☐ Kidney Stones
- ☐ Vaginal Bleeding
- ☐ Blood in Urine
- ☐ None

**Review of Systems - Muscoloskeletal**
- ☐ Joint Swelling
- ☒ Arthritis
- ☐ Muscle Pain
- ☐ Trouble Walking
- ☒ Joint Pain
- ☒ Low Back Pain
- ☐ Neck Pain
- ☐ None

**Review of Systems - Skin**
- ☐ Rash
- ☐ Itching
- ☐ Dryness
- ☐ Suspicious Lesions
- ☒ None

**Review of Systems - Neurological (Nervous System)**
- ☐ Headaches
- ☐ Numbness
- ☐ Paralysis
- ☐ Falling Down
- ☐ Seizures
- ☐ Weakness
- ☐ Tremors / Shaking
- ☐ Memory Loss
- ☐ Concussion
- ☒ None

**Review of Systems - Allergy/Immunologic**
- ☐ Autoimmune Disorder
- ☐ Seasonal Allergies
- ☒ None

**Review of Systems - Psychiatric**
- ☐ Depressed
- ☐ Anxiety
- ☐ Suicidal Thoughts
- ☐ Paranoia
- ☐ Hallucinations
- ☒ None

**Review of Systems - Endocrine (Hormones)**
- ☐ Cold Intolerance
- ☐ Heat Intolerance
- ☐ Excessive Thirst
- ☐ Excessive Urination
- ☒ None

**Review of Systems - Hematologic/Lymphatic**
- ☐ Abnormal Bruising or Bleeding
- ☐ Hypercoaguable State
- ☐ Enlarged Lymph Nodes
- ☒ None





GLASNER, GERALD (id #1587675, dob: _____)
**Imaging Results**

# CT SPINE LUMBAR WO CONTRAST

(#20648998, Final, 09/27/2016 8:21am)

PROCEDURE: CT LUMBAR SPINE WITHOUT CONTRAST

TECHNIQUE:  Computerized axial tomography of the lumbar spine was performed from T12 to the sacrum without contrast material. CPT 72131

HISTORY:  DEGENERATION OF LUMBAR INTERVERTEBRAL DISC

COMPARISONS:  CT lumbar myelogram 2/5/2004 from Premier radiology .

FINDINGS:

Interpretation based on 5 lumbar vertebra. Largest most inferior disc space labeled L5-S1.

There is a solid interbody fusion at L4-5. Bilateral pedicle screw and rod fixation L4-5. No abnormal periprosthetic lucency noted. No acute fracture. Normal vertebral body height. Mild disc space narrowing with degenerative endplate sclerosis at L3-4. Trace grade 1 retrolisthesis L3 on L4.

T12-L1: No significant abnormality.

L1-2:  Diffuse bulge without central canal or foraminal stenosis .
L2-3:  Diffuse bulge. Broad LEFT lateral disc protrusion has increased. No significant central stenosis. Mild LEFT foraminal narrowing .
L3-4:  Midline laminectomies. Diffuse posterior disc osteophyte complex without central stenosis. Mild bilateral foraminal narrowing .
L4-5:  Midline laminectomies. Diffuse posterior osteophytic ridging without central stenosis. Mild bilateral foraminal narrowing .
L5-S1: Midline laminectomies. Diffuse bulge, eccentric parasagittally towards the RIGHT, without central canal or foraminal stenosis .
Other:  None .

IMPRESSION:
1. L1-2 demonstrates a diffuse bulge without central canal or foraminal stenosis.
2. L2-3 demonstrates a diffuse bulge and broad LEFT lateral disc protrusion without central stenosis. Mild LEFT foraminal narrowing.
3. L3-4 demonstrates decompressive laminectomies without central stenosis. Mild bilateral foraminal narrowing.
4. L4-5 demonstrates decompressive laminectomies without central stenosis. Mild bilateral foraminal narrowing. Interbody fusion at L4-5 appears solid.
5. L5-S1 demonstrates decompressive laminectomies without central canal or foraminal stenosis  .


ws:HACTNRDWIN7565E

Electronically Signed By JOHN ALARCON on 2016-09-27 08:38 CTZ
Referring providers may call my direct line (615)986-6084





**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT - DISABILITY
## (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)
(This form is to be completed without expense to the Company and returned by _____ )

Claim No: _____    Policy No: _____

Name of Patient *Gerald Glasner*    Date of Birth

When did symptoms first appear or accident happen?    Has patient ever had same or similar condition?
*Localized Back Pain, leg and hip pain*    ☒ Yes  ☐ No   If yes, state when and describe. *2001.*

(a) Diagnosis (including ICD Code(s))    (b) Subjective Findings *See attached*
*Degeneration of lumbar intervertebral disc*
*M51.36*

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)
*See attached*

(a) Date of First visit *9/14/16*  (b) Date of Last visit *10/19/16*    (c) Frequency of visits
                                                                          ☐ Weekly
(d) Nature of treatment (including surgery, and medications prescribed)    ☐ Monthly
*Epidural Steroid Injection, See attached*  ☒ Other (specify) *As needed*

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

   ☐ Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

   ☒ Class 2 - Medium manual activity* (15-30%)

   ☐ Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

   ☐ Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks: *Patient has special restrictions, due to the type of work*

(b) Mental Impairments (if applicable)
   (a) Please define "stress" as it applies to this claimant.    *N/A*
   (b) What stress and problems in interpersonal relations has claimant had on job?

   ☐ Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

   ☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

   ☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

   ☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

   ☐ Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)
Remarks:

(c) Functional Capacity (American Heart Association)    (d) Blood Pressure (last visit) _____
   ☐ Class 1(No limitation)       ☐ Class 2 (Slight limitation)         *N/A*    systolic/diastolic
   ☐ Class 3 (Marked limitation)  ☐ Class 4 (Complete limitation)

(a) Has patient  ☐ Recovered?  ☐ Improved?    (b) Has patient been hospital confined?  ☐ Yes  ☒ No
                 ☐ Unchanged?  ☐ Retrogressed?    If Yes, give Name and Address of Hospital

                                                   Confined from _____ to _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.    Page 1 of 4
GLC-01450   ATTPHYSTM                                                                                 9/15

(c) Is patient ☒ Ambulatory?  ☐ House Confined?  ☐ Bed Confined?  ☐ Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job  ☒ Yes  ☐ No
Any other work  ☐ Yes  ☐ No

(b) Date you are medically certifying patient unable to work.

12/01/16

(c) When do you expect a fundamental or marked change in the future?
☐ 1 Month  ☐ 1-3 Months  ☐ 3-6 Months  ☒ Never
Applies to:  ☒ Patient's Job  ☐ Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
☐ Yes  ☒ No  If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL  Date on which assistance was first required and received

| ADL | | |
|---|---|---|
| ☐ Bathing | _____ | (washing self in tub, shower or by sponge bath, with or w/o equipment) |
| ☐ Dressing | _____ | (putting on, taking off garmets, braces or any artificial limbs normally worn) |
| ☐ Toileting | _____ | (getting to, from, on and off toilet; and performing related personal hygiene) |
| ☐ Transferring | _____ | (moving in & out of bed, chair or any wheelchair, with or w/o equipment) |
| ☐ Continence | _____ | (voluntarily maintaining control of bladder and bowel function) |
| ☐ Eating | _____ | (getting nourishment into one's body by any means (table/tray or special equipment) |

N/A

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
☐ Yes  ☐ No  If "no", please explain when improvement may be expected:  N/A

(a) Is patient a suitable candidate for occupational rehabilitation?  NO

(b) Can present job be modified to allow for handling with impairment?  ☐ Yes  ☒ No

(c) When could patient return to work?  Disabled due to permanent restrictions.
Patient's Job  ☐ Full-time  ☐ Part-time
Any other Work  ☐ Full-time  ☐ Part-time

Restrictions and Limitations  No running or jogging more than a mile. No pushups or situps.

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print  Paul R. McCombs  Degree  MD  Telephone Number

Street Address  City or Town  State  Zip Code

Signature (By Physician)  Paul McCombs, MD  Date  6/20/17

Howell Allen Clinic
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

GLC-01450  ATTPHYSTM

Case 4:21-cv-00014-KAC-SKL  Document 17-3  Filed 12/20/21  Page 226 of 517  Lincoln/Glasner 298
PageID #: 339



**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY
## (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)
(This form is to be completed without expense to the Company and returned by _____ )

Claim No: _____    Policy No: _____

Name of Patient *Gerald Glasner*    Date of Birth

When did symptoms first appear or accident happen?    Has patient ever had same or similar condition?
*Localized Back Pain, leg and*    ☒ Yes   ☐ No   If yes, state when and describe. *2001.*
*hip pain*

(a) Diagnosis (including ICD Code(s))    (b) Subjective Findings *See attached*
*Degeneration of lumbar intervertebral disc*
*M51.36*

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)
*See attached*

(a) Date of First visit *9/14/16*   (b) Date of Last visit *10/19/16*   (c) Frequency of visits
☐ Weekly
☐ Monthly
(d) Nature of treatment (including surgery, and medications prescribed)
*Epidural Steroid Injection, See attached*   ☒ Other (specify) *As needed*

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

☐ Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

☒ Class 2 - Medium manual activity* (15-30%)

☐ Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks: *Patient has special restrictions, due to the type of work*

(b) Mental Impairments (if applicable)
(a) Please define "stress" as it applies to this claimant.    *N/A*
(b) What stress and problems in interpersonal relations has claimant had on job?

☐ Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

☐ Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)
Remarks:

(c) Functional Capacity (American Heart Association)    (d) Blood Pressure (last visit)_____
☐ Class 1(No limitation)   ☐ Class 2 (Slight limitation)    *N/A*   systolic/diastolic
☐ Class 3 (Marked limitation)   ☐ Class 4 (Complete limitation)

(a) Has patient  ☐ Recovered?   ☐ Improved?    (b) Has patient been hospital confined?  ☐ Yes  ☒ No
  ☐ Unchanged?   ☐ Retrogressed?    If Yes, give Name and Address of Hospital

Confined from _____ to _____

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 227 of 517   Lincoln Glasner 299
PageID #: 340

(c)  Is patient ☒ Ambulatory?  ☐ House Confined?  ☐ Bed Confined?  ☐ Hospital Confined?

(a)  Is patient now totally disabled?
Patient's Job  ☒ Yes  ☐ No
Any other work  ☐ Yes  ☐ No

(b)  Date you are medically certifying patient unable to work.

12/01/16

(c)  When do you expect a fundamental or marked change in the future?
☐ 1 Month  ☐ 1-3 Months  ☐ 3-6 Months  ☒ Never
Applies to:  ☒ Patient's Job  ☐ Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
☐ Yes  ☒ No  If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL        Date on which assistance was first required and received
☐ Bathing        _____  (washing self in tub, shower or by sponge bath, with or w/o equipment)
☐ Dressing       _____  (putting on, taking off garmets, braces or any artificial limbs normally worn)
☐ Toileting      _____  (getting to, from, on and off toilet; and performing related personal hygiene)
☐ Transferring   _____  (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
☐ Continence     _____  (voluntarily maintaining control of bladder and bowel function)
☐ Eating         _____  (getting nourishment into one's body by any means (table/tray or special equipment)

N/A

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.
If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
☐ Yes  ☐ No  If "no", please explain when improvement may be expected:  N/A

(a)  Is patient a suitable candidate for occupational rehabilitation?  NO

(b)  Can present job be modified to allow for handling with impairment?  ☐ Yes  ☒ No

(c)  When could patient return to work?  Disabled due to permanent restrictions.
Patient's Job   ☐ Full-time  ☐ Part-time
Any other Work  ☐ Full-time  ☐ Part-time

Restrictions and Limitations  No running or jogging more than a mile. No pushups or situps.

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print        Degree        Telephone Number
Paul R. McCombs                         MD

Street Address        City or Town        State        Zip Code

Signature (By Physician)  Paul McCombs, MD        Date  6/20/17

Howell Allen Clinic
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

GLC-01450  ATTPHYSTM

Page 2 of 4
9/15

Case 4:21-cv-00014-KAC-SKL  Document 17-3  Filed 12/20/21  Page 228 of 517  Lincoln/Glasner 300
PageID #: 341



Jan. 26, 2017 2:02PM                                  No. 3736   P. 1

---

Sept 2000 Revision One

### ANESTHESIA RECORD
#### St.Thomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA 1 | Surgery Date 1/26/2017 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|---|
| | | Location OR1 | Time Printed 1/26/2017 2:02 PM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # 90348x0 |

| Anesthesiologist Culdesure, M.D.; Jenn W M.D. 0006 1:55 PM | Anesthesia Methods | | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | Code(s) |
|---|---|---|---|---|---|---|---|---|

| Surgeon | | Start | Stop | Total | Procedure(s) Lumbar Translaminar ESI L2/L3 Left Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|
| | Anes | | | | | |
| | Surg | | | | | |

| | 2:07 | 2:22 | 2:27 | | TOTALS |
|---|---|---|---|---|---|

EVENTS    1 - 13    14

### EVENT MILESTONES

Physiological Graph

SpO2 (%) (GEM:2)
SpO2 Pulse (bpm) (GEM:2)
NIBP Dias (mm Hg) (GEM:2)
NIBP Mean (mm Hg) (GEM:2)
NIBP Sys (mm Hg) (GEM:2)

2:07    2:22    2:37

| # | Time | Event |
|---|---|---|
| 1 | 2:07 PM | Start of Printed Anesthesia Record |
| 2 | 2:08 PM | Times assigned to procedure sequence are an artifact of the software. |
| 3 | 2:08 PM | Intraoperative assistant |
| 4 | 2:09 PM | NIBP,O2 sat,monitors applied. |
| 5 | 2:13 PM | Patient identity and site of planned procedure confirmed.; <tnwilkerson - 1/26/2017 2:07 PM> Ouraprep x 1. Allowed to dry. |
| 6 | 2:14 PM | Patient placed prone. Skin prepped with povidone iodine (unless noted otherwise). Aseptic technique.; Physician mask on before procedure. |
| 7 | 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure according to policy; <tnwilkerson - 1/26/2017 2:07 PM> |
| 8 | 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. |
| 9 | 2:16 PM | Skin side skin wheal raised with 25g needle |
| 10 | 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.); CORRECTION: 20 g 3.5" Touhy epidural needle. Confirmed epidural location with 2-3 ml Omnipaque 300 methylprednisolone acetate 120 mg + 5 ml PFNS. |
| 11 | 2:18 PM | |
| 12 | 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise).; Fluoroscopy time (sec); 8 Bandaid applied. Pt escorted to room. |
| 13 | 2:20 PM | Record has been electronically signed; <john - 1/26/2017 2:22 PM>, 2WO 2:20 |
| 14 | 2:22 PM | End of Printed Anesthesia Record |

Signature:                                      Date:

Copyright © 1997-2006 Draeger Medical Systems, Inc.

 



CCC Law Offices of [illegible] MASSELLE IN STORAGE

**GLASNER, GERALD (id #1587675, dob:            )**

Jan. 26. 2017  2:36PM                                    No. 3736   P 2

Sept 2000 Revision One

## INTRA-OP SUMMARY - StThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 1/26/2017 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|---|
| | | Location OR: | Time Printed 1/26/2017 2:22 PM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 |
| Anesthesiologist Culciasure,M.D., John W M.D. 0066  1 55 PM | | Anesthesia Methods | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | | Code(s) |
| Surgeon | | | Start | Stop | Total | Procedure(s) Lumbar Transforminar ESI L2/L3 Left Fluoroscopy | | Code(s) |
| | | Anes | | | | | | |
| | | Surg | | | | | | |

### Events

| Date/Time | Description | Remarks | Signature |
|---|---|---|---|
| 01/26 2:07 PM | Start of Printed Anesthesia Record | | |
| 01/26 2:08 PM | Times assigned to procedure sequence are an artifact of the software. | | |
| 01/26 2:08 PM | Intraoperative assistant | | |
| 01/26 2:09 PM | NIBP,O2 sat monitors applied. | | |
| 01/26 2:13 PM | Patient identity and site of planned procedure confirmed | Ouroprep x 1. Allowed to dry | hwilkerson | 2:07 PM |
| 01/26 2:14 PM | Patient placed prone. Skin prepped with povidone iodine (unless noted otherwise). Aseptic technique. | Physician mask on before procedure. | | |
| 01/26 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure according to policy | | hwilkerson | 2:07 PM |
| 01/26 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | | | |
| 01/26 2:16 PM | 1% lido skin wheal raised with 25g needle. | | | |
| 01/26 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.) | CORRECTION. 20 g 3.5" Tuohy epidural needle. Confirmed epidural location with 2-3 ml Omnipaque 300. | | |
| 01/26 2:18 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS | | | |
| 01/26 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise). | Fluoroscopy time (sec). 6 Bandaid applied. Pt escorted to room. | | |
| 01/26 2:20 PM | Record has been electronically signed | JWC 2.20 | johnc | 2:22 PM |
| 01/26 2:22 PM | End of Printed Anesthesia Record | | | |

Copyright © 1997-2006 Drager Medical Systems, Inc.





GLASNER, GERALD (id #1587675, dob:
Nov. 9, 2016 11:25AM

Nov 1691

Sept 2006 Revision One

# ANESTHESIA RECORD
## StThomas Outpatient Neurosurgical Center

PAGES: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 11/9/2016 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numo |
|---|---|---|---|---|---|---|---|---|
| | | Location OR1 | Time Printed 11/9/2016 11:13 AM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 |
| Anesthesiologist Culcasure, M.D., John W M.D. 0706 10:54 aM | | Anesthesia Methods | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | | Code(s) |

| Surgeon | | | Start | Stop | Total | Procedure(s) Lumbar Transforaminal ESI (2/L3 Left Fluoroscopy | | Code(s) |
|---|---|---|---|---|---|---|---|---|
| | | Anes | | | | | | |
| | | Surg | | | | | | |

| | 11:00 | 11:15 | 11:30 | TOTALS |
|---|---|---|---|---|

EVENTS          1 - 13     14

EVENT MILESTONES

▼ Physiological Graph ▼

| SpO2 (%) (GEM: 2) |
| SpO2 Pulse (bpm) (GEM: 2) |
| NIBP Dias (mm Hg) (GEM: 2) |
| NIBP Mean (mm Hg) (GEM: 2) |
| NIBP Sys (mm Hg) (GEM: 2) |

11:00      11:15      11:30

| | | | |
|---|---|---|---|
| 11:00 AM | Start of Printed Anesthesia Record | 10 11:10 AM | 17g Touhey needle to epidural space using saline loss of resistance technique. Aspiration negative. No paresthesia. (Unless noted otherwise.) CORRECTION: 30 g 3.5" Touhy epidural needle Confirmed epidural location with 2-3 cc Omnipaque 300 |
| 11:01 AM | Intraoperative assistant | | |
| 11:01 AM | Times assigned to procedure sequence are an artifact of the software. | | |
| 11:02 AM | NIBP/O2 sat monitors applied. | | |
| 11:06 AM | Patient identity and site of planned procedure confirmed.: <hwiskerson - 11/9/2016 11:03 AM> Duraprep x 1. Allowed to dry. | 11 11:11 AM | Methylprednisolone acetate 120 mg + 5 ml PFNS. |
| | | 12 11:12 AM | Patient tolerated the procedure well. No complications (unless otherwise). Fluoroscopy time (sec): 7 Band-aid applied. Patient escorted to room. |
| 11:07 AM | TIME OUT; PROCEDURE VERIFICATION immediately prior to procedure according to policy: <hwiskerson - 11/9/2016 11:06 AM> | | |
| 11:07 AM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise). Aseptic technique. Physician mask on before procedure. | 13 11:13 AM | Record has been electronically signed: <janhc - 11/9/2016 11:13 AM> JWC 11:12 |
| 11:08 AM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | 14 11:15 AM | End of Printed Anesthesia Record |
| 11:09 AM | 1% lido skin wheal raised with 25g needle. | | |

Signature:                                                                 Date:

Copyright © 1997-2006 Dräger Medical Systems, Inc.





CAP [illegible] Radiology and Imaging [illegible] Alliance M [illegible] PARKVILLE TH 9703 [illegible]

**GLASNER, GERALD (id #1587675, dob:          )**

Nov. 9. 2016 11:26AM                                                  No. 1651    P. 2

Sept 2000 Revision One

## INTRA-OP SUMMARY - StThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 11/9/2016 | Patient Name GLASNER, GERALD | | | Weight | Social Security NuMB |
|---|---|---|---|---|---|---|---|---|
| | | Location OR1 | Time Printed 11/9/2016 11:13 AM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SG34816 |
| Anesthesiologist (Culdasure,M.D., John W M.O, 0005 10:54 AM) | | Anesthesia Methods | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | | Code(A) |

| Surgeon | | | Start | Stop | Total | Procedure(s) Lumbar Transaminer ESI L2/L3 Left Fluoroscopy | | Code(s) |
|---|---|---|---|---|---|---|---|---|
| | Anes | | | | | | | |
| | Surg | | | | | | | |

### Events

| Date/Time | Description | Remarks | Signature |
|---|---|---|---|
| 11/09 11:00 AM | Start of Printed Anesthesia Record | | |
| 11/09 11:01 AM | Intraoperative assistant | | |
| 11/09 11:01 AM | Times assigned to procedure sequence are an artifact of the software. | | |
| 11/09 11:02 AM | NIBP,O2 sat monitors applied. | | |
| 11/09 11:06 AM | Patient identity and site of planned procedure confirmed. | Duraprep x 1. Allowed to dry. | hwilkerson       11:03 AM |
| 11/09 11:07 AM | TIME OUT/ PROCEDURE VERIFICATION Immediately prior to procedure according to policy | | hwilkerson       11:00 AM |
| 11/09 11:07 AM | Patient placed prone. Skin prepped with povidone iodine (unless noted otherwise). Aseptic technique. | Physician mask on before procedure. | |
| 11/09 11:08 AM | C-arm fluoroscopy used to identify interlaminal space and level for injection. | | |
| 11/09 11:09 AM | 1% lida skin wheal raised with 25g needle. | | |
| 11/09 11:10 AM | 17g Touhy needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (unless noted otherwise.) | CORRECTION: 20 g 3.5" Touhy epidural needle Confirmed epidural location with 2-3 cc Omnipaque 300. | |
| 11/09 11:11 AM | Methylprednisolone acetate 120 mg + 5 ml PFXS. | | |
| 11/09 11:12 AM | Patient tolerated the procedure well. No complications (unless noted otherwise). | Fluoroscopy time (sec). 7 Band-aid applied. Patient escorted to room. | |
| 11/09 11:13 AM | Record has been electronically signed | JWC 11-17 | john c       11:13 AM |
| 11/09 11:13 AM | End of Printed Anesthesia Record | | |

Copyright © 1997-2008 Draeger Medical Systems, Inc

 



**GLASNER, GERALD (id #1587675, dob:           )**

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 10/19/2016**
Encounter Sign-Off
 Encounter signed-off by Paul McCombs III, MD, 10/20/2016.
Patient

| | | | |
|---|---|---|---|
| **Name** | GLASNER, GERALD (60yo, M) ID# 1587675 | **Appt. Date/Time** | 10/19/2016 11:15AM |
| **DOB** | | **Service Dept.** | STMP_NSURG_MDTWN_MURPHY |
| **Provider** | PAUL MCCOMBS III, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO) | | |

Med Primary: BCBS-TN (PPO)
  Insurance # : FJJHYLWEFUHZ
  Policy/Group # : 000FJJ834021P016
  PCP : GUPTA, RIMDA N, MD
  Referring Provider Name : GUPTA, RIMDA N, MD
  Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

### Chief Complaint

None recorded.

### HPI

Mr. Gerald Glasner returns to office today in followup. I have gone over the results of the studies with him. He has what appears to be a far lateral disc at L2-3 on the left consistent with his clinical syndrome of back, hip and left leg pain. We will schedule him for an epidural and do a phone follow-up visit in four weeks.

### Past Medical History

Reviewed Past Medical History
anemia: **Y**

### Social History

Reviewed Social History
Smoking Status: Never smoker

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aciphex** | 10/20/16 | entered |
| **Bentyl** | 10/20/16 | entered |
| **lisinopril** | 10/20/16 | entered |
| **Zocor** | 10/20/16 | entered |

### Allergies

Reviewed Allergies
**PENICILLINS**: Other

### Family History

Reviewed Family History
Father                    - Heart disease

### ROS

None recorded.

### Vitals

10/19/2016 11:34 am

| | | |
|---|---|---|
| **Ht:** 6 ft | **Wt:** 180 lbs | **BMI:** 24.4 |
| **BP:** 130/88 sitting L arm | **HR:** 97 | **T:** 98 F° |

### Physical Exam

 



One Park Place Medical Center, 1228 West 8th St, Apt. 301, Fandville FL 37-00-0001

**GLASNER, GERALD (id #1587675, dob:**

None recorded.

Assessment / Plan

**1. Degeneration of lumbar intervertebral disc**
    M51.36: Other intervertebral disc degeneration, lumbar region
    • EPIDURAL STEROID INJECTION, LUMBAR (PROC) -    Note to Provider: L2-3 esi left
    Date of Procedure: 10/19/2016

Return to Office
    None recorded.

Encounter performed and documented by Paul McCombs III, MD
Encounter reviewed & signed by Paul McCombs III, MD on 10/20/2016 at 3:16pm

 



TOSS Saint Thomas Medical Partners - OPERATIONS - 4323 CAROTHERS PKWY STE 300, NASHVILLE TN 37402-2621

## GLASNER, GERALD (id #1587675, dob:

**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**

 Phreesia

Date of Visit: 10/18/2016 11:08 AM

### Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Date of Birth | |
| Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height | 6 feet, 0 inches |
| Weight | 180 pounds, 0 ounces |
| Primary Care Physician | RIMDA GUPTA |
| Referring Physician Same As Primary Care Physician | Yes |
| Chief Complaint - | Lower Back-Radiating Pain |
| Additional Complaint - | Mid Back-Pain |
| Reason for Visit Related to an Accident | No |
| Date Symptoms began - | Jan 1996 |

Past Treatments -
☑ None Of the Above           ☑ Physical Therapy
☐ Pain Medications            ☐ Chiropractor
☐ Anti-Inflammatories

Length of Treatment -

| | 1 Week | 2 Weeks | 4 Weeks | More than 4 weeks |
|---|---|---|---|---|
| Physical Therapy | | | | ☑ |
| None Of the Above | | | | |

| | |
|---|---|
| Epidural Steroid Injection Confirmation | Yes |
| Number of Epidural Steroid Injections - | 4 |
| Relief from Epidural Steroid Injections | No Relief |

### Past Medical History

Past and Current Medical Conditions
- anemia

### Surgical History

Surgeries or Procedures
- Hernia Repair          - Spinal Fusion

### Medications

Medications
☑ ACIPHEX        ☑ LISINOPRIL
☑ BENTYL         ☑ ZOCOR

### Pain Management/Narcotic Agreement

| | | | |
|---|---|---|---|
| Pain Management Doctor Confirmation | No | Narcotic Agreement Confirmation | No |

### Allergies

| | | | |
|---|---|---|---|
| Drug Allergies Confirmation | Yes | Allergy Reaction | |
| Drug Allergies | | | Other |
| - Penicillins | | Penicillins | ☑ |

### Family History

Ascension - Saint Thomas Medical Partners
4323 Carothers Pkwy Suite 300

Page: 1 of 3





**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

# Patient Report
### Phreesia Intake

Phreesia

Date of Visit: 10/18/2016 11:08 AM

Family Medical History Condition List
- Heart disease

Family Medical History Member

| | Mother | Father | Brother | Sister | Son | Daughter | Maternal Grandmother | Maternal Grandfather | Paternal Grandmother | Paternal Grandfather | Maternal Aunt | Maternal Uncle | Paternal Aunt | Paternal Uncle | Unspecified Relation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heart disease | ☑ | | | | | | | | | | | | | | |

## Social History

| | | | |
|---|---|---|---|
| Work related injury? | No | Education | 2 Year College |
| Are you currently employed? | Yes | | |

## Substance Use

| | | | |
|---|---|---|---|
| Alcohol Intake | Moderate | Smoking Status | Never smoker |

Ascension - Saint Thomas Medical Partners
4323 Carothers Pkwy Suite 306

Page: 2 of 3

 



SAD Soc ... Tenco Messical Personas, Kinst Theomas Sourt, Nashville, IN 02003/020

**GLASNER, GERALD (id #1587675, dob:          )**

**Gerald Glasner**
DOB
Age: 60
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**

● Phreesia

Date of Visit: 10/18/2018 11:08 AM

---

## Review of Systems

**Review of Systems - Constitutional Symptoms ^**
- ☐ None
- ☐ Fever
- ☐ Chills
- ☐ Night Sweats
- ☐ Weight Loss
- ☐ Weight Gain
- ☐ Sleep Disturbance
- ☑ Lack of Energy

**Review of Systems - Eyes**
- ☑ None
- ☐ Double Vision
- ☐ Burning of Vision
- ☐ Loss of Vision
- ☐ Sensitivity to Light

**Review of Systems - Ears, Nose, Throat ^**
- ☑ None
- ☐ Hearing Loss
- ☐ Dizziness
- ☐ Ringing in Ears
- ☐ Nosebleeds
- ☐ Sore Throat
- ☐ Hoarseness
- ☐ Trouble Swallowing

**Review of Systems - Cardiovascular**
- ☑ None
- ☐ Chest Pain
- ☐ Palpitations (heart fluttering, racing)
- ☐ Fainting Spells
- ☐ Swollen Ankles / Legs

**Review of Systems - Respiratory**
- ☑ None
- ☐ Frequent Cough
- ☐ Wheezing / Asthma
- ☐ Coughing Up Blood
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Emphysema

**Review of Systems - Gastrointestinal (Digestion)**
- ☐ None
- ☐ Constipation
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☑ Reflux
- ☐ Ulcer
- ☐ Abdominal Pain
- ☐ Dark Tarry Stool
- ☐ Rectal Bleeding
- ☐ Jaundice

**Review of Systems - Genitourinary (Urinary System)**
- ☐ None
- ☐ Frequent Urination
- ☐ Loss of Bladder Control
- ☐ Painful Urination
- ☐ Impotence
- ☑ Sexual Dysfunction
- ☐ Pelvic Pain
- ☐ Kidney Stones
- ☐ Vaginal Bleeding
- ☐ Blood in Urine

**Review of Systems - Musculoskeletal ^**
- ☐ None
- ☐ Joint Swelling
- ☑ Arthritis
- ☐ Muscle Pain
- ☐ Trouble Walking
- ☑ Joint Pain
- ☐ Low Back Pain
- ☐ Neck Pain

**Review of Systems - Skin**
- ☑ None
- ☐ Rash
- ☐ Itching
- ☐ Dryness
- ☐ Suspicious Lesions

**Review of Systems - Neurological (Nervous System)**
- ☑ None
- ☐ Headaches
- ☐ Numbness
- ☐ Paralysis
- ☐ Falling Down
- ☐ Seizures
- ☐ Weakness
- ☐ Tremors / Shaking
- ☐ Memory Loss
- ☐ Concussion

**Review of Systems - Allergy/Immunologic**
- ☑ None
- ☐ Autoimmune Disorder
- ☐ Seasonal Allergies

**Review of Systems - Psychiatric**
- ☑ None
- ☐ Depressed
- ☐ Anxiety
- ☐ Suicidal Thoughts
- ☐ Paranoia
- ☐ Hallucinations

**Review of Systems - Endocrine (Hormones)**
- ☑ None
- ☐ Cold Intolerance
- ☐ Heat Intolerance
- ☐ Excessive Thirst
- ☐ Excessive Urination

**Review of Systems - Hematologic/Lymphatic**
- ☑ None
- ☐ Abnormal Bruising or Bleeding
- ☐ Hypercoaguable State
- ☐ Enlarged Lymph Nodes

---

 

×

**GLASNER, GERALD (id #1587675, dob:**
**Encounter Date: 09/14/2016**
Encounter Sign-Off
 Encounter signed-off by Paul McCombs III, MD, 09/15/2016.
Patient

| | | | |
|---|---|---|---|
| **Name** | GLASNER, GERALD (60yo, M) ID# 1587675 | **Appt. Date/Time** | 09/14/2016 11:30AM |
| **DOB** | | **Service Dept.** | STMP_NSURG_MDTWN_MURPHY |
| **Provider** | PAUL MCCOMBS III, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO) | | |

Med Primary: BCBS-TN (PPO)
   Insurance # : FJJHYLWEFUHZ
   Policy/Group # : 000FJJ834021P016
   PCP : GUPTA, RIMDA N, MD
   Referring Provider Name : GUPTA, RIMDA N, MD
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify
   coverage and all member demographic information. details

## Chief Complaint

None recorded.

## HPI

Patient is a 60-year-old white male in the office today for evaluation of back and bilateral hip pain. Patient states that he underwent surgery by me 15 years ago. He is done really well over the years. Slightly developed some localized low back pain. Denies any radicular leg pain per se. It is worse with prolonged standing. He was recently diagnosed having osteopenia by his primary care physician. He is referred back here for an evaluation. He denies any radicular leg pain per se. He has some pain with hyperextension, relief forward flexion. No palpation along his well-healed incisional scar. We schedule him for a CT scan to see if he has hardware failure. I will be in touch regarding results when available further recommendation and followup.

## Past Medical History

Reviewed Past Medical History
anemia: Y

## Social History

Reviewed Social History
Smoking Status: Never smoker

## Medications

None recorded.

## Allergies

Reviewed Allergies
**PENICILLINS**: Other

## Family History

Reviewed Family History
Father                              - Heart disease

## ROS

None recorded.

## Vitals

09/14/2016 11:26 am

| | | |
|---|---|---|
| **Ht:**  6 ft | **Wt:**  180 lbs | **BMI:**  24.4 |
| **BP:**  130/83 sitting | **HR:**  103 | **T:**  97.2 F° ear |

## Physical Exam

None recorded.

## Assessment / Plan

**1. Degeneration of lumbar intervertebral disc**
   M51.36: Other intervertebral disc degeneration, lumbar region
   • CT, LUMBAR SPINE, W/O CONTRAST
   Appointment Date: 09/27/2016 Authorization #: no auth
                                       req'd
   Height (ft.): 6 ft 0 in          Weight (lbs): 180

 



GLASNER, GERALD (id #1587675, dob:

Return to Office
- STMP_CT1 for CT 30 at STMP_NSURG_IMAGING CENTER on 09/27/2016 at 09:45 AM

Encounter performed and documented by Paul McCombs III, MD
Encounter reviewed & signed by Paul McCombs III, MD on 09/15/2016 at 7:13am

 



**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Mid Back-Pain

**Patient Report**
**Phreesia Intake**



Date of Visit: 9/14/2016 10:34 AM

## Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Patient Date of Birth | |
| Patient Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height ‡ | 6 feet, 0 inches |
| Weight ‡ | 180 pounds, 0 ounces |
| Primary Care Physician ‡ | RIMDA GUPTA |
| Is the Patient's Referring Physician their Primary Care Physician? ‡ | Yes |
| Physician ‡ | Paul McCombs |
| Chief Complaint ‡ | Mid Back-Pain |
| Additional Complaint ‡ | Left Hip Pain |
| Reason for Visit Related to an Accident ‡ | No |
| Date Symptoms began ‡ | 03/01/2015 |

Past Treatments ‡
☐ Pain Medications      ☐ Chiropractor
☐ Anti-Inflammatories      ☑ None Of the Above
☐ Physical Therapy

| | |
|---|---|
| Epidural Steroid Injection Confirmation ‡ | Yes |
| Number of Epidural Steroid Injections ‡ | 6 |
| Relief from Epidural Steroid Injections ‡ | No Relief |

## Past Medical History

Past and Current Medical Conditions ‡
anemia

## Surgical History

Surgeries or Procedures ‡
Hernia Repair      Spinal Fusion

## Medications

Medications ‡
☑ ACIPHEX      ☑ LISINOPRIL
☑ BENTYL      ☑ ZOCOR

## Pain Management/Narcotic Agreement

| | | | |
|---|---|---|---|
| Pain Management Doctor Confirmation ‡ | No | Narcotic Agreement Confirmation ‡ | No |

## Allergies

| | | |
|---|---|---|
| Drug Allergies Confirmation ‡ | Yes | Allergy Reaction ‡ |
| Drug Allergies ‡ Penicillins | | Itching Rash Nausea Vomiting Diarrhea Cough Hives Other Penicillins    ✕ |

 



GLASNER, GERALD (id #1587675, dob:                   )

**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Mid Back-Pain

**Patient Report**
Phreesia Intake

 Phreesia

Date of Visit: 9/14/2016 10:34 AM

## Family History

Family Medical History Condition List ≛
   Heart disease
Family Medical History Member ≛

| | Mother Father Brother Sister | Maternal Grandmother | Maternal Grandfather | Paternal Grandfather | Paternal Grandmother | Unspecified Relation |
|---|---|---|---|---|---|---|
| Heart disease | ☑ | | | | | |

## Social History

| | | | |
|---|---|---|---|
| Work related injury? ≛ | No | Education ≛ | 2 Year College |
| Are you currently employed? ≛ | Yes | | |

## Substance Use

| | | | |
|---|---|---|---|
| Alcohol intake ≛ | Moderate | Smoking Status ≛ | Never smoker |





NTWK 1.1.1 Profesional Medical Partners, 4323 Aurora Ave S 508, NASHVILLE TN 37653-0621

**GLASNER, GERALD (id #1587675, dob:**

**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Mid Back-Pain

**Patient Report**
**Phreesia Intake**

Phreesia
Date of Visit: 9/14-2016 10:34 AM

## Review of Systems

**Review of Systems - Constitutional Symptoms**
- ☐ Fever
- ☐ Chills
- ☐ Night Sweats
- ☐ Weight Loss
- ☐ Weight Gain
- ☐ Sleep Disturbance
- ☐ Lack of Energy
- ☒ None

**Review of Systems - Eyes**
- ☐ Double Vision
- ☐ Blurring of Vision
- ☐ Loss of Vision
- ☐ Sensitivity to Light
- ☒ None

**Review of Systems - Ears, Nose, Throat**
- ☒ Hearing Loss
- ☐ Dizziness
- ☒ Ringing in Ears
- ☐ Nosebleeds
- ☐ Sore Throat
- ☐ Hoarseness
- ☐ Trouble Swallowing
- ☐ None

**Review of Systems - Cardiovascular**
- ☐ Chest Pain
- ☐ Palpitations (heart fluttering/racing)
- ☐ Fainting Spells
- ☐ Swollen Ankles / Legs
- ☒ None

**Review of Systems - Respiratory**
- ☐ Frequent Cough
- ☐ Wheezing / Asthma
- ☐ Coughing Up Blood
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Emphysema
- ☒ None

**Review of Systems - Gastrointestinal (Digestion)**
- ☐ Constipation
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☒ Reflux
- ☐ Ulcer
- ☐ Abdominal Pain
- ☐ Dark Tarry Stool
- ☐ Rectal Bleeding
- ☐ Jaundice
- ☐ None

**Review of Systems - Genitourinary (Urinary System)**
- ☐ Frequent Urination
- ☐ Loss of Bladder Control
- ☐ Painful Urination
- ☐ Impotence
- ☒ Sexual Dysfunction
- ☐ Pelvic Pain
- ☐ Kidney Stones
- ☐ Vaginal Bleeding
- ☐ Blood in Urine
- ☐ None

**Review of Systems - Muscoloskeletal**
- ☐ Joint Swelling
- ☒ Arthritis
- ☐ Muscle Pain
- ☐ Trouble Walking
- ☒ Joint Pain
- ☒ Low Back Pain
- ☐ Neck Pain
- ☐ None

**Review of Systems - Skin**
- ☐ Rash
- ☐ Itching
- ☐ Dryness
- ☐ Suspicious Lesions
- ☒ None

**Review of Systems - Neurological (Nervous System)**
- ☐ Headaches
- ☐ Numbness
- ☐ Paralysis
- ☐ Falling Down
- ☐ Seizures
- ☐ Weakness
- ☐ Tremors / Shaking
- ☐ Memory Loss
- ☐ Concussion
- ☒ None

**Review of Systems - Allergy/Immunologic**
- ☐ Autoimmune Disorder
- ☐ Seasonal Allergies
- ☒ None

**Review of Systems - Psychiatric**
- ☐ Depressed
- ☐ Anxiety
- ☐ Suicidal Thoughts
- ☐ Paranoia
- ☐ Hallucinations
- ☒ None

**Review of Systems - Endocrine (Hormones)**
- ☐ Cold Intolerance
- ☐ Heat Intolerance
- ☐ Excessive Thirst
- ☐ Excessive Urination
- ☒ None

**Review of Systems - Hematologic/Lymphatic**
- ☐ Abnormal Bruising or Bleeding
- ☐ Hypercoaguable State
- ☐ Enlarged Lymph Nodes
- ☒ None



Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 242 of 507    Lincoln Glasner 314
PageID #: 355



**GLASNER, GERALD (id #1587675, dob:          )**

**Imaging Results**

## CT SPINE LUMBAR WO CONTRAST

(#20648998, Final, 09/27/2016 8:21am)

PROCEDURE: CT LUMBAR SPINE WITHOUT CONTRAST

TECHNIQUE:  Computerized axial tomography of the lumbar spine was performed from T12 to the sacrum without contrast material. CPT 72131

HISTORY:   DEGENERATION OF LUMBAR INTERVERTEBRAL DISC

COMPARISONS:  CT lumbar myelogram 2/5/2004 from Premier radiology .

FINDINGS:

Interpretation based on 5 lumbar vertebra. Largest most inferior disc space labeled L5-S1.

There is a solid interbody fusion at L4-5. Bilateral pedicle screw and rod fixation L4-5. No abnormal periprosthetic lucency noted. No acute fracture. Normal vertebral body height. Mild disc space narrowing with degenerative endplate sclerosis at L3-4. Trace grade 1 retrolisthesis L3 on L4.

T12-L1: No significant abnormality.

L1-2:  Diffuse bulge without central canal or foraminal stenosis .
L2-3:  Diffuse bulge. Broad LEFT lateral disc protrusion has increased. No significant central stenosis. Mild LEFT foraminal narrowing .
L3-4:  Midline laminectomies. Diffuse posterior disc osteophyte complex without central stenosis. Mild bilateral foraminal narrowing .
L4-5:  Midline laminectomies. Diffuse posterior osteophytic ridging without central stenosis. Mild bilateral foraminal narrowing .
L5-S1: Midline laminectomies. Diffuse bulge, eccentric parasagittally towards the RIGHT, without central canal or foraminal stenosis .
Other:  None .

IMPRESSION:
1. L1-2 demonstrates a diffuse bulge without central canal or foraminal stenosis.
2. L2-3 demonstrates a diffuse bulge and broad LEFT lateral disc protrusion without central stenosis. Mild LEFT foraminal narrowing.
3. L3-4 demonstrates decompressive laminectomies without central stenosis. Mild bilateral foraminal narrowing.
4. L4-5 demonstrates decompressive laminectomies without central stenosis. Mild bilateral foraminal narrowing. Interbody fusion at L4-5 appears solid.
5. L5-S1 demonstrates decompressive laminectomies without central canal or foraminal stenosis  .

ws:HACTNRDWIN7565E

Electronically Signed By JOHN ALARCON on 2016-09-27 08:38 CTZ
Referring providers may call my direct line (615)986-6084





**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765  Fax 877 843-3950

## ABILITIES FORM

Patient Name: _____   Date of Birth: _____

Occupation: _____   Claim Number: _____

Date of Last Office Visit: _____   Date of Next Office Visit: _____

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:_____   Date: _____

Provider Printed Name:_____   Degree:   ☐ MD    ☐ DO   Other _____

Specialty:_____   Phone: _____

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | _____ | _____ | _____ | _____ |
| 11 - 20 lbs. | _____ | _____ | _____ | _____ |
| 21 - 35 lbs. | _____ | _____ | _____ | _____ |
| 36 - 50 lbs. | _____ | _____ | _____ | _____ |
| 51 - 100 lbs. | _____ | _____ | _____ | _____ |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | _____ | _____ | _____ | _____ | |
| Stand | _____ | _____ | _____ | _____ | |
| Walk | _____ | _____ | _____ | _____ | |
| Climb | _____ | _____ | _____ | _____ | |
| Bend | _____ | _____ | _____ | _____ | |
| Kneel | _____ | _____ | _____ | _____ | |
| Drive | _____ | _____ | _____ | _____ | |
| Finger | _____ | _____ | _____ | _____ | R / L / Both |
| Handle | _____ | _____ | _____ | _____ | R / L / Both |
| Operate Foot Controls | _____ | _____ | _____ | _____ | R / L / Both |
| Reach above the shoulder | _____ | _____ | _____ | _____ | R / L / Both |

Are there environmental factors that the patient should avoid?   ☐ Yes  ☐ No    Specify:_____

Specific Limitations or Restrictions not noted above: _____
_____

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature:_____   Date: _____

Provider Printed Name:_____   Degree:   ☐ MD    ☐ DO   Other _____

Specialty:_____   Phone: _____

Address: _____

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 244 of 517    Lincoln Glasner 316
PageID #: 357

# OCCUPATIONAL DESCRIPTION

**193.262-014  Dispatcher**

Operates radio and telephone equipment to receive reports and requests from firefighting crews, fire-lookout stations, and mobile units, and relays information or orders to officials concerned.  Maintains communications log and maps location of fires, men, and equipment from field reports.  May organize and direct activities of firefighting crew.
DLU:  1977

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 245 of 567     Lincoln Glasner 317
PageID #: 358

# OCCUPATIONAL REQUIREMENTS

| | | | |
|---|---|---|---|
| **Title:** | | **DOT Code:** | 193.262-014 |
| **Industry:** | Government Services | | |

**Specific Vocational Preparation:** Level 6 (1 to 2 years)

**General Educational Development:** Reasoning Level 4
Mathematics Level 3
Language Level 4

**Strength:** Sedentary — Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| Physical Demands: | | Environmental Conditions: | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Frequently | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:** Performing a variety of duties.

Signaling

| | |
|---|---|
| **Data:** | 2 Analyzing |
| **People:** | 6 Speaking- |
| **Things:** | 2 Operating |

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Verbal Aptitude | 3 (34-66 Percentile) | Not Included |
| Numerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 3 (34-66 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 246 of 517    Lincoln Glasner 318
PageID #: 359

# RELATED CODES AND TITLES

**Title:**                                                   **DOT Code:** 193.262-014

| Group | Code | Title |
|---|---|---|
| Work Field: | 281 | System Communicating |
| MPSMS: | 860 | Communication Services |
| | 951 | Protective Services, except Military |
| O*NET: | 27-4013.00 | Radio Operators |
| SOC 2010: | 27-4013 | Radio Operators |
| Census: | 2900 | Broadcast and sound engineering technicians and radio operators |
| Industry: | 425 | Government Services |
| NAICS: | 922160 | Fire Protection |
| GOE: | 07.04.05 | Business: Information Transmit & Receive |
| RIASEC: | RC | Realistic, Conventional |
| CIP: | 47.0103 | Communications Systems Installation and Repair Technology |
| OAP: | 38 | Oral Communications |

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 247 of 517   Lincoln Glasner 319
PageID #: 360

# OCCUPATIONAL DESCRIPTION

**372.667-034  Guard, Security**

 Guards industrial or commercial property against fire, theft, vandalism, and illegal entry, performing any combination of following duties:  Patrols, periodically, buildings and grounds of industrial plant or commercial establishment, docks, logging camp area, or work site.  Examines doors, windows, and gates to determine that they are secure.  Warns violators of rule infractions, such as loitering, smoking, or carrying forbidden articles, and apprehends or expels miscreants.  Inspects equipment and machinery to ascertain if tampering has occurred.  Watches for and reports irregularities, such as fire hazards, leaking water pipes, and security doors left unlocked.  Observes departing personnel to guard against theft of company property.  Sounds alarm or calls police or fire department by telephone in case of fire or presence of unauthorized persons.  Permits authorized persons to enter property.  May register at watch stations to record time of inspection trips.  May record data, such as property damage, unusual occurrences, and malfunctioning of machinery or equipment, for use of supervisory staff.  May perform janitorial duties and set thermostatic controls to maintain specified temperature in buildings or cold storage rooms.  May tend furnace or boiler.  May be deputized to arrest trespassers.  May regulate vehicle and pedestrian traffic at plant entrance to maintain orderly flow.  May patrol site with guard dog on leash.  May watch for fires and be designated Fire Patroller (logging).  May be designated according to shift worked as Day Guard (any industry); area guarded as Dock Guard (any industry); Warehouse Guard (any industry); or property guarded as Powder Guard (construction).  May be designated according to establishment guarded as Grounds Guard, Arboretum (any industry); Guard, Museum (museums); Watchguard, Racetrack (amuse. & rec.); or duty station as Coin-Vault Guard (any industry).  May be designated Guard, Convoy (any industry) when accompanying or leading truck convoy carrying valuable shipments.  May be designated: Armed Guard (r.r. trans.); Camp Guard (any industry); Deck Guard (fishing & hunt.; water trans.); Night Guard (any industry); Park Guard (amuse. & rec.).
Alternate Titles:  Patrol Guard; Special Police Officer; Watchguard

DLU:  1988

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 248 of 517    Lincoln Glasner 320
PageID #: 361

# OCCUPATIONAL REQUIREMENTS

| | | **DOT Code:** | 372.667-034 |
|---|---|---|---|
| **Title:** | | | |
| **Industry:** | Any Industry | | |

**Specific Vocational Preparation:** Level 3 (1 to 3 months)

**General Educational Development:** Reasoning Level 3
Mathematics Level 1
Language Level 2

**Strength:** Light — Lifting, Carrying, Pushing, Pulling 20 Lbs. occasionally, frequently up to 10 Lbs., or negligible amount constantly. Can include walking and or standing frequently even though weight is negligible. Can include pushing and or pulling of arm and or leg controls.

| Physical Demands: | | Environmental Conditions: | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Quiet |
| Balancing | Never | Exposure to Weather | Frequently |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Never | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Occasionally | Exposure to Radiation | Never |
| Hearing | Occasionally | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Occasionally | Other Environmental Conditions | Occasionally |
| Far Acuity | Frequently | | |
| Depth Perception | Occasionally | | |
| Accommodation | Occasionally | | |
| Color Vision | Occasionally | | |
| Field of Vision | Frequently | | |

| Work Situations: | Performing repetitive or short-cycle work. | **Data:** | 6 Comparing |
|---|---|---|---|
| | Dealing with people. | **People:** | 6 Speaking- |
| Signaling | | | |
| | Performing effectively under stress. | **Things:** | 7 Handling |

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | Not Included |
| Verbal Aptitude | 4 (11-33 Percentile) | Not Included |
| Numerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 4 (11-33 Percentile) | |

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 249 of 517    Lincoln Glasner 321
PageID #: 362

# RELATED CODES AND TITLES

**Title:**                                                                     **DOT Code:** 372.667-034

| Group | Code | Title |
|---|---|---|
| Work Field: | 293 | Protecting |
| MPSMS: | 905 | Janitorial and Portering Services |
| | 951 | Protective Services, except Military |
| O*NET: | 33-9032.00 | Security Guards |
| SOC 2010: | 33-9032 | Security Guards |
| Census: | 3930 | Security guards and gaming surveillance officers |
| Industry: | 138 | Any Industry |
| NAICS: | None | No Code Assigned |
| GOE: | 04.02.02 | Security Services: Property and People |
| RIASEC: | SEC | Social, Enterprising, Conventional |
| CIP: | None | No Code Assigned |
| OAP: | | No Code Assigned |

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 250 of 517   Lincoln Glasner 322
PageID #: 363

# CLASSIFICATION:  PROTECTIVE SERVICES DISPATCHER

## TRAINING AND EXPERIENCE

Educational Equivalent: Must possess High School Diploma or equivalent.

Specific Knowledge or Experience:  Graduate of an accredited civilian or  military police academy highly preferred.  Six years of full-time  experience in military or civilian police profession or an equivalent amount of education and experience highly preferred. Must maintain  qualification with assigned weapons and maintain authorization to be armed. Must possess in-depth knowledge of applicable Air  Force and DOD instructions, procedures, policies and applicable OPLANS and maintain job qualifications and Stan/Evaluation  certification. Must demonstrate leadership  capability and abilities. Must possess in-depth knowledge of  security enforcement  requirements  and  demonstrate  initiative  in  performing  assigned  duties.  Must be able to meet  all  requirements under Tennessee Code Annotated (TCA) 38-8-118.

Licenses/Certifications: Possess a valid state driver's license. Must possess a TN Armed Security Guard/Officer License.

Communication Skills: Must be able to read, write, and speak English well enough to understand, give and take directions.

Fitness Standards: Must successfully complete pre-employment fitness test and annual fitness test thereafter, consisting of: cardiovascular endurance, anaerobic power, muscular strength, muscular endurance, and flexibility training.

For new hires into bargaining unit after 3/31/14, the fitness test consists of:
Sit-ups: 15 repetitions
Push-ups: 21 repetitions
1 Mile Run/Walk <=12min

## DUTIES & RESPONSIBILITIES

Under general supervision as a working dispatcher, you will provide technical assistance for on-duty Protective Services personnel engaged  in  enforcing  federal/state  laws  and  DOD/USAF  requirements.  Works  with  the  on  duty  Supervisor  to  assist  and support with all incidents, accidents, emergencies. Directs the activities of other  responding Protective Services personnel until arrival of Supervision, Management or  resolution of  incident. Under the direction of the on duty Supervisor, coordinates  with test  customer to ensure procedures for monitoring classified test, evacuations, conferences, etc., are properly implemented. Keeps supervision informed of potential work related problems. Performs other related  duties as required.

**PROTECTIVE SERVICES DISPATCHER RESPONSIBILITIES:**

• Ensures  rapid  implementation  of  the  security  reporting,  alerting  and  communications  systems  and  implementation  of emergency security operations IAW AEDC OPLAN's.
• Thoroughly and accurately documents shifts' activities and ensures timely submission of required reports and forms.
• Conducts call-ins for protective services personnel required for overtime work assignments at the direction of the on duty supervisor.
• Issues personnel passes during non-duty hours
• Monitors classified container openings/closings and prepares documents for temporary storage of classified documents by user personnel.
• Prepares shift activity report to document personnel assignments, labor charges, overtime, and absences.
• Maintains vehicle status and assignment logs and initiates maintenance/repairs as required.
• Files/maintains shift-generated documents within a formal filing system.
• Completes Desk blotters.
• Dispatches protective services personnel to ensure immediate response, containment and investigation of routine and emergency   situations.

Lincoln Glasner 323

## DUTIES & RESPONSIBILITIES (Cont'd.)

• Current Tennessee Information Enforcement System (TIES) certification.
• Conducts vetting on all non-DoD visitors via NCIC Interstate Identification Index (III) name checks.
• Maintains accountability records for classified protective services locks.
• Ensures radio communications are conducted professionally and in compliance with established procedures.
• Answers telephone calls, receives complaints, and answers all questions in a satisfactory and timely manner.
• Conducts a communications and duress check with all posts and patrols.
• Monitors location and status of patrols/personnel at all times.
• Possesses a working knowledge of all AEDC security plans and work instructions and is proficient in use of all checklists for incidents and emergency situations.
• Maintains/updates buildings checklist for base patrols.
• Operates Alarm Systems to monitor intrusion/detection alarms for classified, funds, precious metals, and munitions/firearms storage areas and implements response action during unannounced or improper alarm activation's or activities.
• Monitors opening/closing of non-alarmed sensitive and classified areas and ensures physical checks by protective services officers are conducted, as required.
• Reset PINS, operate CCTV equipment, lock and re-open AECS facilities
• Ensures the accuracy and completeness of all logs and reports generated during the shift.
• Coordinates with test customers to ensure all security support is provided in a timely and accurate manner.
• Maintains test post tracking hours.
• Performs other related duties as required by the Chief of Protective Services.

## DETERMINATION OF ESSENTIAL FUNCTIONS

**Job Title:**  Protective Services Dispatcher                                    **Requisition Number:**

**Unusual or Special Physical Requirements of Position**

| | |
|---|---|
| 1. May be required to work in areas of high noise levels. | 20% |
| 2. Occasional lifting (10-30 lbs) | 25% |
| 3. Occasional carrying (10-30-lbs) | 25% |
| 4. Reaching above shoulders - daily | 10% |
| 5. Use of fingers | 100% |
| 6. Both hands required | 100% |
| 7. Both legs required | 100% |
| 8. Ability to distinguish basic colors | 100% |
| 9. Hearing required | 100% |
| 10 Vision (Corrected) | 100% |
| 11 Walking | 25% |
| 12 Standing | 25% |

**Description of Work Environment**

1. The work environment requires the ability to cooperate, work in teams and work well with individuals at all levels of the company, the client, and outside users.
2. The nature of the work requires the ability to communicate clearly. — 100%
3. May be required to stand for extended periods of time. — 10%

**PROTECTIVE SERVICES DISPATCHER**
Page 3

**Equipment and Machines Involved in Work Tasks**

1. Must have the ability to use PC and associated equipment on a daily basis.          100%
2. Use of the telephone is required.          100%
3. Use of other general office equipment.          100%
4. Must be able to maintain qualification and authorization to carry the required weapons. (Protective Services personnel)

**Critical Nature of Attendance and Safe Work Practices**

Regular attendance is essential to the efficient operation and is a necessary condition of employment. Each employee will be expected to adhere to the work schedule established by his/her supervisor and comply with the company's attendance policy. Employees are expected to report to work at the scheduled time, return from breaks promptly, and depart work not earlier than the end of the scheduled day. Compliance with safety rules and safe work practices is an essential function of the job.

**Other Essential Functions**

1. Must be able to work in a team atmosphere.
2. Must put forward a professional behavior that enhances productivity and promotes teamwork and cooperation.
3. Grooming and dress must be appropriate for the position and must not impose a safety risk/hazard to the employee or others.

**Security**

Must be able to obtain and maintain a security clearance and to obtain and maintain access to the AEDC local area computer network.

**GLASNER, GERALD (id #1587675, dob:**        ׀



**Saint Thomas Health**

WITH YOU. FOR LIFE.

Saint Thomas Medical Partners
2011 Murphy Ave, Ste 301
NASHVILLE, TN 37203-2023
Phone: (615) 327-9543, Fax: (615) 341-3565

Date: 03/21/2017
RE: Gerald Glasner, DOB:         PT ID #1587675

Gerald Glasner

Dear Mr. Glasner,

This letter is in regard to your permanent restrictions regarding your lumbar spinal condition. You may run or jog no more than one mile, but you may not do pushups or situps during physical fitness training. I feel that this may cause further flare up or even injure you spine.

Sincerely,

Electronically Signed by: PAUL MCCOMBS III, MD



**IMMEDIATE FAMILY CARE**

Name: Gerald Glasner                    DOB: _____

**Physical Examination:** Circle "Y" if there are any abnormalities. Circle "N" if the body system is normal

| General Appearance | Y ⓃY | Marked overweight, tremor, signs of alcoholism, problem drinking or drug abuse |
|---|---|---|
| Eyes | Y Ⓝ | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos. Ask about retinopathy, cataracts, aphakia, glaucoma, macular degeneration  ℝ Cataract extraction 1/2017 |
| Ears | Y Ⓝ | Scarring of tympanic membrane, occlusion of external canal, perforated eardrums |
| Mouth & Throat | Y Ⓝ | Irremediable deformities likely to interfere with breathing or swallowing |
| Heart | Y Ⓝ | Murmurs, extra sounds, enlarged heart, pacemaker, implantable defibrillator |
| Lungs & Chest | Y Ⓝ | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sound including wheeze oral alveolar rales, impaired respiratory function, cyanosis. Abnormal finding on physical exam may require further testing such as pulmonary tests and/or x-ray of chest |
| Abdomen & Viscera | Y Ⓝ | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness |
| Vascular System: | Y Ⓝ | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins |
| Genito-urinary System | Y Ⓝ | Hernias |
| Extremities | Y Ⓝ | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy weakness, paralysis, clubbing, edema, hypotonic. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. Limitation of motion, tenderness, or crepitus of joints |
| Spine, other musculoskeletal | Ⓨ N | Previous surgery, deformities, limitation of motion of spine, tenderness or crepitus L4-L5 fusion 2001 w/ titanium Rods and screws. |
| Neurological: | Y Ⓝ | Impaired equilibrium, coordination or speech pattern; asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia |

**Comments:** _____

_____

✗ *History reviewed with Patient*        ✗ *Medications if any reviewed with Patient*

~~Acceptable without work limitations~~
⊗ Acceptable subject to the following work limitations: ⟩
Hold pending correction or control of: _____
Not acceptable because of _____

**Remarks:**

Patient may Run/Jog no more than
1 mile. but may not do
push ups or sit ups
during physical fitness
training.

Based upon your assessment of the applicant's physical condition is the applicant capable of performing the duties of the position for which he/she has applied? Is he/she capable or performing the duties in such a manner that he/she will not endanger the health or safety of others? Is he/she capable of performing that position in such a way that he/she will not endanger his/her own health or safety?

If the answers to any of these questions is anything other than an unqualified YES, please state the reason.

*Kathei Heuo NP-C*
**Provider's signature**
*Katherine Horrocks NP-C*
**Print Provider's Name and Title**
3/29/17
**Date**

To: Lincoln Financial Group

Reference: Claim #1170042164

Gerald W. Glasner

Fax: 877-843-3950

30 May 2017

To: Lincoln Financial Personnel:

Reference: 1989568 Short Term Disability / Gerald W. Glasner

Claim #1170042164

All:

I have a serious medical condition that will not allow me to perform the substantial and material duties (essential functions) of my normal occupation as determined by the United States Air Force, my employer Protection Strategies Inc. (PSI), the employer's medical staff Urgent Team in Tullahoma Tn., and my personal physician Dr. Paul McCombs at Howell Allen Clinic, Nashville Tn. I am currently under the care of Dr. McCombs and clinic staff and will remain. Details of the medical condition are contained in the Short-Term Disability Form Package sent to you a few weeks ago by the employer. The medical conditions I have are permanent, degenerative in nature, and will only progress over time. I am receiving the Epidural Steroid Injections to help alleviate pain and discomfort; the injections are not a cure, additional surgery is not recommended. Only three (3) injections can be given in a rolling twelve (12) month period, I have one (1) remaining in the current period which will be given sometime in July.

The Physical Fitness Program is a condition of employment and is an essential function.

The following is from the current Collective Bargaining Agreement between the Guard's Union and PSI and mirrors the language contained in the Performance Work Statement between the Government/DoD/USAF and PSI. Both are contractual obligations and will continue until the end of the current contract, November 30, 2019.

APPENDIX D PHYSICAL FITNESS PROGRAM

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.

Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:

Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0 mile run/walk (<12 minutes)

Performance Standards

a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.

b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

The permanent medical restrictions are described in the attached documents; letter from Dr. Mccombs, Lincoln Financial Attending Physician Statement and the Employee Physical Examination form provided by the company's medical examiner Katherine Horrocks at Urgent Team Medical in Tullahoma Tn.

Thanks;

_____

Gerald W. Glasner

Apr. 19, 2017 10:29AM                                         No. 0535   P. 4



**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company, PO Box 672400, Marietta, GA 30006-0042
toll free (800) 423-2765   Fax (800) 250-2335
www.LFG.com

## ATTENDING PHYSICIAN'S STATEMENT

| 1. Name of Patient | 2. Social Security Number | 3. Employer Name |
|---|---|---|
| Gerald Glasner | | |

**4. When did symptoms first appear or accident happen?** 1996; again in 2015   **5. Date you believe patient was unable to work?**

**6. Diagnosis (including complications)** Degeneration of Lumbar intervertebral disc   **7. Subjective symptoms** Back and bilateral hip pain

**8. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings)**
Localized back pain.
See attached

**9. List of Restrictions & Limitations**
Unable to run or jog more than a mile. Unable to do pushups. Unable to do situps.

**10. Nature of treatment (including surgery and medications prescribed, if any).**
Epidural Steroid Injections   See attached

**11. Names, specialty and addresses of other treating physicians.**
N/A

**12. Has patient ever had same or similar condition?** ☑ Yes ☐ No If "Yes" provide dates. 2001

**13. Do you consider this condition to be due to your patient's employment?** ☐ Yes ☑ No

| 14. If pregnancy, Estimated date of delivery: Actual date of delivery: | 15. Date first treated 2001 | 16. Date of last visit/treatment 10/19/16 |
|---|---|---|

**17. Frequency** ☐ Weekly ☐ Monthly ☑ Other (specify) As needed

**18. Has patient:** ☐ Recovered ☐ Improved ☑ Unchanged ☐ Regressed   **19. Is patient:** ☑ Ambulatory ☐ House Confined ☐ Bed Confined ☐ Hospital Confined

**20. Has patient been hospital confined?** ☐ Yes ☑ No   Confined from:   to

If "Yes" give name of hospital.

**21. Has surgery been scheduled or performed?** ☑ Yes ☐ No   If "Yes" date of surgery: March 2001
Type of surgery scheduled:

**22. Prognosis and Rehabilitation:**
a. When do you think your patient will be able to return to work?
PRESENT occupation?   ALL OTHER occupations?
Permanent restrictions placed on patient that do not allow patient to return to work.
b. Can present job be modified to allow patient to handle with his/her impairment? ☐ Yes ☑ No
c. When could total employment commence?   ☐ Full-time ☐ Part-time
Please submit clinical documentation to support your decision.

| Print Name (Attending Physician) | Specialty | Telephone (Include Area Code) |
|---|---|---|
| Paul McCombs | Neurosurgery | |

Street Address/City or Town/State or Providence/Zip Code

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Signature (Attending Physician) No stamps please | Date 4/30/17 | Fax Number (Include Area Code) |
|---|---|---|

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01263ATL
Page 4 of 5
5/08

**Howell Allen Clinic**
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

To: Lincoln Financial Group

Reference: Claim #1170042164

Gerald W. Glasner

Fax: 877-843-3950

30 May 2017

To: Lincoln Financial Personnel:

Reference: 1989568 Short Term Disability / Gerald W. Glasner

Claim #1170042164

All:

I have a serious medical condition that will not allow me to perform the substantial and material duties (essential functions) of my normal occupation as determined by the United States Air Force, my employer Protection Strategies Inc. (PSI), the employer's medical staff Urgent Team in Tullahoma Tn., and my personal physician Dr. Paul McCombs at Howell Allen Clinic, Nashville Tn. I am currently under the care of Dr. McCombs and clinic staff and will remain. Details of the medical condition are contained in the Short-Term Disability Form Package sent to you a few weeks ago by the employer. The medical conditions I have are permanent, degenerative in nature, and will only progress over time. I am receiving the Epidural Steroid Injections to help alleviate pain and discomfort; the injections are not a cure, additional surgery is not recommended. Only three (3) injections can be given in a rolling twelve (12) month period, I have one (1) remaining in the current period which will be given sometime in July.

The Physical Fitness Program is a condition of employment and is an essential function.

The following is from the current *Collective Bargaining Agreement* between the Guard's Union and PSI and mirrors the language contained in the Performance Work Statement between the Government/DoD/USAF and PSI. Both are contractual obligations and will continue until the end of the current contract, November 30, 2019.

<u>APPENDIX D PHYSICAL FITNESS PROGRAM</u>

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.

Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:

Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0 mile run/walk (<12 minutes)

Performance Standards

a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.

b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

The permanent medical restrictions are described in the attached documents; letter from Dr. Mccombs, Lincoln Financial Attending Physician Statement and the Employee Physical Examination form provided by the company's medical examiner Katherine Horrocks at Urgent Team Medical in Tullahoma Tn.

Thanks;

_____

Gerald W. Glasner

Apr. 19, 2017 10:29AM                                                    No. 0535    P. 4


**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company, PO Box 672406, Marietta, GA 30006-0043
toll free (800) 423-2765   Fax (800) 250-2335
www.LFG.com

## ATTENDING PHYSICIAN'S STATEMENT

| 1. Name of Patient | 2. Social Security Number | 3. Employer Name |
|---|---|---|
| Gerald Glasner | | |

**4. When did symptoms first appear or accident happen?**
1996; again in 2015

**5. Date you believe patient was unable to work?**

**6. Diagnosis (including complications)**
Degeneration of Lumbar intervertebral disc

**7. Subjective symptoms**
Back and bilateral hip pain

**8. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings)**
Localized back pain.
See attached

**9. List of Restrictions & Limitations**
Unable to run or jog more than a mile. Unable to do pushups.
Unable to do situps.

**10. Nature of treatment (including surgery and medications prescribed, if any).**
Epidural Steroid Injections. See attached

**11. Names, specialty and addresses of other treating physicians.**
N/A

**12. Has patient ever had same or similar condition?** ☑ Yes ☐ No  If "Yes" provide dates. 2001

**13. Do you consider this condition to be due to your patient's employment?** ☐ Yes ☑ No

| 14. If pregnancy, Estimated date of delivery: | 15. Date first treated | 16. Date of last visit/treatment |
|---|---|---|
| Actual date of delivery: | 2001 | 10/19/16 |

**17. Frequency** ☐ Weekly ☐ Monthly ☑ Other (specify) As needed

**18. Has patient:** ☐ Recovered ☐ Improved ☑ Unchanged ☐ Regressed

**19. Is patient:** ☑ Ambulatory ☐ House Confined ☐ Bed Confined ☐ Hospital Confined

**20. Has patient been hospital confined?** ☐ Yes ☑ No   Confined from:    to
If "Yes" give name of hospital.

**21. Has surgery been scheduled or performed?** ☑ Yes ☐ No   If "Yes" date of surgery: March 2001
Type of surgery scheduled:

**22. Prognosis and Rehabilitation:**
a. When do you think your patient will be able to return to work?
PRESENT occupation? Permanent restrictions placed on patient that do not allow
ALL OTHER occupations? patient to return to work.
b. Can present job be modified to allow patient to handle with his/her impairment? ☐ Yes ☑ No
c. When could total employment commence? ☐ Full-time ☐ Part-time
Please submit clinical documentation to support your decision.

| Print Name (Attending Physician) | Specialty | Telephone (Include Area Code) |
|---|---|---|
| Paul McCombs | Neurosurgery | |

Street Address/City or Town/State or Providence/Zip Code

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Signature (Attending Physician) No stamps please | Date | Fax Number (Include Area Code) |
|---|---|---|
| Paul McCombs, MD | 4/30/17 | |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.                    Page 4 of 5
GLC-01263ATL                                                                                                          5/08

**Howell Allen Clinic**
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

GLASNER, GERALD (id #1587675, dob:



**Saint Thomas Health**

*WITH YOU. FOR LIFE.*

Saint Thomas Medical Partners
2011 Murphy Ave, Ste 301
NASHVILLE, TN 37203-2023
Phone: (615) 327-9543, Fax: (615) 341-3565

Date: 03/21/2017
RE: Gerald Glasner, DOB:               PT ID #1587675

Gerald Glasner

Dear Mr. Glasner,

This letter is in regard to your permanent restrictions regarding your lumbar spinal condition. You may run or jog no more than one mile, but you may not do pushups or situps during physical fitness training. I feel that this may cause further flare up or even injure you spine.

Sincerely,

Electronically Signed by: PAUL MCCOMBS III, MD



**IMMEDIATE FAMILY CARE**

Name: Gerald Glasner _____ DOB: _____

## Physical Examination: Circle "Y" if there are any abnormalities. Circle "N" if the body system is normal

| General Appearance | Y (N) | Marked overweight, tremor, signs of alcoholism, problem drinking or drug abuse |
|---|---|---|
| Eyes | Y (N) | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos. Ask about retinopathy, cataracts, aphakia, glaucoma, macular degeneration **B cataract extraction 1/2017** |
| Ears | Y (N) | Scarring of tympanic membrane, occlusion of external canal, perforated eardrums |
| Mouth & Throat | Y (N) | Irremediable deformities likely to interfere with breathing or swallowing |
| Heart | Y (N) | Murmurs, extra sounds, enlarged heart, pacemaker, implantable defibrillator |
| Lungs & Chest | Y (N) | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sound including wheeze oral alveolar rales, impaired respiratory function, cyanosis. Abnormal finding on physical exam may require further testing such as pulmonary tests and/or x-ray of chest |
| Abdomen & Viscera | Y (N) | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness |
| Vascular System: | Y (N) | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins |
| Genito-urinary System | Y (N) | Hernias |
| Extremities | Y (N) | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy weakness, paralysis, clubbing, edema, hypotonic. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. Limitation of motion, tenderness, or crepitus of joints |
| Spine, other musculoskeletal | (Y) N | Previous surgery, deformities, limitation of motion of spine, tenderness or crepitus L4-L5 fusion 2001 w/ titanium Rods and screws. |
| Neurological: | Y (N) | Impaired equilibrium, coordination or speech pattern; asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia |

Comments: _____

X_ History reviewed with Patient    X_ Medications if any reviewed with Patient

~~Acceptable without work limitations~~
(X) Acceptable subject to the following work limitations:
___ Hold pending correction or control of:
___ Not acceptable because of

Remarks:

Patient may Run/Jog no more than 1 mile. but may not do push ups or sit ups during physical fitness training.

Based upon your assessment of the applicant's physical condition is the applicant capable of performing the duties of the position for which he/she has applied? Is he/she capable or performing the duties in such a manner that he/she will not endanger the health or safety of others? Is he/she capable of performing that position in such a way that he/she will not endanger his/her own health or safety?

If the answers to any of these questions is anything other than an unqualified YES, please state the reason.

*Kathee Heus NP-C*
Provider's signature
*Katherine Horrocks NP-C*
Print Provider's Name and Title
Date  3/29/17



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

May 12, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr Glasner:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 04/01/2017.

The policy issued to Protection Strategies Incorporated, has a 14 day elimination period during which no benefits are payable.  Your benefits will begin on 04/15/2017.  Your first payment will be received separately within the next business week.  Subsequent payments will be issued weekly or biweekly depending on your specific policy language.

Based on your reported weekly earnings, your benefit will equal $665.00.   However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 06/01/2017. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.

If you are unable to return to work on 06/01/2017 due to your disability, please provide medical documentation that supports continued disability.

Medical documentation includes, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your physician without any supporting documentation may not be sufficient to consider benefits.

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1989568

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,


Fatimah Abdur-rahim
800-423-2765
Claims Examiner, Claims
The Lincoln National Life Insurance Company

CC:    Protection Strategies Incorporated
       ATTN: Tina Davis
       118 Mitchell Road
       Suite B
       OAK RIDGE, TN 37830

Lincoln Glasner 339

Date: Wed May 17 09:10:26 CDT 2017
From: Fatimah Abdur-rahim <Fatimah.Abdur-rahim@lfg.com>
To: tdavis@protectionsi.com
Message-ID: <1083261554.61495030226690.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Fatimah Abdur-rahim**
**Claims Examiner, Claims**
LN10-Lincoln National Life Insurance Co
1600 Riveredge Pkwy Suite 130
Atlanta, GA 30328
Toll Free Phone: 1-800-423-2765
Phone: 678-295-3301
Fax: 877-843-3950
Email: Fatimah.Abdur-rahim@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

May 12, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr Glasner:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 04/01/2017.

The policy issued to Protection Strategies Incorporated, has a 14 day elimination period during which no benefits are payable.  Your benefits will begin on 04/15/2017.  Your first payment will be received separately within the next business week.  Subsequent payments will be issued weekly or biweekly depending on your specific policy language.

Based on your reported weekly earnings, your benefit will equal $665.00.   However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 06/01/2017. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.

If you are unable to return to work on 06/01/2017 due to your disability, please provide medical documentation that supports continued disability.

Medical documentation includes, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your physician without any supporting documentation may not be sufficient to consider benefits.

©2017  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Fatimah Abdur-rahim
800-423-2765
Claims Examiner, Claims
The Lincoln National Life Insurance Company

CC:     Protection Strategies Incorporated
        ATTN: Tina Davis
        118 Mitchell Road
        Suite B
        OAK RIDGE, TN 37830



**Financial Group®**

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: _Glasner_____   _Gerald_____   _W_____
   (Last)                        (First)              (Middle)

   Date of Birth: _____   Social Security Number: _____

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations, [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:      The Lincoln National Life Insurance Company
                                        PO Box 672408
                                        Marietta, GA 30006-0041

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

SIGNATURE: _Gerald Glasner_____        DATE: _1 May 2017_____

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: _Gerald Glasner_____

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _____        PHONE NO: (____) _____
         (Street)

_____
(City)                      (State)      (Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.                    Page 2 of 5
GLC-01363ATL                                                                        Disability        5/08

**Protection Strategies Incorporated**
118 Mitchell Road, Suite B
Oak Ridge, TN 37830
(865-294-5101) | (865) 481-4888 | www.protectionsi.com

# Fax

| | | | |
|---|---|---|---|
| **TO:** | Lincoln Financial | **FROM:** | Tina Davis |
| **FAX:** | 1-800-259-2335 | **PAGES:** | 5 including cover |
| **PHONE:** | [Recipient phone number] | **DATE:** | 5/8/2017 |
| **RE:** | Gerald Glasner – STD Claim | **CC:** | [Names] |

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

Comments: If you have any questions or need any other information please feel free to contact me at 865-294-5101



## Lincoln
### Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE
### (BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)
**Please sign this page and the authorization on page two of this form to avoid delays in processing**
**(PLEASE see FRAUD NOTICES attached)**

| 1. Full Name (last, first, middle initial) Glasner    Gerald    W | 2. Social Security Number | 3. Phone Number (include area code) |
|---|---|---|

| 4. Street Address & Mailing Address | 5. City | 6. State | 7. Zip Code |
|---|---|---|---|

| 8. Date of Birth | 9. I have been unable to work because of my disability since  2017/04/01 | 10. Gender  ☒ Male   ☐ Female |
|---|---|---|
|  |  | 11. Hospital Confined   ☐ Yes   ☒ No |

| 12. Marital Status  ☐ Single   ☒ Married   ☐ Widowed   ☐ Divorced | 13. Have you ever had the same or similar condition in the past? ☒ Yes ☐ No  If "Yes" provide dates:  March 2001 |
|---|---|

**14. Is your disability due to a:**  ☐ Sickness  ☐ Injury  ☒ Other

**14a. Please describe your Sickness or how your Injury occurred:**
Age related degenerative disc disease in the Lumbar Spine. Lumbar 4 and 5 were fused in 2001. I am currently taking epidural steroid injections at Lumbar Spine. There is also scar tissue and arthritis aggraving the area.

Height: 6'00"
Weight: 175

**15. I returned to work part-time on:**

I returned to work full-time on:
August 2001

**16. Is your accident or illness due to your occupation?**   ☐ Yes   ☒ No    If "Yes" explain:

Have you or do you intend to file a Workers Compensation Claim?    ☐ Yes   ☒ No

**17. Treated by:** (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor:  Dr. Paul McCombs
Address:  2011 Murphy Avenue, Suite 301, Nashville TN. 37203

**18. Describe other income you are receiving, have applied for, or will be applying for:**

|  | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security (Disability Retirement) | $ 0.0 |  |  |  |
| Salary Continuance or State Disability Benefits | $ 0.0 |  |  |  |
| Workers' Compensation | $ 0.0 |  |  |  |
| Other income related to your disability | $ 0.0 |  |  |  |

**19.** The above statements are true and complete to the best of my knowledge and belief. **I have completed and attached the Authorization for Release of Information.**

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature of Employee _David Glasner_            Date _1 May 2017_

**20. Please provide us with your e-mail address:**
gglasner@msn.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01363ATL

Page 1 of 5
5/08



**The Lincoln National Life Insurance Company**, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

Please submit a copy of this employee's complete Job Description with this claim form.
Please submit a copy of this employee's enrollment statement with this claim.
**(PLEASE see FRAUD NOTICES attached)**

| 1. Full Name (last, first, middle initial) Glasner, Gerald | | 2. Social Security Number |
|---|---|---|
| 3. Occupation of Employee/Claimant Security Force Officer | 4. Insurance Class CBA | 5. Employee Date of Hire 12/01/2015 |

6. Number of Hours Worked Per Week 40        7. Date Insured  12/01/2015

| 8. Date Employee was Last Present at Work 3/31/2017 | 9. Employee's Basic Weekly Earnings 1125.20 | 10. Returned to Work? ☐ Full-time  ☐ Part-time   Date: |
|---|---|---|

11. Percent of premium paid by:

Employee:     100 %     ☒ pre-tax     ☐ post-tax
Employer:         %

12. Is the Claim due to your employee's occupation:   ☐ Yes   ☒ No

13. Has a Workers' Compensation claim been filed?   ☐ Yes   ☒ No

14. Has Insured received any other income since the date last worked:     ☒ Yes   ☐ No

Please specify the type of income (Sick Pay, Vacation, Salary Continuation, Paid Time Off, Etc.) Vacation

Weekly Amount Paid $ 1125.20          Date Began: 4/1/2017          Date Ended: 4/29/2017

| Employer's Name & Address (or name of policyholder, if other) Protection Strategies Incorporated 118 Mitchell Road Suite B Oak Ridge, TN 37830 | Telephone Number (Include Area Code and Extension) 865-294-5101 | Group Policy Number & Division Number 1380166 |
|---|---|---|

E-mail address  tdavis@protectionsi.com          Fax Number (Include Area Code) 865-294-5101

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

*Ina D Davis*     HR Manager                              5/8/17

Signature of Person Completing this form and Title                         Date

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01363ATL

Page 3 of 5
5/08

Case 4:21-cv-00014-KAC-SKL     Document 17-3     Filed 12/20/21     Page 274 of 517     Lincoln Glasner 346
PageID #: 387

DISABILITY
FORM

Apr. 19. 2017 10:29AM                                                                No. 0535    P. 4

# ⌂Lincoln
## Financial Group•

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## ATTENDING PHYSICIAN'S STATEMENT

| 1. Name of Patient Gerald Glasner | 2. Social Security Number | 3. Employer Name |
|---|---|---|

| 4. When did symptoms first appear or accident happen? 1996; again in 2015 | 5. Date you believe patient was unable to work? |
|---|---|

6. Diagnosis (including complications), Degeneration of lumbar intervertebral disc

7. Subjective symptoms Back and bilateral hip pain

8. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings)
Localized back pain.
See attached

9. List of Restrictions & Limitations
Unable to run or jog more than a mile. Unable to do pushups.
Unable to do situps.

10. Nature of treatment (including surgery and medications prescribed, if any).
Epidural Steroid Injections See attached

11. Names, specialty and addresses of other treating physicians
N/A

12. Has patient ever had same or similar condition? ☑Yes ☐No If "Yes" provide dates. 2001

13. Do you consider this condition to be due to your patient's employment? ☐Yes ☑No

| 14. If pregnancy, Estimated date of delivery: Actual date of delivery: | 15. Date first treated 2001 | 16. Date of last visit/treatment 10/19/16 |
|---|---|---|

17. Frequency  ☐Weekly  ☐Monthly  ☑Other (specify) As needed

18. Has patient:  ☐Recovered  ☐Improved  ☑Unchanged  ☐Regressed

19. Is patient:  ☑Ambulatory  ☐House Confined  ☐Bed Confined  ☐Hospital Confined

20. Has patient been hospital confined? ☐Yes ☑No    Confined from:          to

If "Yes" give name of hospital.

21. Has surgery been scheduled or performed? ☑Yes ☐No  If "Yes" date of surgery: March 2001
Type of surgery scheduled:

22. Prognosis and Rehabilitation:
a. When do you think your patient will be able to return to work? Permanent restrictions placed on patient that do not allow
PRESENT occupation?    ALL OTHER occupations?
b. Can present job be modified to allow patient to handle with his/her impairment? ☐Yes ☑No patient to return to work.
c. When would trial employment commence?    ☐Full-time   ☐Part-time return to work.
Please submit clinical documentation to support your decision.

| Print Name (Attending Physician) Paul McCombs | Specialty Neurosurgery | Telephone (Include Area Code) |
|---|---|---|

Street Address/City or Town/State or Providence/Zip Code

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| ✖ Signature (Attending Physician) No stamps please  Paul D. McCombs, MD | Date 4/30/17 | Fax Number (Include Area Code) |
|---|---|---|

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01243ATL                                                                          Page 4 of 5
                                                                                      5/08

**Howell Allen Clinic**
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

**Protection Strategies Incorporated**
118 Mitchell Road, Suite B
Oak Ridge, TN 37830
(865-294-5101) | (865) 481-4888 | www.protectionsi.com

# Fax

| | | | |
|---|---|---|---|
| TO: | Lincoln Financial | FROM: | Tina Davis |
| FAX: | 1-800-259-2335 | PAGES: | 5 including cover |
| PHONE: | [Recipient phone number] | DATE: | 5/8/2017 |
| RE: | Gerald Glasner – STD Claim | CC: | [Names] |

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

Comments:  If you have any questions or need any other information please feel free to contact me at 865-294-5101



Lincoln
Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE
### (BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)
**Please sign this page and the authorization on page two of this form to avoid delays in processing**
**(PLEASE see FRAUD NOTICES attached)**

| 1. Full Name (last, first, middle initial) | | | 2. Social Security Number | 3. Phone Number (include area code) |
|---|---|---|---|---|
| Glasner | Gerald | W | | |

| 4. Street Address & Mailing Address | 5. City | 6. State | 7. Zip Code |
|---|---|---|---|
| | | | |

| 8. Date of Birth | 9. I have been unable to work because of my disability since  2017/04/01 | 10. Gender  ☒ Male   ☐ Female |
|---|---|---|
| | | 11. Hospital Confined  ☐ Yes  ☒ No |

**12. Marital Status**  ☐ Single  ☒ Married  ☐ Widowed  ☐ Divorced

**13. Have you ever had the same or similar condition in the past?**
☒ Yes  ☐ No  If "Yes" provide dates:  March 2001

**14. Is your disability due to a:**  ☐ Sickness  ☐ Injury  ☒ Other

**14a. Please describe your Sickness or how your Injury occurred:**
Age related degenerative disc disease in the Lumbar Spine.  Lumbar 4 and 5 were fused in 2001.  I am currently taking epidural steroid injections at Lumbar Spine.  There is also scar tissue and arthritis aggraving the area.

Height: 6'00"
Weight: 175

**15. I returned to work part-time on:**

I returned to work full-time on:
August 2001

**16. Is your accident or illness due to your occupation?**     ☐ Yes   ☒ No     If "Yes" explain:

Have you or do you intend to file a Workers Compensation Claim?     ☐ Yes   ☒ No

**17.** Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor:  Dr. Paul McCombs
Address:  2011 Murphy Avenue, Suite 301, Nashville TN. 37203

**18. Describe other income you are receiving, have applied for, or will be applying for:**

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security (Disability Retirement) | $ 0.0 | | | |
| Salary Continuance or State Disability Benefits | $ 0.0 | | | |
| Workers' Compensation | $ 0.0 | | | |
| Other income related to your disability | $ 0.0 | | | |

**19.** The above statements are true and complete to the best of my knowledge and belief. **I have completed and attached the Authorization for Release of Information.**

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature of Employee ___David Glasner___                Date  1 May 2017

**20. Please provide us with your e-mail address:**
gglasner@msn.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01363ATL

Page 1 of 5
5/08


## Lincoln
### Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1.  **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic. other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: _Glasner_____ _Gerald_____ _W_____
　　　　　　　　　　　　　(Last)　　　　　　　　　　　　(First)　　　　　　　　(Middle)

Date of Birth: _____   Social Security Number: _____

2.  Information to be released:
    *   data or records regarding my medical history, treatment, prescriptions, consultations, [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
    *   any information regarding insurance coverage; and
    *   any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3.  Information to be released to:　　　The Lincoln National Life Insurance Company
    　　　　　　　　　　　　　　　　　　PO Box 672408
    　　　　　　　　　　　　　　　　　　Marietta, GA 30006-0041

4.  I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits.  The Company will only release such information:
    *   to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
    *   as otherwise may be required by law or as I may further authorize.
    I further understand that refusal to sign this Authorization may result in the denial of benefits.

5.  I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

6.  I understand that I may revoke this Authorization in writing at any time, except to the extent:
    1)  the Company has taken action in reliance on this Authorization; or
    2)  the Company is using this Authorization in connection with a contestable claim.
    If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7.  A photocopy of this Authorization is to be considered as valid as the original.

8.  I understand I am entitled to receive a copy of this Authorization.

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

SIGNATURE: _Gerald Glasner_____          DATE: _1 May 2017_____
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.)  Power of attorney or guardianship must be attached.

PRINT NAME: _Gerald Glasner_____

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _____          PHONE NO: (_____) _____
　　　　　　(Street)

_____
　(City)　　　　　　　　　　　(State)　　　(Zip Code)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.          Page 2 of 5
GLC-01363ATL                                                                      Disability      5/08



**The Lincoln National Life Insurance Company**, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765    Fax (800) 259-2335
www.LFG.com

## EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

Please submit a copy of this employee's complete Job Description with this claim form.
Please submit a copy of this employee's enrollment statement with this claim.
**(PLEASE see FRAUD NOTICES attached)**

| | |
|---|---|
| 1. Full Name (last, first, middle initial) <br> Glasner, Gerald | 2. Social Security Number |

| | | |
|---|---|---|
| 3. Occupation of Employee/Claimant <br> Security Force Officer | 4. Insurance Class <br> CBA | 5. Employee Date of Hire <br> 12/01/2015 |

| | |
|---|---|
| 6. Number of Hours Worked Per Week   40 | 7. Date Insured   12/01/2015 |

| | | |
|---|---|---|
| 8. Date Employee was <br> Last Present at Work   3/31/2017 | 9. Employee's Basic <br> Weekly Earnings   1125.20 | 10. Returned to Work? <br> ☐ Full-time   ☐ Part-time   Date: |

| | |
|---|---|
| 11. Percent of premium paid by: <br> Employee:   100 %   ☒ pre-tax   ☐ post-tax <br> Employer:      % | 12. Is the Claim due to your employee's occupation:   ☐ Yes   ☒ No <br> 13. Has a Workers' Compensation claim been filed?   ☐ Yes   ☒ No |

14. Has Insured received any other income since the date last worked:    ☒ Yes   ☐ No

Please specify the type of income (Sick Pay, Vacation, Salary Continuation, Paid Time Off, Etc.) Vacation

Weekly Amount Paid $ 1125.20       Date Began: 4/1/2017       Date Ended: 4/29/2017

| | | |
|---|---|---|
| Employer's Name & Address (or name of policyholder, if other) <br> Protection Strategies Incorporated 118 Mitchell Road Suite B <br> Oak Ridge, TN 37830 | Telephone Number (Include Area Code and Extension) <br> 865-294-5101 | Group Policy Number & Division Number <br> 1380166 |

| | |
|---|---|
| E-mail address   tdavis@protectionsi.com | Fax Number (Include Area Code) 865-294-5101 |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| | | |
|---|---|---|
| *[signature]*    HR Manager | | 5/8/17 |
| Signature of Person Completing this form and Title | | Date |

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 279 of 517   Lincoln Glasner 351 <br> PageID #: 392

DISABILITY
FORM

Apr. 19. 2017 10:29AM

# Lincoln
Financial Group®

No. 0535    P. 4

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## ATTENDING PHYSICIAN'S STATEMENT

**1. Name of Patient**
Gerald Glasner

**2. Social Security Number**

**3. Employer Name**

**4. When did symptoms first appear or accident happen?**
1996, again in 2015

**5. Date you believe patient was unable to work?**

**6. Diagnosis (including complications),**
Degeneration of Lumbar intervertebral disc

**7. Subjective symptoms**
Back and bilateral hip pain

**8. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings)**
Localized back pain.
See attached

**9. List of Restrictions & Limitations**
Unable to run or jog more than a mile. Unable to do pushups. Unable to do situps.

**10. Nature of treatment (including surgery and medications prescribed, if any).**
Epidural steroid Injections. See attached

**11. Names, specialty and addresses of other treating physicians**
N/A

**12. Has patient ever had same or similar condition?** ☑Yes ☐No  If "Yes" provide dates. 2001

**13. Do you consider this condition to be due to your patient's employment?** ☐Yes ☑No

**14. If pregnancy, Estimated date of delivery:**
Actual date of delivery:

**15. Date first treated**
2001

**16. Date of last visit/treatment**
10/19/16

**17. Frequency** ☐Weekly  ☐Monthly  ☑Other (specify) As needed

**18. Has patient:** ☐Recovered  ☐Improved  ☑Unchanged  ☐Regressed

**19. Is patient:** ☑Ambulatory  ☐House Confined  ☐Bed Confined  ☐Hospital Confined

**20. Has patient been hospital confined?** ☐Yes ☑No    Confined from:              to

If "Yes" give name of hospital.

**21. Has surgery been scheduled or performed?** ☑Yes ☐No   If "Yes" date of surgery: March 2001
Type of surgery scheduled:

**22. Prognosis and Rehabilitation:** Permanent restrictions placed on
a. When do you think your patient will be able to return to work?   patient that do not allow
PRESENT occupation?           ALL OTHER occupations?   patient to return to work.
b. Can present job be modified to allow patient to handle with his/her impairment? ☐Yes ☑No
c. When could trial employment commence?                ☐Full-time  ☐Part-time
Please submit clinical documentation to support your decision.

**Print Name (Attending Physician)**
Paul McCombs

**Specialty**
Neurosurgery

**Telephone (Include Area Code)**

Street Address/City or Town/State or Providence/Zip Code

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

**Signature (Attending Physician) No stamps please**
Paul McCombs, MD

**Date**
4/30/17

**Fax Number (Include Area Code)**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO
COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-012-G3ATL

Page 4 of 5
5/08

**Howell Allen Clinic**
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

**Gabrie, Samantha**

---

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, January 10, 2018 11:43 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: STD APPEAL FOR GERALD GLASNER  1170042164  (SECURE) |

---

**From:** Olsen, Janet
**Sent:** Wednesday, January 10, 2018 12:42:42 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

Please forward this email chain into AWD under the above claim number.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

---

**From:** Tina Davis [mailto:tdavis@protectionsi.com]
**Sent:** Wednesday, January 10, 2018 11:25 AM
**To:** Olsen, Janet
**Subject:** RE: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 – 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement.

Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test.

<div align="center">1</div>

# Tina Y. Davis

Human Resources Manager
Protection Strategies Incorporated
118 Mitchell Road, Suite B, Oak Ridge, TN 37830
☎ 865-294-5101 X 103 | 📄 Fax: 865-481-4888
tdavis@protectionsi.com
www.protectionsi.com

**From:** Olsen, Janet [mailto:Janet.Olsen@lfg.com]
**Sent:** Wednesday, January 10, 2018 12:00 PM
**To:** Tina Davis <tdavis@protectionsi.com>
**Subject:** RE: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

<div style="background:blue;color:white;text-align:center">This message was sent securely using Zix®</div>

The Physical Agility Test he is required to pass annually.

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll Free Phone: (800) 423-2765
Phone: (402) 361-7492
Fax: (402) 501.9310
Email: janet.olsen@lfg.com
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

**From:** Tina Davis [mailto:tdavis@protectionsi.com]
**Sent:** Wednesday, January 10, 2018 10:51 AM
**To:** Olsen, Janet
**Subject:** RE: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Which one? Medical physical or Physical Fitness for duty?

# Tina Y. Davis

Human Resources Manager
Protection Strategies Incorporated
118 Mitchell Road, Suite B, Oak Ridge, TN 37830
☎ 865-294-5101 X 103 | 📄 Fax: 865-481-4888
tdavis@protectionsi.com
www.protectionsi.com

**From:** Olsen, Janet [mailto:Janet.Olsen@lfg.com]
**Sent:** Wednesday, January 10, 2018 10:53 AM
**To:** 'tdavis@protectionsi.com'
**Subject:** STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

<div style="background:blue;color:white;text-align:center">This message was sent securely using Zix®</div>

2

Good morning Tina,

Can you tell me the last time Mr. Glasner passed his physical for duty?  Please provide date of physical.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**Gabrie, Samantha**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, January 10, 2018 12:57 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Letter:  Gerald Glasner 1170042164 |

**From:** Olsen, Janet
**Sent:** Wednesday, January 10, 2018 1:56:42 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: Letter: Gerald Glasner 1170042164

Please forward into AWD under the STD claim for Gerald Glasner 1170042164

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

**From:** Gerald Glasner [mailto:
**Sent:** Wednesday, January 10, 2018 12:26 PM
**To:** Olsen, Janet
**Subject:** Letter:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I received your letter; I have no problem with the additional time required.  Thanks, Gerald Glasner

1

**Gabrie, Samantha**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, February 01, 2018 8:52 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE) |
| **Attachments:** | GERALD GLASNER- 21-DAY LETTER TO CLAIMANT.pdf; GERALD GLASNER OCCUPATOINAL ANALYSIS AND ADDENDUM.pdf; GERALD GLASNER-  CLINICAL REVIEW.pdf; GERALD GLASNER-  PEER REPORT.pdf |

**From:** Olsen, Janet
**Sent:** Thursday, February 01, 2018 9:51:55 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

Please forward this email and attachments into AWD under the above claim number.


Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

**From:** Olsen, Janet
**Sent:** Thursday, February 01, 2018 8:51 AM
**To:** '
**Subject:** STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

Good morning Gerald,

We had an occupational addendum performed during this appeal based on new information received from your employer.  We also had an external Independent Board Certified Physician review the medical documentation in your file and received the written report.  The results of the occupational analysis and external physician review are attached.  We are also including our letter which indicates you are being provided with 21-days to review this information with your physician(s) and if you and your physicians do not agree with the assessments you can submit a response along with any additional documentation you feel would dispute the findings.

Your deadline to submit a response is February 22, 2018.

Can you please respond to this email and let me know if you plan on submitting information in response to these reviews.

1

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

**Gabrie, Samantha**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, January 31, 2018 2:36 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Gerald Glasner 1170042164 Final Report |
| **Attachments:** | G GLASNER 1170042164 FINAL REPORT.pdf |

**From:** Gabrie, Samantha
**Sent:** Wednesday, January 31, 2018 3:35:50 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Cc:** Olsen, Janet
**Subject:** Gerald Glasner 1170042164 Final Report

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Samantha Gabrie**
Claims Solutions Shared Services
Group Protection Claims Solutions
Lincoln Financial Group
8801 Indian Hills Dr.
Omaha, NE 68144
Toll Free: 1-800-423-2765
Phone: 402-361-2768
Fax: 402-951-0752
Email: Samantha.Gabrie@lfg.com

You're In ChargeSM

Find us on facebook: www.facebook.com/LincolnFinancialGroup

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited

1

and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Glasner 360

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Friday, December 29, 2017 7:26 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: STD APPEAL FOR GERALD GLASNER 1170042164 (secure) |

---

**From:** Olsen, Janet
**Sent:** Friday, December 29, 2017 8:25:56 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: STD APPEAL FOR GERALD GLASNER 1170042164 (secure)

Please forward this email chain into AWD under the above claim number.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

---

**From:** Tina Davis [mailto:tdavis@protectionsi.com]
**Sent:** Thursday, December 28, 2017 1:49 PM
**To:** Olsen, Janet
**Cc:** Jason Morrow
**Subject:** RE: STD APPEAL FOR GERALD GLASNER 1170042164 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Janet,

Please my comments below in red.  Let me know if you any additional questions.

*Tina Y. Davis*
Human Resources Manager
Protection Strategies Incorporated
118 Mitchell Road, Suite B, Oak Ridge, TN 37830

☎ 865-294-5101 X 103| 📄 Fax: 865-481-4888
tdavis@protectionsi.com
www.protectionsi.com

1

| This message was sent securely using Zix® |
|---|

Hey Tina,

Our Occupational Analysis performed was based on the job description received from your Company. We determined that the occupation for Mr. Glasner was Security Guard.

On appeal Mr. Glasner is disputing the occupation as Security Guard noting the following:

*The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. — This is accurate all armed security officers must pass the Physical Test upon hire and annually thereafter.*

*The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. He notes we have made no mention that utilization of this Individual Disability Plan was offered to him by the employer due to medical limitations and as a Reasonable Accommodation as required by applicable Federal Law. PSI cannot modify the requirements of the Physical Test as they are a contractual requirement established by our customer. In addition Mr. Glasner did not request reasonable accommodation at any time during his employment with PSI.*

*When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples, please. This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122. This instruction applies to Government Contract Security and is mandatory. This AFI became effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016. The U.S. Department of Labor Dictionary of Occupational Titles and the new O\*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.*
*The job description provided by PSI, provides all position requirements for Mr. Glasner's position.*

*Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:*

*The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.*

*Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:*

*Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)*

*a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.*

*b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.*

*These requirements were provided with the job description for Mr. Glasner's position.*

Please review this information and provide a response whether you are in agreement with the information provided by the claimant.  Please provide any additional information you feel would reflect the job requirements.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

## Gabrie, Samantha

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, October 17, 2017 4:17 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Gerald Glasner - Claim #1170042164 (secure) |

**From:** Larimore, Carla
**Sent:** Tuesday, October 17, 2017 5:16:46 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** tdavis@protectionsi.com
**Subject:** Gerald Glasner - Claim #1170042164 (secure)

Good Afternoon,

We are reviewing the Short Term Disability appeal for Gerald Glasner. In order to proceed with our review, please provide the following information:

- Mr. Glasner's Return to Work Date, if applicable (If Mr. Glasner has been terminated, please provide his termination date)

If you have any questions, please feel free to contact me.

Thank you,

**Carla Larimore**
**Appeals Senior Claims Examiner**
**Claims Solutions Shared Services**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Phone: (402) 361-2653
Fax: (402) 361-1323
E-mail: Carla.Larimore@LFG.com
**Find us on Facebook: www.facebook.com/LincolnFinancialGroup**
Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

1

**Gabrie, Samantha**

**From:** LFGAppeals
**Sent:** Tuesday, October 24, 2017 2:30 PM
**To:** SA-EMLRIP112-P
**Subject:** FW: FYI:

**From:** Larimore, Carla
**Sent:** Tuesday, October 24, 2017 3:30:14 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: FYI:

Claim #1170042164

**From:** Gerald Glasner [mailto:
**Sent:** Monday, October 23, 2017 5:36 AM
**To:** Larimore, Carla
**Subject:** FYI:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

In your letter you mention "additional information" from ***my employer***, I only have a "former employer"; Protection Strategies, your policy holder, had deemed me to be unfit for duty and would not allow me to work due to the medical limitations as determined by my personal physician. The imposed restrictions are permanent and preclude me from participating in employer mandated physical fitness training. When you denied benefits beyond May 31, 2017 Protection Strategies required me to use my remaining vacation time which all was exhausted in late June; at that time my employment was terminated. With the latest submission of medical records you have, as far as I can determine, all current records you indicated you're interested in. I have some old records from 2001, I will send them if you want them; I understood you only go back four (4) month s or so. I have no problem with the additional 45 days.

Thanks for contacting me;

Gerald Glasner

1

**Gabrie, Samantha**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, December 28, 2017 11:14 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: STD APPEAL FOR GERALD GLASNER 1170042164 (secure) |

**From:** Olsen, Janet
**Sent:** Thursday, December 28, 2017 12:14:18 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: STD APPEAL FOR GERALD GLASNER 1170042164 (secure)

Please forward this email into AWD under the above claim.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

**From:** Olsen, Janet
**Sent:** Thursday, December 28, 2017 11:11 AM
**To:** 'tdavis@protectionsi.com'
**Subject:** STD APPEAL FOR GERALD GLASNER 1170042164 (secure)

Hey Tina,

Our Occupational Analysis performed was based on the job description received from your Company.  We determined that the occupation for Mr. Glasner was Security Guard.

On appeal Mr. Glasner is disputing the occupation as Security Guard noting the following:

*The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation.  The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation.*

*The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or*

1

*omitted.  It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. He notes we have made no mention that utilization of this Individual Disability Plan was offered to him by the employer due to  medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.*

*When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies;  While there may be some similarities security jobs in the economy in general do not have the same requirements as those on a military installation.  Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair.  Compare Apples to Apples, please.  This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122.  This instruction applies to Government Contract Security and is mandatory.  This AFI became effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016.  The U.S. Department of Labor Dictionary of Occupational Titles and the new O\*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.*

*Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:*
*The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.*
*Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:*
*Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)*
*a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.*
*b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.*

Please review this information and provide a response whether you are in agreement with the information provided by the claimant.  Please provide any additional information you feel would reflect the job requirements.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

# Gabrie, Samantha

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, October 24, 2017 2:32 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: FYI: |

**From:** Larimore, Carla
**Sent:** Tuesday, October 24, 2017 3:31:44 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Gerald Glasner
**Subject:** RE: FYI:

Good Afternoon,

      Thank you for this information.  I will update the file and proceed with our medical review.  I do not believe the records from 2001 would be helpful for this review at this time.  Please allow 2-3 weeks for the medical review to be completed and a decision to be made.  I will contact you as soon as the review has been completed and a decision has been made.  If you have any further questions, please feel free to contact me.

Thank you,
Carla

**Carla Larimore**
**Appeals Senior Claims Examiner**
**Claims Solutions Shared Services**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Phone: (402) 361-2653
Fax: (402) 361-1323
E-mail: Carla.Larimore@LFG.com
**Find us on Facebook: www.facebook.com/LincolnFinancialGroup**
Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**From:** Gerald Glasner [mailto:
**Sent:** Monday, October 23, 2017 5:36 AM
**To:** Larimore, Carla
**Subject:** FYI:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

In your letter you mention "additional information" from _**my employer**_, I only have a "former employer"; Protection Strategies, your policy holder, had deemed me to be unfit for duty and would not allow me to work due to the medical limitations as determined by my personal physician.  The imposed restrictions are permanent and preclude me from participating in employer mandated physical fitness training.  When you denied benefits beyond May 31, 2017 Protection Strategies required me to use my remaining vacation time which all was exhausted in late June; at that time my employment was terminated.  With the latest

1

Lincoln/Glasner 368

submission of medical records you have, as far as I can determine, all current records you indicated you're interested in.  I have some old records from 2001, I will send them if you want them; I understood you only go back four (4) month s or so.   I have no problem with the additional 45 days.

Thanks for contacting me;

Gerald Glasner

**Gabrie, Samantha**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, October 16, 2017 9:59 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Medical Notes: |

**From:** Larimore, Carla
**Sent:** Monday, October 16, 2017 10:59:01 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: Medical Notes:

Claim #1170042164

**From:** Gerald Glasner [mailto:
**Sent:** Thursday, October 12, 2017 3:32 PM
**To:** Larimore, Carla
**Subject:** Re: Medical Notes:

Those are since January 1 this year; you should have everthing else already available in the file. As I told Mr. Hornick I do not live at the doctor's office, so there is not a long "paper trail". I don't want to go into pain management, may have to at some point but for now, I will keep doing the epidural steroids, these are spaced a few months apart.

Thanks
Gerald

----- Original Message -----
**From:** Larimore, Carla
**To:** Gerald Glasner
**Sent:** Thursday, October 12, 2017 1:46 PM
**Subject:** RE: Medical Notes:

Thank you! I will add these to your file. Are there additional medical documentation we should be waiting for or are we ok to proceed with our review?

Thank you,
Carla

**From:** Gerald Glasner [mailto:
**Sent:** Thursday, October 12, 2017 5:58 AM
**To:** Larimore, Carla
**Subject:** Medical Notes:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

These are the office notes, January 1, 2017 to date, from Howell Allen Clinic Staff; some you may already have. Please send me a "receipt e-mail".

Thanks
Gerald Glasner

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Gabrie, Samantha**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, July 20, 2017 8:05 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Phone Conversation, Wednesday July 19: (secure) |

**From:** Hornick, Michael A
**Sent:** Thursday, July 20, 2017 9:05:20 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Phone Conversation, Wednesday July 19: (secure)

Please attach to Gerald Glasner 1170042164

**From:** Hornick, Michael A
**Sent:** Thursday, July 20, 2017 9:05 AM
**To:** 'Gerald Glasner'
**Subject:** RE: Phone Conversation, Wednesday July 19: (secure)

Greetings,

Once the medical review is complete I will inform you of the results. Based on our conversations I will need to get our vocational department involved as well as they are the occupational title experts. I understand and acknowledge your concerns. I will ensure all aspects of the claim are reviewed appropriately. If you have any questions or concerns please do not hesitate to let me know.

Best Regards,

**Michael Hornick, DIA**
**LTD Senior Claims Examiner**
**Group Protection - Claim Solutions**
Lincoln Financial Group
1600 Riveredge Parkway, Suite 130
Atlanta, GA 30328
Phone: (800) 423-2765 Ext 3261
Fax: (402) 938-7989
Michael.Hornick@lfg.com
**You're In Charge®**

**From:** Gerald Glasner [mailto:
**Sent:** Thursday, July 20, 2017 8:55 AM
**To:** Hornick, Michael A
**Subject:** Phone Conversation, Wednesday July 19:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

You mentioned a Medical Review Committee would be looking at all the information provided then making a decision on benefits. When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similiarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples,

1

please.  This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122.  This instruction applies to Government Contract Security and is mandatory.  This AFI begame effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016.  The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Thanks
Gerald Glasner

2

**Gabrie, Samantha**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, July 24, 2017 6:24 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: AFI 31-122 excerpts |
| **Attachments:** | ~WRD0000.docx.docx |

**From:** Hornick, Michael A
**Sent:** Monday, July 24, 2017 7:24:07 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: AFI 31-122 excerpts

Please attach to 1170042164

**From:** Gerald Glasner [mailto:
**Sent:** Monday, July 24, 2017 6:32 AM
**To:** Hornick, Michael A
**Subject:** AFI 31-122 excerpts

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

FYI / From Air Force Instruction 31-122 and the Union Contract for Security.   (GG)

**Gabrie, Samantha**

---

**From:** LFGAppeals
**Sent:** Thursday, October 12, 2017 1:46 PM
**To:** SA-EMLRIP112-P
**Subject:** FW: Medical Notes:

---

**From:** Larimore, Carla
**Sent:** Thursday, October 12, 2017 2:46:19 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Gerald Glasner
**Subject:** RE: Medical Notes:

Thank you! I will add these to your file. Are there additional medical documentation we should be waiting for or are we ok to proceed with our review?

Thank you,
Carla

---

**From:** Gerald Glasner [mailto:
**Sent:** Thursday, October 12, 2017 5:58 AM
**To:** Larimore, Carla
**Subject:** Medical Notes:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

These are the office notes, January 1, 2017 to date, from Howell Allen Clinic Staff; some you may already have. Please send me a "receipt e-mail".

Thanks
Gerald Glasner

1

Lincoln/Glasner 375

**Gabrie, Samantha**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, October 12, 2017 1:46 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Medical Notes: |
| **Attachments:** | Med Notes 12 Oct 2017.pdf |

**From:** Larimore, Carla
**Sent:** Thursday, October 12, 2017 2:45:48 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: Medical Notes:

Claim #1170042164

**From:** Gerald Glasner [mailto:
**Sent:** Thursday, October 12, 2017 5:58 AM
**To:** Larimore, Carla
**Subject:** Medical Notes:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

These are the office notes, January 1, 2017 to date, from Howell Allen Clinic Staff; some you may already have.  Please send me a "receipt e-mail".

Thanks
Gerald Glasner

1

**Gabrie, Samantha**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, June 19, 2017 6:30 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: (secure) Short Term Disability |
| **Attachments:** | Abilities Form.pdf |

**From:** Hornick, Michael A
**Sent:** Monday, June 19, 2017 7:30:00 AM (UTC-05:00) Eastern Time (US & Canada)
**To:**
**Cc:** Disability Claims
**Subject:** (secure) Short Term Disability

Greetings,

Claim # 1170042164

We have received your request of appeal for ongoing benefits. Based on the information on file we are unable to determine your current functional impairments. We have received April's Attending Physician Statement. In order for us to determine if your disability is preventing you from returning to your Own Occupation we will need medical records for the dates of 04/01/2017 to 06/20/2017. It is also recommended that we obtain a copy of your current restrictions and limitations as we have paid you up to 06/01/2017. Please let me know if you have any questions. I have attached a copy of the form here as well.

Best Regards,

**Michael Hornick, DIA**
**LTD Senior Claims Examiner**
**Group Protection - Claim Solutions**
Lincoln Financial Group
1600 Riveredge Parkway, Suite 130
Atlanta, GA 30328
Phone: (800) 423-2765 Ext 3261
Fax: (402) 938-7989
Michael.Hornick@lfg.com
**You're In Charge®**

1

**Gabrie, Samantha**

**From:** Claims
**Sent:** Tuesday, June 13, 2017 9:49:12 AM (UTC-05:00) Eastern Time (US & Canada)
**To:**
**Subject:** Re: (secure) Re: Lincoln Financial Group: Claims PROSTRAT <oma_1037988>

Hi Gerald,
Thank you for your email. I have forwarded this email to our Appeals department to initiate their review. Please allow up to 30 calendar days for the review of a Dental claim or up to 45 days for the review of a Life or Disability claim.

Thank you,

**Savannah Ford**
**Customer Care and Field Support**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

**Administration**
Fax: 877-573-6177
Email: clientservices@lfg.com

**Claims**
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/12/2017 9:58 AM, From:                    To: claims@lfg.com; , Subject: Re: (secure) Re: Lincoln Financial Group: Claims PROSTRAT <oma_103798> CTI_CALL, GERALD GLASNER wrote:

1

Please consider this the "first appeal" since my last check indicated "final payment:" and the benefit letter indicated benefits payable until June 1, 2017.

Gerald Glasner

----- Original Message -----

**From:** claims@lfg.com

**To:**

**Sent:** Thursday, June 8, 2017 2:36 PM

**Subject:** (secure) Re: Lincoln Financial Group: Claims PROSTRAT <oma_103798>

This message was sent securely using ZixCorp.

Hi Gerald,

Thank you for the information. We have forwarded your email to the Claims Examiner assigned to claim 1170042164 for assistance. Please allow 1 to 2 business days for them to review and respond accordingly.

Thank you,

**Savannah Ford**
**Customer Care and Field Support**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

**Administration**
Fax: 877-573-6177
Email: clientservices@lfg.com

**Claims**
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/8/2017 5:27 AM, From: To: Claims@LFG.com; , Subject: Lincoln Financial Group: Claims CTI_CALL, GERALD GLASNER wrote:

Name: GERALD GLASNER
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Member SSN:
Member Name: GERALD GLASNER
Comments:
From the insurance cerficate 2 a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation; this was included in the form package sent to you by the employer and it stated; You may run or jog no more than one mile, you may not do push-ups or sit-ups during physical training, I feel this may cause further flair up or even injure your spine - Dr. Paul McCombs, Howell Allen Clinic, Nashville Tn. The fitness requirement is contained in my revised job description sent to you by the employer. These are permanent restrictions and the new fitness requirement is fixed per Air Force directive. It was the employer who told me I was deemed unfit for duty due to the medical condition and told to take IDP. I have not received any explanation as to why you only approved this claim to June 1. Do you need additional information from me and / or the physician. Thanks ... Gerald Glasner

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-------------------------------------------------------------------------
This message was secured by **ZixCorp**(R).

**Gabrie, Samantha**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Tuesday, June 06, 2017 1:36 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Job Description needed(secure) |
| **Attachments:** | Protective Services Dispatchers.pdf |

**From:** Mcgill, Canice L
**Sent:** Tuesday, June 06, 2017 2:36:25 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Job Description needed(secure)

Please upload to claim for Gerald Glasner

**Canice McGill**
**Senior Claims Examiner**
**Lincoln Financial Group**
Group Protection - Claims Solutions
Lincoln Financial Group
1600 Riveredge PKWY, Suite# 130
Atlanta, GA 30328
Ph: (800) 423-2765 Ext. 3059
Fax: (877) 843-3950
canice.mcgill@lfg.com

**From:** Tina Davis [mailto:tdavis@protectionsi.com]
**Sent:** Tuesday, June 06, 2017 1:04 PM
**To:** Mcgill, Canice L
**Subject:** RE: Job Description needed(secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Job Description attached.

*Tina Y. Davis*

Human Resources Manager
Protection Strategies Incorporated
118 Mitchell Road, Suite B, Oak Ridge, TN 37830
☎ 865-294-5101 X 103 | 📄 Fax: 865-481-4888
tdavis@protectionsi.com
www.protectionsi.com

**From:** Mcgill, Canice L [mailto:Canice.Mcgill@lfg.com]
**Sent:** Monday, June 05, 2017 6:47 PM
**To:** Tina Davis
**Subject:** Job Description needed(secure)

This message was sent securely using ZixCorp.

1

Hello,

I am assisting with the Short Term Claim for Gerald Glasner, dob _____ and I am in need of his Job Description as a Security Officer for further processing.

Thank you for your assistance.

**Canice McGill**
**Senior Claims Examiner**
**Lincoln Financial Group**
Group Protection - Claims Solutions
Lincoln Financial Group
1600 Riveredge PKWY, Suite# 130
Atlanta, GA 30328
Ph: (800) 423-2765 Ext. 3059
Fax: (877) 843-3950
canice.mcgill@lfg.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----------------------------------------------------------------------
This message was secured by **ZixCorp**(R).

# Benefit Calculation

**Claim Number**  1170042164

**Claimant**  GERALD W. GLASNER

**Date of Disability**  Apr 01, 2017

**Nature**  Sickness

| Description | Benefit Duration | Weeks | Days | Weekly Amount | Amount |
|---|---|---|---|---|---|
| Gross Weekly Benefit  - STD | Apr 15, 2017 - May 12, 2017 | 3 | 6 | 665 | 2565 |
| | | | | **Total** | 2565 |
| | | | | **Taxes** | 0 |
| | | | | **Payment** | $2,565.00 |

| Description | Benefit Duration | Weeks | Days | Weekly Amount | Amount |
|---|---|---|---|---|---|
| Gross Weekly Benefit  - STD | May 12, 2017 - May 26, 2017 | 2 | 0 | 665 | 1330 |
| | | | | **Total** | 1330 |
| | | | | **Taxes** | 0 |
| | | | | **Payment** | $1,330.00 |

| Description | Benefit Duration | Weeks | Days | Weekly Amount | Amount |
|---|---|---|---|---|---|
| Gross Weekly Benefit  - STD | May 26, 2017 - Jun 01, 2017 | 0 | 6 | 665 | 570 |
| | | | | **Total** | 570 |
| | | | | **Taxes** | 0 |
| | | | | **Payment** | $570.00 |



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

November 20, 2019

STATE OF TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE
ATTN ALLISON HARALSON
500 JAMES ROBERTSON PARKWAY

NASHVILLE, TN 372430574

Re:     Complaint against:          The Lincoln National Life Insurance Company
                                    NAIC 65676
        Complainant:               Gerald Glasner
        Policy Holder:             Protection Strategies Incorporated
        Group Claim Number:        1170042164
        Complaint #/Your File #:   63885
        Our Internal Complaint #:  63885-1

Thank you for your inquiry, as referenced above.

Gerald Glasner was covered under a fully insured group Short Term Disability policy issued in Tennessee to his employer Protection Strategies Incorporated.

To be eligible for benefits under the policy issued to his employer, Gerald Glasner must satisfy all of the provisions of the policy. This includes but is not limited to the following:

> **TOTAL DISABILITY or TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

> **MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
> (1) are normally required to perform the Insured Person's Own Occupation; and
> (2) could not reasonably be modified or omitted.

> To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning

©2019  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

reasonable accommodation. It will apply the Act's standards, whether or not:
(1) the Employer is subject to the Act; or
(2) the Insured Person has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does not render the Insured Person unable to perform the Main Duties of the job.

Main Duties include those job tasks:
(1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2) as performed in the general labor market and national economy.
Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site.

**OWN OCCUPATION or REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which the Insured Person was employed with the Employer prior to Disability; and
(2) which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market

Our records indicate that Mr. Glasner stopped working as a Protective Officer on 03/31/2017 due to lumbar disc degeneration. Benefits were initially approved up to 06/01/2017, but were not approved beyond that date following a review by a health care consultant that did not support Total Disability. A letter was sent to Mr. Glasner on 06/24/2017 by the Claims Examiner explaining the denial and providing him appeal rights.

On 09/21/2017, Mr. Glasner filed a first level administrative appeal and his file was assigned to an Appeals Examiner. Additional medical documentation with submitted with his appeal request. His file was then referred to our medical staff for review. On 11/01/2017, the medical reviewer did not find that the records in his file were supportive of his disability. The Appeals Examiner moved forward with the appeal determination. On 11/08/2017, Mr. Glasner was sent a letter advising that benefits were not payable beyond 06/01/2017 because he was no longer found to be Totally Disabled. Appeal rights were provided to Mr. Glasner.

On 10/11/2017, Mr. Glasner filed a second level administrative appeal and his file was assigned to an Appeals Examiner. He provided additional information with the appeal regarding his job duties. Mr. Glasner indicated his employer newly required him to take a physical test and pass it to remain employed. However, he advised his employer he had a previous back surgery and was unable to participate in the push up and sit-up requirement. The Appeals Examiner contacted his employer to clarify the physical test requirement and his job duties. His employer advised they were unable to modify the requirements of the physical

test as this was a contractual requirement established by their customer. His employer also noted they provided all position requirements in the job description they provided to our office.

Mr. Glasner's job description was reviewed by our vocational staff who found that his job as a Protective Services Dispatcher was best defined as a Protective Officer in the national workforce, which is considered a medium physical demand occupation. Previously his job had been determined to be a Security Guard which was only a light physical demand occupation. His file was also referred to our medical staff for review and a physician review was recommended. Mr. Glasner's file was then reviewed by a physician Board Certified in Neurological Surgery and the reviewer found no support for any restrictions or limitations.

However, prior to any appeal determination, we provided Mr. Glasner with 21 days to review the medical report and vocational report and respond with any additional information. We did not receive any further medical documentation but did receive Mr. Glasner's disagreement with his job requirements, which had already been taken into consideration and reviewed by our vocational staff.

On 02/28/2018, the Appeals Examier sent Mr. Glasner a letter advising that benefits were not payable beyond 06/01/2017 because he was no longer found to be Totally Disabled from performing the main duties of his own occupation. The letter also explained to him that we insure his Occupation, which is a collective description of related jobs as defined by the U.S. Department of Labor Dictionary of Occupational Titles. The main duties include those job tasks (1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and (2) as performed in the general labor market and national economy. Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site. He was advised the Physical Fitness Test required by his employer is not a Main Duty of a Protective Officer in the national economy. The test was considered a specific requirement by his employer. The letter advised that he had exhausted his appeal rights and his administrative file was now closed.

The complaint filed by Mr. Glasner indicated his disagreement with our decision to deny benefits. Lincoln did not recognize the Physical Fitness Test to be a requirement for his occupation as performed in the national economy but found it to be a requirement specific to his employer. Lincoln also did not find that Mr. Glasner was Totally Disabled from performing the Main Duties of his occupation as the medical documentation did not support any restrictions or limitations.

Mr. Glasner noted in his complaint that he was approved for Social Security Disability on 03/06/2019. While the Social Security Administration may have approved Mr. Glasner for benefits, there is no wording in our contract that ties the receipt of benefits under our contract with the receipt of benefits from Social Security. The Social Security Administration has their own set of procedures to follow and we have to follow the policy provisions in the contract issued to Mr. Glasner's employer.

At this time, we are unable to change the prior claim and appeal determinations. Each of our customers is important to us, but we also have to ensure that we are providing benefits consistent with the policy under which they are covered. Unfortunately, Mr. Glasner's appeal rights have been exhausted but he has the right to pursue litigation by 06/01/2022.

Enclosed please find a copy of our policy, certificate, medical reviews, denial letters, benefit payment history, and vocational and medical documentation.

I trust this information has provided you with sufficient documentation to answer this complaint. If you have any questions or wish to discuss this matter further, please feel free to contact me via facsimile at 1-877-843-3950 or via email at GPComplaints@lfg.com.

Sincerely,


Sara Thompson
Consultant, Claims
The Lincoln National Life Insurance Company

**Thompson, Sara**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ad.lfg.com> |
| **To:** | allison.haralson@tn.gov |
| **Sent:** | Wednesday, November 20, 2019 3:38 PM |
| **Subject:** | Relayed: Department of Insurance Complaint response for Gerald Glasner #63885 (secure) |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

allison.haralson@tn.gov (allison.haralson@tn.gov)

Subject: Department of Insurance Complaint response for Gerald Glasner #63885 (secure)

1

Lincoln
Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.Lincoln4benefits.com

November 20, 2019

STATE OF TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE
ATTN ALLISON HARALSON
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TN 372430574

Re:     Complaint against:          The Lincoln National Life Insurance Company
                                     NAIC 65676
        Complainant:                 Gerald Glasner
        Policy Holder:               Protection Strategies Incorporated
        Group Claim Number:          1170042164
        Complaint #/Your File #:     63885
        Our Internal Complaint #:    63885-1

Thank you for your inquiry, as referenced above.

Gerald Glasner was covered under a fully insured group Short Term Disability policy issued in Tennessee to his employer Protection Strategies Incorporated.

To be eligible for benefits under the policy issued to his employer, Gerald Glasner must satisfy all of the provisions of the policy. This includes but is not limited to the following:

> **TOTAL DISABILITY or TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.
>
> **MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
> (1) are normally required to perform the Insured Person's Own Occupation; and
> (2) could not reasonably be modified or omitted.
>
> To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:

©2019  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

(1) the Employer is subject to the Act; or
(2) the Insured Person has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does not render the Insured Person unable to perform the Main Duties of the job.

Main Duties include those job tasks:
(1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2) as performed in the general labor market and national economy.
Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site.

**OWN OCCUPATION or REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which the Insured Person was employed with the Employer prior to Disability; and
(2) which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market

Our records indicate that Mr. Glasner stopped working as a Protective Officer on 03/31/2017 due to lumbar disc degeneration. Benefits were initially approved up to 06/01/2017, but were not approved beyond that date following a review by a health care consultant that did not support Total Disability. A letter was sent to Mr. Glasner on 06/24/2017 by the Claims Examiner explaining the denial and providing him appeal rights.

On 09/21/2017, Mr. Glasner filed a first level administrative appeal and his file was assigned to an Appeals Examiner. Additional medical documentation with submitted with his appeal request. His file was then referred to our medical staff for review. On 11/01/2017, the medical reviewer did not find that the records in his file were supportive of his disability. The Appeals Examiner moved forward with the appeal determination. On 11/08/2017, Mr. Glasner was sent a letter advising that benefits were not payable beyond 06/01/2017 because he was no longer found to be Totally Disabled. Appeal rights were provided to Mr. Glasner.

On 10/11/2017, Mr. Glasner filed a second level administrative appeal and his file was assigned to an Appeals Examiner. He provided additional information with the appeal regarding his job duties. Mr. Glasner indicated his employer newly required him to take a physical test and pass it to remain employed. However, he advised his employer he had a previous back surgery and was unable to participate in the push up and sit-up requirement. The Appeals Examiner contacted his employer to clarify the physical test requirement and his job duties. His employer advised they were unable to modify the requirements of the physical test as this was a contractual requirement established by their customer. His employer also noted they provided all position requirements in the job description they provided to our office.

Mr. Glasner's job description was reviewed by our vocational staff who found that his job as a Protective Services Dispatcher was best defined as a Protective Officer in the national workforce, which is considered a medium physical demand occupation. Previously his job had been determined to be a Security Guard which was only a light physical demand occupation. His file was also referred to our medical staff for review and a physician review was recommended. Mr. Glasner's file was then reviewed by a physician Board Certified in Neurological Surgery and the reviewer found no support for any restrictions or limitations.

However, prior to any appeal determination, we provided Mr. Glasner with 21 days to review the medical report and vocational report and respond with any additional information. We did not receive any further medical documentation but did receive Mr. Glasner's disagreement with his job requirements, which had already been taken into consideration and reviewed by our vocational staff.

On 02/28/2018, the Appeals Examier sent Mr. Glasner a letter advising that benefits were not payable beyond 06/01/2017 because he was no longer found to be Totally Disabled from performing the main duties of his own occupation. The letter also explained to him that we insure his Occupation, which is a collective description of related jobs as defined by the U.S. Department of Labor Dictionary of Occupational Titles. The main duties include those job tasks (1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and (2) as performed in the general labor market and national economy. Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site. He was advised the Physical Fitness Test required by his employer is not a Main Duty of a Protective Officer in the national economy. The test was considered a specific requirement by his employer. The letter advised that he had exhausted his appeal rights and his administrative file was now closed.

The complaint filed by Mr. Glasner indicated his disagreement with our decision to deny benefits. Lincoln did not recognize the Physical Fitness Test to be a requirement for his occupation as performed in the national economy but found it to be a requirement specific to his employer. Lincoln also did not find that Mr. Glasner was Totally Disabled from performing the Main Duties of his occupation as the medical documentation did not support any restrictions or limitations.

Mr. Glasner noted in his complaint that he was approved for Social Security Disability on 03/06/2019. While the Social Security Administration may have approved Mr. Glasner for benefits, there is no wording in our contract that ties the receipt of benefits under our contract with the receipt of benefits from Social Security. The Social Security Administration has their own set of procedures to follow and we have to follow the policy provisions in the contract issued to Mr. Glasner's employer.

At this time, we are unable to change the prior claim and appeal determinations. Each of our customers is important to us, but we also have to ensure that we are providing benefits consistent with the policy under which they are covered. Unfortunately, Mr. Glasner's appeal rights have been exhausted but he has the right to pursue litigation by 06/01/2022.

Enclosed please find a copy of our policy, certificate, medical reviews, denial letters, benefit payment history, and vocational and medical documentation.

I trust this information has provided you with sufficient documentation to answer this complaint. If you have any questions or wish to discuss this matter further, please feel free to contact me via facsimile at 1-877-843-3950 or via email at GPComplaints@lfg.com.

Sincerely,

Sara Thompson
Consultant, Claims
The Lincoln National Life Insurance Company



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

February 28, 2018

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

We have completed our review of your Short Term Disability appeal.  Based on the information provided, we have determined that we are unable to approve benefits beyond June 1, 2017.  In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To be eligible for benefits under the policy issued to Protection Strategies Incorporated, an individual must satisfy all of the provisions of the policy.  This includes, but is not limited to, the following:

**TOTAL DISABILITY or TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation.  The loss of a professional license, an occupational license or certification, or a driver's license for any reason does not, by itself, constitute Total Disability.

**MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
(1)     are normally required to perform the Insured Person's Own Occupation; and
(2)     could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation.  It will apply the Act's standards, whether or not:
(1)     the Employer is subject to the Act; or
(2)     the Insured Person has requested such a job accommodation.

©2018  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

An Employer's failure to modify or omit other job tasks does not render the Insured Person unable to perform the Main Duties of the job.

Main Duties include those job tasks:
(1)     as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2)     as performed in the general labor market and national economy.
Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site.

**OWN OCCUPATION or REGULAR OCCUPATION** means the occupation, trade or profession:
(1)     in which the Insured Person was employed with the Employer prior to Disability; and
(2)     which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles.  It includes any work in the same occupation for pay or profit, regardless of:
(1)     whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2)     whether a suitable opening is currently available with the Employer or in the local labor market

Based on information obtained from your employer, occupational information contained within the *Dictionary of Occupational Titles* (DOT), and evaluation from vocational professionals, we have determined that your occupation as a Protective Services Dispatcher is best defined as a Protective Officer in the national workforce.  The material and substantial duties of a Protective Officer include but are not limited to the following:

- Guards government installations, materials, and documents against illegal acts, such as sabotage, riot, and espionage.
- Patrols area on foot, horseback, automobile, or aircraft to detect and prevent unauthorized activities, using weapons or physical force as necessary.
- Searches installation for explosive devices and notifies bomb disposal unit.
- Stands guard during secret and hazardous experiments.
- Performs routine police duties within installation.

Regarding physical capacity, a Protective Officer in the national workforce is a medium physical capacity occupation.  The definition of medium work is exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

In order to be considered Totally Disabled, the medical documentation must support that you would be unable to perform each of the main duties of your occupation. As such, in considering your eligibility for Short Term benefits beyond June 1, 2017, we evaluated whether you would be restricted or limited from performing the main duties of your occupation as listed above.

Your entire file was reviewed upon appeal. Disability must be supported from June 1, 2017 forward, which was the focus of our determination.

## Summary of Initial Claim Filing

Your initial claim forms state that you were unable to continue working in your own occupation beyond March 31, 2017 due to degeneration of lumbar intervertebral disc.

Benefits were approved from April 15, 2017 to June 1, 2017. Benefits were not approved beyond June 1, 2017 after our review of the medical documentation which also included consultation with a Disability Nurse Consultant, determined you were no longer Totally Disabled from performing the main duties of your occupation. For complete details please refer to our letter dated July 24, 2017.

## Summary of First Level of Appeal

On September 21, 2017, you filed an appeal in response to our determination to terminate your benefits as of June 1, 2017. No additional information was submitted with your letter in support of your appeal.

Our review of the medical documentation, which included consultation with a Disability Nurse Consultant, found the records did not find by physical examination or diagnostic testing that your lumbar condition would warrant restrictions and limitations precluding you from performing the main duties of your occupation. The physical fitness evaluation required yearly by your employer is not considered a Main Duty of your occupation. For complete details please refer to our letter dated November 8, 2017.

## Summary of Second Level of Appeal

On December 11, 2017, you filed a second and final appeal in response to our determination to uphold our previous decision to terminate your STD benefits as of June 1, 2017. No additional information was submitted with your letter in support of your appeal.

In your appeal letter you indicated the reason for your appeal surrounds the employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this is a main or substantial duty of the occupation. You noted that due to your medical problem with your lumbar spine you were unable to take and pass the Physical Agility Test. You added that our summary document requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. You noted that your employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. You indicated we have failed to mention that utilization of this Disability Plan was offered to him by his employer due to his medical limitations and as a Reasonable Accommodation as required applicable Federal Law.

Based on the information provided in your letter we obtained additional information from your Employer with regards to your job duties and the Physical Agility Test requirements. In response your employer provided us with additional information which was sent to our Vocational Staff for an additional Occupational Analysis to be performed in order to provide you with a full and fair review. Upon review it was determined that your occupation was best

defined as a Protective Officer, a medium level occupation instead of Security Guard, a light occupation as previously determined.

With regards to the Physical Agility Test being a main duty, we insure you for your occupation in the National Economy and not your job duties with a specific employer. Therefore, while your Employer may require a Physical Agility Test on an annual basis this would be specific to your employer for this occupation but not all employers in the national workforce.

It is important to note that the policy under which you are covered refers to and is governed by the main duties of your regular "occupation" and not by the duties of your specific job. Nearly every job in the economy is performed slightly different from one employer to another. However, the Department of Labor groups jobs into occupations based on their similarities. The term "occupation" refers to a collective description of a number of individual jobs that are performed, with variations, in many establishments. Consequently, there will be similarities between the main duties of your occupation and those of your job. There may also be some differences.

Information reviewed on appeal included the following:

- EE Statement
- ER Statement
- APS signed by Dr. Paul McCombs/Neurosurgery dated April 30, 2017
- Letter from Dr. McCombs dated March 21, 2017
- Physical Examination results form signed by Katherine Horrocks, NP-C dated March 29, 2017
- Letter from you explaining your condition and restrictions that prevent you from working.
- Job Descriptions
- Anesthesia Record for Epidural Steroid Injections in November 2016 and January 2017
- Office notes from Dr. McCombs September and October 2016
- Patient Report- Phresia Intake- September and October 2016
- CT Lumbar Scan Results dated September 27, 2016
- Appeal letters
- Completed Abilities Form signed by Dr. McCombs on June 24, 2017
- Office notes Laurin Howell, NP dated August 22, 2017
- Letters from Dr. Paul McCombs dated February 16, 2017 and September 24, 2017
- E-mails back and forth between you and Lincoln Financial Group
- Information from Employer regarding Physical Agility Testing
- Occupational Analysis

During the course of our review, we not only reviewed the information you submitted on appeal, but we also referred your entire file to an external physician for review. The review was performed by Dr. Kene Ugokwe, who is Board Certified in Neurological Surgery. Copies of the review assessments performed during this appeal were sent to you for review and response before any decision was made on this appeal. In response you submitted a letter outlining your disputes with the clinical review and occupational analysis with regards to your condition and testing required by your physician. There was no medical documentation submitted to dispute the clinical findings.

**Second Level Appeal Decision**

While we understand that you have been diagnosed with degeneration of lumbar intervertebral disc, our review of the medical documentation which included a review by an external physician, Board Certified in Neurological Surgery, did  not support restrictions and limitations that would render you unable to perform the main duties of your own occupation beyond June 1, 2017.

Upon review of the file documentation Dr. Ugokwe opined:

> Based on the medical findings including the history, physical examination and imaging reports provided, there should be no impairments or functional limitations on the claimant from 6/1/17 going forward.

> His maximal clinical capacities are as follows and these are in effect from 6/1/17 going forward:

> He can lift sit, stand, walk, climb, end, kneel, drive, finger (bilateral), handle (bilateral), operate foot controls (bilateral) and reach above his shoulder (bilateral) constantly which is 67 to 100% of the day.  There are no restrictions on lifting, pulling or pushing.

The Peer concluded:

> The restrictions or limitations placed upon the claimants physical activities by the attending physician is not reasonable and consistent with the medical findings because the claimant does not have any clinical findings that warrant impairment and there is no significant stenosis on imaging of the lumbar spine.

> The claimant's CT scan shows some mild to moderate degenerative changes without any significant stenosis or neural element compress to account for any impairment.  Also, the claimant complains of self-reported pain but there is no evidence of clinical findings.

Considering the medical review findings we have determined that there is insufficient medical evidence of any physical impairment that would preclude you from performing the main duties of your occupation beyond June 1, 2017.  We therefore find you are not Totally Disabled as defined by this policy on June 1, 2017 and we are upholding our decision to deny an extension of benefits from June 1, 2017 forward.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file.  Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

You have exhausted all rights of appeal, and your administrative file is now closed.

REF #2579613

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation.  One way to find out what may be available is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency. In addition, you have the right to pursue litigation and you may request copies of the records and other information relevant to your claim free of charge.

Your employer's plan has a contractual limitations period of five years, which means that a lawsuit must be brought within five years after the date written proof of claim or proof of continued disability was required.  The date on which the contractual limitations period expires for this claim is June 1, 2022.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

REF #2579613

## Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

## Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

## Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

## Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

## Navajo

DÍÍ BAA AKÓ NÍNÍZIN:  Díí bee yáníłti'go  Diné bizaad, saad bee áká'ánida'áwo'déé' t'áá jiik'eh, ná hólǫ́.  Kojį' hódíílnih áǫįóóǫéą́ą́ǫąíę́ę.

Date: Wed Feb 28 14:35:16 CST 2018
From: Janet Olsen <Janet.Olsen@lfg.com>
To: tdavis@protectionsi.com
Message-ID: <906138755.21519850116199.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janet Olsen**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765*7492
Fax: 402-361-1460
Email: Janet.Olsen@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

February 28, 2018

PROTECTION STRATEGIES INCORPORATED
ATTN Tina Davis
118 Mitchell Road
Suite B
OAK RIDGE, TN 37830

Re:     Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Ms. Davis:

This letter is in regard to Mr. Glasner's request for an appeal of his denied Short Term Disability claim.

Upon review of the medical evidence, it has been determined that we are unable to overturn the original denial of his claim.

We cannot provide you with a copy of the detailed letter sent to Mr. Glasner due to the confidential information contained in the letter regarding his medical records.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2018  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

Gerald Glasner

CERTIFIED MAIL®

7017 0660 0000 2191 5852

U.S. POSTAGE
PAID
ESTILL SPRINGS, TN
37330
FEB 14, 18
AMOUNT
**$3.95**
R2305M144271-05

1000    68114

FEB 2 0 2018

The Lincoln National Life Insurance Company
Service Office
8801 Indian Hills Drive
Omaha NE. 68114-4066

Attn: Janet Olson

68114340665 C011

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 330 of 517    PageID #: 443

FEB 2 0 2018

(16) February 2018

To: Lincoln Financial Group
Ref: Policyholder: Protection Strategies Incorporated
Policy Number: 00001015868600000
Claim Number: 1170042164
Claimant: Gerald Glasner

Subject: Response to 21 Day Letter to Claimant:

As I read through your material a couple of things just sort-of jumped out at me. First, in my previous appeals I had asserted that if the agility test, which is not an essential function of the job, is a job requirement, then I should be receiving benefits; if the test is not a job requirement, then I should still be working. Now, you have included the Physical Agility Test as part of the job and the "Occupational Demand Level" has been _upgraded_ from light to medium per VRC Occupational Analysis; hopefully this will have a positive effect on approval of my benefits. Secondly, you had another physician, Dr. Ugokwe, who practices in Wisconsin and Ohio according to the attached document, conduct a peer-to-peer review of the medical findings of my personal physician, Dr. McCombs, and _K. Horrock, the employer's medical representative who performed my annual employee physical and who concurred with McCombs findings._ Dr. Ugokwe stated he has five (5) years _equivalent experience providing direct clinical care_ to patients (not sure what that means). Dr. McCombs has been a Board-Certified Practicing Physician (Neurosurgeon) in Nashville Tennessee since 1982, currently a Clinical Instructor of Neurological Surgery at Vanderbilt University Hospital with staff privileges at St. Thomas Hospital, Centennial Medical Center and others. Not meaning to discredit Dr. Ugokwe, but it should come as no surprise that a young clinician, hired by an insurance company as part of a claim review, would have a difference of opinion with Dr. McCombs and a different interpretation in contrast of materials reviewed. I already had restrictions in place from the initial Lumbar Fusion Surgery in 2001; Dr. McCombs letter, March 21, 2017, is a clarification of the existing restrictions to preclude performing pushups and sit-ups during physical training and is _based in totality on patient examinations, medical test and the high risk of additional injury or aggravation of symptoms,_ not necessarily just on "clinical findings".

### File review / Employer information:

Claimant last passed fitness test 5/3/16. Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min. 40 yd. run <= 16 sec. 10 push-ups or 10 bench presses of 1/3 of body weight. Hold 30 lbs. over head for 5 seconds. I did not do pushups, instead, I did the bench press, 1/3 body weight, no sit-ups were required in the "grandfathered fitness test". My evaluator was Jason Layne; test witnessed by Air Force Contractor Office Representative Ray Kelly.

## From the Lincoln Disability Policy / PSI

MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES means those job tasks that:
1. are normally required to perform the Insured Employee's Own Occupation; and
2. could not reasonably be modified or omitted.
*To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:*
1. the Employer is subject to the Act; or
2. the Insured Employee has requested such a job accommodation.
An Employer's failure to modify or omit other job tasks does not render the Insured Employee unable to perform the Main Duties of the job. Main Duties include those job tasks:
1. as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
2. as performed in the general labor market and national economy. Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site. *I am not contending that I am unable to perform the main duties and essential functions of my previous job, Protective Services Dispatcher; only the annual fitness test.*

You mention AFI (Air Force Instruction) 31-122 in your letter; I had discussed this earlier with one of your representatives. Arnold Security Forces are "Civilian Contracted" and do not use Air Force Instructions per se in day to day operations; The employers, ASO and PSI, have a contract with the Arnold Center to provide Security Services in accordance with the Performance Work Statement (PWS) they have with the center. Some of the directives in the PWS may have a basis in the AFI. A reading of this AFI indicates this particular instruction pertains to contractors operating in "contingency operations" and to Department of Air Force (DAF) Security Guards and Police. Arnold Air Force Base or the Arnold Engineering and Development Complex (AEDC) is a research, development and testing center brought into being in the early 1950's; the current contract security structure has been in place since inception.

### The Legal Impact and Implications / Expanding Upon This

The employers are subject to the ADA as well as the Rehabilitation Act of 1973; After my 2001 Lumbar Fusion Surgery I was given a 23% disability rating in accordance with AMA Guidelines; that has *increased* with the progression of disc disease noted in 2016. I do have a disability as defined by the ADA and I did request an accommodation; the only thing offered by PSI was use of my individual disability plan (IDP). Employee leave is an acceptable reasonable accommodation and I was OK with leave. You only approved six (6) weeks of benefits even though the medical restrictions are permanent and PSI declined to modify the fitness test. My employment was terminated by PSI when all of my Personal Time Off (PTO Vacation) was exhausted subsequent to your denial of additional benefits. Had you approved benefits, I would have remained in employment with PSI for a two (2) year period with benefits including health insurance in accordance with the Guards Union Collective Bargaining Agreement.

## From the EEOC

Can an employer penalize an employee for work missed during leave taken as a reasonable accommodation?
No. To do so would be retaliation for the employee's use of a reasonable accommodation to which s/he is entitled under the law. Moreover, such punishment would make the leave an ineffective accommodation, thus making an employer liable for failing to provide a reasonable accommodation.

You might say this PSI's problem; not necessarily. By using the job descriptions as they exist in the general labor market and national economy and not specifically the job description of the employer you essentially said "Yes, I can do my job including the fitness test" and the employer said "No, I cannot do my job". Being continued in employment with PSI was contingent upon your approval of benefits; The combination of your policy with those of PSI created a "subterfuge" avoiding the requirements of the ADA and Rehabilitation Act of 1973. I see Lincoln Financial Group as a partner to the legal implications of my wrongful employment termination on July 11, 2017.

At the contract change (over to ASO/PSI), December 01, 2015, there were five (5) of us guys who previously had lumbar fusion surgery. One gentleman close to my age and who was already on IDP chose to retire. Two (2) others, much younger than I, remain employed with ASO/PSI, taking and passing, I presume, the agility test. The remaining officer chose to have additional back surgery late summer, 2017. He has been in and out of the hospital and rehabilitation centers ever since and is currently in assisted living. PSI elected to fire me when my vacation time was exhausted subsequent to your denial of disability benefits. You have my contact information, I'll be awaiting your decision.

Have a good day;

Gerald Glasner



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

February 1, 2018

GERALD W GLASNER

Re:    Policyholder:  Protection Strategies Incorporated
       Policy Number: 00001015868600000
       Claim Number: 1170042164
       Claimant:  Gerald Glasner

Dear Mr. Glasner:

This letter is in regard to your appeal for Short Term Disability benefits.

As part of your second level appeal review, your medical information was reviewed by an external Independent Board Certified physician. In addition we received more information from your employer regarding your job duties and physical requirements and had an addendum review performed by our Vocational Staff with regards to your occupation.  We are enclosing both of these reports with this letter.

We are providing you with 21 days to provide and discuss this information with your treating physician(s) for further review.  If you and your physician(s) do not agree with the findings, you may want to submit any written comments or documents from yourself and/or your physician(s) in regards to the findings of the review.

The 21-day period will expire on February 22, 2018.  Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or you can fax it directly to 402-361-1460.  If you will not be responding to the review, please advise us immediately so we can proceed with a decision on your appeal.

If we do not receive a response by February 22, 2018, we will render a decision based on the information currently in the file.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen

©2018  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Lincoln/Glasner 407

## RESULTS OF PRIOR OCCUPATIONAL ANALYSIS

VRC Occupational Analysis

Documents Reviewed:

JD in AWD 6/1/17
JA in AWD n/a
Initial Phone call in DOCSNET n/a

Conclusion:

Based upon the information reviewed, the occupation is identified per the DOT Dictionary of Occupational Titles) as Guard, Security DOT Code: 372.667-034 and Dispatcher, DOT Code 193.262-014.  The demand level is Light.

Jasmine Martin-Robinson, MRC, CRC
Vocational Rehabilitation Consultant
 - JLMARTI - Jun 14, 2017 01:02:12 pm - HEZRA2 - Jan 03, 2018 11:43:53 am

## RESULTS OF OCCUPATIONAL ANALYSIS ADDENDUM

Based upon additional information included in the JD via email from ER, etc. dated 1-3-17, not seen by original RS when selecting OA, the claimant notes that he was responsible for successfully completing a physical agility test to continue working on an annual basis.

Based upon this new information, VRC is selecting DOT code 372.363-010, DOT title Protective Officer, in order to encompass the claimant's skill set. The occupation is medium.

Heili S. Randall, ABD, MA, CRC,
Vocational Rehabilitation Counselor - HEZRA2 - Jan 03, 2018 11:46:57 am

## **CLINICAL REVIEW REFERRAL**

At this time we are reviewing whether or not the evidence within the file supports findings of warranted restrictions and/or limitations that would preclude the claimant's ability to perform the main duties of his medium level occupation as a Protection Officer (which includes successfully completing annual physical agility test) beyond 6/1/17 and if so for what duration?

Based on review of the medical information, are there any impairments that would warrant restrictions and/or limitations to preclude occupational functioning beyond 6/1/17 and if so for what duration?

Please outline and provide your clinical rationale.

Thank you

_____
_____

I had sent inquiry to employer as to the last Physical Agility Test the claimant passed and the employer replied:

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 - 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement.

Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test.

_____
_____

## **CLINICAL REVIEW RESULTS**

CLINICAL RESPONSE

Claimant Name: Gerald Glasner
2nd level STD appeal Claim Number: 1170042164

Date of review

Documents Reviewed:
Prior CRs, letter by clmt, ER
Dr. Paul McCombs/Neurosurgery multiple APS, letters and AF with office visits
9/14/16, 10/19/16, 8/22/17

Conclusion:
The medical findings do not show neurological deficits on exam findings;
however CT scan and ongoing back pain with ESI do support ongoing treatment.
Due to changes in mandated fitness testing for his medium occupation would
recommend neurosurgery peer review.

Rationale:

This is a 62 year old male protective services dispatcher/light corrected to
medium occupation per new OA. Date of disability of 4/1/17. Benefits were
approved to 6/1/17 and denied beyond this date as it was determined that the
medical documentation did not support ongoing restrictions and limitations
precluding the claimant from performing the main duties of his occupation from
6/1/17 forward.

Primary Dx: lumbar intervertebral disc degen
MD guidelines:

PMH: osteopenia, HTN, hyperlipidemia. PSH 15 yrs ago lami/fusion

The claimant indicates the question to be resolved then and still the basis of his
appeal surrounds the Employer's requirement for employees including those in
the Dispatcher Classification to take and pass annually a Physical Agility Test
and whether this test is a main or substantial duty of the occupation.  The
claimant goes on to reflect our denial letter which he notes made a small mention
of the fact that Security Guards and Dispatchers at AEDC are required to
successfully complete a Physical Agility Test to continue working in their
respective occupation. Due to a medical problem with his lumbar spine he notes
he cannot take and pass the Physical Agility Test.

File review:

Employer information: clmt last passed fitness test 5/3/16. Run 2 laps (1/2 mile) =
8 min. or 1/2 mi. walk = 15 min. 40 yd. run <= 16 sec. 10 push-ups or 10 bench
presses of 1/3 of body weight. Hold 30 lbs. over head for 5 sec

He was due to take a physical fitness test on 5/3/17 however did not take the
test. New mandate for physical requires as of 12/1/16 yearly PFS testing. Sit-ups
(15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)

Lincoln Glasner 410

Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies

Paul McCombs MD/neurosurgery
3/21/17 letter to clmt: not to do pushups, situps or run/job more than a mile. This could flare up or injure your spine.
4/30/17: APS degen lumbar disc disease, back and bilateral hip pain. R&L: Unable to run or jog more than one mile, unable to do pushups and situps, permanent restrictions. Last visit 10/17/16.
6/20/17 APS: clmt totally disabled since 12/1/16 for own job. R&L: no running/jogging more than a mile, no pushups or situps. Class 2 medium activity.
6/24/17 AF: lift up to 35lbs occasionally, constant sit, drive, finger, handle, foot control, and reach above shoulder. Freq stand, walk and reach above shoulder, occ climb, bend, kneel.
9/14/16 OV: clmt had surgery 15 yrs ago but now is developing some localized low back pain and it is worse with prolonged standing. Recent dx of osteopenia.
CT lumbar 9/27/16: L1-2 diffuse disc bulge, L2-3 disc bulge and left lateral disc protrusion without central stenosis, mild left foraminal narrowing. L3-S1 decompressive laminectomies, fusion L4-5.
10/19/16 OV: clmt has far lateral disc at L2-3 on the left consistent with clinical syndrome of back, hip and left leg pain. He is receiving ESI 10/19/16, 11/9/16, 1/26/17.
8/22/17 OV Howell NP: clmt reports relief from ESI 1/26/17. PE: neurologically intact, normal gait, normal SLR. Plan another round of injections. Ht 6ft, wt 174lbs.
9/24/17 letter: clmt has difficulty with repetitive lifting, twisting, bending, stooping and should be limited to 20lbs on occasion and 10 lbs repetitively. He can sit for 4hrs a day and stand up to two and walk up to two with breaks.

Summary:
Claimant is a 62 yr old with prior back surgery 15 yrs ago with ongoing pain with occasional ESI performed. Per exam findings he is neurologically intact. Due to his
Fitness requirement changes would recommend peer review. Clmt does have CT findings consistent with his pain and ESI.

Recommendations:
Peer review with neurosurgery specialist due to job level change light/medium and due to physical standard testing requirements that have changed from 12/2016 forward with ongoing back pain.

Return to Work:
Per peer

Prawa5 RN
Disability Nurse Consultant

**<u>EXTERNAL PEER REQUEST:</u>**

Clinician/Appeals Examiner: Janet Olsen
Phone Number: 402-361-7492

Claimant Name: GERALD GLASNER
Claim Number: 1170042164

2nd LEVEL STD APPEAL
Service Request: NEUROSURGERY SPECIALIST
Diagnosis: DEGENERATION OF LUMBAR INTERVERTEBRAL DISC

Name and Specialty of prior external vendor reviewers: NONE

Treating Provider(s):
AP Name/Specialty: DR. PAUL MCCOMBS / NEUROLOGY
Phone Number: 615-327-9543
Restrictions and Limitations/Duration:

Claim Summary:
The claimant is a 62 year old male combination Dispatcher/Security Guard (light level occupation per OA) diagnosed with Degeneration of Lumbar Intervertebral Disc. His last day worked was 3/31/17 with his first day of disability 4/1/17. The policy has a 14-day elimination period with benefits commencing on 4/15/17. Benefits were approved to 6/1/17 and denied beyond this date as it was determined that the medical documentation did not support ongoing restrictions and limitations precluding the claimant from performing the main duties of his occupation from 6/1/17 forward.

At this time we are reviewing whether or not the medical findings within the file support the restrictions and/ or limitations of the treating provider.

Please respond to the specific questions below and provide the medical findings supporting your rationale.

*If there are any medical disagreements, please contact the treating physician(s) listed above to discuss restrictions and limitations.

Questions

1. Please provide a review summary of the medical findings.

2. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions 6/1/17 and forward.

Lincoln Glasner 412

a.	For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.
b.	Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.

3.	Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings?  Please explain.

_____
_____

Case submitted to MLS conf #45848 for a peer review with a Neurosurgery physician.

The final report from MLS was received and sent to LFGAppeals for attachment to AWD.

Lincoln Glasner 413



FILE TYPE:                    Peer File Review
REFERRED BY:                  Sam Gabrie

NAME:                         Gerald Glasner
CASE #:                       1170042164
EMPLOYER:                     Protection Strategies Incorporated
DOD:                          04/01/2017
REVIEW TYPE:                  Peer Review - STD
MLS #:                        32618000869
DATE:                         01/23/2018


## RECORDS PROVIDED FOR REVIEW:

| Referral | | 01/23/18 |
|---|---|---|
| Claim log | | 05/12/17-01/22/18 |
| Progress notes | Saint Thomas Medical Partners | 09/14/16-09/24/17 |
| Progress notes | Urgent Team | 03/29/17 |
| CT | Saint Thomas Medical Partners | 09/27/16 |
| Job | | undated |
| Misc | | 05/01/17-01/10/18 |
| ROI | | 05/01/17 |


## SUMMARY OF RECORDS:

The claimant is a 62 year old male Dispatcher/Security Guard who presented with low back pain that radiates into his left leg. He has had prior lumbar surgeries. He has tried physical therapy and epidural steroid injections. His diagnoses include degeneration of lumbar intervertebral disc. Summary of records include:

Office Note from Dr. McCombs dated 9/14/16. Showing claimant to be neurologically intact.

Lumbar CT scan report dated 9/27/16 showing no significant stenosis.

Office Note from Dr. McCombs dated 10/19/16 stating that the claimant has a far lateral L2-L3 herniated disc. Recommending epidurals.

01/30/2018

Letter from Dr. McCombs dated 2/16/17 stating that the claimant should be excused from fitness training.

Office Note from Dr. McCombs dated 3/21/17 stating that the claimant may not run or jog more than 1 mile and may not do pushups or sit-ups.

Attending physician's statement of disability signed by Dr. McCombs dated 6/20/17 stating that the claimant is disabled due to permanent restrictions and that his present job cannot be modified. Therefore he is totally disabled.

Abilities form signed by Dr. McCombs on 6/24/17 stating that the claimant can lift 21-35 lbs occasionally (1-33% of the day), and can lift up to 10 lbs frequently (34-66% of the day) and can climb, bend and kneel occasionally (1-33% of the day) and can stand and walk frequently (34-66% of the day) and can sit, drive, operate foot controls, reach above the shoulder, handle and finger constantly (67-100% of the day).

Office Note from 8/22/17 stating that the claimant is neurologically intact with limited range of motion in his lumbar spine, signed by Laurin Howell, NP.

Letter form Dr. McCombs dated 9/24/17 stating that the claimant has difficulty with repetitive lifting, bending, twisting and stooping and should not lift more than 20 lbs on any occasion or 10 lbs repetitively.  He can sit up to 4 hours per day and stand up to 2 hours per day and walk for up to 2 hours with breaks.

**PEER-TO-PEER DISCUSSION:**

I called Dr. McCombs on 1/24/18 at 11:00 a.m. EST and discussed the case with him. He states that the claimant is considered totally disabled because his job is unable to accommodate the restrictions that he imposed on the claimant including that the claimant has difficulty with repetitive lifting, bending, twisting and stooping and should not lift more than 20 lbs on any occasion or 10 lbs repetitively.  He can sit up to 4 hours per day and stand up to 2 hours per day and walk for up to 2 hours with breaks.  I asked if there were any clinical findings to cause these limitations and he said that there were none.

**QUESTIONS:**

**1. Please provide a review summary of the medical findings.**

The claimant is a 62 year old male who presented with back pain that radiates into his left leg.  He has had multiple back surgeries.  On physical examination, he has no neurologic deficit discernible from the clinical data provided.  He is neurologically intact.  He continues to complain of self-reported pain despite physical therapy, medication therapy and epidural steroid injections.  His lumbar CT shows a disc bulge at L1-L2 without

01/30/2018

stenosis, disc protrusion at L2-L3 without significant stenosis, and midline laminectomies from L3-S1 without significant stenosis.

The claimant does not have any clinical signs of impairment and his radiographic findings do not show any significant stenosis.

**2. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions 6/1/17 and forward.**

> **a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**
> **b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.**

Based on the medical findings including the history, physical examination and imaging reports provided, there should be no impairments or functional limitation on the claimant from 6/1/17 going forward.

His maximal clinical capacities are as follows and these are in effect from 6/1/17 going forward:

He can lift sit, stand, walk, climb, bend, kneel, drive, finger (bilateral), handle (bilateral), operate foot controls (bilateral) and reach above his shoulder (bilateral) constantly which is 67 to 100% of the day. There are no restrictions on lifting, pulling or pushing.

Based on a review of the medical records, the claimant has no justifiable functional impairment.

**3. Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

No, the restrictions or limitations placed upon the claimant's physical activities by the attending physician is not reasonable and consistent with the medical findings because the claimant does not have any clinical findings that warrant impairment and there is no significant stenosis on imaging of the lumbar spine.

The claimant's CT scan shows some mild to moderate degenerative changes without any significant stenosis or neural element compression to account for any impairment. Also, the claimant complains of self-reported pain but there is no evidence of clinical findings.

01/30/2018

Gerald Glasner
Case #: 1170042164
Independent Peer Review - Page 4

I certify that I have no Conflict of Interest with this review. I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable). I further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product or service associated with the review of this case.

I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties. I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.

Kene Ugokwe, M.D.
Board Certified: American Board of Neurological Surgery
American Association of Neurologic Surgeons
Congress of Neurologic Surgeons
OH License # 35.091867
WI License # 52597-20

01/30/2018



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

February 1, 2018

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

This letter is in regard to your appeal for Short Term Disability benefits.

As part of your second level appeal review, your medical information was reviewed by an external Independent Board Certified physician. In addition we received more information from your employer regarding your job duties and physical requirements and had an addendum review performed by our Vocational Staff with regards to your occupation.  We are enclosing both of these reports with this letter.

We are providing you with 21 days to provide and discuss this information with your treating physician(s) for further review.  If you and your physician(s) do not agree with the findings, you may want to submit any written comments or documents from yourself and/or your physician(s) in regards to the findings of the review.

The 21-day period will expire on February 22, 2018.  Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or you can fax it directly to 402-361-1460.  If you will not be responding to the review, please advise us immediately so we can proceed with a decision on your appeal.

If we do not receive a response by February 22, 2018, we will render a decision based on the information currently in the file.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen

©2018  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Lincoln Glasner 419



FILE TYPE:          Peer File Review
REFERRED BY:      Sam Gabrie

NAME:            Gerald Glasner
CASE #:          1170042164
EMPLOYER:       Protection Strategies Incorporated
DOD:             04/01/2017
REVIEW TYPE:     Peer Review - STD
MLS #:          32618000869
DATE:           01/23/2018

## RECORDS PROVIDED FOR REVIEW:

| Referral | | 01/23/18 |
|---|---|---|
| Claim log | | 05/12/17-01/22/18 |
| Progress notes | Saint Thomas Medical Partners | 09/14/16-09/24/17 |
| Progress notes | Urgent Team | 03/29/17 |
| CT | Saint Thomas Medical Partners | 09/27/16 |
| Job | | undated |
| Misc | | 05/01/17-01/10/18 |
| ROI | | 05/01/17 |

## SUMMARY OF RECORDS:

The claimant is a 62 year old male Dispatcher/Security Guard who presented with low back pain that radiates into his left leg. He has had prior lumbar surgeries. He has tried physical therapy and epidural steroid injections. His diagnoses include degeneration of lumbar intervertebral disc. Summary of records include:

Office Note from Dr. McCombs dated 9/14/16. Showing claimant to be neurologically intact.

Lumbar CT scan report dated 9/27/16 showing no significant stenosis.

Office Note from Dr. McCombs dated 10/19/16 stating that the claimant has a far lateral L2-L3 herniated disc. Recommending epidurals.

01/30/2018

Letter from Dr. McCombs dated 2/16/17 stating that the claimant should be excused from fitness training.

Office Note from Dr. McCombs dated 3/21/17 stating that the claimant may not run or jog more than 1 mile and may not do pushups or sit-ups.

Attending physician's statement of disability signed by Dr. McCombs dated 6/20/17 stating that the claimant is disabled due to permanent restrictions and that his present job cannot be modified. Therefore he is totally disabled.

Abilities form signed by Dr. McCombs on 6/24/17 stating that the claimant can lift 21-35 lbs occasionally (1-33% of the day), and can lift up to 10 lbs frequently (34-66% of the day) and can climb, bend and kneel occasionally (1-33% of the day) and can stand and walk frequently (34-66% of the day) and can sit, drive, operate foot controls, reach above the shoulder, handle and finger constantly (67-100% of the day).

Office Note from 8/22/17 stating that the claimant is neurologically intact with limited range of motion in his lumbar spine, signed by Laurin Howell, NP.

Letter form Dr. McCombs dated 9/24/17 stating that the claimant has difficulty with repetitive lifting, bending, twisting and stooping and should not lift more than 20 lbs on any occasion or 10 lbs repetitively. He can sit up to 4 hours per day and stand up to 2 hours per day and walk for up to 2 hours with breaks.

**PEER-TO-PEER DISCUSSION:**

I called Dr. McCombs on 1/24/18 at 11:00 a.m. EST and discussed the case with him. He states that the claimant is considered totally disabled because his job is unable to accommodate the restrictions that he imposed on the claimant including that the claimant has difficulty with repetitive lifting, bending, twisting and stooping and should not lift more than 20 lbs on any occasion or 10 lbs repetitively. He can sit up to 4 hours per day and stand up to 2 hours per day and walk for up to 2 hours with breaks. I asked if there were any clinical findings to cause these limitations and he said that there were none.

**QUESTIONS:**

**1. Please provide a review summary of the medical findings.**

The claimant is a 62 year old male who presented with back pain that radiates into his left leg. He has had multiple back surgeries. On physical examination, he has no neurologic deficit discernible from the clinical data provided. He is neurologically intact. He continues to complain of self-reported pain despite physical therapy, medication therapy and epidural steroid injections. His lumbar CT shows a disc bulge at L1-L2 without

01/30/2018

Gerald Glasner
Case #: 1170042164
Independent Peer Review - Page 3

stenosis, disc protrusion at L2-L3 without significant stenosis, and midline laminectomies from L3-S1 without significant stenosis.

The claimant does not have any clinical signs of impairment and his radiographic findings do not show any significant stenosis.

**2. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions 6/1/17 and forward.**

> **a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**
> **b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.**

Based on the medical findings including the history, physical examination and imaging reports provided, there should be no impairments or functional limitation on the claimant from 6/1/17 going forward.

His maximal clinical capacities are as follows and these are in effect from 6/1/17 going forward:

He can lift sit, stand, walk, climb, bend, kneel, drive, finger (bilateral), handle (bilateral), operate foot controls (bilateral) and reach above his shoulder (bilateral) constantly which is 67 to 100% of the day. There are no restrictions on lifting, pulling or pushing.

Based on a review of the medical records, the claimant has no justifiable functional impairment.

**3. Are the restrictions or limitations placed upon the claimant's physical activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

No, the restrictions or limitations placed upon the claimant's physical activities by the attending physician is not reasonable and consistent with the medical findings because the claimant does not have any clinical findings that warrant impairment and there is no significant stenosis on imaging of the lumbar spine.

The claimant's CT scan shows some mild to moderate degenerative changes without any significant stenosis or neural element compression to account for any impairment. Also, the claimant complains of self-reported pain but there is no evidence of clinical findings.

01/30/2018

Lincoln Glasner 422

Gerald Glasner
Case #: 1170042164
Independent Peer Review - Page 4

I certify that I have no Conflict of Interest with this review. I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable). I further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product or service associated with the review of this case.

I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties. I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.

Kene Ugokwe, M.D.
Board Certified: American Board of Neurological Surgery
American Association of Neurologic Surgeons
Congress of Neurologic Surgeons
OH License # 35.091867
WI License # 52597-20

01/30/2018

Date: Wed Jan 10 10:10:10 CST 2018
From: Janet Olsen <Janet.Olsen@lfg.com>
To:
Message-ID: <1606987090.01515600610323.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janet Olsen**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765*7492
Fax: 402-361-1460
Email: Janet.Olsen@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

January 10, 2018

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

On December 15, 2017, we acknowledged your appeal and advised that we were in the process of reviewing your appeal and you would be notified of the results within 45 days.

During this appeal we requested information from your employer in response to your appeal letter and comments made about your occupational duties.  The response from your employer was received and we requested another occupational analysis be performed based on the new information received.  This was completed on January 3, 2018.

We are approaching our initial 45-day deadline of January 25, 2018 for deciding your appeal under the Employee Retirement Income Security Act (ERISA), and have not yet reached a determination.  The appeal decision is currently pending a review of your file by a member of our medical staff.  Therefore, an extension of time to process your appeal is required.  Due to these special circumstances, we are exercising our right to take up to a 45-day extension of time to decide your appeal.

Once our review has been completed if the medical review is not favorable we will forward you a copy of the medical review to share with your treating providers and if you do not agree with the findings then you and your providers will have 21-days to submit any written comments or documents that you feel would dispute the findings of the review before any decision is made on your appeal.

©2018  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

# OCCUPATIONAL DATA

**372.363-010   Protective Officer**

   Guards government installations, materials, and documents against illegal acts, such as sabotage, riot, and espionage: Patrols area on foot, horseback, automobile, or aircraft to detect and prevent unauthorized activities, using weapons or physical force as necessary.   Searches installation for explosive devices and notifies bomb disposal unit.   Stands guard during secret and hazardous experiments.   Performs routine police duties within installation.   May travel throughout United States and foreign countries.
Alternate Titles:   Security Inspector; Security Technician

DLU:   1977

**Lincoln Financial Group**
**01/03/2018**

# OCCUPATIONAL DATA

## OCCUPATIONAL REQUIREMENTS

**Title:** Protective Officer  
**Industry:** Government Services

**DOT Code:** 372.363-010

**Specific Vocational Preparation:** Level 4 (3 to 6 months)

**General Educational Development:** Reasoning Level 3  
Mathematics Level 2  
Language Level 3

**Strength:** Medium — Lifting, Carrying, Pushing, Pulling 20 - 50 Lbs. occasionally, 10 - 25 Lbs. frequently or up to 10 Lbs. constantly.

| Physical Demands: | | Environmental Conditions: | |
|---|---|---|---|
| Climbing | Occasionally | Noise Intensity Level | Quiet |
| Balancing | Never | Exposure to Weather | Occasionally |
| Stooping | Occasionally | Extreme Cold | Never |
| Kneeling | Occasionally | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Occasionally | Exposure to Radiation | Never |
| Hearing | Occasionally | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Occasionally | Other Environmental Conditions | Occasionally |
| Far Acuity | Occasionally | | |
| Depth Perception | Never | | |
| Accommodation | Never | | |
| Color Vision | Occasionally | | |
| Field of Vision | Occasionally | | |

**Work Situations:** Performing a variety of duties. Dealing with people. Performing effectively under stress.

**Data:** 3 Compiling  
**People:** 6 Speaking-Signaling  
**Things:** 3 Driving-Operating

| Aptitudes: | DOT | | OAP |
|---|---|---|---|
| General Learning Ability | 3 | (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Verbal Aptitude | 3 | (34-66 Percentile) | Not Included |
| Numerical Aptitude | 4 | (11-33 Percentile) | Not Included |
| Spatial Aptitude | 4 | (11-33 Percentile) | Not Included |
| Form Perception | 4 | (11-33 Percentile) | Not Included |
| Clerical Aptitude | 4 | (11-33 Percentile) | Not Included |
| Motor Coordination | 3 | (34-66 Percentile) | Not Included |
| Finger Dexterity | 4 | (11-33 Percentile) | Not Included |
| Manual Dexterity | 3 | (34-66 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 4 | (11-33 Percentile) | |
| Color Discrimination | 4 | (11-33 Percentile) | |

**Lincoln Financial Group**  
**01/03/2018**

Date: Fri Dec 15 15:05:27 CST 2017
From: Janet Olsen <Janet.Olsen@lfg.com>
To:
Message-ID: <187247026.41513371927567.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



## LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janet Olsen**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765*7492
Fax: 402-361-1460
Email: Janet.Olsen@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

December 15, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

This is to acknowledge receipt of your letter submitted in support of your appeal for Short Term Disability benefits.

We are in the process of reviewing your appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

As part of our review of our appeal, if you are receiving any other income during this disability please notify us of this information immediately.  If receiving Social Security Disability, you may also submit information associated with your SSD Award for our consideration, which may include a copy of the ALJ Favorable Decision or a complete copy of your administrative file from the Social Security Administration. The pursuit and submission of this information will be at your own cost and is optional.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

CC:    Protection Strategies Incorporated
ATTN: Tina Davis
118 Mitchell Road
Suite B
OAK RIDGE, TN 37830

Lincoln Glasner 431

Date: Fri Dec 15 15:05:30 CST 2017
From: Janet Olsen <Janet.Olsen@lfg.com>
To: tdavis@protectionsi.com
Message-ID: <1681331517.61513371930921.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group

 **LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Janet Olsen**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765*7492
Fax: 402-361-1460
Email: Janet.Olsen@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

December 15, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

This is to acknowledge receipt of your letter submitted in support of your appeal for Short Term Disability benefits.

We are in the process of reviewing your appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

As part of our review of our appeal, if you are receiving any other income during this disability please notify us of this information immediately.  If receiving Social Security Disability, you may also submit information associated with your SSD Award for our consideration, which may include a copy of the ALJ Favorable Decision or a complete copy of your administrative file from the Social Security Administration. The pursuit and submission of this information will be at your own cost and is optional.

Please contact me with any questions you may have at the number listed below.

Sincerely,

Janet Olsen
Senior Claims Examiner, Claims Professional
1-800-423-2765 *7492
Fax # 1-402-361-1460
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

CC: Protection Strategies Incorporated
ATTN: Tina Davis
118 Mitchell Road
Suite B
OAK RIDGE, TN 37830



DEC 1 1 2017

U.S. POSTAGE
PAID
ESTILL SPRINGS, TN
37330
DEC 08 17
AMOUNT
$3.84
R2305M144271-01

68103

1000

7017 0660 0000 2191 6149

Gerald Glasner

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337 Omaha, NE 68103

681032337

(08 December 2017)

DEC 1 1 2017

To: Lincoln Financial Group

Re: Policyholder: Protection Strategies Incorporated

Policy Number: 00001015868600000

Claim Number: 1170042164 Claimant:

Gerald W. Glasner,

Subject: 2nd and Final Appeal of Denial of Benefits; Letter Dated November 08, 2017

I had anticipated your denial of benefits and was not surprised when, during the phone call from your representative, Sara Thompson, and the follow-up letter stated the same.

Your Lengthy and Detailed Response included:

Regarding physical capacity, a Dispatcher and a Security Guard in the national workforce is a Light physical capacity occupation. The definition of Light work is Light work requires walking/standing to a significant degree. In certain occupations it requires sitting most of the time but entails pushing/pulling of arm or leg controls; and/or when the job requires working at a production rate pace entailing the constant pushing/pulling of materials even though the weight of those materials is negligible. Light work may require exertion up to 20 lbs. occasionally (1-33%), exertion up to 10 lbs. frequently (34-66%) and a negligible degree of exertion constantly (67-100%). In the previous appeal letter, I wasn't necessarily arguing, nor am I arguing now your interpretation and application of your summary plan document pertaining to physical and functional requirements of the job, Protective Services Dispatcher. The question to be resolved then and still the basis for this appeal surrounds the employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test (PAT) and whether the (PAT) is a Main or Substantial Duty of the occupation. In the denial letter you made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. Due to a medical problem with my Lumbar Spine I cannot take and pass the PAT.

Section 503 of the Rehabilitation Act of 1973, as amended, requires Government Contractors to accommodate an individual who has a disability as defined by the act who can otherwise perform the essential functions of the job in question. Your summary document requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the Main Duties of the job. The employer has declined to remove the requirement for employees to take and pass all parts of the PAT. So far you have made no mention that utilization of this Individual Disability Plan was offered to me by the employer (PSI) due to my medical limitations and as a Reasonable Accommodation as required applicable Federal Law.

Date: Wed Nov 08 14:05:11 CST 2017
From: Sara Thompson <Sara.Thompson@lfg.com>
To:
Message-ID: <124163361.01510171511369.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group

 **LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sara Thompson**
**Consultant, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114-40669
Toll Free Phone: 800-423-2765
Phone: 800-423-2765 *7531
Fax: 402-361-1496
Email: Sara.Thompson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

November 8, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

We have completed our review of your Short Term Disability appeal.  Based on the information provided, we have determined that we are unable to approve benefits beyond 06/01/2017.  In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy.  This includes, but is not limited to, the following:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation.  The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.
>
> **MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
> (1) are normally required to perform the Insured Person's Own Occupation; and
> (2) could not reasonably be modified or omitted.
>
> To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation.  It will apply the Act's standards, whether or not:
> (1) the Employer is subject to the Act; or
> (2) the Insured Person has requested such a job accommodation.
> An Employer's failure to modify or omit other job tasks does **not** render the Insured Person unable to perform the Main Duties of the job.

©2017  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Main Duties include those job tasks:
(1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2) as performed in the general labor market and national economy.
Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which the Insured Person was employed with the Employer prior to Disability; and
(2) which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market.

## Vocational Summary

Based on information obtained from your employer, occupational information contained within the *Dictionary of Occupational Titles* (DOT), and evaluation from vocational professionals, we have determined that your occupation is best defined as a combination of a Security Guard and Dispatcher in the national workforce. The material and substantial duties include but are not limited to the following:

- Operates radio and telephone equipment to receive reports and requests from firefighting crews, fire-lookout stations, and mobile units, and relays information or orders to officials concerned

- Maintains communications log and maps location of fires, men, and equipment from field reports

- May organize and direct activities of firefighting crew

- Guards industrial or commercial property against fire, theft, vandalism, and illegal entry, performing any combination of following duties

- Patrols, periodically, buildings and grounds of industrial plant or commercial establishment, docks, logging camp area, or work site

- Examines doors, windows, and gates to determine that they are secure

- Warns violators of rule infractions, such as loitering, smoking, or carrying forbidden articles, and apprehends or expels miscreants

- Inspects equipment and machinery to ascertain if tampering has occurred

- Watches for and reports irregularities, such as fire hazards, leaking water pipes, and security doors left unlocked

Regarding physical capacity, a Dispatcher and a Security Guard in the national workforce is a Light physical capacity occupation. The definition of Light work is Light work requires walking/standing to a significant degree. In certain occupations it requires sitting most of the time but entails pushing/pulling of arm or leg controls; and/or when the job requires working at a production rate pace entailing the constant pushing/pulling of materials even though the weight of those materials is negligible. Light work may require exertion up to 20 lbs. occasionally (1-33%), exertion up to 10 lbs. frequently (34-66%) and a negligible degree of exertion constantly (67-100%).

In order to be considered Totally Disabled, the medical evidence must support that you would be unable to perform each of the main duties of your regular occupation. As such, in considering your eligibility for Short Term Disability benefits beyond 06/01/2017, we evaluated whether you would be restricted or limited from performing the main duties of your occupation as listed above.

Your entire file was reviewed upon appeal. Disability must be supported from 06/01/2017 forward, which will be the focus of our determination.

## Summary of Initial Claim Filing

Your initial claim forms state that you were unable to continue working in your own occupation beyond 03/31/2017 due to back, leg, and hip pain.

Benefits were approved from 04/15/2017 to 06/01/2017. Benefits were not approved beyond 06/01/2017 after we determined you are no longer Totally Disabled from performing the main duties of your occupation. Our evaluation included review of the medical documentation, including consultation with and/or review of a written report from a health care consultant. For complete details please refer to our letter dated 07/24/2017.

## Summary of Appeal

On 09/21/2017, you filed an appeal in response to our determination to terminate benefits. Additional information was submitted with your appeal.

As part of our appeal review, your claim file was reviewed by a health care consultant, who noted in part:

> "Medical records document status post lumbar laminectomy approximately 15 years prior, now with low back pain requiring evaluation in 2016, and treated with epidural steroid injections. 2017 Chief complaint is low back pain left side, radiating down left leg. Current medications include: Aciphex, Bentyl, Lisinopril, Oxycodone, Phenobarbital. Past medical history includes hernia repair, prior lumbar spinal fusion and anemia. Records indicate claimant underwent a prior lumbar epidural steroid injection of the left L2-3 in November, 2016; and 1/26/17 which relieved his pain. Overall examinations find limited lumbar range of motion, otherwise neurologically intact with negative SLR and normal gait. Additional steroid injections and PT are ordered on 8/22/17. CT of spine 9/27/16 documents diffuse disc bulgeL1-3 without stenosis and prior laminectomy L3-4

through L5-S1.     Diagnosis is prolapsed lumbar disc and degeneration of lumbar intervertebral disc."

"Attending Physician Restrictions and Limitations (s):
1.      9/24/17 Letter from McCombs, MD: Impairments include difficulty with repetitive lifting, twisting, bending and stooping.  Should not lift an excess of 20 lbs., on any occasion or 10 lbs., repetitively.  No difficulty with hearing, speaking or participating in leisure activities.  May sit for up to four hours a day, stand up two hours, and walk for up to two hours with breaks.  Requires approximately four breaks a day 10-15 minutes.
2.      Abilities form dated 6/27/17 by McCombs notes claimant may sit frequently, lift up to 35 lbs. occasionally and never 36 or more pounds.  May constantly sit, drive, finger, handle, operate foot controls and reach above the shoulder.  May frequently stand, walk, and reach above the shoulder.  May occasionally climb, bend, or kneel.
3.      APS by McCombs 6/20/17 notes no running, jogging more than a mile, no pushups or sit ups."

"Rationale with medical findings:  The claimant has remote history of multilevel laminectomies, which CT shows to be stable without note of hardware issues. The claimant complains of low back pain radiating down left leg.  There is no aggressive treatment underway.  The claimant has received 2 epidural steroid injections and is to start PT. Examination findings document restricted range of motion of the spine, however there is no actual measurements of loss, and the claimant is noted to be neurologically intact, with good sensation, negative straight leg raise tests, and no observation of antalgic gait or need for gait assisting device.  The medical records do not provide evidence of loss of function or physical impairment of any kind from DOD forward. MD Guidelines: Lumbar disc displacement, medical treatment, light occupation, 1/14/21.  Claimant has been considered beyond maximum."

## <u>Appeal Decision</u>

We understand that you have been diagnosed with back, leg, and hip pain. However, our review of the medical documentation, which included consultation with and/or review of a written report from a health care consultant does not support that you were unable to perform the main duties of your own occupation beyond 06/01/2017.

The records in your file indicate you have continued pain with restricted range of motion of the spine, but upon examination by your physician you are neurologically intact without motor sensory deficits, loss of coordination or strength, instability, muscular atrophy, or other specific deficits. Your gait was normal and you do not require an assistive device.

The CT of the spine showed a prior laminectomy, diffuse disc bulge at L1-3, and findings of prolapsed lumbar disc and degeneration, but there was no evidence of severe canal stenosis, compression, or nerve root impingement.  There were no hardware or stability issues identified. There was no EMG/NCV identifying significant or severe joint compression, plexopathy, radiculopathy, denervation or severe motor neuropathy.

You were taking medications for your condition and were advised to attend physical therapy, but no further aggressive treatment was recommended.

Therefore, the physical examinations by your physicians and diagnostic testing does not show that your condition would warrant restrictions and limitations from performing the Main Duties of your own light physical demand occupation and we are unable to approve benefits past 06/01/2017.

Please keep in mind that in your policy, Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site. Main Duties are those jobs tasks as performed in the general labor market and economy and could not reasonably be modified or omitted. Although your employer required you to complete a fitness test, this is not considered a Main Duty of your occupation in the general labor market and economy, but an employment requirement for a certain firm or worksite.

As a reminder, you have exhausted your first level of appeal. If you disagree with this decision, you, your attorney, or a person legally authorized as your representative, may pursue a final administrative appeal.

To initiate this process submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

The following should be included with the appeal letter:
1. The policy number and claim number;
2. The reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. If you wish, you may also request copies of the pertinent documents related to the claim.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Under your employer's plan, such an action must be brought within three years after the date written proof of claim is required.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Sara Thompson
800-423-2765 *7531
Consultant, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Lincoln/Glasner 443

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Sara Thompson**
**Consultant, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114-40669
Toll Free Phone: 800-423-2765
Phone: 800-423-2765 *7531
Fax: 402-361-1496
Email: Sara.Thompson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

November 8, 2017

PROTECTION STRATEGIES INCORPORATED
ATTN Tina Davis
118 Mitchell Road
Suite B
OAK RIDGE, TN 37830

Re:    Policy Number: 00001015868600000
       Claim Number: 1170042164
       Claimant:  Gerald Glasner

Dear Ms. Davis:

This letter is in regard to Mr. Glasner's request for an appeal of the denied Short Term Disability claim.

Upon review of the medical evidence, it has been determined that we are unable to overturn the original denial of their claim.

We cannot provide you with a copy of the detailed letter sent to the employee due to the confidential information that is contained in the letter regarding their medical records.

Please contact me directly at the number below with any questions you may have or email us at Claims@LFG.com.

Sincerely,

Sara Thompson
800-423-2765 *7531
Consultant, Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Fri Oct 20 16:30:14 CDT 2017
From: Carla Larimore <Carla.Larimore@lfg.com>
To:
Message-ID: <190335975.01508535014143.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group

 **LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Carla Larimore**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2653
Fax: 402-361-1323
Email: Carla.Larimore@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

October 20, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

On 10/10/2017, we acknowledged your appeal and advised that it may be in your best interest to provide additional medical documentation in support of your appeal.

Although we received the additional information, we are approaching our initial deadline for deciding your appeal under the Employee Retirement Income Security Act (ERISA), and have not yet reached a determination.  The appeal decision is currently pending due to awaiting additional information from your employer and awaiting a medical review. An extension of time to process your appeal is required.  Due to these special circumstances, we are exercising our right to take a 45-day extension of time to decide your appeal.

We are currently reviewing your appeal.  You can expect to receive a decision from us by 12/20/2017.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Carla Larimore
800-423-2765 *2653
Sr Claims Examiner, Claims Professional
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

 MediCopy

# MediCopy Authorization for the Release of Medical Records

## Where are the records coming from?

Facility/Doctor's Name: Howell Allen Clinic, Nashville TN 37203, 615-327-9543 fax 615-341-7583, Dr. Paul McCombs

## Tell us about the patient.

| Name: Gerald W. Glasner | DOB: | SSN: |
|---|---|---|

Email:

Address:

| City: | State: | Zip: |
|---|---|---|

| Phone#: | Fax#: |
|---|---|

## Where are we sending the records?

Name: Gerald W. Glasner

Email:

Address:

| City: | State: | Zip: |
|---|---|---|

| Phone#: | Fax#: |
|---|---|

## What would you like released?

☑ All Records      ☐ Office/Clinic Notes      ☐ Operative Reports

☐ Lab/Pathology Results      ☐ Radiology Reports      ☐ Immunization Records

☑ Dates January 1, 2017  to  October 1, 2017

☐ Other_____

If you do not want certain portions of your medical records released, please check the categories listed below you would like excluded.

☐ Substance Abuse, if any      ☐ AIDS/HIV/STDs, if any      ☐ Psychological/Psychiatric conditions, if any

## Why are we sending the records?

### Purpose of Disclosure

☑ Personal Use   ☐ Litigation/Legal   ☑ Insurance   ☐ Transfer of Care *(Last Two Years sent to a Physician at No Charge)*

***Per HIPAA 45 CFR 164.524, you may be charged a reasonable fee for reproducing medical records. Fees are non-refundable once services are rendered. Payment is due on receipt of invoice.***

## How would you like the records sent?

### Delivery Method

Email ☑      Fax ☐      Pick-up at MediCopy ☐      Postage (additional fee applies) ☐

## Patient's Signature

I hereby authorize MediCopy and its affiliates to release or disclose to the person(s) or organization listed above, all medical records requested, including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia or HIV infection, *unless otherwise noted.* This authorization is valid for 12 months from the date of signature. I understand that I may cancel this request with written notification but that it will not affect any information released prior to notification cancellation. I understand that the information used or disclosed may be subject to re-disclosure by the recipient on this request and will no longer be protected by federal regulations.

Patient's Signature: *Gerald W. Glasner*
Gerald W. Glasner (Oct 10, 2017)

Date: Oct 10, 2017

Relationship to patient: Patient

MediCopy Services, Inc. – 8 City Blvd., Ste 400 – Nashville, TN 37209 – P: 615-780-2741 F: 615-780-9866

GLASNER, GERALD (id #1587675, dob: )

## Medical Records - CONFIDENTIAL

**FROM:** TN - Ascension - Tennessee

Nardos N
2011 Murphy Ave Ste 301, NASHVILLE, TN 37203-2023
Phone: (615) 327-9543
Fax: (615) 341-3568

**TO:**

**Name: GLASNER, GERALD**

**DOB:**

**Date Range: 01/01/2017 to 10/11/2017**

This document contains the following records of the patient:
- **Encounters and Procedures**
- **Clinical Documents**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:1587675-A-7654]

## GLASNER, GERALD (id #1587675, dob:

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 08/22/2017**

Patient

| | | | |
|---|---|---|---|
| **Name** | GLASNER, GERALD (61yo, M) ID# 1587675 | **Appt. Date/Time** | 08/22/2017 10:30AM |
| **DOB** | | **Service Dept.** | STMP_NSURG_MDTWN_MURPHY |
| **Provider** | LAURIN HOWELL, NP | | |
| **Insurance** | Med Primary: BCBS-TN - NETWORK P (PPO) | | |

        Insurance # : FJJHYLWEFUHZ
        Policy/Group # : 000FJJ834021P016
        PCP : GUPTA, RIMDA N, MD
        Referring Provider Name : GUPTA, RIMDA N, MD
    Prescription: check now

## Chief Complaint

back pain

Low-back and left leg pain.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** GUPTA, RIMDA N, MD: 1330 CEDAR LN, SUITE 100, TULLAHOMA, TN 37388, Ph (931) 393-3366, Fax (931) 393-1065
**Referring Provider (Primary Insurance):** GUPTA, RIMDA N, MD: 1330 CEDAR LN, SUITE 100, TULLAHOMA, TN 37388, Ph (931) 393-3366, Fax (931) 393-1065

## Patient's Pharmacies

**BLUE FRONT DRUG #1 (ERX): 107 FIRST AVE. NW, WINCHESTER TN 37398, Ph (931) 967-2251, Fax (931) 967-6646**

## Vitals

08/22/2017 10:11 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** 6 ft | | **Wt:** 174 lbs | | **BMI:** 23.6 | |
| **BP:** 136/81 sitting R arm | | **HR:** 96 | | **T:** 98.6 F° ear | |

## Allergies

Allergies not reviewed (last reviewed 10/19/2016)
**PENICILLINS**: Other

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aciphex** | 10/20/16 | entered |
| **Bentyl** | 10/20/16 | entered |
| **lisinopril** | 10/20/16 | entered |
| **oxyCODONE-acetaminophen 10 mg-325 mg tablet** TK 1 T PO TID | 05/03/17 | filled |
| **PHENobarbital 32.4 mg tablet** TK 1 T PO FIVE TIMES DAILY | 07/21/17 | filled |
| **Zocor** | 10/20/16 | entered |

## Problems

Reviewed Problems
- Prolapsed lumbar intervertebral disc - Onset: 08/22/2017
- Degeneration of lumbar intervertebral disc

## Family History

## GLASNER, GERALD (id #1587675, dob: )

Family History not reviewed (last reviewed 10/19/2016)
Father                              - Heart disease

## Social History

Social History not reviewed (last reviewed 10/19/2016)
Smoking Status: Never smoker

## Surgical History

Surgical History not reviewed (last reviewed 10/19/2016)
- Hernia Repair
- Spinal Fusion

## Past Medical History

Past Medical History not reviewed (last reviewed 10/19/2016)
anemia: **Y**

## Screening

None recorded.

## HPI

PHYSICIAN: Paul R. McCombs, III, MD

SUPERVISING PHYSICIAN: Gregory B. Lanford, MD

Mr. Gerald Glasner presents to the office today. He had a lumbar epidural steroid injection at L2-3 to the left on 01/26/2017. It helped him quite a bit. He has chronic issues with his back, but the injections seem to help. He keeps things manageable. He states this is the same pain that he had before. It is in the left side of the low back down into the left leg to the calf. He has no weakness and no numbness or tingling.

## ROS

**Additionally reports: Review of systems intake form as attached to this encounter visit was reviewed by me. Documented in the attached form and reviewed by me.**

## Physical Exam

Patient is a 61-year-old male.

He is an alert, well-nourished, well-developed male in no acute distress. He has a well-healed surgical scar. He has limited range of motion of the lumbar spine. He is neurologically intact. He has a negative straight leg raise. He has a normal gait

## Assessment / Plan

As he did well with the epidural steroid injections before, we will order him another round. He states this is the same pain he had before. He has also requested an order for physical therapy, which I have given him. Mr. Glasner is in agreement with this plan. He will contact us if his symptoms persist or worsen despite the injections and physical therapy.

**1. Prolapsed lumbar intervertebral disc**
   M51.26: Other intervertebral disc displacement, lumbar region
   ● PHYSICAL THERAPY REFERRAL -    Schedule Within: provider's discretion    Note to Provider: lumbar pt-to include massage and modalities
   Evaluate & Treat: eval and        Modalities: massage and modalities
   treat

**2. Degeneration of lumbar intervertebral disc**
   M51.36: Other intervertebral disc degeneration, lumbar region

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Laurin Howell, NP, 08/24/2017.

Encounter performed and documented by Laurin Howell, NP

STMP_Saint Thomas Medical Partners • 2011 Murphy Ave Ste 301, NASHVILLE TN 37203-2023

**GLASNER, GERALD (id #1587675, dob:**

Encounter reviewed & signed by Laurin Howell, NP on 08/24/2017 at 9:30am

## GLASNER, GERALD (id #1587675, dob:

**Gerald Glasner**
DOB:
Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**



Date of Visit: 08/22/2017 10:30 AM

### Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Patient Date of Birth | |
| Patient Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height | 6 feet, inches |
| Weight | 180 pounds, 0 ounces |
| Primary Care Physician | RIMDA GUPTA |
| Referring Physician Same As Primary Care Physician | Yes |
| Physician | Laurin Howell |
| Chief Complaint | Lower Back-Radiating Pain |
| Reason for Visit Related to an Accident | No |
| Date Symptoms began | 2001 |
| Epidural Steroid Injection Confirmation | Yes |
| Number of Epidural Steroid Injections | 2 |
| Relief from Epidural Steroid Injections | 1-2 Months |

### Past Medical History

Past and Current Medical Conditions
- anemia

### Surgical History

Surgeries or Procedures
- Hernia Repair          - Spinal Fusion

### Pain Management/Narcotic Agreement

| | | | |
|---|---|---|---|
| Pain Management Doctor Confirmation | No | Narcotic Agreement Confirmation | No |

### Allergies

| | | | |
|---|---|---|---|
| Drug Allergies Confirmation | Yes | Allergy Reaction | |
| Drug Allergies | | | Other |
| - Penicillins | | Penicillins | ☒ |

### Family History

Family Medical History Condition List
- Heart disease

Family Medical History Member

| | Mother | Father | Brother | Sister | Son | Daughter | Maternal Grandmother | Maternal Grandfather | Paternal Grandmother | Paternal Grandfather | Maternal Aunt | Maternal Uncle | Paternal Aunt | Paternal Uncle | Unspecified Relation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heart disease | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Social History

| | | | |
|---|---|---|---|
| Auto related injury? | No | Are you currently employed? | No |
| Work related injury? | No | Education | 2 Year College |

### Substance Use

**GLASNER, GERALD (id #1587675, dob:**

**Gerald Glasner**
DOB: ·
Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**P a t i e n t   R e p o r t**
**P h r e e s i a   I n t a k e**

Phreesia

Date of Visit: 08/22/2017 10:30 AM

| Alcohol intake | Moderate | Smoking Status | Never smoker |
|---|---|---|---|

## GLASNER, GERALD (id #1587675, dob:

**Gerald Glasner**
DOB:
Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
Phreesia Intake

Phreesia

Date of Visit: 08/22/2017 10:30 AM

### Review of Systems

**Review of Systems - Constitutional Symptoms**
- ☐ None
- ☐ Fever
- ☐ Chills
- ☐ Night Sweats
- ☐ Weight Loss
- ☐ Weight Gain
- ☐ Sleep Disturbance
- ☑ Lack of Energy

**Review of Systems - Eyes**
- ☑ None
- ☐ Double Vision
- ☐ Blurring of Vision
- ☐ Loss of Vision
- ☐ Sensitivity to Light

**Review of Systems - Ears, Nose, Throat**
- ☑ None
- ☐ Hearing Loss
- ☐ Dizziness
- ☐ Ringing in Ears
- ☐ Nosebleeds
- ☐ Sore Throat
- ☐ Hoarseness
- ☐ Trouble Swallowing

**Review of Systems - Cardiovascular**
- ☑ None
- ☐ Chest Pain
- ☐ Palpitations (heart fluttering/racing)
- ☐ Fainting Spells
- ☐ Swollen Ankles / Legs

**Review of Systems - Respiratory**
- ☑ None
- ☐ Frequent Cough
- ☐ Wheezing / Asthma
- ☐ Coughing Up Blood
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Emphysema

**Review of Systems - Gastrointestinal (Digestion)**
- ☐ None
- ☐ Constipation
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☑ Reflux
- ☐ Ulcer
- ☐ Abdominal Pain
- ☐ Dark Tarry Stool
- ☐ Rectal Bleeding
- ☐ Jaundice

**Review of Systems - Genitourinary (Urinary System)**
- ☐ None
- ☐ Frequent Urination
- ☐ Loss of Bladder Control
- ☐ Painful Urination
- ☐ Impotence
- ☑ Sexual Dysfunction
- ☐ Pelvic Pain
- ☐ Kidney Stones
- ☐ Vaginal Bleeding
- ☐ Blood in Urine

**Review of Systems - Muscoloskeletal**
- ☐ None
- ☐ Joint Swelling
- ☐ Arthritis
- ☑ Muscle Pain
- ☐ Trouble Walking
- ☑ Joint Pain
- ☑ Low Back Pain
- ☐ Neck Pain

**Review of Systems - Skin**
- ☑ None
- ☐ Rash
- ☐ Itching
- ☐ Dryness
- ☐ Suspicious Lesions

**Review of Systems - Neurological (Nervous System)**
- ☑ None
- ☐ Headaches
- ☐ Numbness
- ☐ Paralysis
- ☐ Falling Down
- ☐ Seizures
- ☐ Weakness
- ☐ Tremors / Shaking
- ☐ Memory Loss
- ☐ Concussion

**Review of Systems - Allergy/Immunologic**
- ☑ None
- ☐ Autoimmune Disorder
- ☐ Seasonal Allergies

**Review of Systems - Psychiatric**
- ☑ None
- ☐ Depressed
- ☐ Anxiety
- ☐ Suicidal Thoughts
- ☐ Paranoia
- ☐ Hallucinations

**Review of Systems - Endocrine (Hormones)**
- ☑ None
- ☐ Cold Intolerance
- ☐ Heat Intolerance
- ☐ Excessive Thirst
- ☐ Excessive Urination

**Review of Systems - Hematologic/Lymphatic**
- ☐ None
- ☑ Abnormal Bruising or Bleeding
- ☐ Hypercoaguable State
- ☐ Enlarged Lymph Nodes

**GLASNER, GERALD (id #1587675, dob:          )**

**Gerald Glasner**
DOB:
Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**

 Phreesia

Date of Visit: 08/22/2017 10:30 AM

### Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Patient Date of Birth | |
| Patient Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height | 6 feet, inches |
| Weight | 180 pounds, 0 ounces |
| Primary Care Physician | RIMDA GUPTA |
| Referring Physician Same As Primary Care Physician | Yes |
| Physician ⁑ | Laurin Howell |
| Chief Complaint ⁑ | Lower Back-Radiating Pain |
| Additional Complaint ⁑ | Mid Back-Pain |
| Reason for Visit Related to an Accident ⁑ | No |
| Date Symptoms began ⁑ | 1996 |

Past Treatments ⁑
☑ None Of the Above      ☐ Physical Therapy
☐ Pain Medications      ☐ Chiropractor
☐ Anti-Inflammatories

| | |
|---|---|
| Epidural Steroid Injection Confirmation ⁑ | Yes |
| Number of Epidural Steroid Injections ⁑ | 2 |
| Relief from Epidural Steroid Injections ⁑ | 1-2 Months |

### Past Medical History

Past and Current Medical Conditions
- anemia

### Surgical History

Surgeries or Procedures ⁑
- Cataract Surgery          - Spinal Fusion
- Hernia Repair

### Pain Management/Narcotic Agreement

| Pain Management Doctor Confirmation | No | Narcotic Agreement Confirmation | No |
|---|---|---|---|

### Allergies

| Drug Allergies Confirmation | Yes | Allergy Reaction | |
|---|---|---|---|
| Drug Allergies | | | Other |
| - Penicillins | | Penicillins | ☒ |

### Family History

Family Medical History Condition List
- Heart disease

Family Medical History Member

| | Mother | Father | Brother | Sister | Son | Daughter | Maternal Grandmother | Maternal Grandfather | Paternal Grandmother | Paternal Grandfather | Maternal Aunt | Maternal Uncle | Paternal Aunt | Paternal Uncle | Unspecified Relation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heart disease | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## GLASNER, GERALD (id #1587675, dob:

**Gerald Glasner**
DOB:
Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**P a t i e n t   R e p o r t**
**P h r e e s i a   I n t a k e**



Date of Visit: 08/22/2017 10:30 AM

| Social History | | | |
|---|---|---|---|
| Auto related injury? | No | Are you currently employed? | No |
| Work related injury? | No | Education | 2 Year College |

| Substance Use | | | |
|---|---|---|---|
| Alcohol intake | Moderate | Smoking Status | Never smoker |

## GLASNER, GERALD (id #1587675, dob:

**Gerald Glasner**

**Patient Report**
**Phreesia Intake**

 Phreesia

Age: 61
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

Date of Visit: 08/22/2017 10:30 AM

### Review of Systems

**Review of Systems - Constitutional Symptoms**
- ☐ None
- ☐ Fever
- ☐ Chills
- ☐ Night Sweats
- ☐ Weight Loss
- ☐ Weight Gain
- ☐ Sleep Disturbance
- ☑ Lack of Energy

**Review of Systems - Eyes**
- ☑ None
- ☐ Double Vision
- ☐ Blurring of Vision
- ☐ Loss of Vision
- ☐ Sensitivity to Light

**Review of Systems - Ears, Nose, Throat**
- ☑ None
- ☐ Hearing Loss
- ☐ Dizziness
- ☐ Ringing in Ears
- ☐ Nosebleeds
- ☐ Sore Throat
- ☐ Hoarseness
- ☐ Trouble Swallowing

**Review of Systems - Cardiovascular**
- ☑ None
- ☐ Chest Pain
- ☐ Palpitations (heart fluttering/racing)
- ☐ Fainting Spells
- ☐ Swollen Ankles / Legs

**Review of Systems - Respiratory**
- ☑ None
- ☐ Frequent Cough
- ☐ Wheezing / Asthma
- ☐ Coughing Up Blood
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Emphysema

**Review of Systems - Gastrointestinal (Digestion)**
- ☐ None
- ☐ Constipation
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☑ Reflux
- ☐ Ulcer
- ☐ Abdominal Pain
- ☐ Dark Tarry Stool
- ☐ Rectal Bleeding
- ☐ Jaundice

**Review of Systems - Genitourinary (Urinary System)**
- ☐ None
- ☐ Frequent Urination
- ☐ Loss of Bladder Control
- ☐ Painful Urination
- ☐ Impotence
- ☑ Sexual Dysfunction
- ☐ Pelvic Pain
- ☐ Kidney Stones
- ☐ Vaginal Bleeding
- ☐ Blood in Urine

**Review of Systems - Muscoloskeletal**
- ☐ None
- ☐ Joint Swelling
- ☑ Arthritis
- ☑ Muscle Pain
- ☐ Trouble Walking
- ☑ Joint Pain
- ☐ Low Back Pain
- ☐ Neck Pain

**Review of Systems - Skin**
- ☑ None
- ☐ Rash
- ☐ Itching
- ☐ Dryness
- ☐ Suspicious Lesions

**Review of Systems - Neurological (Nervous System)**
- ☑ None
- ☐ Headaches
- ☐ Numbness
- ☐ Paralysis
- ☐ Falling Down
- ☐ Seizures
- ☐ Weakness
- ☐ Tremors / Shaking
- ☐ Memory Loss
- ☐ Concussion

**Review of Systems - Allergy/Immunologic**
- ☑ None
- ☐ Autoimmune Disorder
- ☐ Seasonal Allergies

**Review of Systems - Psychiatric**
- ☑ None
- ☐ Depressed
- ☐ Anxiety
- ☐ Suicidal Thoughts
- ☐ Paranoia
- ☐ Hallucinations

**Review of Systems - Endocrine (Hormones)**
- ☑ None
- ☐ Cold Intolerance
- ☐ Heat Intolerance
- ☐ Excessive Thirst
- ☐ Excessive Urination

**Review of Systems - Hematologic/Lymphatic**
- ☐ None
- ☑ Abnormal Bruising or Bleeding
- ☐ Hypercoaguable State
- ☐ Enlarged Lymph Nodes

**Clinical Documents**



September 24, 2017

State of Tennessee
Department of Human Services
Disability Determination Section
PO Box 775
Nashville, Tennessee 37202

RE: Gerald Glasner
DOB:
MRN: 1587675

To Whom It May Concern:

This letter is in regard to the disability of Gerald W. Glasner. I have been asked to have a document prepared indicating this patient's impairments. This patient has difficulty with repetitive lifting, twisting, bending, and stooping. This patient should not lift an excess of 20 pounds on any occasion or 10 pounds repetitively. This patient has no difficulty with hearing, speaking, or participating in leisure activities. This patient can sit for up to four hours a day, stand up to two hours, and walk for up to two hours with breaks. He would require approximately four breaks a day 10 to 15 minutes.

Please feel free to contact me if I can be of further assistance.

Sincerely,

Paul R. McCombs, MD

PRM/11485

2011 Murphy Ave., Suite 301, Nashville, TN 37203
(615) 327-9543  (800) 668-9410   Fax: (615) 341-7583  Web: www.howellallen.com



Gerald Glasner
DOB:
MRN: 1587675

DATE: 02/16/2017

Patient has had a couple epidural steroid injections. He is doing well. He has got a fitness training that he needs to be excused from and we will take care of that for him. If he needs another epidural, he will contact us and we can schedule that over the phone.

Paul R. McCombs III, MD/11232

2011 Murphy Ave., Suite 301, Nashville, TN 37203
(615) 327-9543   (800) 668-9410   Fax: (615) 341-7583   Web: www.howellallen.co

**GLASNER, GERALD (id #1587675, dob:**

Jan. 26. 2017  2:32PM                                                  No. 3736   P. 1

---

Sept 2000 Revision One

## ANESTHESIA RECORD
### StThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 1/26/2017 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|---|
| | | Location OR1 | Time Printed 1/26/2017 2:22 PM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 |

| Anesthesiologist Culclasure,M.D., John W M.D. 0006 1:55 PM | Anesthesia Methods | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | Code(s) |
|---|---|---|---|

| Surgeon | | Start | Stop | Total | Procedure(s) Lumbar Translaminar ESI L2/L3 Left Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|
| | Anes | | | | | |
| | Surg | | | | | |

2:07   2:22   2:37                                              TOTALS

EVENTS              1 - 13    14

EVENT MILESTONES:

▼ Physiological Graph ▼

SpO2 (%) (GEM:2)
SpO2 Pulse (bpm) (GEM:2)
NIBP Dias (mm Hg) (GEM:2)
NIBP Mean (mm Hg) (GEM:2)
NIBP Sys (mm Hq) (GEM:2)

2:07   2:22   2:37

| | | | |
|---|---|---|---|
| 1 | 2:07 PM | Start of Printed Anesthesia Record | |
| 2 | 2:08 PM | Times assigned to procedure sequence are an artifact of the software. | |
| 3 | 2:08 PM | Intraoperative assistant | |
| 4 | 2:09 PM | NIBP,O2 sat.monitors applied. | |
| 5 | 2:13 PM | Patient identity and site of planned procedure confirmed.: <hwilkerson - 1/26/2017 2:07 PM>: Duraprep x 1. Allowed to dry. | |
| 6 | 2:14 PM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise). Aseptic technique.: Physician mask on before procedure. | |
| 7 | 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure eccoring to policy: <hwilkerson - 1/26/2017 2:07 PM> | |
| 8 | 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | |
| 9 | 2:16 PM | 1% lido skin wheal raised with 25g needle. | |
| 10 | 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.]: CORRECTION: 20 g 3.5" Tuohy epidural needle. Confirmed epidural location with 2-3 ml Omnipaque 300. | |
| 11 | 2:18 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS. | |
| 12 | 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise).: Fluoroscopy time (sec): 6 Bandaid applied. Pt escorted to room. | |
| 13 | 2:20 PM | Record has been electronically signed: <johnc - 1/26/2017 2:22 PM>: JWC 2:20 | |
| 14 | 2:22 PM | End of Printed Anesthesia Record | |

Signature:                                                             Date:

Copyright © 1997-2006 Dräger Medical Systems, Inc.

**GLASNER, GERALD (id #1587675, dob:**

Jan. 26. 2017  2:33PM                                    No. 3736   P. 2

| Sept 2000 Revision One | | | | | | | | | PAGE: 1 of 1 |
|---|---|---|---|---|---|---|---|---|---|
| **INTRA-OP SUMMARY** - StThomas Outpatient Neurosurgical Center | | | | | | | | | REVISIONS: 0 |

| Anesthetist | | ASA # | Surgery Date 1/26/2017 | | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|---|---|
| | | Location OR1 | Time Printed 1/26/2017 2:22 PM | | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 |
| Anesthesiologist Culclasure,M.D., John W M.D. 0006 1:55 PM | | Anesthesia Methods | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | | Code(s) |
| Surgeon | | | Start | Stop | Total | Procedure(s) Lumbar Translaminar ESI L2/L3 Left Fluoroscopy | | | Code(s) |
| | | Anes | | | | | | | |
| | | Surg | | | | | | | |

**Events**

| Date/Time | Description | Remarks | Signature | |
|---|---|---|---|---|
| 01/26 2:07 PM | Start of Printed Anesthesia Record | | | |
| 01/26 2:08 PM | Times assigned to procedure sequence are an artifact of the software. | | | |
| 01/26 2:08 PM | Intraoperative assistant | | | |
| 01/26 2:09 PM | NIBP,O2 sat.monitors applied. | | | |
| 01/26 2:13 PM | Patient identity and site of planned procedure confirmed. | Duraprep x 1. Allowed to dry. | hwilkerson | 2:07 PM |
| 01/26 2:14 PM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise). Aseptic technique. | Physician mask on before procedure. | | |
| 01/26 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure accoring to policy | | hwilkerson | 2:07 PM |
| 01/26 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | | | |
| 01/26 2:16 PM | 1% lido skin wheal raised with 25g needle. | | | |
| 01/26 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.) | CORRECTION: 20 g 3.5" Tuohy epidural needle. Confirmed epidural location with 2-3 ml Omnipaque 300. | | |
| 01/26 2:18 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS. | | | |
| 01/26 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise). | Fluoroscopy time (sec): 6 Bandaid applied. Pt escorted to room. | | |
| 01/26 2:20 PM | Record has been electronically signed | JWC 2:20 | johnc | 2:22 PM |
| 01/26 2:22 PM | End of Printed Anesthesia Record | | | |

Copyright © 1997-2006 Drager Medical Systems, Inc.

Date: Tue Oct 10 09:35:18 CDT 2017
From: Carla Larimore <Carla.Larimore@lfg.com>
To:
Message-ID: <1483593969.21507646118604.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Carla Larimore**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2653
Fax: 402-361-1323
Email: Carla.Larimore@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge℠



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

October 10, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

This is to acknowledge receipt of your appeal for Short Term Disability benefits. We received your letter on 09/21/2017.

It appears that the most recent medical records (office treatment notes and/or test results) in your file are from 10/19/2016.  No new or additional medical evidence was submitted with the letter of appeal.

In an effort to provide your claim with a full and fair review, it would be in your best interest to submit additional medical records (in addition to what was previously submitted) for our review of your appeal.  Please provide any office treatment notes, diagnostic testing results, etc. from 03/31/2017 and forward.  For specific details regarding the basis of our determination and the information previously reviewed, please refer to our letter dated 07/24/2017.

It is important that we have all available medical records so that we have a clear picture of your current condition.

Please submit any and all additional medical evidence that you believe would support your appeal.  Please have the medical records submitted to our office no later than 11/09/2017.

If we do not receive the additional information by 11/09/2017, we will review your appeal and render a decision based upon the information currently available in your file.

If you will not be submitting new medical records, please advise us in writing so that we may begin an immediate review of your appeal.  For your convenience, all documents may be sent via facsimile to 402-361-1460.

©2017  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Lincoln Glasner 464

Please note that we are not making a final determination on your disability claim at this time as we want to provide you with every opportunity to submit a complete appeal.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Carla Larimore
800-423-2765 *2653
Sr Claims Examiner, Claims Professional
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Lincoln Glasner 465

Date: Tue Oct 10 09:35:23 CDT 2017
From: Carla Larimore <Carla.Larimore@lfg.com>
To: tdavis@protectionsi.com
Message-ID: <806542204.41507646123278.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Carla Larimore**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2653
Fax: 402-361-1323
Email: Carla.Larimore@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

October 10, 2017

PROTECTION STRATEGIES INCORPORATED
ATTN Tina Davis
118 Mitchell Road
Suite B
OAK RIDGE, TN 37830

Re:     Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Ms. Davis:

We are writing in regard to the Short Term Disability appeal for Gerald Glasner.

We have allowed additional time for Mr. Glasner to provide additional information for his appeal.

In addition, we need the following information from you:

- Mr. Glasner's estimated return to work date or employment termination date, if applicable.

As soon as the requested information is received, we will proceed with our review of the appeal.  Thank you for your patience during this time.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Carla Larimore
800-423-2765 *2653
Sr Claims Examiner, Claims Professional
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Gerald Glasner



CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

7017 0660 0000 2191 5081

U.S. POSTAGE
PAID
ESTILL SPRINGS, TN
37330
SEP 18, 17
AMOUNT
**$3.84**
R2305M144271-05

SEP 2 1 2017

**Claims Shared Services**
**The Lincoln National Life Insurance Company**
**PO Box 2337 Omaha, NE 68103**

68103$2337

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 396 of 517   Gerald Glasner 468
PageID #: 509

September 18, 2017

To: Michael Hornick, Senior Claims Examiner

The Lincoln National Life Insurance Company

Re: Policyholder: Protection Strategies Incorporated

Policy Number: 00001015868600000

Claim Number: 1170042164

Claimant: Gerald Glasner

Subject; Appeal, Denial of Benefits July 24, 2017

Dear Mr. Hornick;

Perhaps I have been approaching the appeal of Lincoln's denial of benefits incorrectly; after reading the plan documents, which I did not have copies of until I created my LFG account, I somewhat understand where you are coming from. You primarily cite the lack of medical documentation as reasons for your denial and I understand that. But, I am not a constant "pain complainer" and I do not live at the doctor's office so there is not a huge paper trail of medical documents. You said you only go back 4 months or so. I have a bad back, back pain, and limitations associated with that, I simply "suck it up" and go on and have for years. I just had my third epidural steroid injection in 12 months; these help some.

As written, this disability policy is not an insurance contract between you (Lincoln Financial) and me, (Gerald Glasner), instead it is a policy issued to the employer, (Protection Strategies Inc.). Money, through payroll deduction, was withheld each pay period by PSI for the insurance plan which as stated pays a benefit should I meet the following criteria; <u>TOTAL DISABILITY or TOTALLY DISABLED means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation.</u> Now let's get technical; the employer has identified this Physical Fitness Standard, the pushups, sit-ups and mile run, as a job requirement. Is it a "Main or Substantial Duty" of my Occupation? That is to be decided between you and PSI. Certainly, it is not an essential function of the "Protective Services Dispatcher" as defined per PSI's Job Description, but was the centerpiece used for job termination on July 11 after I exhausted all of my vacation time. The policy also goes on to say:

<u>MAIN DUTIES or MATERIAL AND SUBSTANTIAL DUTIES</u> means those job tasks that: (1) are normally required to perform your Own Occupation; and (2) could not reasonably be modified or omitted. To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not: (1) the Employer is subject to the Act; or (2) you have requested such a job accommodation. An Employer's failure to modify or omit other job tasks does not render you unable to perform the Main Duties of the job.

Main Duties include those job tasks: (1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and (2) as performed in the general labor market and national economy. Main Duties are not limited to those specific job tasks as performed for a certain firm or at a certain work site.

<u>Protective Services Dispatcher Duties and Responsibilities:</u> With the exception of annual weapon's qualification and standing for brief periods of time completing personnel schedules for officers from the "duty assignment board" and like task, every single job action defined is done from a "sitting position". Dispatch duties have been included in the Lead Security Officers' duties and responsibilities since the position was created by ACS (Aerospace Center Support) in 1997; On March 5, 2017, the Field Lead's Duties were relegated to company supervisors; the remaining Lead Officers only do Dispatch Duties. By seniority, I received the first Dispatcher job.

The "Nuts and Bolts" of this whole mess. I was deemed "unfit for duty" by your client, PSI, used eighty (80) hours vacation time to satisfy the waiting period and you (Lincoln) approved and paid, in good faith for which I am thankful, six (6) weeks benefits ending late May. Dr. Paul McCombs did not say that I was unfit for duty nor did I declare at my annual physical done by the employer's medical staff, Urgent Team in Tullahoma TN., that I was unfit for duty as stated by PSI. Urgent Team actually concurred with McCombs's finding. I have worked full duty since 2001 with a 23% disability rating per medical guidelines in effect at that time. In McCombs's letter, he stated pushups and sit-ups may not be performed due to the risk of causing a flare-up of symptoms or additional injury to the spine; he did allow the run.

The Bottom Line. If the requirement to take and pass all aspects of the employer's <u>Physical Fitness Test</u> is a <u>Main or Substantial Duty of the Dispatcher Job</u> and cannot be modified or omitted, I should be receiving benefits under this disability plan. If the fitness test could be modified or omitted, then I should still be working. *Employment decisions should be made on ABILITIES; Insurance decisions should be made on DISABILITIES.* From my vantage point, your role and that of PSI have been reversed, you can't have it both ways.

When we spoke on August 1, 2017, I understood you were going to use a previous request for reconsideration as the appeal since benefits weren't actually denied until that time; the denial letter was dated July 24, received by me on August 1; obviously I misunderstood and that is OK.

I also want to be open, honest and upfront with you; I plan on appealing this anticipated denial to the Tennessee Department of Commerce, Insurance Division. I have received legal advice from our union's attorney and will make a final decision going forward at a later time.


Thanks for Consideration:

Gerald W. Glasher



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

July 25, 2017

PROTECTION STRATEGIES INCORPORATED
ATTN Tina Davis
118 Mitchell Road
Suite B
OAK RIDGE, TN 37830

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number:  00001015868600000
        Claim Number:  1170042164
        Claimant:  Gerald Glasner

Dear Tina Davis:

This letter is to inform you that the Short Term Disability claim for Gerald Glasner has been denied.

A detailed letter has been sent to Mr Glasner advising of our decision and offering appeal rights. Due to protected health information, we are unable to provide you with a copy of the denial letter.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com.

Sincerely,

Michael Hornick
678-295-3261
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

©2017  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

July 24, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

We have completed our review of your Short Term Disability claim and have determined that no additional benefits are payable beyond 06/01/2017152:06/01/2017.

To be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy.  This includes but is not limited to the following:

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation.  The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**Information reviewed and action taken**

After a thorough review of the information currently contained in your claim file, we have determined that you do not meet the definition of Total Disability, as defined above. Outlined below is the information reviewed which led to our determination.

In our review process, all information previously submitted as well as any new documentation is used to make a determination.  The documentation contained in your claim file includes the following:

- Attending Physician Statement completed by Dr. Paul McCombs on 06/20/2017

According to the information contained in your claim file, you stopped working on 03/31/2017 due to a diagnosis of Other intervertebral disc degeneration,.

©2017  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

An Attending Physician Statement was completed by Dr. McCombs on 06/20/2017 of the Howell Allen Clinic noting that you were totally disabled from your Own Occupation since 12/01/2016 and would never be able to return to work due to the permanent restrictions of no running or jogging more than a mlile as well as no pushups or sit ups. The date of your last visit was 10/19/2016 and you are being seen on an as needed basis. You were marked as a class 2 limitations with the capability to perform medium activity while you were receiving epidural steroid injections.

## Summary

In summary, the medical documentation contained in your claim file does not support Total Disability as defined by this policy. The available medical information on file is insufficient to support a physical impairment that would prevent you from returning to your Own Occupation as of 04/01/2017. We have paid you in good faith from 04/01/2017 to 06/01/2017 and will not request a refund. Due to the inability to determine your functional impairments without any medical records on file for the dates of 04/01/2017 to present, your claim is now closed.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

## Appeal Rights

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. If you wish, you may also request copies of the pertinent documents related to the claim.

REF #2125583

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation.  One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.  In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law.  Under your employer's plan, such an action must be brought within three years after the date written proof of claim is required.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,


Michael Hornick
678-295-3261
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

AFI 31-122 Excerpts:

Successful completion of the PAT (physical agility test) is applicable to all civilian applicants/incumbents in the OPM occupational series 0083 (Civilian Police to include Detectives, Combat Arms, Training, Standardization Evaluation, Armorer, Alarm Monitor, Dispatcher, Military Working Dog (MWD) Police, Equipment/Resources, VCC and other 0083 series positions developed in the future) and series 0085 (DAF Security Guard and _Contractor Security Guard personnel_). _Passing the PAT is a condition of initial and continuous employment, similar to weapons qualification, and the successful passing of standardization evaluation. It is a minimum requirement of the position._

The physical agility standards that the AF is implementing quantify the AF's expectations. In order to meet the condition of employment standard, the individual tested must successfully pass the established standard for each of the elements of the PAT.

This instruction implements AFPD 31-1, Integrated Defense, DoDI 5525.15, Law Enforcement (LE) Standards and Training in the DoD; and DoDI 3020.50, Private Security Contractors Operating in Contingency Operations. This instruction provides Air Force Policy for the Department of the Air Force Civilian Police and _Security Guard Program_. It applies to all 23March-24 April, 2014 Department of the Air Force employees assigned to 0083, 0085 positions to include both contract and federally contracted Security Forces (SF). Compliance with this instruction is mandatory and it applies to Department of the Air Force military, civilian, Reserve, Air National Guard (does not include state contracted and/or non-dual status positions within the Air National Guard), and personnel from other US military branches assigned or attached to Air Force units, _government-owned, contractor-operated (GOCO)_ and contractor-owned, contractor operated (COCO) facilities.

## GUARDS UNION CONTRACT / APPENDIX D PHYSICAL FITNESS PROGRAM

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.

Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:

Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)

a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.

b) Guards that do not successfully pass the PFS will be afforded a second attempt

within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

Lincoln Glasner 476



## Lincoln
**Financial Group℠**

*15876475*

> **Please Return Response To:**
> The Lincoln National Life Insurance Company
> PO Box 2609, Omaha, NE 68103-2609
> Toll Free 800 423-2765  Fax 877 843-3950

## ABILITIES FORM

Patient Name: __Gerald Glasner__                    Date of Birth: _____

Occupation: _____                          Claim Number _____

Date of Last Office Visit: __2/11/17__              Date of Next Office Visit: __as needed__

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: _____                Date: _____

Provider Printed Name: _____               Degree: ☐ MD   ☐ DO   Other _____

Specialty: _____                           Phone: _____

### OR

☑ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | ✓ | |
| 11 - 20 lbs. | | ✓ | | |
| 21 - 35 lbs. | | ✓ | | |
| 36 - 50 lbs. | ✓ | | | |
| 51 - 100 lbs. | ✓ | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | ✓ | |
| Stand | | | ✓ | | |
| Walk | | | ✓ | | |
| Climb | | ✓ | | | |
| Bend | | ✓ | | | |
| Kneel | | ✓ | | | |
| Drive | | | | ✓ | |
| Finger | | | | ✓ | R / L / Both |
| Handle | | | | ✓ | R / L / Both |
| Operate Foot Controls | | | | ✓ | R / L / Both |
| Reach above the shoulder | | | ✓ | ✓ | R / L / Both |

Are there environmental factors that the patient should avoid?   ☐ Yes   ☑ No   Specify: _____

Specific Limitations or Restrictions not noted above: _____

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: _____               Date: __6/24/17__

Provider Printed Name: __Paul MC Combs__            Degree: ☑ MD   ☐ DO   Other _____

Specialty: __Neurosurgery__                         Phone: _____

Address: __2011 Murphy Ave, Ste 301, Nashville, TN  37203__

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC10248                                                                    Page 1 of 1
                                                                            8/12



**Lincoln**
**Financial Group®**

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT – DISABILITY
## (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)
(This form is to be completed without expense to the Company and returned by _____.)

Claim No: _____    Policy No: _____

Name of Patient *Gerald Glasner*    Date of Birth _____

When did symptoms first appear or accident happen?    Has patient ever had same or similar condition?
*Localized Back Pain, leg and hip pain*  ☒ Yes  ☐ No  If yes, state when and describe. *2001.*

(a) Diagnosis (including ICD Code(s))    (b) Subjective Findings *See attached*
*Degeneration of lumbar intervertebral disc*
*MSL. 36*

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)
*See attached*

(a) Date of First visit *9/14/16*    (b) Date of Last visit *10/19/16*    (c) Frequency of visits
                                                                    ☐ Weekly
(d) Nature of treatment (including surgery, and medications prescribed)    ☐ Monthly
*Epidural Steroid Injections, See attached*  ☒ Other (specify) *As needed*

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

   ☐ Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

   ☒ Class 2 - Medium manual activity* (15-30%)

   ☐ Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

   ☐ Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks: *Patient has special restrictions, due to the type of work*

(b) Mental Impairments (if applicable)

   (a) Please define "stress" as it applies to this claimant.    *N/A*
   (b) What stress and problems in interpersonal relations has claimant had on job?

   ☐ Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

   ☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

   ☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

   ☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

   ☐ Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)    (d) Blood Pressure (last visit) _____
   ☐ Class 1 (No limitation)    ☐ Class 2 (Slight limitation)            *N/A*  systolic/diastolic
   ☐ Class 3 (Marked limitation)    ☐ Class 4 (Complete limitation)

(a) Has patient  ☐ Recovered?  ☐ Improved?    (b) Has patient been hospital confined?  ☐ Yes  ☒ No
         ☐ Unchanged?  ☐ Retrogressed?    If Yes, give Name and Address of Hospital

                                   Confined from _____ to _____

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 406 of 507  Lincoln Glasner 478
PageID #: 519

(c)  Is patient ☒ Ambulatory?      ☐ House Confined?      ☐ Bed Confined?      ☐ Hospital Confined?

(a)  Is patient now totally disabled?                          (b)  Date you are medically certifying patient unable to work.
     Patient's Job    ☒ Yes   ☐ No
     Any other work  ☐ Yes   ☐ No                             12/01/16

(c)  When do you expect a fundamental or marked change in the future?
     ☐ 1 Month     ☐ 1-3 Months     ☐ 3-6 Months     ☒ Never
     Applies to:    ☒ Patient's Job     ☐ Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
☐ Yes  ☒ No  If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL        Date on which assistance was first required and received
☐ Bathing        _____        (washing self in tub, shower or by sponge bath, with or w/o equipment)
☐ Dressing       _____        (putting on, taking off garmets, braces or any artificial limbs normally worn)      N/A
☐ Toileting      _____        (getting to, from, on and off toilet; and performing related personal hygiene)
☐ Transferring   _____        (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
☐ Continence     _____        (voluntarily maintaining control of bladder and bowel function)
☐ Eating         _____        (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
☐ Yes  ☐ No  If "no", please explain when improvement may be expected:     N/A

(a)  Is patient a suitable candidate for occupational rehabilitation?      NO

(b)  Can present job be modified to allow for handling with impairment?   ☐ Yes  ☒ No

(c)  When could patient return to work?  _Disabled due to permanent restrictions._
     Patient's Job     ☐ Full-time   ☐ Part-time
     Any other Work    ☐ Full-time   ☐ Part-time

Restrictions and Limitations  No running or jogging more than a mile. No pushups or situps.

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print                 Degree                 Telephone Number
_Paul R. McCombs_                                _MD_

Street Address                                   City or Town            State            Zip Code

Signature (By Physician)  _Paul McCombs, MD_                                              Date  6/20/17

Howell Allen Clinic
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

Gerald W. Glasner

July 17, 2017

Dear Mr. Hornick;

This is my second appeal regarding denial of benefits as they pertain to claim #1170042164, per claims procedures as outlined in the policy.   I believe you (Lincoln Financial) needs to step back and look at the entire circumstances that got us where we are today.  You and my former employer, PSI, must be patient and allow time for medical forms to be completed and forwarded.  Obviously, you need information in a prudent fashion but there is no immediacy indicated in your insurance policy document regarding getting forms to you; your time frames are quite reasonable.  The Howell Allen Clinic in Nashville is a large physician practice with many patients and they can't drop what they are doing just to complete a medical form.   The initial claim package should have sufficed for the complete thirteen weeks of short term disability providing adequate time for follow up.  I am now sending you the completed "Abilities Form" that I received via e-mail on June 19 along with the "Long Term Attending Physicians Report" processed by Medicopy and sent earlier.   I did not receive a completed Abilities Form copy from Howell Allen Clinic until late Friday afternoon July 14; you may have been faxed a copy earlier.  The forms are included with this correspondence for your attention.

Thanks

Gerald Glasner

Gerald W. Glasner

July 17, 2017

Dear Mr. Hornick;

This is my second appeal regarding denial of benefits as they pertain to claim #1170042164, per claims procedures as outlined in the policy.   I believe you (Lincoln Financial) needs to step back and look at the entire circumstances that got us where we are today.  You and my former employer, PSI, must be patient and allow time for medical forms to be completed and forwarded.  Obviously, you need information in a prudent fashion but there is no immediacy indicated in your insurance policy document regarding getting forms to you; your time frames are quite reasonable.  The Howell Allen Clinic in Nashville is a large physician practice with many patients and they can't drop what they are doing just to complete a medical form.   The initial claim package should have sufficed for the complete thirteen weeks of short term disability providing adequate time for follow up.  I am now sending you the completed "Abilities Form" that I received via e-mail on June 19 along with the "Long Term Attending Physicians Report" processed by Medicopy and sent earlier.   I did not receive a completed Abilities Form copy from Howell Allen Clinic until late Friday afternoon July 14; you may have been faxed a copy earlier.  The forms are included with this correspondence for your attention.

Thanks

Gerald Glasner



**Lincoln**
Financial Group℠

*15876475*

Please Return Response To:
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765  Fax 877 843-3950

## ABILITIES FORM

Patient Name: ___Gerald Glasner___   Date of Birth: _____

Occupation: _____   Claim Number: _____

Date of Last Office Visit: _2/11/17_   Date of Next Office Visit: _as needed_

☐ The patient does not have functional/limitations or restrictions

Provider's Signature: _____   Date: _____

Provider Printed Name: _____   Degree: ☐ MD  ☐ DO  Other_____

Specialty: _____   Phone: _____

**OR**

☑ The patient has the following functional/limitations or restrictions:

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | ✓ | |
| 11 - 20 lbs. | | ✓ | | |
| 21 - 35 lbs. | | ✓ | | |
| 36 - 50 lbs. | ✓ | | | |
| 51 - 100 lbs. | ✓ | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | ✓ | |
| Stand | | | ✓ | | |
| Walk | | | ✓ | | |
| Climb | | ✓ | | | |
| Bend | | ✓ | | | |
| Kneel | | ✓ | | | |
| Drive | | | | ✓ | |
| Finger | | | | ✓ | R / L / Both |
| Handle | | | | ✓ | R / L / Both |
| Operate Foot Controls | | | | ✓ | R / L / Both |
| Reach above the shoulder | | | ✓ | ✓ | R / L / Both |

Are there environmental factors that the patient should avoid?  ☐ Yes  ☑ No   Specify: _____

Specific Limitations or Restrictions not noted above: _____

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: _____   Date: _6/24/17_

Provider Printed Name: _Paul MC Combs_   Degree: ☑ MD  ☐ DO  Other_____

Specialty: _Neurosurgery_   Phone: _____

Address: _2011 Murphy Ave, Ste 301, Nashville, TN 37203_

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC10248

Page 1 of 1
8/12

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 410 of 517   Lincol Glasner 482
PageID #: 523



**Lincoln**
**Financial Group®**

The Lincoln National Life Insurance Company. PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765  Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT – DISABILITY
## (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)
(This form is to be completed without expense to the Company and returned by _____.)

Claim No:_____     Policy No:_____

Name of Patient _Gerald Glasner_     Date of Birth _____

When did symptoms first appear or accident happen?     Has patient ever had same or similar condition?

_Localized Back Pain, leg and hip pain_     ☒ Yes  ☐ No  If yes, state when and describe. _2001._

(a) Diagnosis (including ICD Code(s))     (b) Subjective Findings _See attached_

_Degeneration of lumbar intervertebral disc_
_M51.36_

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

_See attached_

(a) Date of First visit _9/14/16_  (b) Date of Last visit _10/19/16_   (c) Frequency of visits

☐ Weekly

(d) Nature of treatment (including surgery, and medications prescribed)     ☐ Monthly

_Epidural Steroid Injections, See attached_   ☒ Other (specify) _As needed_

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

    ☐ Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

    ☒ Class 2 – Medium manual activity* (15-30%)

    ☐ Class 3 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

    ☐ Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks: _Patient has special restrictions, due to the type of work_

(b) Mental Impairments (if applicable)

    (a) Please define "stress" as it applies to this claimant.
    (b) What stress and problems in interpersonal relations has claimant had on job?     _N/A_

    ☐ Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

    ☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

    ☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

    ☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

    ☐ Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)     (d) Blood Pressure (last visit) _____
    ☐ Class 1(No limitation)   ☐ Class 2 (Slight limitation)                    systolic/diastolic
    ☐ Class 3 (Marked limitation)   ☐ Class 4 (Complete limitation)   _N/A_

(a) Has patient  ☐ Recovered?   ☐ Improved?     (b) Has patient been hospital confined?  ☐ Yes  ☒ No
             ☐ Unchanged?   ☐ Retrogressed?     If Yes, give Name and Address of Hospital

                                         Confined from _____ to _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and Its affiliates.     Page 1 of 4
GLC-01450   ATTPHYSTM     9/15

(c)  Is patient ☒ Ambulatory?        ☐ House Confined?        ☐ Bed Confined?        ☐ Hospital Confined?

(a)  Is patient now totally disabled?                                 (b) Date you are medically certifying patient unable to work.
Patient's Job      ☒ Yes  ☐ No
Any other work   ☐ Yes  ☐ No                                       12/01/16 ·

(c)  When do you expect a fundamental or marked change in the future?
☐ 1 Month       ☐ 1-3 Months       ☐ 3-6 Months       ☒ Never
Applies to:      ☒ Patient's Job       ☐ Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
☐ Yes  ☒ No   If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL       Date on which assistance was first required and received
☐ Bathing      _____   (washing self in tub, shower or by sponge bath, with or w/o equipment)
☐ Dressing     _____   (putting on, taking off garmets, braces or any artificial limbs normally worn)       N/A
☐ Toileting    _____   (getting to, from, on and off toilet; and performing related personal hygiene)
☐ Transferring _____   (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
☐ Continence   _____   (voluntarily maintaining control of bladder and bowel function)
☐ Eating       _____   (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
☐ Yes  ☐ No   If "no", please explain when improvement may be expected:      N/A.

(a)  Is patient a suitable candidate for occupational rehabilitation?      NO

(b)  Can present job be modified to allow for handling with impairment?   ☐ Yes  ☒ No

(c)  When could patient return to work?  Disabled due to permanent restrictions.
Patient's Job      ☐ Full-time   ☐ Part-time
Any other Work   ☐ Full-time   ☐ Part-time
Restrictions and Limitations  No running or jogging more than a mile. No pushups or situps.

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print            Degree            Telephone Number
Paul R. McCombs                             MD

Street Address                              City or Town          State          Zip Code

Signature (By Physician)  Paul McCombs, MD                        Date  6/20/17

**Howell Allen Clinic**
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

GLC-01450   ATTPHYSTM                                              Page 2 of 4
                                                                  9/15



**Lincoln**
Financial Group℠

15876675

| Please Return Response To: |
| --- |
| The Lincoln National Life Insurance Company |
| PO Box 2609, Omaha, NE 68103-2609 |
| Toll Free 800 423-2765  Fax 877 843-3950 |

## ABILITIES FORM

Patient Name: _____ Gerald Glasner _____     Date of Birth: _____

Occupation: _____     Claim Number: _____

Date of Last Office Visit: _2/16/17_____     Date of Next Office Visit: _as needed_____

☐ The patient does not have functional/limitations or restrictions

Provider's Signature: _____     Date: _____

Provider Printed Name: _____     Degree:  ☐ MD   ☐ DO  Other_____

Specialty: _____     Phone: _____

**OR**

☑ The patient has the following functional/limitations or restrictions:

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
| --- | --- | --- | --- | --- |
| 0 - 10 lbs. | | | ✓ | |
| 11 - 20 lbs. | | ✓ | | |
| 21 - 35 lbs. | | ✓ | | |
| 36 - 50 lbs. | ✓ | | | |
| 51 - 100 lbs. | ✓ | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
| --- | --- | --- | --- | --- | --- |
| Sit | | | | ✓ | |
| Stand | | | ✓ | | |
| Walk | | | ✓ | | |
| Climb | | ✓ | | | |
| Bend | | ✓ | | | |
| Kneel | | ✓ | | | |
| Drive | | | | ✓ | |
| Finger | | | | ✓ | R / L / Both |
| Handle | | | | ✓ | R / L / Both |
| Operate Foot Controls | | | | ✓ | R / L / Both |
| Reach above the shoulder | | | ✓ | ✓ | R / L / Both |

Are there environmental factors that the patient should avoid?   ☐ Yes  ☑ No    Specify: _____

Specific Limitations or Restrictions not noted above: _____

_____

The above statements are true and complete to the best of my knowledge and belief  I have read and understand the attached Fraud and Warning Statements

Provider's Signature: _____[signature]_____     Date: _6/24/17_____

Provider Printed Name: __Paul McCombs_____     Degree: ☑ MD   ☐ DO  Other_____

Specialty: __Neurosurgery_____     Phone: _____

Address: _2011 Murphy Ave, Ste 301, Nashville, TN 37203_____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC10248

Page 1 of 1
8/12

Date: Tue Jun 27 13:50:26 CDT 2017
From: Michael Hornick <Michael.Hornick@lfg.com>
To:
Message-ID: <1080668767.61498589426694.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group

 **LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Michael Hornick**
**Senior Claims Examiner, Claims**
LN10-Lincoln National Life Insurance Co
1600 Riveredge Parkway Suite 130
Atlanta, GA 30328
Toll Free Phone: 1-800-423-2765
Phone: 678-295-3261
Fax: 4029387989
Email: Michael.Hornick@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

June 27, 2017

GERALD W GLASNER

Re:     Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr. Glasner:

This letter is in reference to your claim for Short Term Disability benefits.

We have previously approved benefits to 06/01/2017 and recently received the following information for consideration of additional benefits:

- Attending Physician Statements
- Medical records from 2016

Based on the information you recently submitted to our office and the information already contained in your claim file, we are unable to consider additional benefits at this time.

To consider additional benefits, you will need to provide our office with current medical documentation that supports continued restrictions and limitations from your occupation.  This information should cover the period of time beginning on or around 04/01/2017 to current date.

Medical documentation should include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and/or laboratory results, x-ray results, MRI results, all types of therapy notes, operative reports, and consultations.  You are responsible for obtaining this information from your medical providers and any expense incurred in obtaining this information is your responsibility.  A note from your physician without supporting documentation as described above is not sufficient to consider additional benefits.

©2017  Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at <u>Claims@LFG.com</u>.  You can also register for our website at <u>www.Lincoln4Benefits.com</u> to view your benefits and claim status online 24 hours a day.

Sincerely,

Michael Hornick
678-295-3261
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company



**GLASNER, GERALD (id #1587675, dob:          )**

Jan. 26. 2017  2:32PM                                    No. 3736   P. 1

---

Sept 2000 Revision One

## ANESTHESIA RECORD
### St Thomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 1/26/2017 | Patient Name GLASNER, GERALD | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|
| | | Location OR1 | Time Printed 1/26/2017 2:22 PM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 |

| Anesthesiologist Culclasure, M D , John W M.D  0006  1:55 PM | Anesthesia Methods | | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | Code(s) |
|---|---|---|---|---|---|---|---|

| Surgeon | | | Start | Stop | Total | Procedure(s) Lumbar Translaminar ESI L2/L3 Left Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|---|
| | Anes | | | | | | |
| | Surg | | | | | | |

2:07    2:22    2:37                                          TOTALS

EVENTS                 1 - 13    14

EVENT MILESTONES

Physiological Graph

SpO2 (%) (GEM: 2)
SpO2 Pulse (bpm) (GEM: 2)
NIBP Dias (mm Hg) (GEM: 2)
NIBP Mean (mm Hg) (GEM: 2)
NIBP Sys (mm Hg) (GEM: 2)

2:07    2:22    2:37

| 1 | 2:07 PM | Start of Printed Anesthesia Record |
| 2 | 2:08 PM | Times assigned to procedure sequence are an artifact of the software. |
| 3 | 2:08 PM | Intraoperative assistant |
| 4 | 2:09 PM | NIBP,O2 sat,monitors applied. |
| 5 | 2:13 PM | Patient identity and site of planned procedure confirmed.: <hwilkerson - 1/26/2017 2:07 PM>: Ouraprep x 1  Allowed to dry |
| 6 | 2:14 PM | Patient placed prone. Skin prepped with povidone loding (unless noted otherwise).: Aseptic technique.: Physician mask on before procedure. |
| 7 | 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure according to policy.: <hwilkerson - 1/26/2017 2:07 PM> |
| 8 | 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. |
| 9 | 2:16 PM | 1% lido skin wheal raised with 25g needle |

| 10 | 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise).: CORRECTION: 20 g 3.5" Tuohy epidural needle. Confirmed epidural location with 3-3 ml Omnipaque 300. |
| 11 | 2:18 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS. |
| 12 | 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise).: Fluoroscopy time (sec): 8 Bandaid applied. Pt escorted to room. |
| 13 | 2:20 PM | Record has been electronically signed: <johnc - 1/26/2017 2:22 PM>, JWC 2:20 |
| 14 | 2:22 PM | End of Printed Anesthesia Record |

Signature:                                                    Date:

Copyright © 1997-2006 Drager Medical Systems, Inc.



GLASNER, GERALD (id #1587675, dob:         )

Jan. 26. 2017  2:39PM                                    No. 2736    P. 2

## INTRA-OP SUMMARY - StThomas Outpatient Neurosurgical Center

| Anesthetist | | ASA # | Surgery Date 1/26/2017 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|---|
| | | Location OR 1 | Time Printed 1/26/2017 2:22 PM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34816 |
| Anesthesiologist Culclasure,M.D., John W M.D. 0006  1:55 PM | | Anesthesia Methods | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | | Code(s) |

| Surgeon | | | Start | Stop | Total | Procedure(s) Lumbar Transclaminar ESI L2/L3 Left Fluoroscopy | | Code(s) |
|---|---|---|---|---|---|---|---|---|
| | Anes | | | | | | | |
| | Surg | | | | | | | |

### Events

| Date/Time | Description | Remarks | Signature | |
|---|---|---|---|---|
| 01/26 2:07 PM | Start of Printed Anesthesia Record | | | |
| 01/26 2:08 PM | Times assigned to procedure sequence are an artifact of the software. | | | |
| 01/26 2:08 PM | Intraoperative assistant | | | |
| 01/26 2:09 PM | NIBP,D2 set monitors applied. | | | |
| 01/26 2:13 PM | Patient identity and site of planned procedure confirmed | Duraprep x 1. Allowed to dry | hwilkerson | 2:07 PM |
| 01/26 2:14 PM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise) Aseptic technique. | Physician mask on before procedure. | | |
| 01/26 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure according to policy | | hwilkerson | 2:07 PM |
| 01/26 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | | | |
| 01/26 2:16 PM | 1% lido skin wheal raised with 25g needle. | | | |
| 01/26 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.) | CORRECTION. 20 g 3.5" Tuohy epidural needle. Confirmed epidural location with 2-3 ml Omnipaque 360. | | |
| 01/26 2:18 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS | | | |
| 01/26 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise). | Fluoroscopy time (sec). 6 Bandaid applied. Pt escorted to room. | | |
| 01/26 2:20 PM | Record has been electronically signed | JWC 2.20 | johnc | 2:22 PM |
| 01/26 2:22 PM | End of Printed Anesthesia Record | | | |

Copyright © 1997-2006 Drager Medical Systems, Inc.





GLASNER, GERALD (id #1587675, dob:          )

Nov. 9. 2016 11:25AM

N.  1891

Sept 2000 Revision One

## ANESTHESIA RECORD
### St.Thomas Outpatient Neurosurgical Center

PAGE:  1 of 1
REVISIONS:  0

| Anesthetist | | | ASA # | Surgery Date 11/9/2016 | Patient Name GLASNER, GERALD | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|---|
| | | | Location OR1 | Time Printed 11/9/2016 11.13 AM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 |

| Anesthesiologist Culclasure, M.D., John W. M.D  0906 10:54 AM | Anesthesia Methods | | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | Code(s) |
|---|---|---|---|---|---|---|

| Surgeon | | Start | Stop | Total | Procedure(s) Lumbar Transleminar EST L2/L3 Left Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|
| | Anes | | | | | |
| | Surg | | | | | |

|  | 11:00  11:15  11:30 | TOTALS |
|---|---|---|

EVENTS          1 - 13     14

EVENT MILESTONES:

▼ Physiological Graph ▼

SpO2 (%) (GEM: 2)
SpO2 Pulse (bpm) (GEM: 2)
NIBP Dias (mm Hg) (GEM: 2)       Λ
NIBP Mean (mm Hg) (GEM: 2)       Δ
NIBP Sys (mm Hg) (GEM: 2)        v

11:00   11:15   11:30

| 1 | 11:00 AM | Start of Printed Anesthesia Record |
| 2 | 11:01 AM | Intraoperative assistant |
| 3 | 11:01 AM | Times assigned to procedure sequence are an artifact of the software. |
| 4 | 11:02 AM | NIBP,O2 sat.monitors applied. |
| 5 | 11:06 AM | Patient identity and site of planned procedure confirmed.: <hwilkerson - 11/9/2016 11:03 AM>; Duraprep x 1. Allowed to dry. |
| 6 | 11:07 AM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure according to policy: <hwilkerson - 11/9/2016 11:00 AM> |
| 7 | 11:02 AM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise). Aseptic technique.: Physician mask on before procedure. |
| 8 | 11:08 AM | C-arm fluoroscopy used to identify interlaminar space and level for injection. |
| 9 | 11:09 AM | 1% lido skin wheal raised with 25g needle. |
| 10 | 11:10 AM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.): CORRECTION: 20 g 3.5" Touhy epidural needle Confirmed epidural location with 2-3 cc Omnipaque 300 |
| 11 | 11:11 AM | Methylprednisolone acetate 120 mg + 5 ml PFNS. |
| 12 | 11:12 AM | Patient tolerated the procedure well. No complications (unless noted otherwise).: Fluoroscopy time (sec): 7 Band-aid applied. Patient escorted to room. |
| 13 | 11:13 AM | Record has been electronically signed: <jpmc - 11/9/2016 11:13 AM> JWC 11:12 |
| 14 | 11:15 AM | End of Printed Anesthesia Record |

Signature:                                                                    Date:

Copyright © 1997-2006 Dräger Medical Systems, Inc.





STAT ... (illegible header text) ... GARNVELL TN 97123-1123

**GLASNER, GERALD (id #1587675, dob:            )**

Nov. 9, 2016 11:26AM                                            No. 1891    P. 2

Sept 2000 Revision One

## INTRA-OP SUMMARY - StThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | ASA # | Surgery Date 11/9/2016 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|
| | Location OR1 | Time Printed 11/9/2016 11:13 AM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 |

| Anesthesiologist Culclasure, M.D., John W M.D. 0006 10:56 AM | Anesthesia Methods | | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | Code(s) |
|---|---|---|---|---|---|---|---|

| Surgeon | | Start | Stop | Total | Procedure(s) Lumbar Transforaminer ESI L2/L3 Left Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|
| | Anes | | | | | |
| | Surg | | | | | |

### Events

| Date/Time | Description | Remarks | Signature | |
|---|---|---|---|---|
| 11/09 11:00 AM | Start of Printed Anesthesia Record | | | |
| 11/09 11:03 AM | Intraoperative assistant | | | |
| 11/09 11:03 AM | Times assigned to procedure sequence are an artifact of the software. | | | |
| 11/09 11:03 AM | NIBP,O2 set, monitors applied. | | | |
| 11/09 11:06 AM | Patient identity and site of planned procedure confirmed. | Duraprep x 1. Allowed to dry. | hwilkerson | 11:03 AM |
| 11/09 11:07 AM | TIME OUT/ PROCEDURE VERIFICATION Immediately prior to procedure according to policy | | hwilkerson | 11:00 AM |
| 11/09 11:07 AM | Patient placed prone. Skin prepped with povedone iodine (unless noted otherwise). Aseptic technique. | Physician mask on before procedure. | | |
| 11/09 11:08 AM | C-arm fluoroscopy used to identify interlaminal space and level for injection. | | | |
| 11/09 11:09 AM | 1% lido skin wheel raised with 25g needle. | | | |
| 11/09 11:10 AM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.) | CORRECTION: 20 g 3.5" Touhy epidural needle Confirmed epidural location with 2-3 cc Omnipaque 300. | | |
| 11/09 11:11 AM | Methylprednisolone acetate 120 mg + 5 ml PFRS. | | | |
| 11/09 11:12 AM | Patient tolerated the procedure well. No complications (unless noted otherwise). | Fluoroscopy time (sec). 7 Band-aid applied. Patient escorted to room. | | |
| 11/09 11:13 AM | Record has been electronically signed | JWC 11-17 | jwhrm | 11:13 AM |
| 11/09 11:13 AM | End of Printed Anesthesia Record | | | |

Copyright © 1992-2006 Dräger Medical Systems, Inc





**GLASNER, GERALD (id #1587675, dob:** )

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 10/19/2016**
Encounter Sign-Off
 Encounter signed-off by Paul McCombs III, MD, 10/20/2016.
Patient

| | | | |
|---|---|---|---|
| **Name** | GLASNER, GERALD (60yo, M) ID# 1587675 | **Appt. Date/Time** | 10/19/2016 11:15AM |
| **DOB** | | **Service Dept.** | STMP_NSURG_MDTWN_MURPHY |
| **Provider** | PAUL MCCOMBS III, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO) | | |

Insurance # : FJJHYLWEFUHZ
Policy/Group # : 000FJJ834021P016
PCP : GUPTA, RIMDA N, MD
Referring Provider Name : GUPTA, RIMDA N, MD
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

### Chief Complaint

None recorded.

### HPI

Mr. Gerald Glasner returns to office today in followup. I have gone over the results of the studies with him. He has what appears to be a far lateral disc at L2-3 on the left consistent with his clinical syndrome of back, hip and left leg pain. We will schedule him for an epidural and do a phone follow-up visit in four weeks.

### Past Medical History

Reviewed Past Medical History
anemia: **Y**

### Social History

Reviewed Social History
Smoking Status: Never smoker

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aciphex** | 10/20/16 | entered |
| **Bentyl** | 10/20/16 | entered |
| **lisinopril** | 10/20/16 | entered |
| **Zocor** | 10/20/16 | entered |

### Allergies

Reviewed Allergies
**PENICILLINS**: Other

### Family History

Reviewed Family History
Father - Heart disease

### ROS

None recorded.

### Vitals

10/19/2016 11:34 am

| | | |
|---|---|---|
| **Ht:** 6 ft | **Wt:** 180 lbs | **BMI:** 24.4 |
| **BP:** 130/88 sitting L arm | **HR:** 97 | **T:** 98 F° |

### Physical Exam

 



**GLASNER, GERALD (id #1587675, dob:                    )**
None recorded.

Assessment / Plan

**1. Degeneration of lumbar intervertebral disc**
    M51.36: Other intervertebral disc degeneration. lumbar region
    ● EPIDURAL STEROID INJECTION, LUMBAR (PROC) -    Note to Provider: L2-3 esi left
    Date of Procedure: 10/19/2016


Return to Office
None recorded.


Encounter performed and documented by Paul McCombs III, MD
Encounter reviewed & signed by Paul McCombs III, MD on 10/20/2016 at 3:16pm

 



**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**

Phreesia

Date of Visit: 10/18/2016 11:08 AM

---

## Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Date of Birth | |
| Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height | 6 feet, 0 inches |
| Weight | 180 pounds, 0 ounces |
| Primary Care Physician | RIMDA GUPTA |
| Referring Physician Same As Primary Care Physician | Yes |
| Chief Complaint | Lower Back-Radiating Pain |
| Additional Complaint | Mid Back-Pain |
| Reason for Visit Related to an Accident | No |
| Date Symptoms began | Jan 1996 |

Past Treatments
☑ None Of the Above
☐ Pain Medications
☐ Anti-Inflammatories
☑ Physical Therapy
☐ Chiropractor

Length of Treatment

| | 1 Week | 2 Weeks | 4 Weeks | More than 4 weeks |
|---|---|---|---|---|
| Physical Therapy | | | | ☑ |
| None Of the Above | | | | |

| | |
|---|---|
| Epidural Steroid Injection Confirmation | Yes |
| Number of Epidural Steroid Injections | 4 |
| Relief from Epidural Steroid Injections | No Relief |

## Past Medical History

Past and Current Medical Conditions
- anemia

## Surgical History

Surgeries or Procedures
- Hernia Repair
- Spinal Fusion

## Medications

Medications
☑ ACIPHEX        ☑ LISINOPRIL
☑ BENTYL         ☑ ZOCOR

## Pain Management/Narcotic Agreement

| | | | |
|---|---|---|---|
| Pain Management Doctor Confirmation | No | Narcotic Agreement Confirmation | No |

## Allergies

| | | | |
|---|---|---|---|
| Drug Allergies Confirmation | Yes | Allergy Reaction | |
| Drug Allergies | | | Other |
| - Penicillins | | Penicillins | ☒ |

## Family History

---

Ascension - Saint Thomas Medical Partners
4323 Carothers Pkwy Suite 306

Page: 1 of 3

 



GLASNER, GERALD (id #1587675, dob: )

**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**

Phreesia

Date of Visit: 10/18/2016 11:08 AM

Family Medical History Condition List
· Heart disease

Family Medical History Member

| | Mother | Father | Brother | Sister | Son | Daughter | Maternal Grandmother | Maternal Grandfather | Paternal Grandmother | Paternal Grandfather | Maternal Aunt | Maternal Uncle | Paternal Aunt | Paternal Uncle | Unspecified Relation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heart disease | ☒ | | | | | | | | | | | | | | |

| Social History | | | | |
|---|---|---|---|---|
| Work related injury? | No | | Education | 2 Year College |
| Are you currently employed? | Yes | | | |

| Substance Use | | | | |
|---|---|---|---|---|
| Alcohol intake | Moderate | | Smoking Status | Never smoker |

Ascension - Saint Thomas Medical Partners
4323 Carothers Pkwy Suite 306

Page: 2 of 3

 



**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**

Phreesia

Date of Visit: 10/18/2016 11:08 AM

## Review of Systems

**Review of Systems - Constitutional Symptoms ^**
- ☐ None
- ☐ Fever
- ☐ Chills
- ☐ Night Sweats
- ☐ Weight Loss
- ☐ Weight Gain
- ☐ Sleep Disturbance
- ☑ Lack of Energy

**Review of Systems - Eyes**
- ☑ None
- ☐ Double Vision
- ☐ Blurring of Vision
- ☐ Loss of Vision
- ☐ Sensitivity to Light

**Review of Systems - Ears, Nose, Throat ^**
- ☑ None
- ☐ Hearing Loss
- ☐ Dizziness
- ☐ Ringing in Ears
- ☐ Nosebleeds
- ☐ Sore Throat
- ☐ Hoarseness
- ☐ Trouble Swallowing

**Review of Systems - Cardiovascular**
- ☑ None
- ☐ Chest Pain
- ☐ Palpitations (heart fluttering/racing)
- ☐ Fainting Spells
- ☐ Swollen Ankles / Legs

**Review of Systems - Respiratory**
- ☑ None
- ☐ Frequent Cough
- ☐ Wheezing / Asthma
- ☐ Coughing Up Blood
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Emphysema

**Review of Systems - Gastrointestinal (Digestion)**
- ☐ None
- ☐ Constipation
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☑ Reflux
- ☐ Ulcer
- ☐ Abdominal Pain
- ☐ Dark Tarry Stool
- ☐ Rectal Bleeding
- ☐ Jaundice

**Review of Systems - Genitourinary (Urinary System)**
- ☐ None
- ☐ Frequent Urination
- ☐ Loss of Bladder Control
- ☐ Painful Urination
- ☐ Impotence
- ☑ Sexual Dysfunction
- ☐ Pelvic Pain
- ☐ Kidney Stones
- ☐ Vaginal Bleeding
- ☐ Blood in Urine

**Review of Systems - Muscoloskeletal ^**
- ☐ None
- ☐ Joint Swelling
- ☑ Arthritis
- ☐ Muscle Pain
- ☐ Trouble Walking
- ☑ Joint Pain
- ☐ Low Back Pain
- ☐ Neck Pain

**Review of Systems - Skin**
- ☑ None
- ☐ Rash
- ☐ Itching
- ☐ Dryness
- ☐ Suspicious Lesions

**Review of Systems - Neurological (Nervous System)**
- ☑ None
- ☐ Headaches
- ☐ Numbness
- ☐ Paralysis
- ☐ Falling Down
- ☐ Seizures
- ☐ Weakness
- ☐ Tremors / Shaking
- ☐ Memory Loss
- ☐ Concussion

**Review of Systems - Allergy/Immunologic**
- ☑ None
- ☐ Autoimmune Disorder
- ☐ Seasonal Allergies

**Review of Systems - Psychiatric**
- ☑ None
- ☐ Depressed
- ☐ Anxiety
- ☐ Suicidal Thoughts
- ☐ Paranoia
- ☐ Hallucinations

**Review of Systems - Endocrine (Hormones)**
- ☑ None
- ☐ Cold Intolerance
- ☐ Heat Intolerance
- ☐ Excessive Thirst
- ☐ Excessive Urination

**Review of Systems - Hematologic/Lymphatic**
- ☑ None
- ☐ Abnormal Bruising or Bleeding
- ☐ Hypercoaguable State
- ☐ Enlarged Lymph Nodes

 

![X]

## GLASNER, GERALD (id #1587675, dob: )

**Encounter Date: 09/14/2016**

Encounter Sign-Off
 Encounter signed-off by Paul McCombs III, MD, 09/15/2016.

Patient

| | | | |
|---|---|---|---|
| **Name** | GLASNER, GERALD (60yo, M) ID# 1587675 | **Appt. Date/Time** | 09/14/2016 11:30AM |
| **DOB** | | **Service Dept.** | STMP_NSURG_MDTWN_MURPHY |
| **Provider** | PAUL MCCOMBS III, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO) | | |

Med Primary: BCBS-TN (PPO)
 Insurance # : FJJHYLWEFUHZ
 Policy/Group # : 000FJJ834021P016
 PCP : GUPTA, RIMDA N, MD
 Referring Provider Name : GUPTA, RIMDA N, MD
 Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

### Chief Complaint

None recorded.

### HPI

Patient is a 60-year-old white male in the office today for evaluation of back and bilateral hip pain. Patient states that he underwent surgery by me 15 years ago. He is done really well over the years. Slightly developed some localized low back pain. Denies any radicular leg pain per se. It is worse with prolonged standing. He was recently diagnosed having osteopenia by his primary care physician. He is referred back here for an evaluation. He denies any radicular leg pain per se. He has some pain with hyperextension, relief forward flexion. No palpation along his well-healed incisional scar. We schedule him for a CT scan to see if he has hardware failure. I will be in touch regarding results when available further recommendation and followup.

### Past Medical History

Reviewed Past Medical History
anemia: **Y**

### Social History

Reviewed Social History
Smoking Status: Never smoker

### Medications

None recorded.

### Allergies

Reviewed Allergies
**PENICILLINS**: Other

### Family History

Reviewed Family History
Father — Heart disease

### ROS

None recorded.

### Vitals

09/14/2016 11:26 am

| | | |
|---|---|---|
| **Ht:** 6 ft | **Wt:** 180 lbs | **BMI:** 24.4 |
| **BP:** 130/83 sitting | **HR:** 103 | **T:** 97.2 F° ear |

### Physical Exam

None recorded.

### Assessment / Plan

**1. Degeneration of lumbar intervertebral disc**
 M51.36: Other intervertebral disc degeneration, lumbar region
 • CT, LUMBAR SPINE, W/O CONTRAST
 Appointment Date: 09/27/2016 Authorization #: no auth
 req'd
 Height (ft.): 6 ft 0 in    Weight (lbs): 180

 



Return to Office
- STMP_CT1 for CT 30 at STMP_NSURG_IMAGING CENTER on 09/27/2016 at 09:45 AM

Encounter performed and documented by Paul McCombs III, MD
Encounter reviewed & signed by Paul McCombs III, MD on 09/15/2016 at 7:13am





**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Mid Back-Pain

**Patient Report**
**Phreesia Intake**

Phreesia
Date of Visit: 9/14/2016 10:34 AM

## Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Patient Date of Birth | |
| Patient Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height | 6 feet, 0 inches |
| Weight | 180 pounds, 0 ounces |
| Primary Care Physician | RIMDA GUPTA |
| Is the Patient's Referring Physician their Primary Care Physician? | Yes |
| Physician | Paul McCombs |
| Chief Complaint | Mid Back-Pain |
| Additional Complaint | Left Hip Pain |
| Reason for Visit Related to an Accident | No |
| Date Symptoms began | 03/01/2015 |

Past Treatments
☐ Pain Medications                   ☐ Chiropractor
☐ Anti-Inflammatories              ☑ None Of the Above
☐ Physical Therapy

| | |
|---|---|
| Epidural Steroid Injection Confirmation | Yes |
| Number of Epidural Steroid Injections | 6 |
| Relief from Epidural Steroid Injections | No Relief |

## Past Medical History

Past and Current Medical Conditions
anemia

## Surgical History

Surgeries or Procedures
Hernia Repair                              Spinal Fusion

## Medications

Medications
☑ ACIPHEX          ☑ LISINOPRIL
☑ BENTYL           ☑ ZOCOR

## Pain Management/Narcotic Agreement

| | | | |
|---|---|---|---|
| Pain Management Doctor Confirmation | No | Narcotic Agreement Confirmation | No |

## Allergies

Drug Allergies Confirmation       Yes          Allergy Reaction

Drug Allergies                                              Itching Rash Nausea Vomiting Diarrhea Cough Hives Other
Penicillins                                           Penicillins                                              ☒

 



GLASNER, GERALD (id #1587675, dob:          )

**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Mid Back-Pain

**Patient Report**
**Phreesia Intake**

Phreesia

Date of Visit: 9/14/2016 10:34 AM

### Family History

Family Medical History Condition List –
    Heart disease

Family Medical History Member –

| | Mother Father Brother Sister | Maternal Grandmother | Maternal Grandfather | Paternal Grandfather | Paternal Grandmother | Unspecified Relation |
|---|---|---|---|---|---|---|
| Heart disease | ☒ | | | | | |

### Social History

| | | | |
|---|---|---|---|
| Work related injury? – | No | Education – | 2 Year College |
| Are you currently employed? – | Yes | | |

### Substance Use

| | | | |
|---|---|---|---|
| Alcohol intake – | Moderate | Smoking Status – | Never smoker |

 



SAINT THOMAS MEDICAL PARTNERS, 4323 HARDING ROAD, SUITE 430, NASHVILLE TN 37205-2023

GLASNER, GERALD (id #1587675, dob:

**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Mid Back-Pain

**Patient Report**
Phreesia Intake

Phreesia

Date of Visit 9/14/2016 10 34 AM

## Review of Systems

**Review of Systems - Constitutional Symptoms**
- ⃝ Fever
- ⃝ Chills
- ⃝ Night Sweats
- ⃝ Weight Loss
- ⃝ Weight Gain
- ⃝ Sleep Disturbance
- ⃝ Lack of Energy
- ☑ None

**Review of Systems - Eyes**
- ⃝ Double Vision
- ⃝ Blurring of Vision
- ⃝ Loss of Vision
- ⃝ Sensitivity to Light
- ☑ None

**Review of Systems - Ears, Nose, Throat**
- ☑ Hearing Loss
- ⃝ Dizziness
- ☑ Ringing in Ears
- ⃝ Nosebleeds
- ⃝ Sore Throat
- ⃝ Hoarseness
- ⃝ Trouble Swallowing
- ⃝ None

**Review of Systems - Cardiovascular**
- ⃝ Chest Pain
- ⃝ Palpitations (heart fluttering/racing)
- ⃝ Fainting Spells
- ⃝ Swollen Ankles / Legs
- ☑ None

**Review of Systems - Respiratory**
- ⃝ Frequent Cough
- ⃝ Wheezing / Asthma
- ⃝ Coughing Up Blood
- ⃝ Shortness of Breath
- ⃝ Sleep Apnea
- ⃝ Emphysema
- ☑ None

**Review of Systems - Gastrointestinal (Digestion)**
- ⃝ Constipation
- ⃝ Nausea
- ⃝ Vomiting
- ⃝ Diarrhea
- ☑ Reflux
- ⃝ Ulcer
- ⃝ Abdominal Pain
- ⃝ Dark Tarry Stool
- ⃝ Rectal Bleeding
- ⃝ Jaundice
- ⃝ None

**Review of Systems - Genitourinary (Urinary System)**
- ⃝ Frequent Urination
- ⃝ Loss of Bladder Control
- ⃝ Painful Urination
- ⃝ Impotence
- ☑ Sexual Dysfunction
- ⃝ Pelvic Pain
- ⃝ Kidney Stones
- ⃝ Vaginal Bleeding
- ⃝ Blood in Urine
- ⃝ None

**Review of Systems - Muscoloskeletal**
- ⃝ Joint Swelling
- ☑ Arthritis
- ⃝ Muscle Pain
- ⃝ Trouble Walking
- ☑ Joint Pain
- ☑ Low Back Pain
- ⃝ Neck Pain
- ⃝ None

**Review of Systems - Skin**
- ⃝ Rash
- ⃝ Itching
- ⃝ Dryness
- ⃝ Suspicious Lesions
- ☑ None

**Review of Systems - Neurological (Nervous System)**
- ⃝ Headaches
- ⃝ Numbness
- ⃝ Paralysis
- ⃝ Falling Down
- ⃝ Seizures
- ⃝ Weakness
- ⃝ Tremors / Shaking
- ⃝ Memory Loss
- ⃝ Concussion
- ☑ None

**Review of Systems - Allergy/Immunologic**
- ⃝ Autoimmune Disorder
- ⃝ Seasonal Allergies
- ☑ None

**Review of Systems - Psychiatric**
- ⃝ Depressed
- ⃝ Anxiety
- ⃝ Suicidal Thoughts
- ⃝ Paranoia
- ⃝ Hallucinations
- ☑ None

**Review of Systems - Endocrine (Hormones)**
- ⃝ Cold Intolerance
- ⃝ Heat Intolerance
- ⃝ Excessive Thirst
- ⃝ Excessive Urination
- ☑ None

**Review of Systems - Hematologic/Lymphatic**
- ⃝ Abnormal Bruising or Bleeding
- ⃝ Hypercoaguable State
- ⃝ Enlarged Lymph Nodes
- ☑ None





CHP Secure Transmission from LincoIn Health Care 901 PARTHILL IN 37902-8073

**GLASNER, GERALD (id #1587675, dob: _____ )**

**Imaging Results**

# CT SPINE LUMBAR WO CONTRAST

(#20648998, Final, 09/27/2016 8:21am)

PROCEDURE: CT LUMBAR SPINE WITHOUT CONTRAST

TECHNIQUE:  Computerized axial tomography of the lumbar spine was performed from
T12 to the sacrum without contrast material. CPT 72131

HISTORY:   DEGENERATION OF LUMBAR INTERVERTEBRAL DISC

COMPARISONS:  CT lumbar myelogram 2/5/2004 from Premier radiology .

FINDINGS:

Interpretation based on 5 lumbar vertebra. Largest most inferior disc space
labeled L5-S1.

There is a solid interbody fusion at L4-5. Bilateral pedicle screw and rod
fixation L4-5. No abnormal periprosthetic lucency noted. No acute fracture.
Normal vertebral body height. Mild disc space narrowing with degenerative
endplate sclerosis at L3-4. Trace grade 1 retrolisthesis L3 on L4.

T12-L1: No significant abnormality.

L1-2:  Diffuse bulge without central canal or foraminal stenosis .
L2-3:  Diffuse bulge. Broad LEFT lateral disc protrusion has increased. No
significant central stenosis. Mild LEFT foraminal narrowing .
L3-4:  Midline laminectomies. Diffuse posterior disc osteophyte complex without
central stenosis. Mild bilateral foraminal narrowing .
L4-5:  Midline laminectomies. Diffuse posterior osteophytic ridging without
central stenosis. Mild bilateral foraminal narrowing .
L5-S1: Midline laminectomies. Diffuse bulge, eccentric parasagittally towards
the RIGHT, without central canal or foraminal stenosis .
Other:  None .

IMPRESSION:
1. L1-2 demonstrates a diffuse bulge without central canal or foraminal
stenosis.
2. L2-3 demonstrates a diffuse bulge and broad LEFT lateral disc protrusion
without central stenosis. Mild LEFT foraminal narrowing.
3. L3-4 demonstrates decompressive laminectomies without central stenosis. Mild
bilateral foraminal narrowing.
4. L4-5 demonstrates decompressive laminectomies without central stenosis. Mild
bilateral foraminal narrowing. Interbody fusion at L4-5 appears solid.
5. L5-S1 demonstrates decompressive laminectomies without central canal or
foraminal stenosis  .


ws:HACTNRDWIN7565E

Electronically Signed By JOHN ALARCON on 2016-09-27 08:38 CTZ
Referring providers may call my direct line (615)986-6084





**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT - DISABILITY
## (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)
(This form is to be completed without expense to the Company and returned by _____)

Claim No: _____     Policy No: _____

Name of Patient *Gerald Glasner*     Date of Birth _____

When did symptoms first appear or accident happen?     Has patient ever had same or similar condition?
*Localized Back Pain, leg and hip pain*     ☒ Yes   ☐ No   If yes, state when and describe. *2001.*

(a) Diagnosis (including ICD Code(s)) *Degeneration of lumbar intervertebral disc M51.36*     (b) Subjective Findings *See attached*

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)
*See attached*

(a) Date of First visit *9/14/16*     (b) Date of Last visit *10/19/16*     (c) Frequency of visits
☐ Weekly
(d) Nature of treatment (including surgery, and medications prescribed)     ☐ Monthly
*Epidural Steroid Injections, See attached*     ☒ Other (specify) *As needed*

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

☐ Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

☒ Class 2 - Medium manual activity* (15-30%)

☐ Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

☐ Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks: *Patient has special restrictions, due to the type of work*

(b) Mental Impairments (if applicable)
   (a) Please define "stress" as it applies to this claimant.     *N/A*
   (b) What stress and problems in interpersonal relations has claimant had on job?

☐ Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

☐ Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)     (d) Blood Pressure (last visit) _____
   ☐ Class 1(No limitation)     ☐ Class 2 (Slight limitation)     *N/A*     systolic/diastolic
   ☐ Class 3 (Marked limitation)     ☐ Class 4 (Complete limitation)

(a) Has patient ☐ Recovered?   ☐ Improved?     (b) Has patient been hospital confined?   ☐ Yes   ☒ No
              ☐ Unchanged?   ☐ Retrogressed?     If Yes, give Name and Address of Hospital

Confined from _____ to _____

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 432 of 507   Lincoln/Glasner 504
PageID #: 545

(c) Is patient ☒ Ambulatory?  ☐ House Confined?  ☐ Bed Confined?  ☐ Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job  ☒ Yes  ☐ No
Any other work  ☐ Yes  ☐ No

(b) Date you are medically certifying patient unable to work.

12/01/16

(c) When do you expect a fundamental or marked change in the future?
☐ 1 Month  ☐ 1-3 Months  ☐ 3-6 Months  ☒ Never
Applies to:  ☒ Patient's Job  ☐ Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
☐ Yes  ☒ No  If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL      Date on which assistance was first required and received                                    N/A
☐ Bathing      _____  (washing self in tub, shower or by sponge bath, with or w/o equipment)
☐ Dressing      _____  (putting on, taking off garmets, braces or any artificial limbs normally worn)
☐ Toileting      _____  (getting to, from, on and off toilet; and performing related personal hygiene)
☐ Transferring  _____  (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
☐ Continence    _____  (voluntarily maintaining control of bladder and bowel function)
☐ Eating        _____  (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
☐ Yes  ☐ No  If "no", please explain when improvement may be expected:  N/A

(a) Is patient a suitable candidate for occupational rehabilitation?  NO

(b) Can present job be modified to allow for handling with impairment?  ☐ Yes  ☒ No

(c) When could patient return to work?  Disabled due to permanent restrictions.
Patient's Job     ☐ Full-time  ☐ Part-time
Any other Work    ☐ Full-time  ☐ Part-time

Restrictions and Limitations  No running or jogging more than a mile. No pushups or situps.

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print  Paul K. McCombs          Degree  MD          Telephone Number

Street Address          City or Town          State          Zip Code

Signature (By Physician)  Paul McCombs, MD          Date  6/20/17

Howell Allen Clinic
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

Page 2 of 4
9/15

GLC-01450  ATTPHYSTM

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 433 of 517   Lincoln/Glasner 505
PageID #: 546



**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765   Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT - DISABILITY
## (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)
(This form is to be completed without expense to the Company and returned by _____ )

Claim No: _____   Policy No: _____

Name of Patient *Gerald Glasner*     Date of Birth

When did symptoms first appear or accident happen?     Has patient ever had same or similar condition?
*Localized Back Pain, leg and hip pain*     ☒ Yes   ☐ No   If yes, state when and describe. *2001.*

(a) Diagnosis (including ICD Code(s))     (b) Subjective Findings *See attached*
*Degeneration of lumbar intervertebral disc*
*M51.36*

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)
*See attached*

(a) Date of First visit *9/14/16*   (b) Date of Last visit *10/19/16*   (c) Frequency of visits
  ☐ Weekly
(d) Nature of treatment (including surgery, and medications prescribed)   ☐ Monthly
*Epidural Steroid Injections. See attached*   ☒ Other (specify) *As needed*

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

  ☐ Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

  ☒ Class 2 - Medium manual activity* (15-30%)

  ☐ Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

  ☐ Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks: *Patient has special restrictions, due to the type of work*

(b) Mental Impairments (if applicable)
  (a) Please define "stress" as it applies to this claimant.       *N/A*
  (b) What stress and problems in interpersonal relations has claimant had on job?

  ☐ Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

  ☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

  ☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

  ☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

  ☐ Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)
Remarks:

(c) Functional Capacity (American Heart Association)     (d) Blood Pressure (last visit) _____
  ☐ Class 1(No limitation)     ☐ Class 2 (Slight limitation)     *N/A*   systolic/diastolic
  ☐ Class 3 (Marked limitation)     ☐ Class 4 (Complete limitation)

(a) Has patient   ☐ Recovered?   ☐ Improved?     (b) Has patient been hospital confined?   ☐ Yes   ☒ No
                 ☐ Unchanged?   ☐ Retrogressed?     If Yes, give Name and Address of Hospital

                                                    Confined from _____ to _____

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 434 of 517   Lincoln Glasner 506
PageID #: 547

(c)  Is patient ☒ Ambulatory?  ☐ House Confined?  ☐ Bed Confined?  ☐ Hospital Confined?

(a)  Is patient now totally disabled?
Patient's Job     ☒ Yes   ☐ No
Any other work   ☐ Yes   ☐ No

(b)  Date you are medically certifying patient unable to work.

12/01/16

(c)  When do you expect a fundamental or marked change in the future?
☐ 1 Month    ☐ 1-3 Months    ☐ 3-6 Months    ☒ Never
Applies to:    ☒ Patient's Job    ☐ Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
☐ Yes  ☒ No   If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL      Date on which assistance was first required and received

N/A

☐ Bathing      _____      (washing self in tub, shower or by sponge bath, with or w/o equipment)
☐ Dressing     _____      (putting on, taking off garmets, braces or any artificial limbs normally worn)
☐ Toileting    _____      (getting to, from, on and off toilet; and performing related personal hygiene)
☐ Transferring _____      (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
☐ Continence   _____      (voluntarily maintaining control of bladder and bowel function)
☐ Eating       _____      (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
☐ Yes  ☐ No   If "no", please explain when improvement may be expected:      N/A

(a)  Is patient a suitable candidate for occupational rehabilitation?   NO

(b)  Can present job be modified to allow for handling with impairment?   ☐ Yes  ☒ No

(c)  When could patient return to work?  Disabled due to permanent restrictions.
Patient's Job       ☐ Full-time    ☐ Part-time
Any other Work      ☐ Full-time    ☐ Part-time

Restrictions and Limitations  No running or jogging more than a mile. No pushups or situps.

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print          Degree          Telephone Number
Paul R. McCombs                            MD

Street Address          City or Town          State          Zip Code

Signature (By Physician)  Paul McCombs, MD          Date  6/20/17

Howell Allen Clinic
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

GLC-01450   ATTPHYSTM

Page 2 of 4
9/15



**GLASNER, GERALD (id #1587675, dob:              )**

Jan. 26. 2017  2:32PM                                          No. 3736   P. 1

---

Sept 2000 Revision One

# ANESTHESIA RECORD
## St Thomas Outpatient Neurosurgical Center

PAGE:  1 of 1
REVISIONS:  0

| Anesthetist | ASA # | Surgery Date 1/26/2017 | Patient Name GLASNER, GERALD | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|
| | Location OR1 | Time Printed 1/26/2017 2:22 PM | Age 63 Years | D.O.B. | Sex | Height | Medical Record # SC34910 |

| Anesthesiologist Culclasure, M.D., John W M.D 0006 1:55 PM | Anesthesia Methods | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | Code(s) |
|---|---|---|---|---|---|---|

| Surgeon | | Start | Stop | Total | Procedure(s) Lumbar Translaminar ESI L2/L3 Left Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|
| | Anes | | | | | |
| | Surg | | | | | |

| | 2:07 | 2:22 | 2:37 | | TOTALS |
|---|---|---|---|---|---|

EVENTS                    1 - 13    14

### EVENT MILESTONES

*Physiological Graph*



| SpO2 (%) (GEM:2) | | | 200 — 100 |
| SpO2 Pulse (bpm) (GEM:2) | | | 190 |
| NIBP Dias (mm Hg) (GEM:2) | | | 180 — 90 |
| NIBP Mean (mm Hg) (GEM:2) | | | 170 |
| NIBP Sys (mm Hg) (GEM:2) | | | 160 — 80 |

                 2:07    2:22    2:37

| | | | | |
|---|---|---|---|---|
| 1 | 2:07 PM | Start of Printed Anesthesia Record | 10 | 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.); CORRECTION: 20 g 3.5" Touhy epidural needle. Confirmed epidural location with 3-3 ml Omnipaque 300. |
| 2 | 2:08 PM | Times assigned to procedure sequence are an artifact of the software. | | | |
| 3 | 2:08 PM | Intraoperative assistant | | | |
| 4 | 2:09 PM | NIBP,O2 sat.monitors applied. | 11 | 2:18 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS. |
| 5 | 2:13 PM | Patient identity and site of planned procedure confirmed.: <hwilkerson - 1/26/2017 2-07 PM>; Ouraprep x 1  Allowed to dry | 12 | 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise).; Fluoroscopy time (sec); 6 Bandaid applied. Pt escorted to room. |
| 6 | 2:14 PM | Patient placed prone. Skin prepped with povidone iodine (unless noted otherwise). Aseptic technique.; Physician mask on before procedure. | | | |
| 7 | 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure according to policy: <hwilkerson - 1/26/2017 2:07 PM> | 13 | 2:20 PM | Record has been electronically signed: <johnc - 1/26/2017 3:22 PM>, JWC 9:20 |
| 8 | 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | 14 | 2:22 PM | End of Printed Anesthesia Record |
| 9 | 2:16 PM | 1% Lido skin wheal raised with 25g needle | | | |

Signature:                                                                        Date:

Copyright © 1997-2006 Drager Medical Systems, Inc.

 



GLASNER, GERALD (id #1587675, dob:          )

Jan. 26. 2017  2:39PM                                    No. 3736   P  2

Sept 2000 Revision One

## INTRA-OP SUMMARY - STThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 1/26/2017 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|---|
| | | Location OR 3 | Time Printed 1/26/2017 2:22 PM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34816 |

| Anesthesiologist | | | | Diagnosis | | | | Code(s) |
|---|---|---|---|---|---|---|---|---|
| Culclasure,M.D., John W M.D. 0066 1.55 HX | | Anesthesia Methods | | Lumbar Stenosis Lumbar Radiculopathy | | | | |

| Surgeon | | | Start | Stop | Total | Procedure(s) | Code(s) |
|---|---|---|---|---|---|---|---|
| | | Anes | | | | Lumbar Translaminar ESI L2/L3 Left Fluoroscopy | |
| | | Surg | | | | | |

### Events

| Date/Time | Description | Remarks | Signature | |
|---|---|---|---|---|
| 01/26 2:07 PM | Start of Printed Anesthesia Record | | | |
| 01/26 2:08 PM | Times assigned to procedure sequence are an artifact of the software. | | | |
| 01/26 2:08 PM | Intraoperative assistant | | | |
| 01/26 2:09 PM | NIBP,D2 set monitors applied. | | | |
| 01/26 2:13 PM | Patient identity and site of planned procedure confirmed | Duraprep x 1. Allowed to dry | hwilkerson | 2:07 PM |
| 01/26 2:14 PM | Patient placed prone. Skin prepped with povodone iodine (unless noted otherwise) Aseptic technique. | Physician mask on before procedure. | | |
| 01/26 2:14 PM | TIME OUT/ PROCEDURE VERIFICATION immediately prior to procedure according to policy | | hwilkerson | 2:07 PM |
| 01/26 2:15 PM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | | | |
| 01/26 2:16 PM | 1% lido skin wheal raised with 25g needle. | | | |
| 01/26 2:17 PM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia  (Unless noted otherwise.) | CORRECTION. 20 g 3.5" Tuohy epidural needle. Confirmed epidural location with 2-3 ml Omnipaque 300. | | |
| 01/26 2:18 PM | Methylprednisolone acetate 120 mg + 5 ml PFNS | | | |
| 01/26 2:19 PM | Patient tolerated the procedure well. No complications (unless noted otherwise). | Fluoroscopy time (sec). 6 Bandaid applied. Pt escorted to room. | | |
| 01/26 2:20 PM | Record has been electronically signed | JWC 2.20 | johnc | 2:22 PM |
| 01/26 2:22 PM | End of Printed Anesthesia Record | | | |

Copyright © 1997-2006 Drager Medical Systems, Inc.

 

STP9 NeuroThomas W MD Surgeon P...BPS CLINICAL...No 101 TRANSPLAC...02-09782

**GLASNER, GERALD (id #1587675, dob:** )

Nov. 9, 2016 11:28AM

No 1891

Sept 2000 Revision One

# ANESTHESIA RECORD
## St.Thomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 11/9/2016 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|---|
| | | Location OR1 | Time Printed 11/9/2016 11:13 AM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 |
| Anesthesiologist Culcasure, M.G., John W M.D  0906 10:54 AM | Anesthesia Methods | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | | Code(s) |

| Surgeon | | | Start | Stop | Total | Procedure(s) Lumbar Transteminar EST L2/L3 Left Fluoroscopy | Code(s) |
|---|---|---|---|---|---|---|---|
| | Anes | | | | | | |
| | Surg | | | | | | |

|  | 11:00 | 11:15 | 11:30 | TOTALS |
|---|---|---|---|---|

EVENTS — 1 - 13   14

EVENT MILESTONES:

▼ Physiological Graph ▼

| | |
|---|---|
| SpO2 (%) (GEM: 2) | — |
| SpO2 Pulse (bpm) (GEM: 2) | — |
| NIBP Dias (mm Hg) (GEM: 2) | ∧ |
| NIBP Mean (mm Hg) (GEM: 2) | ◇ |
| NIBP Sys (mm Hg) (GEM: 2) | ∨ |

11:00   11:15   11:30

| | | | |
|---|---|---|---|
| 1 | 11:00 AM | Start of Printed Anesthesia Record | |
| 2 | 11:01 AM | Intraoperative assistant | |
| 3 | 11:01 AM | Times assigned to procedure sequence are an artifact of the software. | |
| 4 | 11:02 AM | NIBP/O2 sat monitors applied. | |
| 5 | 11:06 AM | Patient identity and site of planned procedure confirmed.: <Whitkerson - 11/9/2016 11:03 AM>; Duraprep x 1. Allowed to dry. | |
| 6 | 11:07 AM | TIME OUT/ PROCEDURE VERIFICATION Immediately prior to procedure according to policy: <Whitkerson - 11/9/2016 11:00 AM> | |
| 7 | 11:07 AM | Patient placed prone. Skin prepped with povodine iodine (unless noted otherwise). Aseptic technique.: Physician mask on before procedure. | |
| 8 | 11:08 AM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | |
| 9 | 11:09 AM | 1% xylo skin wheal raised with 25g needle. | |
| 10 | 11:10 AM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (unless noted otherwise.): CORRECTION: 20 g 3.5" Touhy epidural needle Confirmed epidural location with 2-3 cc Omnipaque 300 |
| 11 | 11:11 AM | Methylprednisolone acetate 120 mg + 5 ml PFNS. |
| 12 | 11:12 AM | Patient tolerated the procedure well. No complications (unless noted otherwise).: Fluroscopy time (sec): 7 Band-aid applied. Patient escorted to room. |
| 13 | 11:13 AM | Record has been electronically signed: <jphix - 11/9/2016 11:13 AM> JWC 11:12 |
| 14 | 11:15 AM | End of Printed Anesthesia Record |

Signature: _____   Date: _____

Copyright © 1997-2006 Dräger Medical Systems, Inc.



SLIDE TELEVISION WORLD (illegible)

**GLASNER, GERALD (id #1587675, dob:          )**

Nov. 9, 2016 11:26AM                                            No. 1891   P 2

Sept 2000 Revision One

## INTRA-OP SUMMARY - StThomas Outpatient Neurosurgical Center

PAGE: 1 of 1
REVISIONS: 0

| Anesthetist | | ASA # | Surgery Date 11/9/2016 | Patient Name GLASNER, GERALD | | | Weight | Social Security Numb |
|---|---|---|---|---|---|---|---|---|
| | | Location OR1 | Time Printed 11/9/2016 11:13 AM | Age 61 Years | D.O.B. | Sex | Height | Medical Record # SC34810 |

| Anesthesiologist Culdasura, M.D., John W. M.D, 0005 10:54 AM | Anesthesia Methods | | | | Diagnosis Lumbar Stenosis Lumbar Radiculopathy | | | Code(s) |
|---|---|---|---|---|---|---|---|---|

| Surgeon | | | Start | Stop | Total | Procedure(s) Lumbar Transforminer ESI L2/L3 Left Fluoroscopy | | Code(s) |
|---|---|---|---|---|---|---|---|---|
| | Anes | | | | | | | |
| | Surg | | | | | | | |

### Events

| Date/Time | Description | Remarks | Signature | |
|---|---|---|---|---|
| 11/09 11:00 AM | Start of Printed Anesthesia Record | | | |
| 11/09 11:01 AM | Intraoperative assistant | | | |
| 11/09 11:01 AM | Times assigned to procedure sequence are an artifact of the software. | | | |
| 11/09 11:02 AM | NIBP,O2 set, monitors applied. | | | |
| 11/09 11:06 AM | Patient identity and site of planned procedure confirmed. | Duraprep x 1. Allowed to dry. | hwilkerson | 11:03 AM |
| 11/09 11:07 AM | TIME OUT/ PROCEDURE VERIFICATION Immediately prior to procedure according to policy | | hwilkerson | 11:00 AM |
| 11/09 11:07 AM | Patient placed prone. Skin prepped with povidone iodine (unless noted otherwise). Aseptic technique. | Physician mask on before procedure. | | |
| 11/09 11:08 AM | C-arm fluoroscopy used to identify interlaminar space and level for injection. | | | |
| 11/09 11:09 AM | 1% lida skin wheal raised with 25g needle. | | | |
| 11/09 11:10 AM | 17g Touhey needle to epidural space using saline "loss of resistance" technique. Aspiration negative. No paresthesia. (Unless noted otherwise.) | CORRECTION: 20 g 3.5" Touhy epidural needle Confirmed epidural location with 2-3 cc Omnipaque 300. | | |
| 11/09 11:11 AM | Methylprednisolone acetate 120 mg + 5 ml PF85. | | | |
| 11/09 11:12 AM | Patient tolerated the procedure well. No complications (unless noted otherwise). | Fluoroscopy time (sec). 7 Band-aid applied. Patient escorted to room. | | |
| 11/09 11:13 AM | Record has been electronically signed | JWC 11:17 | johnc | 11:13 AM |
| 11/09 11:13 AM | End of Printed Anesthesia Record | | | |

Copyright © 1997-2006 Dräger Medical Systems, Inc

 



**GLASNER, GERALD (id #1587675, dob:                )**

## Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 10/19/2016**
Encounter Sign-Off
 Encounter signed-off by Paul McCombs III, MD, 10/20/2016.
Patient

| **Name** | GLASNER, GERALD (60yo, M) ID# 1587675 | **Appt. Date/Time** | 10/19/2016 11:15AM |
|---|---|---|---|
| **DOB** | | **Service Dept.** | STMP_NSURG_MDTWN_MURPHY |
| **Provider** | PAUL MCCOMBS III, MD | | |

**Insurance**   Med Primary: BCBS-TN (PPO)
   Insurance # : FJJHYLWEFUHZ
   Policy/Group # : 000FJJ834021P016
   PCP : GUPTA, RIMDA N, MD
   Referring Provider Name : GUPTA, RIMDA N, MD
   Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify
      coverage and all member demographic information. details

### Chief Complaint

None recorded.

### HPI

Mr. Gerald Glasner returns to office today in followup. I have gone over the results of the studies with him. He has what appears to be a far lateral disc at L2-3 on the left consistent with his clinical syndrome of back, hip and left leg pain. We will schedule him for an epidural and do a phone follow-up visit in four weeks.

### Past Medical History

Reviewed Past Medical History
anemia: **Y**

### Social History

Reviewed Social History
Smoking Status: Never smoker

### Medications

Reviewed Medications

| **Aciphex** | 10/20/16 | entered |
|---|---|---|
| **Bentyl** | 10/20/16 | entered |
| **lisinopril** | 10/20/16 | entered |
| **Zocor** | 10/20/16 | entered |

### Allergies

Reviewed Allergies
**PENICILLINS**: Other

### Family History

Reviewed Family History
Father                    - Heart disease

### ROS

None recorded.

### Vitals

10/19/2016 11:34 am

| **Ht:** 6 ft | **Wt:** 180 lbs | **BMI:** 24.4 |
|---|---|---|
| **BP:** 130/88 sitting L arm | **HR:** 97 | **T:** 98 F° |

### Physical Exam

 



ОН Наш Ион и наш гон гон: 2015 # эта ЕН ВЕ ВЕ ВЕН ВЕ ВИ

## GLASNER, GERALD (id #1587675, dob:              )

None recorded.

Assessment / Plan

**1. Degeneration of lumbar intervertebral disc**
 M51.36: Other intervertebral disc degeneration. lumbar region
 • EPIDURAL STEROID INJECTION, LUMBAR (PROC) -    Note to Provider: L2-3 esi left
 Date of Procedure: 10/19/2016


Return to Office
 None recorded.


Encounter performed and documented by Paul McCombs III, MD
Encounter reviewed & signed by Paul McCombs III, MD on 10/20/2016 at 3:16pm

 



**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**

 Phreesia

Date of Visit: 10/18/2016 11:08 AM

## Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Date of Birth | |
| Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height | 6 feet, 0 inches |
| Weight | 180 pounds, 0 ounces |
| Primary Care Physician | RMDA GUPTA |
| Referring Physician Same As Primary Care Physician | Yes |
| Chief Complaint ≛ | Lower Back-Radiating Pain |
| Additional Complaint ≛ | Mid Back-Pain |
| Reason for Visit Related to an Accident | No |
| Date Symptoms began ≛ | Jan 1996 |

Past Treatments ≛
☑ None Of the Above               ☑ Physical Therapy
☐ Pain Medications               ☐ Chiropractor
☐ Anti-Inflammatories

Length of Treatment ≛

| | 1 Week | 2 Weeks | 4 Weeks | More than 4 weeks |
|---|---|---|---|---|
| Physical Therapy/ | | | | ☒ |
| None Of the Above | | | | |

| | |
|---|---|
| Epidural Steroid Injection Confirmation | Yes |
| Number of Epidural Steroid Injections ≛ | 4 |
| Relief from Epidural Steroid Injections | No Relief |

## Past Medical History

Past and Current Medical Conditions
- anemia

## Surgical History

Surgeries or Procedures
- Hernia Repair               - Spinal Fusion

## Medications

Medications
☑ ACIPHEX               ☑ LISINOPRIL
☑ BENTYL               ☑ ZOCOR

## Pain Management/Narcotic Agreement

| | | | |
|---|---|---|---|
| Pain Management Doctor Confirmation | No | Narcotic Agreement Confirmation | No |

## Allergies

| | | | |
|---|---|---|---|
| Drug Allergies Confirmation | Yes | Allergy Reaction | |
| Drug Allergies | | | Other |
| - Penicillins | | Penicillins | ☒ |

## Family History





**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
**Phreesia Intake**

Phreesia

Date of Visit: 10/18/2016 11:08 AM

Family Medical History Condition List
- Heart disease

Family Medical History Member

| | Mother | Father | Brother | Sister | Son | Daughter | Maternal Grandmother | Maternal Grandfather | Paternal Grandmother | Paternal Grandfather | Maternal Aunt | Maternal Uncle | Paternal Aunt | Paternal Uncle | Unspecified Relation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Heart disease | ☑ | | | | | | | | | | | | | | |

### Social History

| | | | |
|---|---|---|---|
| Work related injury? | No | Education | 2 Year College |
| Are you currently employed? | Yes | | |

### Substance Use

| | | | |
|---|---|---|---|
| Alcohol intake | Moderate | Smoking Status | Never smoker |

Ascension - Saint Thomas Medical Partners
4323 Carothers Pkwy Suite 308

Page: 2 of 3

 

**GLASNER, GERALD (id #1587675, dob:**         **)**



**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Lower Back-Radiating Pain

**Patient Report**
Phreesia Intake



Date of Visit: 10/18/2016 11:08 AM

---

## Review of Systems

**Review of Systems - Constitutional Symptoms ⌃**
- ☐ None
- ☐ Fever
- ☐ Chills
- ☐ Night Sweats
- ☐ Weight Loss
- ☐ Weight Gain
- ☐ Sleep Disturbance
- ☑ Lack of Energy

**Review of Systems - Eyes**
- ☑ None
- ☐ Double Vision
- ☐ Blurring of Vision
- ☐ Loss of Vision
- ☐ Sensitivity to Light

**Review of Systems - Ears, Nose, Throat ⌃**
- ☑ None
- ☐ Hearing Loss
- ☐ Dizziness
- ☐ Ringing in Ears
- ☐ Nosebleeds
- ☐ Sore Throat
- ☐ Hoarseness
- ☐ Trouble Swallowing

**Review of Systems - Cardiovascular**
- ☑ None
- ☐ Chest Pain
- ☐ Palpitations (heart fluttering/racing)
- ☐ Fainting Spells
- ☐ Swollen Ankles / Legs

**Review of Systems - Respiratory**
- ☑ None
- ☐ Frequent Cough
- ☐ Wheezing / Asthma
- ☐ Coughing Up Blood
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Emphysema

**Review of Systems - Gastrointestinal (Digestion)**
- ☐ None
- ☐ Constipation
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☑ Reflux
- ☐ Ulcer
- ☐ Abdominal Pain
- ☐ Dark Tarry Stool
- ☐ Rectal Bleeding
- ☐ Jaundice

**Review of Systems - Genitourinary (Urinary System)**
- ☐ None
- ☐ Frequent Urination
- ☐ Loss of Bladder Control
- ☐ Painful Urination
- ☐ Impotence
- ☑ Sexual Dysfunction
- ☐ Pelvic Pain
- ☐ Kidney Stones
- ☐ Vaginal Bleeding
- ☐ Blood in Urine

**Review of Systems - Muscoloskeletal ⌃**
- ☐ None
- ☐ Joint Swelling
- ☑ Arthritis
- ☐ Muscle Pain
- ☐ Trouble Walking
- ☑ Joint Pain
- ☐ Low Back Pain
- ☐ Neck Pain

**Review of Systems - Skin**
- ☑ None
- ☐ Rash
- ☐ Itching
- ☐ Dryness
- ☐ Suspicious Lesions

**Review of Systems - Neurological (Nervous System)**
- ☑ None
- ☐ Headaches
- ☐ Numbness
- ☐ Paralysis
- ☐ Falling Down
- ☐ Seizures
- ☐ Weakness
- ☐ Tremors / Shaking
- ☐ Memory Loss
- ☐ Concussion

**Review of Systems - Allergy/Immunologic**
- ☑ None
- ☐ Autoimmune Disorder
- ☐ Seasonal Allergies

**Review of Systems - Psychiatric**
- ☑ None
- ☐ Depressed
- ☐ Anxiety
- ☐ Suicidal Thoughts
- ☐ Paranoia
- ☐ Hallucinations

**Review of Systems - Endocrine (Hormones)**
- ☑ None
- ☐ Cold Intolerance
- ☐ Heat Intolerance
- ☐ Excessive Thirst
- ☐ Excessive Urination

**Review of Systems - Hematologic/Lymphatic**
- ☑ None
- ☐ Abnormal Bruising or Bleeding
- ☐ Hypercoaguable State
- ☐ Enlarged Lymph Nodes

---

 



## GLASNER, GERALD (id #1587675, dob:                    )
**Encounter Date: 09/14/2016**
Encounter Sign-Off
 Encounter signed-off by Paul McCombs III, MD, 09/15/2016.
Patient

| | | | |
|---|---|---|---|
| **Name** | GLASNER, GERALD (60yo, M) ID# 1587675 | **Appt. Date/Time** | 09/14/2016 11:30AM |
| **DOB** | | **Service Dept.** | STMP_NSURG_MDTWN_MURPHY |
| **Provider** | PAUL MCCOMBS III, MD | | |
| **Insurance** | Med Primary: BCBS-TN (PPO) | | |

Insurance # : FJJHYLWEFUHZ
Policy/Group # : 000FJJ834021P016
PCP : GUPTA, RIMDA N, MD
Referring Provider Name : GUPTA, RIMDA N, MD
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

### Chief Complaint

None recorded.

### HPI

Patient is a 60-year-old white male in the office today for evaluation of back and bilateral hip pain. Patient states that he underwent surgery by me 15 years ago. He is done really well over the years. Slightly developed some localized low back pain. Denies any radicular leg pain per se. It is worse with prolonged standing. He was recently diagnosed having osteopenia by his primary care physician. He is referred back here for an evaluation. He denies any radicular leg pain per se. He has some pain with hyperextension, relief forward flexion. No palpation along his well-healed incisional scar. We schedule him for a CT scan to see if he has hardware failure. I will be in touch regarding results when available further recommendation and followup.

### Past Medical History

Reviewed Past Medical History
anemia: **Y**

### Social History

Reviewed Social History
Smoking Status: Never smoker

### Medications

None recorded.

### Allergies

Reviewed Allergies
**PENICILLINS**: Other

### Family History

Reviewed Family History
Father                         - Heart disease

### ROS

None recorded.

### Vitals

09/14/2016 11:26 am

| **Ht:** 6 ft | **Wt:** 180 lbs | **BMI:** 24.4 |
|---|---|---|
| **BP:** 130/83 sitting | **HR:** 103 | **T:** 97.2 F° ear |

### Physical Exam

None recorded.

### Assessment / Plan

**1. Degeneration of lumbar intervertebral disc**
    M51.36: Other intervertebral disc degeneration, lumbar region
    • CT, LUMBAR SPINE, W/O CONTRAST
    Appointment Date: 09/27/2016 Authorization #: no auth
                                req'd
Height (ft.): 6 ft 0 in        Weight (lbs): 180

 



**GLASNER, GERALD (id #1587675, dob:                )**

Return to Office
- STMP_CT1 for CT 30 at STMP_NSURG_IMAGING CENTER on 09/27/2016 at 09:45 AM

Encounter performed and documented by Paul McCombs III, MD
Encounter reviewed & signed by Paul McCombs III, MD on 09/15/2016 at 7:13am



Lincoln Glasner 518



STMP Saint Thomas Medical Partners 3343 Perimeter Hill Dr. Ste 201 NASHVILLE TN 37-03-3887

**GLASNER, GERALD (id #1587675, dob:** )

| | | |
|---|---|---|
| **Gerald Glasner**<br>DOB:<br>Age: 60<br>Gender: Male<br>Chief Complaint: Mid Back-Pain | **Patient Report**<br>Phreesia Intake | <br>Date of Visit 9/14/2016 10:34 AM |

## Patient Medical Questionnaire

| | |
|---|---|
| Patient Name | Gerald Glasner |
| Patient ID | 1587675 |
| Patient Date of Birth | |
| Patient Gender | Male |
| Street Address | |
| City, State and ZIP Code | |
| Height ≐ | 6 feet, 0 inches |
| Weight ≐ | 180 pounds, 0 ounces |
| Primary Care Physician ≐ | RIMDA GUPTA |
| Is the Patient's Referring Physician their Primary Care Physician? ≐ | Yes |
| Physician ≐ | Paul McCombs |
| Chief Complaint ≐ | Mid Back-Pain |
| Additional Complaint ≐ | Left Hip Pain |
| Reason for Visit Related to an Accident ≐ | No |
| Date Symptoms began ≐ | 03/01/2015 |
| Past Treatments ≐<br>☐ Pain Medications<br>☐ Anti-Inflammatories<br>☐ Physical Therapy | ☐ Chiropractor<br>☑ None Of the Above |
| Epidural Steroid Injection Confirmation ≐ | Yes |
| Number of Epidural Steroid Injections ≐ | 6 |
| Relief from Epidural Steroid Injections ≐ | No Relief |

## Past Medical History

Past and Current Medical Conditions ≐
  anemia

## Surgical History

Surgeries or Procedures ≐
  Hernia Repair                                    · Spinal Fusion

## Medications

| Medications ≐<br>☑ ACIPHEX<br>☑ BENTYL | ☑ LISINOPRIL<br>☑ ZOCOR | |
|---|---|---|

## Pain Management/Narcotic Agreement

| Pain Management Doctor<br>Confirmation ≐ | No | Narcotic Agreement<br>Confirmation ≐ | No |
|---|---|---|---|

## Allergies

| Drug Allergies Confirmation ≐ | Yes | Allergy Reaction ≐ | |
|---|---|---|---|
| Drug Allergies ≐<br>  Penicillins | | Itching Rash Nausea Vomiting Diarrhea Cough Hives Other<br>Penicillins | |

 



GLASNER, GERALD (id #1587675, dob:          )

**Gerald Glasner**
DOB.
Age: 60
Gender: Male
Chief Complaint: Mid Back-Pain

**Patient Report**
**Phreesia Intake**

Phreesia

Date of Visit: 9/14/2016 10:34 AM

### Family History

Family Medical History Condition List –
  Heart disease

Family Medical History Member –

|  | Mother | Father | Brother | Sister | Maternal Grandmother | Maternal Grandfather | Paternal Grandfather | Paternal Grandmother | Unspecified Relation |
|---|---|---|---|---|---|---|---|---|---|
| Heart disease | | ☒ | | | | | | | |

### Social History

| | | | | |
|---|---|---|---|---|
| Work related injury? – | No | | Education – | 2 Year College |
| Are you currently employed? – | Yes | | | |

### Substance Use

| | | | | |
|---|---|---|---|---|
| Alcohol intake – | Moderate | | Smoking Status – | Never smoker |

 



SAINT THOMAS MEDICAL PARTNERS, 4323 CAROTHERS PARKWAY, SUITE 308, NASHVILLE TN 37209-2023

**GLASNER, GERALD (id #1587675, dob:** )

**Gerald Glasner**
DOB:
Age: 60
Gender: Male
Chief Complaint: Mid Back-Pain

**Patient Report**
Phreesia Intake



Date of Visit: 9/14/2016 10:34 AM

## Review of Systems

**Review of Systems - Constitutional Symptoms**
- ○ Fever
- ○ Chills
- ☐ Night Sweats
- ☐ Weight Loss
- ○ Weight Gain
- ☐ Sleep Disturbance
- ☐ Lack of Energy
- ☑ None

**Review of Systems - Eyes**
- ☐ Double Vision
- ☐ Blurring of Vision
- ☐ Loss of Vision
- ☐ Sensitivity to Light
- ☑ None

**Review of Systems - Ears, Nose, Throat**
- ☑ Hearing Loss
- ☐ Dizziness
- ☑ Ringing in Ears
- ☐ Nosebleeds
- ☐ Sore Throat
- ☐ Hoarseness
- ☐ Trouble Swallowing
- ☐ None

**Review of Systems - Cardiovascular**
- ☐ Chest Pain
- ☐ Palpitations (heart fluttering/racing)
- ☐ Fainting Spells
- ☐ Swollen Ankles / Legs
- ☑ None

**Review of Systems - Respiratory**
- ☐ Frequent Cough
- ☐ Wheezing / Asthma
- ☐ Coughing Up Blood
- ☐ Shortness of Breath
- ☐ Sleep Apnea
- ☐ Emphysema
- ☑ None

**Review of Systems - Gastrointestinal (Digestion)**
- ☐ Constipation
- ☐ Nausea
- ☐ Vomiting
- ☐ Diarrhea
- ☑ Reflux
- ☐ Ulcer
- ☐ Abdominal Pain
- ☐ Dark Tarry Stool
- ☐ Rectal Bleeding
- ☐ Jaundice
- ☐ None

**Review of Systems - Genitourinary (Urinary System)**
- ☐ Frequent Urination
- ☐ Loss of Bladder Control
- ☐ Painful Urination
- ☐ Impotence
- ☑ Sexual Dysfunction
- ☐ Pelvic Pain
- ☐ Kidney Stones
- ☐ Vaginal Bleeding
- ☐ Blood in Urine
- ☐ None

**Review of Systems - Muscoloskeletal**
- ☐ Joint Swelling
- ☑ Arthritis
- ☐ Muscle Pain
- ☐ Trouble Walking
- ☑ Joint Pain
- ☑ Low Back Pain
- ☐ Neck Pain
- ☐ None

**Review of Systems - Skin**
- ☐ Rash
- ☐ Itching
- ☐ Dryness
- ☐ Suspicious Lesions
- ☑ None

**Review of Systems - Neurological (Nervous System)**
- ☐ Headaches
- ☐ Numbness
- ☐ Paralysis
- ☐ Falling Down
- ☐ Seizures
- ☐ Weakness
- ☐ Tremors / Shaking
- ☐ Memory Loss
- ☐ Concussion
- ☑ None

**Review of Systems - Allergy/Immunologic**
- ☐ Autoimmune Disorder
- ☐ Seasonal Allergies
- ☑ None

**Review of Systems - Psychiatric**
- ☐ Depressed
- ☐ Anxiety
- ☐ Suicidal Thoughts
- ☐ Paranoia
- ☐ Hallucinations
- ☑ None

**Review of Systems - Endocrine (Hormones)**
- ☐ Cold Intolerance
- ☐ Heat Intolerance
- ☐ Excessive Thirst
- ☐ Excessive Urination
- ☑ None

**Review of Systems - Hematologic/Lymphatic**
- ☐ Abnormal Bruising or Bleeding
- ☐ Hypercoaguable State
- ☐ Enlarged Lymph Nodes
- ☑ None





GLASNER, GERALD (id #1587675, dob:                    )

**Imaging Results**

# CT SPINE LUMBAR WO CONTRAST

(#20648998, Final, 09/27/2016 8:21am)

PROCEDURE: CT LUMBAR SPINE WITHOUT CONTRAST

TECHNIQUE:  Computerized axial tomography of the lumbar spine was performed from T12 to the sacrum without contrast material. CPT 72131

HISTORY:   DEGENERATION OF LUMBAR INTERVERTEBRAL DISC

COMPARISONS:  CT lumbar myelogram 2/5/2004 from Premier radiology .

FINDINGS:

Interpretation based on 5 lumbar vertebra. Largest most inferior disc space labeled L5-S1.

There is a solid interbody fusion at L4-5. Bilateral pedicle screw and rod fixation L4-5. No abnormal periprosthetic lucency noted. No acute fracture. Normal vertebral body height. Mild disc space narrowing with degenerative endplate sclerosis at L3-4. Trace grade 1 retrolisthesis L3 on L4.

T12-L1: No significant abnormality.

L1-2:  Diffuse bulge without central canal or foraminal stenosis .
L2-3:  Diffuse bulge. Broad LEFT lateral disc protrusion has increased. No significant central stenosis. Mild LEFT foraminal narrowing .
L3-4:  Midline laminectomies. Diffuse posterior disc osteophyte complex without central stenosis. Mild bilateral foraminal narrowing .
L4-5:  Midline laminectomies. Diffuse posterior osteophytic ridging without central stenosis. Mild bilateral foraminal narrowing .
L5-S1: Midline laminectomies. Diffuse bulge, eccentric parasagittally towards the RIGHT, without central canal or foraminal stenosis .
Other:  None .

IMPRESSION:
1. L1-2 demonstrates a diffuse bulge without central canal or foraminal stenosis.
2. L2-3 demonstrates a diffuse bulge and broad LEFT lateral disc protrusion without central stenosis. Mild LEFT foraminal narrowing.
3. L3-4 demonstrates decompressive laminectomies without central stenosis. Mild bilateral foraminal narrowing.
4. L4-5 demonstrates decompressive laminectomies without central stenosis. Mild bilateral foraminal narrowing. Interbody fusion at L4-5 appears solid.
5. L5-S1 demonstrates decompressive laminectomies without central canal or foraminal stenosis  .


ws:HACTNRDWIN7565E

Electronically Signed By JOHN ALARCON on 2016-09-27 08:38 CTZ
Referring providers may call my direct line (615)986-6084





# ABILITIES FORM

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free 800 423-2765  Fax 877 843-3950

Patient Name: _____   Date of Birth: _____

Occupation: _____   Claim Number: _____

Date of Last Office Visit: _____   Date of Next Office Visit: _____

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature:_____   Date: _____

Provider Printed Name:_____   Degree:  ☐ MD   ☐ DO   Other _____

Specialty:_____   Phone: _____

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | _____ | _____ | _____ | _____ |
| 11 - 20 lbs. | _____ | _____ | _____ | _____ |
| 21 - 35 lbs. | _____ | _____ | _____ | _____ |
| 36 - 50 lbs. | _____ | _____ | _____ | _____ |
| 51 - 100 lbs. | _____ | _____ | _____ | _____ |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | _____ | _____ | _____ | _____ | |
| Stand | _____ | _____ | _____ | _____ | |
| Walk | _____ | _____ | _____ | _____ | |
| Climb | _____ | _____ | _____ | _____ | |
| Bend | _____ | _____ | _____ | _____ | |
| Kneel | _____ | _____ | _____ | _____ | |
| Drive | _____ | _____ | _____ | _____ | |
| Finger | _____ | _____ | _____ | _____ | R / L / Both |
| Handle | _____ | _____ | _____ | _____ | R / L / Both |
| Operate Foot Controls | _____ | _____ | _____ | _____ | R / L / Both |
| Reach above the shoulder | _____ | _____ | _____ | _____ | R / L / Both |

Are there environmental factors that the patient should avoid?   ☐ Yes   ☐ No   Specify:_____

Specific Limitations or Restrictions not noted above: _____

_____

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature:_____   Date: _____

Provider Printed Name:_____   Degree:  ☐ MD   ☐ DO   Other _____

Specialty:_____   Phone: _____

Address: _____

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC10248

Page 1 of 1
8/12

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 451 of 517   Lincoln/Glasner 523
PageID #: 564

# OCCUPATIONAL DESCRIPTION

**193.262-014  Dispatcher**

Operates radio and telephone equipment to receive reports and requests from firefighting crews, fire-lookout stations, and mobile units, and relays information or orders to officials concerned.  Maintains communications log and maps location of fires, men, and equipment from field reports.  May organize and direct activities of firefighting crew.
DLU:  1977

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 452 of 517   Lincoln Glasner 524
PageID #: 565

# OCCUPATIONAL REQUIREMENTS

| | | |
|---|---|---|
| **Title:** | | **DOT Code:** 193.262-014 |
| **Industry:** | Government Services | |

**Specific Vocational Preparation:** Level 6 (1 to 2 years)

**General Educational Development:** Reasoning Level 4
Mathematics Level 3
Language Level 4

**Strength:** Sedentary   Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| Physical Demands: | | Environmental Conditions: | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Never |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Occasionally | Atmospheric Conditions | Never |
| Handling | Occasionally | Proximity to Moving Mechanical Parts | Never |
| Fingering | Occasionally | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Frequently | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

| **Work Situations:** | Performing a variety of duties. | **Data:** | 2 Analyzing |
|---|---|---|---|
| | | **People:** | 6 Speaking- |
| Signaling | | | |
| | | **Things:** | 2 Operating |

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Verbal Aptitude | 3 (34-66 Percentile) | Not Included |
| Numerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3 (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 3 (34-66 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 5 (Below 11 Percentile) | |

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 453 of 517   Lincoln Glasner 525
PageID #: 566

# RELATED CODES AND TITLES

**Title:**                                        **DOT Code:** 193.262-014

| Group | Code | Title |
|---|---|---|
| Work Field: | 281 | System Communicating |
| MPSMS: | 860 | Communication Services |
|  | 951 | Protective Services, except Military |
| O*NET: | 27-4013.00 | Radio Operators |
| SOC 2010: | 27-4013 | Radio Operators |
| Census: | 2900 | Broadcast and sound engineering technicians and radio operators |
| Industry: | 425 | Government Services |
| NAICS: | 922160 | Fire Protection |
| GOE: | 07.04.05 | Business: Information Transmit & Receive |
| RIASEC: | RC | Realistic, Conventional |
| CIP: | 47.0103 | Communications Systems Installation and Repair Technology |
| OAP: | 38 | Oral Communications |

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 454 of 517   Lincoln Glasner 526
PageID #: 567

# OCCUPATIONAL DESCRIPTION

**372.667-034  Guard, Security**

  Guards industrial or commercial property against fire, theft, vandalism, and illegal entry, performing any combination of following duties:  Patrols, periodically, buildings and grounds of industrial plant or commercial establishment, docks, logging camp area, or work site.  Examines doors, windows, and gates to determine that they are secure.  Warns violators of rule infractions, such as loitering, smoking, or carrying forbidden articles, and apprehends or expels miscreants.  Inspects equipment and machinery to ascertain if tampering has occurred.  Watches for and reports irregularities, such as fire hazards, leaking water pipes, and security doors left unlocked.  Observes departing personnel to guard against theft of company property.  Sounds alarm or calls police or fire department by telephone in case of fire or presence of unauthorized persons.  Permits authorized persons to enter property.  May register at watch stations to record time of inspection trips.  May record data, such as property damage, unusual occurrences, and malfunctioning of machinery or equipment, for use of supervisory staff.  May perform janitorial duties and set thermostatic controls to maintain specified temperature in buildings or cold storage rooms.  May tend furnace or boiler.  May be deputized to arrest trespassers.  May regulate vehicle and pedestrian traffic at plant entrance to maintain orderly flow.  May patrol site with guard dog on leash.  May watch for fires and be designated Fire Patroller (logging).  May be designated according to shift worked as Day Guard (any industry); area guarded as Dock Guard (any industry); Warehouse Guard (any industry); or property guarded as Powder Guard (construction).  May be designated according to establishment guarded as Grounds Guard, Arboretum (any industry); Guard, Museum (museums); Watchguard, Racetrack (amuse. & rec.); or duty station as Coin-Vault Guard (any industry).  May be designated Guard, Convoy (any industry) when accompanying or leading truck convoy carrying valuable shipments.  May be designated: Armed Guard (r.r. trans.); Camp Guard (any industry); Deck Guard (fishing & hunt.; water trans.); Night Guard (any industry); Park Guard (amuse. & rec.).
Alternate Titles:  Patrol Guard; Special Police Officer; Watchguard

DLU:  1988

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 455 of 567    Lincoln Glasner 527
PageID #: 568

# OCCUPATIONAL REQUIREMENTS

| | | DOT Code: | 372.667-034 |
|---|---|---|---|
| **Title:** | | | |
| **Industry:** | Any Industry | | |

**Specific Vocational Preparation:** Level 3 (1 to 3 months)

**General Educational Development:** Reasoning Level 3
Mathematics Level 1
Language Level 2

**Strength:** Light — Lifting, Carrying, Pushing, Pulling 20 Lbs. occasionally, frequently up to 10 Lbs., or negligible amount constantly. Can include walking and or standing frequently even though weight is negligible. Can include pushing and or pulling of arm and or leg controls.

**Physical Demands:**

| | | **Environmental Conditions:** | |
|---|---|---|---|
| Climbing | Never | Noise Intensity Level | Quiet |
| Balancing | Never | Exposure to Weather | Frequently |
| Stooping | Never | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Never | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Never | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Occasionally | Exposure to Radiation | Never |
| Hearing | Occasionally | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Occasionally | Other Environmental Conditions | Occasionally |
| Far Acuity | Frequently | | |
| Depth Perception | Occasionally | | |
| Accommodation | Occasionally | | |
| Color Vision | Occasionally | | |
| Field of Vision | Frequently | | |

**Work Situations:** Performing repetitive or short-cycle work.
Dealing with people.
Signaling
Performing effectively under stress.

| | |
|---|---|
| **Data:** | 6 Comparing |
| **People:** | 6 Speaking- |
| **Things:** | 7 Handling |

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | Not Included |
| Verbal Aptitude | 4 (11-33 Percentile) | Not Included |
| Numerical Aptitude | 3 (34-66 Percentile) | Not Included |
| Spatial Aptitude | 4 (11-33 Percentile) | Not Included |
| Form Perception | 4 (11-33 Percentile) | Not Included |
| Clerical Aptitude | 4 (11-33 Percentile) | Not Included |
| Motor Coordination | 4 (11-33 Percentile) | Not Included |
| Finger Dexterity | 4 (11-33 Percentile) | Not Included |
| Manual Dexterity | 4 (11-33 Percentile) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | |
| Color Discrimination | 4 (11-33 Percentile) | |

# RELATED CODES AND TITLES

**Title:**                                                    **DOT Code:** 372.667-034

| Group | Code | Title |
|---|---|---|
| Work Field: | 293 | Protecting |
| MPSMS: | 905 | Janitorial and Portering Services |
|  | 951 | Protective Services, except Military |
| O*NET: | 33-9032.00 | Security Guards |
| SOC 2010: | 33-9032 | Security Guards |
| Census: | 3930 | Security guards and gaming surveillance officers |
| Industry: | 138 | Any Industry |
| NAICS: | None | No Code Assigned |
| GOE: | 04.02.02 | Security Services: Property and People |
| RIASEC: | SEC | Social, Enterprising, Conventional |
| CIP: | None | No Code Assigned |
| OAP: |  | No Code Assigned |

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 457 of 517   Lincoln Glasner 529
PageID #: 570

# CLASSIFICATION:  PROTECTIVE SERVICES DISPATCHER

## TRAINING AND EXPERIENCE

Educational Equivalent: Must possess High School Diploma or equivalent.

Specific Knowledge or Experience:  Graduate of an accredited civilian or military police academy highly preferred.  Six years of full-time experience in military or civilian police profession or an equivalent amount of education and experience highly preferred. Must maintain qualification with assigned weapons and maintain authorization to be armed. Must possess in-depth knowledge of applicable Air Force and DOD instructions, procedures, policies and applicable OPLANS and maintain job qualifications and Stan/Evaluation certification. Must demonstrate leadership capability and abilities. Must possess in-depth knowledge of security enforcement requirements and demonstrate initiative in performing assigned duties. Must be able to meet all requirements under Tennessee Code Annotated (TCA) 38-8-118.

Licenses/Certifications: Possess a valid state driver's license. Must possess a TN Armed Security Guard/Officer License.

Communication Skills: Must be able to read, write, and speak English well enough to understand, give and take directions.

Fitness Standards: Must successfully complete pre-employment fitness test and annual fitness test thereafter, consisting of: cardiovascular endurance, anaerobic power, muscular strength, muscular endurance, and flexibility training.

For new hires into bargaining unit after 3/31/14, the fitness test consists of:
Sit-ups: 15 repetitions
Push-ups: 21 repetitions
1 Mile Run/Walk <=12min

## DUTIES & RESPONSIBILITIES

Under general supervision as a working dispatcher, you will provide technical assistance for on-duty Protective Services personnel engaged in enforcing federal/state laws and DOD/USAF requirements. Works with the on duty Supervisor to assist and support with all incidents, accidents, emergencies. Directs the activities of other responding Protective Services personnel until arrival of Supervision, Management or resolution of incident. Under the direction of the on duty Supervisor, coordinates with test customer to ensure procedures for monitoring classified test, evacuations, conferences, etc., are properly implemented. Keeps supervision informed of potential work related problems. Performs other related duties as required.

**PROTECTIVE SERVICES DISPATCHER RESPONSIBILITIES:**

• Ensures rapid implementation of the security reporting, alerting and communications systems and implementation of emergency security operations IAW AEDC OPLAN's.
• Thoroughly and accurately documents shifts' activities and ensures timely submission of required reports and forms.
• Conducts call-ins for protective services personnel required for overtime work assignments at the direction of the on duty supervisor.
• Issues personnel passes during non-duty hours
• Monitors classified container openings/closings and prepares documents for temporary storage of classified documents by user personnel.
• Prepares shift activity report to document personnel assignments, labor charges, overtime, and absences.
• Maintains vehicle status and assignment logs and initiates maintenance/repairs as required.
• Files/maintains shift-generated documents within a formal filing system.
• Completes Desk blotters.
• Dispatches protective services personnel to ensure immediate response, containment and investigation of routine and emergency situations.

Lincoln Glasner 530

**PROTECTIVE SERVICES DISPATCHER**
**Page 2**

## DUTIES & RESPONSIBILITIES (Cont'd.)

• Current Tennessee Information Enforcement System (TIES) certification.
• Conducts vetting on all non-DoD visitors via NCIC Interstate Identification Index (III) name checks.
• Maintains accountability records for classified protective services locks.
• Ensures radio communications are conducted professionally and in compliance with established procedures.
• Answers telephone calls, receives complaints, and answers all questions in a satisfactory and timely manner.
• Conducts a communications and duress check with all posts and patrols.
• Monitors location and status of patrols/personnel at all times.
• Possesses a working knowledge of all AEDC security plans and work instructions and is proficient in use of all checklists for incidents and emergency situations.
• Maintains/updates buildings checklist for base patrols.
• Operates Alarm Systems to monitor intrusion/detection alarms for classified, funds, precious metals, and munitions/firearms storage areas and implements response action during unannounced or improper alarm activation's or activities.
• Monitors opening/closing of non-alarmed sensitive and classified areas and ensures physical checks by protective services officers are conducted, as required.
• Reset PINS, operate CCTV equipment, lock and re-open AECS facilities
• Ensures the accuracy and completeness of all logs and reports generated during the shift.
• Coordinates with test customers to ensure all security support is provided in a timely and accurate manner.
• Maintains test post tracking hours.
• Performs other related duties as required by the Chief of Protective Services.

## DETERMINATION OF ESSENTIAL FUNCTIONS

**Job Title:** Protective Services Dispatcher                    **Requisition Number:**

**Unusual or Special Physical Requirements of Position**

| | |
|---|---|
| 1. May be required to work in areas of high noise levels. | 20% |
| 2. Occasional lifting (10-30 lbs) | 25% |
| 3. Occasional carrying (10-30-lbs) | 25% |
| 4. Reaching above shoulders - daily | 10% |
| 5. Use of fingers | 100% |
| 6. Both hands required | 100% |
| 7. Both legs required | 100% |
| 8. Ability to distinguish basic colors | 100% |
| 9. Hearing required | 100% |
| 10 Vision (Corrected) | 100% |
| 11 Walking | 25% |
| 12 Standing | 25% |

**Description of Work Environment**

1. The work environment requires the ability to cooperate, work in teams and work well with individuals at all levels of the company, the client, and outside users.
2. The nature of the work requires the ability to communicate clearly.          100%
3. May be required to stand for extended periods of time.                       10%

**PROTECTIVE SERVICES DISPATCHER**
 Page 3

**Equipment and Machines Involved in Work Tasks**

1. Must have the ability to use PC and associated equipment on a daily basis.          100%
2. Use of the telephone is required.          100%
3. Use of other general office equipment.          100%
4. Must be able to maintain qualification and authorization to carry the required weapons. (Protective Services personnel)

**Critical Nature of Attendance and Safe Work Practices**

Regular attendance is essential to the efficient operation and is a necessary condition of employment. Each employee will be expected to adhere to the work schedule established by his/her supervisor and comply with the company's attendance policy. Employees are expected to report to work at the scheduled time, return from breaks promptly, and depart work not earlier than the end of the scheduled day. Compliance with safety rules and safe work practices is an essential function of the job.

**Other Essential Functions**

1. Must be able to work in a team atmosphere.
2. Must put forward a professional behavior that enhances productivity and promotes teamwork and cooperation.
3. Grooming and dress must be appropriate for the position and must not impose a safety risk/hazard to the employee or others.

**Security**

Must be able to obtain and maintain a security clearance and to obtain and maintain access to the AEDC local area computer network.

**GLASNER, GERALD (id #1587675, dob:                    )**



**Saint Thomas Health**

WITH YOU. FOR LIFE.

Saint Thomas Medical Partners
2011 Murphy Ave, Ste 301
NASHVILLE, TN 37203-2023
Phone: (615) 327-9543, Fax: (615) 341-3565

Date: 03/21/2017
RE: Gerald Glasner, DOB:                    PT ID #1587675

Gerald Glasner

Dear Mr. Glasner,

This letter is in regard to your permanent restrictions regarding your lumbar spinal condition. You may run or jog no more than one mile, but you may not do pushups or situps during physical fitness training. I feel that this may cause further flare up or even injure you spine.

Sincerely,

Electronically Signed by: PAUL MCCOMBS III, MD



## IMMEDIATE FAMILY CARE

Name: _Gerald Glasner_ DOB: _____

### Physical Examination: Circle "Y" if there are any abnormalities. Circle "N" if the body system is normal

| General Appearance | Y (N) | Marked overweight, tremor, signs of alcoholism, problem drinking or drug abuse |
|---|---|---|
| Eyes | Y (N) | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos. Ask about retinopathy, cataracts, aphakia, glaucoma, macular degeneration  R cataract extraction 1/2017 |
| Ears | Y (N) | Scarring of tympanic membrane, occlusion of external canal, perforated eardrums |
| Mouth & Throat | Y (N) | Irremediable deformities likely to interfere with breathing or swallowing |
| Heart | Y (N) | Murmurs, extra sounds, enlarged heart, pacemaker, implantable defibrillator |
| Lungs & Chest | Y (N) | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sound including wheeze oral alveolar rales, impaired respiratory function, cyanosis. Abnormal finding on physical exam may require further testing such as pulmonary tests and/or x-ray of chest |
| Abdomen & Viscera | Y (N) | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness |
| Vascular System: | Y (N) | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins |
| Genito-urinary System | Y (N) | Hernias |
| Extremities | Y (N) | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy weakness, paralysis, clubbing, edema, hypotonic. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. Limitation of motion, tenderness, or crepitus of joints |
| Spine, other musculoskeletal | (Y) N | Previous surgery, deformities, limitation of motion of spine, tenderness or crepitus  L4-L5 fusion 2001 w/ titanium rods and screws. |
| Neurological: | Y (N) | Impaired equilibrium, coordination or speech pattern; asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia |

Comments: _____

___X___ History reviewed with Patient    ___X___ Medications if any reviewed with Patient

~~Acceptable without work limitations~~
(X) Acceptable subject to the following work limitations: >
___ Hold pending correction or control of:
___ Not acceptable because of

Remarks:

Patient may Run/Jog no more than 1 mile. but may not do push ups or sit ups during physical fitness training.

Based upon your assessment of the applicant's physical condition is the applicant capable of performing the duties of the position for which he/she has applied? Is he/she capable or performing the duties in such a manner that he/she will not endanger the health or safety of others? Is he/she capable of performing that position in such a way that he/she will not endanger his/her own health or safety?

If the answers to any of these questions is anything other than an unqualified YES, please state the reason.

_Kathei Hus NR-C_
**Provider's signature**

_Katherine Horrocks NP-C_
**Print Provider's Name and Title**

3/29/17
**Date**

To: Lincoln Financial Group

Reference: Claim #1170042164

Gerald W. Glasner

Fax: 877-843-3950

30 May 2017

To: Lincoln Financial Personnel:

Reference: 1989568 Short Term Disability / Gerald W. Glasner

Claim #1170042164

All:

I have a serious medical condition that will not allow me to perform the substantial and material duties (essential functions) of my normal occupation as determined by the United States Air Force, my employer Protection Strategies Inc. (PSI), the employer's medical staff Urgent Team in Tullahoma Tn., and my personal physician Dr. Paul McCombs at Howell Allen Clinic, Nashville Tn. I am currently under the care of Dr. McCombs and clinic staff and will remain. Details of the medical condition are contained in the Short-Term Disability Form Package sent to you a few weeks ago by the employer. The medical conditions I have are permanent, degenerative in nature, and will only progress over time. I am receiving the Epidural Steroid Injections to help alleviate pain and discomfort; the injections are not a cure, additional surgery is not recommended. Only three (3) injections can be given in a rolling twelve (12) month period, I have one (1) remaining in the current period which will be given sometime in July.

The Physical Fitness Program is a condition of employment and is an essential function.

The following is from the current *Collective Bargaining Agreement* between the Guard's Union and PSI and mirrors the language contained in the Performance Work Statement between the Government/DoD/USAF and PSI. Both are contractual obligations and will continue until the end of the current contract, November 30, 2019.

APPENDIX D PHYSICAL FITNESS PROGRAM

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.

Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:

Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0 mile run/walk (<12 minutes)

Performance Standards

a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.

b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

The permanent medical restrictions are described in the attached documents; letter from Dr. Mccombs, Lincoln Financial Attending Physician Statement and the Employee Physical Examination form provided by the company's medical examiner Katherine Horrocks at Urgent Team Medical in Tullahoma Tn.

Thanks;

_____

Gerald W. Glasner

Apr. 19, 2017 10:29AM                                                No. 0535   P. 4


**Lincoln**
Financial Group®

The Lincoln National Life Insurance Company, PO Box 672406, Marietta, GA 30006-0043
toll free (800) 423-2765   Fax (800) 250-2335
www.LFG.com

## ATTENDING PHYSICIAN'S STATEMENT

| 1. Name of Patient | 2. Social Security Number | 3. Employer Name |
|---|---|---|
| Gerald Glasner | | |

**4. When did symptoms first appear or accident happen?**
1996; again in 2015

**5. Date you believe patient was unable to work?**

**6. Diagnosis (including complications)**
Degeneration of Lumbar intervertebral disc

**7. Subjective symptoms**
Back and bilateral hip pain

**8. Objective findings (including current x-rays, EKB's, laboratory data and any clinical findings)**
Localized back pain.
See attached

**9. List of Restrictions & Limitations**
Unable to run or jog more than a mile. Unable to do pushups.
Unable to do situps.

**10. Nature of treatment (including surgery and medications prescribed, if any).**
Epidural Steroid Injections. See attached

**11. Names, specialty and addresses of other treating physicians.**
N/A

**12. Has patient ever had same or similar condition?** ☑ Yes ☐ No If "Yes" provide dates. 2001

**13. Do you consider this condition to be due to your patient's employment?** ☐ Yes ☑ No

| 14. If pregnancy, Estimated date of delivery: Actual date of delivery: | 15. Date first treated 2001 | 16. Date of last visit/treatment 10/19/16 |
|---|---|---|

**17. Frequency** ☐ Weekly ☐ Monthly ☑ Other (specify) As needed

**18. Has patient:** ☐ Recovered ☐ Improved ☑ Unchanged ☐ Regressed

**19. Is patient:** ☑ Ambulatory ☐ House Confined ☐ Bed Confined ☐ Hospital Confined

**20. Has patient been hospital confined?** ☐ Yes ☑ No   Confined from:                  to
If "Yes" give name of hospital.

**21. Has surgery been scheduled or performed?** ☑ Yes ☐ No   If "Yes" date of surgery: March 2001
Type of surgery scheduled:

**22. Prognosis and Rehabilitation:**
a. When do you think your patient will be able to return to work?
PRESENT occupation?          ALL OTHER occupations?
Permanent restrictions placed on patient that do not allow patient to return to work.

b. Can present job be modified to allow patient to handle with his/her impairment? ☐ Yes ☑ No

c. When could total employment commence? ☐ Full-time ☐ Part-time
Please submit clinical documentation to support your decision.

| Print Name (Attending Physician) Paul McCombs | Specialty Neurosurgery | Telephone (Include Area Code) |
|---|---|---|

Street Address/City or Town/State or Providence/Zip Code

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Signature (Attending Physician) No stamps please Paul McCombs, MD | Date 4/30/17 | Fax Number (Include Area Code) |
|---|---|---|

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01363/ATL
Page 4 of 5
5/08

**Howell Allen Clinic**
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

To: Lincoln Financial Group

Reference: Claim #1170042164

Gerald W. Glasner

Fax: 877-843-3950

Lincoln Glasner 539

30 May 2017

To:  Lincoln Financial Personnel:

Reference: 1989568 Short Term Disability / Gerald W. Glasner

Claim #1170042164

All:

I have a serious medical condition that will not allow me to perform the substantial and material duties (essential functions) of my normal occupation as determined by the United States Air Force, my employer Protection Strategies Inc. (PSI), the employer's medical staff Urgent Team in Tullahoma Tn., and my personal physician Dr. Paul McCombs at Howell Allen Clinic, Nashville Tn.   I am currently under the care of Dr. McCombs and clinic staff and will remain.   Details of the medical condition are contained in the Short-Term Disability Form Package sent to you a few weeks ago by the employer.   The medical conditions I have are permanent, degenerative in nature, and will only progress over time.   I am receiving the Epidural Steroid Injections to help alleviate pain and discomfort; the injections are not a cure, additional surgery is not recommended.   Only three (3) injections can be given in a rolling twelve (12) month period, I have one (1) remaining in the current period which will be given sometime in July.

The Physical Fitness Program is a condition of employment and is an essential function.

The following is from the current *Collective Bargaining Agreement* between the Guard's Union and PSI and mirrors the language contained in the Performance Work Statement between the Government/DoD/USAF and PSI.   Both are contractual obligations and will continue until the end of the current contract, November 30, 2019.

<u>APPENDIX D PHYSICAL FITNESS PROGRAM</u>

The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.

Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:

Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0 mile run/walk (<12 minutes)

Performance Standards

a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.

b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.

The permanent medical restrictions are described in the attached documents; letter from Dr. Mccombs, Lincoln Financial Attending Physician Statement and the Employee Physical Examination form provided by the company's medical examiner Katherine Horrocks at Urgent Team Medical in Tullahoma Tn.

Thanks;

_____

Gerald W. Glasner

Apr. 19. 2017 10:29AM                                    No. 0535   P. 4



**Lincoln**
Financial Group

The Lincoln National Life Insurance Company, PO Box 672406, Marietta, GA 30006-0043
toll free (800) 423-2765   Fax (800) 250-2335
www.LFG.com

## ATTENDING PHYSICIAN'S STATEMENT

| 1. Name of Patient  Gerald Glasner | 2. Social Security Number | 3. Employer Name |
|---|---|---|

**4. When did symptoms first appear or accident happen?**  1996; again in 2015    **5. Date you believe patient was unable to work?**

**6. Diagnosis (including complications)**  Degeneration of Lumbar intervertebral disc    **7. Subjective symptoms**  Back and bilateral hip pain

**8. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings)**
Localized back pain.
See attached

**9. List of Restrictions & Limitations**
Unable to run or jog more than a mile. Unable to do pushups. Unable to do situps.

**10. Nature of treatment (including surgery and medications prescribed, if any).**
Epidural Steroid Injections. See attached

**11. Names, specialty and addresses of other treating physicians.**
N/A

**12. Has patient ever had same or similar condition?** ☑ Yes ☐ No  If "Yes" provide dates. 2001

**13. Do you consider this condition to be due to your patient's employment?** ☐ Yes ☑ No

| 14. If pregnancy, Estimated date of delivery:  Actual date of delivery: | 15. Date first treated  2001 | 16. Date of last visit/treatment  10/19/16 |
|---|---|---|

**17. Frequency** ☐ Weekly  ☐ Monthly  ☑ Other (specify)  As needed

**18. Has patient:** ☐ Recovered  ☐ Improved  ☑ Unchanged  ☐ Regressed    **19. Is patient:** ☑ Ambulatory  ☐ House Confined  ☐ Bed Confined  ☐ Hospital Confined

**20. Has patient been hospital confined?** ☐ Yes ☑ No   Confined from:          to
If "Yes" give name of hospital.

**21. Has surgery been scheduled or performed?** ☑ Yes ☐ No   If "Yes" date of surgery: March 2001
Type of surgery scheduled:

**22. Prognosis and Rehabilitation:**  Permanent restrictions placed on
a. When do you think your patient will be able to return to work?  patient that do not allow
PRESENT occupation?          ALL OTHER occupations?  patient to
b. Can present job be modified to allow patient to handle with his/her impairment? ☐ Yes ☑ No  return to
c. When could total employment commence?          ☐ Full-time ☐ Part-time  work.
Please submit clinical documentation to support your decision.

| Print Name (Attending Physician)  Paul McCombs | Specialty  Neurosurgery | Telephone (Include Area Code) |
|---|---|---|

Street Address/City or Town/State or Providence/Zip Code

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Signature (Attending Physician) No stamps please | Date  4/30/17 | Fax Number (Include Area Code) |
|---|---|---|

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01263/ATL
Page 4 of 5
6/08

**Howell Allen Clinic**
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

GLASNER, GERALD (id #1587675, dob:



Saint Thomas Medical Partners
2011 Murphy Ave, Ste 301
NASHVILLE, TN 37203-2023
Phone: (615) 327-9543, Fax: (615) 341-3565

Date: 03/21/2017
RE: Gerald Glasner, DOB:                    PT ID #1587675

Gerald Glasner

Dear Mr. Glasner,

This letter is in regard to your permanent restrictions regarding your lumbar spinal condition. You may run or jog no more than one mile, but you may not do pushups or situps during physical fitness training. I feel that this may cause further flare up or even injure you spine.

Sincerely,

Electronically Signed by: PAUL MCCOMBS III, MD



# urgent team
## IMMEDIATE FAMILY CARE

**Name:** Gerald Glasner          **DOB:** _____

**Physical Examination:** Circle "Y" if there are any abnormalities. Circle "N" if the body system is normal

| | | |
|---|---|---|
| **General Appearance** | Y (N) | Marked overweight, tremor, signs of alcoholism, problem drinking or drug abuse |
| **Eyes** | Y (N) | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos. Ask about retinopathy, cataracts, aphakia, glaucoma, macular degeneration  *B Cataract extraction 1/2017* |
| **Ears** | Y (N) | Scarring of tympanic membrane, occlusion of external canal, perforated eardrums |
| **Mouth & Throat** | Y (N) | Irremediable deformities likely to interfere with breathing or swallowing |
| **Heart** | Y (N) | Murmurs, extra sounds, enlarged heart, pacemaker, implantable defibrillator |
| **Lungs & Chest** | Y (N) | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sound including wheeze oral alveolar rales, impaired respiratory function, cyanosis. Abnormal finding on physical exam may require further testing such as pulmonary tests and/or x-ray of chest |
| **Abdomen & Viscera** | Y (N) | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness |
| **Vascular System:** | Y (N) | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins |
| **Genito-urinary System** | Y (N) | Hernias |
| **Extremities** | Y (N) | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy weakness, paralysis, clubbing, edema, hypotonic. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. Limitation of motion, tenderness, or crepitus of joints |
| **Spine, other musculoskeletal** | (Y) N | Previous surgery, deformities, limitation of motion of spine, tenderness or crepitus  *L4-L5 fusion 2001 w/ titanium Rods and Screws.* |
| **Neurological:** | Y (N) | Impaired equilibrium, coordination or speech pattern; asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia |

**Comments:** _____

_____

X  *History reviewed with Patient*          X  *Medications if any reviewed with Patient*

Acceptable without work limitations

(X) Acceptable subject to the following work limitations:

Hold pending correction or control of:

Not acceptable because of

**Remarks:**

*Patient may Run/Jog nomore than 1 mile. but may not do push ups or sit ups during physical fitness training.*

Based upon your assessment of the applicant's physical condition is the applicant capable of performing the duties of the position for which he/she has applied? Is he/she capable or performing the duties in such a manner that he/she will not endanger the health or safety of others? Is he/she capable of performing that position in such a way that he/she will not endanger his/her own health or safety?

If the answers to any of these questions is anything other than an unqualified YES, please state the reason.

*Kathie Hino NRC*
**Provider's signature**

*Katherine Horrocks NP-C*
**Print Provider's Name and Title**

**Date** *3/29/17*



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

May 12, 2017

GERALD W GLASNER

Re:    Policyholder:  Protection Strategies Incorporated
        Policy Number: 00001015868600000
        Claim Number: 1170042164
        Claimant:  Gerald Glasner

Dear Mr Glasner:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 04/01/2017.

The policy issued to Protection Strategies Incorporated, has a 14 day elimination period during which no benefits are payable. Your benefits will begin on 04/15/2017. Your first payment will be received separately within the next business week. Subsequent payments will be issued weekly or biweekly depending on your specific policy language.

Based on your reported weekly earnings, your benefit will equal $665.00. However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 06/01/2017. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.

If you are unable to return to work on 06/01/2017 due to your disability, please provide medical documentation that supports continued disability.

Medical documentation includes, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your physician without any supporting documentation may not be sufficient to consider benefits.

©2017  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1989568

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.


Sincerely,


Fatimah Abdur-rahim
800-423-2765
Claims Examiner, Claims
The Lincoln National Life Insurance Company

CC:    Protection Strategies Incorporated
          ATTN: Tina Davis
          118 Mitchell Road
          Suite B
          OAK RIDGE, TN 37830

Date: Wed May 17 09:10:26 CDT 2017
From: Fatimah Abdur-rahim <Fatimah.Abdur-rahim@lfg.com>
To: tdavis@protectionsi.com
Message-ID: <1083261554.61495030226690.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1170042164 (SECURE)

E-communication from Lincoln Financial Group



**LINCOLN FOR GROUP BENEFITS**

# Important Information for Claim #1170042164

Please review the attached letter and/or document(s) regarding the Claim #1170042164 for Gerald Glasner. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Fatimah Abdur-rahim**
**Claims Examiner, Claims**
LN10-Lincoln National Life Insurance Co
1600 Riveredge Pkwy Suite 130
Atlanta, GA 30328
Toll Free Phone: 1-800-423-2765
Phone: 678-295-3301
Fax: 877-843-3950
Email: Fatimah.Abdur-rahim@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:

8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

May 12, 2017

GERALD W GLASNER

Re: Policyholder: Protection Strategies Incorporated
Policy Number: 00001015868600000
Claim Number: 1170042164
Claimant: Gerald Glasner

Dear Mr Glasner:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 04/01/2017.

The policy issued to Protection Strategies Incorporated, has a 14 day elimination period during which no benefits are payable. Your benefits will begin on 04/15/2017. Your first payment will be received separately within the next business week. Subsequent payments will be issued weekly or biweekly depending on your specific policy language.

Based on your reported weekly earnings, your benefit will equal $665.00. However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 06/01/2017. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.

If you are unable to return to work on 06/01/2017 due to your disability, please provide medical documentation that supports continued disability.

Medical documentation includes, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your physician without any supporting documentation may not be sufficient to consider benefits.

©2017 Lincoln National Corporation www.lincoln4benefits.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com.  You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Fatimah Abdur-rahim
800-423-2765
Claims Examiner, Claims
The Lincoln National Life Insurance Company

CC:    Protection Strategies Incorporated
       ATTN: Tina Davis
       118 Mitchell Road
       Suite B
       OAK RIDGE, TN 37830



**The Lincoln National Life Insurance Company,** PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: _Glasner_____ _Gerald_____ _W__
                      (Last)                             (First)              (Middle)

   Date of Birth: _____   Social Security Number: _____

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations, [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to:     The Lincoln National Life Insurance Company
                                         PO Box 672408
                                         Marietta, GA 30006-0041

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits.  The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

SIGNATURE: _Gerald Glasner_____     DATE: _1 May 2017_____
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.)  Power of attorney or guardianship must be attached.

PRINT NAME: _Gerald Glasner_____

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _____     PHONE NO: (____) _____
       (Street)

_____
  (City)                 (State)      (Zip Code)

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 478 of 517   Lincoln Glasner 550   PageID #: 591

**Protection Strategies Incorporated**
118 Mitchell Road, Suite B
Oak Ridge, TN 37830
(865-294-5101) | (865) 481-4888 | www.protectionsi.com

# Fax

| | | | |
|---|---|---|---|
| TO: | Lincoln Financial | FROM: | Tina Davis |
| FAX: | 1-800-259-2335 | PAGES: | 5 including cover |
| PHONE: | [Recipient phone number] | DATE: | 5/8/2017 |
| RE: | Gerald Glasner – STD Claim | CC: | [Names] |

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

Comments:  If you have any questions or need any other information please feel free to contact me at
865-294-5101


# Lincoln
## Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE
*(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)*
**Please sign this page and the authorization on page two of this form to avoid delays in processing**
**(PLEASE see FRAUD NOTICES attached)**

| 1. Full Name (last, first, middle initial) | | | 2. Social Security Number | 3. Phone Number (include area code) |
|---|---|---|---|---|
| Glasner | Gerald | W | | |

| 4. Street Address & Mailing Address | | 5. City | 6. State | 7. Zip Code |
|---|---|---|---|---|
| | | | | |

| 8. Date of Birth | 9. I have been unable to work because of my disability since   2017/04/01 | 10. Gender   ☒ Male   ☐ Female |
|---|---|---|
| | | 11. Hospital Confined   ☐ Yes   ☒ No |

**12. Marital Status** ☐ Single   ☒ Married   ☐ Widowed   ☐ Divorced

**13. Have you ever had the same or similar condition in the past?**
☒ Yes ☐ No  If "Yes" provide dates: March 2001

**14. Is your disability due to a:**
☐ Sickness  ☐ Injury  ☒ Other

**14a. Please describe your Sickness or how your Injury occurred:**
Age related degenerative disc disease in the Lumbar Spine. Lumbar 4 and 5 were fused in 2001. I am currently taking epidural steroid injections at Lumbar Spine. There is also scar tissue and arthritis aggraving the area.

Height: 6'00"
Weight: 175

**15. I returned to work part-time on:**

I returned to work full-time on:
August 2001

**16. Is your accident or illness due to your occupation?**   ☐ Yes   ☒ No   If "Yes" explain:

Have you or do you intend to file a Workers Compensation Claim?   ☐ Yes   ☒ No

**17.** Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor: Dr. Paul McCombs
Address: 2011 Murphy Avenue, Suite 301, Nashville TN. 37203

**18. Describe other income you are receiving, have applied for, or will be applying for:**

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security (Disability Retirement) | $ 0.0 | | | |
| Salary Continuance or State Disability Benefits | $ 0.0 | | | |
| Workers' Compensation | $ 0.0 | | | |
| Other income related to your disability | $ 0.0 | | | |

**19.** The above statements are true and complete to the best of my knowledge and belief. **I have completed and attached the Authorization for Release of Information.**

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature of Employee _David Glasner_          Date 1 May 2017

**20. Please provide us with your e-mail address:**
gglasner@msn.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01363ATL

Page 1 of 5
5/08



**The Lincoln National Life Insurance Company**, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

Please submit a copy of this employee's complete Job Description with this claim form.
Please submit a copy of this employee's enrollment statement with this claim.
(PLEASE see FRAUD NOTICES attached)

| | |
|---|---|
| 1. Full Name (last, first, middle initial)<br>Glasner, Gerald | 2. Social Security Number |

| | | |
|---|---|---|
| 3. Occupation of Employee/Claimant<br>Security Force Officer | 4. Insurance Class<br>CBA | 5. Employee Date of Hire<br>12/01/2015 |

| | |
|---|---|
| 6. Number of Hours Worked Per Week  40 | 7. Date Insured  12/01/2015 |

| | | |
|---|---|---|
| 8. Date Employee was<br>Last Present at Work  3/31/2017 | 9. Employee's Basic<br>Weekly Earnings  1125.20 | 10. Returned to Work?<br>☐ Full-time  ☐ Part-time  Date: |

| | |
|---|---|
| 11. Percent of premium paid by:<br>Employee:   100 %   ☒ pre-tax   ☐ post-tax<br>Employer:   % | 12. Is the Claim due to your employee's occupation:   ☐ Yes  ☒ No<br>13. Has a Workers' Compensation claim been filed?   ☐ Yes  ☒ No |

14. Has Insured received any other income since the date last worked:   ☒ Yes  ☐ No

Please specify the type of income (Sick Pay, Vacation, Salary Continuation, Paid Time Off, Etc.) Vacation

Weekly Amount Paid $ 1125.20          Date Began: 4/1/2017          Date Ended: 4/29/2017

| | | |
|---|---|---|
| Employer's Name & Address (or name of policyholder, if other)<br>Protection Strategies Incorporated 118 Mitchell Road Suite B Oak Ridge, TN 37830 | Telephone Number (Include Area Code and Extension)<br>865-294-5101 | Group Policy Number & Division Number<br>1380166 |

| | |
|---|---|
| E-mail address  tdavis@protectionsi.com | Fax Number (Include Area Code) 865-294-5101 |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

_Ina ʒ Davis_          HR Manager                               5/8/17

Signature of Person Completing this form and Title                  Date

DISABILITY
FORM

Apr. 19. 2017 10:29AM                                              No. 0535   P. 4

# ⊓Lincoln
### Financial Group⁺

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765  Fax (800) 259-2335
www.LFG.com

## ATTENDING PHYSICIAN'S STATEMENT

**1. Name of Patient** Gerald Glasner
**2. Social Security Number**
**3. Employer Name**

**4. When did symptoms first appear or accident happen?** 1996; again in 2015
**5. Date you believe patient was unable to work?**

**6. Diagnosis (including complications),** Degeneration of Lumbar intervertebral disc
**7. Subjective symptoms** Back and bilateral hip pain

**8. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings)**
Localized back pain.
See attached

**9. List of Restrictions & Limitations**
Unable to run or jog more than a mile. Unable to do pushups.
Unable to do situps.

**10. Nature of treatment (including surgery and medications prescribed, if any).**
Epidural steroid Injections See attached

**11. Names, specialty and addresses of other treating physicians**
N/A

**12. Has patient ever had same or similar condition?** ☑Yes ☐No If "Yes" provide dates. 2001
**13. Do you consider this condition to be due to your patient's employment?** ☐Yes ☑No
**14. If pregnancy, Estimated date of delivery:**   Actual date of delivery:
**15. Date first treated** 2001
**16. Date of last visit/treatment** 10/19/16
**17. Frequency** ☐Weekly ☐Monthly ☑Other (specify) As needed
**18. Has patient:** ☐Recovered ☐Improved ☑Unchanged ☐Regressed
**19. Is patient:** ☑Ambulatory ☐House Confined ☐Bed Confined ☐Hospital Confined
**20. Has patient been hospital confined?** ☐Yes ☑No  Confined from:  to
If "Yes" give name of hospital.
**21. Has surgery been scheduled or performed?** ☑Yes ☐No If "Yes" date of surgery: March 2001
Type of surgery scheduled:
**22. Prognosis and Rehabilitation:** Permanent restrictions placed on
a. When do you think your patient will be able to return to work? patient that do not allow
PRESENT occupation?  ALL OTHER occupations? patient to
b. Can present job be modified to allow patient to handle with his/her impairment? ☐Yes ☑No return to work.
c. When could trial employment commence? ☐Full-time ☐Part-time
Please submit clinical documentation to support your decision.

**Print Name (Attending Physician)** Paul McCombs
**Specialty** Neurosurgery
**Telephone (Include Area Code)**
Street Address/City or Town/State or Providence/Zip Code

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.
**Signature (Attending Physician) No stamps please**
**Date** 4/30/17
**Fax Number (Include Area Code)**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01243ATL                                                      Page 4 of 5
                                                                  5/08

**Howell Allen Clinic**
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

**Protection Strategies Incorporated**

118 Mitchell Road, Suite B

Oak Ridge, TN 37830

(865-294-5101) | (865) 481-4888 | www.protectionsi.com

# Fax

| TO: | Lincoln Financial | FROM: | Tina Davis |
|---|---|---|---|
| FAX: | 1-800-259-2335 | PAGES: | 5 including cover |
| PHONE: | [Recipient phone number] | DATE: | 5/8/2017 |
| RE: | Gerald Glasner – STD Claim | CC: | [Names] |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Comments:  If you have any questions or need any other information please feel free to contact me at 865-294-5101



**Lincoln**
**Financial Group®**

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE
*(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)*
**Please sign this page and the authorization on page two of this form to avoid delays in processing**
**(PLEASE see FRAUD NOTICES attached)**

| 1. Full Name (last, first, middle initial)<br>Glasner          Gerald          W | 2. Social Security Number | 3. Phone Number (include area code) |
|---|---|---|
| 4. Street Address & Mailing Address | 5. City | 6. State    7. Zip Code |

| 8. Date of Birth | 9. I have been unable to work<br>because of my disability since   2017/04/01 | 10. Gender   ☒ Male   ☐ Female |
| | | 11. Hospital Confined   ☐ Yes   ☒ No |

12. Marital Status  ☐ Single   ☒ Married   ☐ Widowed   ☐ Divorced

13. Have you ever had the same or similar condition in the past?
☒ Yes ☐ No  If "Yes" provide dates: March 2001

| 14. Is your disability due to a:<br>☐ Sickness  ☐ Injury  ☒ Other<br><br>15. I returned to work part-time on:<br><br>I returned to work full-time on:<br>August 2001 | 14a. Please describe your Sickness or how your Injury occurred:<br>Age related degenerative disc disease in the Lumbar Spine. Lumbar 4 and 5 were fused in 2001. I am currently taking epidural steroid injections at Lumbar Spine. There is also scar tissue and arthritis aggraving the area. | Height:<br>6'00"<br>Weight:<br>175 |

16. Is your accident or illness due to your occupation?   ☐ Yes   ☒ No   If "Yes" explain:

Have you or do you intend to file a Workers Compensation Claim?   ☐ Yes   ☒ No

17. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor:  Dr. Paul McCombs
Address:  2011 Murphy Avenue, Suite 301, Nashville TN. 37203

18. Describe other income you are receiving, have applied for, or will be applying for:

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| Social Security (Disability Retirement) | $ 0.0 | | | |
| Salary Continuance or State Disability Benefits | $ 0.0 | | | |
| Workers' Compensation | $ 0.0 | | | |
| Other income related to your disability | $ 0.0 | | | |

19. The above statements are true and complete to the best of my knowledge and belief. **I have completed and attached the Authorization for Release of Information.**

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature of Employee _____David Glasner_____          Date 1 May 2017

20. Please provide us with your e-mail address:
gglasner@msn.com

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 484 of 517  Gerald Glasner 556
PageID #: 597

 **Lincoln**
Financial Group®

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1.  **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

    Claimant/Patient Name: _Glasner_ _____ _Gerald_ _____ _W_
                            (Last)                        (First)            (Middle)

    Date of Birth: _____   Social Security Number: _____

2.  Information to be released:
    *   data or records regarding my medical history, treatment, prescriptions, consultations, [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
    *   any information regarding insurance coverage; and
    *   any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3.  Information to be released to:     The Lincoln National Life Insurance Company
                                              PO Box 672408
                                              Marietta, GA 30006-0041

4.  I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits.  The Company will only release such information:
    *   to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
    *   as otherwise may be required by law or as I may further authorize.
    I further understand that refusal to sign this Authorization may result in the denial of benefits.

5.  I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

6.  I understand that I may revoke this Authorization in writing at any time, except to the extent:
    1)  the Company has taken action in reliance on this Authorization; or
    2)  the Company is using this Authorization in connection with a contestable claim.
    If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7.  A photocopy of this Authorization is to be considered as valid as the original.

8.  I understand I am entitled to receive a copy of this Authorization.

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

SIGNATURE: _Gerald W Glasner_ _____     DATE: _1 MAY 2017_ _____

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.)  Power of attorney or guardianship must be attached.

PRINT NAME: _Gerald  Glasner_ _____

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: _____

ADDRESS: _____     PHONE NO: (_____) _____
        (Street)

_____
  (City)                (State)     (Zip Code)



Lincoln
Financial Group®

**The Lincoln National Life Insurance Company,** PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

Please submit a copy of this employee's complete Job Description with this claim form.
Please submit a copy of this employee's enrollment statement with this claim.
**(PLEASE see FRAUD NOTICES attached)**

| | | |
|---|---|---|
| 1. Full Name (last, first, middle initial)<br>Glasner, Gerald | | 2. Social Security Number |
| 3. Occupation of Employee/Claimant<br>Security Force Officer | 4. Insurance Class<br>CBA | 5. Employee Date of Hire<br>12/01/2015 |
| 6. Number of Hours Worked Per Week  40 | | 7. Date Insured  12/01/2015 |

| | | |
|---|---|---|
| 8. Date Employee was<br>Last Present at Work  3/31/2017 | 9. Employee's Basic<br>Weekly Earnings  1125.20 | 10. Returned to Work?<br>☐ Full-time  ☐ Part-time   Date: |
| 11. Percent of premium paid by:<br>Employee:    100 %   ☒ pre-tax   ☐ post-tax<br>Employer:       % | 12. Is the Claim due to your employee's occupation:   ☐ Yes  ☒ No<br>13. Has a Workers' Compensation claim been filed?   ☐ Yes  ☒ No | |

14. Has Insured received any other income since the date last worked:      ☒ Yes  ☐ No

Please specify the type of income (Sick Pay, Vacation, Salary Continuation, Paid Time Off, Etc.) Vacation

Weekly Amount Paid $ 1125.20                      Date Began: 4/1/2017                      Date Ended: 4/29/2017

| | | |
|---|---|---|
| Employer's Name & Address (or name of policyholder, if other)<br>Protection Strategies Incorporated 118 Mitchell Road Suite B Oak Ridge, TN 37830 | Telephone Number (Include Area Code and Extension)<br>865-294-5101 | Group Policy Number & Division Number<br>1380166 |
| E-mail address  tdavis@protectionsi.com | Fax Number (Include Area Code) 865-294-5101 | |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

_Ana Davis_        HR Manager                                          5/8/17
Signature of Person Completing this form and Title                                          Date

---

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01363ATL

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 486 of 517   Lincoln Glasner 558
PageID #: 599

DISABILITY
FORM

Apr. 19. 2017 10:29AM                                                     No. 0535    P. 4

# Lincoln
### Financial Group

The Lincoln National Life Insurance Company, PO Box 672408, Marietta, GA 30006-0041
toll free (800) 423-2765   Fax (800) 259-2335
www.LFG.com

## ATTENDING PHYSICIAN'S STATEMENT

**1. Name of Patient**
Gerald Glasner

**2. Social Security Number**

**3. Employer Name**

**4. When did symptoms first appear or accident happen?**
1996; again in 2015

**5. Date you believe patient was unable to work?**

**6. Diagnosis (including complications),**
Degeneration of Lumbar intervertebral disc

**7. Subjective symptoms**
Back and bilateral hip pain

**8. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings)**
Localized back pain.
See attached

**9. List of Restrictions & Limitations**
Unable to run or jog more than a mile. Unable to do pushups. Unable to do situps.

**10. Nature of treatment (including surgery and medications prescribed, if any).**
Epidural steroid Injections. See attached

**11. Names, specialty and addresses of other treating physicians**
N/A

**12. Has patient ever had same or similar condition?** ☑Yes ☐No  If "Yes" provide dates. 2001

**13. Do you consider this condition to be due to your patient's employment?** ☐Yes ☑No

**14. If pregnancy, Estimated date of delivery:**
Actual date of delivery:

**15. Date first treated**
2001

**16. Date of last visit/treatment**
10/19/16

**17. Frequency** ☐Weekly ☐Monthly ☑Other (specify) As needed

**18. Has patient:** ☐Recovered ☐Improved ☑Unchanged ☐Regressed

**19. Is patient:** ☑Ambulatory ☐House Confined ☐Bed Confined ☐Hospital Confined

**20. Has patient been hospital confined?** ☐Yes ☑No    Confined from:        to
If "Yes" give name of hospital.

**21. Has surgery been scheduled or performed?** ☑Yes ☐No    If "Yes" date of surgery: March 2001
Type of surgery scheduled:

**22. Prognosis and Rehabilitation:** Permanent restrictions placed on
a. When do you think your patient will be able to return to work? patient that do not allow
PRESENT occupation?        ALL OTHER occupations? patient to
b. Can present job be modified to allow patient to handle with his/her impairment? ☐Yes ☑No return to work.
c. When could trial employment commence?                                    ☐Full-time ☐Part-time
Please submit clinical documentation to support your decision.

**Print Name (Attending Physician)**
Paul McCombs

**Specialty**
Neurosurgery

**Telephone (Include Area Code)**

**Street Address/City or Town/State or Providence/Zip Code**

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

**Signature (Attending Physician) No stamps please**

**Date** 4/30/17

**Fax Number (Include Area Code)**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-012-G3ATL

Page 4 of 5
5/08

### Howell Allen Clinic
2011 Murphy Avenue
Suite 301
Nashville, TN 37203
Phone# 615-327-9543
Fax# 615-341-7583
Tax ID# 62-1153363

**Keefer, Dawn**

---

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, January 10, 2018 12:43 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: STD APPEAL FOR GERALD GLASNER  1170042164  (SECURE) |

---

**From:** Olsen, Janet
**Sent:** Wednesday, January 10, 2018 12:42:42 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

Please forward this email chain into AWD under the above claim number.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

---

**From:** Tina Davis [mailto:tdavis@protectionsi.com]
**Sent:** Wednesday, January 10, 2018 11:25 AM
**To:** Olsen, Janet
**Subject:** RE: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

The last physical fitness test he passed was on 05/03/2016.

The test that was administered came out of the CBA dtd 31 March 2015 – 30 September 2015 (Extended to 1 December 2015) and consisted of the following:

Run 2 laps (1/2 mile) = 8 min. or 1/2 mi. walk = 15 min.
40 yd. run <= 16 sec.
10 push-ups or 10 bench presses of 1/3 of body weight.
Hold 30 lbs. over head for 5 sec

New physical requirements were established by the CBA on 12/01/2016, the union Security Officers were grandfathered on the old test for a period of 1 year in order for them to prepare for the new physical requirement.

Mr. Glasner was due for his next physical fitness test on 05/03/2017 but he did not take the test.

1

# *Tina Y. Davis*

Human Resources Manager
Protection Strategies Incorporated
118 Mitchell Road, Suite B, Oak Ridge, TN 37830

☎ 865-294-5101 X 103| 📄 Fax: 865-481-4888
tdavis@protectionsi.com
www.protectionsi.com

**From:** Olsen, Janet [mailto:Janet.Olsen@lfg.com]
**Sent:** Wednesday, January 10, 2018 12:00 PM
**To:** Tina Davis <tdavis@protectionsi.com>
**Subject:** RE: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

| This message was sent securely using Zix® |
|---|

The Physical Agility Test he is required to pass annually.

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll Free Phone: (800) 423-2765
Phone: (402) 361-7492
Fax: (402) 501.9310
Email: janet.olsen@lfg.com
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

**From:** Tina Davis [mailto:tdavis@protectionsi.com]
**Sent:** Wednesday, January 10, 2018 10:51 AM
**To:** Olsen, Janet
**Subject:** RE: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Which one? Medical physical or Physical Fitness for duty?

# *Tina Y. Davis*

Human Resources Manager
Protection Strategies Incorporated
118 Mitchell Road, Suite B, Oak Ridge, TN 37830

☎ 865-294-5101 X 103| 📄 Fax: 865-481-4888
tdavis@protectionsi.com
www.protectionsi.com

**From:** Olsen, Janet [mailto:Janet.Olsen@lfg.com]
**Sent:** Wednesday, January 10, 2018 10:53 AM
**To:** 'tdavis@protectionsi.com'
**Subject:** STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

| This message was sent securely using Zix® |
|---|

2

Good morning Tina,

Can you tell me the last time Mr. Glasner passed his physical for duty?  Please provide date of physical.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

# Keefer, Dawn

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, January 10, 2018 1:57 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Letter:  Gerald Glasner 1170042164 |

**From:** Olsen, Janet
**Sent:** Wednesday, January 10, 2018 1:56:42 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: Letter: Gerald Glasner 1170042164

Please forward into AWD under the STD claim for Gerald Glasner 1170042164

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

**From:** Gerald Glasner [mailto:
**Sent:** Wednesday, January 10, 2018 12:26 PM
**To:** Olsen, Janet
**Subject:** Letter:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I received your letter; I have no problem with the additional time required.  Thanks, Gerald Glasner

1

# Keefer, Dawn

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, January 31, 2018 3:36 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Gerald Glasner 1170042164 Final Report |
| **Attachments:** | G GLASNER 1170042164 FINAL REPORT.pdf |

**From:** Gabrie, Samantha
**Sent:** Wednesday, January 31, 2018 3:35:50 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Cc:** Olsen, Janet
**Subject:** Gerald Glasner 1170042164 Final Report

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Samantha Gabrie**
Claims Solutions Shared Services
Group Protection Claims Solutions
Lincoln Financial Group
8801 Indian Hills Dr.
Omaha, NE 68144
Toll Free: 1-800-423-2765
Phone: 402-361-2768
Fax: 402-951-0752
Email: Samantha.Gabrie@lfg.com

You're In ChargeSM

Find us on facebook: www.facebook.com/LincolnFinancialGroup

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 492 of 517    Lincoln Glasner 564
PageID #: 605

and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Lincoln Glasner 565

**Keefer, Dawn**

---

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, February 1, 2018 9:52 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE) |
| **Attachments:** | GERALD GLASNER- 21-DAY LETTER TO CLAIMANT.pdf; GERALD GLASNER OCCUPATOINAL ANALYSIS AND ADDENDUM.pdf; GERALD GLASNER-  CLINICAL REVIEW.pdf; GERALD GLASNER-  PEER REPORT.pdf |

---

**From:** Olsen, Janet
**Sent:** Thursday, February 01, 2018 9:51:55 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

Please forward this email and attachments into AWD under the above claim number.


Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

---

**From:** Olsen, Janet
**Sent:** Thursday, February 01, 2018 8:51 AM
**To:** '
**Subject:** STD APPEAL FOR GERALD GLASNER 1170042164 (SECURE)

Good morning Gerald,

We had an occupational addendum performed during this appeal based on new information received from your employer.  We also had an external Independent Board Certified Physician review the medical documentation in your file and received the written report.  The results of the occupational analysis and external physician review are attached.  We are also including our letter which indicates you are being provided with 21-days to review this information with your physician(s) and if you and your physicians do not agree with the assessments you can submit a response along with any additional documentation you feel would dispute the findings.

Your deadline to submit a response is February 22, 2018.

Can you please respond to this email and let me know if you plan on submitting information in response to these reviews.

1

Case 4:21-cv-00014-KAC-SKL   Document 17-3   Filed 12/20/21   Page 494 of 517   Lincoln Glasner 566
PageID #: 607

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

**Keefer, Dawn**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Friday, December 29, 2017 8:26 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: STD APPEAL FOR GERALD GLASNER 1170042164 (secure) |

**From:** Olsen, Janet
**Sent:** Friday, December 29, 2017 8:25:56 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: STD APPEAL FOR GERALD GLASNER 1170042164 (secure)

Please forward this email chain into AWD under the above claim number.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone: (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

**From:** Tina Davis [mailto:tdavis@protectionsi.com]
**Sent:** Thursday, December 28, 2017 1:49 PM
**To:** Olsen, Janet
**Cc:** Jason Morrow
**Subject:** RE: STD APPEAL FOR GERALD GLASNER 1170042164 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Janet,

Please my comments below in red.  Let me know if you any additional questions.

*Tina Y. Davis*

Human Resources Manager
Protection Strategies Incorporated
118 Mitchell Road, Suite B, Oak Ridge, TN 37830

☎ 865-294-5101 X 103| 📄 Fax: 865-481-4888
tdavis@protectionsi.com
www.protectionsi.com

1

From: Olsen, Janet [mailto:Janet.Olsen@lfg.com]
Sent: Thursday, December 28, 2017 12:11 PM
To: Tina Davis <tdavis@protectionsi.com>
Subject: STD APPEAL FOR GERALD GLASNER 1170042164 (secure)

| This message was sent securely using Zix® |
|---|

Hey Tina,

Our Occupational Analysis performed was based on the job description received from your Company. We determined that the occupation for Mr. Glasner was Security Guard.

On appeal Mr. Glasner is disputing the occupation as Security Guard noting the following:

*The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation. — This is accurate all armed security officers must pass the Physical Test upon hire and annually thereafter.*

*The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or omitted. It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. He notes we have made no mention that utilization of this Individual Disability Plan was offered to him by the employer due to medical limitations and as a Reasonable Accommodation as required by applicable Federal Law. PSI cannot modify the requirements of the Physical Test as they are a contractual requirement established by our customer. In addition Mr. Glasner did not request reasonable accommodation at any time during his employment with PSI.*

*When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples, please. This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122. This instruction applies to Government Contract Security and is mandatory. This AFI became effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016. The U.S. Department of Labor Dictionary of Occupational Titles and the new O\*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.*
*The job description provided by PSI, provides all position requirements for Mr. Glasner's position.*

*Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:*

*The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.*

*Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:*

*Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)*

*a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.*

*b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.*

<span style="color:red">*These requirements were provided with the job description for Mr. Glasner's position.*</span>

Please review this information and provide a response whether you are in agreement with the information provided by the claimant.  Please provide any additional information you feel would reflect the job requirements.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

# Keefer, Dawn

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, October 17, 2017 5:17 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Gerald Glasner - Claim #1170042164 (secure) |

**From:** Larimore, Carla
**Sent:** Tuesday, October 17, 2017 5:16:46 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** tdavis@protectionsi.com
**Subject:** Gerald Glasner - Claim #1170042164 (secure)

Good Afternoon,

We are reviewing the Short Term Disability appeal for Gerald Glasner. In order to proceed with our review, please provide the following information:

- Mr. Glasner's Return to Work Date, if applicable (If Mr. Glasner has been terminated, please provide his termination date)

If you have any questions, please feel free to contact me.

Thank you,

**Carla Larimore**
**Appeals Senior Claims Examiner**
**Claims Solutions Shared Services**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Phone: (402) 361-2653
Fax: (402) 361-1323
E-mail: Carla.Larimore@LFG.com
**Find us on Facebook: www.facebook.com/LincolnFinancialGroup**
Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

1

**Keefer, Dawn**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, October 24, 2017 3:30 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: FYI: |

**From:** Larimore, Carla
**Sent:** Tuesday, October 24, 2017 3:30:14 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: FYI:

Claim #1170042164

**From:** Gerald Glasner [mailto:
**Sent:** Monday, October 23, 2017 5:36 AM
**To:** Larimore, Carla
**Subject:** FYI:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

In your letter you mention "additional information" from **_my employer_**, I only have a "former employer"; Protection Strategies, your policy holder, had deemed me to be unfit for duty and would not allow me to work due to the medical limitations as determined by my personal physician. The imposed restrictions are permanent and preclude me from participating in employer mandated physical fitness training. When you denied benefits beyond May 31, 2017 Protection Strategies required me to use my remaining vacation time which all was exhausted in late June; at that time my employment was terminated. With the latest submission of medical records you have, as far as I can determine, all current records you indicated you're interested in. I have some old records from 2001, I will send them if you want them; I understood you only go back four (4) month s or so. I have no problem with the additional 45 days.

Thanks for contacting me;

Gerald Glasner

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 500 of 517    Lincoln Glasner 572
PageID #: 613

**Keefer, Dawn**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, October 24, 2017 3:32 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: FYI: |

**From:** Larimore, Carla
**Sent:** Tuesday, October 24, 2017 3:31:44 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Gerald Glasner
**Subject:** RE: FYI:

Good Afternoon,

Thank you for this information. I will update the file and proceed with our medical review. I do not believe the records from 2001 would be helpful for this review at this time. Please allow 2-3 weeks for the medical review to be completed and a decision to be made. I will contact you as soon as the review has been completed and a decision has been made. If you have any further questions, please feel free to contact me.

Thank you,
Carla

**Carla Larimore**
**Appeals Senior Claims Examiner**
**Claims Solutions Shared Services**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Phone: (402) 361-2653
Fax: (402) 361-1323
E-mail: Carla.Larimore@LFG.com
**Find us on Facebook: www.facebook.com/LincolnFinancialGroup**
Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**From:** Gerald Glasner [mailto:
**Sent:** Monday, October 23, 2017 5:36 AM
**To:** Larimore, Carla
**Subject:** FYI:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

In your letter you mention "additional information" from **_my employer_**, I only have a "former employer"; Protection Strategies, your policy holder, had deemed me to be unfit for duty and would not allow me to work due to the medical limitations as determined by my personal physician. The imposed restrictions are permanent and preclude me from participating in employer mandated physical fitness training. When you denied benefits beyond May 31, 2017 Protection Strategies required me to use my remaining vacation time which all was exhausted in late June; at that time my employment was terminated. With the latest

1

submission of medical records you have, as far as I can determine, all current records you indicated you're interested in.  I have some old records from 2001, I will send them if you want them; I understood you only go back four (4) month s or so.   I have no problem with the additional 45 days.

Thanks for contacting me;

Gerald Glasner

2

# Keefer, Dawn

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, December 28, 2017 12:14 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: STD APPEAL FOR GERALD GLASNER 1170042164 (secure) |

**From:** Olsen, Janet
**Sent:** Thursday, December 28, 2017 12:14:18 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: STD APPEAL FOR GERALD GLASNER 1170042164 (secure)

Please forward this email into AWD under the above claim.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone: (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

**From:** Olsen, Janet
**Sent:** Thursday, December 28, 2017 11:11 AM
**To:** 'tdavis@protectionsi.com'
**Subject:** STD APPEAL FOR GERALD GLASNER 1170042164 (secure)

Hey Tina,

Our Occupational Analysis performed was based on the job description received from your Company. We determined that the occupation for Mr. Glasner was Security Guard.

On appeal Mr. Glasner is disputing the occupation as Security Guard noting the following:

*The claimant indicates the question to be resolved then and still the basis of his appeal surrounds the Employer's requirement for employees including those in the Dispatcher Classification to take and pass annually a Physical Agility Test and whether this test is a main or substantial duty of the occupation. The claimant goes on to reflect our denial letter which he notes made a small mention of the fact that Security Guards and Dispatchers at AEDC are required to successfully complete a Physical Agility Test to continue working in their respective occupation.*

*The claimant also notes that our plan summary document (under Main Duties or Material and Substantial Duties) requires the employer to remove a "job task" if the task in question can be reasonably modified or*

1

*omitted.  It also says An Employer's failure to modify or omit other job tasks does not render you unable to perform the main duties of the job. He indicates the employer has declined to remove the requirement for employees to take and pass all parts of the Physical Agility Test. He notes we have made no mention that utilization of this Individual Disability Plan was offered to him by the employer due to  medical limitations and as a Reasonable Accommodation as required by applicable Federal Law.*

*When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies;  While there may be some similarities security jobs in the economy in general do not have the same requirements as those on a military installation.  Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair.  Compare Apples to Apples, please.  This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122.  This instruction applies to Government Contract Security and is mandatory.  This AFI became effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016.  The U.S. Department of Labor Dictionary of Occupational Titles and the new O\*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.*

*Additional Information about Work Requirements specifically the Physical Fitness Testing required according to the United States Airforce:*
*The Air Force as documented in PWS 3.2.2 has mandated a physical fitness standard designed to meet the physical stresses encountered in emergency situations and increase the ability to perform physical activities while being free of health problems.*
*Beginning 1 December 2016 all employees must pass the government stipulated PFS during their initial (new hire) or annual re-evaluation in order to perform Security Force duties at AEDC Arnold AFB. Government Stipulated PFS (Initially/Annually) consists of:*
*Sit-ups (15 repetitions), Push-ups (21 repetitions) 1.0-mile run/walk (<12 minutes)*
*a) Security Force personnel must successfully pass all phases of the PFS in order to perform guard duties.*
*b) Guards that do not successfully pass the PFS will be afforded a second attempt within 30 days. If the individual fails to successfully pass the PFS on the second attempt the individual will not be authorized to perform Security Force duties on AEDC Arnold AFB.*

Please review this information and provide a response whether you are in agreement with the information provided by the claimant.  Please provide any additional information you feel would reflect the job requirements.

Thank you

**Janet Olsen**
**Appeals, Senior Claims Examiner**
**CLAIMS SOLUTIONS SHARED SERVICES**
Lincoln Financial Group
**8801 Indian Hills Drive**
**Omaha, NE 68114-4066**
**Toll Free Phone:  (800) 423-2765**
**Phone: (402) 361-7492**
**Fax: (402) 501.9310**
**Email: janet.olsen@lfg.com**
**You're In Charge.SM**
**Find us on facebook:**
www.facebook.com/LincolnFinancialGroup

**Keefer, Dawn**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, October 16, 2017 10:59 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Medical Notes: |

**From:** Larimore, Carla
**Sent:** Monday, October 16, 2017 10:59:01 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: Medical Notes:

Claim #1170042164

**From:** Gerald Glasner [mailto:
**Sent:** Thursday, October 12, 2017 3:32 PM
**To:** Larimore, Carla
**Subject:** Re: Medical Notes:

Those are since January 1 this year; you should have everthing else already available in the file. As I told Mr. Hornick I do not live at the doctor's office, so there is not a long "paper trail". I don't want to go into pain management, may have to at some point but for now, I will keep doing the epidural steroids, these are spaced a few months apart.

Thanks
Gerald

----- Original Message -----
**From:** Larimore, Carla
**To:** Gerald Glasner
**Sent:** Thursday, October 12, 2017 1:46 PM
**Subject:** RE: Medical Notes:

Thank you! I will add these to your file. Are there additional medical documentation we should be waiting for or are we ok to proceed with our review?

Thank you,
Carla

**From:** Gerald Glasner [mailto:
**Sent:** Thursday, October 12, 2017 5:58 AM
**To:** Larimore, Carla
**Subject:** Medical Notes:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

These are the office notes, January 1, 2017 to date, from Howell Allen Clinic Staff; some you may already have. Please send me a "receipt e-mail".

Thanks
Gerald Glasner

1

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

# Keefer, Dawn

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Thursday, July 20, 2017 9:05 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Phone Conversation, Wednesday July 19: (secure) |

**From:** Hornick, Michael A
**Sent:** Thursday, July 20, 2017 9:05:20 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Phone Conversation, Wednesday July 19: (secure)

Please attach to Gerald Glasner 1170042164

**From:** Hornick, Michael A
**Sent:** Thursday, July 20, 2017 9:05 AM
**To:** 'Gerald Glasner'
**Subject:** RE: Phone Conversation, Wednesday July 19: (secure)

Greetings,

Once the medical review is complete I will inform you of the results. Based on our conversations I will need to get our vocational department involved as well as they are the occupational title experts. I understand and acknowledge your concerns. I will ensure all aspects of the claim are reviewed appropriately. If you have any questions or concerns please do not hesitate to let me know.

Best Regards,

**Michael Hornick, DIA**
**LTD Senior Claims Examiner**
**Group Protection - Claim Solutions**
Lincoln Financial Group
1600 Riveredge Parkway, Suite 130
Atlanta, GA 30328
Phone: (800) 423-2765 Ext 3261
Fax: (402) 938-7989
Michael.Hornick@lfg.com
**You're In Charge®**

**From:** Gerald Glasner [mailto:
**Sent:** Thursday, July 20, 2017 8:55 AM
**To:** Hornick, Michael A
**Subject:** Phone Conversation, Wednesday July 19:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

You mentioned a Medical Review Committee would be looking at all the information provided then making a decision on benefits. When you put the package together please be sure to mention that our jobs are guided by Department of Defense rules specifically at Arnold Air Force Base the AFI (Air Force Instruction) 31-122 applies; While there may be some similiarities security jobs in the economy in general do not have the same requirements as those on a military installation. Comparing a security officer at Arnold AFB to one at Opry Mills Mall, Nissan or Titan's Stadium in Nashville is unfair. Compare Apples to Apples,

1

please.  This particular AFI guide is available on the public internet; simply "GOOGLE" AFI 31-122.  This instruction applies to Government Contract Security and is mandatory.  This AFI begame effective July 30, 2015 and has been phased in at Arnold with the Physical Fitness Requirement applying to all security personnel beginning December 1, 2016.  The U.S. Department of Labor Dictionary of Occupational Titles and the new O*NET probably won't have specific occupational criteria for a security job on a military installation, at least none that I can find.

Thanks
Gerald Glasner

2

# Keefer, Dawn

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, July 24, 2017 7:24 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: AFI 31-122 excerpts |
| **Attachments:** | ~WRD0000.docx.docx |

**From:** Hornick, Michael A
**Sent:** Monday, July 24, 2017 7:24:07 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: AFI 31-122 excerpts

Please attach to 1170042164

**From:** Gerald Glasner [mailto:
**Sent:** Monday, July 24, 2017 6:32 AM
**To:** Hornick, Michael A
**Subject:** AFI 31-122 excerpts

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

FYI / From Air Force Instruction 31-122 and the Union Contract for Security.   (GG)

1

**Keefer, Dawn**

---

**From:** LFGAppeals
**Sent:** Thursday, October 12, 2017 2:46 PM
**To:** SA-EMLRIP112-P
**Subject:** FW: Medical Notes:

---

**From:** Larimore, Carla
**Sent:** Thursday, October 12, 2017 2:46:19 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Gerald Glasner
**Subject:** RE: Medical Notes:

Thank you! I will add these to your file. Are there additional medical documentation we should be waiting for or are we ok to proceed with our review?

Thank you,
Carla

---

**From:** Gerald Glasner [mailto:
**Sent:** Thursday, October 12, 2017 5:58 AM
**To:** Larimore, Carla
**Subject:** Medical Notes:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

These are the office notes, January 1, 2017 to date, from Howell Allen Clinic Staff; some you may already have. Please send me a "receipt e-mail".

Thanks
Gerald Glasner

1

**Keefer, Dawn**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, October 12, 2017 2:46 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Medical Notes: |
| **Attachments:** | Med Notes 12 Oct 2017.pdf |

**From:** Larimore, Carla
**Sent:** Thursday, October 12, 2017 2:45:48 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: Medical Notes:

Claim #1170042164

**From:** Gerald Glasner [mailto:
**Sent:** Thursday, October 12, 2017 5:58 AM
**To:** Larimore, Carla
**Subject:** Medical Notes:

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

These are the office notes, January 1, 2017 to date, from Howell Allen Clinic Staff; some you may already have.  Please send me a "receipt e-mail".

Thanks
Gerald Glasner

1

# Keefer, Dawn

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Monday, June 19, 2017 7:30 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: (secure) Short Term Disability |
| **Attachments:** | Abilities Form.pdf |

**From:** Hornick, Michael A
**Sent:** Monday, June 19, 2017 7:30:00 AM (UTC-05:00) Eastern Time (US & Canada)
**To:**
**Cc:** Disability Claims
**Subject:** (secure) Short Term Disability

Greetings,

Claim # 1170042164

We have received your request of appeal for ongoing benefits. Based on the information on file we are unable to determine your current functional impairments. We have received April's Attending Physician Statement. In order for us to determine if your disability is preventing you from returning to your Own Occupation we will need medical records for the dates of 04/01/2017 to 06/20/2017. It is also recommended that we obtain a copy of your current restrictions and limitations as we have paid you up to 06/01/2017. Please let me know if you have any questions. I have attached a copy of the form here as well.

Best Regards,

**Michael Hornick, DIA**
**LTD Senior Claims Examiner**
**Group Protection - Claim Solutions**
Lincoln Financial Group
1600 Riveredge Parkway, Suite 130
Atlanta, GA 30328
Phone: (800) 423-2765 Ext 3261
Fax: (402) 938-7989
Michael.Hornick@lfg.com
**You're In Charge®**

1

Case 4:21-cv-00014-KAC-SKL    Document 17-3    Filed 12/20/21    Page 512 of 517    Lincoln Glasner 584
PageID #: 625

**Keefer, Dawn**

**From:** LFGAppeals
**Sent:** Tuesday, June 13, 2017 9:49 AM
**To:** SA-EMLRIP112-P
**Subject:** FW: (secure) Re: Lincoln Financial Group: Claims  PROSTRAT <oma_1037988>

**From:** Claims
**Sent:** Tuesday, June 13, 2017 9:49:12 AM (UTC-05:00) Eastern Time (US & Canada)
**To:**
**Subject:** Re: (secure) Re: Lincoln Financial Group: Claims PROSTRAT <oma_1037988>

Hi Gerald,
Thank you for your email. I have forwarded this email to our Appeals department to initiate their review. Please allow up to 30 calendar days for the review of a Dental claim or up to 45 days for the review of a Life or Disability claim.

Thank you,

**Savannah Ford**
**Customer Care and Field Support**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

**Administration**
Fax: 877-573-6177
Email: clientservices@lfg.com

**Claims**
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/12/2017 9:58 AM, From:                    To: claims@lfg.com; , Subject: Re: (secure) Re: Lincoln Financial Group: Claims PROSTRAT <oma_103798> CTI_CALL, GERALD GLASNER wrote:

1

Please consider this the "first appeal" since my last check indicated "final payment:" and the benefit letter indicated benefits payable until June 1, 2017.

Gerald Glasner

----- Original Message -----

**From:** claims@lfg.com

**To:**

**Sent:** Thursday, June 8, 2017 2:36 PM

**Subject:** (secure) Re: Lincoln Financial Group: Claims PROSTRAT <oma_103798>

<div style="background-color:#1F5BA8;color:white;text-align:center;padding:8px;">This message was sent securely using ZixCorp.</div>

Hi Gerald,

Thank you for the information.  We have forwarded your email to the Claims Examiner assigned to claim 1170042164 for assistance.  Please allow 1 to 2 business days for them to review and respond accordingly.

Thank you,

**Savannah Ford**
**Customer Care and Field Support**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

**Administration**
Fax: 877-573-6177
Email: clientservices@lfg.com

**Claims**
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

2

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 6/8/2017 5:27 AM, From: To: Claims@LFG.com; , Subject: Lincoln Financial Group: Claims CTI_CALL, GERALD GLASNER wrote:

Name: GERALD GLASNER
Group ID: PROSTRAT
Group Name: Protection Strategies Incorporated
Member SSN:
Member Name: GERALD GLASNER
Comments:
From the insurance cerficate 2 a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation; this was included in the form package sent to you by the employer and it stated; You may run or jog no more than one mile, you may not do push-ups or sit-ups during physical training, I feel this may cause further flair up or even injure your spine - Dr. Paul McCombs, Howell Allen Clinic, Nashville Tn. The fitness requirement is contained in my revised job description sent to you by the employer. These are permanent restrictions and the new fitness requirement is fixed per Air Force directive. It was the employer who told me I was deemed unfit for duty due to the medical condition and told to take IDP. I have not received any explanation as to why you only approved this claim to June 1. Do you need additional information from me and / or the physician. Thanks ... Gerald Glasner

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

--------------------------------------------------------------------------
This message was secured by **ZixCorp**(R).

**Keefer, Dawn**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Tuesday, June 6, 2017 2:36 PM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Job Description needed(secure) |
| **Attachments:** | Protective Services Dispatchers.pdf |

**From:** Mcgill, Canice L
**Sent:** Tuesday, June 06, 2017 2:36:25 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Job Description needed(secure)

Please upload to claim for Gerald Glasner

**Canice McGill**
**Senior Claims Examiner**
**Lincoln Financial Group**
Group Protection - Claims Solutions
Lincoln Financial Group
1600 Riveredge PKWY, Suite# 130
Atlanta, GA 30328
Ph: (800) 423-2765 Ext. 3059
Fax: (877) 843-3950
canice.mcgill@lfg.com

**From:** Tina Davis [mailto:tdavis@protectionsi.com]
**Sent:** Tuesday, June 06, 2017 1:04 PM
**To:** Mcgill, Canice L
**Subject:** RE: Job Description needed(secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Job Description attached.

*Tina Y. Davis*

Human Resources Manager
Protection Strategies Incorporated
118 Mitchell Road, Suite B, Oak Ridge, TN 37830

☎ 865-294-5101 X 103 | 📄 Fax: 865-481-4888
tdavis@protectionsi.com
www.protectionsi.com

**From:** Mcgill, Canice L [mailto:Canice.Mcgill@lfg.com]
**Sent:** Monday, June 05, 2017 6:47 PM
**To:** Tina Davis
**Subject:** Job Description needed(secure)

This message was sent securely using ZixCorp.

1

Hello,

I am assisting with the Short Term Claim for Gerald Glasner, dob _____ and I am in need of his Job Description as a Security Officer for further processing.

Thank you for your assistance.

**Canice McGill**
**Senior Claims Examiner**
**Lincoln Financial Group**
Group Protection - Claims Solutions
Lincoln Financial Group
1600 Riveredge PKWY, Suite# 130
Atlanta, GA 30328
Ph: (800) 423-2765 Ext. 3059
Fax: (877) 843-3950
canice.mcgill@lfg.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---------------------------------------------------------------------
This message was secured by **ZixCorp**(R).