## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT WINCHESTER

| | |
|---|---|
| **GERALD GLASNER,** | ) |
| | ) CIVIL ACTION NO. 4:21-cv-00014-KAC-SKL |
| Plaintiff, | ) |
| | ) |
| v. | ) District Judge Katherine A. Crytzer |
| | ) |
| **LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY** | **)** Chief Magistrate Judge Susan K. Lee |
| **GROUP INSURANCE POLICY** | **)** |
| **NO. 000010158685,** | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Gerald Glasner and Defendant The Lincoln National Life Insurance Company hereby give notice that this case has settled. The parties are currently working on finalizing settlement documents and will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated: January 26, 2022.

Respectfully submitted,

By:    /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By:    /s/ Joyce Cooper
       Joyce Cooper, Esq.
       JOYCE COOPER LAW, LLC
       110 N. Spring St., Ste 100
       McMinnville, TN 37110
       PH: (931) 507-1000
       Email: joyce@joycecooperlaw.com

       COUNSEL FOR PLAINTIFF