## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT WINCHESTER

| | |
|---|---|
| **GERALD GLASNER,** | ) |
| | ) CIVIL ACTION NO. 4:21-cv-00014-KAC-SKL |
| Plaintiff, | ) |
| | ) |
| v. | ) District Judge Katherine A. Crytzer |
| | ) |
| **LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY** | ) Chief Magistrate Judge Susan K. Lee |
| **GROUP INSURANCE POLICY** | ) |
| **NO. 000010158685,** | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Gerald Glasner and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 10th day of February 2022.

Respectfully submitted,

By:   /s/ Joyce Cooper
      Joyce Cooper, Esq.
      JOYCE COOPER LAW, LLC
      110 N. Spring St., Ste 100
      McMinnville, TN 37110
      PH: (931) 507-1000
      Email: joyce@joycecooperlaw.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By:   /s/ Iwana Rademaekers
     Iwana Rademaekers (Texas Bar # 16452560)
     (Admitted *Pro Hac Vice*)
     LAW OFFICES OF IWANA RADEMAEKERS, P.C.
     17304 Preston Road, Suite 800
     Dallas, Texas 75252
     Main: (214) 579-9319
     Fax: (469) 444-6456
     Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT